1 | Frank A. Silane (State Bar No.: 90940)
2 | Rod D. Margo (State Bar No.: 97706)
  | Scott D. Cunningham (State Bar No.: 200413)
3 | CONDON & FORSYTH LLP
  | 1901 Avenue of the Stars, Suite 850
4 | Los Angeles, California 90067-6010
  | Telephone: (310) 557-2030
5 | Facsimile: (310) 557-1299
  | Email: fsilane@condonlaw.com
6 | Email: rmargo@condonlaw.com
  | Email: scunningham@condonlaw.com

7 | -and-

8 | Marshall S. Turner
  | CONDON & FORSYTH LLP
9 | 7 Times Square
  | New York, NY 10036
10 | Telephone: (212) 490-9100
   | Facsimile: (212) 370-4453
11 | Email: mturner@condonlaw.com

12 | Attorneys for Plaintiff
   | ALL NIPPON AIRWAYS COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALL NIPPON AIRWAYS COMPANY, LTD., | Case No. C 07 3422 EDL |
|---|---|
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF ALL NIPPON AIRWAYS COMPANY, LTD. |
| vs. | |
| UNITED AIR LINES, INC., | |
| Defendant. | |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial



---

1 interest in that subject matter or in a party that could be substantially affected by
2 the outcome of this proceeding:

    1.    All Nippon Airways Company, Ltd.; and

    2.    Various insurance underwriters in the international insurance market.

Dated: June 28, 2007        CONDON & FORSYTH LLP

By: /s/
FRANK A. SILANE
ROD D. MARGO
SCOTT D. CUNNINGHAM

-and-

MARSHALL S. TURNER
CONDON & FORSYTH LLP
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Plaintiff
ALL NIPPON AIRWAYS COMPANY, LTD.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
OF ALL NIPPON AIRWAYS COMPANY, LTD.