ORIGINAL

1  Frank A. Silane (State Bar No.: 90940)
   Rod D. Margo (State Bar No.: 97706)
2  Scott D. Cunningham (State Bar No.: 200413)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5  Email: fsilane@condonlaw.com
   Email: rmargo@condonlaw.com
6  Email: scunningham@condonlaw.com

7     -and-

8  Marshall S. Turner
   CONDON & FORSYTH LLP
9  7 Times Square
   New York, NY 10036
10 Telephone: (212) 490-9100
   Facsimile: (212) 370-4453
11 Email: mturner@condonlaw.com

12 Attorneys for Plaintiff
   ALL NIPPON AIRWAYS COMPANY, LTD.

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 ALL NIPPON AIRWAYS COMPANY,  )  Case No. C 07 3422
   LTD.,                        )
18            Plaintiff,        )  **DISCLOSURE STATEMENT OF**
                                )  **ALL NIPPON AIRWAYS**
19      vs.                     )  **COMPANY, LTD. PURSUANT**
                                )  **TO FEDERAL RULE OF CIVIL**
20 UNITED AIR LINES, INC.,      )  **PROCEDURE 7.1**
                                )
21            Defendant.        )
                                )
22 _____)

23 TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

24 NORTHERN DISTRICT OF CALIFORNIA:

25      1.   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff

26 ALL NIPPON AIRWAYS COMPANY, LTD. states that it has no parent company

27 //

28 //

---

DISCLOSURE STATEMENT OF
ALL NIPPON AIRWAYS COMPANY, LTD.

1  and that no publicly held company owns 10% or more of its stock.

2

3  Dated: June 28, 2007          CONDON & FORSYTH LLP

4

5                                 By: /s/ Frank A. Silane
                                   FRANK A. SILANE
6                                  ROD D. MARGO
                                   SCOTT D. CUNNINGHAM
7

8                                       -and-

9                                  MARSHALL S. TURNER
                                   CONDON & FORSYTH LLP
10                                 7 Times Square
                                   New York, NY 10036
11                                 Telephone: (212) 490-9100
12                                 Facsimile: (212) 370-4453

13                                 Attorneys for Plaintiff
                                   ALL NIPPON AIRWAYS COMPANY, LTD.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

DISCLOSURE STATEMENT OF
ALL NIPPON AIRWAYS COMPANY, LTD.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030