| Attorney or Party without Attorney: <br> CONDON & FORSYTH <br> 1901 AVENUE OF THE STARS, STE. 850 <br> LOS ANGELES, CA 90067 <br> Telephone No: 310-557-2030     FAX No: 310-557-1299 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No: 9011.05901 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California, San Francisco Division

Plaintiff: ALL NIPPON AIRWAYS COMPANY, LTD.
Defendant: UNITED AIR LINES, INC.

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: <br> Tue, Oct. 02, 2007 | Time: <br> 3:00PM | Dept/Div: | Case Number: <br> C073422 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; Civil Cover Sheet; Disclosure Statement; Certification Of Interested Entities; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Standing Order Re Case Management Conference; Standing Order For All Judges Of The Northern District Of California; Usdc Guidelines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Adr Handbook

3. a. Party served:         UNITED AIR LINES, INC.
   b. Person served:       BECKY DEGEORGE, AUTHORIZED TO ACCEPT @ CSC LAWYERS INCORPORATING SERVICE, AGENT FOR SERVICE

4. Address where the party was served:     2730 GATEWAY OAKS DRIVE, STE. 100
                                            SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 02, 2007 (2) at: 2:50PM

7. Person Who Served Papers:                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EVELYN PETTENGELL                             d. The Fee for Service was:
   
   **A & A LEGAL SERVICE**                          e. I am: (3) registered California process server
                                                        (i) Independent Contractor
   1641 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM    (ii) Registration No.:  2003-45
   Burlingame, CA 94010-1802   Fax (650) 697-4640      (iii) County:           Sacramento
   (650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Jul. 03, 2007

   Judicial Council Form                PROOF OF SERVICE                   (EVELYN PETTENGELL)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                                      5572030.3948