# INDEX TO EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 1 | Standard Ground Handling Agreement |