UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED AIR LINES, INC., <br><br> Defendant. | Case No. C07-03422 EDL <br><br> Hon. Elizabeth D. Laporte |

## CERTIFICATION OF INTERESTED ENTITES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

United States Aviation Underwriters ("USAU") and United States Aviation Insurance Group ("USAIG"). USAU is manager of USAIG, insurer for United Air Lines, Inc.

Dated: July 5, 2007

JAFFE RAITT HEUER & WEISS, P.C.

By:   s/Scott R. Torpey, Cal. SB# 153763
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
(248) 351-3000

Jeffrey A. Worthe, Cal. SB# 080856
Worthe, Hanson & Worthe, a law corporation
1851 E. First St., Ste. 900
Santa Ana, CA 92705
(714) 285-9600
Attorneys for Plaintiff, United Air Lines, Inc.

Certification Of Interested Entities Or Persons

1407199.01

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2007 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Frank A. Silane
Rod D. Margo
Scott D. Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010

I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Marshall S. Turner
Condon & Forsyth LLP
7 Times Square
New York, NY 10036

Dated: July 5, 2007

                                            s/Scott R. Torpey
                                            Jaffe, Raitt, Heuer & Weiss
                                            27777 Franklin Road, Suite 2500
                                            Southfield, Michigan 48034-8214
                                            Phone: (248) 351-3000
                                            E-mail:storpey@jaffelaw.com
                                            Bar No: (Cal. SB #153763)