UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALL NIPPON AIRWAYS COMPANY, LTD.,

    Plaintiff,

vs.

UNITED AIR LINES, INC.,

    Defendant.

Case No. C07-03422 EDL

Hon. Elizabeth D. Laporte

**DISCLOSURE STATEMENT OF UNITED AIR LINES, INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant UNITED AIR LINES, INC., states that its parent company is UAL Corporation, a publicly held corporation.

Dated: July 5, 2007

JAFFE RAITT HEUER & WEISS, P.C.

By:  s/Scott R. Torpey, Cal. SB# 153763
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
(248) 351-3000

Jeffrey A. Worthe, Cal. SB# 080856
Worthe, Hanson & Worthe, a law corporation
1851 E. First St., Ste. 900
Santa Ana, CA 92705
(714) 285-9600
Attorneys for Plaintiff, United Air Lines, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2007 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Frank A. Silane
Rod D. Margo
Scott D. Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010

I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Marshall S. Turner
Condon & Forsyth LLP
7 Times Square
New York, NY 10036

Dated: July 5, 2007

s/Scott R. Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail: storpey@jaffelaw.com
Bar No: (Cal. SB #153763)

---

Counter-Complaint for Negligence, Negligence *Per Se*, Breach of Contract, and Declaratory Relief
2

1407199 01