|   |   |
|---|---|
| 1 | **WORTHE HANSON & WORTHE** |
| 2 | A Law Corporation |
|   | 1851 East First Street, Ninth Floor |
|   | Santa Ana, California 92705 |
| 3 | Telephone (714) 285-9600 |
|   | Facsimile (714) 285-9700 |
| 4 | jworthe@whwlawcorp.com |
|   | jhanson@whwlawcorp.com |

5

6  JEFFREY A. WORTHE, SBN 080856
   JOHN R. HANSON, SBN 149794

7  Co-Counsel for Defendant/Counter-Plaintiff, UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ALL NIPPON AIRWAYS COMPANY, LTD. ) | CASE NO. C07-03422EDL |
|---|---|
| ) | Assigned for All Purposes to: |
| Plaintiff, ) | The Honorable Elizabeth D. Laporte |
| ) | |
| v. ) | **NOTICE OF APPEARANCE AND** |
| ) | **REQUEST TO BE ADDED TO ECF** |
| UNITED AIRLINES, INC., ) | **SERVICE LIST** |
| ) | |
| Defendant. ) | |

**TO THE ABOVE REFERENCED COURT AND ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE THAT** Co-Counsel, Jeffrey A. Worthe, Esq. of Worthe Hanson & Worthe, A Law Corporation, hereby makes an appearance on behalf of Defendant/Counter-Plaintiff, United Airlines, Inc. and hereby requests that the firm be added to the ECF Electronic Service List.

DATED: July 11, 2007                                    WORTHE, HANSON & WORTHE

                                                        By: /s/ Jeffrey A. Worthe
                                                        JEFFREY A. WORTHE, ESQ.
                                                        Co-Counsel for Defendant/Counter-Plaintiff,
                                                        UNITED AIRLINES, INC.