Marshall S. Turner
CONDON & FORSYTH LLP
7 Time Square
New York, NY 10036
Telephone: (212)490-1900
Facsimile: (212) 370-4453

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALL NIPPON AIRWAYS COMPANY, LTD.,

    Plaintiff(s),

v.

UNITED AIR LINES, INC.,

    Defendant(s).

CASE NO. C 07-3422 EDL

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Marshall S. Turner, an active member in good standing of the bar of the United States Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is CONDON & FORSYTH LLP
7 Time Square
New York, NY 10036
Telephone: 212-490-9100
Email: mturner@condonlaw.com
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing All Nippon Airways Company, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/14/07

                              United States District/Magistrate Judge
                              Elizabeth D. Laporte

NDC-15