Scott R. Torpey (Cal. SB#153763)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Telephone:   (248) 351-3000
Facsimile:    (248) 351-3802
Email:         storpey@jaffelaw.com

-and-

Jeffrey A. Worthe (Cal. SB# 080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste 900
Santa Ana, California 92705
Telephone:   (714) 285-9600
Facsimile:    (714) 285-9700
Email:         jworthe@whwlawcorp.com
Attorneys for Defendant United Air Lines, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD.,<br><br>          Plaintiff,<br>vs.<br><br>UNITED AIR LINES, INC.,<br><br>          Defendant | Case No. C07-03422 EDL<br>Hon. Elizabeth D. Laporte<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

*Defendant United Airlines, Inc.'s Consent to Proceed Before a United States Magistrate Judge*
1443092.01

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Elizabeth Laporte conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States court of Appeals for the Ninth Circuit.

Dated : September 25, 2007

s/Scott R.Torpey
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
Email: storpey@jaffelaw.com
Bar No: Cal SB#156763

Counsel for United Airlines, Inc.
Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Marshall S. Turner
Condon & Forsyth LLP
7 times Square
New York, NY 10036

Jeffrey A. Worthe
Worthe, Hanson & Worthe
1851 East First Street, Ninth Floor
Santa Ana, California 92705

Frank A. Silane
Rod D. Margo
Scott D. Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010

Dated: September 25, 2007

s/Scott R. Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail: storpey@jaffelaw.com
Bar No: (P36179)