Frank A. Silane (State Bar No.: 90940)
Scott D. Cunningham (State Bar No.: 200413)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: fsilane@condonlaw.com
Email: scunningham@condonlaw.com

-and-

Marshall S. Turner (*pro hac vice*)
CONDON & FORSYTH LLP
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453
Email: mturner@condonlaw.com

Attorneys for Plaintiff
ALL NIPPON AIRWAYS COMPANY, LTD.

- and -

Other counsel as listed on the signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD., <br><br>  Plaintiff, <br><br> vs. <br><br> UNITED AIR LINES, INC., <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM | Case No. C07-03422 EDL <br><br> **JOINT RULE 26(f) REPORT** |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure the parties herein file the following Joint Report.

In accordance with Rule 26(f), a conference of counsel was conducted in this case on September 10, 2007. Plaintiff All Nippon Airways Co., Ltd. (hereinafter "ANA") appeared by its attorneys Condon & Forsyth LLP. Defendant United Air

Lines, Inc. (hereinafter "UAL") appeared by its attorneys, Worthe, Hanson & Worthe and Jaffe Raitt Heuer & Weiss, P.C.

The following are the parties' views and proposals concerning discovery:

(1). The parties agree that no changes should be made to the timing, form, or requirement for disclosures under Rule 26(a). The parties agree that they will make their respective Rule 26(a)(1) disclosures pursuant to and in the manner required by the Court's Order no later than September 25, 2007.

(2). Both parties anticipate that discovery will be necessary regarding the incident alleged in the complaint and damages to the respective aircraft. The parties agree that it is not necessary to conduct discovery in phases or that discovery should be limited to or focused upon particular issues at this time.

(3). The parties agree that no changes should be made limiting discovery imposed under these rules or by local rule, or that any other limitations should be imposed at this time.

(4). The parties agree that no claims of privilege need be agreed to or ordered at this time. ANA claims a protective order will be needed with respect to UAL's requests for discovery concerning the Standard Ground Handling Agreement. UAL claims a protective order will be needed with regard to certain documents (including documents relating to calculation of lost use damages relative to the United aircraft being out of service and to overhead).

(5). The parties agree that no changes on the limitations on discovery should be imposed at this time.

(6). The parties agree that there are no orders that should be entered by the Court under Rule 26(c) at this time. ANA anticipates filing a motion for a protective order concerning UAL's deposition notice and document requests with respect to the Standard Ground Handling Agreement. UAL anticipates requesting a protective order relative to certain documents. Additionally, UAL anticipates

-2-

filing a motion to compel relative to its pending deposition notice and document requests pertaining to the Standard Ground Handling Agreement.

The parties agree that there are no orders that should be entered by the Court under Rule 16(c) at this time. However, the parties agree that a Rule 16(b) Scheduling Order should be entered by the Court at this time.

Dated: September 25, 2007          CONDON & FORSYTH LLP

By: _____
FRANK A. SILANE
SCOTT D. CUNNINGHAM
MARSHALL S. TURNER (*pro hac vice*)
Attorneys for Plaintiff and Counter-Defendant
ALL NIPPON AIRWAYS COMPANY, LTD.

Dated: September 25, 2007          JAFFE RAITT HEUER & WEISS, P.C.

By:_____
SCOTT R. TORPEY
Attorney for Defendant
UNITED AIR LINES, INC.

20. <u>Other</u>

The parties agree that there are no other matters at this time that would assist the disposition of this matter.

Dated: September 25, 2007

CONDON & FORSYTH LLP

By: _____
FRANK A. SILANE
SCOTT D. CUNNINGHAM
MARSHALL S. TURNER (*pro hac vice*)
Attorneys for Plaintiff
ALL NIPPON AIRWAYS COMPANY, LTD.

Dated: September 25, 2007

JAFFE RAITT HEUER & WEISS, P.C.

By: _____
SCOTT R. TORPEY
Attorney for Defendant
UNITED AIR LINES, INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

JOINT CASE MANAGEMENT STATEMENT
CASE NO.: C 07 3422 EDL

-5-