1  Frank A. Silane (State Bar No.: 90940)
   Scott D. Cunningham (State Bar No.: 200413)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: fsilane@condonlaw.com
5  Email: scunningham@condonlaw.com

6     - and -

7  Marshall S. Turner (*pro hac vice*)
   CONDON & FORSYTH LLP
8  7 Times Square
   New York, NY 10036
9  Telephone: (212) 490-9100
   Facsimile: (212) 370-4453
10 Email: mturner@condonlaw.com

11 Attorneys for Plaintiff
   ALL NIPPON AIRWAYS COMPANY, LTD.
12
      - and -
13
   Other counsel as listed on the signature page
14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17 ALL NIPPON AIRWAYS COMPANY,  )  Case No. C07-03422 EDL
   LTD.,                       )
18                             )  **JOINT CASE MANAGEMENT**
              Plaintiff,       )  **STATEMENT**
19                             )
         vs.                   )
20                             )
   UNITED AIR LINES, INC.,     )
21                             )
              Defendants.      )
22 _____ )
                               )
23 AND RELATED COUNTER-CLAIM   )
   _____ )
24
       Plaintiff ALL NIPPON AIRWAYS COMPANY, LTD. ("ANA") and
25
   defendant UNITED AIR LINES, INC. ("UAL") jointly submit their case
26
   management statement as follows:
27
       1.   Jurisdiction and Service
28
            The parties assert that the Court's subject matter jurisdiction is based

JOINT CASE MANAGEMENT STATEMENT
CASE NO.: C 07 3422 EDL

upon 28 U.S.C. section 1332(a) and 28 U.S.C. section 1391. No parties remain to be served.

2. Facts

On October 7, 2003, a collision occurred while ANA Flight NH007 was taxiing at San Francisco International Airport. During the taxi of Flight NH007 and the pushback of UAL Flight UA809 by the UAL tow driver, the right wings of Flight NH007 and Flight UA809 collided. Both airplanes sustained substantial damage to their right wings.

3. Legal Issues

The essential issues in dispute are causation and the apportionment of liability, if any, between the parties.

4. Motions

At present, no motions are pending. ANA may file a motion for a protective order with respect to UAL's deposition notice and document request concerning the Standard Ground Handling Agreement. ANA may also file a motion to dismiss certain allegations and affirmative defenses from UAL's Answer and Counter-Complaint based on the Standard Ground Handling Agreement.

UAL anticipates filing a motion to compel ANA to produce witnesses in accordance with its September 12, 2007 deposition notice, including relative to a 30(b)(6) witness regarding the ground handling agreement and documents requested pertaining to same. Additionally, UAL anticipates filing a motion for a protective order relative to certain highly proprietary/sensitive documents prior to these being produced.

//

5. Amendment of Pleadings

The parties do not anticipate adding any claims or defenses.

6. Evidence Preservation

The parties are in the process of gathering evidence.

7. Disclosures

The parties are presently engaged in the process of exchanging initial disclosures and propounding their discovery.

8. Discovery

The parties have not stipulated to any discovery limits different from the Federal Rules. Depositions of both parties are being scheduled to commence before the end of 2007. There are potential out-of-state or out-of-country depositions of percipient witnesses.

9. Class Actions

This is not a class action case and the parties do not anticipate any class certification.

10. Related Cases

There are presently no related cases.

11. Relief

Both parties seek relief for the full cost of repair of their airplanes and damages resulting from the loss of use of the airplanes, as well as all interest accrued therewith.

12. Settlement and ADR

The parties have agreed to a private mediation and are in the process of scheduling a mediation.

13. Consent to Magistrate Judge for All Purposes

Both parties consent to have the magistrate judge conduct all further proceedings including trial and entry of judgment.

//

-3-

JOINT CASE MANAGEMENT STATEMENT
CASE NO.: C 07 3422 EDL

14. <u>Other References</u>

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>

The parties believe that the issues in dispute may be narrowed at the completion of discovery.

16. <u>Expedited Schedule</u>

This is a case that cannot be handled on an expedited basis.

17. <u>Scheduling</u>

The parties request at least a nine months for discovery. The parties submit the following proposed trial and pretrial dates:

1. Fact discovery completed by July 31, 2008;
2. Expert witness disclosures and reports completed by September 30, 2008;
3. Rebuttal expert witness disclosures and reports completed by December 1, 2008;
4. Completion of all discovery by February 2, 2009;
5. Dispositive motions filed by March 2, 2009;
6. Trial date, May 4, 2009.

18. <u>Trial</u>

Plaintiff's Complaint and Defendant's Answer contains a request for a jury trial. The parties estimate that trial will take eight court days.

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>

Each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

//
//
//

JOINT CASE MANAGEMENT STATEMENT
CASE NO.: C 07 3422 EDL

20. Other

The parties agree that there are no other matters at this time that would assist the disposition of this matter.

| | |
|---|---|
| Dated: September 25, 2007 | CONDON & FORSYTH LLP<br><br>By: _____<br>FRANK A. SILANE<br>SCOTT D. CUNNINGHAM<br>MARSHALL S. TURNER (*pro hac vice*)<br>Attorneys for Plaintiff<br>ALL NIPPON AIRWAYS COMPANY, LTD. |
| Dated: September 25, 2007 | JAFFE RAITT HEUER & WEISS, P.C.<br><br>By:_____<br>SCOTT R. TORPEY<br>Attorney for Defendant<br>UNITED AIR LINES, INC. |

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-5-

JOINT CASE MANAGEMENT STATEMENT
CASE NO.: C 07 3422 EDL

filing a motion to compel relative to its pending deposition notice and document requests pertaining to the Standard Ground Handling Agreement.

The parties agree that there are no orders that should be entered by the Court under Rule 16(c) at this time. However, the parties agree that a Rule 16(b) Scheduling Order should be entered by the Court at this time.

Dated: September 25, 2007         CONDON & FORSYTH LLP

By: _____
FRANK A. SILANE
SCOTT D. CUNNINGHAM
MARSHALL S. TURNER (*pro hac vice*)
Attorneys for Plaintiff and Counter-Defendant
ALL NIPPON AIRWAYS COMPANY, LTD.

Dated: September 25, 2007         JAFFE RAITT HEUER & WEISS, P.C.

By: _____
SCOTT R. TORPEY
Attorney for Defendant
UNITED AIR LINES, INC.

JOINT RULE 26(F) REPORT
CASE NO.: C 07 3422 EDL

-3-