**United States District Court**
For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7
8  ALL NIPPON AIRWAYS COMPANY,

       Plaintiff,                                 No. C 07-03422 EDL

       v.                                       CLERK'S NOTICE

UNITED AIR LINES,

       Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for October 2, 2007 at 3:00 p.m. has been **rescheduled for 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: September 26, 2007

                                                FOR THE COURT,
                                                Richard W. Wieking, Clerk

                                by: _____
                                                Lili M. Harrell
                                                Courtroom Deputy