In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: October 2, 2007

Case No:  **C- 07-03422 EDL**

Case Name: **ALL NIPPON AIRWAYS CO. v. UNITED AIR LINES**

    Attorneys:    Pltf: Marshall Turner, Scott Cunningham
                     Deft: Jeffrey Worthe, Scott Torpey

    Deputy Clerk: Lili M. Harrell        FTR digital recording: 10:53am - 11:14am

**PROCEEDINGS:**                                       **RULING:**

1.  Initial Case Management Conference          Held

2.

**ORDERED AFTER HEARING:**  Parties previously stipulated to private mediation which shall take place on or before 4/2008.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**    5/06/08 at 10:00am for further case management conference.

**PRETRIAL SCHEDULE:**
Last day to add new parties: 10/31/07
Discovery cutoff: 7/31/08
Initial expert disclosure deadline: 9/30/08
Rebuttal expert disclosure deadline: 12/1/08
Expert discovery cutoff: 2/2/09
Dispositive Motions hearing date: 3/2/09 at 9:00am (tentative)
Pretrial Conference: 4/14/09 at 2:00pm
Trial: 5/4/09 at 8:30 a.m., set for 8 days.
    [X] Jury  [ ]  Court

Notes: Defendant intends to file a motion to compel 10/9/07, set for hearing 11/13/07 at
      9:00am.

cc: