# **INDEX TO EXHIBITS**

| Exhibit | Description |
| --- | --- |
| 1 | Proposed Protective Order |
| 2 | Declaration of Scott R. Torpey |
| A | September 12, 2007 Amended Notice of Video Deposition |
| B | September 14 2007 Faxed Correspondence |
| C | August 30, 2007 Letter |
| D | September 25, 2007 Letter |
| E | September 28, 2007 Letter |
| F | October 2, 2007 Letter |
| G | October 5, 2007 Letter |
| H | October 8, 2007 Letter |
| I | October 8, 2007 Return Correspondence |

1450159 01