# EXHIBIT B

# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6750
Direct Fax: (212) 370-4453
mturner@condonlaw.com

September 14, 2007

*VIA FACSIMILE (248) 351-3082*
*Confirmation Copy to Follow Via U.S. Mail*

Scott R. Torpey, Esq.
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214

*VIA FACSIMILE (714) 285-9700*
*Confirmation Copy to Follow Via U.S. Mail*

Jeffrey A. Worthe, Esquire
Worthe, Hanson & Worthe
The Xerox Centre
1851 East First Street, Ninth Floor
Santa Ana, CA 92705

Re:   All Nippon Airways Company, Ltd. v. United Air Lines, Inc
      United States District Court for the Northern District of California
      Case No. C 07 3422 EDL
      C & F Ref.: MST/05901

Dear Gentlemen:

I am writing in response to Mr. Torpey's letter dated September 12, 2007 and the deposition notices attached thereto. As I informed you in my emails of August 21, 2007 and August 28, 2007 and my letters of August 30, 2007 and September 7, 2007, at least two, if not all three, members of ANA's flight crew will be available for deposition on the dates you requested, November 27 through November 29. We will let you know closer to that time, when the flight crews' schedules become fixed, whether we will be able to produce all three witnesses. If one of these three witnesses is not available, we will let you know and provide alternate dates as soon as possible.

Further to my letter of August 30, 2007, and your request for a "PMK," no such witness will be provided unless you can explain how the Ground Handling Agreement referred to in and attached to your Counter-Complaint could have any relevance to any issue in this case and why any question regarding this agreement cannot be answered through interrogatories or admissions.

7 TIMES SQUARE  NEW YORK  NEW YORK 10036   TELEPHONE 212 490 9100   FACSIMILE 212 

CONDON & FORSYTH LLP

Torpey/Worthe
September 14, 2007
Page 2

Attached please find deposition notices for United's flight crew, ramp controller, and tug driver. We have requested that United provide dates for these depositions on multiple occasions and no dates have been provided. Accordingly, we have selected our own dates, which are reflected in the attached notices. Please advise if the United witnesses are unavailable on these dates and on what dates they will be available and we will be happy to reschedule their depositions for mutually convenient dates at a location convenient to the witnesses.

Thank you for your anticipated cooperation in this regard.

Sincerely yours,

Marshall S. Turner

MST/hlj
Enclosure
cc:   Walt Kopas
      Frank Silane
      Scott Cunningham

# CONDON & FORSYTH LLP

New York
Los Angeles

## FACSIMILE TRANSMISSION

| Date: September 18, 2007 | No. of Pages including fax cover sheet: 23 |
|---|---|
| From: Marshall S. Turner | Facsimile Operator: HLJ |
| Facsimile No.: (212) 370-4453 | |

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | Scott Torpey, Esq | Jaffe, Raitt, Heuer & Weiss | 248-351-3082 | 248-351-3000 |
| 2. | Jeffrey A. Worthe, Esq. | Worthe, Hanson & Worthe | 714-285-9700 | 714-285-9600 |
| 3. | Frank A. Silane, Esq. Scott D. Cunningham, Esq. | Condon & Forsyth, LLP | 310-557-1299 | 310-557-2030 |
| 4. | Walter Kopas | United States Aviation Underwriters, Inc. | 212-349-8226 | 212-859-3814 |

Re: All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
United States District Court for the Northern District of California
Case No. C 07 3422 EDL
C & F Ref.: MST/05901

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(212) 490-9100