# EXHIBIT D



JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248 351 3000 • FAX 248 351 3082
www.jaffelaw.com

Scott R. Torpey*
Direct: 248 727 1461
storpey@jaffelaw.com

*Admitted to Practice Law:*
*California, Illinois, Michigan,*
*New York, Ohio, & Washington DC*

September 25, 2007

**By Fax: 212-370-4453 and Email**
Marshall Turner
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, NY 10036

Re:    All Nippon Airlines

Dear Marshall:

Responding to your letter of September 14, 2007 and deposition notices for various United employees, I can confirm deposition dates for Julio Hernandez and Ed Loh. Depositions would have to take place in San Francisco (not Los Angeles where you have noticed them), and preferably at or close to SFO. If you are a member of an airline club, perhaps a conference room there might be suitable. As for dates, while I cannot produce Hernandez on the date you selected (December 11, 2007), I can produce him on December 12 or 13, 2007. As for Loh, I can produce him on December 13 or 14, 2007. Please advise regarding your choice of dates and the San Francisco location.

With regard to the 3 pilot depositions, I will not be able to confirm a date for them until their December schedules are published in November. Additionally, since all three pilots are based in San Francisco, those depositions would also need to take place in San Francisco, not Los Angeles, as now noticed.

Finally, pursuant to Local Rule 37-1, I am requesting that within 7 days we meet and confer in an effort to resolve the dispute over your refusal to produce a PMK regarding the Ground Handling Agreement and documents relating thereto. Additionally, to the extent there remains any dispute regarding the scheduling of

Marshall Turner
September 25, 2007
Page 2

the United witnesses addressed above, then consider this a request for a meet and confer relative to those issues as well.

Thank you for your anticipated cooperation.

Very truly yours,

Jaffe, Raitt, Heuer & Weiss
Professional Corporation

Scott R. Torpey

SRT/pln

c:    Frank Silane (*by email*)
      Timothy Eskridge (*by email*)
      Rod Margo (*by email*)
      Scott Cunningham (*by email*)

1443113 01

Marshall Turner
September 25, 2007
Page 3

Bc:     William D. Adams

```
**********************
***   TX REPORT   ***
**********************


TRANSMISSION OK

TX/RX NO              2406
CONNECTION TEL            12123704453
SUBADDRESS
CONNECTION ID
ST. TIME             09/25 16:50
USAGE T              00'31
PGS  SENT               3
RESULT               OK
```



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MICHIGAN 48034-8214

PHONE    248.351.3000
FAX      248.351.3082

## FAX TRANSMITTAL

Urgent: _____
Fax only:   X
Original Sent by U.S. Mail: _____
Original Sent Overnight: _____

Today's Date:    9/25/07

Send By This Time:    ASAP

| Name | fax # | Phone# |
|------|-------|--------|
| **To:**  Marshall Turner | 212-370-4453 | |

From:    Scott R. Torpey          Return To:    Phyllis L. Nelson

No. of Pages including Transmittal Sheet:  3

Message:

---

*InterOffice Use Only*