Scott R. Torpey (Cal SB#153763)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Telephone:   (248) 351-3000
Facsimile:   (248) 351-3802
Email:       storpey@jaffelaw.com

And

Jeffrey A. Worthe (Cal. SB#080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste 900
Santa Ana, California 92705
Telephone:   (714) 285-9600
Facsimile:   (714) 285-9700
Email:       jworthe@whwlawcorp.com
Attorneys for Defendant United Air Lines, Inc

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD.<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC.,<br><br>   Defendant.<br>_____<br>UNITED AIR LINES, INC<br><br>   Counter-Plaintiff,<br><br>vs.<br><br>ALL NIPPON AIRWAYS COMPANY, LTD<br><br>   Counter-Defendant. | Case No. C07-03422 EDL<br>Hon Elizabeth D. Laporte<br><br><br><br><br>**Defendant United Air Lines'**<br>**Amended Motion to Compel Production**<br>**of Person Most Knowledgeable**<br>**and for Protective Order**<br><br>**Hearing Date: November 13, 2007**<br>**Hearing Time: 9:00 a.m.** |

1  Defendant, United Air Lines, Inc., by and through its attorneys, Jaffe Raitt Heuer &
2  Weiss, P.C., hereby gives notice that the instant Motion to Compel Production of Person Most
3  Knowledgeable and for Protective Order will come for hearing in the courtroom of the
4  Honorable Elizabeth D. Laporte on November 13, 2007, at 9:00 a.m./p.m.

5  Defendant United Air Lines, Inc. ("United") hereby moves this Court (1) for entry of an
6  order under Fed. R. Civ. P. 37 compelling plaintiff All Nippon Airways Co., Ltd., ("ANA") to
7  produce for deposition under Fed. R. Civ. P. 30(b)(6) the person most knowledgeable of certain
8  issues pertaining to the parties' Standard Ground Handling Agreement and Annexes thereto
9  (collectively, the "SGHA") and (2) for entry of a protective order under Fed. R. Civ. P. 26(c)(7)
10 to prevent the release and dissemination of certain highly confidential, proprietary information
11 produced in discovery and to limit its exposure to attorneys' eyes only. In accordance with Fed.
12 R. Civ. P. 26(c) and 37(a)(2)(A), United provides the Declaration of Scott Torpey, attached as
13 **Exhibit 2** to the supporting brief, to establish that it has in good faith conferred or attempted to
14 confer with ANA in an effort to secure ANA's cooperation without court action.

s/Scott R. Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail: storpey@jaffelaw.com
Bar No: (Cal. SB#153763)

And

Jeffrey A. Worthe (Cal. SB#080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Phone: (714) 285-9600
E-mail: jworthe@whwlawcorp.com

*Defendant United Air Lines' Amended Motion to Compel Production of Person Most Knowledgeable and for Protective Order*
1450148.01