# EXHIBIT A



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Scott R. Torpey*
Direct: 248.727.1461
storpey@jaffelaw.com

*Admitted to Practice Law:*
*California, Illinois, Michigan,*
*New York, Ohio, & Washington DC*

September 12, 2007

*By Fax: 212-370-4453 and Email*
Marshall Turner
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, NY 10036

Re:    All Nippon Airlines

Dear Marshall:

Enclosed is an amended deposition notice for the 3 ANA pilots and the PMK regarding the Ground Handling Agreement. If you cannot produce one or more of the designated witnesses on the dates scheduled, upon receipt of this letter, please advise as to who cannot be produced and provide me alternative dates for those witnesses.

With regard to the depositions of the United employees you wish to depose, I have requested dates and will provide those to you shortly. I have noticed the depositions for your Los Angeles office, but have no problem with taking the depositions in San Francisco if that is more convenient.

Thank you for your anticipated cooperation.

Very truly yours,

Jaffe, Raitt, Heuer & Weiss
Professional Corporation

Scott R. Torpey

SRT/plr
c:    Frank Silane (*by email*)          Jeff Worthe (*by email*)
      Rod Margo (*by email*)             Walt Kopas (*by email*)
      Scott Cunningham (*by email*)

ANN ARBOR • BIRMINGHAM • DETROIT • PORT HURON • SOUTHFIELD

1436959.01

Scott R. Torpey (Cal. SB#153763)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Telephone:    (248) 351-3000
Facsimile:    (248) 351-3802
Email:        storpey@jaffelaw.com

-and-

Jeffrey A. Worthe (Cal. SB# 080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone:    (714) 285-9600
Facsimile:    (714) 285-9700
Email:        jworthe@whwlawcorp.com
Attorneys for Defendant United Air Lines,
Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD. | Case No. C07-03422 EDL |
| Plaintiff, | Hon. Elizabeth D. Laporte |
| vs. | |
| UNITED AIR LINES, INC., | |
| Defendant. | |

### AMENDED NOTICE OF TAKING VIDEO DEPOSITIONS

TO:    Counsel for Plaintiff

PLEASE TAKE NOTICE that the undersigned attorney will take the VIDEO

depositions of the individual(s) listed below upon oral examination before a court

reporter authorized to take depositions in the State of California. Deponent(s) are

1

1436948.01

1    requested to bring with them to the deposition the documents requested on the

2    attached Exhibit A. The examinations will continue from day to day until completed.

3    The depositions are being taken for the purpose of discovery, or for such other

4    purposes as are permitted under the Rules of Court.

5

| Name of Deponent(s) | Date and Time | Location |
|---|---|---|
| Teruo Usui | Tuesday<br>November 27, 2007<br>9:00 a.m. | Condon & Forsyth LLP<br>1901 Avenue of the Stars<br>Suite 850<br>Los Angeles, CA 90067-6010<br>310-557-2030 |
| Bishin Yamaguchi | Wednesday<br>November 28, 2007<br>9:00 a.m. | |
| Yusuke Nishiguchi | Thursday<br>November 29, 2007<br>9:00 a.m. | |
| Person Most Knowledgeable<br>with regard to those issues<br>described in attached<br>Addendum B (FRCP 30(b)(6)) | Friday<br>November 30, 2007<br>9:00 a.m. | |

17        You are invited to attend and cross-examine the witnesses.

18        RealTime and video equipment may be used by our attorney and the court

19    reporter to transcribe and view instantaneously the testimony of the deponent.

20    Although additional serial feeds are available, our office takes no responsibility to

21    arrange for other attorneys' necessary equipment.  Said deposition shall be continued

22    from time to time until completed by an officer authorized by law to administer oaths.

