# EXHIBIT C

# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6750
Direct Fax: (212) 370-4453
mturner@condonlaw.com

September 14, 2007

*VIA FACSIMILE (248) 351-3082*
*Confirmation Copy to Follow Via U.S. Mail*

Scott R. Torpey, Esq.
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214

*VIA FACSIMILE (714) 285-9700*
*Confirmation Copy to Follow Via U.S. Mail*

Jeffrey A. Worthe, Esquire
Worthe, Hanson & Worthe
The Xerox Centre
1851 East First Street, Ninth Floor
Santa Ana, CA 92705

Re:     All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
        United States District Court for the Northern District of California
        Case No. C 07 3422 EDL
        C & F Ref.: MST/05901

Dear Gentlemen:

I am writing in response to Mr. Torpey's letter dated September 12, 2007 and the deposition notices attached thereto. As I informed you in my emails of August 21, 2007 and August 28, 2007 and my letters of August 30, 2007 and September 7, 2007, at least two, if not all three, members of ANA's flight crew will be available for deposition on the dates you requested, November 27 through November 29. We will let you know closer to that time, when the flight crews' schedules become fixed, whether we will be able to produce all three witnesses. If one of these three witnesses is not available, we will let you know and provide alternate dates as soon as possible.

Further to my letter of August 30, 2007, and your request for a "PMK," no such witness will be provided unless you can explain how the Ground Handling Agreement referred to in and attached to your Counter-Complaint could have any relevance to any issue in this case and why any question regarding this agreement cannot be answered through interrogatories or admissions.

CONDON & FORSYTH LLP

Torpey/Worthe
September 14, 2007
Page 2

Attached please find deposition notices for United's flight crew, ramp controller, and tug driver. We have requested that United provide dates for these depositions on multiple occasions and no dates have been provided.  Accordingly, we have selected our own dates, which are reflected in the attached notices.  Please advise if the United witnesses are unavailable on these dates and on what dates they will be available and we will be happy to reschedule their depositions for mutually convenient dates at a location convenient to the witnesses.

Thank you for your anticipated cooperation in this regard.

Sincerely yours,

Marshall S. Turner

MST/hlj
Enclosure
cc:      Walt Kopas
         Frank Silane
         Scott Cunningham

1  Frank A. Silane (State Bar No.: 90940)
   Rod D. Margo (State Bar No.: 97706)
2  Scott D. Cunningham (State Bar No.: 200413)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile: (310) 557-1299
5  Email: fsilane@condonlaw.com
   Email: rmargo@condonlaw.com
6  Email: scunningham@condonlaw.com

7    -and-

8  Marshall S. Turner (*pro hac vice*)
   CONDON & FORSYTH LLP
9  7 Times Square
   New York, NY 10036
10 Telephone: (212) 490-9100
   Facsimile: (212) 370-4453
11 Email: mturner@condonlaw.com

12 Attorneys for Plaintiff
   ALL NIPPON AIRWAYS COMPANY, LTD.

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16 ALL NIPPON AIRWAYS COMPANY, )    Case No. C07-03422 EDL
   LTD.,                        )
17            Plaintiff,        )    **NOTICE OF DEPOSITION**
                                )
18       vs.                    )
                                )
19 UNITED AIR LINES, INC.,      )
                                )
20            Defendant.        )
                                )
21 _____ )

22        PLEASE TAKE NOTICE that Plaintiff, ALL NIPPON AIRWAYS

23 COMPANY, LTD. (hereinafter referred to as "ANA"), will take the videotaped

24 oral deposition of Julio Hernandez commencing on Tuesday, December 11, 2007 at

25 10:00 a.m. and continuing from day to day until completed.

26        The above deposition will be taken before a court reporter authorized to

27 administer oaths in the State of California at Condon & Forsyth LLP, 1901 Avenue

28 of the Stars, Suite 850, Los Angeles, CA 90067.

NOTICE OF DEPOSITION
CASE NO.: C07-03422 EDL

1    PLEASE TAKE FURTHER NOTICE that the witness shall bring with him

2   to the deposition all original documents identified in Schedule "A" attached to this

3   notice.

