# EXHIBIT E



U.S. Department
of Transportation
**Federal Aviation Administration**

February 16, 2006

# **A**eronautical

# **I**nformation

# **M**anual   Official Guide to
Basic Flight Information and ATC Procedures

An electronic version of this publication is on the internet at
http://www.faa.gov/atpubs

### 4-3-24. Flight Inspection/'Flight Check' Aircraft in Terminal Areas

**a.** *Flight check* is a call sign used to alert pilots and air traffic controllers when a FAA aircraft is engaged in flight inspection/certification of NAVAIDs and flight procedures. Flight check aircraft fly preplanned high/low altitude flight patterns such as grids, orbits, DME arcs, and tracks, including low passes along the full length of the runway to verify NAVAID performance. In most instances, these flight checks are being automatically recorded and/or flown in an automated mode.

**b.** Pilots should be especially watchful and avoid the flight paths of any aircraft using the call sign "Flight Check" or "Flight Check Recorded." The latter call sign; e.g., "Flight Check 47 Recorded" indicates that automated flight inspections are in progress in terminal areas. These flights will normally receive special handling from ATC. Pilot patience and cooperation in allowing uninterrupted recordings can significantly help expedite flight inspections, minimize costly, repetitive runs, and reduce the burden on the U.S. taxpayer.

*FIG 4-3-8*
**Signalman's Position**



### 4-3-25. Hand Signals

*FIG 4-3-7*
**Signalman Directs Towing**



*FIG 4-3-9*
**All Clear (O.K.)**



**FIG 4-3-10**
**Start Engine**



**FIG 4-3-12**
**Proceed Straight Ahead**



**FIG 4-3-11**
**Pull Chocks**



**FIG 4-3-13**
**Left Turn**





*FIG 4-3-14*
**Right Turn**



*FIG 4-3-16*
**Flagman Directs Pilot**



*FIG 4-3-15*
**Slow Down**



*FIG 4-3-17*
**Insert Chocks**



**FIG 4-3-18**
**Cut Engines**



**FIG 4-3-20**
**Stop**



**FIG 4-3-19**
**Night Operation**

Use same hand movements as day operation