# EXHIBIT H

Mr. Marshall Turner

*Recieved from*
*Ms. Claire Florio*
*UAL Safety*
*10/14/03*



# *Ramp Services Trainer*
# *Aircraft Guideperson & Wingwalker*

## Participant Guide

**WHQTD – June 2003**

Ramp  Ramp  Ramp  Ramp  Ramp  Ramp  Ramp  Ramp  Ramp  Ramp  Ramp  Ramp

This document is for training purposes only and may not
be revised. Always refer to the United Airlines
Maintenance Manual for current approved procedures.

# *w*humanresources
## Corporate Learning Systems

**ANA001266**

# Guideperson & Wingwalker



## Overview

While the terms of "Pushback" and "Aircraft Dispatch" maybe used interchangeably, the roles, responsibilities, and tasks for a Guideperson & Wingwalker are different. Although both Guideperson & Wingwalker ensure the safety of the aircraft movement, the Wingwalker has additional pushback responsibilities.

In this lesson, you will be introduced to the roles, responsibilities, and tasks of both the Guideperson & Wingwalker. In addition, you will be provided "hands-on" practice, in a structured format. This structured format is based on the tasks and steps as identified on the Performance Checklist.

## Objectives

- Describe the General Aircraft Dispatch Process.
- Define Guideperson & Wingwalker Responsibilities.
- Describe General Guideperson & Wingwalker Hand Signals.
- Explain Wingwalker's Sequence of Activities.
- Describe Non-Verbal Communication Dispatch.

WHGUC
Copyright © 2002, UNITED AIRLINES
**ANA001267**

# Guideperson & Wingwalker



 ## Describe the General Aircraft Dispatch Process

During the Aircraft Dispatch process, a Pushback Tractor Driver and
Wingwalker work together to safely move an aircraft from the gate area to a
designated ramp area or taxiway.

## General Equipment

| Equipment | Definition | Illustration |
|---|---|---|
| Guide Wands | Used to identify the Wingwalker / Guideperson and are required for all aircraft movement.<br>• Day Glo (orange)<br>Used *only* in the day light hours.<br>• Lighted<br>Used anytime. | Day Glo    Lighted |
| Nosewheel Bypass Pin | Used to prevent the aircraft steering mechanism from functioning. Each aircraft type has a designated pins type.<br>• For more Pin information and specifications, refer to the NMOP manual | |
| Towbar | Used to connect the Pushback Tractor to the aircraft for pushback or tow purposes.<br>• For more towbar information and specifications, refer to the NMOP manual. | |
| Pushback Tractor | Used to pushback or tow an aircraft.<br>• For more Pushback tractor information and specifications, refer to the NMOP manual. | |
| Interphone Headset | Used to maintain voice contact with the flight deck during the pushback and tow procedures.<br>• For more Headset information and specifications, refer to the NMOP manual. | |
| Chocks | • Large blocks of wood or rubber used to keep aircraft from rolling. | |

# Guideperson & Wingwalker



## General Guideperson & Wingwalker Pushback Duties

Although there are various roles and responsibilities for the Aircraft Dispatch process, the Aircraft Dispatch process can be divided into 3 general steps. The 3 general steps and related tasks are as follows:

| | Guideperson & Tailwalker | Wingwalker |
|---|---|---|
| Prepare Aircraft & Gate for Pushback | • Obtains the appropriate wands to be used.<br><br>• Ensures ground equipment is clear of aircraft envelope. | • Obtains the appropriate wands to be used.<br><br>• Assists in preparing pushback tractor for pushback, in terms of pin and towbar.<br><br>• Ensures ground equipment is clear of aircraft envelope.<br><br>• Performs the Pre-Departure or Circle Check.<br><br>• Verifies with pushback direction with tractor Driver:<br>   • Straight.<br>   • Tail left or right.<br>   • Etc. |
| Dispatch Aircraft from Gate | • Ensures and maintains safety clearance for aircraft movement.<br><br>• If Tailwalker, then initiates, ensures, and maintains start of pushback. | • Initiates, ensures, and maintains safety clearance for aircraft movement.<br><br>*Note:* If Tailwalker is part of the pushback crew, then the Tailwalker will initiate the pushback process, by giving the "OK to Begin / Continue Pushback" hand signal, followed by the Wingwalker. |
| Complete Pushback Process | N / A | • Disconnects towbar and removes pin.<br><br>• Disconnects headset cord and closes panel door.<br><br>• Performs the Dispatch Salute.<br><br>• Releases aircraft from guidance. |

Depending on local station policy and procedures. the Wingwalker's role in each general step and tasks will vary. Remember. the Wingwalker's primary responsibility is the safe movement of the aircraft. during the pushback process.

WHIQUC<br>Copyright © 2003, UNITED AIRLINES<br>**ANA001269**

# Guideperson & Wingwalker



## General Guideperson & Wingwalker Positions

While the aircraft is in transit, the Guideperson or Wingwalker must be positioned at least 10 feet from the aircraft at all times.

