# EXHIBIT I

# Memorandum of Understanding (MOU)
between the
FEDERAL AVIATION ADMINISTRATION (FAA)
"San Francisco Air Traffic Control Tower" (SFO ATCT)
and the
San Francisco Terminal Equipment Co. (SFOTEC)
" Ramp Control Towers A&G"

Effective: December 4, 2000

1. **PURPOSE:** The purpose of this MOU is to prescribe procedures for aircraft in Boarding Areas "A" and "G" and surrounding non-movement areas (as depicted in Attachments 1 & 2).

2. **RESPONSIBILITIES:**

   a: SFOTEC shall be the controlling agency for the following areas:

   1) All Boarding Area "A" and "G" aircraft gates.
   2) Boarding Area "B" aircraft gates 20,22,24,25,30,31,32,33,34,35,36.
   3) Boarding Area "F" aircraft gates 72,73,74,75,81,83,85,87,89.
   4) All other non-movement areas west of spots 1 & 2, and south of spots 10 & 11 (as depicted in Attachments 1 & 2).

   b: SFO ATCT shall be the controlling agency for all movement areas, (as depicted in Attachments 1 & 2).

3. **PROCEDURES:**

   a: SFOTEC shall:

   1) Use phraseology prescribed in Appendix 1.
   2) Direct departing aircraft to spots 1 or 10, (as depicted in Attachments 1 & 2) unless otherwise coordinated with SFO ATCT. When on a southeast configuration, direct departing aircraft to Spot 11.
   3) Ensure that departing aircraft do not taxi onto movement areas prior to contacting SFO ATCT Ground Control.
   4) Ensure that arriving aircraft do not delay or stop on movement areas without prior coordination and approval by SFO ATCT Ground Control.
   5) Ensure that any aircraft calling for push back approval at gates other than those under the control of SFOTEC, contact SFO ATCT Ground Control for approval.
   6) Ensure that during gatehold operations, all aircraft contact SFO Gatehold prior to requesting push back approval from SFOTEC.

7) Issue push back approval in sufficient time to allow the aircraft to meet flow times and/or "Expect Departure Clearance Times" (EDCT).
8) Maintain 24- hour control of all areas/gates listed in paragraph 2a, and (as depicted in Attachments 1 & 2).

b: SFOATCT shall:

1) Direct arriving aircraft to Spots 2 and 11 (as depicted in Attachments 1 & 2) unless otherwise coordinated with SFOTEC.
2) Advise aircraft to contact the appropriate Ramp Control Tower (A or G) for push back approval during gatehold operations.
3) Notify Boarding Area "A" Ramp Tower when Ground Control is split, via telephone, to ensure appropriate frequency is assigned. Notify them again, once Ground Controls are no longer split.
4) Notify both Ramp Towers, via telephone, when changing Runway Configurations from West to Southeast, and visa a versa.

for Daniel J. Blythe
Walter S. Smith
Air Traffic Manager, SFO ATCT

Jeffrey D. Seid
Executive Director, SFOTEC

cc: Airfield Operations

Appendix 1

In an effort to eliminate any possible confusion, the Ramp Tower Operators shall use the following phraseology, and not use phrases such as "taxi, cleared or cross". Additionally, the Ramp Tower Operators shall identify themselves on their initial contact with each aircraft. For example, UAL932 calls for pushback clearance out of gate G99. The appropriate initial phraseology would be *"UAL932, Ramp Tower G, pushback approved, advise ready to proceed"*. When UAL932 calls ready, the appropriate phraseology would be *"UAL932 proceed to spot (#) then contact Ground Control on 121.8/124.25 for further instructions.*

## DEPARTURES

Some examples of phraseology for aircraft requesting to push out of the gate:

- ------*pushback approved, advise ready to proceed.*
- ------*pushback approved, traffic ------, advise ready to proceed.*
- ------*pushback at pilot's discretion, advise ready to proceed.*
- ------*pushback at pilot's discretion, traffic ------, advise ready to proceed.*

Some examples of phraseology for aircraft ready to taxi:

- ------*proceed to spot (#) then contact Ground Control on 121.8/124.25.*
- ------*proceed to spot (#) follow the B757 abeam gate (#). Contact Ground Control on 121.8/124.25 approaching spot (#).*
- ------*proceed to spot (#), give way to the B747 inbound. Contact Ground Control on 121.8/124.25 approaching spot (#).*

## ARRIVALS

Always know the aircraft's position before giving permission to proceed to the gate. The Ramp Tower Operators shall not give clearance to the gate if the aircraft is still in the FAA's movement area. For example, UAL932 calls for clearance to gate "G99" but states he is just clearing Runway 28L at Taxiway "D". The appropriate initial phraseology would be *"UAL932, Ramp tower G, gate open, stay with ground control until approaching spot (#).* When the aircraft is observed, or he/she states approaching spot (#) the appropriate phraseology would be *"UAL932, proceed to gate 99"*.

Some examples of phraseology for aircraft requesting clearance to the gate:

- ------*proceed to gate (#).*
- ------*proceed to gate (#), give way to the B747, outbound.*
- ------*gate (#) open, stay with ground control until approaching spot (#).*

(Revised 10/99)





ATTACHMENT 1