1  Scott D. Cunningham (State Bar No.: 200413)
   CONDON & FORSYTH LLP
2  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
3  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
4  Email: scunningham@condonlaw.com

5     -and-

6  Marshall S. Turner (*pro hac vice*)
   CONDON & FORSYTH LLP
7  7 Times Square
   New York, NY 10036
8  Telephone: (212) 490-9100
   Facsimile: (212) 370-4453
9  Email: mturner@condonlaw.com

10 Attorneys for Plaintiff
   ALL NIPPON AIRWAYS COMPANY, LTD.
11
                  UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD., | Case No. C07-03422 EDL |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs. | |
| UNITED AIR LINES, INC., | |
| Defendants. | |

1 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE
2 | JUDGE

3 In accordance with provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 7, 2007         CONDON & FORSYTH LLP

                                By:/s/ Marshall S. Turner
                                   SCOTT D. CUNNINGHAM
                                   MARSHALL S. TURNER

                                Attorneys for Plaintiff
                                ALL NIPPON AIRWAYS COMPANY, LTD.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

JOINT RULE 26(F) REPORT
CASE NO.: C 07 3422 EDL

-2-

# CERTIFICATE OF SERVICE

ALL NIPPON AIRWAYS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

I, hereby certify that on November 7, 2007 I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Scott R. Torpey, Esq.<br>Jaffe, Raitt, Heuer & Weiss<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8214<br>Phone: (248) 727-1461<br>Fax: (248) 351-3082 | Attorneys for defendant |
| Jeffrey A. Worthe, Esq.<br>Worthe, Hanson & Worthe<br>The Xerox Centre<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705 | Attorneys for defendant |

HEATHER L. JACKSON

Sworn to before me this
7th day of November, 2007

_____
Notary Public

MARIA PAGAN
Notary Public, State of New York
No. 01PA4670337
Qualified in Queens County
Commission Expires 10/31/___

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

JOINT RULE 26(F) REPORT
CASE NO.: C 07 3422 EDL

-3-