Scott D. Cunningham (State Bar No.: 200413)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: scunningham@condonlaw.com

   -and-

Marshall S. Turner (*pro hac vice*)
CONDON & FORSYTH LLP
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453
Email: mturner@condonlaw.com

Attorneys for Plaintiff and Counter-Defendant
ALL NIPPON AIRWAYS COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD., <br><br>             Plaintiff, <br><br>     vs. <br><br> UNITED AIR LINES, INC., <br><br>             Defendant. | Case No. C07-03422 EDL <br><br> **[PROPOSED] ORDER** |

AND RELATED COUNTER-CLAIM

### ORDER

This matter came before the Court on Plaintiff All Nippon Airways Company, Ltd.'s Motion for Protective Order on December 18, 2007.  Upon hearing arguments and reading the briefs, it is hereby

ORDERED, that All Nippon Airways Company, Ltd.'s Motion is GRANTED.

It is further ORDERED that A Protective Order is hereby issued prohibiting the deposition of a representative of All Nippon Airways Company, Ltd. with

---

PROPOSED ORDER
CASE NO.: C07-03422 EDL

1 respect to the Standard Ground Handling Agreement.

2 [In the alternative]:

3 It is ORDERED that the deposition of an All Nippon Airways Company,
4 Ltd. representative regarding the Standard Ground Handling Agreement be taken
5 in Japan.

6 SO ORDERED this ____ day of December, 2007.

_____

Hon. Elizabeth D. Laporte

United States Magistrate Judge