# EXHIBIT A



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MICHIGAN 48034-8214

PHONE  248.351.3000
FAX    248.351.3082

# FAX TRANSMITTAL

Urgent: _____
Fax only: __X__
Original Sent by U.S. Mail: _____
Original Sent Overnight: _____

Today's Date: 9/27/07          Send By This Time: ASAP

| Name | fax # | Phone# |
|---|---|---|
| To: Marshall Turner | 212-370-4453 | |
| To: Frank Silane; Rod Margo; Scott Cunningham | 310-557-1299 | |
| Jeff Worthe | 714-285-9700 | |

From: Scott R. Torpey          Return To: Phyllis L. Nelson

No. of Pages including Transmittal Sheet: 7

Message: .Please see attached Second Amended Notice of Taking Video Depositions

---

*InterOffice Use Only*

Client/Matter: [redacted]          Sent by: _____

Special Handling Instructions: ☐ Call Before Sending: _____
Other:

The information contained in this facsimile message is privileged or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is neither allowed nor intended. If you have received this communication in error, please immediately notify us by telephone at the above number, and return the original message to us at the above address via the U.S. Postal Service.
If there are any problems with this fax, please call Office Services at 248.727.1540.

ANN ARBOR • BIRMINGHAM • DETROIT • SOUTHFIELD

14 5098.01

1  Scott R. Torpey (Cal. SB#153763)
   Jaffe Raitt Heuer & Weiss, P.C.
2  27777 Franklin Road, Suite 2500
   Southfield, Michigan 48034-8214
3  Telephone:   (248) 351-3000
4  Facsimile:   (248) 351-3802
   Email:       storpey@jaffelaw.com
5
6      -and-

7  Jeffrey A. Worthe (Cal. SB# 080856)
   Worthe, Hanson & Worthe
8  1851 E. First St., Ste. 900
   Santa Ana, California 92705
9  Telephone:   (714) 285-9600
10 Facsimile:   (714) 285-9700
   Email:       jworthe@whwlawcorp.com
11 Attorneys for Defendant United Air Lines,
12 Inc.

13

                UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA

15
   ALL NIPPON AIRWAYS COMPANY,  )    Case No. C07-03422 EDL
16 LTD.                          )    Hon. Elizabeth D. Laporte
                                 )
17           Plaintiff,          )
                                 )
18    vs.                        )
                                 )
19 UNITED AIR LINES, INC.,       )
                                 )
20           Defendant.          )
21 _____)

22     **SECOND AMENDED NOTICE OF TAKING VIDEO DEPOSITIONS**
             **[Amended to Correct Date in Exhibits A & B]**
23
24 TO:   Counsel for Plaintiff

25     PLEASE TAKE NOTICE that the undersigned attorney will take the VIDEO

26 depositions of the individual(s) listed below upon oral examination before a court

27 reporter authorized to take depositions in the State of California. Deponent(s) are

28

1444013.01

requested to bring with them to the deposition:the documents requested on the attached **Exhibits A and B**. The examinations will continue from day to day until completed. The depositions are being taken for the purpose of discovery, or for such other purposes as are permitted under the Rules of Court.

| Name of Deponent(s) | Date and Time | Location |
|---|---|---|
| Teruo Usui | Tuesday<br>November 27, 2007<br>9:00 a.m. | Condon & Forsyth LLP<br>1901 Avenue of the Stars<br>Suite 850<br>Los Angeles, CA 90067-6010<br>310-557-2030 |
| Bishin Yamaguchi | Wednesday<br>November 28, 2007<br>9:00 a.m. | |
| Yusuke Nishiguchi | Thursday<br>November 29, 2007<br>9:00 a.m. | |
| Person Most Knowledgeable with regard to those issues described in attached Addendum B (FRCP 30(b)(6)) | Friday<br>November 30, 2007<br>9:00 a.m. | |

You are invited to attend and cross-examine the witnesses.

RealTime and video equipment may be used by our attorney and the court reporter to transcribe and view instantaneously the testimony of the deponent. Although additional serial feeds are available, our office takes no responsibility to arrange for other attorneys' necessary equipment. Said deposition shall be continued from time to time until completed by an officer authorized by law to administer oaths.

