# EXHIBIT E

# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6750
Direct Fax: (212) 370-4453
mturner@condonlaw.com

November 8, 2007

*VIA FACSIMILE (714) 285-9700 and EMAIL*

Jeffrey A. Worthe, Esquire
Worthe, Hanson & Worthe
The Xerox Centre
1851 East First Street, Ninth Floor
Santa Ana, CA  92705

*VIA FACSIMILE (248) 351-3082 and EMAIL*

Scott R. Torpey, Esq.
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214

Re:     All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
         United States District Court for the Northern District of California
         Case No. C 07 3422 EDL
         C & F Ref.: MST/05901

Dear Gentlemen:

With regard to United's notice to take the deposition of ANA's Person Most Knowledgeable concerning the Standard Ground Handling Agreement (SGHA) between ANA and UAL, I am of the view that the SGHA has no application or relevance to this case and is not a proper subject for discovery.  Accordingly, ANA intends to move for a Protective Order to prohibit or limit the deposition of such witness and I would like the opportunity to have a good faith conference with you in an effort to resolve this dispute without court action.

Please let me know if you will be available for such a conference this afternoon or on Friday, November 9, 2007 at any time prior to 5:00 PM EST.

CONDON & FORSYTH LLP

Worthe/Torpey
November 8, 2007
Page 2

Thank you for your cooperation in this regard.

Sincerely yours,

Marshall S. Turner
MST/hlj
cc:     Frank Silane, Esq.
        Scott Cunningham, Esq.
        Timothy H. Eskridge, Esq.

# CONDON & FORSYTH LLP

New York
Los Angeles

## FACSIMILE TRANSMISSION

| **Date:** November 8, 2007 | **No. of Pages including fax cover sheet:** 3 |
|---|---|
| **From:** Marshall S. Turner | **Facsimile Operator:** HLJ |
| **Facsimile No.:** (212) 370-4453 | |

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | Scott Torpey, Esq. | Jaffe, Raitt, Heuer & Weiss | 248-351-3082 | 248-351-3000 |
| 2. | Jeffrey A. Worthe, Esq. | Worthe, Hanson & Worthe | 714-285-9700 | 714-285-9600 |
| 3. | Frank A. Silane, Esq. Scott D. Cunningham, Esq. | Condon & Forsyth, LLP | 310-557-1299 | 310-557-2030 |

Re:    All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
       United States District Court for the Northern District of California
       Case No. C 07 3422 EDL
       C & F Ref.: MST/05901

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(212) 490-9100

7 Times Square, New York, New York 10036    Telephone 212.490.9100    Facsimile 212.370.4453

Message Confirmation Report                     NOV-08-2007 02:54 PM THU

| | | |
|---|---|---|
| Xerox FaxCentre 2218 | | |
| Machine Fax ID | : | CONDON & FORSYTH LLP |
| Serial Number | : | CBC456509....... |
| Fax Number | : | 12123704453 |

| | | |
|---|---|---|
| Name/Number | : | #085912483513082#085917142859700#0859131055719 |
| Page | : | 3 |
| Start Time | : | NOV-08-2007 02:53PM THU |
| Elapsed Time | : | 00'26" |
| Mode | : | STD ECM |
| Results | : | O.K |

---

## CONDON & FORSYTH LLP

New York
Los Angeles

### FACSIMILE TRANSMISSION

| Date: November 8, 2007 | No. of Pages including fax cover sheet: 3 |
|---|---|
| From: Marshall S. Turner | Facsimile Operator: HLJ |
| Facsimile No.: (212) 370-4453 | |

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | Scott Torpey, Esq. | Jaffe, Raitt, Heuer & Weiss | 248-351-3082 | 248-351-3000 |
| 2. | Jeffrey A. Worthe, Esq. | Worthe, Hanson & Worthe | 714-285-9700 | 714-285-9600 |
| 3. | Frank A. Silane, Esq. Scott D. Cunningham, Esq. | Condon & Forsyth, LLP | 310-557-1299 | 310-557-2030 |

Re:     All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
        United States District Court for the Northern District of California
        Case No. C 07 3422 EDL
        C & F Ref.: MST/05901

CONFIDENTIALITY:  This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients.  This message may be an attorney-client communication and, as such, is privileged and confidential.  If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited.  If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(212) 490-9100

7 Times Square, New York, New York 10036  Telephone 212.490.9100  Facsimile 212.370.4453

**Jackson, Heather**

| | |
|---|---|
| **From:** | Jackson, Heather on behalf of Turner, Marshall S. |
| **Sent:** | Thursday, November 08, 2007 3:00 PM |
| **To:** | 'jworthe@whwlawcorp.com'; 'storpey@jaffelaw.com' |
| **Cc:** | Silane, Frank A.; Cunningham, Scott D.; Turner, Marshall S.; Horenstein, John D.; Eskridge, Timothy H. |
| **Subject:** | All Nippon Airways Company, Ltd. v. United Air Lines, Inc. |
| **Attachments:** | 5901 - Letter to J. Worthe and S. Torpey of November 8, 2007.PDF |



5901 - Letter to J.
Worthe and...

Gentlemen:

Attached please find our letter dated November 8, 2007.

Sincerely yours,
Marshall S. Turner

1