# EXHIBIT G



AIR STD 85/1S
Reviewed
**2 March 2005**

Published –2 March 2005

<u>COVERSHEETS</u>
NATO AAP-6, AAP/21-
NATO STANAG 2367 and
ISO 12231 (Latest Editions)

<u>SUPERSEDING</u>
AIR STD 85/1R
25 September 2003

# AIR STANDARD 85/1S

# Glossary of Terms and Definitions



**AIR AND SPACE INTEROPERABILITY COUNCIL**

ANNEX A TO
AIR STD 85/1S
2 MARCH 2005

- A -

**abseiling** - Descent by a rope or tape from a helicopter and controlling such descent by a friction device applied by a descending individual or by a helicopter crew member. Also called rappelling. (45)

**acceleration** - The process or the resultant effect of undergoing a change in velocity. (61)

**accelerometer** - An instrument that displays the acceleration the aircraft experiences along an axis. See also G-meter. (61)

**accelerometer, transducer/transmitter, angular** - A device that senses angular accelerations around either the normal (vertical), longitudinal (roll), or transverse (pitch) axis through the device and provides electrical signals to remote systems. (61)

**accelerometer, transducer/transmitter, axial** - A device that senses accelerations along either the normal, longitudinal, or transverse (lateral) axis through the device and provides electrical signals to remote systems. (61)

**accessory (aircraft)** - A mechanism or device employed in conjunction with a major item of equipment or installed as part of a system. (25)

**accompanied baggage** - That baggage which accompanies the passenger to destination. (44)

**active noise reduction headsets-** A closed loop process used to reduce noise levels within a headset. Noise at a location within the protector is measured, processed, to include filtering and inversion, and output into the protector as a pressure signal. The newly introduced signal combines with the signal previously measured in a destructive fashion resulting in reduced noise levels within the headset. (61)

**actual range** - In bombing, the horizontal distance a bomb travels from the instant of release until the time of impact. (20)

**advanced composites** - Composite materials applicable to aerospace construction and manufacturing made by imbedding high - strength, high - modulous fibers within an essentially homogeneous matrix. (25)

**advisory signal** - A signal which indicates a condition or information that requires crew awareness but not immediate action. (61)

**aeronautical beacon** - Aeronautical ground light, or system of lights, visible at all azimuths, either continuously or intermittently for the purpose of designating a particular point on the surface of the Earth. (90)

**aeronautical ground light** - Any light specially provided as an aid to air navigation, other than a light displayed on an aircraft. (90)

**aeronautical product** - Any aircraft, aircraft subsystem or related component parts. (25)

**air distance** - Distance that is measured relative to the mass of air through which an aircraft passes. The no-wind distance flown in a given time (TAS x time). (70)

**aircraft fault diagnosis** - See trouble shooting (UK equivalent). (25)

**aircraft marshalling** - The directing by visual or other signalling of the taxiing of aircraft into predesignated positions. Also called aircraft parking. (25)