# EXHIBIT H

AAP-6(2007)

NORTH ATLANTIC TREATY
ORGANIZATION
NATO STANDARDIZATION
AGENCY
(NSA)
2007

ORGANISATION DU TRAITÉ
DE L'ATLANTIQUE NORD
AGENCE OTAN DE
NORMALISATION
(AON)
2007



**ORIGINAL**

AAP-6(2007)

NATO GLOSSARY OF TERMS AND
DEFINITIONS (ENGLISH AND FRENCH)

GLOSSAIRE OTAN DE TERMES ET
DÉFINITIONS (ANGLAIS ET FRANÇAIS)

Listing terms of military significance and
their definitions for use in NATO.

Liste de termes et définitions d'importance
militaire à l'usage de l'OTAN.



I                                                      **ORIGINAL**

servicing requirement, and for which there may be a charge. Aircraft cross-servicing has been divided into two categories:
a. Stage A cross-servicing - The servicing of an aircraft on an aerodrome/ship, which enables the aircraft to be flown to another aerodrome/ship.
b. Stage B cross-servicing - The servicing of an aircraft on an aerodrome/ship, which enables the aircraft to be flown on an operational mission.
*Related terms: aircraft servicing; aircraft transient servicing; operational aircraft cross-servicing requirement.*
01 Nov 1994

**aircraft dispersal area / aire de dispersion**
An area on a military installation designed primarily for the dispersal of parked aircraft, whereby such aircraft will be less vulnerable in the event of enemy air raid.
01 Feb 1973

**aircraft flat pallet / palette d'aéronef**
A stressed pallet capable of supporting and restraining a specifically rated load. It is specifically designed for tie-down in an aircraft.
*Related term: palletized unit load.*
01 Feb 1973

**aircraft ground support equipment / matériel de servitude au sol**
Equipment needed to carry out servicing and maintenance of an aircraft and its associated mission systems.
25 Sep 1998

**aircraft guide**
*Preferred term: aircraft marshaller.*

**aircraft handover / prise en compte successive d'un aéronef**
The process of transferring control of aircraft from one controlling authority to another.
01 Feb 1973

**aircraft inspection / vérification d'aéronefs**
The process of systematically examining, checking and testing aircraft structural members, components and systems, to detect actual or potential

unserviceable conditions.
01 Feb 1973

**aircraft loading table / tableau de fractionnement**
A data sheet used by the force unit commander containing information as to the load that actually goes into each aircraft.
01 Feb 1973

**aircraft marshaller / signaleur aircraft guide**
A person trained to direct by visual or other means the movement of aircraft on the ground into and out of landing, parking or hovering points.
01 Feb 1973

**aircraft marshalling area / aire de manoeuvre des aéronefs**
An area in which aircraft may form up before take-off or assemble after landing.
*Related term: manoeuvring area.*
01 Feb 1973

**aircraft mission equipment / équipement particulier d'un aéronef
aircraft role equipment**
Equipment that must be fitted to an aircraft to enable it to fulfil a particular mission or task.
01 Feb 1973

**aircraft modification / modification d'un aéronef**
A change in the physical characteristics of aircraft, accomplished either by a change in production specifications or by alteration of items already produced.
01 Feb 1973

**aircraft picketing / saisie d'aéronef
aircraft tie-down**
Securing aircraft when parked in the open to restrain movement due to the weather or condition of the parking area.
01 Dec 1974

**aircraft replenishing / ravitaillement d'un aéronef**
The refilling of aircraft with consumables such as fuel, oil, and compressed gasses to predetermined levels, pressures, quantities or weights. Rearming is excluded.
01 Feb 1973

**aircraft role equipment**
*Preferred term: aircraft mission*

*equipment.*

**aircraft scrambling / ordre de décollage immédiat**
Directing the immediate take-off of aircraft from a given alert condition of readiness.
01 Feb 1973

**aircraft servicing / entretien courant pour aéronefs**
Activities and procedures related to inspection, replenishment of expendables and consumables, cleaning, lubrication, marshalling, parking and securing of aircraft.
*Related terms: aircraft cross-servicing; aircraft servicing connector; aircraft transient servicing; cross-servicing; servicing.*
02 Mar 2007

**aircraft servicing connector / raccord de servitude pour aéronefs**
A device fitted to aircraft and/or ground equipment which enables replenishing and/or servicing to be carried out.
*Related terms: aircraft cross-servicing; aircraft servicing; aircraft transient servicing; cross-servicing; servicing.*
01 Dec 1979

**aircraft store / charge emportée par aéronef**
Any device intended for internal or external carriage and mounted on aircraft suspension and release equipment, whether or not the item is intended to be separated in flight from the aircraft. Aircraft stores are classified in two categories as follows:
a. Expendable store - An aircraft store normally separated from the aircraft in flight such as a missile, rocket, bomb, nuclear weapon, mine, torpedo, pyrotechnic device, sonobuoy, signal underwater sound device, or other similar items.
b. Non-expendable store - An aircraft store which is not normally separated from the aircraft in flight such as a tank (fuel and spray), line-source disseminator, pod (refuelling, thrust augmentation, gun, electronic-countermeasures, data link, etc.), multiple rack, target, cargo drop container, drone or other similar items.
*Related terms: cluster bomb unit; load.*
01 Sep 1981

**aircraft tie-down**