UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**               Date:  November 13, 2007
**UNITED STATES MAGISTRATE JUDGE**

Case No:     C-07-03422 EDL

Title:       ALL NIPPON AIRWAYS CO. v. UNITED AIR LINES

Attorneys:   Plaintiff:  Marshall S. Turner       Defendant: Scott R. Torpey, John R. Hanson

Deputy Clerk:    Lili M. Harrell         Court Reporter:  Jim Yeomans
                                         (FTR: 9:35am - 10:07am)

| PROCEEDINGS: | RULINGS: |
|---|---|
| Defendant's Motion to Compel Production of Person Most Knowledgeable and for Protective Order [25] | Granted |

**ORDERED AFTER HEARING:** Deposition shall take place by mid-March 2008. Parties shall revise the protective order as stated during the hearing and submit to the Court.

**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [ ] Defendant  [ ] Court

**Case Continued to:**

Notes:


cc: