UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, | |
| Plaintiff, | No. C-07-03422 EDL |
| v. | ORDER GRANTING MOTION TO COMPEL |
| UNITED AIR LINES, | |
| Defendant. | |

Defendant United Airlines' ("United") Motion to Compel came on for hearing before this Court on November 13, 2007. For the reasons stated at the hearing, United's motion is GRANTED. The deposition of All Nippon Airways Company's ("ANA") Rule 30(b)(6) witness shall take place no later than March 15, 2007 unless extremely good cause is shown. The parties shall meet and confer as to the location of this deposition in accordance with the guidance given by the Court at the hearing. United shall revise the parties' stipulated protective order as discussed on the record, and the parties shall then submit the jointly proposed order to the Court.

It is further ORDERED that ANA's Motion for Protective Order filed on November 9, 2007 is DENIED AS MOOT in light of this Order.

Dated: November 19, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge