# **INDEX TO EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| 1 | Declaration of Scott Torpey |
| A | Amended Notice of Taking Video Depositions |
| B | November 16, 2007 Letter |
| C | November 20, 2007 Letter |