**EXHIBIT C**

# Jaffe

JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Scott R. Torpey*
Direct: 248.727.1461
storpey@jaffelaw.com

*Admitted to Practice Law:
California, Illinois, Michigan,
New York, Ohio, & Washington DC

November 20, 2007

**By Fax: 212-370-4453 and Email**
Marshall Turner
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, NY 10036

Re:   All Nippon Airlines

Dear Marshall:

Following up on our telephone conversation of November 15, 2007, with regard to your request for deposition dates for our 3 United pilots, I understand you have the week of January 21 available. Accordingly, I am working on setting up the depositions (1 per day) for January 23, 24, and 25. Please advise if you believe you will need less than one full day per pilot, so I can advise them and schedule them accordingly. United is attempting to confirm these dates with the 3 pilots and I should be able to do so when their January schedules come out in December. It is likely, however, with this much lead time we will be able to keep the dates selected. Please advise.

Next, as you know, the court granted our motion to compel you to comply with the deposition notice for the PMK on the Ground Handling Agreement. Shortly after our conversation yesterday, I received your deposition notice of United's PMK on the Ground Handling Agreement, arbitrarily selecting a date of January 8, 2007. First of all, the local rules required you to confer with me on a date. Moreover, as you know my deposition notice requires you to produce your witness on <u>November 30, 2007</u>. Although I indicated a willingness to work with you regarding a new date and location (potentially in Japan as discussed with the court), your attempt to depose the United witness on January 8, 2008 while at the same time refusing to comply with the deposition notice we sent previously, is unacceptable. Once you have provided me with potential dates and a location for your PMK in response to my earlier deposition notice, I will gladly work on providing dates to you for the United counterpart. I understand from our telephone conversation, however, you do not believe we have a right to depose your PMK first and accordingly, we will file a motion to resolve this issue. I

Marshall Turner
November 20, 2007
Page 2

understand you do consent to the motion being heard on December 18 2007 and enclosed is a stipulation in that regard. Please sign and fax to me your signature so it can be filed with this court before the Thanksgiving holiday. Thank you.

With regard to depositions of the damage witnesses you requested, although we previously discussed (and I thought agreed) that the damages portion of the case would be put off until after we conduct the facilitation in April, it appears now that you wish to proceed with the damages discovery prior to the facilitation. Accordingly, please give me dates during the month of February and March when you are available and I will attempt to coordinate a date(s). Additionally, please consider this my request for all of your damage witnesses as well.

Finally, unfortunately, I cannot change the depositions of Hernandez and Loh from December 12/13 to December 19/20. Accordingly, they will go forward as you have noticed them for December 12/13. Thank you, however, for offering to change them as I requested earlier in the week.

Very truly yours,

Jaffe, Raitt, Heuer & Weiss
Professional Corporation

Scott R. Torpey

SRT/pln
Enclosure
c:   Frank Silane (*by email*)
     Timothy Eskridge (*by email*)
     Scott Cunningham (*by email*)
     Rod Margo (*by email*)
     Jeff Worthe (*by email*)

1468974 01

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3184
CONNECTION TEL               12123704453
SUBADDRESS
CONNECTION ID
ST. TIME              11/20 16:59
USAGE T               01'07
PGS. SENT             6
RESULT                OK
```



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MICHIGAN 48034-8214

PHONE  248.351.3000
FAX    248.351.3082

**FAX TRANSMITTAL**

Urgent: ____
Fax only: __X__
Original Sent by U.S. Mail: ____
Original Sent Overnight: ____

Today's Date:  11/20/07                     Send By This Time:  ASAP

| Name | fax # | Phone# |
|---|---|---|
| **To:** Marshall Turner | 212-370-4453 | |

From:  Scott R. Torpey              Return To:  Phyllis L. Nelson

No. of Pages including Transmittal Sheet: _____

Message:  Please see attached.

*Inter Office Use Only*