JAFFE, RAITT, HEUER & WEISS, P.C.
Scott R. Torpey Cal. SB#153763
storpey@jaffelaw.com
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone:   248.351.3000
Fax:         248.351.3082

And
WORTHE, HANSON & WORTHE
Jeffrey A. Worthe Cal. SB#080856
jworthe@whwlawcorp.com
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone:   (714) 285-9600
Fax:         714-285-9700
Attorneys for Defendant United Air Lines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| All Nippon Airways Company, Ltd., | Case No. 07-03422 EDL |
| Plaintiff, | **MOTION TO SHORTEN TIME UNDER CIV. L.R. 6-3** |
| vs. | JUDGE:   Elizabeth D. Laporte |
| United Air Lines, Inc., | |
| Defendant. | |

Defendant, United Air Lines, Inc., ("United") hereby moves this Court for an order under Civ. L.R. 6-3 shortening the 35-day notice period under Civ. L.R. 7-2(a) as applied to United's Motion for Protective Order. United states the following in support of this motion:

1. The basis of this motion is set forth fully in the Declaration of Scott Torpey, attached hereto as **Exhibit A**, in compliance with Civ. L.R. 6-3(a)(1). Attached hereto as **Exhibit B** is a proposed order in compliance with Civ. L.R. 6-3(a)(1).

2. The parties were previously scheduled to be before this Court on December 18, 2007, for a hearing on the Motion for Protective Order filed by Plaintiff All Nippon Airways Company, Ltd., ("ANA"). For the reasons set forth in the Declaration of Scott Torpey, United hereby requests that this Court shorten the 35-day notice time under Civ. L.R. 7-2(a) applicable to the Motion for

Protective Order filed simultaneously herewith to permit United's motion to be heard on December 18, 2007.

s/Scott R. Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail: storpey@jaffelaw.com
Bar No: (P36179)

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Marshall S. Turner – mturner@condonlaw.com
Scott D. Cunningham – scunningham@condonlaw.com
Roderick D. Margo – rmargo@condonlaw.com
Frank Anthony Silane – fsilane@condonlaw.com
Jeffrey A Worthe – jworthe@whwlawcorp.com

Dated: November 21, 2007

s/Scott R. Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail: storpey@jaffelaw.com
Bar No: (P36179)