# **INDEX TO EXHIBITS**

| Exhibit | Description |
| --- | --- |
| A | Declaration of Scott Torpey |
| 1 | Amended Notice of Taking Video Depositions |
| 2 | November 16, 2007 Letter |
| B | Proposed Order to Shorten Time |