# EXHIBIT 1

1   Scott R. Torpey (Cal. SB#153763)
    Jaffe Raitt Heuer & Weiss, P.C.
2   27777 Franklin Road, Suite 2500
    Southfield, Michigan 48034-8214
3   Telephone:    (248) 351-3000
    Facsimile:    (248) 351-3802
4   Email:        storpey@jaffelaw.com
5
6        -and-
7   Jeffrey A. Worthe (Cal. SB# 080856)
    Worthe, Hanson & Worthe
8   1851 E. First St., Ste. 900
    Santa Ana, California 92705
9   Telephone:    (714) 285-9600
    Facsimile:    (714) 285-9700
10  Email:        jworthe@whwlawcorp.com
    Attorneys for Defendant United Air Lines,
11  Inc.
12
13
14              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
15
16  ALL NIPPON AIRWAYS COMPANY,     )        Case No. C07-03422 EDL
    LTD.                            )        Hon. Elizabeth D. Laporte
17                                  )
                 Plaintiff,         )
18       vs.                        )
                                    )
19  UNITED AIR LINES, INC.,          )
                                    )
20               Defendant.         )
21  _____)
22        AMENDED NOTICE OF TAKING VIDEO DEPOSITIONS
23  TO:    Counsel for Plaintiff
24        PLEASE TAKE NOTICE that the undersigned attorney will take the VIDEO
25
26  depositions of the individual(s) listed below upon oral examination before a court
27  reporter authorized to take depositions in the State of California. Deponent(s) are
28

1436948.01

1  requested to bring with them to the deposition the documents requested on the

2  attached **Exhibit A**. The examinations will continue from day to day until completed.

3  The depositions are being taken for the purpose of discovery, or for such other

4  purposes as are permitted under the Rules of Court.

| Name of Deponent(s) | Date and Time | Location |
|---|---|---|
| Teruo Usui | Tuesday<br>November 27, 2007<br>9:00 a.m. | Condon & Forsyth LLP<br>1901 Avenue of the Stars<br>Suite 850<br>Los Angeles, CA 90067-6010<br>310-557-2030 |
| Bishin Yamaguchi | Wednesday<br>November 28, 2007<br>9:00 a.m. | |
| Yusuke Nishiguchi | Thursday<br>November 29, 2007<br>9:00 a.m. | |
| Person Most Knowledgeable<br>with regard to those issues<br>described in attached<br>Addendum B (FRCP 30(b)(6)) | Friday<br>November 30, 2007<br>9:00 a.m. | |

You are invited to attend and cross-examine the witnesses.

RealTime and video equipment may be used by our attorney and the court

reporter to transcribe and view instantaneously the testimony of the deponent.

Although additional serial feeds are available, our office takes no responsibility to

arrange for other attorneys' necessary equipment. Said deposition shall be continued

from time to time until completed by an officer authorized by law to administer oaths.

DATED: September 12, 2007

1436948 01

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jaffe, Raitt, Heuer & Weiss

By: _____
     Scott R. Torpey
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone:      (248) 351-3000
E-mail:     storpey@jaffelaw.com
Bar No:  (Cal. SB#153763)

--and--

Jeffrey A. Worthe (Cal. SB#080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Phone:      (714) 285-9600
E-mail: jworthe@whwlawcorp.com

3

1436948.01

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A

1.  <u>ANA INVESTIGATION FILE</u>: Produce a complete copy of the entire investigation file(s) prepared by or on behalf of ANA relative to the cause and circumstances relating to the January 22, 2005 incident at SFO which is the subject of the above-captioned litigation. Such materials should include but not be limited to unredacted copies of witness statements, reports, correspondence (including any emails or electronic data), photographs and/or any other material of any nature whatsoever that comprises the ANA file(s). To the extent you claim work product/privilege, provide a log with regard to those documents being withheld.

2.  <u>ANA PILOT FILES</u>:  With regard to Teruo Usui, Bishin Yamaguchi, and Yusuke Nishiguchi, produce unredacted copies of all file materials reflecting with regard to each of these ANA pilots, any accident/incidents which they were involved between 1995 to date, any disciplinary actions between 1995 to date, and records pertaining to their training and certification between 1995 to date. To the extent you claim work product/privilege, provide a log with regard to those documents being withheld.

3.  <u>DOCUMENTS REGARDING GROUND HANDLING AGREEMENT</u>:  With regard to the "Standard Ground Handling Agreement" including "Annex A - Ground Handling Services" and "Annex B – United Service IATA Standard Ground Handling Agreement" attached to the "Standard Ground Handling Agreement" between ANA and United in effect on January 22, 2005, produce all documents which reflect or pertain to the negotiating of the terms of this contract, the intent/interpretation of ANA with regard to the term contained in that contract, and the applicability or inapplicability of the agreement with regard to the events of January 22, 2005 at SFO which is the subject of this litigation. To the extent you claim any of these documents as work product/privileged, provide a log with regard to those documents being withheld.

1436948.01

4

1

2

## EXHIBIT B

3      Pursuant to FRCP 30(b)(6) you are hereby requested to designate one or more
4  officers, directors, or managing agents, or other persons who consent to testify on
   behalf of ANA who are the most knowledgeable individuals with regard to one or
5  more of the following topics:

6  1.   Negotiations leading up to agreement and signature of the "Standard Ground
7       Handling Agreement" (including "Annex A – Ground Handling Services" and
        "Annex B – United Services IATA Standard Ground Handling Agreement"
8       attached to the "Standard Ground Handling Agreement").

9  2.   Interpretation and intent of the provisions within the "Standard Ground
10      Handling Agreement" (including "Annex A – Ground Handling Services" and
        "Annex B – United Services IATA Standard Ground Handling Agreement"
11      attached to the "Standard Ground Handling Agreement").

12 3.   The applicability of one or more of the terms within the "Standard Ground
13      Handling Agreement" (including "Annex A – Ground Handling Services" and
        "Annex B – United Services IATA Standard Ground Handling Agreement"
14      attached to the "Standard Ground Handling Agreement") to the events of
        January 22, 2005 which are at issue in this litigation.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1436948 01

## CERTIFICATE OF SERVICE

Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer & Weiss, P.C. and that on September 12, 2007 she caused to be served **Notice of Taking Video Depositions** on the person(s) listed below by placing said document(s) in a sealed envelope (if applicable), properly addressed, and forwarding same by the method(s) indicated.

*By Fax and First Class Mail*
Frank A. Silane
Rod D. Margo
Scott D. Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010

*By Fax and First Class Mail*
Jeffrey A. Worthe
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, CA 92705

*By Fax and First Class Mail*
Marshall S. Turner
Condon & Forsyth LLP
7 Times Square
New York, NY 10036

Dated: September 12, 2007

Phyllis L. Nelson

1436948.01