# EXHIBIT B

1  JAFFE, RAITT, HEUER & WEISS, P.C.
   Scott R. Torpey Cal. SB#153763
2  storpey@jaffelaw.com
   27777 Franklin Road, Suite 2500
3  Southfield, MI 48034
   Telephone:    248.351.3000
4  Fax:          248.351.3082

5  And
   WORTHE, HANSON & WORTHE
6  Jeffrey A. Worthe Cal. SB#080856
   jworthe@whwlawcorp.com
7  1851 E. First St., Ste. 900
   Santa Ana, California 92705
8  Telephone:    (714) 285-9600
   Fax:          714-285-9700
9  Attorneys for Defendant United Air Lines, Inc.

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  All Nippon Airways Company, Ltd.,          Case No.07-03422 EDL

14                 Plaintiff,          **[PROPOSED] ORDER TO SHORTEN
                                        TIME**
15          vs.

16  United Air Lines, Inc.,

17                 Defendant.

18

19          WHEREAS it is necessary to permit Defendant United Air Lines, Inc., ("United") to bring

20  its Motion for Protective Order for hearing on December 18, 2007, at 9:00 a.m., to ensure the

21  prompt resolution of the issues raised in United's Motion for Protective Order well before the date

22  on which Plaintiff All Nippon Airways Company, Ltd., ("ANA") has noticed the deposition of

23  United's PMK on the parties' Standard Ground Handling Agreement, which is presently noticed for

24  January 8, 2007, at 10:00 a.m.;

25          IT IS HEREBY ORDERED that United's Motion for Protective Order will come before this

26  Court for hearing on December 18, 2007, at 9:00 a.m.; ANA's response to United's Motion for

27  Protective Order will be due December 4, 2007; and United's reply in support of its Motion for

28  Protective Order will be due December 11, 2007.

-1-

1

2    Dated:_____

                                    _____

3                                          District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-