United States District Court
For the Northern District of California

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8
9
10

ALL NIPPON AIRWAYS

11

COMPANY,

12

              Plaintiff,                        No. C-07-03422 EDL

13

       v.                                  ORDER SHORTENING TIME

UNITED AIR LINES,

14

              Defendant.

15

_____/

16

      Defendant United Airlines' ("United") has filed an unopposed motion to shorten time to have

17

its motion for a protective order heard on December 18, 2007.  The motion is GRANTED.  The hearing

18

on United's November 21, 2007 Motion for Protective Order shall occur on December 18, 2007 at 9:00

19

a.m. in Courtroom E.  An opposition brief shall be filed no later than December 3, 2007, and a reply no

20

later than December 7, 2007.  If United is going to file an additional motion compel, as it has noted it

21

may do, and it wishes to have that motion heard on December 18, 2007, it must file such a motion and

22

an accompanying motion to shorten time no later than November 30, 2007.  The Court notes that good

23

cause is needed to shorten time, and there may be no need to shorten time to hear a motion to compel

24

documents and additional depositions where as here there is still plenty of time to take discovery.

25

However, the Court will consider shortening time if United demonstrates good cause.  It is further

26

ordered that the parties shall meet and confer to try to resolve these issues without Court intervention

27

in advance of the hearing.  The Court already ordered the parties to meet and confer regarding All

28

Nippon Airways' ("ANA") person most knowledgeable deposition, and the Court expects that the

parties will continue in these efforts.  The March 15, 2007 deadline is an outer limit by which the

deposition was to occur, which means that ANA should already be designating or have designated a PMK and proposing times for that deposition. Finally, the parties are ordered to serve courtesy copies of their papers to Chambers in accordance with the Local Rules.

IT IS SO ORDERED

November 29, 2007

_Elizabeth D. Laporte_

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California