# EXHIBIT A

# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6750
Direct Fax: (212) 370-4453
mturner@condonlaw.com

November 2, 2007

*VIA EMAIL*

Jeffrey A. Worthe, Esquire
Worthe, Hanson & Worthe
The Xerox Centre
1851 East First Street, Ninth Floor
Santa Ana, CA  92705

Re:    All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
       United States District Court for the Northern District of California
       Case No. C 07 3422 EDL
       C & F Ref.: MST/05901

Dear Jeff:

Please advise me of available dates in January 2008 for the depositions of United witnesses concerning United's damages information. We request the following witnesses for deposition:

1.    The person(s) who prepared the first repair cost printout, enclosed herein as Attachment 1.

2.    The person(s) who prepared the second repair cost printout, enclosed herein as Attachment 2.

3.    The person(s) who prepared the third repair cost printout, enclosed herein as Attachment 3.

4.    The person most knowledgeable regarding repair costs claimed by UAL in this action pursuant to F.R.C.P. Rule 30(b)(6).

5.    The person who signed the letter dated "March 16, 2008" concerning United's consequential damages, enclosed herein as Attachment 4, and whose title is "Senior Manager – Financial Analysis."

6.    The person most knowledgeable regarding consequential damages claimed by UAL in this action pursuant to F.R.C.P. Rule 30(b)(6).

CONDON & FORSYTH LLP

Jeffrey A. Worthe, Esq.
November 2, 2007
Page 2

Also, if the Court grants United's request to depose an ANA witness most knowledgeable regarding the Standard Ground Handling Agreement, we would request that United produce a comparable witness in January 2008.

Thank you for your anticipated cooperation in this regard.

Sincerely yours,

Marshall S. Turner

MST/hlj
Attachments
cc:     Scott R. Torpey, Esq.
        Frank Silane, Esq.
        Scott Cunningham, Esq.
        Timothy H. Eskridge, Esq.