# EXHIBIT B

## CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6750
Direct Fax: (212) 370-4453
mturner@condonlaw.com

November 21, 2007

*VIA EMAIL*

Scott R. Torpey, Esq.
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214

Re: All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
United States District Court for the Northern District of California
Case No. C 07 3422 EDL
C & F Ref.: MST/05901

Dear Scott:

I have your letter of November 20, 2007 regarding deposition scheduling.

With regard to time needed for the deposition of each UAL pilot, a full day for each should be scheduled.

As to UAL's PMK Ground Handling Agreement witnesses I've asked you and written for deposition dates on several occasions and I have received no response. As to deposition dates for ANA's Ground Handling Agreement PMK, I am attempting to ascertain the earliest available date for an appropraite witness in compliance with Judge Laporte's Order of November 19, 2007. I will provide you with that date and location as soon as it is available. As you know, there is no priority of discovery under the federal rules. Therefore, I am requesting, and have requested, that you provide UAL's PMK witness concerning the Ground Handling Agreement at the earliest available date. My deposition notice of UAL on this subject is an attempt to get a real date from you.

As to depositions of UAL's damage witnesses, I am available Feb 5 – Feb 15, 2008.

With regard to your stipulation To Shorten Time I have consented to you bringing the motion on shortened notice. However, the stipulation you provided shortens ANA's time to respond, but gives no indication when UAL's motion will be served. If I am to agree that ANA's response will be due on December 4, 2007, I must have your motion immediately.

CONDON & FORSYTH LLP

Scott R. Torpey, Esq.
November 21, 2007
Page 2

Very truly yours,

Marshall S. Turner

MST/jz

cc: Jeffrey Worthe, Esq.
Scott Cunningham, Esq.