# **INDEX TO EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Declaration of Scott r. Torpey |
| A | December 6, 2007 Letter |
| B | December 7, 2007 Email |