**EXHIBIT 1**

Scott R. Torpey (Cal. SB#153763)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Telephone: (248) 351-3000
Facsimile: (248) 351-3802
Email: storpey@jaffelaw.com

-and-

Jeffrey A. Worthe (Cal. SB# 080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone: (714) 285-9600
Facsimile: (714) 285-9700
Email: jworthe@whwlawcorp.com
Attorneys for Defendant United Air Lines, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD. ) ) ) Plaintiff, ) ) vs. ) ) UNITED AIR LINES, INC., ) ) Defendant. ) | Case No. C07-03422 EDL<br>Hon. Elizabeth D. Laporte |

**DECLARATION OF SCOTT TORPEY**

**STATE OF MICHIGAN** )
) SS.
**COUNTY OF OAKLAND** )

I, Scott Torpey, being duly sworn according to law, hereby depose and states:

1. I am a partner at the law firm of Jaffe Raitt Heuer & Weiss, P.C., in Southfield Michigan. I am duly licensed and qualified to practice law in California. I represent defendant

Declaration of Scott R. Torpey

1476072.01

1

1  United Air Lines, Inc., ("United") in the above-captioned matter, which All Nippon Airways
2  Company, Ltd., ("ANA") filed against United on June 28, 2007.

3  2. On December 6, 2007, I received an emailed letter from ANA's counsel, finally offering dates for the deposition of ANA's person most knowledgeable ("PMK") on the Ground Handling Agreement ("GHA") issue. A true and correct copy of this letter is appended hereto as **Exhibit A**.

3. On December 7, 2007, I sent an email to ANA's counsel on United's behalf, requesting that he provide me with February 2007 deposition dates for ANA's deposition of United's PMK on the SGHA issue. I sent this in an attempt to avoid the instant motion for protective order. A true and correct copy of my December 7, 2007, email is appended hereto as **Exhibit B**.

**FURTHER AFFIANT SAYETH NOT.**

_____
Scott R. Torpey

Subscribed and sworn to before me this 7th day of December 2007.

_____
Notary Public in and for the State of _____
My Commission Expires: _____

PHYLLIS L. NELSON
NOTARY PUBLIC STATE OF MI
QUALIFIED IN WAYNE COUNTY
COMMISSION EXPIRES DECEMBER 22, 2007
Acting in Oakland County

Declaration of Scott R. Torpey

2

1476072.01