# EXHIBIT A

# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6750
Direct Fax: (212) 370-4453
mturner@condonlaw.com

December 6, 2007

*VIA FACSIMILE (714) 285-9700 and EMAIL*

Jeffrey A. Worthe, Esquire
Worthe, Hanson & Worthe
The Xerox Centre
1851 East First Street, Ninth Floor
Santa Ana, CA 92705

*VIA FACSIMILE (248) 351-3082 and EMAIL*

Scott R. Torpey, Esq.
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214

Re:   All Nippon Airways Company, Ltd v. United Air Lines, Inc.
      United States District Court for the Northern District of California
      Case No. C 07 3422 EDL
      C & F Ref.: MST/05901

Dear Gentlemen:

I am writing to confirm my consent to Jeff's request to adjourn the depositions of UAL's witnesses - Julio Hernandez (tug driver) and Edward Loh (ramp controller) - until after January 1, 2008. Please get back to me at your earliest convenience with proposed new dates in January.

As to UAL's flight crew, I have been awaiting confirmation of the dates of January 23, 24 and 25 that Scott proposed and I agreed to a month ago. Please confirm these dates.

As to ANA's PMK witness regarding the Standard Ground Handling Agreement, Mr. Minoru Komuro will be available for his deposition in San Francisco on January 22, 2008 or in Tokyo on January 15, 16, 17, 29, 30 or 31. Please confirm your preference as soon as possible.

Now that you have a selection of dates for the deposition of ANA's PMK witness on the SGHA, please confirm that UAL's PMK witness regarding the SGHA will be presented for deposition as noticed on January 8, 2008.

CONDON & FORSYTH LLP

Worthe/Torpey
December 6, 2007
Page 2

As to UAL's PMK witnesses regarding damages and repair costs, who has been noticed for depositions on January 9 and 10, I am still awaiting the alternative dates for these depositions that Scott promised weeks ago.

I am also still awaiting the revised Stipulated Protective Order of Confidentiality Judge Laporte ordered UAL provide in her Order of November 19, 2007.

In summary, UAL has now concluded the depositions of ANA's flight crew and has received firm dates for the only remaining ANA witness. On the other hand, UAL has yet to present a witness or to provide a single firm date for UAL's witnesses that I have been requesting for the past five (5) months.

I remain of the opinion that there is no reason to waste the Court's time with the hearing of your motion scheduled for December 18, 2007 and that any required adjustment to the deposition scheduling should be amicably resolved among counsel without any party seeking a discovery priority over the other which is prohibited by Fed. R. Civ. P. 26(d).

Please call me if you have any interest in attempting to resolve this issue without court intervention.

Sincerely yours,

Marshall S. Turner

MST/hlj
Cc: Scott Cunningham, Esq.
    Timothy H. Eskridge, Esq.