# EXHIBIT B


## Phyllis Nelson

**From:** Scott Torpey
**Sent:** Friday, December 07, 2007 4:46 PM
**To:** Phyllis Nelson
**Subject:** FW: ANA

---

**From:** Scott Torpey
**Sent:** Friday, December 07, 2007 2:19 PM
**To:** 'Turner, Marshall S.'
**Cc:** JWorthe@whwlawcorp.com; William Adams
**Subject:** ANA

Marshall
Hold the week of January 14 and and 21 for United depos.I'm trying to lock in pilots and ground guys so we can do them then.Once I have this set,we can choose date for your GHA guy from what ever dates are not taken up by the other depos I'll get with you Monday as it doesn't look like I'll have an answer today.
Can you give me dates in Feb for you to depose our GHA guy?If so,we may be able to avoid the motion set for December 18.please advise.
Lets get all this set up and then turn last to the damages witnesses.
Scott

*Scott R. Torpey*
*Jaffe, Raitt, Heuer & Weiss, P.C.*
*The American Center*
*27777 Franklin Road, Suite 2500*
*Southfield, MI 48034*
*(248) 727-1461 (Direct Dial)*
*(248) 351-3000 (Main)*
*(248) 351-3082 (Fax)*
*storpey@jaffelaw.com*

Signature, Tax Disclosure and Confidentiality Notice:

Nothing in this communication is intended to constitute an electronic signature unless a specific statement to the contrary or a valid VeriSign Digital Signature Certificate is included in this communication

Nothing contained in this email was intended or written to be used, or can be used by any taxpayer for the purpose of avoiding penalties that may be imposed on such taxpayer under the Internal Revenue Code of 1986, as amended. No one, without our express prior written permission, may use any part of this email relating to any Federal tax matter in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to one or more taxpayers

This email and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged confidential and/or protected from disclosure under applicable law Nothing in or related to this email, or any attached file, shall be deemed to waive or diminish the protection of the attorney-client privilege or the attorney work product rule. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction Please notify the sender, by email or telephone, of any unintended recipients and delete the original message without making any copies