Yamaguchi Dep Exhibit 2

— OPERATIONS MANUAL —

2 - 2 - 14   Checks prior to departure

The captain shall check and ensure the following items.

① All passengers have completed boarding.

② All exterior doors have been locked.

③ All obstacles except ground equipment necessary for engine start and push back have been removed from the airplane

④ The seating assignment for passengers is appropriate with regard to the weight and balance of the airplane. This confirmation shall be conducted by the chief cabin attendant, and she shall make seating rearrangement and report to the captain to that effect, if necessary. The captain shall commence taxi after receiving a report that the passenger seating is confirmed appropriate.

## 2 - 3    In Flight

2 - 3 - 1   Engine start

The captain shall start engines carefully while communicating with ground personnel, so that blast or dust may not be blown upon persons, buildings, parked aircraft and vehicles.

2 - 3 - 2   Ground movement on departure

① Push Back

(1) After completing the preparation of push back, the captain shall give an instruction to the person in-charge of ramp-coordination to commence push back

(2) While being pushed back, the captain shall be responsible for securing the safety of his airplane within the scope of his attention.

(3) The person in-charge of ramp coordination shall be responsible for securing the safety of airplanes in every aspect with close cooperation of the related personnel while the airplane is under push back.

EXHIBIT
E. Y.
11/27   2

② Marshalling

Marshalling shall be conducted by the marshaller under the instruction of the person in-charge of ramp-coordination in accordance with the following procedures;

(1) The marshaller shall show the marshalling signals from a position where the signals can be seen easily by the pilots so that the captain can perform taxi readily. The marshaller, if necessary, shall have an assistant.

(2) Marshalling signals are shown in S-7-1.

② Taxiing

The captain shall perform taxi in accordance with following;

(1) Take care not to blow blast or dust upon persons, buildings, parked aircraft and vehicles.

(2) Be observant of all obstacles around him, and taxiing speed is such that he may bring his airplane to an immediate and complete stop.

(3) Avoid abrupt braking for the sake of passenger's comfort

(4) Keep his airplane well cleared behind another aircraft with engines running.

(5) Ask for a signalman assistance in the event that there is any obstacle in the vicinity of the ramp area.

## 2 - 3 - 3   Confirmation of cabin preparations for take-off

The captain shall confirm that the safety instruction specified in 7-3 of this Manual and the cabin preparations specified in Cabin Attendant Handbook have been completed prior to take-off.

# SUPPLEMENT

**OPERATIONS MANUAL**

| S - 7 - 1 | Signaling between Flight Crew Members, Cabin Attendants and Maintenance Personnel |
|---|---|
| | (7-1 RE Signaling between Flight Crew Members, Cabin Attendants and Maintenance Personnel) |

The Company establishes signaling between flight crew members, cabin attendants and maintenance personnel as follows.

1. Signal from flight crew members to cabin attendants

① A320/A321

| Signal | Meaning | Response |
|---|---|---|
| FWD or AFT or AIL ※ (A321 only) Call 1 push (1 HI-LO chime with light and message) | Notice of the position en-route or any information from flight crew memnber | Required |
| SEAT BELT Switch Off-On-Off-On (4chime) | One minute prior to take off | Not required |
| NO SMOKING SIGN On-Auto-On-Auto (4 chime) NOTE(1) | About 10 minites prior landing | Not required |
| EMER. Call 1 push (3 HI - LO chime with flashing light and message) | Urgent information | Required or report to the flight deck immediately |

⇒ ② B767

| Signal | Meaning | Response |
|---|---|---|
| Cabin Call 1 push (1 HI-LO chime with light) | Notice of the position en-route or any information from flight crew memnber | Required |
| FASTEN SEAT BELT SWITCH Auto-On-Auto-On (4 chime) | One minute prior to take off | Not required |
| NO SMOKING SIGN Off-On-Off-On (4 chime, NOTE(3)) or On (1 chime, NOTE(2)) | About 10 minites prior landing | Not required |
| Alert Call 1 push (3 HI-LO chime with flashing light) | Urgent information | Required or report to the flight deck immediately |



