Yamaguchi Dep Exhibit 3



San Francisco International Airport

July 31, 2000

# AIRPORT OPERATIONS BULLETIN
## (00-04-AOB)

P.O. Box 8097
San Francisco, CA 94128
Tel 650.821.5000
Fax 650.821.5005
www.flysfo.com

TO: All Airlines and Aeronautical Support Tenants

SUBJECT: New Boarding Areas "A" and "G" Ramp Tower Operation

---

AIRPORT COMMISSION
CITY AND COUNTY OF SAN FRANCISCO

WILLIE L. BROWN, JR.
MAYOR

HENRY E. BERMAN
PRESIDENT

LARRY MAZZOLA
VICE PRESIDENT

MICHAEL S. STRUNSKY

LINDA S. CRAYTON

CARYL ITO

JOHN L. MARTIN
AIRPORT DIRECTOR

Effective 26 September 2000, the new Ramp Towers will be operational. These Towers are located on Boarding Areas "A" and "G" adjacent to aircraft gates 7 and 100, respectively.

## BACKGROUND

Although the FAA-ATCT is responsible for the aircraft operating on the Airport's movement areas, there are several areas on the Air Operations Area (AOA) that have obstructed and limited visibility from the FAA Control Tower. To facilitate more efficient and safe aircraft operations in these areas, the new boarding areas "A" and "G" Ramp Towers will be placed into service. SFOTEC is under contract with San Francisco International Airport to provide staffing for both Ramp Towers.

The Ramp Towers will provide twenty-four hour aircraft pushback and taxi clearances for aircraft gates, ramps, and taxi-lanes (non-movement areas) denoted on the attached diagram. The radio frequencies and specific areas of responsibility for each Ramp Tower are listed below:

**Boarding Area "A" Ramp Tower** - 127.575MHZ
  Both Boarding Area "A" gates, including associated remote aircraft hardstands and Plot 3, Boarding Area "B" gates 20, 22, 24, 25, 31, 32, 32A, 33, 34, 35, 36

**Boarding Area "G" Ramp Tower** - 119.225MHZ
  All Boarding Area "G" gates, including associated remote aircraft hardstands

EXHIBIT
E.Y.
11/27
3

ANA001130

AOB 00-04                                                              07/31/00

      Boarding Area "F" gates 72, 73, 74, 75, 81, 83, 85, 87, 89

      American Airlines & Northwest Airlines Cargo ramps (Plot 9)

      United Express ramp

SFOTEC - Administration Office — Telephone (650) 877-0102

## DEFINITIONS

    Movement Area — The runways, taxiways, and other areas of an airport which are utilized for taxiing, take off, and landing of aircraft, exclusive of loading ramps and parking areas.

    Non-movement Area — Those areas not designated as movement areas. As shown on the attachment, the shaded areas located west of Taxiways "H" and "M" and south of Boarding Area "F"- gate 90.

    Reporting Point — Numeric pavement marking located on a taxiway that indicates a transition area from a non-movement to a movement area ( i.e. "1" , "2", "10" , "11").

## PROCEDURES

    Aircraft parked within the Ramp Tower jurisdictional areas shall contact the associated Ramp Tower for pushback and taxi clearances.

    Unless otherwise directed, outbound taxiing aircraft shall stop at the respective reporting point prior to contacting SFO ATCT for further taxi instructions. Inbound aircraft shall contact the appropriate Ramp Tower upon the direction of FAA ATCT.

    Unless otherwise directed, outbound aircraft shall taxi to either reporting points "1" (Taxiway "M") or "10" (Taxiway "A").

    Aircraft operating to / from areas other than those indicated in shading on the attached diagram shall contact FAA ATCT as normal.

AOB 00-04                                                                  07/31/00

All airlines and their respective handlers operating within the Ramp Towers jurisdictional areas are required to closely monitor and follow the clearances provided by these Towers, as well as those of FAA-ATCT upon reaching the "reporting points" ("1", "2", "10", or "11").

Direct any questions to Airfield Operations at (650) 794.3355.

John L. Martin
Airport Director

Attachment

ANA001132

# FAA, SFOTEC, UNITED SHUTTLE TOWERS
## AREAS OF RESPONSIBILITY

- FAA TOWER
- SFOTEC RAMP TOWER
- UNITED SHUTTLE TOWER

B/A "A" Ramp Tower 127.575

B/A "G" Ramp Tower 119.225

United Terminal

Pilot 9

ANA001133