Yamaguchi Dep Exhibit 4



San Francisco International Airport

August 7, 2001

P.O Box 8097
San Francisco, CA 94128
Tel 650.821.5000
Fax 650.821.5005
www.flysfo.com

## AIRPORT OPERATIONS BULLETIN
### (01-04-AOB)

TO: All Airlines and Aeronautical Support Tenants

SUBJECT: New Boarding Areas "A" and "G": Ramp Tower Operation

---

AIRPORT
COMMISSION
CITY AND COUNTY
OF SAN FRANCISCO

WILLIE L BROWN JR
MAYOR

HENRY E. BERMAN
PRESIDENT

LARRY MAZZOLA
VICE PRESIDENT

MICHAEL S STRUNSKY

LINDA S. CRAYTON

CARYL ITO

JOHN L MARTIN
AIRPORT DIRECTOR

This AOB supercedes AOB 00-04, dated January 4, 2000

The new Ramp Towers are operational. These Towers are located on Boarding Areas "A" (B/A-A) and "G" (B/A-G), adjacent to aircraft gates 7 and 100 respectively.

### BACKGROUND

Although the FAA-ATCT is responsible for the aircraft operating on the Airport's movement areas, there are several areas on the Air Operations Area (AOA) that have obstructed and limited visibility from the FAA Control Tower. To facilitate more efficient and safe aircraft operations in these areas, the new B/A-A and B/A-G Ramp Towers have been placed into service. SFOTEC is under contract with San Francisco International Airport to provide staffing for both Ramp Towers.

The Ramp Towers provide 24-hour aircraft pushback and taxi clearances for aircraft gates, ramps, and taxi-lanes (non-movement areas) denoted on the attached diagram. The radio frequencies and specific areas of responsibility for each Ramp Tower are listed below:

<u>Boarding Area "A" Ramp Tower</u> - 127.575MHZ
Both B/A-A gates, including associated remote aircraft hardstands and Plot 3.
B/A-B gates 20, 22, 24, 25, 31, 32, 32A, 33, 34, 35, 36

<u>Boarding Area "G" Ramp Tower</u> - 119.225MHZ
All B/A-G gates, including associated remote aircraft hardstands


EXHIBIT 4

B/A-F-" gates 72, 73, 74, 75, 81, 83, 85, 87, 89

American Airlines (Plot 5), Northwest Airlines Cargo (Plot 9) ramps

United Express ramp

<u>SFOTEC - Administration Office</u> — Telephone (650) 821.0404

## DEFINITIONS

### Movement Area
The runways, taxiways, and other areas of an airport which are utilized for taxiing, take off, and landing of aircraft, exclusive of loading ramps and parking areas.

### Non-movement Area
Those areas not designated as movement areas. As shown on the attachment, the shaded areas located west of Taxiways "H" and "M" and south of B/A-F gate 90.

### Reporting Point
Numeric pavement marking located on a taxiway that indicates a transition area from a non-movement to a movement area (i.e. "1", "2", "10", "11").

## PROCEDURES

Aircraft parked within the Ramp Tower jurisdictional areas shall contact the associated Ramp Tower for pushback and taxi clearances.

Unless otherwise directed, outbound taxiing aircraft shall stop at the respective reporting point prior to contacting SFO ATCT for further taxi instructions. Inbound aircraft shall contact the appropriate Ramp Tower upon the direction of FAA ATCT.

Please note that in-bound aircraft traffic on Taxiway Hotel should only stop at numeric pavement marking #3 (abeam gate 33) at the direction of the B/A-A Ramp Tower.

August 2001

Unless otherwise directed, outbound aircraft shall taxi to either reporting points "1" (Taxiway "M") or "10" (Taxiway "A").

Aircraft operating to/from areas other than those indicated in shading on the attached diagram shall contact FAA ATCT as normal.

All airlines and their respective handlers operating within the Ramp Towers jurisdictional areas are required to closely monitor and follow the clearances provided by these Towers, as well as those of FAA-ATCT upon reaching the "reporting points" ("1", "2", "10", or "11").

Direct any questions to Airfield Operations at (650) 821 3355.

John L. Martin
Airport Director

Attachment