**Yamaguchi Dep Exhibit 5**



RECON 1

