**Yamaguchi Dep Exhibit 6**

Transcripts - Ramp Tower and Ground Control

Time indicated is NH007 QAR Time, converted to the local time by subtracting seven hours from the recorded UTC. Our analysis indicates that there is 95 second (1'35") difference between the QAR time and the Ramp Tower time that was stamped to the voice communication record. The QAR time is GPS-based and presumed accurate

\*: Unintelligible Words
?: Source Unidentified
Black letters: NH007 Communications
Blue letters: UA809 Communication
☐ : NH007 QAR Radio Key Record

| QAR Time | Ramp Comm. Time | Source | Content |
|---|---|---|---|
| | 11:46:10-14 | NH007 | Ramp TWR, All Nippon 007 Gate 95 Request push. |
| | 11:46:15 | Ramp Tower | Air Nippon 007, Good afternoon and you are cleared to push |
| | 11:46:19-21 | NH007 | Good afternoon, cleared to push. |
| 11:48:43 | 11:47:08 | Ramp Tower | Air Nippon 007, Ramp. |
| 11:48:46-47 | 11:47:11-12 | NH007 | Go ahead, All Nippon 007. |
| 11:48:48 | 11:47:13 | Ramp Tower | Would you please advise ah .. push crew there will be a triple seven inbound gate 99. |
| 11:48:54-56 | 11:47:19-21 | NH007 | All Nippon 007 understand. Thank you. |
| 11:48:57 | 11:47:22 | Ramp Tower | Thank you. |
| 11:50:16-17 | 11:48:41-42 | NH007 | Ramp tower. All Nippon 007. |
| 11:50:20 | 11:48:45 | Ramp Tower | Air Nippon 007. Go ahead. |
| 11:50:23-34 | 11:48:47-59 | NH007 | Confirm I give way approaching traffic 1990 gate 99 or may I proceed to engine start point? |
| 11:50:35 | 11:49:00 | Ramp Tower | You can continue towing, I just want to let you know there will be ah.. inbound deliverer aircraft at gate 99. Just no…no conflict. |
| 11:50:42-44 | 11:49:07-09 | NH007 | Thank you. Continue towing. |
| 11:50:45 | 11:49:10 | Ramp Tower | Very much. Flight 90. Ramp. |
| 11:55:23-24 | 11:53:47-50 | NH/UA | (Garbled – Beat – Dual Transmission) Ramp, 809 ready to push back gate 102. NOTE: *NH007 voice is not recognizable in the Gate Tower communication audio record file.* |
| 11:55:28 – 11:55:32 | 11:53:51-57 | Ramp Tower | Sorry, I've got two people calling. Who else ah Air Nippon 007, I heard you. You are cleared to spot 10 please. Have a good day. |
| 11:55:34 – 11:55:36 | 11:53:59 – 11:54:01 | NH007 | Cleared to spot 10. Have a good day, All Nippon 007. |
| 11:55:37 - | 11:54:02 | Ramp Tower | Who else is calling? Is that flight 809? |
| 11:55:39 - | 11:54:04 | UA809 | 809. Ready to push at 102. |
| 11:55:41 - | 11:54:06 | Ramp Tower | 809, good morning. Please standby 'll call you back in about one minute. |
| 11:55:45 | 11:54:10 | ? | \* \* (Presumably a UA809 response) |

EXHIBIT
E-4
11/27
6
tabbies

ANA001055

NH007/UA809 Wingtip Collision

| QAR Time | Ramp Comm. Time | Source | Content |
|---|---|---|---|
| 11:56:05 | 11:54:30 | Ramp Tower: | Much and flight 809, Ramp. |
| 11:56:06 – | 11:54:31 | UA809: | Go ahead. |
| 11:56:07 – 11:56:08 | 11:54:32 | Ramp Tower: | Much for your hold. You are cleared to push |
| 11:56:10 – | 11:54:35 | UA809: | Cleared to push, 809. |
| | | | |
| 11:56:29 – 11:56:32 | 11:54:54 – 11:54:57 | NH007 | Ground, All Nippon 007 Approaching Spot 10 Request Taxi. |
| 11:56:33 | 11:54:58 | Ground Control | Ground, 007'n San Francisco Runway Two Eight Left, Taxiway Alpha, Foxtrot, hold short Runway One Left. |
| 11:56:41 – 11:56:45 | 11:55:06 – 11:55:10 | NH007 | Runway Two Eight Left, Alpha, Foxtrot, hold short One Left. All Nippon 007. |
| | | | |

ANA001056