**Yamaguchi Dep Exhibit 7**

October 8, 2003

Mr. Van Mckenny
NTSB

SUBJ: NH007 (SFO-NRT) B777, Right Hand Wingtip Collided with UAL B777 Right Hand Wingtip

Dear Mr Mckenny,

On October 7, 2003, during the taxi for departure, NH007 under my command as a scheduled flight from San Francisco to Narita was involved in a ground accident in which airplane's the right hand wingtip collided with a UAL B777, which was being pushed out from gate G102. Following is the UTC time-line details of the case

I was seated in the left seat and serving as the PIC and PNF, Pilot Not Flying

18:48   Blocked out from gate G95, then Started engines at ENG start point
        After contacting to G Ramp TWR, received following clearance
        [Taxi to spot 10  Contact GND]

18:55   Started TAXI
        -Made initial contact with GND control
        -Received clearance as [Taxi to RWY28L via A, F, hold short of RWY1L]
        -Approaching spot10, I recognized UAL B777 has started push out from gate G102
        -PF maneuvered slightly to the left side of the center line. It looked to me that the maneuver was to increase the margin of clearance from UAL B777.
        -I asked the PF whether the clearance was adequate and then acknowledged it with the cockpit member
        -Then the PF was making a left turn to enter A TWY from spot 10
        -Right after that, hearing a thud and feeling an impact, I realized that the right wing tip of NH007 and some part of UAL B777 might have collided.
        -Shut down Engines at the location then, towed back to original gate G95

19:30   -Blocked in gate G95.

[Comment]
I received taxi clearance from GND control before starting taxi. Commencing the taxi, neither any advices of taxi route change nor about UAL B777 have been informed


EXHIBIT
E-9
11/27

Page 1

ANA001248

[Reference]
1. METAR at KSFO
   17:56   300/12 9999 CLR 17/13 2986
   18:56   290/15 9999 FEW060 18/13 2985

2. Information of License
   ATPL Number: 105595 issued on November 15, 1999
   Medical Certificate Number: 14028981 valid till February 19, 2004
   Aeronautical Radio License Number: GAME4 issued on October 12, 1988

Sincerely Yours

*E. Yamaguchi*

---

Eishin YAMAGUCHI
Captain B777
ALL NIPPON AIRWAYS