# EXHIBIT 8



# COMBS REPORTING, INC.
### DEPOSITION REPORTERS • LEGAL VIDEO

November 29, 2007

Scott Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road
Suite 2500
Southfield, MI  48034

| | |
|---|---|
| Case: | All Nippon vs. United |
| Deponent: | Eishin Yamaguchi |
| Date: | November 27, 2007 |
| Videographer: | Stephen Statler |
| Reporter: | Brandon Combs |

Dear Mr. Torpey:

Below are the start and end times for each master videotape and the total running time on the record for the above-entitled matter.

| Tape | Start Time | End Time | Total Time |
|---|---|---|---|
| 1 | 9:58am | 11:40am | 1 hr., 42 min. |
| 2 | 11:54am | 2:48pm | 1 hr., 56 min. |
| 3 | 2:50pm | 5:02pm | 1 hr., 58 min. |
| 4 | 5:17pm | 6:17pm | 1 hr., 00 min. |

The total running time, on the record, for the day was 6 hours, 36 minutes.

Sincerely,


Stephen Statler
Legal Videographer