Nishiguchi Dep Exhibit 8

─── OPERATIONS MANUAL ───

## 2-3 飛行中

### 2-3-1 Engine Start

機長は、地上係員と十分に連絡をとり、Blast、塵埃を人、建物、駐機中の航空機、車輌等に吹きつけないよう注意し、Engine Start を行なう。

### 2-3-2 出発時の地上移動

① Push Back 時

(1) 機長は、Push Back 開始準備の完了を確認した後、Ramp Coordination 業務担当者に Push Back の指示を与える。

(2) 機長は Push Back 中において、自己の注意の及ぶ範囲をもって飛行機の安全を確保する。

(3) Ramp Coordination 業務担当者は、他の作業者と連絡を密にして、Push Back 中における飛行機の安全を総合的に確保する責任を有する。

② 自走開始時

自走開始に際して、誘導員は、Ramp Coordination 業務担当者の指示のもとに、以下の要領に基づき、飛行機の地上誘導を行なう。

(1) 誘導員は、操縦士から容易に信号が確認できる位置で、機長が判断しやすいよう誘導信号を示す。また、誘導員は必要に応じ、補助員を配置する。

(2) 誘導信号については、S-7-1 に示す。

③ 地上走行時

(1) Blast、塵埃を人、建物、駐機中の航空機、車輌等に吹きつけないよう注意する。

(2) 機外の人員および物件との接触防止のため、周囲を監視するとともに、すみやかにかつ安全に停止し得る速度で行なう。

(3) Brake の操作は、旅客に不快感を与えないよう留意し、円滑に行なう。

(4) Engine 運転中の他機の後方へ近寄り過ぎないよう留意する。

(5) Ramp 区域または付近に障害物のある場合においては、地上誘導員の協力を得て行なう。

EXHIBIT
ン.n
11/28    8