Nishiguchi Dep Exhibit 9

―― OPERATIONS MANUAL ――

## 2-3 飛行中

### 2-3-1　Engine Start
　　　機長は、地上係員と十分に連絡をとり、Blast、塵埃を人、建物、駐機中の航空機、車輛等に吹きつけないよう注意し、Engine Startを行なう。

### 2-3-2　出発時の地上移動
① Push Back時
　(1) 機長は、Push Back開始準備の完了を確認した後、Ramp Coordination業務担当者にPush Backの指示を与える。
　(2) 機長はPush Back中において、自己の注意の及ぶ範囲をもって飛行機の安全を確保する。
　(3) Ramp Coordination業務担当者は、他の作業者と連絡を密にして、Push Back中における飛行機の安全を総合的に確保する責任を有する。

② 自走開始時
　　自走開始に際して、誘導員は下記により、飛行機の地上誘導を行なう。
　(1) 誘導は、Ramp Coordination業務担当者の指示のもとに、誘導員が以下の要領に基づき行なう。
　(2) 誘導員は、操縦士から容易に信号が確認できる位置で、機長が判断しやすいよう誘導信号を示す。また、誘導員は必要に応じ、補助員を配置する。
　(3) 誘導信号については、S-7-1に示す。

③ 地上走行時
　(1) Blast、塵埃を人、建物、駐機中の航空機、車輛等に吹きつけないよう注意する。
　(2) 機外の人員および物件との接触防止のため、周囲を監視するとともに、すみやかにかつ安全に停止し得る速度で行なう。
　(3) Brakeの操作は、旅客に不快感を与えないよう留意し、円滑に行う。
　(4) Engine 運転中の他機の後方へ近寄り過ぎないよう留意する。
　(5) Ramp区域または付近に障害物のある場合においては、地上誘導員の協力を得て行なう。

EXHIBIT
YN 9
11/28