**Nishiguchi Dep Exhibit 10**

NH007 UA809 Wingtip Collision



Fig 3  First Possible Direct Line of Sight from UA809



ANA001058