Nishiguchi Dep Exhibit 11

October 8, 2003

Mr. Van Mckenny
NTSB

SUBJ: NH007 (SFO-NRT) B777, Right Hand Wingtip Collided with UAL B777 Right Hand Wingtip

Dear Mr. Mckenny,

On October 7, 2003, during the taxi for departure, NH007 flight from San Francisco to Narita had the airplane's right hand wingtip colliding with a UAL B777, which was being pushed out from gate G102. Following is the UTC time-line details of the case

I, as the First Officer of the flight, was seated in the right hand seat and my duty was PF, Pilot Flying

18:48   Blocked out from gate G95, then Started engines after completion of the pushed-out
        After contacting to G Ramp TWR, received following clearance
        [Taxi to spot 10 Contact GND]

18:55   Started taxi then contacted GND with 121.8
        -Clearance was [Taxi to RWY28L via A, F, hold short of RWY1L]
        -During the taxi, I continuously maneuvered the nose gear on the yellow line except for the very lat part
        -Approaching spot10, I saw a UAL B777 starting push out, then slowed taxi speed and at the same time, deviated to left side of the yellow line for additional clearance to the UAL B777
        -After few seconds, I've got an impact
        -Stopped at the position and set a parking brake

19:30   -Towed back and blocked in to the gate G95



Page 1

ANA001250

[Reference]
1  Information of License
   ATPL Number: 106053 issued on November 29, 2001
   Medical Certificate Number: 14018323 valid till March 9, 2004
   Aeronautical Radio License Number: HAPE42 issued on June 25, 1991

Sincerely Yours,

*Yusukiguchi* (signature)
Yusuke NISHIGUCHI
First Officer B777
ALL NIPPON AIRWAYS