Nishiguchi Dep Exhibit 12

1.定期運送用操縦士技能証明書
AIRLINE TRANSPORT PILOT CERTIFICATE
2.第A106053号
CERT.NO.
3.日本国 Japan    種類 飛行機
CAT. AEROPLANE
4.氏名 西口．雄介
Name YUSUKE NISHIGUCHI
5.生年月日 1967年．2月 8日
Date of Birth
6.国籍・本籍 JAPAN
Nationality
Registered Domicile 御殿場市中畑区竹屋町642
7. 2001年11月29日
Date of Issue

この証明書は、国際民間航空条約及び航空法の規定に従い、交付する。
This certificate is issued pursuant to Convention of International Civil Aviation and Civil Aeronautics Law of Japan.

国土交通大臣
Minister of Land,
Infrastructure and Transport

EXHIBIT
Y.N.
11/28   12



備考 Notes
種別 Category

A : 飛行機 Aeroplane
G : 滑空機 Glider
H : ... Helicopter
S : ... Skyship

C : ... Airframe Structure
G : ... Aircraft Systems
P : ... Piston Engines
T : ... Turbine Engines
I : ... Propellers
I : ... Instruments
N : ... Electronic Systems
E : ... Electrical Systems
R : ... Radio Equipments

等級 Class

Land Single-Piston          Land Single-Turbine
Land Multi-Piston           Land Multi-Turbine
Sea Single-Piston           Sea Single-Turbine
Sea Multi-Piston            Sea Multi-Turbine
LS : LSP及LST               LM : LMP及LMT
SS : SSP及SST               SM : SMP及SMT
P : LSP, LMP, SSP及SMP       T : LST, LMT, SST及SMT
Motor-Glider With Tow Hook
Motor-Glider Without Tow Hook
High-Class Glider            Middle-Class Glider
G : MG及MGL, HCG及MCG        CG : HCG及MCG

9. 技能証明書－航空英語能力証明
Aviation English Language Proficiency

CERT. NO. 零A106.0.5.3 号

氏名 西口 雄介
Name: YUSUKE NISHIGUCHI

航空英語を話し理解する能力のあることを証明する。
This certifies the ability to speak and understand aviation English.

Date of Issue: 15 Jun 2007
2007年 6月 15日

国土交通大臣
Minister of Land,
Infrastructure and Transport

証明番号 1031号
Language CERT. NO.

有効期間 2007年 6月15日から2010年 5月21日まで
Validity Period from 15 Jun 2007 to 21 May 2010

第　1581070880 号
CERT.NO

## 第1種航空身体検査証明書
AVIATION MEDICAL CERTIFICATE(CLASS1)

氏　名
Name
西口　雄介

生年月日
Date of Birth (y/m/d)
1967年02月08日

国籍 本籍 京都府
Nationality Registered Domicile

現 住 所 東京都大田区池上
Address　５－１６－１　パークス池上８１６

有効期間　Valid from (y/m/d) 2007年09月10日　　から
　　　　　to (y/m/d) 2008年03月09日　　まで

条件事項　常用眼鏡使用及び同予備眼鏡携帯
Conditions

---

　航空法第31条の規定により、身体検査
基準第1種に適合することを証明する。

This is to certify that the above-mentioned person complies
with the Aviation Medical standards(Class1) in accordance
with Article 31 of Civil Aeronautics Law of Japan

2007年08月12日
Date of issue (y/m/d)

国土交通大臣
Minister of Land,Infrastructure and Transport

(指定航空身体検査医)
(Designated Aviation
Medical Examiner)
福本正勝　　　印

備　考
Remarks

1　事業用操縦士、一等航空士及び航空機関士の資
　格を有する者がこの証明書（第１種航空身体検査
　証明書である場合に限る。以下同じ。）交付の後定
　期運送用操縦士の資格を取得したときは、この証
　明書の有効期間は６ヵ月に短縮されるものとする。
　　When the holder of a Commercial Pilot
　Certificate, a Class I Flight Navigator Certificate
　and a Flight Engineer Certificate has obtained an
　Airline Transport Pilot Certificate after the date of
　issuance of this certificate (limited to the holder
　of a Class I Medical Aviation Certificate  The same
　shall apply hereinafter)  the period of validity of
　this certificate shall be reduced to 6 months

2　定期運送用操縦士の資格を有する者がこの証明
　書の取得後これ以外の資格を取得したときにおい
　ても、この証明書の有効期間は変更ないものとする。
　　When the holder of an Airline Transport Pilot
　Certificate has obtained a certificate of other
　qualification after the date of issuance of this
　certificate, the period of validity of this certificate
　shall remain unchanged

資　格　航空無線通信士



左の者は、無線従事者規則により、左
記資格の免許を与えられたものであることを
証明する。

この免許証は、国際電気通信条約附属
無線通信規則に規定する航空移動業務及
び航空移動衛星業務に関する無線電話通
信士一般証明書に該当することを証明す
る。

平成 3 年 6 月 25 日

郵政大臣



免許証の番号 HAPE 42

免許の年月日 平成 3 年 6 月 25 日

氏　名　西　口　雄　介

昭和 42 年 2 月 8 日生

個人総合履歴

2/2

## AERODROME&FACILITIES

### 1. NAME&CODE

SAN FRANCISCO, CA     San Francisco Intl                    KSFO     SFO

### 2. OPERATING HOURS (LCL)

| Facilities | Open | Close |
|------------|------|-------|
| AD | 24HRs | |

### 3. RWY

1  Preferential Runway Program
   When the wind speed is 15kt or less, the Tower will assign RWYs according to the preferential order listed below, provided the cross wind does not exceed 80° to the RWY heading and the RWYs are clear and dry. However, the pilot will retain authority on final decision to the use of RWY assigned

   ALL DEPARTURES       1R/L    28R/L.   10R/L    19R/L
   ALL ARRIVALS         28R/L   19R/L    10R/L    1R/L

2  Rubber accumulation on first 3000ft of RWY28L & 28R

3  Non Grooved exists at RWY intersections, however all RWYs applied  "GROOVED" performance
                                                        (FLT OPS Engineering)

### 4. APRON

1  Pay attention to the moving aircraft (block-out and block-in) when you are taxiing Especially on the TWY A around Boarding area G, when an aircraft block-out from (block-in to) gate 102, you should not continue taxi on TWY A due to no clearance between aircrafts

2  Normally Gate G91 thru G105 will be assigned for ANA flight

3  Although FAA is responsible for aircraft operating on the Airport's movement areas, there are several areas on the Air Operations Area that have obstructed and limited visibility from the FAA Control Tower. To facilitate more efficient and safe aircraft operations in these area, the Boarding Areas "G" and Boarding Areas "A" Ramp Towers have been placed into service

4  The Ramp Towers provide 24-hour aircraft pushback and taxi clearances for aircraft gates, ramps, and taxi-lanes (non-movement areas) denoted on the Jeppesen chart 10-9B

5  The radio frequencies and specific areas of responsibility for each Ramp Tower are listed below

   (1) Boarding Area "G" Ramp Towers – 119 225
       All Boarding Areas G gates (G concours), including associated remote aircraft hardstands
       Boarding Areas F gates (F concourse) 72, 73, 74, 75, 81, 83, 85, 87, 89

   (2) Boarding Areas "A" Ramp Towers – 127 575
       Both Boarding Areas A gates (A concours), including associated remote aircraft hardstands