Nishiguchi Dep Exhibit 13



