# EXHIBIT 10

# All Nippon Airways
## vs.
# United Air Lines

Deposition of

## **<u>Teruo Usui</u>**

Volume 1

November 29, 2007

Reported By: Brandon Combs, CSR 12978
Job Number: 1-6058

Teruo Usui

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                     --o0o--

 4   ALL NIPPON AIRWAYS COMPANY,        )
     LTD.,                              )
 5                                      )
                   Plaintiff,           )
 6                                      )
              vs.                       ) No. C07-03422 EDL
 7                                      )
     UNITED AIR LINES, INC.,            )
 8                                      )
                   Defendant.           )
 9   _____)

10

11

12

13           VIDEOTAPED DEPOSITION OF

14                 TERUO USUI

15         _____
                 November 29, 2007
16

17

18

19

20

21   REPORTER: BRANDON D. COMBS, RPR, CSR 12978    Job 6058

22

23

24

25
```

Page 1

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1                    INDEX
2                              PAGE
3
4    EXAMINATION BY MR. TORPEY  ... ......    ... . .6
5
6
7                  EXHIBITS
8    EXHIBIT    DESCRIPTION                    PAGE
9      14    FAA DOT 91.9 Subpart A - General    15
10     15    Aviation Medical Certificate (Class 1)    24
11     16    October 8, 2003, Mr. Van Mckenny,
             NTSB
12
       17    FAA DOT 91 1, 14 CFR Ch. 1.
13
       18    FAA DOT 91 115.                    99
14
15
16
17
18
19
20
21
22
23
24
25
                                        Page 2

1    Seven Times Square, New York, NY 10036, represented by
2    MARSHALL S TURNER and TIMOTHY ESKRIDGE, Attorneys at
3    Law, appeared as counsel on behalf of the Plaintiff
4              WORTHE, HANSON & WORTHE, The Xerox Centre,
5    1851 East First Street, Ninth Floor, Santa Ana,
6    CA 92705, represented by JEFFREY A WORTHE, Attorney at
7    Law, appeared as counsel on behalf of the Defendant
8              ALSO PRESENT: Shigeru Sakamoto; Yoshihiro
9    Mizuno; Sadaaki Matsutani, Interpreter; Satoe Ohari,
10   Interpreter; Stephen Statler, Videographer
11                      --oOo--
12         THE VIDEOGRAPHER: Good morning  Here begins
13   Videotape 1 in the deposition of Teruo Usui in the
14   matter All Nippon Airways, Limited versus
15   United Airlines, Incorporated in the U S District Court
16   for the Northern District of California  The case
17   number is C07-03422 EDL  Today's date is November 29,
18   2007, and the time on the video monitor is 10:01 a m
19         The video operator today is Stephen Statler
20   representing Combs Reporting, 595 Market Street,
21   Suite 620, San Francisco, and this video deposition is
22   taking place at 595 Market Street Suite 620 in San
23   Francisco and was noticed by Jaffe Raitt.
24         Counsel, please voice identify yourselves and
25   state whom you represent
                                        Page 4

1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                    ---oOo---
4    ALL NIPPON AIRWAYS COMPANY,    )
     LTD ,                          )
5                                   )
              Plaintiff,            )
6                                   )
           vs                      ) No  C07-03422 EDL
7                                   )
     UNITED AIR LINES, INC ,        )
8                                   )
              Defendant             )
9    _____)
10
11                    --oOo--
12         BE IT REMEMBERED THAT, pursuant to Notice and
13   on Thursday, November 29, 2007, commencing at
14   10:01 a.m thereof at 595 Market Street, Suite 620,
15   San Francisco, California, before me, BRANDON D COMBS,
16   a Certified Shorthand Reporter, personally appeared
17              TERUO USUI,
18   called as a witness by the Defendant being first duly
19   sworn, testified as follows:
20                    --oOo--
21         JAFFE, RAITT, HEUER & WEISS, 27777 Franklin
22   Road, Suite 2500, Southfield, MI 48034-8214, represented
23   by SCOTT R TORPEY, Attorney at Law, appeared as counsel
24   on behalf of the Defendant.
25         CONDON & FORSYTH, LLP, Times Square Tower,
                                        Page 3

1         MR. TORPEY: Scott Torpey on behalf of
2    United Airlines.
3         MR. WORTHE: Jeff Worthe on behalf of
4    United Airlines.
5         MR. FUS: Steve Fus, United Airlines.
6         MR. TURNER: Marshall Turner for All Nippon
7    Airways.
8         MR. ESKRIDGE: Timothy Eskridge for All Nippon
9    Airways.
10        MR. SAKAMOTO: Shigeru Sakamoto.
11        MR. MIZUNO: Yoshihiro Mizuno for All Nippon
12   Airways
13        THE VIDEOGRAPHER: The court reporter today is
14   Brandon Combs of Combs Reporting. And would the
15   reporter please administer the oath to the interpreter
16   and the witness -- to both interpreters.
17        (After being duly sworn, the interpreters,
18        Satoe Ohari and Sadaaki Matsutani, translated
19        questions put to the witness into the Japanese
20        language and the answers thereto given by the
21        witness were translated into the English
22        language )
23        THE VIDEOGRAPHER: Please begin
24           EXAMINATION BY MR. TORPEY
25   MR. TORPEY: Q  Good morning, Mr Usui.
                                        Page 5

2 (Pages 2 to 5)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

Page 6

```
 1      A.  Morning.
 2      Q.  Where are you employed, sir?
 3      A.  All Nippon Airway.
 4      Q.  And how long have you been there?
 5      A.  28 years.
 6      Q.  And what is your current position?
 7      A.  I am captain of the Boeing 777 model.
 8      Q.  Is there a chief pilot for All Nippon Airways?
 9      A.  By chief pilot, what sort of ranking would
10  that be?
11      Q.  Well, is there somebody who is in charge of
12  all pilots for All Nippon?
13      A.  Yes.
14      Q.  Who would that be?
15      A.  Are you referring to the chief, to the group
16  that I belong to, or to the chief for all Boeing 777
17  models?
18          CHECK INTERPRETER:  Passenger.  Never mind.
19  That's okay.
20          MR. TORPEY:  Q.  What group do you belong to?
21      A.  It's a training department.
22      Q.  What position do you hold in the training
23  department?
24      A.  I am the training or educational officer.
25      Q.  That's your title, educational or training
```

Page 8

```
 1  exams periodically to ANA pilots?
 2          CHECK INTERPRETER:  Proficiency meaning
 3  language proficiency?  The interpreter interpreted it as
 4  being language proficiency.
 5          MR. TORPEY:  Let me just say this.  With all
 6  due respect, sir, I'm not here to take your deposition.
 7  If he has a question on that, I'm sure he'll raise it.
 8  I don't know how much you know about aircrafts or
 9  flying, that's a term of art.  He's a professional.  I
10  bet he knows what that is.
11          CHECK INTERPRETER:  The lead interpreter
12  interpreted as a language proficiency.  That's why the
13  checking interpreter is concerned.
14          MR. WORTHE:  Well, that's your opinion.
15          MR. TURNER:  It seems to me the interpreters
16  have been dealing with any suggestions among themselves
17  very well, and I don't see any reason for this
18  discussion to be going on.  But it's your deposition.
19  You can conduct it the way you want.
20          MR. TORPEY:  This gentleman has only been at
21  the deposition for the last two days for less than an
22  hour when he left to take part in the deposition
23  preparation for the next day's witness.  This is the
24  last day and apparently he's going to be here all day.
25  I do not intend to waste my deposition time
```

Page 7

```
 1  officer?
 2      A.  Yes.
 3          CHECK INTERPRETER:  May the checking
 4  interpreter propose perhaps "an instructor"?
 5          MR. TORPEY:  I don't want this deposition to
 6  turn into a battle of the interpreters.  If there's
 7  something significant, I'd like you to raise it, but --
 8          CHECK INTERPRETER:  I'm just --
 9          MR. TURNER:  I want to comment, it hasn't been
10  a battle of the interpreters.
11          MR. TORPEY:  He hasn't been here, and he
12  probably will sit in today.  Read back the answer, the
13  answer to his title.
14          THE INTERPRETER:  Training or educational
15  officer.
16          MR. TORPEY:  Okay.  Thanks.
17      Q.  And do you train beyond the 777 aircraft, or
18  is that your specialty?
19      A.  No.  Just B777.
20      Q.  And how long have you been the training and
21  educational officer on the 777?
22      A.  Seven years.
23      Q.  Are you familiar with the term check airman?
24      A.  What does that person do?
25      Q.  Do you give proficiency checks or proficiency
```

Page 9

