Usui Dep Exhibit 15

第 1581070399 号
CERT NO

## 第1種航空身体検査証明書
### AVIATION MEDICAL CERTIFICATE(CLASS1)

氏　名　　薄井　輝雄
Name

生年月日　　　　　　1957年03月08日
Date of Birth (y/m/d)

国籍・本籍　神奈川県
Nationality·Registered Domicile

現 住 所　千葉県印旛郡栄町竜角寺台
Address　　5－11－15

有効期間　Valid from (y/m/d) 2007年06月27日　から
　　　　　　　to (y/m/d) 2007年12月26日　まで

条件事項　なし
Conditions

　航空法第31条の規定により、身体検査
基準第1種に適合することを証明する。
This is to certify that the above-mentioned person complies
with the Aviation Medical standards(Class1) in accordance
with Article 31 of Civil Aeronautics Law of Japan.

2007年08月04日
Date of issue (y/m/d)

国土交通大臣
Minister of Land,Infrastructure and Transport

(指定航空身体検査医)
(Designated Aviation　　　　福本正勝
Medical Examiner)　　　　　　　　　　印

EXHIBIT
T.U.
11/29
15

備 考
Remarks

1  事業用操縦士、一等航空士及び航空機関士の資格を有する者がこの証明書（第１種航空身体検査証明書である場合に限る。以下同じ。）交付の後定期運送用操縦士の資格を取得したときは、この証明書の有効期間は６か月に短縮されるものとする。

When the holder of a Commercial Pilot Certificate, a Class 1 Flight Navigator Certificate and a Flight Engineer Certificate has obtained an Airline Transport Pilot Certificate after the date of issuance of this certificate (limited to the holder of a Class 1 Medical Aviation Certificate. The same shall apply hereinafter), the period of validity of this certificate shall be reduced to 6 months

2  定期運送用操縦士の資格を有する者がこの証明書の取得後これ以外の資格を取得したときにおいても、この証明書の有効期間は変更ないものとする。

When the holder of an Airline Transport Pilot Certificate has obtained a certificate of other qualification after the date of issuance of this certificate, the period of validity of this certificate shall remain unchanged





備考 Notes
航空 Category
A. 飛行機 Aeroplane
G. 滑空機 Glider
1. 機体関係 Airframes and systems
3. タービン発動機関係 Turbine-Engine
5. 計器関係 Instrument
空級 Class
Land-Single-Engine 陸上・単発機
Land-Multi-Engine 陸上・多発機
Sea-Single-Engine 水上・単発機
Sea-Multi-Engine 水上・多発機
Land-Single-Piston 陸上・単発ピストン機
Land-Single-Turbine 陸上・単発タービン機
Land-Multi-Piston 陸上・多発ピストン機
Land-Multi-Turbine 陸上・多発タービン機

H. 回転翼航空機 Helicopter
S. 飛行船 Skyship
2. ピストン発動機関係 Piston-Engine
4. プロペラ関係 Propeller
6. 電気関係 Electricity

Sea-Single-Piston 水上・単発ピストン機
Sea-Single-Turbine 水上・単発タービン機
Sea-Multi-Piston 水上・多発ピストン機
Sea-Multi-Turbine 水上・多発タービン機
Motor-Glider 動力付滑空機
High-Class-Glider 上級滑空機
Middle-Class-Glider 中級滑空機

資格　航空級無線通信士



免許証の番号　HAB第8号
免許の年月日　昭和52年5月11日
氏名　薄井優雄
　　　昭和32年3月8日生

左の者は、無線従事者国家試験及び免許規則により、左記資格の免許を与えたものであることを証明する。
この免許証は、国際電気通信条約附属無線通信規則に規定する無線電話通信士一般証明書に該当することを証明する。

昭和52年5月11日

郵政大臣