Usui Dep Exhibit 16

October 8, 2003

Mr. Van Mckenny
NTSB

SUBJ: NH007 (SFO-NRT) B777, Right Hand Wingtip Collided with UAL B777 Right Hand Wingtip

Dear Mr Mckenny,

On October 7, 2003, during the taxi for departure, NH007 flight from San Francisco to Narita had the airplane's right hand wingtip colliding with a UAL B777, which was being pushed out from gate G102. Following is the UTC time-line details of the case.

I, as a Multi-Captain, which is an augmented crew of the flight, was seated in the observer seat.

18:48  Received clearance to push out from the Ramp tower.
-During the push-out, received an advice from the Ramp tower to be careful that another B777 would be taxing in at gate G99.

18:55  Requested taxi to the Ramp tower, then received clearance till spot 10. Then we were told to contact GND control. At the initial contact, we were cleared as [Taxi, RWY 28L via A, F, hold short of RWY 01L].
-On the way to enter to A-TWY by spot 10 (turning to left), I saw a UAL B777 being pushed out from gate G102 and in order to check the clearance with the airplane, I looked outside however, the right hand wing tip could not be in visible.
-Since aircraft turning at spot 10 to A-TWY, I checked the clearance and noticed a wing walker accompanied the UAL B777 at the left side. But I did not see another on the right side. I saw the wing walker giving an OK sign presumably to the tow tractor of the UAL B777
-Right after that, I felt the shock of collision and heard noise.

19:00  Aircraft stopped at the site.

[Comment]
Taxi speed was very slow at the moment of the collision. Also, our aircraft proceeded a little bid left side of the taxi center line.



Page1

ANA001252

[Reference]
1. Information of License
   ATPL Number: 105186 issued on April 9, 1998
   Medical Certificate Number: 14018148 valid till December 26, 2003
   Aeronautical Radio License Number: HABE008 issued on May 11, 1977


Sincerely Yours,

*T. Usui*

Teruo USUI
Captain B777
ALL NIPPON AIRWAYS

ANA001253