**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALL NIPPON AIRWAYS COMPANY,

        Plaintiff,                                    No. 07-03422 EDL

        v.                                          CLERK'S NOTICE

UNITED AIR LINES,

        Defendant

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Compel Discovery and for Additional Time to Depose Witnesses, document number 45, noticed for January 29, 2008 at 9:00 a.m. has been **rescheduled for January 30, 2008 at 2:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: January 8, 2008

                                                            FOR THE COURT,
                                                            Richard W. Wieking, Clerk

                                           by: _____
                                                         Lili M. Harrell
                                                         Courtroom Deputy