# EXHIBIT C

Scott R. Torpey (Cal. SB#153763)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Telephone:      (248) 351-3000
Facsimile:      (248) 351-3802
Email:          storpey@jaffelaw.com

    -and-

Jeffrey A. Worthe (Cal. SB# 080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone:      (714) 285-9600
Facsimile:      (714) 285-9700
Email:          jworthe@whwlawcorp.com
Attorneys for Defendant United Air Lines,
Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD. | Case No. C07-03422 EDL<br>Hon. Elizabeth D. Laporte |
|               Plaintiff, | |
| vs. | |
| UNITED AIR LINES, INC., | |
|               Defendant. | |

## SECOND AMENDED NOTICE OF TAKING VIDEO DEPOSITIONS
### [Amended to Correct Date in Exhibits A & B]

TO:    Counsel for Plaintiff

      PLEASE TAKE NOTICE that the undersigned attorney will take the VIDEO

depositions of the individual(s) listed below upon oral examination before a court

reporter authorized to take depositions in the State of California. Deponent(s) are

1444013.01

requested to bring with them to the deposition the documents requested on the

attached **Exhibits A and B**. The examinations will continue from day to day until

completed.  The depositions are being taken for the purpose of discovery, or for such

other purposes as are permitted under the Rules of Court.

| Name of Deponent(s) | Date and Time | Location |
|---|---|---|
| Teruo Usui | Tuesday<br>November 27, 2007<br>9:00 a.m. | Condon & Forsyth LLP<br>1901 Avenue of the Stars<br>Suite 850<br>Los Angeles, CA 90067-6010<br>310-557-2030 |
| Bishin Yamaguchi | Wednesday<br>November 28, 2007<br>9:00 a.m. | |
| Yusuke Nishiguchi | Thursday<br>November 29, 2007<br>9:00 a.m. | |
| Person Most Knowledgeable<br>with regard to those issues<br>described in attached<br>Addendum B (FRCP 30(b)(6)) | Friday<br>November 30, 2007<br>9:00 a.m. | |

You are invited to attend and cross-examine the witnesses.

RealTime and video equipment may be used by our attorney and the court

reporter to transcribe and view instantaneously the testimony of the deponent.

Although additional serial feeds are available, our office takes no responsibility to

arrange for other attorneys' necessary equipment.  Said deposition shall be continued

from time to time until completed by an officer authorized by law to administer oaths.

DATED: September 27, 2007

2

1444013.01

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jaffe, Raitt, Heuer & Weiss

By: _____

Scott R. Torpey
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone:        (248) 351-3000
E-mail:        storpey@jaffelaw.com
Bar No:  (Cal. SB#153763)

--and--

Jeffrey A. Worthe (Cal. SB#080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Phone:        (714) 285-9600
E-mail: jworthe@whwlawcorp.com

3

1444013.01

1

## EXHIBIT A

2

3   1.   <u>ANA INVESTIGATION FILE</u>: Produce a complete copy of the entire
        investigation file(s) prepared by or on behalf of ANA relative to the cause and
4       circumstances relating to the October 7, 2003 incident at SFO which is the
        subject of the above-captioned litigation. Such materials should include but not
5       be limited to unredacted copies of witness statements, reports, correspondence
        (including any emails or electronic data), photographs and/or any other
6       material of any nature whatsoever that comprises the ANA file(s). To the extent
        you claim work product/privilege, provide a log with regard to those
7       documents being withheld.

8

9   2.   <u>ANA PILOT FILES</u>: With regard to Teruo Usui, Bishin Yamaguchi, and Yusuke
        Nishiguchi, produce unredacted copies of all file materials reflecting with
10      regard to each of these ANA pilots, any accident/incidents which they were
        involved between 1995 to date, any disciplinary actions between 1995 to date,
11      and records pertaining to their training and certification between 1995 to date.
        To the extent you claim work product/privilege, provide a log with regard to
12      those documents being withheld.

13

14  3.   <u>DOCUMENTS REGARDING GROUND HANDLING AGREEMENT</u>: With
        regard to the "Standard Ground Handling Agreement" including "Annex A –
15      Ground Handling Services" and "Annex B – United Service IATA Standard
        Ground Handling Agreement" attached to the "Standard Ground Handling
16      Agreement" between ANA and United in effect on October 7, 2003, produce all
        documents which reflect or pertain to the negotiating of the terms of this
17      contract, the intent/interpretation of ANA with regard to the term contained in
        that contract, and the applicability or inapplicability of the agreement with
18      regard to the events of October 7, 2003 at SFO which is the subject of this
        litigation. To the extent you claim any of these documents as work
19      product/privileged, provide a log with regard to those documents being
        withheld.
20

21

22

23

24

25

26

27

28

4

1444013.01

1

2

## EXHIBIT B

3          Pursuant to FRCP 30(b)(6) you are hereby requested to designate one or more

officers, directors, or managing agents, or other persons who consent to testify on

4    behalf of ANA who are the most knowledgeable individuals with regard to one or

5    more of the following topics:

6    1.    Negotiations leading up to agreement and signature of the "Standard Ground
           Handling Agreement" (including "Annex A – Ground Handling Services" and
7          "Annex B – United Services IATA Standard Ground Handling Agreement"
           attached to the "Standard Ground Handling Agreement").
8

9    2.    Interpretation and intent of the provisions within the "Standard Ground
           Handling Agreement" (including "Annex A – Ground Handling Services" and
10         "Annex B – United Services IATA Standard Ground Handling Agreement"
           attached to the "Standard Ground Handling Agreement").
11

12   3.    The applicability of one or more of the terms within the "Standard Ground
           Handling Agreement" (including "Annex A – Ground Handling Services" and
13         "Annex B – United Services IATA Standard Ground Handling Agreement"
           attached to the "Standard Ground Handling Agreement") to the events of
14         October 7, 2003 which are at issue in this litigation.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1444013.01

## CERTIFICATE OF SERVICE

1

     Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer &

2 Weiss, P.C. and that on September 27, 2007 she caused to be served **Second**

3 **Amended Notice of Taking Video Depositions** on the person(s) listed below by placing said document(s) in a sealed envelope (if applicable), properly addressed,

4 and forwarding same by the method(s) indicated.

5 *By Fax and First Class Mail*

  Frank A. Silane
6
  Rod D. Margo

7 Scott D. Cunningham

  Condon & Forsyth LLP
8
  1901 Avenue of the Stars, Suite 850

9 Los Angeles, CA 90067-6010

10 *By Fax and First Class Mail*

  Marshall S. Turner
11
  Condon & Forsyth LLP

12 7 Times Square

  New York, NY 10036
13

  Dated: September 27, 2007
14

*By Fax and First Class Mail*
Jeffrey A. Worthe
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, CA 92705

*Phyllis L. Nelson*
Phyllis L. Nelson

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1444013.01