23

24        DATED: September 12, 2007

25

26

27

28

1436948.01

2

Jaffe, Raitt, Heuer & Weiss

By: _____

    Scott R. Torpey
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone:        (248) 351-3000
E-mail:       storpey@jaffelaw.com
Bar No:  (Cal. SB#153763)

        --and--

Jeffrey A. Worthe (Cal. SB#080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Phone:        (714) 285-9600
E-mail: jworthe@whwlawcorp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

1436948.01

## EXHIBIT A

1.  ANA INVESTIGATION FILE: Produce a complete copy of the entire investigation file(s) prepared by or on behalf of ANA relative to the cause and circumstances relating to the January 22, 2005 incident at SFO which is the subject of the above-captioned litigation. Such materials should include but not be limited to unredacted copies of witness statements, reports, correspondence (including any emails or electronic data), photographs and/or any other material of any nature whatsoever that comprises the ANA file(s). To the extent you claim work product/privilege, provide a log with regard to those documents being withheld.

2.  ANA PILOT FILES: With regard to Teruo Usui, Bishin Yamaguchi, and Yusuke Nishiguchi, produce unredacted copies of all file materials reflecting with regard to each of these ANA pilots, any accident/incidents which they were involved between 1995 to date, any disciplinary actions between 1995 to date, and records pertaining to their training and certification between 1995 to date. To the extent you claim work product/privilege, provide a log with regard to those documents being withheld.

3.  DOCUMENTS REGARDING GROUND HANDLING AGREEMENT: With regard to the "Standard Ground Handling Agreement" including "Annex A – Ground Handling Services" and "Annex B – United Service IATA Standard Ground Handling Agreement" attached to the "Standard Ground Handling Agreement" between ANA and United in effect on January 22, 2005, produce all documents which reflect or pertain to the negotiating of the terms of this contract, the intent/interpretation of ANA with regard to the term contained in that contract, and the applicability or inapplicability of the agreement with regard to the events of January 22, 2005 at SFO which is the subject of this litigation. To the extent you claim any of these documents as work product/privileged, provide a log with regard to those documents being withheld.

1436948.01

4

1

<u>EXHIBIT B</u>

2

3      Pursuant to FRCP 30(b)(6) you are hereby requested to designate one or more

4  officers, directors, or managing agents, or other persons who consent to testify on
   behalf of ANA who are the most knowledgeable individuals with regard to one or

5  more of the following topics:

6  1.    Negotiations leading up to agreement and signature of the "Standard Ground
          Handling Agreement" (including "Annex A – Ground Handling Services" and

7          "Annex B – United Services IATA Standard Ground Handling Agreement"
          attached to the "Standard Ground Handling Agreement").

8

9  2.    Interpretation and intent of the provisions within the "Standard Ground
          Handling Agreement" (including "Annex A – Ground Handling Services" and

10         "Annex B – United Services IATA Standard Ground Handling Agreement"
          attached to the "Standard Ground Handling Agreement").

11

12 3.    The applicability of one or more of the terms within the "Standard Ground
          Handling Agreement" (including "Annex A – Ground Handling Services" and

13         "Annex B – United Services IATA Standard Ground Handling Agreement"
          attached to the "Standard Ground Handling Agreement") to the events of

14 January 22, 2005 which are at issue in this litigation.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1436948.01

5

1

## CERTIFICATE OF SERVICE

2

3        Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer &
Weiss, P.C. and that on September 12, 2007 she caused to be served **Notice of Taking
Video Depositions** on the person(s) listed below by placing said document(s) in a
sealed envelope (if applicable), properly addressed, and forwarding same by the
method(s) indicated.

4

5

6    *By Fax and First Class Mail*                    *By Fax and First Class Mail*
Frank A. Silane                                   Jeffrey A. Worthe
7    Rod D. Margo                                      Worthe, Hanson & Worthe
Scott D. Cunningham                               1851 E. First St., Ste. 900
8    Condon & Forsyth LLP                              Santa Ana, CA 92705
9    1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010

10

11   *By Fax and First Class Mail*
Marshall S. Turner
12   Condon & Forsyth LLP
7 Times Square
13   New York, NY 10036

14
Dated: September 12, 2007
15                                                   Phyllis L. Nelson

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1436948.01