4

5

6

7

8   Dated: September 14, 2007          CONDON & FORSYTH LLP

9

10  By: _____

11  FRANK A. SILANE
    ROD D. MARGO
12  SCOTT D. CUNNINGHAM
    MARSHALL S. TURNER (*pro hac vice*)
13
    Attorneys for Plaintiff
14  ALL NIPPON AIRWAYS COMPANY, LTD.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

## SCHEDULE "A"

The term "documents" as used herein means writings of every kind and character including correspondence, transcripts, summaries, notes, letters, memoranda, opinions, reports, tabulations, statements, photographs, drawings, charts, graphs, models, information stored in or generated by computer programs, bulletins, books, schedules, compilations, lists, worksheets, records of any communications, conversations or conferences, telegrams, appointment books, calendars, diaries, audio or video tape recordings, manuals, ledgers and journals. It is requested that all such documents be brought with the deponent, whether or not the deponent or any party will claim that any such document is protected from discovery by the attorney/client privilege or work product rule. The use of the term "documents" includes the original of such writings and any copies which bear notations or information in addition to that contained in the original. A document is deemed to be in custody or control of the witness if such witness has a right to secure the document or a copy thereof from any person or any public or private entity having actual physical possession thereof.

## DOCUMENTS TO BE PRODUCED

1. The entire contents of the deponent's file concerning the subject accident which took place on October 7, 2003 at San Francisco International Airport.

2. Any and all documents regarding the subject flight and accident and the investigation thereof.

3. The deponent's training and personnel records, including but not limited to documents pertaining to any accident or incident involving the deponent and any disciplinary action against the deponent.

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-

1

## CERTIFICATE OF SERVICE

2  The undersigned certifies that a copy of the foregoing **PLAINTIFF ALL**

3  **NIPPON AIRWAYS NOTICE OF DEPOSITION OF JULIO HERNANDEZ**

4

5  was mailed this 14 day of September, 2007, to:

| | |
|---|---|
| 6  Scott R. Torpey, Esq.<br>Jaffe, Raitt, Heuer & Weiss<br>7  2777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8214<br>8  Phone: (248) 727-1461<br>Fax: (248) 351-3082 | Attorneys for defendant |
| 9 | |
| 10  Jeffrey A. Worthe, Esq.<br>Worthe, Hanson & Worthe<br>The Xerox Centre<br>11  1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705 | Attorneys for defendant |
| 12 | |

13

14  in a properly addressed wrapper in an official depository under the exclusive care

15  and custody of the United States Post Office Department within the State of New

16  York.

17

18  ~~Heather L. Jackson~~
     **HEATHER L. JACKSON**

19  Sworn to before me this
20  14th day of September, 2007

21  ~~Tina M. Zoccali~~
     Notary Public

22

23       TINA M. ZOCCALI
         Notary Public, State of New York
24           No. 01ZO6059025
         Qualified in Rockland County
25  Commission Expires May 21, 20 __11__

26

27

28

GORDON & REES LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-4-

1  Frank A. Silane (State Bar No.: 90940)
   Rod D. Margo (State Bar No.: 97706)
2  Scott D. Cunningham (State Bar No.: 200413)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile: (310) 557-1299
5  Email: fsilane@condonlaw.com
   Email: rmargo@condonlaw.com
6  Email: scunningham@condonlaw.com

7     -and-

8  Marshall S. Turner (*pro hac vice*)
   CONDON & FORSYTH LLP
9  7 Times Square
   New York, NY 10036
10 Telephone: (212) 490-9100
   Facsimile: (212) 370-4453
11 Email: mturner@condonlaw.com

12 Attorneys for Plaintiff
   ALL NIPPON AIRWAYS COMPANY, LTD.

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16 ALL NIPPON AIRWAYS COMPANY, )    Case No. C07-03422 EDL
   LTD.,                        )
17            Plaintiff,        )    **NOTICE OF DEPOSITION**
                                )
18      vs.                     )
                                )
19 UNITED AIR LINES, INC.,      )
                                )
20            Defendant.        )
                                )

21

22     PLEASE TAKE NOTICE that Plaintiff, ALL NIPPON AIRWAYS

23 COMPANY, LTD. (hereinafter referred to as "ANA"), will take the oral

24 deposition of Edward Loh commencing on Wednesday, December 12, 2007 at 10:00

25 a.m. and continuing from day to day until completed.