Remember, the Pushback Tractor Driver will determine the appropriate position for the Wingwalker.

The following illustration displays the general starting position for the Wingwalker for a "2 Person Pushback".



The Pushback Tractor Driver may position the Wingwalker anywhere within the gray shaded area. This area covers:
- From the Wing-tip.
- To the Nose gear.

TheWingwalker should be no closer that 10 feet from the aircraft. Be aware and cautious of aircraft ingestion area.

Remember, to ensure the safe movement of the aircraft, the Wingwalker must always be in visual contact with the Pushback Tractor Drive at all times.

ANA001270

# Guideperson & Wingwalker



The following illustration displays the general starting position for the Wingwalker and Guidepersons (Tailwalker and Guideperson).



To ensure the safe movement of the aircraft during the Aircraft Dispatch process, these positions and distances to aircraft are to remain constant.

ANA001271

# Guideperson & Wingwalker





## Define Guideperson & Wingwalker Responsibilities

At United Airlines, it is required to perform a "2 Person Pushback", when dispatching an aircraft. And, depending on the circumstances, such as, gate logistics, aircraft type, and weather, the pushback process may require an additional Guideperson.

All aircraft dispatches will consist of the Pushback tractor driver and the following:

- Wingwalker.

- Guideperson (and / or Tailwalker), if applicable.

Before the Aircraft Dispatch process begins, the Pushback Driver will make the following operational decisions:

- The Wingwalker's starting position, in terms of the Standard side (Captain's right) or left side of the aircraft.

- The need for an additional Guideperson.

# Guideperson & Wingwalker



The responsibilities of the Guideperson & Wingwalker are as follows:

| Guideperson & Tailwalker | Wingwalker |
|---|---|
| • Use only approved United Airlines hand signals (NMOP). | • Use only approved United Airlines hand signals (NMOP). |
| • Always have the Wingwalker and / or Pushback Driver in view. | • Always have the Pushback Driver (and Tailwalker, if applicable) in view. |
| • Ensures and maintains the safety clearances of an aircraft during movement. | • Ensures and maintains the safety clearances of an aircraft during movement. |
| • Perform the Emergency Stops hand signal, when safety clearance is in question. | • Perform the Emergency Stops hand signal, when safety clearance is in question. |
| • Maintain a safe distance from aircraft.<br>   • Maintain a distance of at least 10 feet from the aircraft and tow tractor.<br>   • *Never* walk under the aircraft while aircraft is in transit. | • Maintain a safe distance from aircraft.<br>   • Maintain a distance of at least 10 feet from the aircraft and tow tractor.<br>   • *Never* walk under the aircraft while aircraft is in transit. |
| | *Additional Wingwalker* |
| | • Do not approach aircraft until a "brakes set" signal is given. |
| | • The towbar must be disconnected first and backed away *before* the pin is removed. |
| | • When removing the bypass pin, use caution as it is possible for the nose wheel to turn to a neutral (forward) position. |
| | • Disconnect the headset communication cord and close the Ground Service Panel door before the tractor is backed away. |
| | • After the tractor has backed away:<br>   • Move to a position (terminal side) that has clear line-of-sight with the flight deck.  10 or 2 o-clock<br>   • Stand at attention and give a clear, military salute to flight deck.  Hold the salute until the flight deck acknowledges with a flash of the taxi light.<br>   • Give the Release From Guidance signal in the direction of travel.<br>• *Never* walk in front of an aircraft after it is released from guidance. |

As a General Rule, if the safety clearance for the aircraft movement is in question, **always stop the aircraft movement.**

ANA001273

# Guideperson & Wingwalker





## Describe General Guideperson & Wingwalker Hand Signals

The following illustrations are the Standard Hand Signals that will be used by the Wingwalker, Guideperson, and Pushback Driver.

| Hand Signal | Definition | |
|---|---|---|
| All Clear to Begin / Continue Pushback | • Stand at designated position (no closer that 10 feet from aircraft and tow tractor).<br>• Raise right hand above head, with left hand at side (similar to the Aircraft Receive Completed signal) | |
| Emergency Stop | Guideperson raises both wands overhead and executes a rapid crossing motion of the wands / hands.<br><br>Note:    If, at any time you see a potential for aircraft damage or persona injury, give the signal for Emergency Stop. Anyone on the ramp may give the Emergency Stop signal. | |
| Brakes Set (Given from Pushback Driver) | This gives the Wingwalker the "go-ahead" to approach the aircraft to disconnect the towbar and pin.<br>• Visible to the Wingwalker:<br>  • 1st – Hold both hands out, with open palms facing forward.<br>  • 2nd – Clench hands in fist position. | |
| Disconnect Headset (Given from Pushback Driver) | This gives the Wingwalker the "go-ahead" to:<br>• Disconnect the headset cord and close the aircraft panel.<br>• Gather / coil-up the headset cord and give the headset cord to the pushback driver.<br>• Visible to the Wingwalker:<br>  • 1st – Form a "sideways  T" or "⊢".<br>  • 2nd – Move the left and right hand apart: " I  →". | |
| Dispatch Salute | • Stand at attention on the captain's (left) side of the aircraft and make a right hand wand salute.<br>• Hold the salute until the captain acknowledges by flashing the taxi light one time. | |
| Release From Guidance | • Turns and faces the direction the aircraft is to travel.<br>• Raises wands to a vertical position, and then moves both arms in unison from directly overhead to a horizontal position. | |