DATED: September 27, 2007

2

1444013.01

<pre>
 1
 2                                          Jaffe, Raitt, Heuer & Weiss
 3                                          By: /s/ Scott R. Torpey
 4                                             Scott R. Torpey
                                            27777 Franklin Road, Suite 2500
 5                                          Southfield, Michigan 48034-8214
                                            Phone:      (248) 351-3000
 6                                          E-mail:     storpey@jaffelaw.com
                                            Bar No: (Cal. SB#153763)
 7
                                                    --and--
 8
                                            Jeffrey A. Worthe (Cal. SB#080856)
 9                                          Worthe, Hanson & Worthe
                                            1851 E. First St., Ste. 900
10                                          Santa Ana, California 92705
                                            Phone:      (714) 285-9600
11                                          E-mail: jworthe@whwlawcorp.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
</pre>

## EXHIBIT A

1. <u>ANA INVESTIGATION FILE</u>: Produce a complete copy of the entire investigation file(s) prepared by or on behalf of ANA relative to the cause and circumstances relating to the October 7, 2003 incident at SFO which is the subject of the above-captioned litigation. Such materials should include but not be limited to unredacted copies of witness statements, reports, correspondence (including any emails or electronic data), photographs and/or any other material of any nature whatsoever that comprises the ANA file(s). To the extent you claim work product/privilege, provide a log with regard to those documents being withheld.

2. <u>ANA PILOT FILES</u>: With regard to Teruo Usui, Bishin Yamaguchi, and Yusuke Nishiguchi, produce unredacted copies of all file materials reflecting with regard to each of these ANA pilots, any accident/incidents which they were involved between 1995 to date, any disciplinary actions between 1995 to date, and records pertaining to their training and certification between 1995 to date. To the extent you claim work product/privilege, provide a log with regard to those documents being withheld.

3. <u>DOCUMENTS REGARDING GROUND HANDLING AGREEMENT</u>: With regard to the "Standard Ground Handling Agreement" including "Annex A – Ground Handling Services" and "Annex B – United Service IATA Standard Ground Handling Agreement" attached to the "Standard Ground Handling Agreement" between ANA and United in effect on October 7, 2003, produce all documents which reflect or pertain to the negotiating of the terms of this contract, the intent/interpretation of ANA with regard to the term contained in that contract, and the applicability or inapplicability of the agreement with regard to the events of October 7, 2003 at SFO which is the subject of this litigation. To the extent you claim any of these documents as work product/privileged, provide a log with regard to those documents being withheld.

4

## EXHIBIT B

Pursuant to FRCP 30(b)(6) you are hereby requested to designate one or more officers, directors, or managing agents, or other persons who consent to testify on behalf of ANA who are the most knowledgeable individuals with regard to one or more of the following topics:

1. Negotiations leading up to agreement and signature of the "Standard Ground Handling Agreement" (including "Annex A – Ground Handling Services" and "Annex B – United Services IATA Standard Ground Handling Agreement" attached to the "Standard Ground Handling Agreement").

2. Interpretation and intent of the provisions within the "Standard Ground Handling Agreement" (including "Annex A – Ground Handling Services" and "Annex B – United Services IATA Standard Ground Handling Agreement" attached to the "Standard Ground Handling Agreement").

3. The applicability of one or more of the terms within the "Standard Ground Handling Agreement" (including "Annex A – Ground Handling Services" and "Annex B – United Services IATA Standard Ground Handling Agreement" attached to the "Standard Ground Handling Agreement") to the events of October 7, 2003 which are at issue in this litigation.

1444013.01

5

## CERTIFICATE OF SERVICE

Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer & Weiss, P.C. and that on September 27, 2007 she caused to be served **Second Amended Notice of Taking Video Depositions** on the person(s) listed below by placing said document(s) in a sealed envelope (if applicable), properly addressed, and forwarding same by the method(s) indicated.

*By Fax and First Class Mail*
Frank A. Silane
Rod D. Margo
Scott D. Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010

*By Fax and First Class Mail*
Jeffrey A. Worthe
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, CA 92705

*By Fax and First Class Mail*
Marshall S. Turner
Condon & Forsyth LLP
7 Times Square
New York, NY 10036

Dated: September 27, 2007

/Phyllis L. Nelson

6

1444013.01