# *SUPPLEMENT*

**— *OPERATIONS MANUAL***

③  B777

| Signal | Meaning | Response |
|---|---|---|
| DIAL 11<br>(1 HI-LO chime with light) | Notice of the position en-route or any information from flight crew memnber | As necessary |
| FASTEN SEAT BELT<br>Switch Off-On-Off-On (4 chime) | One minute prior to take off | Not required |
| NO SMOKING SIGN<br>On  (1 chime, NOTE(2))<br>or On-Auto-On-Auto<br>(4 chime, NOTE(3)) | About 10 minites prior landing | Not required |
| DIAL 55<br>(1 HI-LO chime with flashing light) | Urgent information | Required or report to the flight deck immediately |

**ANA**

EFF : Jun. 1,2006
REV : No.138

7 - S - 2

# *SUPPLEMENT*

## *OPERATIONS MANUAL*

④  B747-400

| Signal | Meaning | Response |
|--------|---------|----------|
| DIAL 33<br>(1 HI-LO chime with light) | Notice of the position en-route or any information from flight crew memnber | Required |
| FASTEN SEAT BELT Switch<br>Off-On-Off-On (4 chime) | One minute prior take off | Not required |
| NO SMOKING SIGN<br>On (1 chime, NOTE(2))<br>or On-Auto-On-Auto<br>(4 chime, NOTE(3)) | About 10 minites prior landing | Not required |
| DIAL 55<br>(1 HI-LO chime with flashing light) | Urgent information | Required or report to the flight deck immediately |

NOTE(1)  If you can't hear chime, try [Off-Auto-Off-Auto] procedure
(Some A320 still has old logic, and this type, in gear down position, the chime doesn't work between Auto-On phase.)

NOTE(2)  The flight that passengers can smoke during crusing phase.

NOTE(3)  For the aircraft which have new No Smoking Sign Selector Panel( all the selector positions are "ON"), the travel of selector Right to Left or Left to Right sounds 4 chime.

## SUPPLEMENT

*OPERATIONS MANUAL*

2.  Signal from cabin attendant to flight crew member

① A320 ╱ A321

| Signal | Meaning | Response |
|--------|---------|----------|
| Captain Call 1 push (1 buzzer with light) | Any information from cabin attendant | Required |
| Informed by Service Interphone System | Completion of cabin preparation including Safety Instruction | Not required |
| Emergency Call 1 Push (3 buzzers with flashing light) | Emergency situation (Note) | Required |

② B767

| Signal | Meaning | Response |
|--------|---------|----------|
| Pilot Call 1 push (1 HI chime with light) | Any information from cabin attendant | Required |
| DIAL 31 (1 HI chime with light) (JA603A and later) | | |
| Pilot Call 2 pushes (2 HI chimes with light) | Completion of cabin preparation including Safety | Not required |
| Alert Call 1 push (1 HI chime with light) | Emergency situation (Note) | Required |
| DIAL** (1 HI chime with light + EICAS) (JA603A and later) | | |

③ B777

| Signal | Meaning | Response |
|--------|---------|----------|
| DIAL 31 (1 HI-LO chime with message) | Any information from cabin attendant | Required |
| DIAL 6* (1 HI-LO chime with message) | Completion of cabin preparation including Safety instruction | Not required |
| DIAL ** (1 HI-LO chime with message) | Emergency situation (Note) | Required |

**ANA**

EFF : May.29,2002
REV : No.104

7 - S - 4

## SUPPLEMENT
*OPERATIONS MANUAL*

④ B747-400

| Signal | Meaning | Response |
|---|---|---|
| DIAL 31<br>(1 chime with light) | Any information from cabin attendant | Required |
| DIAL 6P<br>(1 chime with message) | Completion of cabin preparation including Safety instruction | Not required |
| DIAL PP<br>(3 chimes with message)<br>(JA401A ~ 405A : 1 chime with message) | Emergency situation (Note) | Required |