```
 1  with the interpreters apparently disagreeing.  I brought
 2  an interpreter.  She's the interpreter for this
 3  deposition.  Your interpreter is welcome to whisper in
 4  your ear, whatever, but I don't want this deposition to
 5  be taken up with problems with the interpreter.
 6          MR. TURNER:  The only significant time
 7  consumption has been your discussion about it.
 8          MR. TORPEY:  There's going to be no discussion
 9  about this.  Read back the question, please.
10          (Record read by the reporter.)
11          MR. TURNER:  I'd like to note a comment on the
12  record as to the translation as to whether or not this
13  interpreter has translated the term proficiency as
14  "language proficiency" as opposed to "piloting
15  proficiency."  That's my comment.
16          MR. TORPEY:  Q.  The answer?
17      A.  With regards to a regular examination, I give
18  an annual examination to the pilots.
19      Q.  Is there some type of regulation, sir, that
20  requires an annual proficiency exam or check?
21      A.  It's a company rule.
22      Q.  And when you give these proficiency exams, is
23  it a written exam or a performance exam?  Just describe
24  for me a little bit about what you do and how you do it.
25      A.  It is a performance exam.  I did say pilot,
```

3 (Pages 6 to 9)

Teruo Usui

1  but there are captains and copilots  This exams is
2  given only to copilots
3      Q.  And the exam that's given only to the copilots
4  or check ride, how long has that been the policy of ANA?
5      A.  From about four to five years ago
6      Q.  Would that make it around 2002, 2001?
7      A.  I obtained the license in 2004, so it was from
8  2004.
9      Q.  Oh, I understand.  But before you were
10  licensed as a proficiency examiner, was that still the
11  rule that only copilots would get the proficiency check?
12      A.  One moment, please.
13      Q.  No problem.
14      A.  It is 2007 today, so -- well, I obtained the
15  license in -- at the end of 2003, so it has been four
16  years.
17      Q.  Can you tell me when at the end of '03 you
18  became a check airman or proficiency officer?
19      A.  I do not have a recollection of exactly when
20  it was.
21      Q.  Would it have been sometime before October of
22  2003?
23      A.  After
24      Q.  Do you know if it was in October or was it
25  after October, 2003?

Page 10

1      A.  After.
2      Q.  If you wanted to get the exact date when you
3  were -- when you became a proficiency officer, where
4  would you look for that information?
5      A.  There is a Japanese aviation certificate, so
6  if I check that, I will be able to know.
7      Q.  Is that something you carry with you?
8      A.  No.
9      Q.  What did you have to do -- or how long was the
10  process -- strike that
11      What did you have to do and for what period of
12  time to qualify as a proficiency officer?
13      A.  I was.
14      THE INTERPRETER:  The interpreter will
15  restate.
16      THE WITNESS:  I had to have knowledge about
17  aviation regulations, the judgment standards for the
18  examination.  Also, since this is a company internal
19  examination, it had to be done or rather I had to do the
20  guiding in a manner that would be authorized by the
21  aviation board
22      MR. TORPEY:  Q.  You said that one of the
23  things you had to do was to know the aviation
24  regulations.  Can you tell me what regulations you're
25  referring to.

Page 11

1      A.  In order to obtain this qualification, I had
2  to have knowledge about the flight, the crew as well as
3  requirements of the aviation board since the exam was
4  being done for the aviation board.
5      Q.  When you refer to the aviation board, what
6  specific organization are you referring to?
7      A.  It is the aviation board of the transportation
8  ministry.
9      Q.  Is that of Japan?
10      A.  Yes.
11      Q.  And you said that you had to be familiar with
12  aviation regulations  Would those include any -- is
13  there a set of regulations governing aviation in the
14  country of Japan?
15      A.  It is a Japanese aviation law
16      Q.  Now, do you also have to be familiar with the
17  United States federal aviation regulations?
18      A.  No
19      Q.  Is there someone in your company who is
20  charged with the obligation of knowing the U.S. federal
21  aviation regulations?
22      A.  I've never heard about that.
23      Q.  Do you know if there's any regulation -- do
24  you know one way or the other if there's any regulation
25  or other rule in Japan which requires compliance with

Page 12

1  U.S. federal aviation regulations?
2      A.  I do not know.
3      Q.  When aircraft -- when ANA aircraft come to the
4  United States and land or take off from airports within
5  the United States, you agree with me that they are
6  obligated to comply with U.S. federal aviation
7  regulations; correct?
8      A.  When we fly to the U.S., we have not seen any
9  particular difference.
10      THE INTERPRETER:  The interpreter will
11  restate.
12      THE WITNESS:  When we fly to the U.S., I have
13  not seen any material regarding the difference in
14  aviation laws of Japan and the U.S. at the company.  We
15  study ATC material  So I am not -- I am not aware about
16  the compliance with FAA aviation regulations  We study
17  how to fly
18      MR. TORPEY:  Q.  Well, there are Japan
19  aviation regulations that govern how your pilots on your
20  aircraft fly; correct?  Or how their supposed to fly?
21      A.  I don't understand
22      Q.  Let me get back to the original question, sir
23      As the educational and training officer of
24  ANA, do you believe that when an ANA aircraft lands or
25  takes off from San Francisco International Airport here

Page 13

4 (Pages 10 to 13)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1　in San Francisco, California, that the flight crew of
2　that ANA aircraft while in the United States on the
3　ground have to comply with U.S. federal aviation
4　regulations relative to the operation of their aircraft
5　at that U.S. airport?
6　　A.　First of all, although I am a training
7　officer, my work is related to technical matters. Also,
8　when we fly to the U.S., we follow the way of the U.S.
9　in flying.
10　　Q.　Let me see if I understand you. You,
11　yourself, are a captain and act as pilot in command of a
12　777 including flights to airports in the United States;
13　correct?
14　　A.　Yes.
15　　Q.　And when you, as the pilot in command, are
16　flying an aircraft and landing at San Francisco or
17　piloting an aircraft taking off from San Francisco, you
18　understand that you and your crew members, while at the
19　U.S. airport, must comply with U.S. federal aviation
20　regulations with regard to the operation of your
21　aircraft; correct?
22　　A.　To state it simply, I am not too conscious
23　about that. We follow the way that we must fly in the
24　U.S. I'm not too conscious about regulations, per se.
25　　Q.　Well, I don't know what you mean by not too

Page 14

1　conscious. I guess what I'm saying to you, sir, is you
2　are commercial airline pilot that flies a 777 aircraft
3　to and from U.S. airports.
4　　My question simply is are you or are you not
5　required to comply with U.S. federal aviation
6　regulations when you are flying into or out of a
7　United States airport?
8　　A.　We follow the way flying is done in the U.S.,
9　so I believe we are satisfying the FAA requirements.
10　　Q.　And I think I understand you. Let me show you
11　what is -- let me mark this. I don't know what number
12　that is.
13　　　(Whereupon, Exhibit 14 was marked for
14　　　identification.)
15　　　(Discussion off the record.)
16　　　MR. TORPEY:　Q.　Mr. Usui, let me show you
17　what we've marked Exhibit 14, which is a page from the
18　federal aviation regulations, in particular, 49CFR part
19　91.1 titled, applicability under subsection A, among
20　other things, it says there, this part prescribes rules
21　governing the operation of aircraft within the
22　United States including the waters within three nautical
23　miles of the U.S. coast.
24　　Do you see that?
25　　A.　Yes

Page 15

1　　Q.　And you agree with me then that in operating
2　an aircraft, for example, taxiing an aircraft at
3　San Francisco International Airport, ANA pilots are
4　required to comply with the U.S. federal aviation
5　regulations; correct?
6　　A.　When we fly in the U.S., including movement on
7　land such as taxiing, we do it in a manner that was
8　taught to us by our company, so I believe we are
9　satisfying the regulations.
10　　Q.　Okay. Thank you, sir.
11　　Let me just ask a few more things on
12　background here. The route manual, you're familiar with
13　what the route manual is I take it?
14　　A.　You're talking about the route manual
15　distributed by the company?
16　　Q.　That's correct, sir.
17　　A.　Yes.
18　　Q.　Does the route manual have in it specific
19　regulations, whether Japan regulations or U.S. federal
20　aviation regulations?　Does it quote specific
21　regulations in that manual?
22　　A.　There are no regulations, per se. There's no
23　the description of the law.
24　　Q.　Okay. Would that be in the operations manual,
25　or do you know if it's in any particular manual that's

Page 16

1　distributed by ANA?
2　　A.　In the route manual, there is a basic
3　examination in a section called ATC, and that section
4　contains abstracts or typical information.
5　　Q.　And I apologize if I asked this, sir, but when
6　you give proficiency exams or check rides, did you say
7　there is a written component, or is it you strictly
8　observe the performance of the pilots you're evaluating?
9　　A.　Only the technical portion.
10　　Q.　I'm not following you. What do you mean by
11　the technical portion?　Is that you have to watch them
12　do something, or do you give them a written test of some
13　type?
14　　A.　There is no written examination.
15　　Q.　Do you perform your evaluation by sitting in
16　the cockpit of an aircraft that they're flying, or do
17　you watch them in a simulator, or how do you do it?
18　What's the setting you perform this proficiency check?
19　　A.　We use the simulators.
20　　Q.　Do you sometimes give a check ride in an
21　actual aircraft?
22　　A.　No.
23　　Q.　Is there any kind of a written, let's say,
24　guidelines that you follow that these pilots must meet.
25　In other words, is there some protocol or procedure

Page 17

5 (Pages 14 to 17)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1 written that you apply in evaluating what the pilots are
2 doing?
3    A. When evaluating, there's a guideline put out
4 by the company.
5    Q. What's the guideline called?
6    A. Check manual.
7    Q. Do you know if there have been any changes in
8 the check manual say since 2003 to today?
9    A. Yes. I believe there was or were.
10    Q. Okay. To become a 777 pilot, does ANA provide
11 any kind of training? I know we talked about you doing
12 proficiency exams, but is there a training program that
13 pilots have to go through?
14    A. Yes.
15    Q. And do you do the training as well?
16    THE INTERPRETER: The interpreter will repeat
17 the question in Japanese.
18    THE WITNESS: I do conduct a set program when
19 the pilot is moving from another aircraft model to 777.
20    MR. TORPEY: Q. So when somebody wants to get
21 type rated from say a 767 to a 777, you would give the
22 training on the 777?
23    A. Yes.
24    Q. Is there any other kind of training given to
25 pilots, let's say, besides just type-rating training,

Page 18

1    A. The materials are kept at the training
2 department.
3    Q. Okay. Now, you say they change. Do they
4 change every year, or how frequently do the materials
5 change?
6    A. Overall, they are the same, but with each
7 training, we have to make sure that the requirements
8 will be covered so those things would change.
9    Q. Backing up a step, with regard to the training
10 in type, in other words, to get type rated on a 777, do
11 the materials change every year, or are they -- let me
12 rephrase that.
13    To get type rated in a 777, the check manual,
14 is it basically the same from year to year, maybe minor
15 changes, but basically the manual is pretty much the
16 same?
17    THE INTERPRETER: The interpreter will restate
18 the question in Japanese.
19    THE WITNESS: There are revisions of the check
20 manual, but it is not as if there is a change every
21 year.
22    MR. TORPEY: Q. Okay. I guess with regard to
23 the check manual, if there was a revision, is there a
24 table of revisions, in other words, it will show, you
25 know, a page and what replaces it so you can see what

Page 20

1 but general piloting type training. Is there anything
2 like that given to ANA pilots? Not aircraft specific.
3 In other words, it's not for a particular type of
4 aircraft but just piloting in general.
5    A. Yes.
6    Q. And what does that -- do you do that training
7 as well?
8    A. Yes.
9    Q. What's that -- give me a feel for what that
10 kind of training is.
11    A. I don't have the materials here, so it is hard
12 to say. But there is a regular training annually.
13    Q. And would that include pilots of all the types
14 of aircraft that are in the ANA fleet?
15    A. All ANA pilots receive an annual training.
16    Q. And what is the training manual that you use
17 for that training called?
18    A. There is no manual because that regular
19 training conducted once a year changes every year.
20    Q. Is there any kind of written materials that is
21 given to you by the company for you to use in providing
22 that annual training?
23    A. Yes.
24    Q. And tell me what, is it in a booklet, or what
25 is the nature of the materials that's utilized?

Page 19

1 and when it was revised?
2    A. Yes. There is a table of revision.
3    Q. Mr. Usui, how long have you performed the
4 annual training that we've been talking about? How long
5 have you been a trainer for that type of training?
6    A. I don't know how many times. I do not recall.
7    Q. I'm sorry. I didn't mean how many times. How
8 many years have you been doing this annual training?
9    A. Ever since I became the training officer, and
10 it's been around seven years, although I do not have an
11 accurate recollection.
12    Q. How many trainers in addition to yourself are
13 there for the 777 aircraft? Trainers and check airmen.
14    A. I don't know how many exactly.
15    Q. Would there be, let's say, dozens or hundreds
16 or an estimate?
17    A. I think there are 20 to 30 trainers.
18    Q. Okay. This annual training, is any of it done
19 in a classroom training, and also, is there any kind of
20 written examination that is given?
21    MR. TURNER: Objection as to form.
22    THE WITNESS: I already said there is no
23 written examination.
24    MR. TORPEY: Q. Are there any videos, CDs,
25 that are played for training purposes to the pilots?

Page 21

6 (Pages 18 to 21)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1　A　No
2　Q　With regard to either the training to become
3　type rated in a 777 or the annual training we've been
4　talking about, is there any training or instruction to
5　the ANA pilots with regard to taxiing of aircraft?
6　A　When the pilots are trying to get type rated
7　for the 777 model, they already have experience with
8　taxiing, in other words, they can taxi, so we do not
9　give any particular training on that.
10　Q　Let's say if it was someone giving training,
11　not to get type rated but other type of training,
12　apparently you do give taxiing training or instruction?
13　A　Just the very first lesson.
14　Q　Tell me what it is that you train during that
15　first lesson?  What is it that you're training them to
16　do?
17　A　I don't have them here, so I can't say.
18　Q　What document would that be in or called?  If
19　I wanted you to produce to us the taxi training
20　materials, what would I ask for?
21　A　I don't know.
22　Q　If someone were to ask you for a copy of the
23　training materials that you used to teach taxi
24　instructions, you would know what that person is talking
25　about though; correct?

Page 22

1　A　There is no written materials regarding the
2　main points or gist of taxiing, so we give the gist of
3　taxiing verbally.
4　Q　Then since it's just verbal, tell us what it
5　is that you tell the pilots with regard to taxiing.
6　A　Just the instruction on how to turn because
7　they all know how to move the aircraft along the
8　centerline.