26     The above deposition will be taken before a court reporter authorized to

27 administer oaths in the State of California at Condon & Forsyth LLP, 1901 Avenue

28 of the Stars, Suite 850, Los Angeles, CA 90067.

1    PLEASE TAKE FURTHER NOTICE that the witness shall bring with him

2  to the deposition all original documents identified in Schedule "A" attached to this

3  notice.

4

5

6

7

8

9  Dated: September 14, 2007          CONDON & FORSYTH LLP

10

11  By: _____
    FRANK A. SILANE
12  ROD D. MARGO
    SCOTT D. CUNNINGHAM
13  MARSHALL S. TURNER (*pro hac vice*)

14  Attorneys for Plaintiff
    ALL NIPPON AIRWAYS COMPANY, LTD.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

## SCHEDULE "A"

The term "documents" as used herein means writings of every kind and character including correspondence, transcripts, summaries, notes, letters, memoranda, opinions, reports, tabulations, statements, photographs, drawings, charts, graphs, models, information stored in or generated by computer programs, bulletins, books, schedules, compilations, lists, worksheets, records of any communications, conversations or conferences, telegrams, appointment books, calendars, diaries, audio or video tape recordings, manuals, ledgers and journals. It is requested that all such documents be brought with the deponent, whether or not the deponent or any party will claim that any such document is protected from discovery by the attorney/client privilege or work product rule. The use of the term "documents" includes the original of such writings and any copies which bear notations or information in addition to that contained in the original. A document is deemed to be in custody or control of the witness if such witness has a right to secure the document or a copy thereof from any person or any public or private entity having actual physical possession thereof.

## DOCUMENTS TO BE PRODUCED

1.    The entire contents of the deponent's file concerning the subject accident which took place on October 7, 2003 at San Francisco International Airport.

2.    Any and all documents regarding the subject flight and accident and the investigation thereof.

3.    The deponent's training and personnel records, including but not limited to documents pertaining to any accident or incident involving the deponent and any disciplinary action against the deponent.

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **PLAINTIFF ALL**

**NIPPON AIRWAYS NOTICE OF DEPOSITION OF EDWARD LOH** was

mailed this 14 day of September, 2007, to:

| | |
|---|---|
| Scott R. Torpey, Esq.<br>Jaffe, Raitt, Heuer & Weiss<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8214<br>Phone: (248) 727-1461<br>Fax: (248) 351-3082 | Attorneys for defendant |
| Jeffrey A. Worthe, Esq.<br>Worthe, Hanson & Worthe<br>The Xerox Centre<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705 | Attorneys for defendant |

in a properly addressed wrapper in an official depository under the exclusive care

and custody of the United States Post Office Department within the State of New

York.

HEATHER L. JACKSON

Sworn to before me this
14th day of September, 2007

Notary Public

TINA M. ZOCCALI
Notary Public, State of New York
No. 01ZO6059025
Qualified in Rockland County
Commission Expires May 21, 20 ___11

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-4-

Frank A. Silane (State Bar No.: 90940)
Rod D. Margo (State Bar No.: 97706)
Scott D. Cunningham (State Bar No.: 200413)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: fsilane@condonlaw.com
Email: rmargo@condonlaw.com
Email: scunningham@condonlaw.com

   -and-

Marshall S. Turner (*pro hac vice*)
CONDON & FORSYTH LLP
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453
Email: mturner@condonlaw.com

Attorneys for Plaintiff
ALL NIPPON AIRWAYS COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED AIR LINES, INC., <br><br> Defendant. | Case No. C07-03422 EDL <br><br> **NOTICE OF DEPOSITION** |

PLEASE TAKE NOTICE that Plaintiff, ALL NIPPON AIRWAYS COMPANY, LTD. (hereinafter referred to as "ANA"), will take the oral deposition of John Rediger commencing on Thursday, December 13, 2007 at 10:00 a.m. and continuing from day to day until completed.