ANA001274

# Guideperson & Wingwalker



 ## Explain Wingwalker's Sequence of Activities

Although the Pushback Driver is ultimately responsible for the Aircraft Dispatch process, the Wingwalker may assume some of the pushback responsibilities. These responsibilities will vary from station to station.

### Prepare Aircraft & Gate for Pushback

- Verify aircraft type and gate.
- Obtain the appropriate wands.

 or 

- Assist in connecting the pin, towbar, and pushback tractor:

| Steps | Graphic |
|---|---|
| 1. Install Pin<br>• Ensure that you are using the appropriate pin.<br>• If you are in doubt, refer to the NMOP manual. | |
| 2. Attach Towbar to Aircraft.<br>• Ensure that you are using the appropriate towbar.<br>• If you are in doubt, refer to the NMOP manual. | |
| 3. Connect pushback tractor to towbar. | |
| 4. Connect interphone headset.<br>• Plug cord into the flight interphone jack on the aircraft.<br>• Cord should be long enough to reach the pushback tractor operator.<br>• Double-check interphone to ensure it is operating. | |

- Ensure ground equipment is clear of aircraft envelope.
- Assist in External Ground Power (PLB).
    - Ensure ground power is not in use.
    - Safely removes power load and appropriately stows power cord.

WHOUC<br>Copyright © 2003, UNITED AIRLINES<br>**ANA001275**

# Guideperson & Wingwalker



- Perform Pre-departure Check

  The aircraft Pre-Departure Check or *circle / walk around check* is one of the most critical tasks, prior to the movement of the aircraft. This Check ensures:

  - All doors and panels are closed.

  - Anything that does *not* seem right, must be reported.

  Although the Pushback Driver is ultimately responsible for the Pre-Departure Check, the Wingwalker may assume this responsibility.

  Use the following steps to complete a Pre-Departure Check. Start at the nose of the aircraft and walk around aircraft in clock-wise direction. This check is to be completed. prior to the releasing of the aircraft brakes. In addition, you should be looking for such things as:

  - Fluid leaks.

  - Aircraft damage.

  - Tire damage.

  | | Generic Aircraft Points |
  |------|-------------------------|
  | 1. | Nose gear Pin and Towbar |
  | 2. | Passenger Service Doors |
  | 3. | Cargo Doors |
  | 4. | Fuel Panel(s) |
  | 5. | Main Gears |
  | 6. | Potable Water Panel(s) |
  | 7. | Lavatory Service Panel(s) |
  | 8. | E&E Compartment |
  | 9. | Cabin Condition Panel |
  | 10. | Pneumatic Panel |
  | 11. | Aircraft Damage |
  | 12. | Fluid Leaks |

  - On B737 aircraft, give a gentle push on the cargo doors. This will avo a "false latch" condition. This should be done to Wide Body aircraft.

  - Check Viewports on cargo doors for all fleet types. as required

  - If any doors are opened after the check, they must be checked again.

- Verify direction of pushback with Tractor Driver. such straight, left or right turn, etc.

# Guideperson & Wingwalker



## Dispatch Aircraft from Gate

- Use only approved United Airlines hand signals (NMOP).
- Maintain a safe distance from aircraft.
  - Keep in direct line-of-sight of the tractor operator.
  - Maintain a distance of at least 10 feet from the aircraft and tow tractor.
  - Do *not* ever walk under the aircraft while aircraft is in transit.
- When the aircraft can safely pushback from the gate. perform the "OK to Begin / Continue Pushback" hand signal.



Depending on your station. the Guideperson and Tailwalker may not need to follow the aircraft all the way to the End / Stop mark.

WHQUC
Copyright © 2005, UNITED AIRLINES
ANA001277

# Guideperson & Wingwalker



## Dispatch Aircraft from Gate continued

The following illustrates 3 basic aircraft pushback types. Straight, Tail Left, and Tail Right. In each illustration, the Wingwalker is positioned on the left sided of the aircraft or Standard side. Note that at in all 3 pushback types, the Wingwalker's position starts and end / stop points are the same.

| Straight Back | Tail Left | Tail Right |
|---|---|---|

❶ Wingwalker is positioned no closer than 10 feet from wing-tip or in front of wing-tip.

❷ Wingwalker moves into position to complete the pushback process, but is no closer to 10 feet from aircraft.

ANA001278

# Guideperson & Wingwalker



## Complete Pushback Process

- Disconnect the Towbar and Pin from Aircraft

  The Wingwalker must not approach aircraft, until the Pushback Driver gives the "Brakes Set" hand signal.