(Note) Excluding hi-jack situation



# SUPPLEMENT

**OPERATIONS MANUAL**

### 3.  Signal from flight crew members to maintenance personnel

The interphone system should be used for communication. In case of system failure, the following shall be applied. Details of marshalling signals (hand signals) are shown in the next pages.

| Signal | Meaning | Response |
|---|---|---|
| Turn the landing lights (Inboard lights if plural lights are equipped on each wing) on and off 3 times. (Note.) | Interphone unusable, follow your hand signal | Push Crew Call Switch 1 time after stop the airplane |
| Turn the landing lights (Inboard lights if plural lights are equipped on each wing) on and off 3 times, then turn on all landing lights including taxi & turn off lights until receiving response signal from mechanic. (Note.) | Emergency situation arises and interphone unusable. Check abnormal condition outside of airplane and communicate with flight crew members by available means | |

Note. Use Runway Turn off Lights for A320/A321 instead of Landing

### 4.  Signal from maintenance personnel to flight crew members

The interphone system shall be used for communication. In case of system failure, the following shall be applied. Details of marshalling signals (hand signals) are shown in the next pages.

| Signal | Meaning | Response |
|---|---|---|
| Push Crew Call Switch 2 times after stop the airplane (Note.1) | Interphone unusable, pay attention to mechanic's hand signal | Turn the landing lights (Inboard lights if plural lights are equipped on each wing) on and off 1 time (Note.2) |
| Push Crew Call Switch 4 times or more after stop the airplane. Stop pushing switch when he receives response from flight crew members | Urgent information but interphone unusable. Pay attention to mechanic's signal | |

Note.1 Unable to push the CREW CALL SWITH BUTTON two times or more continuously for the aircrafts of B767 introduced since JA603A,so if there is no response from the mechanic by the interphone call,pay attention to mechanic's hand signal.

Note.2 Use Runway Turn off Lights for A320/A321 instead of Landing lights

**ANA**

EFF : Sep 1,2007
REV : No.148

# *SUPPLEMENT*

*OPERATIONS MANUAL*

## MARSHALLING SIGNALS

(CHAPTER 2, 2-3-2 Ground movement on departure and Chapter 7, 7-1 Signals between flight Crew Members, cabin Attendants and Maintenance Personnel") are the company based on ICAO procedure. As for signals with (*), flight crew shall show to maintenance personnel, etc., if necessary.

| No.1 Position of Marshaller | No.2 This bay |
|---|---|
|  |   |
| Marshaller stands at well-visible position by captain seat (left seat) and always facing toward the aircraft moving direction. | Arms above head in vertical position with palms facing inward. |

| No 3 Move Ahead | No.4 Turn to Your LEFT |
|---|---|
|  |  |
| Arms a little aside, palm facing backward and repeatedly moved upward-backward from shoulder height. | Right arms downward. Left arm repeatedly moved upward-backward. Speed of arm movement indicating rate of turn. |

# SUPPLEMENT

— *OPERATIONS MANUAL* ▬▬▬▬▬▬▬▬▬▬▬▬

| No.5 Turn to Your RIGHT | No 6 Stop |
|---|---|
|  |  |
| Left arm downward, Right arm repeatedly moved upward-backward. Speed of arm movement indicating rate of turn. | Arms crossed above head. |
| No.7 Emergency Stop （※） | No.8 Cut Engines |
|  |  |
| Arms repeatedly crossed above head (the rapidity of the arm movement should relate to the urgency of the stop, i.e. the faster the movement the quicker the stop.) | Right arm and hand level with shoulder, hand across throat, hand is moved sideways with the arm remaining bent. Left arm by side. |