9　Q　How long have you held a commercial airline
10　pilot certificate?
11　A　By commercial license, which one are you
12　referring to?
13　Q　Let me ask you what licenses or
14　certificates -- aviation licenses or certificates do you
15　hold and how long have you held them?
16　MR. TURNER:  We have made copies of Mr. Usui's
17　licenses, aviation licenses if you want them.
18　MR. TORPEY:  Why don't you produce for me
19　whatever documents you're producing today so we can mark
20　those.  And, yes I'll retroactively make them part of
21　the protective order.  I assume you're not giving me
22　your hotel bill.  We'll mark these I guess.  This would
23　be 14?  15.
24　(Whereupon, Exhibit 15 was marked for
25　identification.)

Page 23

1　MR. TORPEY:  For the record, Marshall,
2　Exhibit 15, are there any other documents you're
3　producing today?
4　MR. TURNER:  If you ask for things, I'll let
5　you know --
6　MR. TORPEY:  I asked for them before we got
7　here.  That's why I sent a deposition notice.  So if
8　you're producing documents, let's have them.  I don't
9　want to get these drip, drip as the day goes on.
10　MR. TURNER:  You asked him to bring documents
11　with him --
12　MR. TORPEY:  I did not ask this witness to
13　bring documents.  I didn't ask any witness to bring
14　documents.  I sent a deposition notice to ANA.  ANA was
15　to produce documents at the commencement of the
16　deposition two days ago.  You're producing them on a
17　daily basis, and I'm asking whether you're producing
18　anything else today.
19　MR. TURNER:  If you ask for something else --
20　MR. TORPEY:  Again, I'll ask you to
21　produce everything we requested in the deposition
22　notice.
23　MR. TURNER:  Let me read you the deposition
24　notice.
25　MR. TORPEY:  I know what it says.  If you're

Page 24

1　not going to produce, I'm going assume at this point
2　there's nothing left to produce, and I'm going to move
3　on with the deposition.
4　MR. TORPEY:  Q.  I apologize for the
5　distraction, sir.  Just tell me how long you've had --
6　what licenses and certificates do you hold aviation
7　licenses and certificates and for how long.
8　A　I hold the airline transport pilot
9　certificate, the copy of which is here.
10　Q　Mr. Usui, Exhibit 15, can you tell me what
11　those documents are, please.
12　A　The cover page or rather the first page is the
13　aviation medical certificate.
14　Q　And what are the remaining documents?
15　A　The third sheet is the airline transport pilot
16　certificate.  And fourth sheet is a copy of the ratings
17　and limitations certificate.  And final sheet shows my
18　license as a radio operator on an aircraft.
19　Q　Mr. Usui, prior to the deposition, did anyone
20　ask you if you had any objection to producing your
21　training and personnel records?
22　A　No.
23　Q　If we were to request getting your training
24　personnel records -- not financial records -- but just
25　training personnel records from ANA, do you have any

Page 25

7 (Pages 22 to 25)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  problem with ANA releasing those?
2      A.  Me personally?
3      Q.  Yes.
4      A.  If the company decides to, it is okay with me.
5      Q.  Thank you.  By the way, when do you return --
6  or leave the U.S.?
7      A.  This time?
8      Q.  When are you leaving to go back to wherever
9  you're going after here?
10     A.  Tomorrow.
11     Q.  You're going back to Japan?
12     A.  Yes.
13     Q.  And when did you arrive in the U.S.?
14     A.  I arrived on November 28.
15     Q.  That would be yesterday; correct?
16     A.  Yes.
17     Q.  And did you come in as a passenger on ANA?
18     A.  Yes, that's right.
19     Q.  And do you depart tomorrow as a passenger on
20  ANA?
21     A.  Yes.
22     Q.  When are you next scheduled to fly as a crew
23  member on ANA?
24     A.  The schedule was not yet ready when I left
25  Japan, so I don't know.

Page 26

1      A.  767 and 747.
2      Q.  If you wanted to look up how many hours in
3  type or how many total hours you have, what document
4  would that be contained in and who would have that
5  document?
6      A.  That is personal information, so. .
7      Q.  So would ANA have that or something you keep
8  personal?
9      A.  Well, this is the sort of information that not
10  everyone can have access to, so there's some information
11  kept by ANA and also kept by the individual.
12     Q.  As part of your piloting duties with ANA
13  you -- sorry.  I know you've been with ANA 28 years, how
14  long have you been -- first a copilot.
15          How long were you a copilot on the 777?
16     A.  I don't know how many years I have been a
17  copilot on 777 because I received training to be
18  promoted to captain of that aircraft model.
19     Q.  When did you become a captain of a 777?
20     A.  I don't know when it was exactly.
21     Q.  Has it been for more than seven years?
22     A.  Yes.
23     Q.  And as captain, you're the pilot in command;
24  correct?
25     A.  Yes.

Page 28

1      Q.  And when did you last fly as a crew member for
2  ANA?
3      A.  I don't have the schedule at hand, so I don't
4  know.
5      Q.  That's fine.  No problem.
6          I don't obviously read Japanese, so could you
7  tell me how long have you held an air transport pilots
8  certificate.  When did you first get that?
9      A.  It is written at the left bottom of the
10  license, so I obtained it on April 9, 1998.
11     Q.  How many total hours do you have as a pilot?
12     A.  To now?
13     Q.  Yes.
14     A.  I can't tell you how many hours since I don't
15  know that without looking at data.
16     Q.  Do you have just a ballpark, an estimate?
17     A.  I think it would be about 10,000 hours at
18  present.
19     Q.  And of those approximate 10,000 hours, how
20  many would be in type in a 777?
21     A.  I don't know.
22     Q.  Would you say more than half?
23     A.  I have flown three different aircraft models,
24  so I do not know the number of hours for 777.
25     Q.  What other aircrafts have you flown?

Page 27

1      Q.  On average, about how many times per month
2  would you fly a 777 aircraft, say, to or form the
3  United States -- to or from the United States?  What's
4  an average month?
5      A.  Month -- the monthly average?
6      Q.  Yeah.  How many trips per month would you make
7  as captain?
8      A.  Two to three times per month.
9      Q.  Okay.  And has that pretty much been the case
10  for the last at least seven years that you've been a
11  captain?
12     A.  Well, I also work as a trainer, so when I have
13  trainees, there could be times when I would not fly for
14  two months.
15     Q.  So you're either -- if you are flying, it
16  averages two or three times, but some months you don't
17  fly at all because you're training?  Is that pretty much
18  what you do?
19     A.  By that, are you saying that there are months
20  that I don't fly to the U.S. specifically?
21     Q.  No.  I meant -- are there months when you
22  don't fly at all because you're training?
23     A.  No.  There would be no such months because
24  between trainings, I would fly domestically.
25     Q.  Of the two to three times a month on average

Page 29

8 (Pages 26 to 29)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  that you are the captain of a 777, about how many times
2  on average would those trips involve a trip to or from
3  the United States?
4      A.  There are months when I do not fly to the U.S.
5  because I fly also to China and Asia.
6      Q.  When you fly to the U.S., where do you
7  typically fly to?  What airport do you fly in or out of,
8  typically.
9      A.  Location?
10     Q.  Yeah.
11     A.  New York, Washington, San Francisco and
12  Los Angeles.
13     Q.  New York, is that JFK?
14     A.  Yes.
15     Q.  Dulles?
16     A.  Washington.
17     Q.  Is that Dulles or Reagan?
18     A.  Yes, Dulles.
19     Q.  Since, let's say, the last seven years that
20  you've been a captain, at least for the last seven
21  years, can you tell me how many times a year you would
22  have flown in or out of San Francisco International?
23     A.  For the first year and a half I did not fly to
24  San Francisco.  At the beginning I was flying to
25  Chicago, so I did not fly to San Francisco.  Since then

Page 30

1  2007, any idea how many times on average per month you
2  were flying in and out of San Francisco?
3      A.  This year; right?
4      Q.  Yeah.
5      A.  I don't know unless I look at the record.
6      Q.  Okay.  Fair enough.  Do you speak English?
7      A.  A little.
8      Q.  And do you read English?
9      A.  A little.
10     Q.  And when you are the communicating pilot, you
11  have to talk to air traffic control in English; am I
12  correct?
13     A.  Yes.
14     Q.  When you are the -- strike that.
15         As the captain and pilot in command, is it
16  your decision to determine whether you or your first
17  officer would be the flying pilot?
18     A.  The PIC makes the decision as to who will fly
19  the plane.
20     Q.  Is there any guideline that you use in terms
21  of deciding whether on a particular leg or particular
22  portion of a leg you, as opposed to your first officer,
23  would be the pilot flying?
24     A.  By guideline, do you mean something that is
25  written?

Page 32

1  I do not know how many times I flew to San Francisco.
2      Q.  Just so I understand your answer, from the
3  first year and a half that you became a captain, you did
4  not fly to San Francisco, captain of the 777; am I
5  correct?
6      A.  There was no route.
7      Q.  When did ANA first have a route established to
8  San Francisco?
9      A.  I do not know.
10     Q.  Is it before the year 2000?
11     A.  I don't know.
12     Q.  In the last five years, would you say you've
13  flown in and out of San Francisco as a crew member at
14  least -- at least once a month?
15     A.  I wouldn't say at least because sometimes I
16  may never fly into San Francisco in one month.
17     Q.  Would it be fair to say that in the last seven
18  years since you've been -- at least the last seven years
19  since you've been a captain, that you would have flown,
20  let's say, at least ten times a year into or out of
21  San Francisco for the last seven years?
22     A.  I don't know for sure, but probably.
23     Q.  And I know you're probably ready for a break
24  shortly, and we'll take it.
25         In the past year, let's say this year, in

Page 31

1      Q.  Well, I guess, first let me ask you, is there
2  anything written?
3      A.  Yes, there is a written guideline.
4      Q.  And what is that guideline called?
5      A.  Do you mean a leaflet or something?
6      Q.  Is there a name for the document, or where
7  would it be found if I wanted to look for it?
8      A.  Oh, it is written in operations manual.
9      Q.  Okay.  And that operations manual is the
10  manual that must be kept on the 777 aircraft at all
11  times; correct?
12     A.  It is there.
13     Q.  Is the manual in English or Japanese or both?
14     A.  It is in Japanese.
15         MR. TURNER:  Is this a good time to break?
16  We've been going for about an hour and a half without a
17  break.
18         MR. TORPEY:  I have just a few more questions
19  on this.
20         MR. TURNER:  Go ahead.
21         MR. TORPEY:  I'll give you a break in a
22  moment.
23     Q.  Just tell me what you recall briefly about
24  what some of the guidelines are in regards to whether
25  you as the captain or first officer should be the flying

Page 33

9 (Pages 30 to 33)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  pilot.
2  A.  First, the weather condition and the weight of
3  the aircraft is determined according to the runway
4  Also, the runway condition, is it dry or wet
5  Q.  Anything else that you recall?
6  A.  And also if there is any structural problem
7  with regards to the fuselage, we will not have the first
8  officer operate the plane
9  Q.  How about with respect to whether you or your
10 first officer should taxi either upon landing or upon
11 departure.  What guidelines exist with regard to that
12 specific operation?
13 A.  No.
14 MR. TORPEY:  We can take a break if you like
15 THE VIDEOGRAPHER:  This concludes Videotape 1
16 of the deposition of Teruo Usui.  The time on the
17 monitor is 11:31 a.m.
18 (Recess taken.)
19 THE VIDEOGRAPHER:  Here begins Videotape 2 of
20 the deposition of Teruo Usui  Coming back on the
21 record.  The time is 11:47  Please begin.
22 MR. TORPEY: Q.  Mr. Usui, have you ever heard
23 of a concept called conflict resolution as it applies to
24 the piloting of an aircraft?
25 A.  No, not really.

Page 34

1  the taxi you see another aircraft and you are not sure
2  whether or not, if you continue to taxi, you might
3  collide with that other aircraft
4  What would you say to aircraft control when
5  you called them?  In other words, what would you ask
6  aircraft traffic control?
7  A.  I would not know unless I am in such a
8  situation
9  Q.  Would it be fair to say, Mr. Usui, one of the
10 things that you would want to do is discuss with air
11 traffic control whether or not it is safe for you to
12 continue taxiing, or whether you should stop and take
13 some other action?
14 A.  I don't know unless I am in the situation, but
15 I believe that there would be some instruction or
16 instructions from ATC
17 Q.  Well, as the pilot in command of a 777, if you
18 were taxiing, Mr. Usui, and for whatever reason you were
19 not sure whether or not you were going to collide with
20 another aircraft during your taxi, am I correct that you
21 would stop the taxi until you could confirm that you
22 were not going to collide with the other aircraft?
23 MR. TURNER:  Objection as to form and
24 foundation.
25 THE WITNESS:  Unless I am in that situation, I

Page 36

1  Q.  Well, let me describe a situation for you, and
2  maybe there's a different name for it in your language
3  than what I'm referring to as conflict resolution
4  Let's say that you are taxiing an aircraft and
5  you are the flying pilot and you see another aircraft
6  and you're not sure whether or not, if you continue to
7  taxi, you might strike the other aircraft.
8  Is there a process that you as the pilot would
9  go through to consider what you should do in response to
10 what you're looking at?
11 MR. TURNER:  Objection as to form and
12 incomplete hypothetical.
13 CHECK INTERPRETER:  There was an objection.
14 MR. TURNER:  Translate the objection, please
15 THE INTERPRETER:  Excuse me.
16 THE WITNESS:  When there is other traffic or
17 another aircraft when taxiing, we would communicate with
18 the ATC to confirm.
19 MR. TORPEY: Q.  What would you want to
20 confirm?
21 A.  What do you mean by that question?  What do
22 you want to confirm?
23 Q.  In the situation that I just gave you, let's
24 say that you were the pilot in command and flying pilot
25 and you were taxiing your aircraft, your 777, and during

Page 35

1  don't know.
2  MR. TORPEY: Q.  Okay.  Mr. Usui, I understand
3  that you want to have a particular situation, but really
4  it doesn't matter what the situation is  You can image
5  any situation you want.
6  But if that situation involves a potential
7  collision with another aircraft while taxiing, you would
8  agree with me that you as the pilot in command would not
9  continue taxiing until you knew for sure you were not
10 going to collide with the other aircraft; correct?
11 MR. TURNER:  Objection as to form and
12 incomplete hypothetical.
13 THE WITNESS:  If we follow the instruction of
14 ATC, I don't think there will be a collision
15 MR. TORPEY: Q.  But if you felt there is a
16 possibility of a collision and you weren't sure, even if
17 you were following the instructions of ATC, as a safe
18 pilot in command, then you would bring your aircraft to
19 a stop until you could confirm, in fact, you would not
20 collide with the other aircraft; true?
21 MR. TURNER:  Objection as to form, incomplete
22 hypothetical.
23 THE WITNESS:  There's surely an instruction
24 from ATC in such a situation
25 MR. TORPEY: Q.  What if in that situation :

Page 37

10 (Pages 34 to 37)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  though, for whatever reason, you could not reach ATC?
2  As the pilot in command and the person responsible for
3  the safe operation of your aircraft, wouldn't you bring