The above deposition will be taken before a court reporter authorized to administer oaths in the State of California at Condon & Forsyth LLP, 1901 Avenue of the Stars, Suite 850, Los Angeles, CA 90067.

1    PLEASE TAKE FURTHER NOTICE that the witness shall bring with him

2  to the deposition all original documents identified in Schedule "A" attached to this

3  notice.

4

5

6

7

8  Dated: September 14, 2007        CONDON & FORSYTH LLP

9

10  By: _____
    FRANK A. SILANE
11    ROD D. MARGO
    SCOTT D. CUNNINGHAM
12    MARSHALL S. TURNER (*pro hac vice*)

13    Attorneys for Plaintiff
    ALL NIPPON AIRWAYS COMPANY, LTD.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEPOSITION
CASE NO.: C07-03422 EDL

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

# SCHEDULE "A"

The term "documents" as used herein means writings of every kind and character including correspondence, transcripts, summaries, notes, letters, memoranda, opinions, reports, tabulations, statements, photographs, drawings, charts, graphs, models, information stored in or generated by computer programs, bulletins, books, schedules, compilations, lists, worksheets, records of any communications, conversations or conferences, telegrams, appointment books, calendars, diaries, audio or video tape recordings, manuals, ledgers and journals. It is requested that all such documents be brought with the deponent, whether or not the deponent or any party will claim that any such document is protected from discovery by the attorney/client privilege or work product rule. The use of the term "documents" includes the original of such writings and any copies which bear notations or information in addition to that contained in the original. A document is deemed to be in custody or control of the witness if such witness has a right to secure the document or a copy thereof from any person or any public or private entity having actual physical possession thereof.

## DOCUMENTS TO BE PRODUCED

1. The entire contents of the deponent's file concerning the subject accident which took place on October 7, 2003 at San Francisco International Airport.

2. Any and all documents regarding the subject flight and accident and the investigation thereof.

3. The deponent's training and personnel records, including but not limited to documents pertaining to any accident or incident involving the deponent and any disciplinary action against the deponent.

NOTICE OF DEPOSITION
CASE NO.: C07-03422 EDL

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **PLAINTIFF ALL NIPPON AIRWAYS NOTICE OF DEPOSITION OF JOHN REDIGER** was mailed this 14 day of September, 2007, to:

| | |
|---|---|
| Scott R. Torpey, Esq.<br>Jaffe, Raitt, Heuer & Weiss<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8214<br>Phone: (248) 727-1461<br>Fax: (248) 351-3082 | Attorneys for defendant |
| Jeffrey A. Worthe, Esq.<br>Worthe, Hanson & Worthe<br>The Xerox Centre<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705 | Attorneys for defendant |

in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

HEATHER L. JACKSON

Sworn to before me this
14th day of September, 2007

Notary Public

TINA M. ZOCCALI
Notary Public, State of New York
No. 01ZO6059025
Qualified in Rockland County
Commission Expires May 21, 2011

NOTICE OF DEPOSITION
CASE NO.: C07-03422 EDL

1901 Avenue of the Stars, Suite 850<br>Los Angeles, California 90067-6010<br>Telephone: (310) 557-2030

1   Frank A. Silane (State Bar No.: 90940)
    Rod D. Margo (State Bar No.: 97706)
2   Scott D. Cunningham (State Bar No.: 200413)
    CONDON & FORSYTH LLP
3   1901 Avenue of the Stars, Suite 850
    Los Angeles, California 90067-6010
4   Telephone: (310) 557-2030
    Facsimile:  (310) 557-1299
5   Email: fsilane@condonlaw.com
    Email: rmargo@condonlaw.com
6   Email: scunningham@condonlaw.com

7       -and-

8   Marshall S. Turner (*pro hac vice*)
    CONDON & FORSYTH LLP
9   7 Times Square
    New York, NY 10036
10  Telephone: (212) 490-9100
    Facsimile: (212) 370-4453
11  Email: mturner@condonlaw.com

12  Attorneys for Plaintiff
    ALL NIPPON AIRWAYS COMPANY, LTD.
13

14              UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16  ALL NIPPON AIRWAYS COMPANY, )    Case No. C07-03422 EDL
    LTD.,                        )
17                Plaintiff,     )    **NOTICE OF DEPOSITION**
                                 )
18      vs.                      )
                                 )
19  UNITED AIR LINES, INC.,      )
                                 )
20                Defendant.     )
                                 )
    _____  )
21

22      PLEASE TAKE NOTICE that Plaintiff, ALL NIPPON AIRWAYS
23  COMPANY, LTD. (hereinafter referred to as "ANA"), will take the oral
24  deposition of Brad Powell commencing on Tuesday, December 18, 2007 at 10:00
25  a.m. and continuing from day to day until completed.