After the "Brakes Set" hand signal is given, the Wingwalker can:

- Disconnect Towbar and Pin.

  Before disconnecting the towbar from the aircraft, if you have wands in your possession, stow them securely:

  - In the side deep pockets of your pants.
  - Behind your back, between your pants and shirt.

  Disconnect the towbar and pin as follows:

| Step | Explanation |
|------|-------------|
| 1. Approach the towbar from the side, do *not* straddle the towbar, and release the towbar from the aircraft. | If the towbar does not fall from the nosegea<br>• Re-verify that the brakes have been se with the Flight Deck crew.<br>• Rock the towbar assist handle in a "sid to-side" (◄——►) motion. Use cau *not* to damage the towbar. |
| 2. After verifying the towbar has been released, move the pushback tractor away from the aircraft. | • Guide Pushback Driver away from airc until towbar is clear from nose wheel. |
| 3. Remove pin. | • Whenever applicable, from the side of nosegear panel and at arms-length, remove the pin from the nosegear.<br><br>*Note:   As a suggestion, place the pin in t front pocket of your pants with the sticking out. This is a visual verification for the Flight Deck cre that the pin has been removed.* |

WHQUC<br>Copyright © 2003, UNITED AIRLINES<br>**ANA001279**

# Guideperson & Wingwalker



## Complete Pushback Process continued

- Disconnect Headset from Aircraft.

  The Wingwalker will begin this process, when the Pushback Driver gives the "Disconnect Headset" hand signal.



  After the "Disconnect Headset" hand signal is given, the Wingwalker will do the following:

  - Disconnect the headset cord and close the aircraft service panel.

  - Gather / coil-up the headset cord and give the headset cord to the pushback driver.

  Note:    After Wingwalker gives the headset cord to the Pushback Driver, the Pushback Driver will return to the gate.

# Guideperson & Wingwalker



## Complete Pushback Process continued

- Dispatch Salute and Release From Guidance.
    - Move to a position (terminal side) that has clear line-of-sight with the flight deck.
        - 10, 12, or 2-o-clock position to the flight deck.



| Tail Left | Straight | Tail Right |
|---|---|---|
| Wingwalker began from Standard side | Wingwalker began from Standard side | Wingwalker began from non-Standard side |
| Airport Terminal | Airport Terminal | Airport Terminal |

- Stand at attention and give a clear, military salute to flight deck. Hold th salute until the flight deck acknowledges with a flash of the taxi light.



- Give the Release From Guidance signal in the direction of travel.



*Note:*          *Never walk in front of an aircraft after it is released from guidance.*

W2004 Guideperson & Wingwalker.doc

WHQUC
UNITED AIRLINES
ANA001281

# Guideperson & Wingwalker





## Describe Non-Verbal Communication Dispatch



In the event that the interphone is inoperable or another working interphone is not available, perform the following steps, to ensure:

- The No-Verbal Communication Dispatch is accomplished safely.

- The aircraft is dispatched on-time.

In addition, during unusual conditions such as stored air starts, slippery ramps, etc., prior verbal communication is essential.

| Non-Verbal Communication Dispatch | |
|---|---|
| 1. Ground Crew and Flight Deck Coordination | Whenever the pushback and / or engine starting are to be directed by the use of hand signals, advise the pilots early and discuss the procedure with the Captain. |
| 2. Engine Starting and Clearance | Give the start signal only after personnel and equipment are clear. |
| 3. Engine Starting Process | The starting of engines must be done at the gate before pushback or after the pushback is complete and the equipment is removed. To avoid exposing the wingwalker to a running engine, start engines after the pushback is complete when possible. |
| 4. Hand Signals | The guideperson will relay the hand signals between the tractor driver and the flight deck. |
| 5. Initiate Pushback Request | Initiate a request for pushback by giving the "Brakes Off" signal. When the pilots are ready for pushback, the Captain will acknowledge by returning the signal and releasing the brakes. Subsequent signals will be similarly acknowledge when understood. |
| 6. Continue Pushback Process | Carry out the remainder of the dispatching in the normal manner, giving a "Brakes On" signal when pushback is complete. |
| 7. Complete Engine Start Process | After disconnecting the tow bar, assuring that the area clear, give the "Start Engines" signal for any remaining un-started engines. The "Salute" and "Guidance / Release From Guidance" may be given at the signal person's discretion. |

Refer to the NMOP manual 3-0-1-0, page 3 and 9.