7 - S - 6 - 2

**ANA**

EFF : Jul. 1,2007
REV : No.147

# SUPPLEMENT
## OPERATIONS MANUAL

| No.9 Chocks On (Inserted) (※) | No.10 Chocks Off (Removed) (※) |
|---|---|
| Arms down, palms facing inwards with thumb erect, move arms from extended position inwards. | Arms down, palms facing outwards with thumb erect, move arms outwards. |
| No.11 Parking Brakes On (Engage Brakes) (※) | No.12 Parking Brakes Off (Release Brakes) (※) |
| Raise arm and hand, with fingers extended, horizontally in front of body, then clench fist. At night, shine a light on the hand so that it can be seen. | Raise arm, with fist clenched, horizontally in front of body, then extend fingers. At night, shine a light on the hand so that it can be seen. |

EFF : Apr. 1, 1995
REV : No.35

**ANA**

7 - S - 6 - 3

# SUPPLEMENT
OPERATIONS MANUAL



| No.13 Proceed to Next Marshaller | No.14 Slow Down |
|---|---|
| Right or Left arm down, other arm moved across the body and extended to indicate direction of next marshaller. | Arms down with palms toward ground at a 45° angle, then moved up and down from elbow to the hands several times. |
| No.15 Start Engine (s) (※) | No.16 Slow Down Engine (s) on Indicated Side |
| Left hand overhead with appropriate number of fingers extended, to indicate the number of the engine to be started. and circular motion of Right hand at head level. | Arms down with palms toward ground, then either Right or Left hand waved up and down indicating the Left or Right side engine (s) respectively should be slowed down. |

7 – S – 6 – 4      **ANA**      EFF : Apr. 1, 1995
REV : No.35

# SUPPLEMENT

— OPERATIONS MANUAL ——

| No.17 All Clear | No.18 Stand-by |
|---|---|
|  |  |
| Day time: Right arm raised at elbow with thumb erect. Left arm aside body. Night: Right arm raised high. | Arms by side at a 45° angle open, palms facing forward. |
| No.19 Disconnention of Ground Cooler (Heater) & Pneumatic Starter (※) | No.20 Waiting for Clearance (※) |
|  |  |
| Indicate the position to be disconnected, then make a cylinder shape by arms in front of body. and then moved it downward. | Point both ears with the index fingers of each hand. Time is shown in accordance with time display. |

EFF : Apr. 1, 1995
REV : No. 35

**ANA**

7 — S — 6 — 5

## SUPPLEMENT
— OPERATIONS MANUAL ——



| No.21 Clear to Pass | No.22 Connection of Ground Power Unit (※) |
|---|---|
| Daytime: Arms extended horizontally side-ways, with thumbs erect.<br>Night: Large circular motion | Right clenched fist moved upward and touch left hand extended in front of body. |
| No.23 Disconnection of Ground Power Unit (※) | No.24 Time Display(Value) (※)<br>(e.g.: 25min.)<br>(e.g.: 7min.) |
| Right clenced fist touching with left extended hand moved downward in front of body. | Show 1-5min. with left hand, 6-9min. with an open left hand, and add fingers of right hand. Show 10min. units with fingers of right hand. When 11min. or 25min. first show the fingers with right hand for 10min. units, and then the minute units with the fingers of left hand. The marshaller makes the signal after flight crew instructs with his watch. |

7 − S − 6 − 6          **ANA**          EFF : Apr. 1, 1995
                                          REV : №35

# SUPPLEMENT
## OPERATIONS MANUAL

| No.25 Blow Out | No.26 Stop (related No.6) |
|---|---|
|  |  |
| With both hands make the shape of a wind sock. After confirmation, give the same signal for Start Engine (s). | Raise both hands in a posture to stop the advance. Not used in Japan, but used in the U.S.A. at airports other than ANA's regular airport. |
| No.27 To    proceed Further Guidance by Marshaller | No.28 Interphone Inoperative(※) |
|   |  |
| Raise right hand and move it left and right. Normally, not used in Japan, but used at airport abroad with heavy traffic. | Put the palm to mouth then cross arms in front of the body. This procedure shall be conducted only when signaling by Landing Lights/RWY Turn Off Lights or Crew Call Switch is deemed to be inadequate. |



第　1205070529 号
CERT.NO.