4  your aircraft to a stop rather than to continue taxi
5  until you knew for sure you were not going to run into
6  the other aircraft?
7      MR. TURNER: Objection as to form, incomplete
8  hypothetical
9      THE WITNESS: We are supposed to follow the
10  instruction of the ATC  To stop in the middle is to go
11  against that instruction.  It is like violating the
12  instruction
13      MR. TORPEY: Q  And so you as the pilot in
14  command of an ANA 777 and a proficiency examiner for
15  ANA, if given clearance to taxi, and even if you
16  perceive that you might collide with another aircraft
17  and if for some reason you can't contact air traffic
18  control, you would continue to taxi your aircraft right
19  into the other aircraft rather than stop until you could
20  confirm the clearance
21      Is that what you're saying, sir?
22      MR. TURNER: Objection as to form, incomplete
23  hypothetical.
24      THE WITNESS: I don't quite understand the
25  question.

Page 38

1      MR. TORPEY: Q.  Who is responsible for the
2  safe operation of your aircraft when you are the pilot
3  in command of the 777 aircraft filled with passengers?
4      A.  The PIC
5      Q.  So the ultimate safety of your passengers and
6  your crew members is your responsibility when you're the
7  pilot in command; correct, sir?
8      A  The PIC
9      Q.  And could collision with another aircraft
10  cause a safety hazard if there was a collision during
11  taxi?
12      A  What do you mean by a safety hazard.
13      Q  If you were taxiing your aircraft and you ran
14  into another aircraft, could that cause someone on
15  either airplane to become hurt or even killed?
16      A  I can't really say.  It depends on the type of
17  collision.
18      Q  Well, certainly you would not under any
19  circumstances want to taxi your airplane into another
20  airplane for any reason; correct?
21      MR. TURNER: Objection as to form and
22  incomplete hypothetical.
23      THE WITNESS: No one will taxi an aircraft in
24  order to have a collision
25      MR. TORPEY: Q  And therefore, being a safe

Page 39

1  and careful pilot in command, if there is any doubt in
2  your mind about whether or not during your taxi you're
3  going to collide with another aircraft, even if you've
4  already been cleared by air traffic control, then you
5  will stop your airplane rather than to continue to taxi;
6  correct?
7      MR. TURNER: Objection as to form and
8  incomplete hypothetical
9      THE WITNESS: We follow ATC when we operate
10  the aircraft, so if there is anything, there would be an
11  instruction from ATC.
12      MR. TORPEY: Q.  Mr Usui, what if you were
13  taxiing your airplane as pilot in command and you were
14  cleared by ATC to taxi and during that taxi you see
15  another aircraft and you don't know whether or not you
16  are going to crash into that other airplane
17      You as the pilot in command, what would you do
18  at that point?
19      MR. TURNER: Objection as to form, incomplete
20  hypothetical.
21      THE WITNESS: Of course when taxiing an
22  aircraft, we will observe the surrounding, and I do not
23  know since -- I do not know unless I am in that
24  particular situation, but there will surely be an
25  instruction from ATC.

Page 40

1      MR. TORPEY: Q.  With all due respect,
2  Mr. Usui, I'm going to ask that that answer be struck
3  because I don't believe it was responsive, and I'll ask
4  a few more times this question.
5      And I would just say, regardless of what
6  anyone told you, I believe you have integrity, sir, and
7  I think you hold a position with a very fine airline
8  And I'm asking you, honestly, to testify about a
9  question that I think is very basic  And I will ask
10  you, sir, and please tell me in response to this
11  question what you would do
12      MR. TURNER: Before you do that, I'm going to
13  instruct the witness that he is to disregard counsel's
14  comments which are inappropriate and unprofessional and
15  demeaning, and he is to listen to the question carefully
16  and give his true and accurate and honest answer
17  regardless of Mr. Torpey's comments
18      MR. TORPEY: Q  Mr. Usui, as a 28-year
19  veteran of All Nippon Airways, as a pilot in command, as
20  a check airman of ANA, as a pilot with over 10,000 hours
21  of experience, as a person charged with the
22  responsibility for the safety of ANA passengers, if you
23  were the pilot in command of a 777 and the flying pilot
24  and you were taxiing at San Francisco International
25  Airport and you were cleared by ramp control to proceed

Page 41

11 (Pages 38 to 41)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  to the transition area, and while en route to that
2  transition area you saw another aircraft and you did not
3  know for sure whether or not you would collide with that
4  other aircraft.
5      What would you, as the pilot in command, do in
6  that situation, sir?
7      MR. TURNER: Objection as to form, incomplete
8  hypothetical.
9      THE WITNESS: First of all, what kind of
10  clearance did the ATC give?
11      MR. TORPEY: Q. Clearance to taxi from the
12  engine-start line to spot 10, the transition area
13  between the nonmovement and movement area.
14      MR. TURNER: Objection as to form, incomplete
15  hypothetical.
16      THE WITNESS: Of course, I would taxi
17  according to the instruction of ATC.
18      MR. TORPEY: Q. So rather than determine
19  before you proceed whether you were going to run into
20  the other aircraft, you would just continue to taxi?  Is
21  that your answer, sir?
22      MR. TURNER: Objection as to form, foundation,
23  incomplete hypothetical.
24      THE WITNESS: If there was another aircraft
25  that suddenly appeared on the taxiway that we were

Page 42

1  going to collide?  What would you do?
2      MR. TURNER: Objection as to form, incomplete
3  hypothetical.
4      THE WITNESS: If it was right in front, I
5  would go slowly.  No one would go fast.
6      MR. TORPEY: Q. So you would not stop even
7  though you did not know you'd clear the conflict?  You
8  would keep going, you would just slow down.  Is that
9  your answer, sir?
10      MR. TURNER: Objection as to form, incomplete
11  hypothetical.
12      THE WITNESS: No.  What I said was that I
13  would lower the taxi speed as much as possible.
14      MR. TORPEY: Q. But even if you lowered the
15  taxi speed, if at the time you lowered the taxi speed
16  you did not know whether or not you were going to
17  collide with the other aircraft, would you still keep on
18  taxiing until you kept taxiing right into the other
19  aircraft?
20      Or would you stop, attempt to stop, and call
21  air traffic control or ramp control to determine whether
22  or not you were going to collide with the other
23  aircraft?
24      MR. TURNER: Objection as to form, incomplete
25  hypothetical.

Page 44

1  taxiing, the ramp control would not give such an
2  instruction.
3      MR. TORPEY: Q. But what if the ramp control
4  had already given the instruction?  What would you do?
5  Would you continue to taxi, or would you first take some
6  other action such as stopping, calling the ramp control,
7  and inquiring whether or not you're going to clear that
8  potential collision hazard?
9      MR. TURNER: Objection as to form, incomplete
10  hypothetical.
11      THE WITNESS: I don't know unless I am in such
12  a situation.
13      MR. TORPEY: Q. Well, put yourself in that
14  situation, sir.  Put yourself in the cockpit of a 777
15  aircraft as the pilot in command, flying -- taxiing from
16  the engine-start line, cleared by ramp control to
17  spot 10.
18      And while you are proceeding to spot 10,
19  another aircraft comes into your field of view and you
20  do not know for sure whether or not you're going to
21  collide with that other aircraft if you continue to
22  taxi.
23      With that set of facts in your head, sir, as
24  the pilot in command, would you stop or would you
25  continue to taxi without knowing whether or not you were

Page 43

1      THE WITNESS: I cannot image what sort of
2  situation that would be.
3      MR. TORPEY: Q. Well, with all due respect,
4  sir, I'm going to say that I don't think that was a
5  responsive answer.  I'm going to have to strike.  I
6  don't want to argue with you, but it's clear that you
7  have come here with a certain perception on what to say
8  in response to these questions, and I'm going to have to
9  move on to something else.
10      And unless you have something else to say with
11  regard to the situations I've presented, and I'll give
12  you that opportunity now, I'm going to move to another
13  topic because it's pointless for me to continue asking
14  questions.
15      MR. TURNER: It is improper for you to
16  continue asking improper questions and incomplete
17  hypotheticals, and your comments are unprofessional and
18  demeaning.
19      MR. TORPEY: Q. Do you have anything further
20  to add, Mr. Usui, or have you said all you are going to
21  say on that topic?
22      A. Since I do not understand that situation, I
23  cannot make an explicit comment.
24      MR. TORPEY: Q. Well, I will have to move on,
25  and we'll deal with this at another time.

Page 45

12 (Pages 42 to 45)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  Does ANA do any other training with its pilots
2  with regard to what to do in a situation when they are
3  confronted during taxi with a possible collision with
4  another aircraft?
5  A  There is no training.
6  Q  In order to get any of the professional
7  aviation licenses that you hold, did you receive any
8  such training?
9  A  Are you talking about collision avoidance
10  during taxiing?
11  Q  That's correct  Are you trained or instructed
12  at any time by anyone with regard to that topic?
13  A  No.
14  Q  And so if confronted with a possible collision
15  hazard during taxiing, the company, ANA in this case,
16  just expects you to figure it out on your own; right?
17  MR. TURNER: Objection as to form and
18  foundation.
19  THE WITNESS: It does not say figure it out on
20  your own. It says observe safety when taxiing.
21  MR. TORPEY: Q  Where does it say that?
22  A  All pilots have that understanding.
23  Q  And if you were to taxi or continue taxiing
24  and there was a possibility that you were going to
25  collide with another aircraft and if you did not stop or

Page 46

1  hypothetical
2  THE WITNESS: I don't know unless I am in such
3  a situation. I do not know if it would be a violation
4  MR. TORPEY: Q  I guess I'll move on to
5  something else. I don't want to argue with you, sir.
6  So let me ask you, in a situation where --
7  let's say that were you the pilot in command of a 777 at
8  San Francisco International airport and you were taxiing
9  from the engine-stop line to spot 10, the transition
10  area, and you were cleared by ramp control to proceed
11  from the start line to spot 10
12  If you perceived a potential collision hazard
13  as you were taxiing, one of the things you could do in
14  order to observe safety while taxiing, is you could
15  stop; isn't that true?
16  MR. TURNER: Objection as to form, incomplete
17  hypothetical
18  THE WITNESS: I do not know what kind of
19  situation that is, but if the ramp tower instructs me to
20  go to spot 10, I would do so as I confirm safety while
21  doing so, and I do not know where that other aircraft is
22  in your question.
23  MR. TORPEY: Q  Well, Mr. Usui, one of the
24  things you could do as you put it, while confirming
25  safety, is to stop the taxi until you did, in fact,

Page 48

1  take other actions to make sure you were not going to
2  collide with that other aircraft, then you would not be
3  operating your aircraft safely during taxi; correct?
4  MR. TURNER: Objection as to form and
5  foundation, incomplete hypothetical
6  THE WITNESS: We pilots taxi while confirming
7  safety.
8  MR. TORPEY: Q  As a proficiency examiner for
9  ANA, if you were onboard an aircraft and the pilot
10  continued to taxi, even though he was cleared to taxi,
11  he continued to taxi despite the fact that you saw a
12  potential collision hazard and that pilot had not taken
13  any action to confirm whether or not the aircraft was
14  going to collide into that other aircraft, would you
15  feel that the pilot observed safety while taxiing if he
16  continued to taxi?
17  MR. TURNER: Objection to form, incomplete
18  hypothetical.
19  THE WITNESS: It is unthinkable to us that a
20  PIC would taxi without confirming safety.
21  MR. TORPEY: Q  And if, in fact, a PIC did
22  taxi without confirming safety, that would be a
23  violation of the company policy to observe safety while
24  taxiing?
25  MR. TURNER: Objection to form, incomplete

Page 47

1  confirm it was safe to continue taxiing  That's an
2  option to you, sir, isn't it?
3  MR. TURNER: Objection as to form, incomplete
4  hypothetical
5  THE WITNESS: If the other aircraft was right
6  in front of me, then I would stop, but I do not -- but
7  since I don't know what the situation is, I would go to
8  spot 10. You are asking me the same question, and the
9  answer is the same.
10  MR. TORPEY: Q  If you did not know which
11  direction the other aircraft was going to go, so it was
12  a moving target and therefore could potentially get in
13  the way of your taxi, one of the options for you is to
14  stop the taxi until you know whether or not that other
15  aircraft is a potential collision hazard; isn't that
16  true, sir?
17  MR. TURNER: Objection as to form, incomplete
18  hypothetical
19  THE WITNESS: In such a situation I believe
20  there will be an instruction from the ramp tower
21  MR. TORPEY: Q  But what if there was no
22  instruction? Would you call and ask the ramp tower?
23  MR. TURNER: Objection as to form, incomplete
24  hypothetical
25  THE WITNESS: I believe there will be an

Page 49

13 (Pages 46 to 49)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1   instruction from ramp control, and I would wait for it.
2         MR. TORPEY: Q. But what if it did not come
3   for whatever reason and you continued to taxi and you
4   were getting closer to the other airplane and you still
5   didn't know whether you were going to run into it.
6         Would you continue to taxi until you ran into
7   it, or would you stop and then call and wait until you
8   did confirm with ramp control that you weren't going to
9   run into it?
10        MR. TURNER: Objection as to form, incomplete
11  hypothetical.
12        THE WITNESS: I would lower the speed.
13        MR. TORPEY: Q. But even lowering the speed,
14  if you still didn't know whether or not you were going
15  to collide with the other aircraft, as a safe pilot in
16  command, wouldn't you stop your airplane until you were
17  able to confirm with the ramp control that you were not
18  going to collide?
19        MR. TURNER: Objection as to form, incomplete
20  hypothetical.
21        THE WITNESS: We received clearance from ramp
22  control to proceed to spot 10. That means that there is
23  no possibility of collision. If another aircraft
24  approaches, then ramp control must instruct that other
25  aircraft.

Page 50

1         MR. TORPEY: Q. What if ramp control for
2   whatever reason in your situation just given to us could
3   not reach your aircraft. Does that mean that the
4   clearance allows you to run into the other aircraft?
5         MR. TURNER: Objection as to form, foundation,
6   incomplete hypothetical.
7         THE WITNESS: I don't understand your
8   question.
9         MR. TORPEY: Why don't you read back the last
10  question -- last two questions and last answers in
11  English.
12        (Record read by the reporter.)
13        MR. TORPEY: Q. Mr. Usui, if you're taxiing
14  your aircraft after being cleared by ramp control to
15  proceed from the engine-start line to spot 10 and you
16  perceive there is a collision hazard with another
17  aircraft, and even though ramp control cleared you to
18  spot 10, you don't know for sure whether or not you're
19  going to run into the other aircraft and even if you
20  slow your aircraft upon perceiving the potential
21  collision hazard, if for whatever reason ATC or ramp
22  control cannot reach you or you cannot reach it, do you
23  believe that you should stop your aircraft, or should