26      The above deposition will be taken before a court reporter authorized to
27  administer oaths in the State of California at Condon & Forsyth LLP, 1901 Avenue
28  of the Stars, Suite 850, Los Angeles, CA 90067.

PLEASE TAKE FURTHER NOTICE that the witness shall bring with him to the deposition all original documents identified in Schedule "A" attached to this notice.

Dated: September 14, 2007       CONDON & FORSYTH LLP

By: _____
      FRANK A. SILANE
      ROD D. MARGO
      SCOTT D. CUNNINGHAM
      MARSHALL S. TURNER (*pro hac vice*)

      Attorneys for Plaintiff
      ALL NIPPON AIRWAYS COMPANY, LTD.

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

NOTICE OF DEPOSITION
CASE NO.: C07-03422 EDL

## SCHEDULE "A"

The term "documents" as used herein means writings of every kind and character including correspondence, transcripts, summaries, notes, letters, memoranda, opinions, reports, tabulations, statements, photographs, drawings, charts, graphs, models, information stored in or generated by computer programs, bulletins, books, schedules, compilations, lists, worksheets, records of any communications, conversations or conferences, telegrams, appointment books, calendars, diaries, audio or video tape recordings, manuals, ledgers and journals. It is requested that all such documents be brought with the deponent, whether or not the deponent or any party will claim that any such document is protected from discovery by the attorney/client privilege or work product rule. The use of the term "documents" includes the original of such writings and any copies which bear notations or information in addition to that contained in the original. A document is deemed to be in custody or control of the witness if such witness has a right to secure the document or a copy thereof from any person or any public or private entity having actual physical possession thereof.

## DOCUMENTS TO BE PRODUCED

1.  The entire contents of the deponent's file concerning the subject accident which took place on October 7, 2003 at San Francisco International Airport.

2.  Any and all documents regarding the subject flight and accident and the investigation thereof.

3.  The deponent's training and personnel records, including but not limited to documents pertaining to any accident or incident involving the deponent and any disciplinary action against the deponent.

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **PLAINTIFF ALL NIPPON AIRWAYS NOTICE OF DEPOSITION OF BRAD POWELL** was mailed this 14 day of September, 2007, to:

| | |
|---|---|
| Scott R. Torpey, Esq.<br>Jaffe, Raitt, Heuer & Weiss<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8214<br>Phone:  (248) 727-1461<br>Fax:  (248) 351-3082 | Attorneys for defendant |
| Jeffrey A. Worthe, Esq.<br>Worthe, Hanson & Worthe<br>The Xerox Centre<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705 | Attorneys for defendant |

in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

HEATHER L. JACKSON

Sworn to before me this
14th day of September, 2007

Notary Public

TINA M. ZOCCALI
Notary Public, State of New York
No. 01ZO6059025
Qualified in Rockland County
Commission Expires May 21, 20 11

-4-

NOTICE OF DEPOSITION
CASE NO.: C07-03422 EDL

1   Frank A. Silane (State Bar No.: 90940)
    Rod D. Margo (State Bar No.: 97706)
2   Scott D. Cunningham (State Bar No.: 200413)
    CONDON & FORSYTH LLP
3   1901 Avenue of the Stars, Suite 850
    Los Angeles, California 90067-6010
4   Telephone: (310) 557-2030
    Facsimile:  (310) 557-1299
5   Email: fsilane@condonlaw.com
    Email: rmargo@condonlaw.com
6   Email: scunningham@condonlaw.com

7       -and-

8   Marshall S. Turner (*pro hac vice*)
    CONDON & FORSYTH LLP
9   7 Times Square
    New York, NY 10036
10  Telephone: (212) 490-9100
    Facsimile: (212) 370-4453
11  Email: mturner@condonlaw.com