Guideperson & Wingwalker Performance Checklist

| Job Function | | | | | | Guideperson & Wingwalker | |

| Circle Applicable Selection(s) | Guideperson | Wingwalker | Other Carrier | SPECIFY |

Trainee: _____  File Number: _____  Station: _____  Date: _____

Trainer: _____  File Number: _____

| Task | Steps | Yes (X) | No (X) | N/A (X) | Trainee Initials | Instr. Initials | Standard | Comm |
|------|-------|---------|--------|---------|------------------|-----------------|----------|------|
| 1. Prepare Aircraft & Gate for Pushback | Aircraft Information: | | | | | | | |
| | • Verifies aircraft type | | | | | | | |
| | • Verifies gate | | | | | | | |
| | Prepare / assist Pushback Tractor Driver (if applicable): | | | | | | | |
| | • Checks pin (if applicable) | | | | | | | |
| | • Performs towbar check | | | | | | | |
| | • Inserts pin (if applicable) | | | | | | Pin must be securely in slot. • Does *not* stand between nosegear and panel, if applicable | |
| | • Connects towbar to aircraft | | | | | | Towbar must *never* be connected to the aircraft, if the pin has *not* been inserted. | |
| | • Connects towbar to tractor | | | | | | | |
| | • Attaches and checks Interphone | | | | | | | |
| | Aircraft Envelope: | | | | | | | |
| | • Checks that area is clear of ground equipment | | | | | | Ground equipment outside the envelope in the designated parking spot | |
| | External power (if applicable) | | | | | | | |
| | • Confirms that the external power is *not* in use before disconnecting. | | | | | | | |
| | • Removes power load, before disconnecting from the aircraft. | | | | | | | |
| | • Makes sure that the power cord is properly stowed for PLB or GPU. | | | | | | | |
| | Ensures PLB is parked appropriately | | | | | | | |
| | Removes chocks from nosewheel | | | | | | Stow chocks in designated area. | |
| | Assists in Pre-Departure Check | | | | | | | |
| | Dispatch Position & Direction: | | | | | | | |
| | • Verifies w/ driver Start position. | | | | | | | |
| | • Verifies w/ driver pushback direction | | | | | | | |
| | Loads last minute bags, if applicable. | | | | | | This process will differ from HUB and Line stations. • If bags were loaded after the Pre-Departure check, cargo door(s) that were used need to re-checked. | |

Rev 12/03
W2904 - Guideperson & Wingwalker.doc

Wing & Guide - 17

WH
Copyright © 2003, UNITED AIRL

ANA001283

Guideperson & Wingwalker Performance Checklist

| Task | Steps | Yes (X) | No (X) | N/A (X) | Trainee Initials | Instr. Initials | Standard | Com |
|------|-------|---------|--------|---------|------------------|-----------------|----------|-----|
| 2. Dispatch Aircraft from Gate | Stand in appropriate starting spot, in accordance to the Pushback Tractor Driver's direction | | | | | | • Minimum of 10 feet from aircraft. | |
| | Gives "All Clear Begin / Continue Pushback hand signal | | | | | | • If Tailwalker is part of the pushback crew, then the Tailwalker initiates the pushback process.<br>• If Tailwalker is *not* part of the pushback crew, then the Wingwalker initiates the pushback process. | |
| | Ensures and maintains safety clearance for aircraft movement. | | | | | | • Maintains visual contact with Pushback Driver (and Guideperson, if applicable) at all times.<br>• Performs the Emergency Stops hand signal, when safety clearance is in question.<br>• *Never* walk under the aircraft while aircraft is in transit. | |
| 3. Complete Pushback Process | Aircraft at Pre-Determined Stop Mark | | | | | | | |
| | • Safely moves from wing-tip position to disconnect area | | | | | | • Minimum of 10 feet from aircraft.<br>• Maintains safe distance from aircraft engine, if applicable. | |
| | Disconnects towbar | | | | | | • Waits for "Brakes Set" hand signals from pushback driver<br>• Approaches towbar from the side, do *not* straddle the towbar, and release the towbar from the aircraft. | |
| | Directs pushback tractor away from the aircraft. | | | | | | • Guides pushback driver away from aircraft, until towbar is clear from nose wheel | |
| | Removes pin | | | | | | • Stores pin in appropriate area or location. | |
| | Disconnects headset cord and close panel door. | | | | | | • Waits for "Disconnect Headset" hand signals from pushback driver | |
| | Dispatch Aircraft From Guidance<br>• Moves in front of aircraft and in visual sight of flight deck<br>• Performs the Dispatch Salute | | | | | | • Positions oneself at either 10, 12, or 2-o-clock, in relation to flight deck<br>• Stands at attention on the captain's side of the aircraft (if applicable) and makes a right hand wand salute.<br>• Holds the salute until the captain acknowledges by flashing the taxi light one time. | |
| | • Performs the Release From Guidance hand signal | | | | | | • Turns and faces the direction the aircraft is to travel.<br>• Raises wands to a vertical position, and then moves both arms in unison from directly overhead to a horizontal position | |
| | Returns to appropriate gate. | | | | | | • Does *not* walk in front aircraft after it is released from guidance. | |

have reviewed this Checklist and agree that I have been Trained and Qualified in safely and accurately performing all tasks that are required for the procedures in accordance to this Checklist.