## 第1種航空身体検査証明書
AVIATION MEDICAL CERTIFICATE(CLASS1)

氏　名
Name
山口　栄伸

生年月日　　　　　　　　1963年10月27日
Date of Birth (y/m/d)

国籍·本籍　鳥取県
Nationality·Registered Domicile

現 住 所　神奈川県横浜市都筑区二の丸
Address　　15－1 8

有効期間　Valid from (y/m/d) 2007年08月20日　　から
　　　　　to (y/m/d) 2008年02月19日　　まで

条件事項　なし
Conditions

航空法第31条の規定により、身体検査
基準第1種に適合することを証明する。
This is to certify that the above-mentioned person complies
with the Aviation Medical standards(Class1) in accordance
with Article 31 of Civil Aeronautics Law of Japan.

2007年07月08日
Date of Issue (y/m/d)

国土交通大臣
Minister of Land,Infrastructure and Transport
(指定航空身体検査医)
(Designated Aviation
Medical Examiner)　　　　　原　志野　　印

備　考
Remarks

1　事業用操縦士、一等航空士及び航空機関士の資
　格を有する者がこの証明書（第1種航空身体検査
　証明書である場合に限る。以下同じ。）交付の後定
　期運送用操縦士の資格を取得したときは、この証
　明書の有効期間は6か月に短縮されるものとする。

　　When the holder of a Commercial Pilot
　Certificate, a Class 1 Flight Navigator Certificate
　and a Flight Engineer Certificate has obtained an
　Airline Transport Pilot Certificate after the date of
　issuance of this certificate (limited to the holder
　of a Class 1 Medical Aviation Certificate The same
　shall apply hereinafter), the period of validity of
　this certificate shall be reduced to 6 months

2　定期運送用操縦士の資格を有する者がこの証明
　書の取得後これ以外の資格を取得したときにおい
　ても、この証明書の有効期間は変更ないものとする。

　　When the holder of an Airline Transport Pilot
　Certificate has obtained a certificate of other
　qualification after the date of issuance of this
　certificate, the period of validity of this certificate
　shall remain unchanged





注釈 Notes

種類 Category
A. 飛行機 Aeroplane
G. 滑空機 Glider
I. 機体構造 Airframes and systems
J. タービン発動機関係 Turbine-Engine
S. 計器関係 Instrument

等級 Class
Land-Single-Engine　陸上単発機
Land-Multi-Engine　陸上多発機
Sea-Single-Engine　水上単発機
Sea-Multi-Engine　水上多発機
Land-Single-Piston　陸上単発ピストン機
Land-Single-Turbine　陸上単発タービン機
Land-Multi-Piston　陸上多発ピストン機
Land-Multi-Turbine　陸上多発タービン機

H. 回転翼航空機 Helicopter
S. 飛行船 Shwship
2. ピストン発動機関係 Piston-Engine
4. プロペラ関係 Propeller
6. 電気関係 Electricity

Sea-Single-Piston　水上単発ピストン機
Sea-Single-Turbine　水上単発タービン機
Sea-Multi-Piston　水上多発ピストン機
Sea-Multi-Turbine　水上多発タービン機
Motor-Glider　動力滑空機
High-Class-Glider　上級滑空機
Middle-Class-Glider　中級滑空機





資格　航空級無線通信士

左の者は、無線従事者規則により、左
記資格の免許を与えたものであること
を証明する。

この免許証は、国際電気通信条約附属
無線通信規則に規定する航空移動業務に
関する無線電話通信士一般証明書に該当
することを証明する。

昭和63年10月12日

郵政大臣

氏名　山口菜伸

昭和38年10月27日生

免許の年月日　昭和63年10月12日

免許証の番号　ＧＡＭＥ４