24  you continue and just see whether or not you run into
25  the other aircraft?

Page 51

1         MR. TURNER: Objection as to form, incomplete
2   hypothetical.
3         THE WITNESS: The fact that we received
4   clearance from ramp control to proceed to spot 10 means
5   that we can taxi to that spot. We have priority or
6   supersedence.
7         MR. TORPEY: Again, I'll move to strike. But
8   I think the record is made clear that the witness will
9   not answer that question.
10        I'd like to see the exhibits from yesterday.
11  Who has the exhibits?
12        (Noon recess taken.)
13        THE VIDEOGRAPHER: Coming back on the record.
14  The time on the monitor is 1:57 p.m. Please begin
15        MR. TORPEY: Q. Mr. Usui, would you look at
16  Exhibit 2 that's in front of you, please.
17     A. Yes.
18     Q. If you look at the second page of Exhibit 2
19  under taxi, under subpart 5, let's take a moment and
20  read subpart 5. At the beginning of taxi, it says
21  captain shall perform taxi in accordance with the
22  following, and subpart 5 says, ask for a signalman
23  assistance in the event that there's any obstacle in the
24  vicinity of the ramp area.
25        What does that mean to you?

Page 52

1      A. They are talking about the time when the
2   taxiing is starting.
3      Q. When it's starting, do you mean before the
4   engine-start?
5      A. Ordinarily the engine pushback is done at the
6   spot or it could be done in this way. For example, at
7   San Francisco Airport, the aircraft is brought to the
8   engine-start point where the engine is started. But, in
9   any case, taxiing begins after engine-start.
10     Q. Well, would it be during -- would subpart 5
11  that I just read you regarding asking a signalman for
12  assistance in the event there is an obstacle in the area
13  of the ramp area, would that apply to the situation
14  where you completed the pushback, have been released
15  from the tug, and are now on your own power beginning to
16  taxi through the ramp area?
17     A. The situation is unclear, so I cannot answer
18  in a clear manner.
19     Q. In other words, you don't know whether that
20  provision I just read you would apply to a situation
21  where an ANA aircraft was released from the tow and was
22  under its own power moving in a ramp area?
23     A. Subpart 5 talks about a situation before
24  taxiing, therefore, if there is no obstacle in the
25  vicinity, there would be an okay from the signalman.

Page 53

14 (Pages 50 to 53)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1 . Q. Okay. So as you read subpart 5, that's
2 something that applies before the taxi begins; correct?
3 A. Yes. I think so because at the top it is
4 written the captain shall perform taxi in regards with
5 following.
6 Q. This is a manual -- this is the operations
7 manual that applies to your operating of a 777 aircraft;
8 correct?
9 A. It is not limited to 777.
10 Q. But it applies to the 777; right?
11 A. Yes, it applies to all aircrafts
12 Q. How about under section 2, subpart 2, be
13 observant of all obstacles around him and taxiing speed
14 is such that he may bring his airplane to an immediate
15 and a complete stop.
16 Would that apply to you as the flying pilot in
17 command or the flying pilot of a 777 that was taxiing to
18 the engine-start line to spot 10 at San Francisco
19 Airport?
20 A. If there is clearance, we will go on, but I
21 don't clearly understand what the situation is.
22 Q. Well, sir, as a pilot and a trainer for ANA,
23 isn't it your responsibility to understand and follow
24 the operations manual including the provisions in
25 Exhibit 2 at paragraph 2, subpart 2, that I just read to

Page 54

1 complete stop so that you do not run into the other
2 aircraft?
3 A. According to the operations manual, that would
4 be the case, but I don't understand what the situation
5 that you mention is specifically, so I cannot answer.
6 Q. Well, let me give you a specific situation.
7 Let's say that you were cleared by ramp
8 control at San Francisco to taxi your 777 aircraft from
9 the engine-start line to spot 10, and as you were
10 taxiing and observing all obstacles around you as
11 required by the operations manual, you saw another
12 aircraft and you did not know whether or not you were
13 going to collide with that other aircraft.
14 In that specific situation, would you be
15 required to bring your airplane to an immediate and
16 complete stop?
17 MR. TURNER: Objection as to form and
18 incomplete hypothetical
19 THE WITNESS: I would act according to the
20 operations manual, but since I do not have a clear
21 understanding of that situation, I do not know what I
22 would do.
23 MR. TORPEY: Q. What's unclear in what I just
24 asked you, sir?
25 A. I do not have an understanding of the entire

Page 56

1 you?
2 A. Quite naturally.
3 Q. Is that a yes?
4 A. We observed the operation manual and operate
5 the aircraft based on it
6 Q. Okay. Now, given that statement, tell me,
7 sir, what your interpretation is of the provision in
8 Exhibit 2 under section 2, subpart 2 that says, be
9 observant of all obstacles around him and taxiing speed
10 is such that he may bring his airplane to an immediate
11 and complete stop
12 In the context of applying that instruction to
13 an aircraft taxiing at San Francisco Airport from the
14 engine-start line to spot 10, explain to me what should
15 happen in order to comply with that particular
16 paragraph.
17 I'm going to withdraw the question. Let me
18 rephrase it.
19 Subpart 2 says, be observant of all obstacles
20 around him and taxiing speed is such that he may bring
21 his airplane to an immediate and complete stop.
22 In order to comply with that direction, if you
23 perceived during taxi that you were going to collide
24 with another aircraft, would you be required to not only
25 slow, but bring your aircraft to an immediate and

Page 55

1 situation.
2 Q. What's unclear about the set of facts that I
3 just gave you, sir?
4 A. Really, I could not know unless I am in that
5 situation
6 Q. Well, I'm going to ask you to put yourself in
7 that situation. All right. I'm asking you to put
8 yourself in the cockpit of a 777 aircraft at
9 San Francisco International Airport. I'm asking you to
10 put yourself in that position as pilot in command and
11 flying pilot of that aircraft, put yourself in that
12 position as someone who's the training officer for ANA.
13 I'm asking you to put yourself in that
14 situation, having been given clearance by ramp control
15 to taxi from the engine-start line to spot 10. I'm
16 asking you to put yourself in that position taxiing and
17 then you observe in compliance with your operations
18 manual obstacles around you
19 I'm asking you to put yourself in that
20 position where you observe another aircraft while
21 taxiing according to the clearance to spot 10. I'm
22 asking you if you observed another aircraft and you, as
23 the pilot in command, do not know, do not know for sure,
24 whether or not you are going to run into that other
25 aircraft.

Page 57

15 (Pages 54 to 57)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  Does this policy in your operations manual
2  require you in that situation I have just presented to
3  you, sir, to bring your airplane to an immediate and
4  complete stop?
5  MR. TURNER: Objection as to form and
6  incomplete hypothetical.
7  THE WITNESS: I will act according to the
8  operations manual, but quite frankly I do not know what
9  I would do unless I am in the plane.
10  MR. TORPEY: Q. Well, not to give you the
11  impression it was responsive, it wasn't, but I'll move
12  on to another question.
13  With regard to Exhibit 9, Mr. Usui, would you
14  please turn to that. If you would look at Exhibit 9
15  this is a page from the same operations manual as
16  Exhibit 2; correct? Only this is dated 1999, in other
17  words, it's a previous page from the operations manual
18  A  By previous page, are you talking about
19  Exhibit 8?
20  Q.  I'll withdraw the question.
21  Look at Exhibit 9, Mr. Usui. If you look at
22  subpart 2, this document is in Japanese. Does that
23  subpart 2 talk about taxi?
24  A.  That's right.
25  Q.  And if you look under section 2, subpart 2,

Page 58

1  translated from Exhibit 9; correct?
2  THE INTERPRETER: Yes.
3  MR. TURNER: Thank you.
4  MR. TORPEY: Q  Mr Usui, would you look at
5  Exhibit 9 and tell me if there's anything anywhere on
6  Exhibit 9 that is similar or identical to the language
7  under section 2, subpart 2 of Exhibit 2 regarding being
8  observant of all obstacles?
9  A.  That would be subpart 2 of section 3
10  Q  Okay  And I would ask, Satoe, would you read
11  that that he pointed out into the record, please.
12  So for the record, this is Exhibit 9,
13  subpart 3, section 2.
14  THE INTERPRETER: In order to avoid contact
15  with people or objects outside the aircraft, he should
16  be observant -- or he should observe the vicinity, and
17  he shall operate at a speed that will allow smooth and
18  safe stopping.
19  MR. TORPEY: Q  Now, let me ask you,
20  Mr. Usui, to look at -- strike that
21  Exhibit 9 is dated 1999  You can see that at
22  the bottom; correct?
23  A.  Yes
24  Q  Now, look at Exhibit 8, which at the bottom is
25  dated 2004.

Page 60

1  which again is in Japanese, is that the same instruction
2  as the one I just asked you about at section 2,
3  subpart 2 of Exhibit 2, which states, be observant of
4  all obstacles around him and taxiing speed is such that
5  he may bring his airplane to an immediate and complete
6  stop?
7  A.  The content is different
8  Q.  Okay. How is it different?
9  MR. TURNER: We're comparing the second --
10  number 2 under the 2 in a circle we're comparing to the
11  2 in the parentheses; is that correct? On both of them,
12  on Exhibit 9 and the second page of Exhibit 2.
13  MR. TORPEY: Well, I'm asking him to compare
14  the subpart 2, section 2.
15  MR. TURNER: The 2 in parentheses under the 2s
16  in the circles?
17  MR. TORPEY: That's correct.
18  THE INTERPRETER: The interpreter will
19  translate.
20  The signalman will show the signal from a
21  position that is easy for the pilot to confirm the
22  signal and in a way that the captain can easily make a
23  judgment. Also, according to necessity, the signalman
24  will position and assisting personnel.
25  MR. TURNER: Just to be clear, that it was

Page 59

1  A.  Yes.
2  Q.  Would you let me know if there's any language
3  similar to what was just read from Exhibit 9, that is
4  section 3.2, is there any similar language in the
5  exhibit anywhere?
6  A.  Yes. It is here, and it would be subpart 2 of
7  section 3.
8  Q.  And it's the same language as you read to us
9  from Exhibit 9?
10  A.  Yes.
11  Q.  And do you have any knowledge that -- strike
12  that.
13  Since it appears that in 1999 and 2004 that
14  instruction was not changed, do you believe that on
15  October 7 of 2003 that that was an instruction that
16  would have been in the operations manual and would have
17  been required to be followed on October 7 of 2003?
18  A.  Yes. We followed the operations manual, but
19  in the English version it says, quote, complete stop,
20  close quote  Whereas, we were looking at the manual
21  that says, taxi at a speed wherein smooth and safe
22  stopping is possible
23  Q.  But the language that you read in Japanese
24  would have applied to the operation of aircraft
25  including at San Francisco on October 7 of 2003;

Page 61

16 (Pages 58 to 61)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  correct?
2      A.  It is as the operation manual says
3      Q.  But the question, sir, is the language that
4  you read in Exhibits 8 and 9 that is in Japanese, do you
5  agree with me that those instructions would have applied
6  to the operation of an ANA aircraft at San Francisco on
7  October 7 of 2003?
8      A.  Rather than applying, we are operating
9  according to this manual.
10     Q.  And the instruction that you read from
11 Exhibit 8 and 9 was an instruction that you operated
12 pursuant to on October 7 of 2003; correct?
13         One correction.  Required to operate pursuant
14 to.  Excuse me.
15         MR. TURNER:  Objection as to form.  I'd ask
16 that you restate it.  I'm not sure what you were
17 changing.
18         MR. TORPEY:  I'll restate the question.
19     Q.  Since the operations manual, which is 1999 and
20 marked as Exhibit 9 and the 2004 version, which is
21 marked as Exhibit 8, contain identical language in
22 Japanese which you've read into the record, do you agree
23 with me, sir, that that instruction that you read is one
24 that you were required to follow in operating aircrafts
25 on October 7 of 2003?

Page 62

1      A.  It is not a requirement.  We operated
2  according to the manual.
3      Q.  It is a requirement.  You cannot -- you as an
4  ANA pilot cannot operate your aircraft unless it's in
5  compliance with ANA's operation manual; isn't that true?
6         MR. TURNER:  Objection as to form and
7  foundation.  I ask that you not just argue with the
8  witness.
9         CHECK INTERPRETER:  There was an objection,
10 Lead Interpreter.
11         MR. TURNER:  My objection, please.
12         THE INTERPRETER:  Can you read the objection
13         (Record read by the reporter.)
14         THE WITNESS:  We worked according to the
15 operations manual.
16         MR. TORPEY:  Q  Now, when you were -- what
17 was your role on October 7 of 2003 with regard to the
18 collision at San Francisco Airport?
19     A.  My role was as a multi-captain.
20     Q.  What's a multi-captain?
21     A.  The flight between San Francisco and Tokyo is
22 a long one, and it is not possible for only two people
23 to do the total operation, therefore, the captain formed
24 a team of PIC, multi-captain, and copilot to cover the
25 long flight.

Page 63

1      Q.  Have there ever been any other occasions that
2  you're aware of where an ANA aircraft has collided with
3  another aircraft at any time, at any place?
4      A.  There was no collision.  I am not totally
5  certain.
6      Q.  The question, sir, is do you have any
7  knowledge of any other accident or incident involving an
8  ANA aircraft colliding with another aircraft at any
9  place, at any time?
10     A.  I do not know
11     Q.  Who in your company would know if there were
12 any other accidents or incidents involving collisions
13 with other aircraft aside from the one at San Francisco
14 that we're here on today?
15     A.  I do not have a clear knowledge.
16     Q.  When you say you don't have a clear knowledge,
17 does that mean that you don't know the answer?
18     A.  I don't know who would know.
19     Q.  I asked you earlier, I apologize and I didn't
20 follow up on this, but who is the chief pilot for the --
21 in other words, who is the lead pilot for the 777 fleet
22 of ANA at this point?
23         THE INTERPRETER:  The interpreter needs to
24 confirm one word.
25         THE WITNESS:  There is a chief for the 777

Page 64

1  flight crew, and by -- I mean the captain and other
2  pilots, and there is another chief for the training
3  department, so there would be two
4         MR. TORPEY:  Q  Tell me their names and which
5  is for which department.
6      A.  I'm not clear on that at this point
7      Q.  Who do you report to?  Who is your supervisor
8  or boss?
9      A.  My boss is not the chief.  He's a leader.
10     Q.  What is his name?
11     A.  They change sometimes.  The leaders change, so
12 he is not fixed
13     Q.  On this day that you're here today, sir, who
14 is your leader, your boss?
15     A.  By that do you mean the leader or the chief?
16     Q.  Both  Give me names, sir
17     A.  Is there something about giving names
18     Q.  I would like to know the names, sir, please.
19         MR. TURNER:  Just for the witness's
20 edification, from my point of view I have no objection
21 to him identifying people to whom he reports  But I
22 don't know if there may be some company policy that he
23 may have been referring to.
24         THE WITNESS:  I would like to ask what
25 happens, what is the next step after the name is given.

Page 65

17 (Pages 62 to 65)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1     MR. TORPEY: Q. Well, could be nothing. It
2 could be we want to depose that person to ask about
3 things that you said here and then we might want to ask