12  Attorneys for Plaintiff
    ALL NIPPON AIRWAYS COMPANY, LTD.
13

14                  UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16  ALL NIPPON AIRWAYS COMPANY, )    Case No. C07-03422 EDL
    LTD.,                        )
17              Plaintiff,       )    **NOTICE OF DEPOSITION**
                                 )
18      vs.                      )
                                 )
19  UNITED AIR LINES, INC.,      )
                                 )
20              Defendant.       )
                                 )
21  _____ )

22       PLEASE TAKE NOTICE that Plaintiff, ALL NIPPON AIRWAYS

23  COMPANY, LTD. (hereinafter referred to as "ANA"), will take the oral

24  deposition of Scott M. Russell commencing on Wednesday, December 19, 2007 at

25  10:00 a.m. and continuing from day to day until completed.

26       The above deposition will be taken before a court reporter authorized to

27  administer oaths in the State of California at Condon & Forsyth LLP, 1901 Avenue

28  of the Stars, Suite 850, Los Angeles, CA 90067.

NOTICE OF DEPOSITION
CASE NO.: C07-03422 EDL

1    PLEASE TAKE FURTHER NOTICE that the witness shall bring with him

2  to the deposition all original documents identified in Schedule "A" attached to this

3  notice.

4

5

6

7

8

9  Dated: September 14, 2007          CONDON & FORSYTH LLP

10

11  By:

12    FRANK A. SILANE
      ROD D. MARGO
      SCOTT D. CUNNINGHAM
13    MARSHALL S. TURNER (*pro hac vice*)

14    Attorneys for Plaintiff
      ALL NIPPON AIRWAYS COMPANY, LTD.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

NOTICE OF DEPOSITION
CASE NO.: C07-03422 EDL

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

## SCHEDULE "A"

The term "documents" as used herein means writings of every kind and character including correspondence, transcripts, summaries, notes, letters, memoranda, opinions, reports, tabulations, statements, photographs, drawings, charts, graphs, models, information stored in or generated by computer programs, bulletins, books, schedules, compilations, lists, worksheets, records of any communications, conversations or conferences, telegrams, appointment books, calendars, diaries, audio or video tape recordings, manuals, ledgers and journals. It is requested that all such documents be brought with the deponent, whether or not the deponent or any party will claim that any such document is protected from discovery by the attorney/client privilege or work product rule. The use of the term "documents" includes the original of such writings and any copies which bear notations or information in addition to that contained in the original. A document is deemed to be in custody or control of the witness if such witness has a right to secure the document or a copy thereof from any person or any public or private entity having actual physical possession thereof.

## DOCUMENTS TO BE PRODUCED

1.    The entire contents of the deponent's file concerning the subject accident which took place on October 7, 2003 at San Francisco International Airport.

2.    Any and all documents regarding the subject flight and accident and the investigation thereof.

3.    The deponent's training and personnel records, including but not limited to documents pertaining to any accident or incident involving the deponent and any disciplinary action against the deponent.

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **PLAINTIFF ALL**

**NIPPON AIRWAYS NOTICE OF DEPOSITION OF SCOTT M. RUSSELL**

was mailed this 14 day of September, 2007, to:

| | |
|---|---|
| Scott R. Torpey, Esq.<br>Jaffe, Raitt, Heuer & Weiss<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8214<br>Phone: (248) 727-1461<br>Fax: (248) 351-3082 | Attorneys for defendant |
| Jeffrey A. Worthe, Esq.<br>Worthe, Hanson & Worthe<br>The Xerox Centre<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705 | Attorneys for defendant |

in a properly addressed wrapper in an official depository under the exclusive care

and custody of the United States Post Office Department within the State of New

York.

HEATHER L. JACKSON

Sworn to before me this
14th day of September, 2007

_____
Notary Public

TINA M. ZOCCALI
Notary Public, State of New York
No. 01ZO6059025
Qualified in Rockland County
Commission Expires May 21, 20 11

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

NOTICE OF DEPOSITION
CASE NO.: C07-03422 EDL