Trainee Signature: _____    Sign and Date only upon 100% Pass Rate    Date: _____

structor Signature: _____    Sign and Date only upon 100% Pass Rate    Date: _____

When the Trainee has been Qualified, the RST / Instructor is responsible to send one copy of this Checklist to WHQTD and retain th original copy at the local station. In addition, the RST / Instructor will ensure Trainee remains current and continues to follow all the procedures within this Checklist.

ANA001284  UNITED AIRLIN

# Dispatch a Narrow and Wide Body Aircraft Checkpoint



## Instructions

### Outside Activity

For this part of the checkpoint your instructor will coach you while you pushback an aircraft.

These practice sessions will take place during live operation of flights. The pilot of the aircraft has been informed that the pushback of the aircraft will be completed by a student who is under the guidance of an instructor.

- While you are dispatching an aircraft:
    - Listen to and follow every direction from the instructor.
- While you are observing another student who is dispatching an aircraft:
    - Be sure to stand where you are instructed.
    - Be prepared to answer questions about the practice session when you return to the classroom.

# Aircraft Receipt and Dispatch Summary



## Our Customers' Arrival and Departure

- Our customers rely on the employees of United to provide safe travel on every flight.
- You can do your part to ensure safe receipt and dispatch of aircraft by precisely following each step of these processes as outlined in regulations.

## Receive a Narrow and Wide Body Aircraft

- You are responsible to make sure the gate area is clear before the arrival of a flight.
- A Marshall or guideperson is required for *all* aircraft arrivals.
- There must be two guidepersons to receive an aircraft at a dog-leg gate.

## External Preconditioned Air to Aircraft

- Describe the General Preconditioned Air Sources.
- General Process:    Mobile Preconditioned Air Unit.
- General Process:    Stationary Preconditioned Air.

## Dispatch a Narrow and Wide Body Aircraft

- After you complete a pre-departure check, you notify the captain as to whether the aircraft is safe for departure.
- You must use the exact communication shown on the Dispatch-Pushback All Aircraft reference card during pushback of an aircraft.
- The Wingwalker is responsible for maintaining safety clearances during pushback.
- The Tractor Driver is responsible for the complete dispatch process.

# Dispatch a Narrow and Wide Body Aircraft Checkpoint



## Aircraft Dispatch Checklist

| Task | Steps | Yes (X) | No (X) | N/A (X) | Standard | Comments |
|---|---|---|---|---|---|---|
| Prepare to Dispatch Aircraft | Aircraft information: | | | | | |
| | • Type | | | | | |
| | • Gate | | | | | |
| | Dispatch procedure: | | | | | |
| | • Straight push | | | | | |
| | • Push with turn(s) | | | | | |
| | • End mark identified. | | | | | |
| | • Wingwalker position. | | | | | |
| | Ground Equipment | | | | | |
| | • Pushback tractor | | | | | |
| | • User Check, if applicable. | | | | | |
| | • Towbar | | | | | |
| | • User Check, if applicable. | | | | | |
| | Pin, if applicable. | | | | | |
| | Interphone is in operating order. | | | | | |
| 1. Initial Dispatch Tasks | 1. Insert pin to nosegear | | | | Pin must be securely in slot.<br>• Does not stand between nosegear panel, if applicable | |
| | 2. Attach towbar to nosewheel. | | | | Towbar must *never* be connected to the aircraft if the pin has not been inserted. | |
| | 3. Attach towbar to pushback tractor. | | | | | |
| | 4. Place tractor in park and engage the emergency brakes. | | | | | |
| | 5. Remove the external power connection. | | | | Aircraft ground power:<br>• Confirm that the external power is *not* in use before disconnecting.<br>• Remove power load, before disconnecting from the aircraft.<br>• Make sure that the power cord is properly stowed on the Passenger Loading Bridge or the GPU. | |
| 2. Aircraft Walkaround and Checks | 1. Ensure the following: | | | | | |
| | • All ground equipment moved, when they are no longer required | | | | Park the ground equipment outside the envelope in the designated parking spot | |
| | • All doors and panels are closed as required. | | | | | |
| | • Remaining equipment removed from aircraft and stowed / parked in appropriate area. | | | | | |
| | 2. Complete Found on Departure check. | | | | Look for damage that may have occurred during the loading / unloading process . | |
| | 3. Load last minute bags, if applicable. | | | | This process will differ from HUB and Line stations.<br>• If bags were loaded after the Pre-Departure check, cargo door(s) that were used need to rechecked. | |
| | 4. Ensure Passenger Loading Bridge is parked in appropriate area. | | | | | |
| | 5. Remove chocks from nosewheel. | | | | Stow chocks in designated area. | |
| 3. Begin Aircraft Pushback Process | 1. Follow instructions, sequence and verbiage, as detailed on "Dispatch-Pushback All Aircraft" card. | | | | | |
| | 2. After "clearance" and "brakes released" acknowledgement from the Flight Deck is received, performs the *initial* pushback. | | | | When performing a Two Person Pushback, ensure that the Wingwalker / Tailwalker:<br>• Will give the "All Clear" sign.<br>Initial movement (from parked position) should be:<br>• A straight-back motion.<br>• Smooth and even.<br>• Short and as straight as possible to:<br>  • Reduce the chance of aircraft damage<br>  • Minimize the pushback time. | |