4 that person's boss. A lot of things might happen.
5 That's why we're here is to find out what the truth is.
6 And if we need to depose others to get the truth, then
7 we do it. If we get it here today, then we might not.
8 So I really don't know the answer to your question, sir.
9     MR. TURNER: I would just suggest that since
10 the witness seems to have some concerns, which I have no
11 idea of whether it's a valid concern or not, that we
12 leave a blank in the transcript here and that we can --
13 he can check with his superiors in the company to find
14 out if there's some reason why he should not.
15     MR. TORPEY: No. Absolutely not. I want him
16 to answer the question.
17     Q. If you refuse to answer, then I will move on
18 to something else. So please give me an answer.
19     A. Rather than ask me, I would prefer you to ask
20 my company for my boss' name.
21     Q. Sir, either give me names or tell me you will
22 not give me names so we don't waste any more time on
23 this. I want the answer from you.
24     A. I can't say the name, so if you would like to
25 know the name, please go through my company.

Page 66

1     Q. Why can't you say the name, sir?
2     A. As you said earlier, if I give the name,
3 nothing may happen, so then there is no necessity.
4     Q. Sir, that's not what I said. I said I wanted
5 the names and we may have to depose them and their
6 bosses or we may not depending on what we feel we need
7 to do.
8     Now, I don't want to argue with you.
9     MR. TURNER: Well, then why don't you stop
10 arguing with him and get on. I've given you
11 alternatives. Why don't you press on.
12     MR. TORPEY: I am pressing on. I want an
13 answer from this witness.
14     Q. Are you refusing to answer my question?
15     A. I'm not refusing. I'm saying that if you need
16 to know the name, please ask my company.
17     Q. No. I will not ask your company because your
18 company is not here giving a deposition, you are.
19 Please give me the names since you said you are not
20 refusing. Tell me who it was that is the two
21 individuals that you mentioned earlier that you report
22 to as of today.
23     A. As I already said, I cannot say.
24     Q. I think we already understand your answer,
25 sir, so I'll move on to something else. Apparently you

Page 67

1 are not going to give me names.
2     Let's move on to the events of October 7 of
3 2003. Where were you seated in the cockpit?
4     A. There are two seats behind the PIC and copilot
5 seats, and I was seated on the left side.
6     Q. So you were seated behind the captain in other
7 words?
8     A. No. My seat would be between the PIC and
9 copilot seats.
10     Q. So that was sort of -- that's fine. I have
11 enough.
12     From the time you got into the aircraft and
13 the aircraft -- strike that.
14     At any time during the segment from when the
15 aircraft was pushed back from the gate up until the
16 impact, did you stay at all times in the cockpit?
17     A. Yes.
18     Q. Okay. And at all times from the moment of
19 pushback until the impact, did you at all times remain
20 seated in that seat that you just described you were in?
21     A. Yes, I was.
22     Q. Did you have to wear a harness, in other
23 words, a shoulder harness and lap belt, you were
24 strapped in?
25     A. Yes.

Page 68

1     Q. And you did not remove that until after the
2 impact; correct?
3     A. No. I did.
4     Q. What point prior to the impact did you remove
5 your harness and/or seat belt?
6     A. I don't know exactly when.
7     Q. Did you remove the harness and the lap belt
8 and get out of the seat?
9     A. Yes.
10     Q. And were you standing or seated at the time of
11 the impact?
12     A. I was seated.
13     Q. I know you said you don't recall when you
14 removed the harness and belt and got out of your seat
15 exactly. Do you know how long it was that you were out
16 of the seat before you sat back down again?
17     A. No. I do not have a clear recollection.
18     THE VIDEOGRAPHER: One minute, counsel.
19     MR. TORPEY: Q. Do you have any recollection,
20 or would it be a complete guess?
21     A. I only want to say what is clear, so I don't
22 know at this point.
23     MR. TORPEY: Fair enough. Why don't you
24 change the tape.
25     THE VIDEOGRAPHER: This concludes Videotape 2

Page 69

18 (Pages 66 to 69)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  in the deposition of Teruo Usui. Going off the record.
2  The time is 2:54 p.m.
3      (Recess taken.)
4      THE VIDEOGRAPHER: Here begins Videotape 3 of
5  the deposition of Teruo Usui. Coming back on the
6  record. The time on the monitor is 3:05 p.m. Please
7  begin.
8      MR. TORPEY: Q. Mr. Usui, you indicated you
9  took your seat belt off and got up and sat back down in
10  your seat. Did you refasten your belt or your shoulder
11  harness when you did that?
12      A. Yes.
13      Q. And you indicated you don't know how long
14  before the impact it was that you got up -- strike that.
15      Do you know how long before the impact it was
16  that you got out of your seat?
17      A. I'm not clear about the timing.
18      Q. And as you said before, when you say you're
19  not clear, you really don't know? You would have to
20  guess?
21      A. I'm saying I do not recall.
22      Q. And I take it you also don't recall how much
23  time elapsed from the time you got back in your seat
24  until the time of the impact either; correct?
25      A. I do not recall.

Page 70

1  pushing back from the gate?
2      A. I do not recall.
3      Q. And from the time you first saw the United
4  aircraft until the time of the impact, did you ever take
5  your eyes off of it, in other words, direct your
6  attention other than watching the United aircraft?
7      A. I do not have a clear recollection.
8      Q. And when you say you don't have a clear
9  recollection, you don't know?
10      A. I may have been looking at it, or I may have
11  been looking towards the front. That is what I'm
12  saying.
13      Q. When you say looking towards the front,
14  looking somewhere other than at the United Airlines?
15      A. Well, one can't see the outside very well from
16  the rear seat.
17      Q. Even if you were looking straight forward,
18  would you still see the United aircraft out of your
19  peripheral vision from your seat?
20      A. I do not have a clear recollection.
21      Q. You said you did not have a clear recollection
22  when you first saw United, whether it was
23  stopped -- strike that -- whether it had started its
24  push or not, does that mean that you have no
25  recollection and cannot say whether it was stopped --

Page 72

1      Q. Was there discussion going on in the cockpit
2  between yourself and the other two crew members at the
3  time you were leaving the engine-start line up to the
4  point of the impact?
5      A. By discussion, are you inquiring what the
6  discussion was about?
7      Q. Well, I just asked you first if there was
8  discussion. So apparently there was discussion between
9  yourself and the other two crew members from the point
10  you left the engine-start line up to the point of
11  impact; correct?
12      A. I do not recall.
13      Q. So you don't recall -- strike that.
14      What was the purpose of your getting out of
15  the seat for the taxi for the period of time we talked
16  about?
17      A. It was to look at the aircraft that was
18  pushing back from gate 102.
19      Q. That would be the United aircraft?
20      A. Yes.
21      Q. Okay. Now, did someone ask you to get up and
22  look, or did you on your own decide to get up and look?
23      A. I do not have a clear recollection.
24      Q. When you personally first saw the United
25  aircraft, was it stopped, or had it already started

Page 71

1  let me start over.
2      You do not have any recollection as to
3  whether, when you first saw the United aircraft, the
4  United aircraft had started its pushback or whether it
5  was still stationary at the gate before the pushback?
6  You don't have a recollection one way or the other on
7  that; correct?
8      A. That's right.
9      Q. At any time after you were able to see the
10  United aircraft, did it ever get to a point prior to the
11  impact where the United aircraft was no longer in your
12  field of view?
13      A. No.
14      Q. And were you looking at the United aircraft at
15  the time you felt the impact?
16      A. No. I was seated.
17      Q. From where you were seated, were you able to
18  see the United aircraft if you wanted to look at it?
19      A. I could see the plane.
20      Q. And since you could see the plane from the
21  seated position, were you looking at the plane, the
22  United plane, at the time you felt the impact?
23      A. I do not have a clear recollection.
24      Q. You said you could see the plane. What
25  portion of the United plane could you see from your

Page 73

19 (Pages 70 to 73)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  seated position?
2      A.  The plane itself.
3      Q.  The entire plane from front to back?
4      A.  No. I couldn't see the entire plane.
5      Q.  Could you see everything from the wing
6  structure aft?
7      A.  You mean during the time leading to the
8  impact?
9      Q.  Yes.
10     A.  Before the impact, it was behind the wing.
11     Q.  You could see everything behind the wing
12  before the impact? Is that what you're saying?
13     A.  I could not recall if it was everything.
14     Q.  Tell me something you do recall you could see
15  aft of the wing?
16     A.  I could see the windows next to the seat, not
17  all the windows.
18     Q.  Were you able to see the tail, the vertical
19  tail?
20     A.  I do not recall clearly.
21     Q.  Did you ever notice the United aircraft stop
22  its pushback at some point prior to the impact?
23     A.  I don't know if it stopped or not.
24     Q.  When you got out of your seat prior to the
25  impact, tell me where you went and what you did.

Page 74

1      THE INTERPRETER:  Can you give me that.
2      (Record read by the reporter.)
3      THE WITNESS:  I looked outside from the right
4  rear-most window. I looked at the United Airline
5  aircraft.
6      MR. TORPEY:  Q.  What was your reason for
7  getting out of your seat and looking out of the right
8  rear-most window at the United aircraft prior to impact?
9      A.  Because I felt it was closer.
10     THE INTERPRETER:  The interpreter will
11  restate.
12     THE WITNESS:  Because I felt that it was
13  slightly closer than usual.
14     MR. TORPEY:  Q.  Why does that matter?
15     A.  Because it was closer than usual.
16     Q.  But why does it matter to you that it's closer
17  than usual -- let me rephrase it.
18     The fact that it was closer than usual, why
19  did that cause you to get up and look at it?
20     A.  There's no reason why I should not stand up
21  and look.
22     Q.  Well, just because something is closer than
23  usual, why would you get up and look at it?
24     MR. TURNER:  Objection as to form.
25     THE WITNESS:  I simply looked because it felt

Page 75

1  close.
2      MR. TORPEY:  Q.  As a crew member, even though
3  you were not a flying crew member, you had an obligation
4  for the safety of its aircraft and its passengers during
5  that taxi; correct?
6      A.  It is as the operation manual that we looked
7  at says.
8      MR. TORPEY:  Why don't you read back the
9  question.
10     (Record read by the reporter.)
11     MR. TORPEY:  Q.  Please answer that question.
12     A.  It was not as if I was not a flying crew
13  member. I was a flying member.
14     Q.  And so you have the same safety obligations as
15  the other two pilots during that taxi; correct?
16     A.  Yes.
17     Q.  Now, when you got up to look at the United
18  aircraft during the taxi because it was closer than
19  usual, did you do so to try to confirm whether or not
20  there was a potential collision hazard between your
21  aircraft and the United aircraft?
22     A.  It was closer than usual, but I wasn't
23  thinking about potential.
24     Q.  So in getting out of your seat and looking at
25  the United aircraft -- strike that.

Page 76

1      Before getting out of your seat and looking at
2  the United aircraft, did you believe there was any
3  possibility at all that you would collide with the
4  United aircraft?
5      A.  Before I got out of the seat?
6      MR. TORPEY:  Why don't you read back the
7  question.
8      (Record read by the reporter.)
9      THE WITNESS:  I do not have a clear
10  recollection.
11     MR. TORPEY:  Q.  And in getting up out of your
12  seat and looking at the United aircraft and then getting
13  back into your seat, did you feel that there was any
14  possibility of a collision between your aircraft and the
15  United aircraft?
16     A.  No. Because I did not feel any possibility,
17  taxiing was continued.
18     Q.  So after you got up and looked out the right
19  rear-most window, you came to the determination that
20  there was no possibility that your aircraft was going to
21  collide with the United aircraft?
22     A.  The three of us together.
23     Q.  So then after you got out of the seat, looked
24  in the right rear-most window and got back into your
25  seat, you, as well as the other two crew members,

Page 77

Combs Reporting, Inc. 888-406-4060
www.combsreporting.net

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1  thought there was no possibility of a collision between
2  your aircraft and the United aircraft; correct?
3      A.  We felt assured that there was no possibility
4  and continued taxiing.
5      Q.  Okay. Now, prior to the time you got up and
6  looked out the window and sat down, had the aircraft
7  slowed its taxi speed?
8          MR. TURNER:  Can I have that question back in
9  English.
10         (Record read by the reporter.)
11         THE WITNESS:  I do not recall about that.
12         MR. TORPEY:  Q.  Prior to the time you got out
13  of your seat and looked at the United aircraft and then
14  sat back down, had the aircraft deviated to the left of
15  the centerline at all?
16     A.  No, I don't think it had deviated.
17     Q.  At some point after you sat down, did the ANA
18  aircraft deviate left of centerline prior to the impact?
19     A.  I don't know.
20     Q.  Do you know if at any time between the
21  engine-start line and the impact whether the ANA
22  aircraft deviated left of centerline?
23     A.  It kept the centerline.
24     Q.  So at all times including right up to the
25  impact, from your vantage point, there was never a

Page 78

1  deviation off of the centerline; correct?
2      A.  That's right.
3      Q.  And we say deviate off centerline. We're
4  talking about the nose of the aircraft lining up with
5  the yellow centerline on the taxiway; correct?
6      A.  Main gear is the rear gear, but the middle of
7  the main gear would be the centerline.
8      Q.  How does a pilot sitting in the right-hand
9  seat of that aircraft know whether or not they're lined
10  up with the centerline?
11     A.  The person at the right seat, I cannot give a
12  clearcut explanation.
13     Q.  Have you ever been in the right seat of a 777
14  taxiing?
15     A.  Yes.
16     Q.  How do you line up with the centerline?
17     A.  If I am at the right seat, I would have my
18  left leg or the attachment of my left leg be on the
19  centerline. Also, the measuring instrument would be of
20  reference. It is hard to explain.
21     Q.  In order for an aircraft to be considered on
22  the centerline, would the nose of the aircraft be lined
23  up essentially with the centerline?
24     A.  If the centerline is between the main gear and
25  the main gear, and if the nose gear is on the

Page 79

1  centerline, it would mean that the aircraft is lined up
2  with the centerline.
3      Q.  And since the nose is part of the aircraft,
4  it's the front tip of the aircraft, that means that the
5  nose would be lined up with the centerline; correct?
6      A.  I'm not sure.
7      Q.  What do you mean when you say that an
8  aircraft -- strike that.
9          You indicated that yourself and the other two
10  pilots, after you sat back down in your seat from
11  looking out the window, felt that there was no collision
12  hazard.
13         Let me ask you if, however, after you sat back