# Dispatch a Narrow and Wide Body Aircraft Checkpoint



## Aircraft Dispatch Checklist continued

| Task | Steps | Yes (X) | No (X) | N/A (X) | Standard | Comments |
|---|---|---|---|---|---|---|
| 4. Continue Pushback Process | 1a. If pushback:<br>• Is a "straight-back" push, then proceed with caution (clearance and speed) in a straight direction to the end mark or point. | | | | • Check the towbar / *Red Stripe* alignment.<br>• Have the Wingwalker / Tailwalker in line of sight. If Wingwalker / Tailwalker is *not in sight*:<br>• Stop pushback process.<br>• Re-establish visual contact.<br>• Advise Flight Deck, then proceed with pushback. | |
| | 1b. If pushback:<br>• Requires turn(s):<br>• Turns according to plan (spot). | | | | • Check the towbar / *Red Stripe* alignment.<br>• Have the Wingwalker / Tailwalker in line of sight. If Wingwalker / Tailwalker is *not in sight*:<br>• Stop pushback process.<br>• Re-establish visual contact.<br>• Advise Flight Deck, then proceed with pushback. | |
| | • Makes adjustments (re-aligning turns and tractor speed). | | | | | |
| 5. Complete Pushback Process | 1. When approaching the end / stop mark: | | | | | |
| | • Slow pushback tractor speed gently. | | | | | |
| | • Align the pushback tractor, towbar, and aircraft in a straight line. | | | | The last 12 to 40 feet should be in a straight line. | |
| | 2. When aircraft is at appropriate end / stop mark, stop pushback tractor by: | | | | | |
| | • Gently engage brakes. | | | | | |
| | • Places pushback tractor in neutral / park. | | | | | |
| | • Sets the emergency brakes. | | | | | |
| | 3. Confirms with Flight Deck that brakes are set, then relays "brakes set" signal to Wingwalker / Tailwalker. | | | | Wingwalker / Tailwalker will:<br>• Approach aircraft, after "Brakes set" hand signal is given.<br>• Releases towbar from nose gear. | |
| | 4. Moves pushback tractor away from aircraft. | | | | Pushback tractor driver:<br>• Moves away from aircraft, when signaled by on Wingwalker / Tailwalker's.<br>• Stops pushback tractor when towbar is out from between nose gear tires.<br>Wingwalker / Tailwalker removes:<br>• Pin from nose gear. | |
| | 5. Pushback tractor driver: | | | | | |
| | • Communicates to Flight Deck that towbar is disconnected. | | | | Pushback tractor driver uses verbiage from Dispatch Card. | |
| | • Waits for "disconnect headset" from Flight Deck. | | | | | |
| 6. Transition Final Pushback Tasks | 1. When "disconnect headset" is received from Flight Deck, pushback tractor driver: | | | | | |
| | • Advise Flight Deck of "disconnect headset" and "Release from Guidance" signal. | | | | Pushback tractor driver:<br>• Backs pushback tractor and towbar completely backs away from aircraft, in order for aircraft to be released from guidance. | |
| | • Signals to Wingwalker / Tailwalker to disconnect headset. | | | | | |
| | 2. Wingwalker / Tailwalker completes the aircraft dispatch process. | | | | | |
| | • Disconnects the headset | | | | | |
| | • Closes the Ground Service Panel door | | | | | |
| | • Coils headset wire and returns headset and wire to pushback tractor driver. | | | | | |
| | • Moves into position (terminal side) that has clear line-of-sight with the Flight Deck. | | | | | |
| | • Stands at attention and gives a clear, military salute to the Flight Deck and is acknowledges with a flash of the taxi light. | | | | | |
| | • Gives the "Release from Guidance" signal in the direction of travel. | | | | | |

Copyright **ANA001288**

# Dispatch a Narrow & Wide Body Aircraft





## Pushback an Aircraft for Departure

Pushback is the process of using a tractor to push back an aircraft out of the gate area to an area they can taxi on their own. Two persons should do the pushback and will include a Tractor Driver and a Wingwalker (determined by local management).

**Tractor Driver**  *Person who drives the tractor during a pushback. This person is also in charge of the dispatch and holds the ultimate responsibility for a safe dispatch. The tractor driver must also be able to identify the person who accomplished the circle (pre-departure) check.*

**Wingwalker or Tailwalker**  *A wingwalker is responsible for insuring and maintaining the safety clearances of an aircraft during movement. This person also gives the final Release From Guidance Signal to the aircraft.*

## Pushback Aircraft

The verbal commands to pushback an aircraft are on the "Dispatch-Pushback All Aircraft" reference card. This card indicates the words and signals that must be used by the ground crew and the flight crew during pushback.