14  in your seat you felt that you did not know whether or
15  not there was a collision hazard, in that situation,
16  what would you have recommended to the crew that they
17  should do?
18         MR. TURNER:  Objection as to form.
19         THE WITNESS:  I would not know unless I am in
20  such a situation.
21         MR. TORPEY:  Q.  Well, you were in that
22  situation, sir. You were in that situation. You were
23  in that cockpit that day. And what I'm asking you to do
24  is put yourself back in that spot. But I want to change
25  one thing. I want you to assume that you did not know

Page 80

1  when you looked out that window whether or not you were
2  going to clear that United airplane.
3          With that change in mind, what would you tell
4  that crew to do?
5          MR. TURNER:  What is the whole question?
6  Please ask a complete question. If you were changing
7  it, please ask the whole question with the change.
8          MR. TORPEY:  I'd like an answer to my
9  question.
10         MR. TURNER:  Objection as to form and
11  foundation.
12         THE WITNESS:  I do not know.
13         MR. TORPEY:  Q.  So even if you had gotten up,
14  looked out the window, sat back down and thought you
15  really don't know whether or not you're going to clear,
16  you don't know what you would have done in that
17  situation?
18         MR. TURNER:  Objection as to form, incomplete
19  hypothetical.
20         THE WITNESS:  If I am not in that sort of
21  situation, I really wouldn't know.
22         MR. TORPEY:  Ms. Interpreter, he started to
23  speak before the objection. Did you catch what he
24  started to say?
25         THE INTERPRETER:  He said, at such a

Page 81

21 (Pages 78 to 81)

Teruo Usui

1 situation.
2    MR. TORPEY: Q  Now, if you had gotten up out
3 of your seat and looked at the United aircraft and sat
4 back down and didn't know whether or not you would run
5 into the other aircraft, one of the things you could
6 have done is suggested to the crew they could have
7 stopped until they figure out whether or not they're
8 going to clear the other aircraft?
9    MR. TURNER: Objection as to form, incomplete
10 hypothetical.
11    THE WITNESS: If I am not in such a situation,
12 I do not know.
13    MR. TORPEY: Q  Sir, I'm asking you a
14 hypothetical question, and I have a right to do that,
15 and I want you to answer that question.
16    And the question is all of the factors of
17 October 7, 2003, remain exactly the same, so don't tell
18 me you weren't in that situation, because you were.
19    Put yourself back in that same situation. The
20 only thing I want you to do is, for purposes of my
21 question, when you sat back down in your seat you did
22 not know for sure whether or not you would clear the
23 other aircraft.
24    In that situation, sir, what would you tell
25 that crew they should do?
Page 82

1 that we could pass by
2    Q  And did you represent to the pilot in command
3 and the flying pilot that information that you just
4 mentioned, that you thought that the aircraft would
5 clear?
6    MR. TURNER: Can I have that question back.
7 I'm sorry. In English
8    (Record read by the reporter.)
9    THE WITNESS: It was not a thought  The three
10 of us were convinced that we could clear, or certain
11 that we could clear, or we believed firmly that we could
12 clear
13    MR. TORPEY: Q  The question, though, sir, is
14 did you represent to the other two pilots after looking
15 out the window that you felt the ANA aircraft would
16 not collide with the United aircraft?
17    A  The three of us discussed.
18    Q  I didn't ask you that, sir  I'll ask you
19 again  I'm asking you what you said to them  Did you
20 say to them after looking out the window that you,
21 Mr. Usui, felt that the aircraft you were in would clear
22 the United airplane  That's the question, sir
23    A  Since this was four years ago, I do not recall
24 if I said that or not.
25    Q  If Mr. Yamaguchi, the captain said that you
Page 84

1    MR. TURNER: Objection as to form, incomplete
2 hypothetical. And Mr Torpey is improper in giving
3 these kinds of instructions to this witness  He should
4 ask questions, not give these absurd instructions to the
5 witness.
6    THE WITNESS: In a hypothetical situation,
7 many conditions are unknown, so I cannot answer.
8    MR. TORPEY: I move to strike that answer  I
9 don't think you responded to my question, sir, and
10 you're not going to, so I'll move on.
11    If there was any chance, sir, on the day of
12 this accident that your aircraft was going to strike the
13 United aircraft, would you agree with me that your
14 aircraft should have been stopped before proceeding
15 further?
16    MR. TURNER: Objection as to form, incomplete
17 hypothetical
18    THE WITNESS: Until spot 10, I don't know.
19    MR. TORPEY: Q  Now, you said that after
20 sitting down, after looking out the window at the United
21 aircraft you were sure there would be no collision
22    What about what you looked at out the window
23 made you feel there was no chance that your airplane was
24 going to collide with the United airplane.
25    A  Although it was closer than usual, I believe
Page 83

1 said it, would you agree that you must have said it?
2    A  I don't quite understand the question
3    Q  Well, you said it's been four years so you
4 don't really remember  What if Mr. Yamaguchi said that
5 you did represent to them that you thought the clearance
6 was adequate --
7    MR. TURNER: Objection --
8    MR. TORPEY: Q  -- would you agree that you
9 must have said that, or would you say Mr Yamaguchi was
10 lying?
11    MR. TURNER: Objection as to form and
12 foundation.
13    THE WITNESS: I don't know
14    MR. TORPEY: Let me see those exhibits,
15 please. Just hand those to me, please
16    Q  Let me show you, sir, what was marked
17 yesterday as Exhibit 7, at Mr. Yamaguchi, the company's
18 deposition.
19    Have you ever had a chance to read his
20 statement before?
21    A  Yes. I have, but I do not have a clear
22 recollection.
23    Q  If you look at Exhibit 7, it says here,
24 approaching spot 10. I recognized UAL B777 had started
25 pushout from gate B102  Pilot flying maneuvered
Page 85

22 (Pages 82 to 85)

Teruo Usui

| | |
|---|---|
| 1 slightly to the left side of the centerline. It looked<br>2 to me that the maneuver was to increase the margin of<br>3 clearance from the UAL B777.<br>4     And then he goes on to say, I asked the pilot<br>5 flying whether the clearance was adequate and then<br>6 acknowledged it with the cockpit member.<br>7     Do you believe that you were the cockpit<br>8 member with whom he acknowledged that?<br>9   A. I don't recall clearly.<br>10   Q. So you don't know one way or the other?<br>11   A. That's right.<br>12   Q. Let's put these exhibits back together.<br>13     Now, you said that the three of you were<br>14 certain prior to the impact that you were going to<br>15 clear. Other than yourself looking out the window, what<br>16 else was done by yourself or the other two crew members<br>17 to come to the conclusion that it was certain you would<br>18 not hit the United aircraft?<br>19     THE WITNESS: When you say other, what else<br>20 did you do, I mean we continued taxiing.<br>21     MR. TORPEY: No. Read back the question.<br>22     (Record read by the reporter.)<br>23     MR. TURNER: Objection as to form and<br>24 foundation.<br>25     THE WITNESS: I do not recall.<br>                        Page 86 | 1   A. Yes.<br>2   Q. Do you understand that there was an<br>3 investigation by ANA into the cause of the collision<br>4 between your aircraft and the United aircraft?<br>5   A. Investigation, I don't know.<br>6   Q. Are you aware of what ANA determined to be the<br>7 cause or causes of the collision between the two<br>8 aircrafts?<br>9   A. I have not.<br>10   Q. Have you personally formed any opinion as to<br>11 what the cause or causes of the collision between the<br>12 two aircraft was?<br>13   A. No.<br>14   Q. And I assume you have no opinion as to who was<br>15 at fault for causing the collision; correct?<br>16   A. I don't know.<br>17     MR. TORPEY: Why don't we mark this.<br>18     (Whereupon, Exhibit 16 was marked for<br>19     identification.)<br>20     MR. TORPEY: Q. Let me show you -- well, take<br>21 a moment. You can read it over.<br>22     Have you had a chance to look at that, sir?<br>23   A. Yes.<br>24   Q. Okay. May I see that, please. The statement<br>25 that was marked Exhibit 16, that contains your<br>                        Page 88 |
| 1     MR. TORPEY: Q. And since you don't recall,<br>2 you don't know if there was anything else that you did<br>3 other than look out the window? Fair statement?<br>4   A. I do not recall what we did.<br>5   Q. One thing we do know is you never attempted to<br>6 stop until impact; correct?<br>7   A. We had the clearance.<br>8   Q. That was not the question, sir. Do you agree<br>9 with me that at no time prior to the impact was there<br>10 any attempt to stop the ANA aircraft?<br>11   A. I do not know.<br>12   Q. Do you have any recollection of any discussion<br>13 between yourself and the other two crew members about<br>14 whether you should stop prior to the impact?<br>15   A. We discussed, and we believed we could clear<br>16 and so continued taxiing.<br>17   Q. So there was never an attempt to stop prior to<br>18 impact; correct?<br>19   A. There was no necessity to stop.<br>20   Q. Do you remember giving a statement to the U.S.<br>21 government's National Transportation Safety Board that<br>22 investigated this collision?<br>23   A. I do not remember.<br>24   Q. Do you recall anybody from ANA taking a<br>25 statement from you?<br>                        Page 87 | 1 signature; correct?<br>2   A. Yes.<br>3   Q. And it's dated October 8 of 2003, do you see<br>4 that at the top?<br>5   A. Yes.<br>6   Q. And that was given by you to ANA relative to<br>7 this accident; correct? At least the information that<br>8 is contained in this letter was given to you -- given by<br>9 you?<br>10   A. Yes.<br>11   Q. And was that in the course and scope of ANA<br>12 investigating the circumstances of this accident as far<br>13 as you know?<br>14   A. I don't know.<br>15   Q. In any event, having read this statement,<br>16 which is dated October 8, 2003, would it have been given<br>17 by you on that day, or would it have been given on<br>18 October 7, the day this incident actually happened?<br>19   A. I have a recollection that I wrote this on the<br>20 very day of October 7, 2003, but it is not certain.<br>21   Q. All right. Whether you wrote it on the 7th or<br>22 the 8th of October, this would have been written when<br>23 the events surrounding the collision or the events<br>24 leading up to it were very fresh in your mind; correct?<br>25   A. Probably.<br>                        Page 89 |

23 (Pages 86 to 89)

0c5a84c0-4d04-4ccc-ae0a-78e9d2a508b5

Teruo Usui

1　　Q.　And the statement when you gave it for
2　purposes of the NTSB to get this was true and accurate;
3　correct?
4　　　　Let me rephrase it.
5　　　　This statement that you gave that was
6　submitted to the NTSB by ANA, it was a true and accurate
7　statement; correct?
8　　A.　Yes. It is as this says.
9　　Q.　Let's look at the statement if you look -- may
10　I see this, please. Your counsel has a copy or you can
11　look at the one I'm putting up here.
12　　　　First of all, the numbers on the left-hand
13　column, 18:48, 18:55, 19:00. Do you know who supplied
14　those?
15　　A.　No, I don't know who provided those.
16　　Q.　Let's look at the information at 18:55. It
17　says, requested taxi to the ramp tower, then received
18　clearance until spot 10.
19　　　　And it goes on to say, then we were told to
20　contact ground control.
21　　　　What did you mean by your statement where it
22　says you were cleared to go to spot 10, then this word
23　right here, "then," told to contact ground control?
24　　　　What did you mean by that, sir?
25　　A.　I don't know what that means specifically.

Page 90

1　　Q.　The word until spot 10, you understand that
2　ramp control only cleared you to go to spot 10, the
3　transition point; correct?
4　　A.　That's our understanding.
5　　Q.　Now, if we continue on that statement, it says
6　here on the next line, starting here, on the way to
7　enter to A taxiway by spot 10, turning to the left, I
8　saw a UAL B777 being pushed out from gate G102. And in
9　order to check the clearance with the airplane, I looked
10　outside. However, it says the right-hand wing tip could
11　not be invisible.
12　　　　What did you mean by that, sir?
13　　A.　It is as is written.
14　　Q.　Did you mean that when you looked out the
15　right window the right wing tip was not visible? Is
16　that what you meant?
17　　A.　It means I could not see the right wing tip.
18　　Q.　Fair enough. And that's because simply
19　looking out the window, it's a sweptback wing, and you
20　cannot see out the window the wing tip on the 777
21　aircraft; correct?
22　　A.　That's right.
23　　Q.　Ultimately you taxied the aircraft, you and
24　the other two crew members, into the United aircraft;
25　correct?

Page 91

1　　A.　I don't know.
2　　Q.　You don't know if the aircraft you were in
3　when you taxied collided with the United aircraft?
4　　A.　My understanding that we continued taxiing,
5　and there was contact.
6　　Q.　When you say contact, there was a collision
7　between the ANA aircraft that you were in and the United
8　aircraft that you had previously looked out the window
9　at; correct?
10　　A.　Yes. The United aircraft that I saw from the
11　window.
12　　Q.　And do you know what portion of your aircraft
13　came in contact with what portion of the United
14　aircraft?
15　　A.　I do not see the point of contact actually.
16　　Q.　The point of contact was the right wing tip of
17　your aircraft with the left wing tip of the United
18　aircraft; correct?
19　　A.　Left?
20　　Q.　Let me break it down.
21　　　　The portion of the ANA aircraft that collided
22　with the United aircraft was the right wing tip;
23　correct?
24　　A.　I couldn't see, so I don't know.
25　　Q.　I understand what you're saying. But do you

Page 92

1　know today if it was the right wing tip of your aircraft
2　that collided with the United aircraft?
3　　A.　I know there was a contact, but I don't know
4　where because I could not see.
5　　Q.　The contact between the United aircraft and
6　your aircraft was, as you refer to here -- strike that.
7　　　　The right wing tip, as you say, was not
8　visible, and so you were not able to actually see the
9　impact? Is that what you're saying?
10　　A.　Yes. I'm saying that I could not see the
11　right wing, so I don't know what part of the UA aircraft
12　our aircraft's right wing contacted.
13　　Q.　Fair enough. Now, there was never any attempt
14　after leaving the engine-start line by yourself or the
15　other two crew members in the ANA aircraft to try and
16　contact ramp control to determine whether or not the ANA
17　aircraft would clear the United aircraft; correct?
18　　A.　I don't know.
19　　Q.　That right rear window that you were looking
20　out at the United aircraft that we discussed earlier,
21　that window opens; correct?
22　　A.　No. It cannot be opened.
23　　Q.　Is there a right window -- strike that.
24　　　　Is there a window on the right-hand side of
25　the cockpit that can be opened?

Page 93

24 (Pages 90 to 93)

Teruo Usui

1    A.  Yes
2    Q.  Other than the right rear-most window, did you
3    go to any other windows in the cockpit to attempt to
4    look out and see if you could see the right wing tip?
5    A   No, there is not
6    Q.  You did not?  You only looked out one window?
7    Is that right?
8    A.  You mean me?  I looked from the rear-most
9    window
10   Q.  Okay.  And neither you nor the other crew
11   members attempted to open the right-hand side window at
12   any time during the taxi; correct?
13   A.  There is no such operation
14   Q.  Well, there's a right-hand window that opens I
15   thought you said
16   A   Yes.
17   Q   Have you ever had a chance to open a window,
18   the right-hand window, on a 777 aircraft and sort of
19   poke your head out and look out that window?
20   A.  Only when the aircraft is stationary, in other
21   words, when the engine is not on.
22   Q.  When you've done that, can you see the right
23   wing tip?
24        THE INTERPRETER:  When it is parked, he said.
25        Can I have the question again.

Page 94