When communicating to the Flight Deck, it is important that you do the following:

- Follow the sequence and verbiage *exactly* as printed on the "Dispatch-Pushback All Aircraft" reference card.

  - Do *not* "improvise" on verbiage.

- Wait for the appropriate response from the Flight Deck.

  - If in doubt to Flight Deck response, then have the Flight Deck repeat response. Do *not* assume the response.

# Dispatch a Narrow & Wide Body Aircraft



| Tractor Driver |
|---|
| Communicate with the flight deck. |
| • Follow the steps on the Pushback Card (NMOP). |
| Follow the signals of the Wingwalker. |
| • If you lose sight of the Wingwalker, stop the pushback. |
| • Be sure the Wingwalker maintains a distance of at least 10 feet from the aircraft and tow tractor. |
| • Keep the tractor at a speed which allows the Wingwalker to move at a walking speed. |
| • Never exceed the red stripe with the towbar. |
| • The pushback should be as short and as straight as possible to reduce the chance of aircraft damage and minimize the pushback time. |
| • Stop the aircraft as gently as possible with the towbar lined up straight with the nose gear tires. |
| • You must confirm that the brakes are set prior to giving "brakes set" signal to the Wingwalker so that it is safe to approach the aircraft. |
| • Remove the towbar from the aircraft, back away until head of towbar is out from between nose gear tires. |
| • When pushback is complete, signal the Wingwalker to disconnect the headset. |
| • Do a visual check to verify the aircraft is clear to be dispatched. |
| • The tractor and towbar should be completely backed away so the aircraft can be released from guidance. |

ANA004290

# Dispatch a Narrow & Wide Body Aircraft



## Wingwalker

Guide the movement of the aircraft.

- Use only approved United Airlines hand signals (NMOP).

Maintain a safe distance from aircraft.

- Keep in direct line-of-sight of the tractor operator.

- Maintain a distance of at least 10 feet from the aircraft and tow tractor.

- Do not ever walk under the aircraft while aircraft is in transit.

- Do not approach aircraft until a "brakes set" signal is given.

- The towbar must be disconnected first and backed away _before_ the pin is removed.

  - When removing the bypass pin, use caution as it is possible for the nose wheel to turn to a neutral (forward) position.

- Disconnect the headset communication cord and close the Ground Service Panel door before the tractor is backed away.

After the tractor has backed away:

- Move to a position (terminal side) that has clear line-of-sight with the flight deck

- Stand at attention and give a clear, military salute to flight deck. Hold the salute until the flight deck acknowledges with a flash of the taxi light.

- Give the Release From Guidance signal in the direction of travel.

- Never walk in front of an aircraft after it is released from guidance.

# Dispatch a Narrow & Wide Body Aircraft



## Pushback Tractor:    General Considerations

The following information provides basic "pointers" in regard to preparing yourself to perform the pushback tasks. These "pointers" are general pushback considerations.

- **Departure Gate**

    Be familiar with the Departure Gate that you will be performing your pushback tasks. Not all Gates are designed the same, in terms of:

    ♦ Physical space.

    ♦ Aircraft being pushed.




    In addition, be prepared mentally, in terms of the type of pushback you will be performing at a specific gate.

    ♦ Straight back.

    ♦ Turn (left, right, and / or combination)



# Dispatch a Narrow & Wide Body Aircraft



### Pushback Tractor:    General Considerations continued

- **Stop Pushback Tractor**

    When a pushback is stopped at any point in the process, the tractor should be:

    - Placed in neutral.

    - Engage park / emergency brake.

    This will prevent accidental motion which could result in aircraft damage. In addition, this action will relieve the tension on towbar.

    If the pushback process stops for reasons other than completing the pushback process, communicate with the Flight Deck crew:

    - Reason of stopping.

    - Approximate length of the delay.

    For Example

    - Pushback Tractor driver: "Ground to flight deck, I had to stop the pushback due to an aircraft taxiing onto the ramp. It will take about 2 to 3 minutes. I will advise when it is clear and we can resume the push".

- **Pushback Tractor – Change of Direction**

    If, for any reason the pushback is stopped and the direction needs to be changed, advise the crew. It is important to always remember that the flight deck crew:

    - Is *not* able see what is occurring on the ramp or behind of them.

    - Rely on your for information.

# Dispatch a Narrow & Wide Body Aircraft



## Aircraft Dispatch Hand Signals

**Dispatch Salute Signal** - This signal is the initial part of the dispatch procedure. The Guideperson will stand at attention on the captain's (left) side of the aircraft and make a right hand wand salute. This salute indicates that everything is clear and I am your Guideperson. The Guideperson will hold the salute until the captain acknowledges by flashing the taxi light one time.



**Release From Guidance Signal** - This is the final step of the dispatch procedure. The Guideperson rotates to face the direction the aircraft is to travel, raises wands to a vertical position, and then moves both arms in unison from directly overhead to a horizontal position.



Copyright © 2003, UNITED AIRLINES

ANA001294