1        (Record read by the reporter )
2        THE WITNESS:  When one pokes one's head out,
3    it is possible to see
4        MR TORPEY:  Q   If we continue on in your
5    statement, you say here in the next line, since aircraft
6    turning at spot 10 to A taxiway, I checked the
7    clearance  Are you again referring to the clearance
8    between your aircraft and the United aircraft?
9    A.  That's right.
10   Q.  And it goes on to say and noticed a wing
11   walker accompanied the UAL 777 at the left side  I did
12   not see another on the right side.  I saw the wing
13   walker giving an okay-sign presumably to the tow tractor
14   of the United 777.
15       What was the significance of that statement or
16   that observations, if any?
17   A.  I simple told the truth.
18   Q.  Had no significance?  You were just stating
19   what you saw?
20   A   That's right.
21       MR. TURNER:  We've been going for more than an
22   hour and a half again   Let's take a break.
23       THE VIDEOGRAPHER:  Going off the record   The
24   time on the monitor is 4:33 p m.
25       (Recess taken )

Page 95

1        THE VIDEOGRAPHER:  Coming back on the record.
2    The time on the monitor is 4:50  Please begin
3        MR TORPEY:  Q  Mr. Usui, again, looking at
4    your statement, Exhibit 16, if we look at this final
5    line down here, it says that taxi speed was very slow at
6    the moment of the collision
7        During the taxi, was there a point in time
8    when the taxi speed slowed?  In other words, you were
9    going faster and then slowed prior to the impact?
10   A   I don't know.
11   Q.  Well, apparently in your statement you stated
12   that, in fact, the taxi speed was -- strike that
13       You say the taxi speed was very slow, and you
14   go on to say, also our aircraft proceeded a little
15   bit -- or "bid," but I think you mean "bit" -- left of
16   the taxi centerline.
17       Does that refresh your recollection about
18   whether the aircraft prior to impact deviated to the
19   left of the centerline?
20       MR. TURNER:  Can I have the question read
21   back, please.
22       (Record read by the reporter )
23       MR. TURNER:  Objection as to form and
24   foundation.
25       THE WITNESS:  It was on the centerline but

Page 96

1    towards the left
2        MR. TORPEY:  Q   What was the reason that the
3    aircraft deviated to the left of the centerline prior to
4    impact?  What was the purpose of that?
5        MR. TURNER:  Objection as to form and
6    foundation.
7        THE WITNESS:  I don't know the reason
8        MR. TORPEY:  Q   If you as a pilot flying in
9    the 777 had a potential collision hazard to your right,
10   would deviating to the left of the centerline increase
11   or decrease the clearance between the two objects?
12       MR. TURNER:  Objection as to form, foundation,
13   and incomplete hypothetical.
14       THE WITNESS:  I don't know unless I'm in that
15   situation.
16       MR. TORPEY:  Q   Let me show you what was
17   previously marked Exhibit 14, which is the federal
18   aviation regulations.
19       If you look at Exhibit 14, that's federal
20   aviation regulation section 91.3.  It says
21   responsibility and authority of the pilot in command,
22   and under subsection A it states, and I quote, the pilot
23   in command of an aircraft is directly responsible for
24   the final authority as to the operation of that
25   aircraft

Page 97

25 (Pages 94 to 97)

Teruo Usui

1    Mr. Usui, as a captain and proficiency check
2  pilot and flying pilot of a 777 for ANA that flies ANA
3  aircrafts into the United States, were you aware of that
4  aviation regulation?
5    A  In Japan there's an aviation regulation under
6  the same title.
7    Q  And does it read the same as what this
8  regulation reads?
9    A  I don't know because one is in English and one
10  is in Japanese, but they are similar.
11    Q  And you were aware of the -- at least the
12  Japanese version of this regulation on October 7 of
13  2003; correct, sir?
14    A  Yes.
15    Q  Standby one second, please.
16    MR. TORPEY: Let's mark this as the next
17  exhibit which would be what number?
18    (Whereupon, Exhibit 17 was marked for
19    identification.)
20    MR. TORPEY: Q  Let me show you what was
21  marked as Exhibit 17, another federal aviation
22  regulation, and this one is section 91.13.
23    THE VIDEOGRAPHER: Can you move it to the left
24  a little bit.
25    MR. TORPEY: Yeah. And that section reads,
Page 98

1  aircraft so close to another aircraft as to create a
2  collision hazard.
3    Mr. Usui, were you aware of that federal
4  aviation regulation?
5    A  It is the first time for me to see this.
6    Q  And is there a similar Japanese regulation
7  such as FAR 91.111?
8    A  I can't recall.
9    Q  Okay. If you look below that federal aviation
10  regulation 91.113, right-of-way rules except water
11  operations and under subsection B general, it states
12  that vigilance shall be maintained by each person
13  operating an aircraft so as to see and avoid other
14  aircraft.
15    Were you aware of that federal aviation
16  regulation?
17    MR. TORPEY: I'd ask Counsel not to point and
18  direct the witness while a question is pending. You've
19  highlighted a document. You pointed to the witness
20  while I'm cross-examining him on a question. Document
21  is right there in front of the witness. That is
22  completely improper.
23    MR. TURNER: That's exactly the point. The
24  highlighted point that I have highlighted you have
25  highlighted and the witness can't see it because the
Page 100

1  under careless or reckless operation, subpart A, and I
2  quote, aircraft operations for the purposes of air
3  navigation, no person shall operate an aircraft in a
4  careless or reckless manner so as to endanger the life
5  or property of another.
6    Q  Now, do you see that? Mr. Usui, were you
7  aware of that federal aviation regulation?
8    A  It is the first time for me to see this.
9    Q  Do you know if there is -- if there is a
10  similar counterpart in the Japan regulations?
11    A  Yes, there is.
12    (Whereupon, Exhibit 18 was marked for
13    identification.)
14    MR. TORPEY: Q  Let me show you Exhibit
15  Number --
16    THE VIDEOGRAPHER: You won't be able to see it
17  there.
18    MR. TORPEY: What's that?
19    THE VIDEOGRAPHER: Just move it to the left.
20    MR. TORPEY: Hold on one second.
21    THE VIDEOGRAPHER: Down. That's better.
22    MR. TORPEY: Q  Let me show you what was
23  marked as Exhibit 18, and in particular under
24  section 91.111, operating near other aircraft, and
25  section A, it reads, quote, no person may operate an
Page 99

1  court reporter's head is in his way. That's the only
2  reason I gave him the new Exhibit 18 because he couldn't
3  see it because of the court reporter's head and you know
4  that's the case.
5    MR TORPEY: I'd like to see that. Would you
6  hand me that, sir, please. Could I see that.
7    I stand corrected. It is as a marked on that
8  exhibit.
9    MR. TURNER: Sure is.
10    MR. TORPEY: Q  Sir, having reviewed federal
11  aviation regulation 91.113B, were you aware of that
12  federal aviation regulation regarding the obligation to
13  see and avoid other aircraft?
14    A  This is the first time I see this federal
15  aviation regulation.
16    Q  And is there a Japanese counterpart or a
17  similar Japanese regulation requiring see and avoid of
18  other aircraft?
19    A  Yes.
20    Q  And on October 7 of 2003 were you aware of
21  that regulation?
22    A  And by that do you mean the Japanese
23  regulation?
24    Q  Yes, sir.
25    A  Yes.
Page 101

26 (Pages 98 to 101)

Teruo Usui

1    Q.   To your knowledge as a proficiency trainer and
2  instructor, would Mr Mr Yamaguchi and Mr Nishiguchi,
3  the other pilots that were with you on October 7 of
4  2003, have the same knowledge and understanding of the
5  Japan airline regulations that were discussed with you
6  today?
7    A   Yes.
8    Q.   On the day of this collision on October 7 of
9  2003, the ANA -- strike that.
10    If on October 7, 2003, prior to the impact,
11  the United aircraft was stopped or stationery or, let's
12  say, 10 or 15 seconds, and your aircraft was not
13  stationery, you continued to taxi, would you consider
14  that to be an overtaking by your aircraft of the
15  stationary United aircraft?
16    THE INTERPRETER:  The interpreter would like
17  to inquire, by overtaking, do you mean physically pass?
18    MR. TORPEY:  Yes.
19    MR. TURNER:  Objection as to form and
20  incomplete hypothetical
21    THE WITNESS:  I do not know
22    MR. TORPEY:  Q.   Well, an aircraft that is
23  stationary can't overtake an aircraft that's moving;
24  correct?
25    A   I won't know unless I am in such a situation.
                                              Page 102

1    Q.   What does the word overtaking mean to you in
2  terms of aviation as a pilot?  What does the word
3  overtaking mean?
4    A   I don't have an understanding
5    Q.   As a pilot for ANA, do you have an
6  understanding of what it means to have the right-of-way?
7    A   Yes.
8    Q   What does the right-of-way mean?
9    A   It means right-of-way
10    THE VIDEOGRAPHER:  Two minutes, Counsel.
11    MR TORPEY:  You want to switch now because we
12  won't have to stop anymore
13    THE VIDEOGRAPHER:  This concludes Videotape 3
14  in the deposition of Teruo Usui.  Going off the record.
15  The time on the monitor is 5:18 p.m.
16    (Discussion off the record.)
17    THE VIDEOGRAPHER:  Here begins Videotape 4 of
18  the deposition of Teruo Usui.  Coming back on the
19  record  The time on the monitor is 5:19  Please begin.
20    MR. TORPEY:  Q   Mr. Usui, how do you as a
21  pilot know whether your aircraft or another aircraft has
22  the right-of-way while taxiing?
23    A   When the ATC controller gives an instruction,
24  that is when the aircraft has the right-of-way
25    Q   And what is your definition of the
                                              Page 103

1  right-of-way?  What does having the right-of-way
2  authorize your aircraft to do?
3    A   Do you mean on land or in air?
4    Q.   On land, during taxi.
5    A   Then as I said earlier, it is the instruction
6  from ATC.
7    Q.   The only thing, the one and only thing, that
8  the right-of-way -- strike that
9    If you have the right-of-way during taxi, do
10  you have the right to run into another aircraft?
11    MR TURNER:  Objection as to form and
12  incomplete hypothetical.
13    THE WITNESS:  No.
14    MR. TORPEY:  And you got the answer; right?
15    THE REPORTER:  Uh-huh.
16    MR. TORPEY:  Q.   If you have the right-of-way,
17  does that mean that you as a pilot do not have to see
18  and avoid other aircraft while taxiing?
19    MR. TURNER:  Objection as to form and
20  incomplete hypothetical
21    THE WITNESS:  I don't know unless I am
22  actually in a situation.
23    MR. TORPEY:  Q.   In any situation that your
24  mind can conceive, is there ever a situation during taxi
25  where you do not have to see and avoid another aircraft
                                              Page 104

1  simply because you were given the right-of-way?
2    MR. TURNER:  Objection as to form and
3  incomplete hypothetical
4    THE WITNESS:  My answer is the same as before,
5  unless I am in that actual situation, I would not know.
6    MR. TORPEY:  Q.   Do you instruct ANA pilots
7  that when they have the right-of-way, they are relieved
8  from compliance with Japanese aviation regulations?
9    A.   The pilots have licenses.  They have common
10  sense.  They have their own knowledge, so I do not even
11  touch that subject
12    Q.   As a pilot yourself, do you believe, sir, that
13  simply because you are given clearance to taxi that you
14  are relieved of responsibility under Japanese
15  regulations with regard to careless or reckless
16  operation or operating aircraft too near to other
17  aircraft so as to create a collision hazard?
18    MR. TURNER:  Objection as to form, foundation,
19  incomplete hypothetical.
20    THE WITNESS:  When one is operating in the
21  normal way, there would be no violation
22    MR. TORPEY:  Q.   That's not the question, sir
23  The question is whether you believe that simply getting
24  clearance to taxi relieves you of your obligation which require
25  comply with Japanese aviation regulations which require
                                              Page 105

27 (Pages 102 to 105)

Teruo Usui

1  you to not operate an aircraft too close to another
2  aircraft to create a collision hazard?
3          MR. TURNER: Objection as to form, foundation,
4  incomplete hypothetical.
5          THE WITNESS: I don't understand what that
6  specific situation is, so I could not answer.
7          MR. TORPEY: Q. So if the jury in this case
8  hears the testimony, you are saying you cannot answer
9  whether or not getting clearance relieves you -- let me
10  rephrase it.
11          As a commercial airline pilot, you have to
12  comply with Japanese regulations; correct?
13      A.  Of course.
14      Q.  So certainly, sir, you know full well whether
15  or not in getting clearance to taxi that relieves you of
16  any obligation under Japanese regulations to not operate
17  your aircraft so close to another aircraft as to create
18  a collision hazard; true, sir?
19          MR. TURNER: Objection. As to form,
20  foundation, lack of -- incomplete hypothetical.
21          THE WITNESS: I don't know. I cannot answer.
22          MR. TORPEY: Would you read back the question
23  and answer in English just for me.
24          (Record read by the reporter.)
25          MR. TORPEY: Q. Let me ask you another

Page 106

1  question, you used the term -- strike that.
2          Does the term air control system mean anything
3  to you?
4      A.  Are you talking about issuing air control
5  instructions?
6      Q.  One second.
7          Does the term air traffic control system, does
8  that term mean anything to you?
9      A.  As I mentioned earlier, are you talking about
10  air control instructions?
11      Q.  I'll withdraw the question. Mr. Usui,
12  obviously you know at this point that your aircraft ran
13  into the United aircraft on October 7 of 2003. What, if
14  you could do it all over again, what would you have done
15  differently that day?
16          MR. TURNER: Is that your question?
17          MR. TORPEY: That's my question.
18          MR. TURNER: Objection as to form, foundation,
19  incomplete hypothetical.
20          THE WITNESS: I don't know unless I am in such
21  a situation.
22          MR. TORPEY: I don't have any further
23  questions.
24          THE VIDEOGRAPHER: Shall we go off the record?
25  This concludes Videotape 4. Going off the record. The

Page 107

1  time on the monitor is 5:36 p.m.
2          (Whereupon, the deposition adjourned at
3  5:36 p.m.)
4          --oOo--
5          I declare under penalty of perjury that the
6  foregoing is true and correct. Subscribed at
7  _____, California, this _____ day
8  of _____, 2007.
9
10
11
12                  TERUO USUI
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 108

1          CERTIFICATE OF REPORTER
2          I, BRANDON D. COMBS, a Certified Shorthand
3  Reporter, hereby certify that the witness in the
4  foregoing deposition was by me duly sworn to tell the
5  truth, the whole truth, and nothing but the truth in the
6  within-entitled cause;
7          That said deposition was taken in shorthand by
8  me, a disinterested person, at the time and place
9  therein stated, and that the testimony of the said
10  witness was thereafter reduced to typewriting, by
11  computer, under my direction and supervision;
12          That before completion of the deposition,
13  review of the transcript was not requested. If
14  requested, any changes made by the deponent (and
15  provided to the reporter) during the period allowed are
16  appended hereto.
17          I further certify that I am not of counsel or
18  attorney for either or any of the parties to the said
19  deposition, nor in any way interested in the event of
20  this cause, and that I am not related to any of the
21  parties thereto.
22          DATED: November 29, 2007.
23
24          _____
25          BRANDON D. COMBS, CSR 1297

Page 109

28 (Pages 106 to 109)