# EXHIBIT I

# All Nippon Airways
## vs.
# United Air Lines

Deposition of

## **Eishin Yamaguchi**

Volume 1

November 27, 2007

Reported By:  Brandon Combs,  CSR 12978
Job Number: 1-6056

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3                --oOo--

4   ALL NIPPON AIRWAYS COMPANY,        )
    LTD.,                              )
                                       )
5                                      )
             Plaintiff,                )
6                                      )
             vs.                       )   No. C07-03422 EDL
7                                      )
    UNITED AIR LINES, INC.,            )
8                                      )
             Defendant.                )
9   _____)

10

11

12

13        VIDEOTAPED DEPOSITION OF

14           EISHIN YAMAGUCHI

15   _____
              November 27, 2007

16

17

18

19

20

21   REPORTER: BRANDON D. COMBS, RPR, CSR 12978    Job 6056

22

23

24

25

Combs Reporting, Inc. 888-406-4060
www.combsreporting.net

7ca02e95-9401-455d-8a64-f2666796c47a

```
 1              INDEX
 2                              PAGE
 3
 4  EXAMINATION BY MR. TORPEY .....................11
 5
 6
 7              EXHIBITS
 8  EXHIBIT   DESCRIPTION              PAGE
 9    1   Fourth Amended Notice of Taking Video    33
         Depositions.
10
     2   Operations Manual (English).      54
11
     3   SFO Airport Operations Bulletin, July    104
12       31, 2000.
13   4   SFO Airport Operations Bulletin,     104
         August 7, 2001.
14
     5   Recon 1, Photo of gate area.      105
15
     6   Transcripts - Ramp Tower and Ground   110
16       Control.
17   7   October 8, 2003, Van Mckenny, NTSB.     127
18
19          REQUESTED BE MARKED
20   PAGE                LINE
21   90                  6
22
23
24
25
                                        Page 2
```

```
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                ---oOo---
 4  ALL NIPPON AIRWAYS COMPANY,    )
    LTD.,                          )
 5                                 )
          Plaintiff,               )
 6                                 )
    vs.                            ) No. C07-03422 EDL
 7                                 )
    UNITED AIR LINES, INC.,        )
 8                                 )
          Defendant.               )
 9   _____)
10
11              --oOo--
12      BE IT REMEMBERED THAT, pursuant to Notice and
13  on Tuesday, November 27, 2007, commencing at
14  9:58 a.m. thereof at 595 Market Street, Suite 620,
15  San Francisco, California, before me, BRANDON D. COMBS,
16  a Certified Shorthand Reporter, personally appeared
17          EISHIN YAMAGUCHI,
18  called as a witness by the Defendant being first duly
19  sworn, testified as follows:
20              --oOo--
21      JAFFE, RAITT, HEUER & WEISS, 27777 Franklin
22  Road, Suite 2500, Southfield, MI 48034-8214, represented
23  by SCOTT R. TORPEY, Attorney at Law, appeared as counsel
24  on behalf of the Defendant.
25      CONDON & FORSYTH, LLP, Times Square Tower,
                                        Page 3
```

```
 1  Seven Times Square, New York, NY 10036, represented by
 2  MARSHALL S. TURNER and TIMOTHY ESKRIDGE, Attorneys at
 3  Law, appeared as counsel on behalf of the Plaintiff.
 4      WORTHE, HANSON & WORTHE, The Xerox Centre,
 5  1851 East First Street, Ninth Floor, Santa Ana,
 6  CA 92705, represented by JEFFREY A. WORTHE, Attorney at
 7  Law, appeared as counsel on behalf of the Defendant.
 8      ALSO PRESENT: Steven S. Fus; Yoshihiro
 9  Mizuno; Shinsuke Moriya; Sadaaki Matsutani, Interpreter;
10  Satoe Ohari, Interpreter; Stephen Statler, Videographer.
11              --oOo--
12      THE VIDEOGRAPHER:  Good morning.  Here begins
13  Videotape 1 of the deposition of Eishin Yamaguchi in the
14  matter of All Nippon Airways, Limited versus
15  United Airlines, Incorporated in the U.S. District Court
16  for the Northern District of California.  The case
17  number is C07-03422 EDL.  Today's date is November 27,
18  2007, and the time on the video monitor is 9:58 a.m.
19      The video operator today is Stephen Statler
20  representing Combs Reporting, 595 Market Street,
21  Suite 620, San Francisco.  And this videotaped
22  deposition is taking place at 595 Market Street and was
23  noticed by Jaffe Raitt.
24      Counsel, please voice identify yourselves and
25  state whom you represent.
                                        Page 4
```

```
 1      MR. TORPEY:  Scott Torpey on behalf of United.
 2      MR. WORTHE:  Jeff Worthe for United Airlines.
 3      MR. FUS:  Steve Fus for United Airlines.
 4      MR. TURNER:  Marshall Turner from
 5  Condon & Forsyth for All Nippon Airways.
 6      MS. ESKRIDGE:  Timothy Eskridge, Condon &
 7  Forsyth for All Nippon Airways.
 8      MR. MORIYA:  Shinsuke Moriya.
 9      MR. MIZUNO:  Yoshihiro Mizuno.
10      MR. TURNER:  Also present here is
11  Mr. Matsutani, who is an interpreter.
12      MR. TORPEY:  And Satoe Ohari who is also an
13  interpreter.
14      THE VIDEOGRAPHER:  The court reporter today is
15  Brandon Combs of Combs Reporting.  And would the
16  reporter please administer the oath.
17      (After being duly sworn, the interpreters,
18  Satoe Ohari & Sadaaki Matsutani, translated
19  questions put to the witness into the Japanese
20  language and the answers thereto given by the
21  witness were translated into the English
22  language.)
23              --oOo--
24      MR. TORPEY:  I'd like --
25      MR. TURNER:  Just a couple of housekeeping
                                        Page 5
```

2 (Pages 2 to 5)

7ca02e95-9401-455d-8a64-f2666796c47a

### Eishin Yamaguchi

1  matters. To begin with, since this is the first
2  deposition being taken in this case, I want to make it
3  clear that this deposition is being taken pursuant to
4  the Federal Rules of Civil Procedure; is that correct?
5       MR. TORPEY: That's correct.
6       MR. TURNER: All objections except as to form
7  being reserved to the time of trial.
8       MR. TORPEY: The rules provide that all
9  objections other than form and foundation are preserved
10  and there is no need to raise them. It also provides
11  that there are no speaking objections.
12       MR. TURNER: In view of the fact that we have
13  received five deposition notices with differing requests
14  for documents, I just want to quickly go over them and
15  make it clear what has been and is being produced.
16       MR. TORPEY: Well, let me do this, Marshall.
17  I don't want this to, you know, detract or take away
18  from the amount of time we have here today with the
19  witness. We can discuss that at another time. If you
20  have additional documents you're producing here today,
21  produce them. Otherwise we can discuss this at another
22  time.
23       MR. TURNER: This will just take a few
24  minutes. In view of the fact that we received five
25  notices, I think it has to be clear, a couple of them

Page 6

1       Those documents are here. If we can have an
2  agreement on them, you can examine the witness on them.
3  Without an order, you cannot have copies, but I may let
4  you see them so you can examine the witness.
5       The third item in that second deposition
6  notice contains documents regarding ground handling
7  agreement. This witness has no knowledge of documents
8  recording ground handling agreements.
9       The second amended notice, which was the third
10  notice we received in late September, that is exactly
11  the same as the second one. Nothing further to be
12  produced there.
13       Two, a third amended notice and a fourth
14  amended notice were both received last week. They
15  request some additional documents including ANA
16  operation manual in existence on the day of the
17  accident, October 7, 2003.
18       This witness has not had any opportunity to
19  attempt to locate such a document nor does he know if
20  there is a document that is in existence. You, of
21  course, can examine him on this.
22       He did however obtain from ANA's legal
23  department a section that he believes is the only
24  conceivably relevant section which is current. Some of
25  it was applicable in October of '03. Some of it may not

Page 8

1  having been received just last week.
2       The first one, which is the original notice,
3  has an Exhibit A requesting only the All Nippon Airways
4  investigation file. That was fully produced as part of
5  our initial disclosure.
6       The second one -- notice is an amended notice
7  to take video deposition. That was received in mid
8  September. And there are a couple of additional
9  requests in addition to the accident investigation file
10  in Exhibit A.
11       Number 2 requests All Nippon Airways pilot
12  files which requests all accidents/incidents that the
13  pilots, in this case Mr. Yamaguchi, may have been
14  involved in or received disciplinary action. There are
15  no such accidents/incidents or disciplinary action. It
16  also requests certificates and training from 1995 to
17  date.
18       We do have his certificates, and we do have
19  his record of training, but these are documents that
20  contain personal information that we would only produce
21  if we have a confidentiality order. And to my knowledge
22  I have not received such an order from United's counsel,
23  although the court did direct that United's counsel
24  provide us with an order pursuant to her order. And we
25  had a hearing on November 13.

Page 7

1  have been, but you're welcome to look at that version.
2       Also, you asked for all the publications on
3  board the aircraft, required to be onboard the aircraft
4  on October 7, 2003. This witness does not have control
5  over those documents, and he has not had the opportunity
6  to look for them since he didn't see this notice
7  actually until yesterday.
8       And you also asked for routing in item 7 of
9  the third and fourth amended notices, his routing on the
10  day of October 7, 2003. This witness has not had the
11  opportunity to look for them. He doesn't know if it
12  still exists for the day of October 7, 2003, but he does
13  know from whom he would have obtained such routing. And
14  it was neither ANA nor United Airlines. He knows the
15  company he received it from.
16       That's all I have on these notices because I
17  have a few documents that he also obtained that are
18  included in the ANA accident investigation file, but he
19  doesn't have and never had access to and never saw the
20  complete ANA investigation file that has been produced
21  in this case.
22       MR. TORPEY: Well, let me quickly respond.
23  First of all, as I said in both conversation and by
24  letter, I was and continue to be willing to make any
25  documents that you believe are confidential and should

Page 9

3 (Pages 6 to 9)

7ca02e95-9401-455d-8a64-f2666796c47a

1  be subject to the protective order retroactively covered
2  under that order, and to date you refused.
3       Secondly, this notice, which is the notice
4  dated November 19, 2007, was sent on that day by fax and
5  email to your office. You filed no objections as
6  required if you have an objection.
7       And you can laugh, Marshall. I think that's
8  disrespectful. Do whatever you like. Say whatever you
9  like. But here we are at the deposition. You're
10 prepared to produce some but not all of the documents.
11      And to add to that, this was a notice by a
12 party to this case to another party. This is not a
13 notice to Mr. Yamaguchi personally.
14      Now you chose not to produce documents, and,
15 as you know, we have a motion that's going to be filed
16 with the court, and we're asking the court to take
17 appropriate action with regard to what you've done.
18      I don't think there's anything more that I
19 need to say. If you want to hand me documents you're
20 producing in response to my notice, I'll look at them to
21 the extent I can. But it won't be possible for me to
22 spend much time on them nor will I have the ability to
23 consult with my experts which I would certainly have
24 done had you produced this as required.
25      There was a document request sent to you, as

Page 10

1  you know, that you responded to a week and a half or two
2  weeks ago that was sent back in October. There are
3  items in there that you haven't produced either, so
4  we'll address that at another time.
5       MR. TURNER: I think in response to your
6  comments I want the record to reflect that all of our
7  responses have been timely and complete. And I
8  certainly want to point out for the record the court's
9  order of November 19 requiring United to provide a
10 stipulated protective order as referenced at her hearing
11 on June 13, and on -- I'm sorry -- November 13, 2007,
12 and also at that hearing Mr. Torpey informed me that he
13 would be providing me with the corrected protective
14 order.
15      And the court has ordered that United Airlines
16 revise the stipulated protective order and that the
17 parties shall then submit the jointly proposed order to
18 the court. I still have not seen that order.
19      MR. TORPEY: Let's begin the deposition. I'd
20 like to start.
21      EXAMINATION BY MR. TORPEY
22      MR. TORPEY: Q. Mr. Yamaguchi, please, you do
23 have some understanding of English. You can understand
24 me as we speak now; correct?
25      A. No. I do not have an accurate understanding.

Page 11

1       Q. You're the pilot in command of a Boeing 777
2  commercial airliner, correct, sir?
3       A. Yes.
4       MR. TURNER: I hate to interrupt. Is it okay
5  with the translators and you if Mr. Matsutani kindly
6  chimes in once in a while?
7       MR. TORPEY: Well, here's what I think. I
8  think, with all due respect to Mr. Yamaguchi, I don't
9  think it's necessary that every question and every
10 answer be translated. This is a commercial airline
11 pilot. He speaks every day fluently, I'm sure, with air
12 traffic control. The regulations require that. That's
13 part of his job.
14      And for us to sit here for hours with
15 translation that's unnecessary, I think is unnecessary.
16 I think if and when there comes a point in time that the
17 witness feels that there is a language problem, then
18 certainly one or both interpreters can weigh in. But
19 otherwise I think, Marshall, all we're doing is wasting
20 a bunch of time. It's not really up to you. I would
21 ask Mr. Yamaguchi.
22      Q. And let me ask you --
23      MR. TURNER: Hold it. Before you ask a
24 question, you've made a comment on the record. I'm
25 entitled to respond.

Page 12

1       MR. TORPEY: Go ahead, please.
2       MR. TURNER: Mr. Yamaguchi does not give
3  depositions every day, and it is not his native tongue.
4  He is entitled to a translator, and he will use one. My
5  question had nothing to do with it. My question was a
6  matter of procedure here.
7       We have brought Mr. Matsutani as a translator
8  here, and he did just -- I don't know if it was a
9  constructive comment or not for the other translator.
10      And I just wanted to know if that's offensive
11 to you or to the other translator in which case he won't
12 interfere. But it seemed to be very simply and perhaps
13 constructive. But I just want to make sure there wasn't
14 any objection to it.
15      MR. WORTHE: We also have to take into
16 consideration the reporter with two people speaking over
17 each other. My suggestion is one interpreter.
18      MR. TORPEY: Well, here is the way I think it
19 should be done. First of all, it's now almost 10:15.
20 And I haven't gotten one question or answer from
21 Mr. Yamaguchi.
22      We have got a dozen people in the room, and we
23 have to get this deposition done. We started at 10:00
24 at your request, and we haven't gotten one question
25 done. I've asked Satoe Ohari to be the interpreter.

Page 13

4 (Pages 10 to 13)

7ca02e95-9401-455d-8a64-f2666796c47a

Eishin Yamaguchi

1  It's my deposition of this witness. Ms. Ohari is going
2  to interpret this--
3       If your interpreter believes that something is
4  interpreted incorrectly, then I welcome him to speak up
5  and correct it. You know, we've both done this before
6  many times, so this is not something new.
7       But I also -- and I'll stand on this,
8  Marshall -- we can have him -- we can have Satoe and
9  your interpreter interpret every single question if
10 that's what you are going to direct happen here today.
11 But I can tell you that we will not finish this
12 deposition here today under any circumstances, let alone
13 in the seven hours allowed by the federal rules.
14      So I'm asking -- so that we don't have to come
15 here for an additional period of time in the future, I'm
16 asking that the witness, when possible, be able to be
17 asked and answer questions in English.
18      To the extent he feels uncomfortable, I would
19 welcome Mr. Yamaguchi to turn to Mr. Ohari or your
20 interpreter and ask for assistance. I think that's very
21 reasonable, and that's what I'd ask you to do Marshall.
22      MR. TURNER: The main reason that we haven't
23 gotten any questions out in almost 15 minutes is mostly
24 your talking on the subject. It was a very simple
25 comment. I thought it was constructive, and I think

Page 14

1  Mr. Yamaguchi, what positions have you held when you
2  started at ANA up to today?
3       A. At first I was copilot for Boeing 767. Then I
4  was copilot for 747-400, and now I am captain of 777.
5       Q. And how long have you been a captain for the
6  777?
7       A. Seven years.
8       Q. Okay. So roughly since 2000 sometime?
9       A. Yes.
10      Q. If you remember, when approximately in 2000?
11      A. It was from February of 2000.
12      Q. And did you -- or have you flown the last
13 seven years anything else other than a 777 for ANA?
14      A. No.
15      Q. We had talked a little bit at the outset about
16 your proficiency with English. Do you read English?
17      A. I can read in English about aeronautical
18 matters, but I do not believe that I can read other
19 things in English with accuracy.
20      Q. Do you think reading an English newspaper is
21 something you could do?
22      A. No. I do not think so.
23      Q. Can you write in English?
24      A. To a certain degree.
25      Q. And with regard to your responsibilities as a

Page 16

1  you're agreeing to it. Let's get on with the
2  deposition. The witness is entitled to, and we'll use,
3  the interpreter.
4       MR. TORPEY: So you're directing that the
5  interpreter has to translate every question and answer?
6       MR. TURNER: That's the way the deposition is
7  going to go, yes.
8       MR. TORPEY: All right. Then we'll deal with
9  that at another time.
10      Q. Mr. Yamaguchi, I apologize, sir, for the
11 delay. I won't take any more of your time than is
12 necessary today. Would you start by giving us your full
13 name, please.
14      A. My name is Eishin Yamaguchi.
15      Q. And, Mr. Yamaguchi, where are you employed,
16 sir?
17      A. By ANA, All Nippon Airways.
18      Q. And how long have you been with ANA?
19      A. 17 years.
20      Q. And how old are you, sir?
21      A. I am 44.
22      Q. Was ANA your first aviation-related
23 employment?
24      A. Yes, that's right.
25      Q. And just give me a little background,

Page 15

1  captain and/or a pilot in command of a 777 for ANA, are
2  you required to be able to speak and understand in the
3  English language?
4       A. I would like the question in Japanese once
5  more. No.
6       Q. Okay. When you fly and communicate with air
7  traffic control, what language do you speak to them in?
8       A. Ordinarily in English.
9       Q. So let's say you're flying into Narita, you're
10 talking to air traffic control, you'd speak to them in
11 English; correct?
12      A. I do speak in English, but if it was a
13 complicated matter, I would communicate in Japanese.
14      Q. If you're flying to the United States and
15 you're talking to air traffic control, you would talk to
16 them in English; right?
17      A. That's right.
18      Q. You would not speak to air traffic control in
19 the U.S. in any other language; correct?
20      A. No.
21      Q. No, you would not speak in any other tongue
22 than English?
23      A. That's right.
24      Q. With regard to publications by Boeing, for
25 example, relating to your aircraft, are those published

Page 17

5 (Pages 14 to 17)

7ca02e95-9401-455d-8a64-f2666796c47a

### Eishin Yamaguchi

| | |
|---|---|
| 1    in English? | 1    recollection of the events at SFO on October 7, '03? |
| 2        A.   Translations were distributed to us. | 2        A.   I don't have personal knowledge, but I have a |
| 3        Q.   When did you arrive in the United States prior | 3    recollection to a certain degree. |
| 4    to today, sir? | 4        Q.   Okay. Your ANA's lawyer may have told you |
| 5        A.   I arrived yesterday. | 5    this, but if not, I'll do so. |
| 6        Q.   About what time? | 6            If you don't recall something Mr. Yamaguchi, |
| 7        A.   I arrived at 9:00 a.m. | 7    then just tell us you don't know or you don't recall. |
| 8        Q.   9:00 a.m. And did you arrive having been a | 8    We don't want you to guess here today. So that if you |
| 9    working crew member on an ANA flight? | 9    do answer, we're going to assume that you correctly |
| 10       A.   No. I came as a passenger. | 10   understood the question and that you've given us an |
| 11       Q.   And when are you scheduled to go back? | 11   answer based on your -- what we'll call personal |
| 12       A.   Tomorrow. | 12   knowledge, that you're not guessing. |
| 13       Q.   And at what time, sir? | 13           Will you do that for us? |
| 14       A.   The flight is scheduled to leave at 11:00 a.m. | 14       A.   Yes. |
| 15       Q.   And goes to where? | 15       Q.   And again, I say this respectfully, being |
| 16       A.   Narita. | 16   sworn to tell the truth, of course, you will do so in |
| 17       Q.   And will you be working that flight or just be | 17   response to my questions; correct, sir? |
| 18   a passenger again? | 18       A.   Yes. |
| 19       A.   As a passenger. | 19       Q.   What professional licenses do you hold or |
| 20       Q.   Do you have a period of time before you return | 20   certificates, sir? |
| 21   on a working flight? | 21       A.   I have an ATR certification to work as a |
| 22           THE INTERPRETER:   I'd like the question read | 22   captain and the certification for the aircraft model |
| 23   again. | 23   based on that. I also have a license for aeronautical |
| 24           MR. TORPEY:   I'll just rephrase it. | 24   radio communication. Furthermore, I have a physical |
| 25       Q.   Mr. Yamaguchi, when are you next scheduled to | 25   examination certificate. So in total I have three. |
| Page 18 | Page 20 |

| | |
|---|---|
| 1    fly as a crew member for ANA? | 1        Q.   The radio certificate, what does that permit |
| 2        A.   The third of next month. | 2    you to do? |
| 3        Q.   Third of December? | 3        A.   I am allowed to operate the radio |
| 4        A.   Yes. | 4    communication equipment on an aircraft. |
| 5        Q.   Other than the attorney for ANA, did you have | 5        Q.   Which allows you to talk to air traffic |
| 6    a chance to speak to anyone else about your giving a | 6    control and other authorities, if you will? |
| 7    deposition here today? | 7        A.   Yes. |
| 8        A.   Are you asking aside from Mr. Turner? | 8        Q.   Are your licenses or certificates issued by a |
| 9        Q.   Yes, sir. | 9    Japanese government authority or the U.S. counterpart or |
| 10       A.   No. Not anyone else besides Mr. Turner. | 10   some other authority? |
| 11       Q.   After the day of the incident involved in this | 11       A.   It has -- they were issued by the Japanese |
| 12   case, which is October 7 of 2003, have you ever had an | 12   authorities. |
| 13   opportunity to talk to anyone other than Mr. Turner or a | 13       Q.   Is your understanding of the English language |
| 14   member of his law firm about what took place that day? | 14   about the same today as it was back on October 7, '03? |
| 15       A.   No. | 15       A.   Yes. |
| 16       Q.   Okay. You haven't talked to Mr. Usui, that's | 16       Q.   On the day of this accident, Mr. Yamaguchi, |
| 17   U-s-u-i, or Mr. Nishiguchi about this matter since the | 17   the flying pilot or copilot, Mr. Nishiguchi, and the |
| 18   accident? | 18   observer pilot, Mr. Usui, had you ever before flown with |
| 19       A.   I talked with them on the day of the accident. | 19   them? |
| 20       Q.   But not since then about the accident? | 20       A.   Yes. |
| 21       A.   No. | 21       Q.   And can you tell me about how many times you |
| 22       Q.   I assume this is the first time you've ever | 22   would have flown with Mr. Nishiguchi, the flying pilot |
| 23   given a deposition or been involved in litigation? | 23   or copilot? |
| 24       A.   It's my first time. | 24       A.   I do not recall the number of times, but it |
| 25       Q.   Do you still have a personal knowledge or | 25   was a two-day flight, so I have flown several times with |
| Page 19 | Page 21 |

6 (Pages 18 to 21)

7ca02e95-9401-455d-8a64-f2666796c47a

Eishin Yamaguchi

1  him.
2      Q.  So as of the time this accident occurred on
3  October 7, '03, would you say you'd flown with
4  Mr. Nishiguchi maybe more than a dozen times?
5      A.  No. I have not flown with him as many as 12
6  times.
7      Q.  What's your best recollection of times you
8  flew with Mr. Nishiguchi before October 7, '03, with
9  Mr. Nishiguchi being a flying crew member?
10     A.  How shall I count this. For example, one
11 flight from Tokyo to Osaka would count as once?
12     Q.  Yeah. Fair enough. That would be fine.
13     A.  If that is the case, it would be maximum six
14 times.
15     Q.  Would those all have been in a 777?
16     A.  Yes.
17     Q.  And on those six occasions, were you the pilot
18 not flying and Mr. Nishiguchi was the pilot flying?
19     A.  No. Sometimes I was the pilot, and sometimes
20 Mr. Nishiguchi was.
21         CHECK INTERPRETER:  Sometimes I was the pilot
22 flying; sometimes Mr. Nishiguchi was the pilot flying.
23         MR. TORPEY:  Q.  The six times, how many
24 separate trips did that comprise?
25     A.  Three flights a day, and there were two such

Page 22

1  the accident, can you give me, Mr. Yamaguchi, an idea of
2  how many times you would have flown with Mr. Usui?
3      A.  I was talking about that one round-trip before
4  the day of the accident.
5      Q.  Okay. Understood. Then let me ask you, since
6  the date of the accident, have you flown with Mr. Usui?
7      A.  I have not flown with him.
8      Q.  Is Mr. Usui a check airman?
9      A.  He is so today.
10     Q.  Was he back on October 7 of '03?
11     A.  I recall that he was in training to be a
12 checker.
13     Q.  Prior to the day of this accident,
14 Mr. Yamaguchi, had you ever flown a 777 aircraft with
15 Mr. Nishiguchi to or out of San Francisco airport?
16     A.  No.
17     Q.  Do you know if Mr. Nishiguchi at any time
18 prior to October 7, '03, ever flew a 777 aircraft in or
19 out of San Francisco airport?
20     A.  Although I do not know the number of times, I
21 believe that he was flying in and out of San Francisco
22 frequently.
23     Q.  As a crew member of a 777 aircraft; is that
24 correct?
25     A.  Yes.

Page 24

1  days. But it could have been less than that.
2      Q.  Are there other pilots that you fly with more
3  frequently than -- that you did fly with prior to this
4  accident more frequently than Mr. Nishiguchi?
5      A.  I do not recall.
6      Q.  Have you flown with him since the date of the
7  accident?
8      A.  Yes.
9      Q.  And do you remember on how many different
10 trips?
11     A.  I do not have a clear or accurate
12 recollection.
13     Q.  Okay. Would you say it was more than six
14 trips?
15     A.  No. I think it is less than six.
16     Q.  How about with Mr. Usui?
17     A.  It was a one return trip, so shall we say that
18 it was two times?
19         CHECK INTERPRETER:  One round-trip.
20         THE INTERPRETER:  I said return trip, so it's
21 the same thing.
22         MR. TORPEY:  Q.  So I'm clear then since the
23 date of the accident, you had one round-trip --
24     A.  Yes.
25     Q.  -- with Mr. Usui. And prior to the date of

Page 23

1      Q.  Okay. And with regard to yourself, as a crew
2  member of a 777 aircraft, prior to October 7 of '03, is
3  that a trip you frequently made?
4      A.  Although I do not recall the exact number of
5  times, I was doing that as a crew member almost every
6  month.
7      Q.  Okay. When you say every month, how many
8  times on average per month would you be a crew member
9  for a 777 going into or out of San Francisco?
10     A.  Are you talking about the time before the
11 accident?
12     Q.  Yes, sir. So that would be from when you
13 started as a 777 captain in February of 2000 to
14 October 7, '03, how many times per month would you be
15 the pilot flying or pilot not flying, crew member of an
16 ANA aircraft to or from San Francisco?
17     A.  I believe that it would be 12, 13, 14 times,
18 approximately.
19     Q.  Per month?
20     A.  No. Before the accident.
21     Q.  But 12 or 13 times per month before the
22 accident?
23     A.  I'm talking about the number of times in total
24 before the accident. So although I don't know exactly
25 how many times, it would be over ten times.

Page 25

7 (Pages 22 to 25)

7ca02e95-9401-455d-8a64-f2666796c47a

Eishin Yamaguchi

1    Q. Okay. Understood.
2        In February of 2000, was ANA flying to
3   San Francisco airport, flying 777s to San Francisco?
4    A. Yes.
5    Q. And I take it it's done so regularly up to
6   today? They continue to fly that route to and from
7   San Francisco?
8    A. Yes.
9    Q. Other than the accident of October 7 of '03,
10  have you ever been involved in any accidents or
11  incidents with regard to any aviation matter?
12   A. No.
13   Q. To your knowledge, has Mr. Nishiguchi or Usui
14  been involved in any accidents or incidents other than
15  the one of October 7, '03?
16   A. Not as far as I know.
17   Q. From February of 2000 to October 7 of '03, can
18  you tell me how many hours you have as the pilot in
19  command of a 777 aircraft?
20   A. I don't have the record here, so I do not know
21  the accurate number of hours, but I believe it would be
22  about 4,000 several hundred hours.
23   Q. Okay. And of those hours that you accrued
24  between February 2000 and October 7, 2003 in a 777, how
25  many would have been as the flying pilot? Any idea?

Page 26

1    A. Are you talking about the total of my flight
2   time?
3    Q. Yes. If I understand you, Mr. Yamaguchi, you
4   said that prior to the date of this accident you had
5   4,000-plus hours as pilot in command of a 777. And what
6   I'm asking, of those 4,000 approximate hours, how many
7   of those were with you as the flying pilot,
8   approximately?
9    A. I don't have the document at hand, so I cannot
10  say.
11   Q. Would your best recollection be that perhaps
12  half of those hours or something more or less than half
13  as pilot flying?
14   A. I'm trying to ascertain the meaning of the
15  term flying pilot. If I'm onboard as the responsible
16  person, I may be flying the aircraft, so I would be the
17  pilot. But sometimes the copilot would be flying the
18  aircraft, in which case I would not be the flying pilot.
19       The only record that remains would be the PIC,
20  in other words, of me as the person responsible. So
21  there would be no record about the flying time.
22   Q. Regardless of there being a record,
23  Mr. Yamaguchi, do you have a recollection of about how
24  many of those approximate 4,000 hours that you were
25  pilot in command that you were also the flying pilot?

Page 27

1        MR. TURNER: I just want to add that I want to
2   caution and remind the witness that he is not to guess.
3        THE WITNESS: I cannot recall accurately,
4   therefore, I cannot answer.
5        MR. TORPEY: Q. Okay. So you have no idea
6   how many hours from 1 to 4,000 you spent as the flying
7   pilot of a 777 aircraft between February 2000 and
8   October 7, 2003; true statement?
9        MR. TURNER: Objection as to form and
10  foundation.
11       THE WITNESS: When I talked about the
12  approximate 4,000 hours, I was talking about the hours
13  that are relevant after I became captain. If it is only
14  up to the date of 2003, October 7, there will not be as
15  many as 4,000 hours.
16       MR. TORPEY: Q. Let me do this so we're very
17  clear, Mr. Yamaguchi.
18       In February 2000 when you became a captain for
19  an ANA 777 aircraft, going forward to October 7, 2003,
20  the date of the accident involved here, please tell me
21  two things. Number 1, what are your total hours as
22  pilot in command of a 777 aircraft?
23       MR. TURNER: One question at a time.
24       MR. TORPEY: I haven't finished my question.
25   Q. Number 2, of those hours, how many were as the

Page 28

1   flying pilot.
2        MR. TURNER: I object as to form. Please ask
3   the witness one question at a time, Mr. Torpey. I want
4   the record clear that I'm objecting to Mr. Torpey and
5   his discourtesy in asking these two questions knowing it
6   is improper form. But I'm going to let the witness
7   answer it.
8        MR. TORPEY: And I would ask that you raise
9   objections, not speaking objections. I don't want to
10  get into a dialogue here, so let's stop that right now.
11       MR. TURNER: You know you're very wrong in
12  asking two questions, and it was very discourteous for
13  you to insist upon doing it.
14       MR. TORPEY: You can make an objection to
15  form, but you can't do what you just did, and if it
16  continues, we're going to have to ask the court to
17  instruct you to follow the rules.
18       MR. TORPEY: You know you're 100 percent
19  wrong. Please stop that right now.
20       MR. TORPEY: Yeah. Let's stop and read back
21  the question, and let's continue with the deposition.
22       THE INTERPRETER: The interpreter will repeat
23  the question.
24       THE WITNESS: I do not have a record at hand,
25  so that I cannot say what the hours are accurately. I

Page 29

8 (Pages 26 to 29)

7ca02e95-9401-455d-8a64-f2666796c47a

Eishin Yamaguchi

1  know the approximate total time, but I am unable to say
2  how much of that time was as a flying pilot.
3      MR. TORPEY:  Q.  And even if you had the
4  records, which I assume you're talking about your pilot
5  logbooks?
6      A.  I do not keep the time personally.  The
7  company does that.
8      Q.  Okay.  What you're telling me though is that
9  even the company records would not reflect how many of
10  the total hours you have accrued as pilot in command
11  between February 2000 and October 7, 2003, involved you
12  as the flying pilot; correct?
13      A.  Yes.
14      Q.  And finally, Mr. Yamaguchi, what is your best
15  recollection of the total number of hours you have as
16  the pilot in command of a 777 between February 2000 and
17  October 7, 2003?
18      A.  I do not know the accurate number of hours,
19  but I would think that it would be around 2,000 hours.
20      Q.  Have you at any time been subject to any kind
21  of disciplinary action by any government authority
22  and/or ANA relative to your performance as a pilot?
23      A.  After the accident, my work was suspended for
24  a certain time period.
25      Q.  How long was -- let me.  You say your work was

Page 30

1  did you resume the identical duties?  Did anything
2  change?
3      A.  No.  It was the same.
4      Q.  Who determined -- strike that.
5          On October 7, 2003, with regard to the flight
6  where the accident occurred, was it your decision to
7  designate your first officer to be the flying pilot that
8  day?
9      A.  Yes.
10      Q.  What was the reason that you chose not to be
11  the flying pilot that day?
12      A.  There was no reason or limitation for the
13  copilot not to operate the aircraft.
14      Q.  And when you came in from Japan on the flight
15  immediately before the departure flight where this
16  accident occurred, did you fly inbound with the same
17  crew members that you were flying back to Japan with?
18      A.  Yes.  I was in the deadhead, in other words,
19  the passenger compartment.
20      Q.  And was Mr. Nishiguchi part of the flight crew
21  for that inbound flight?
22      A.  Yes.
23      Q.  How about Mr. Usui?
24      A.  He too.
25      Q.  And do you know what role they played, in

Page 32

1  suspended.  ANA suspended you from further piloting for
2  a period of time after this accident?
3      A.  Yes.
4      Q.  And the suspension was because of the accident
5  at San Francisco?
6      A.  Yes.
7      Q.  And how long was your suspension?
8      A.  About two weeks.
9      Q.  Were you paid during those two weeks?
10      A.  Yes.  I was being paid.
11      Q.  Were the other two pilots that were with you
12  on October 7, 2003, also suspended?  Do you know?
13      A.  I don't know.
14      Q.  What was the reason you were told you were
15  being suspended?
16      A.  I do not recall accurately.
17      Q.  Was there ever any type of reprimand either
18  written or verbal ever given to you by ANA relevant to
19  the October 7, 2003, accident?
20      A.  No, I was not.
21      Q.  Are you aware of whether there was any
22  reprimand issued to the other two pilots that were with
23  you?
24      A.  I do not know if they were reprimanded or not.
25      Q.  When you went back to work after two weeks,

Page 31

1  other words, who was the pilot in command and who was
2  the flying pilot on that inbound flight?
3      A.  Mr. Usui was the pilot in command, but I don't
4  know which of the two people was the flying pilot.
5      Q.  And it was the same aircraft you flew in and
6  out of or were going to fly out of that day that?
7      A.  I do not know.
8      Q.  Let me show you what we marked as Exhibit 1 if
9  you could -- our court reporter has that.
10          (Whereupon, Exhibit 1 was marked for
11          identification.)
12      MR. TORPEY:  Q.  That's the deposition notice
13  that was dated November 19.  Did you read that notice at
14  any time prior to today?
15      A.  I was told that there was this document, but I
16  have not read it with accuracy.
17      Q.  Prior to today, has anyone asked you whether
18  you objected to producing any documentation that ANA has
19  with regard to your employment or piloting, training,
20  things of that nature?  Has anybody asked you whether
21  you would object to that?
22      A.  No.
23      Q.  Do you have a problem with us getting from ANA
24  your records with regard to your -- nonfinancial
25  records, but records regarding your training,

Page 33

9 (Pages 30 to 33)

7ca02e95-9401-455d-8a64-f2666796c47a

1  employment, certifications, hours flown, any problem
2  with us getting your aviation-related records from ANA?
3      A.  That is not up to me.  It is something for the
4  company to decide.
5      Q.  If the company chose to give them to us,
6  you're fine with their decision?
7      A.  Are personal information included?
8      Q.  No financial information is included.
9  Strictly regarding your aviation experience, training,
10  hours, work history, not your personal -- for example,
11  personal medical, personal financial information.  No,
12  none of that.
13      A.  Yes.
14      Q.  Do you know what an operations manual is?  Are
15  you familiar with that term?
16      A.  Yes.
17      Q.  What is an operations manual?
18      A.  It is a manual that explains how to do our
19  work.
20      Q.  Okay.  It's an ANA document; correct?
21      A.  Yes.
22      Q.  It sort of is the outline, if you will, of how
23  the company and its employees are expected to perform
24  their duties including with regard to the operation of
25  ANA aircraft; correct?

Page 34

1      A.  Yes.
2      Q.  And it's required that that manual be kept
3  with the aircraft?
4      A.  Yes.
5      Q.  Do you know how many 777s ANA currently has in
6  its fleet?
7      A.  I do not have an accurate recollection.  Maybe
8  about 30.
9      Q.  Are they the same model or configuration?  And
10  I'm not talking about configuration, but in terms of the
11  cockpit or equipment?
12      A.  Yes.
13      Q.  Was that about the size of the fleet back on
14  October 7 of '03?
15      A.  If we are going to compare with that time
16  period, I would say that there is twice as many today.
17      Q.  Okay.  But as far as the equipment onboard,
18  and again, in the cockpit they're basically the same
19  today as back in '03?
20      A.  Yes.
21      Q.  How many radios are there onboard an ANA 777?
22  And for clarity, when I say radios, I mean radios that
23  you would use to talk to people outside of the aircraft,
24  for example, air traffic control.
25      A.  There are two types of radios.  One is VHF,

Page 35

1  the other is HF, and there are three VHFs and two HFs
2  onboard.
3      Q.  I'm sorry.  There were two -- what did you
4  say?
5      A.  HF.
6      Q.  With regard to the 777 you were in on the day
7  of this accident, was there anything different or unique
8  about that?  Or basically was it just like all the other
9  777s you've been in for ANA?
10      A.  It was the same.
11      Q.  Now, with regard to the VHF radios, for what
12  purpose would you use those?
13      A.  It is used for communication with ATC or the
14  company radio.  Also to send -- also for data
15  communication.
16      Q.  Okay.  How about the HF?
17      A.  HF is used to communicate with the controllers
18  in areas that the VHF would not reach.
19          CHECK INTERPRETER:  For example, over the
20  ocean.
21          THE INTERPRETER:  For example, over the ocean.
22          MR. TORPEY:  Q.  With regard to the -- you say
23  there are three separate VHF radios onboard the 777?
24      A.  Yes.  Three.
25      Q.  And could they be turned to different

Page 36

1  frequencies simultaneously?
2      A.  Yes.
3      Q.  Would that typically be the protocol that was
4  followed by ANA that there would be three radios on
5  three different frequencies, or would they be tuned to
6  the same frequency.  What would routinely be the
7  protocol?  And we're just talking about the VHF radios.
8      A.  Ordinarily or typically, one VHF is used to
9  communicate with ATC.  The second one is used to
10  communicate with the company or is set for guard
11  frequency, and the third one is used for data
12  communication.
13      Q.  All right.  Let me make sure I understand.
14  The first radio is used for air traffic control
15  communication; is that correct?
16          MR. TURNER:  Can I have that question read
17  back please in English.
18          (Record read by the reporter.)
19          MR. TURNER:  You mean the first VHF?
20          MR. TORPEY:  Yeah.  I'll restate the question.
21      Q.  I'm only talking now, Mr. Yamaguchi, about VHF
22  radios.  I'm not talking about HF.  We'll do that
23  separately.
24          If I understand you, there are three VHF
25  radios, and one of the three is dedicated for flight

Page 37

Eishin Yamaguchi

1  deck communications with air traffic control; is that
2  correct?
3      A.  Yes.
4      Q.  The second VHF radio you said is used for
5  communicating with the company or for the guard
6  frequency.  When you say the company, are you talking
7  about communications between the flight deck and ANA?
8      A.  Yes.
9      Q.  What do you mean by the guard frequency?
10     A.  If there should be any failure in the VHF that
11  communicates with ATC, then the instruction would be
12  given by that special frequency.
13     Q.  So you leave this second radio, as we're
14  calling it, on a frequency that allows you to
15  communicate during operation of the flight with
16  individuals at ANA; is that correct?
17     A.  It depends on where the aircraft is.  If it is
18  close to land, then it would be at a frequency setting
19  that allows communication with the company.  If the
20  aircraft is far away or over the ocean, then it would be
21  at guard frequency or a frequency that allows
22  communication between aircraft to aircraft.
23     Q.  Okay.  And if the aircraft was on the ground,
24  it would be tuned to the frequency that allows you to
25  communicate with ANA; correct?

Page 38

1      A.  Yes.
2      Q.  And then the third VHF radio you said is for
3  data.  Explain what you mean by that.
4      A.  On land, it is set for data communication, but
5  ordinarily in the air, it is at guard frequency.
6      Q.  What kinds of data would you get with that
7  third radio when it was on the ground receiving data?
8      A.  The representative data would be weather
9  related to the flight, weight and balance, company
10  messages.
11     Q.  So of the three radios, only one would be used
12  for purposes of communicating with, as you said, ATC.
13  Would that be the same radio that would be used for
14  purposes of contacting, for example, United ramp control
15  at San Francisco?
16     A.  Yes.
17     Q.  Now, when I used -- let me ask you, when you
18  use the term air traffic control, are you referring to,
19  for example, at San Francisco the FAA ground or FAA air
20  traffic controllers?
21     A.  Yes.
22         MR. TURNER:  Mr. Torpey, would this be a good
23  time to take a break.  We've been going for about an
24  hour and a half without a break.
25         MR. TORPEY:  I'm almost done with this couple

Page 39

1  of questions.
2      Q.  So back on October 7 of '03, if you wanted to
3  communicate with air traffic control, you would have to
4  switch to a different frequency on the VHF radio than
5  you would if you wanted to talk to United ramp control;
6  correct?
7      A.  Since the other party that we communicate is
8  different, naturally the frequency would have to be
9  changed.
10     Q.  So you use the -- can we call the one VHF
11  radio as the dedicated radio to talk to ATC or United
12  ground on the respected frequencies?  In other words,
13  you use the same radio to do both functions from;
14  correct?
15         MR. TURNER:  Objection as to form and
16  foundation.
17         THE WITNESS:  I'd like the question again.
18         MR. TORPEY:  Q.  I'll rephrase it,
19  Mr. Yamaguchi.
20         Back on October 7 of '03, as you've indicated,
21  there were three VHF radios in the aircraft as you were
22  taxiing from the gate towards your intended departure;
23  correct?
24     A.  Yes.
25     Q.  And was one of the three VHF radios tuned to a

Page 40

1  frequency so that it was dedicated to getting data as
2  you've described?
3      A.  Yes.
4      Q.  And up to the point where the collision
5  occurred on October 7, 2003, was that radio still tuned
6  and receiving data?
7      A.  It is already four years since then, so I do
8  not have an accurate recollection about that.
9      Q.  Do you have any -- would it be standard
10  protocol, Mr. Yamaguchi, that back on October 7, 2003,
11  you would have changed the frequency on that radio that
12  you were receiving data while you were still on the
13  ground?
14         THE INTERPRETER:  I would like the question
15  again, please.
16         (Record read by the reporter.)
17         MR. TORPEY:  Let me rephrase it.
18         CHECK INTERPRETER:  When you say protocol --
19         MR. TORPEY:  Q.  I'll withdraw the question.
20  I'll ask you a new question.
21         With regard to -- we'll call it radio 3 --
22  that you indicated would have been tuned to receiving
23  data including weather briefings and other important
24  information, would it be fair to say, Mr. Yamaguchi,
25  that prior to the impact and leading right up to the

Page 41

11 (Pages 38 to 41)

7ca02e95-9401-455d-8a64-f2666796c47a

1  impact, to the best of your knowledge, that radio
2  remained tuned to the frequency that allowed it to
3  receive data?
4          Is that a fair statement?
5          A.  Are you inquiring if we were using that radio
6  to obtain data?
7          Q.  Mr. Yamaguchi, you indicated in earlier
8  testimony there were three VHF radios onboard your
9  aircraft on October 7, 2003.  You further testified that
10  one of those three radios was used for receiving data,
11  which included weather briefing, weight and balance, and
12  other important information.
13          Is that a true characterization of your
14  testimony, sir?
15          A.  Yes.
16          Q.  To the best of your knowledge, Mr. Yamaguchi,
17  at any time up to the impact on October 7, 2003, did any
18  member of your crew change the frequency on that radio
19  so that it was doing something other than receiving
20  data?
21          A.  I didn't notice that.  I don't understand why
22  you are asking me such a question.
23          Q.  Well, I appreciate you don't understand why
24  I'm asking, Mr. Yamaguchi, but I want to make sure that
25  I know your testimony in terms of what happened that

Page 42

1  day.
2          So can we leave it by saying to the best of
3  your knowledge, as of the time of the impact on
4  October 7, 2003, one of the three radios, the VHF
5  radios, at the time of impact was tuned to a frequency
6  that allowed ANA's aircraft to receive data?
7          Is that a fair statement, sir?
8          A.  That is my recollection.  I do not recall that
9  I adjusted that radio.
10          Q.  And to your knowledge no one else did either;
11  correct?
12          A.  I didn't notice it.
13          Q.  Okay.  Let me ask you real quick, and then
14  we'll break —
15          A.  I'd like to take a break.
16          MR. TORPEY:  Okay.  Certainly, we'll take a
17  break.
18          THE VIDEOGRAPHER:  This concludes Videotape 2
19  in the deposition of Eishin Yamaguchi.  Going off the
20  record.  The time on the monitor is 11:40 a.m.
21          (Recess taken.)
22          THE VIDEOGRAPHER:  Here begins Videotape 1 of
23  the deposition of Eishin Yamaguchi.  Coming back on the
24  record.  The time on the monitor is 11:54.
25          MR. TORPEY:  Q.  Mr. Yamaguchi, we talked

Page 43

1  earlier in the deposition about your suspension
2  following this accident.  Who was it who told you
3  were suspended?
4          A.  I do not recall who.  On the computer I found
5  that my schedule had changed, so I came to the
6  conclusion that it was a suspension.
7          Q.  Well, when your schedule changed, were you —
8  let me back up.  Were you scheduled to fly the next day
9  on October 8 of 2003?
10          A.  No.  After returning to Japan, there's always
11  a three-day rest.
12          Q.  But after the three-day rest, you were
13  scheduled to resume your flying duties; correct?
14          A.  After the three-day rest, there could be a
15  further vacation or another type of work that is
16  scheduled.
17          Q.  Mr. Yamaguchi, the question specifically, sir,
18  is on October 7, 2003, when were you next scheduled to
19  fly for ANA right before this accident happened?
20          A.  I do not recall.
21          Q.  Well, you do recall that you were scheduled to
22  fly and your schedule was changed and you considered
23  that to be a suspension.  You remember that; correct?
24          A.  Yes.
25          Q.  And who sent you that memo, the scheduling

Page 44

1  change memo that you considered a suspension?
2          MR. TURNER:  Objection as to form and
3  foundation.
4          THE WITNESS:  The schedule on the computer was
5  different, but I do not know who instructed that.
6          MR. TORPEY:  Q.  Did it say anything other
7  than a — showing a revised schedule?  In other words,
8  did it give information as to why it was being changed?
9          A.  That wasn't stated.
10          Q.  Did you ask anyone about that scheduling
11  change?
12          A.  No.  I did not because I thought it was
13  natural for there to be a rest since it was right after
14  an accident.
15          Q.  Did you have to get any training that you
16  would not otherwise have had to get as a result of this
17  accident?
18          A.  There was no special training, but together
19  with Mr. Nishiguchi we made one round-trip domestically
20  and also one round-trip between Narita and
21  San Francisco.
22          Q.  And what was the purpose of that trip?
23          A.  I do not know.
24          Q.  Did you have to get instruction or take any
25  kind of a test during that trip?

Page 45

12 (Pages 42 to 45)

7ca02e95-9401-455d-8a64-f2666796c47a

Eishin Yamaguchi

1     A.  No.
2     Q.  Are you aware of any corrective action
3  undertaken by ANA as a result of the October 7, 2003
4  accident to preclude such an accident from happening in
5  the future?
6     A.  Yes.
7     Q.  And what corrective action was taken?
8     A.  The accident facts were reported to crew
9  members and also there is a chart that we use and a
10  warning information was noted on the chart.
11     Q.  And where is this chart and warning kept?
12     A.  There is a route manual, and it is written on
13  the route manual.
14     Q.  Is that the operations manual?
15     A.  No.  It's a separate thing.
16     Q.  And it's called the route manual?
17     A.  Yes.
18     Q.  And is that kept in the aircraft?
19     A.  Each individual has one.
20     Q.  So every pilot has their own route manual?
21     A.  By own, your term own, do you mean
22  individually?
23     Q.  Well, if you wanted to look at the route
24  manual, where would you go to get it?
25     A.  And who is doing the looking, me or you?

Page 46

1     Q.  Mr. Yamaguchi, let me ask you again.  If you
2  wanted to go and look at the route manual -- I'll
3  rephrase it.
4        Would ANA have a copy of the route manual that
5  you've referred to?
6     A.  The company has a copy, and also the same copy
7  is distributed to each individual.
8     Q.  Okay.  Now, what does the warning that you've
9  described as the corrective action following this
10  October 7, 2003 accident, what does that warning state?
11     A.  It is a warning that says that the aircraft
12  should not taxi if there is an aircraft pushing back
13  from gate 1 or 2.
14     Q.  Is that a -- this route manual, is that a
15  route manual that had existed before October 7, '03?
16     A.  The route manual itself existed.
17     Q.  Okay.  And it obviously was revised with these
18  corrective actions that you've described; correct?
19     A.  Yes.
20     Q.  And is that a publication that's required to
21  be kept on the aircraft itself, the route manual?
22     A.  It is a publication that is not required to be
23  onboard, but each individual should bring one in.
24     Q.  So at the time of this accident, there was at
25  least one copy of the route manual as it existed on

Page 47

1  October 7, 2003, on the aircraft that day; correct?
2     A.  Well, each individual had one.
3     Q.  Does that answer to my question, yes, there
4  was one on the aircraft that day?
5     A.  Yes.
6     Q.  And are you familiar with the term pilot
7  logbooks?  Have you ever heard that term used before?
8     A.  Yes.
9     Q.  What does that mean to you?
10     A.  It is a personal flight log.
11     Q.  And what kind of information do you understand
12  is logged in pilot logbooks?
13     A.  Information such as the flight times,
14  departure, IMC, time, and nighttime, and the number of
15  arrivals.
16     Q.  It would have the number of hours flown too;
17  correct?
18     A.  Yes.
19     Q.  And do you as a pilot for ANA have something
20  that would be, whatever you call it, similar to a pilot
21  logbook?
22     A.  I do not have one.
23     Q.  Would ANA have one?
24     A.  Yes, that's right.
25     Q.  And would that be a document that you would

Page 48

1  have had on the aircraft on October 7 of 2003?
2     A.  My understanding that the pilot logbook is a
3  personal record.  It is different from the journey log,
4  which is the logbook for the aircraft.
5     Q.  Okay.  The journey log, is that required to be
6  on the aircraft on October 7 of '03?
7     A.  Yes.
8     Q.  Now, you indicated earlier that there was no
9  reason for the first officer not to be the flying pilot.
10  Is there any reason that you could not or should not
11  have been the flying pilot on October 7, 2003?
12     A.  There was no reason.
13     Q.  Okay.  Were you on any medication that
14  precluded you from being the flying pilot that day?
15     A.  No.  I was not on medication.
16     Q.  Did you take any type of alcohol or drugs of
17  any kind within, say, 12 hours of departure on October 7
18  of '03?
19     A.  No.
20        MR. TORPEY:  You know, Marshall, we'd like to
21  look at the document.  If you're producing documents,
22  we'd like to have a chance to look at those?
23        MR. TURNER:  Do you have a protective order
24  pursuant to the judge's order?
25        MR. TORPEY:  Well, the judge's order does not

Page 49

13 (Pages 46 to 49)

7ca02e95-9401-455d-8a64-f2666796c47a

Eishin Yamaguchi

1  give a deadline by which I have to do that, and I've
2  already told you, and I'm telling you again, that we
3  will make this retroactive. So if you are not going to
4  hand them over at this point, I'm going to assume you're
5  not going to produce them and we won't have a chance to
6  even look at them in this deposition.
7      So now is the chance. I want to take a look
8  at them.
9      MR. TURNER: First, I would like to find out
10  when you intend, pursuant to the judge's order of
11  November 19 and your own statement to me of November 13,
12  that you are going to make the changes the judge ordered
13  should be made and give us a copy of the confidentiality
14  order. I don't understand what's taking so long.
15      MR. TORPEY: You recall that there was a long
16  holiday weekend, perhaps you forgot that, and here we
17  are and I'm telling you again that I will make it
18  retroactive. So rather than waste any more time talking
19  about it, either produce the documents -- we agree on
20  the record that it will be retroactive -- or don't
21  produce them. But I'm not going to ask you, again
22  Marshall. I'm going to assume whatever -- that whatever
23  you do now is what you're going to do for the rest of
24  these three depositions.
25      MR. TURNER: I do have them here, and it's my

Page 50

1      Now, it's here, and I want to make it a
2  hundred percent clear on the record that you are
3  agreeing that the documents that I give you will be
4  subject to the order as expressed by the judge in the
5  transcript of the hearing on November 13, 2007.
6      MR. TORPEY: Marshall, I have said yes to that
7  question several times today and in a letter a week ago.
8  Now, please hand over documents and let's stop wasting
9  my time and yours and the witness's. We wanted to see
10  the documents. Can we see those now, please.
11      MR. TURNER: As far as wasting of time, you're
12  the one that has wasted virtually two weeks by now on
13  this confidentiality order, not to mention the fact that
14  almost every correction that I had asked you to make
15  almost two months ago were the corrections that the
16  judge ordered at the hearing on November 13. And we
17  could have had this done months ago not just at
18  10:00 o'clock this morning.
19      MR. TORPEY: Are you giving me the documents,
20  Marshall, or not because I want to move on with this
21  deposition? I'm not going to discuss it further with
22  you.
23      MR. TURNER: Mr. Yamaguchi has his
24  certificates that you had requested be produced.
25  There's a copy for you, and I'm giving Mr. Yamaguchi a

Page 52

1  intent to give them to you. However, we did have some
2  disagreement as to what the content should be. The
3  judge generally agreed to me, generally agreed you were
4  going to get it to me right away.
5      The judge ordered you should get it to me, and
6  I want to note what the content is going to be before I
7  turn it over to you, the documents over to you, pursuant
8  to what you say you will agree to. Are the conditions
9  that you're going to accept, the conditions that the
10  judge expressed during the hearing on November 13.
11      MR. TORPEY: Well, Marshall, of course I'm
12  going to follow the judge's orders. That's why we had
13  the hearing. This has already been decided, so I'm not
14  going to waste any more time discussing it today.
15      I want to see the documents. They were
16  supposed to be produced at 10:00 a.m. It's now
17  afternoon. I want to see the documents now. Either
18  decide to give it to me or don't, but at this point I'm
19  going to continue asking questions --
20      MR. TURNER: I want it clear on the record --
21  and don't give me this supposed to be produced at
22  10:00 o'clock. I've had the documents here. I've told
23  you I've had the documents here, and I've been asking
24  you where the order is that the judge had ordered you to
25  give to us well over a week ago.

Page 51

1  copy.
2      MR. TORPEY: Are you producing any other
3  documents, Marshall? I want to see every document
4  you're producing in response to my notice at this point.
5      MR. TURNER: We are producing the training
6  records that Mr. Yamaguchi had discussed with the legal
7  department of ANA and requested that the last column and
8  the third from the last column be blacked out, redacted.
9  There's a copy of Mr. Yamaguchi's training record for
10  him and for you.
11      MR. TORPEY: Is that it?
12      MR. TURNER: Mr. Yamaguchi with regard to the
13  accident investigation file had his statements to the
14  NTSB and United Airlines, statements to the NTSB all of
15  which have been produced and in everyone's possession
16  for years.
17      And as well the Jeppesen chart for the
18  San Francisco International that was in effect on the
19  day of the accident. And this is not Mr. Yamaguchi's
20  document, but he hasn't had time to look for this since
21  he didn't see your most recent document request until
22  yesterday.
23      And this is a section that he got from the
24  legal department at ANA of the operations manual of ANA
25  that covers the portion of the flight on the day of the

Page 53

14 (Pages 50 to 53)

7ca02e95-9401-455d-8a64-f2666796c47a

Eishin Yamaguchi

| | |
|---|---|
| 1  accident, which is in effect now, many of which pages | 1  whatever necessary information that the company wants to |
| 2  were in effect on October 7, 2003, but some of them have | 2  send us. |
| 3  been altered and revised. | 3      Q.  Would it also be things like maintenance and |
| 4      What I'm handing you now is a current copy. | 4  mechanical issues? |
| 5      MR. TORPEY:  Well, I don't have it.  Why don't | 5      A.  It would be rare for that type of information |
| 6  you hand it to me. | 6  to be communicated to us when we are on land, but |
| 7      MR. TURNER:  One second.  Just looking to see | 7  sometimes the aircraft mechanical issue may be |
| 8  if I have an extra copy for you.  Maybe we can have the | 8  communicated by us to the company. |
| 9  court reporter make a copy.  I think I just have one | 9      Q.  So you agree there is a need for having a |
| 10  copy.  So let me identify it as operations manual | 10  dedicated VHF radio with its frequency tuned to ANA |
| 11  section 2.3 through 2.3 -- 2-3-3, and Supplement | 11  while your aircraft is on the ground; correct? |
| 12  pages 7S1 through 7S6-7.  I don't seem to have an extra | 12      A.  Not dedicated.  For example, we call it left, |
| 13  copy, but we'll get a copy from the court reporter. | 13  right, and center radios.  As a custom, we use the left |
| 14      MR. TORPEY:  Okay.  Is that everything you're | 14  one for communication with ATC, the right one for |
| 15  producing? | 15  communication with the company, and the center one for |
| 16      MR. TURNER:  Yes. | 16  data communication, but we can use them for different |
| 17      MR. TORPEY:  Why don't we mark this as one | 17  communications. |
| 18  exhibit.  This could be Exhibit 2. | 18      Q.  Okay.  To the best of your knowledge, |
| 19      (Whereupon, Exhibit 2 was marked for | 19  Mr. Yamaguchi, as the pilot in command of the aircraft |
| 20  identification.) | 20  on October 7, 2003, at the time of the impact with the |
| 21      MR. TORPEY:  Just, for the record, I have | 21  United aircraft, were your radios, the VHF radios, the |
| 22  marked as Exhibit 2 all of the documents that Mr. Turner | 22  left tuned to a frequency so you could talk to air |
| 23  has just turned over in response to our deposition | 23  traffic control, the right tuned to a frequency so you |
| 24  notice. | 24  were talking or could talk to ANA, and the center tuned |
| 25      So I will at some point, Mr. Yamaguchi, ask | 25  to a frequency to allow you to receive data? |
| Page 54 | Page 56 |
| 1  you some questions about those, but I want the record to | 1      A.  I did not see those three radios just before |
| 2  be clear that that's the totality of what I was given. | 2  and after the impact.  It is certain that the left was |
| 3  And I understand that's the totality of all that I'll be | 3  tuned to communicate with ATC, but I do not have an |
| 4  given. | 4  accurate recollection about the other two. |
| 5      MR. TURNER:  And one second.  I want it | 5      Q.  Well, Mr. Yamaguchi, as of the time of the |
| 6  absolutely clear that you are agreeing that every page | 6  impact, if the normal routine was being followed by |
| 7  that I've just handed to you will be marked confidential | 7  yourself and your crew members, you agree with me that |
| 8  and subject to the confidentiality agreement when we | 8  the right-hand radio would be tuned to a frequency |
| 9  agree to it, when you provide it to me as ordered by the | 9  allowing you to talk to ANA and the center would be |
| 10  judge and as the judge orders. | 10  tuned to a frequency to allow you to receive data. |
| 11      MR. TORPEY:  Didn't I just say that, Marshall. | 11      Is that a correct statement, sir? |
| 12  Once again, I'll say, yes, absolutely.  I agree, as I | 12      A.  Ordinarily that is so, but I do not have a |
| 13  did previously, to make these retroactively subject to | 13  recollection as to whether they were actually so at that |
| 14  the protective order. | 14  time. |
| 15      Q.  Now, apologize, Mr. Yamaguchi, for the delay. | 15      Q.  Well, you have no reason to believe that they |
| 16  I'd like to get back to the VHF radio that we were | 16  were not -- let me rephrase it. |
| 17  talking about, and I want to try to go through this | 17      Although you don't have a specific |
| 18  quickly because we still have a lot to cover. | 18  recollection today, would it be fair to say that you |
| 19      The second of the three VHF radios you | 19  have no information whatsoever to lead you to believe |
| 20  indicated would be used for communications with ANA, | 20  that at the time of the impact the VHF radios were not |
| 21  what kinds of things would you be communicating with ANA | 21  set as you would routinely set them on the ground? |
| 22  about when the aircraft is on the ground, for example, | 22      THE INTERPRETER:  The interpreter will repeat |
| 23  at San Francisco International? | 23  the question in Japanese. |
| 24      A.  For example, if there is a weight and balance | 24      THE WITNESS:  There was no necessity to change |
| 25  adjustment or if there are specific new alerts or | 25  them, but I cannot confirm that the right was set for |
| Page 55 | Page 57 |

15 (Pages 54 to 57)

Eishin Yamaguchi

1  the company and the center was set to data.
2      MR. TORPEY:  Q.  Okay.  And if you and your
3  crew followed ANA's normal custom and practice, at the
4  time of the impact, the center would be set to receive
5  data, the right would be set to talk to ANA, and the
6  left was set to air traffic control; correct?
7      A.  I am repeating myself, but it is certain that
8  the left was used for communication with ATC.  But I did
9  not see the right and the center, so I do not know
10  clearly.
11      Q.  With all due respect, Mr. Yamaguchi, that was
12  not the question.  So I want to have the question read
13  back.  Please answer my question, sir.
14      MR. TURNER:  With all due respect, your
15  question has been asked half a dozen times already --
16      MR. TORPEY:  That's not an objection under the
17  federal rules.
18      MR. TURNER:  And you start asking the same
19  question ten times, I'm going to speak up.
20      MR. TORPEY:  If you want to move for a
21  protective order and terminate the deposition.  If you
22  want to get the judge on the line, you can do that.
23  What you can't do and I won't stand for is for you to
24  give coaching objections.  That's what I won't do.  You
25  can laugh at me, Marshall.

Page 58

1      MR. TURNER:  It is a joke, the way you're
2  behaving.  That is a joke.
3      (Record read by the reporter.)
4      THE WITNESS:  As a generality that is the
5  case, but whether they were actually so or not, I can't
6  say because I did not check before and after the impact.
7      MR. TORPEY:  Q.  Mr. Yamaguchi, I'm not asking
8  you, sir, whether you can actually confirm.  I'm
9  strictly asking you, as the question indicates, about
10  custom and routine.  Do you understand that, sir?
11      A.  The general way we use them were -- that were
12  as you say.
13      Q.  Okay.  And do you have -- strike that.
14      Is there any reason on October 7, 2003, that
15  you're aware of that that general custom or routine with
16  regard to the settings of the VHF radios was not
17  followed?
18      A.  I do not recall clearly although I don't think
19  there was any.
20      Q.  If the flying -- strike that.
21      The observer pilot would not for any reason
22  change the frequency on one of these radios any time up
23  to the time of impact; correct?
24      A.  Not ordinarily.
25      Q.  Who was doing the communicating on the day of

Page 59

1  this accident?  Was it you or the flying pilot?
2      A.  It was me.
3      Q.  And as the pilot that was communicating, if
4  there was going to be a frequency change, would you be
5  the one that would make that change?
6      A.  Yes.
7      Q.  And as the pilot in command of that flight on
8  October 7, if the first officer or flying pilot wanted
9  to make a change in the frequency of any of the three
10  VHF radios, would they let you know that?
11      A.  Yes, I think so.
12      Q.  And as you sit here today, do you recall your
13  first officer ever asking you if he could change the
14  frequency on the center or the right radio so that they
15  would be tuned to frequencies other than what they would
16  routinely be tuned to?
17      A.  No, he did not.
18      Q.  All right.  Let me ask you in terms of routing
19  the day of -- let me back up.
20      With regard to routing from SFO to Japan
21  airspace, are there different altitudes, for example,
22  that can be assigned?
23      A.  Do you mean at the time of departure?
24      Q.  Let me rephrase it for you, Mr. Yamaguchi.
25      When you, as the pilot, and the communicating

Page 60

1  pilot talk to air traffic control, did you request any
2  assignment in terms of, you know, what routing you would
3  be assigned for your trip between SFO and Narita, the
4  day of this accident?
5      A.  Yes.
6      Q.  And do you have a preferred route that, if
7  it's available, you like to get?
8      A.  I do not recall clearly if we received
9  clearance with regards to the routing that we requested,
10  but usually there is no change in the routing.
11      Q.  When I say routing, I guess, can you ask to be
12  assigned to particular altitudes, for example?
13      A.  Altitude is requested by the company to the
14  ATC authority in advance.
15      Q.  Do you remember the local time of day that
16  this collision occurred?
17      A.  Not accurately.
18      Q.  Was it sometime around noon local Pacific
19  time?
20      A.  I think it was in the morning.
21      Q.  Okay.  I know you're not sure, but what's your
22  best estimate of the time locally, Pacific time, that
23  the collision occurred?
24      A.  The departure time was around 11:00 a.m., so
25  it was around 20 minutes later.

Page 61

16 (Pages 58 to 61)

7ca02e95-9401-455d-8a64-f2666796c47a

Eishin Yamaguchi

1  Q. Do you recall if you left the gate on time?
2  A. I do not recall.
3  Q. Okay. There are other airlines besides ANA
4  that fly out of that terminal, that international
5  terminal that your aircraft departed from; correct?
6  A. Yes.
7  Q. And were you aware on October 7, 2003, that
8  there were other airlines flying scheduled flights that
9  morning at around the same time of your flight to Japan?
10 A. No, I was not aware.
11 Q. So you felt that your flight was the only
12 flight of any airline going to Japan at around
13 11:00 o'clock in the morning that day?
14 A. That is not what I felt.
15 Q. What was your understanding with regard to
16 other aircrafts, say, between 11:00 and 11:15 when you
17 were scheduled to depart from your gate? What was your
18 understanding on October 7, 2003, about other aircrafts
19 going to Japan departing at about the same time?
20 A. I don't know the specifics, but that is around
21 the time frame during which flights to Japan depart.
22 Q. In the area where you departed from, the gates
23 and then the ramp area that this collision ultimately
24 occurred, at the time of the accident, was it a very
25 busy time of the day at that airport in that area, in

Page 62

1  A. We receive clearance before departure, before
2  we start the engine.
3  Q. Now, let's say, there are two or more
4  aircrafts that are scheduled to fly from San Francisco
5  to Japan airspace and they're both being pushed back
6  from their respective gates at around the same time.
7  How is it determined who is going to get
8  the — what I'll call the more optimal altitude
9  assignments, if there's more than one aircraft competing
10 for the designated altitude?
11 A. I would not know that.
12 Q. Well, only one aircraft would be assigned to
13 one particular altitude at a time; correct?
14 A. There could be many cases, so I would not know
15 about that.
16 Q. Well, I guess, Mr. Yamaguchi, if you knew
17 that, for example, United's aircraft or some other
18 aircraft was departing at about the same time as your
19 aircraft and was going to fly to Japan and only one of
20 you could get what would be considered the most fuel
21 efficient or optimal route, would you feel that the
22 person who made the first request to ATC would be the
23 aircraft more likely to get that assignment? In other
24 words, first come/first serve? Is that your
25 understanding of how the process works?

Page 64

1  other words, a lot of arrivals and departures at that
2  time?
3  MR. TURNER: Objection as to form and
4  foundation.
5  THE WITNESS: Are you asking about the time or
6  the location?
7  MR. TORPEY: Q. At the location in the ramp
8  area including the gates and the adjacent ramp area, are
9  there a lot of flights that depart around the time your
10 flight was departing so that it's very congested, if you
11 will, with arrivals and departures in that area at that
12 time?
13 MR. TURNER: Objection as to form and
14 foundation.
15 THE WITNESS: I do not recall clearly.
16 MR. TORPEY: Q. All right. Are some altitude
17 assignments for airspace between San Francisco and Japan
18 airspace better than others for purposes of fuel
19 efficiency, for example?
20 A. Yes.
21 Q. And when you're asking for clearance to taxi
22 and take off, do you request to be assigned to a
23 particular altitude that you believe would be the most
24 fuel efficient or for whatever reason you believe to be
25 the most optimal altitude?

Page 63

1  A. No, I don't think that is — would be the only
2  reason.
3  Q. Well, that could be one of the reasons, the
4  first to ask for the optimal airspace may be the one
5  that gets it; correct?
6  A. That may be one of the reasons, but the routes
7  from the West Coast to Asia are not limited to just
8  San Francisco.
9  THE INTERPRETER: The interpreter will
10 restate.
11 THE WITNESS: That may be one of the reasons,
12 but the routes from the West Coast to Asia is limited.
13 San Francisco is not the only airport. There is
14 Los Angeles airport as well as many other airports along
15 the West Coast from which the aircrafts depart.
16 So even if a certain aircraft made the request
17 first in San Francisco, it does not necessarily mean
18 that that aircraft would be assigned that optimal route.
19 MR. TORPEY: Q. ANA flies between Los Angeles
20 and Japan; correct?
21 A. Yes.
22 Q. And I take it you also fly that route with the
23 777?
24 A. Yes.
25 MR. TURNER: Counsel, it's past 1:00 o'clock.

Page 65

17 (Pages 62 to 65)

7ca02e95-9401-455d-8a64-f2666796cd7a

Eishin Yamaguchi

1  It's way past time for lunch already. Let's break now.
2        MR. TORPEY: We just took a break 45 minutes
3  ago, and I'm happy to stop for lunch, but I'd like to —
4        MR. TURNER: If you're in the middle of a
5  question, then finish the question. Go right ahead.
6        MR. TORPEY: Q. With regard to flights
7  between Japan and LAX, does ANA fly those on a daily
8  basis?
9     A. Yes.
10        MR. TURNER: You finished that question?
11        MR. TORPEY: Yeah. I guess we can take a
12  break. You know, we've been going for about a little
13  less than two and a half hours of testimony, so how long
14  do you want to break for?
15        MR. TURNER: An hour. We've been going for
16  almost three hours of testimony.
17        MR. TORPEY: No. We haven't.
18        MR. TURNER: We had one break of about
19  10 minutes, and it's well past break time, certainly for
20  the witness, I expect for the translator and for the
21  court reporter.
22        MR. TORPEY: Testimony does not include a
23  lawyer discussion, Marshall, so as far as I'm concerned,
24  we've been here for a little less than two and a half
25  hours of testimony. If you believe otherwise, we'll
Page 66

1  just have to see how far this goes, but we'll break.
2  You request an hour break. We'll break for an hour.
3        THE VIDEOGRAPHER: Should we go off the
4  record?
5        MR. TORPEY: Yeah.
6        THE VIDEOGRAPHER: Going off the record. The
7  time on the monitor is 1:01 p.m.
8        (Noon recess taken.)
9        THE VIDEOGRAPHER: Coming back on the record.
10  The time on the monitor is 1:59. Please begin.
11        MR. TORPEY: Q. Mr. Yamaguchi, are you
12  familiar with the term conflict resolution?
13     A. No. I am not.
14     Q. As a pilot for ANA, at any time were you
15  trained by ANA or anyone else with regard to what to do
16  when you or a member of your flight crew perceives that
17  it might potentially collide with another aircraft?
18     A. No.
19     Q. So even to this day you have never received
20  any training from any source or anyone with regard to
21  what actions you should take in order to determine
22  whether or not you're going to collide with another
23  aircraft and, if so, what to do to resolve that
24  potential collision hazard? Fair statement?
25        MR. TURNER: I'm sorry. Can I have the
Page 67

1  question read back please, in English.
2        (Record read by the reporter.)
3        MR. TURNER: Objection as to form and
4  foundation.
5        THE WITNESS: I do not understand what the
6  specific situation is, but I have not been trained for
7  the collision that took place or anything simulating it.
8        MR. TORPEY: Q. Mr. Yamaguchi, so there's no
9  misunderstanding here, even though you were pilot in
10  command of the ANA 777 aircraft, at no time up to
11  October 7, 2003, did you receive any training or
12  instruction of any kind from any source with regard to
13  what actions to take if you believe you are going to
14  collide with other aircraft on the ground?
15     A. Although I have not received the training,
16  there are warnings given in a document with regards to
17  similar incidents.
18     Q. What is the document you're referring to?
19  What is it called?
20     A. There is no special name. I do not recall the
21  name.
22     Q. Is that a document that ANA has?
23     A. I think it was included in the — in one of
24  the documents related to a work log that I saw.
25     Q. Let me ask you this way, Mr. Yamaguchi. In
Page 68

1  all your years of flying you have never heard anyone use
2  the term conflict or conflict resolution; correct?
3     A. That's right.
4     Q. I want you to assume for purposes of my
5  questions, Mr. Yamaguchi, that if your aircraft were
6  taxiing and there's another aircraft a distance away and
7  there's a potential that those two aircrafts could
8  collide, I want you to assume that that potential
9  collision hazard is what I'm calling a conflict or
10  potential conflict.
11        Do you understand me?
12     A. Yes.
13     Q. For example, on the day of this accident,
14  October 7, 2003, was there any written material that
15  you're aware of that would have assisted you in
16  determining, as you were taxiing towards the United
17  aircraft prior to impact, to determine what you should
18  do to decide whether or not there was a conflict and, if
19  there was a conflict, what you should do to resolve it?
20        THE VIDEOGRAPHER: Excuse me one moment.
21  Madam Translator, the microphone is right underneath the
22  pendant and it's hitting it, so if you could move it to
23  the side.
24        THE INTERPRETER: Should I lower it? My voice
25  is large enough.
Page 69

18 (Pages 66 to 69)

7ca02e95-9401-455d-8a64-f2666796c47a

Eishin Yamaguchi

1     THE WITNESS: There's one question; right?
2     MR. TORPEY: Q: Yes.
3     MR. TURNER: I'm sorry. Can I have that
4  question read back then.
5     (Record read by the reporter.)
6     MR. TURNER: Objection as to form.
7     THE WITNESS: I don't understand the question
8  very well.
9     MR. TORPEY: Q: Do you think that ANA should
10  have trained you and the other pilots in the cockpit of
11  that aircraft that day on what to do if there is a
12  potential collision hazard, such as the one you
13  encountered the day of this accident?
14     MR. TURNER: Objection as to form.
15     THE WITNESS: In order to obtain my license, I
16  have received Boeing's training, and there's no training
17  limited to taxiing even at Boeing, so I have not
18  received such a training.
19     MR. TORPEY: Q. So you've never received any
20  conflict resolution training by Boeing or ANA or anyone
21  else even to this date; correct?
22     A. I have not received training.
23     Q. Do you think that it would have been a good
24  idea for you and your other crew members to have
25  received conflict resolution training?

Page 70

1     My question to you is, sir, if you wanted to
2  get a copy of that, where would you go? Who would have
3  it? And in what location would it be held?
4     A. The name is route manual.
5     Q. Is the operations manual that was marked
6  Exhibit 2 — you're welcome to look at this — and it's
7  dated July 1 of 2007, at least this generation is — is
8  the operations manual part of the training or training
9  materials provided to ANA pilots?
10     MR. TURNER: Just for the record to be clear,
11  Exhibit 2 contains more than just the operations manual
12  section. I think it's only the first 10 or 12 pages or
13  so.
14     MR. TORPEY: Q. I'm only referencing the
15  portion of the exhibit that's the operations manual.
16     A. We have a Japanese version, so we do not look
17  at this. This is the English version for foreigners.
18     Q. But the operations manual, even in Japanese,
19  is that part of the required materials to be reviewed as
20  part of training for ANA pilots?
21     A. Yes.
22     Q. Now, if you look at Exhibit 2, the operations
23  manual, this is only a part of the manual. It's not the
24  complete manual; correct?
25     A. Yes, that's right.

Page 72

1     A. No, I do not.
2     Q. Why do you think it was not necessary for you
3  or the other crew members on or before October 7, 2003,
4  to receive conflict resolution training?
5     A. That accident entailed a special situation,
6  and it is not possible to receive trainings for the
7  various different special situations.
8     Q. Well, I'm not asking you, Mr. Yamaguchi, if
9  you should get training for every conceivable accident
10  that could ever possibly happen.
11     I'm only asking you whether you believe it
12  would have been useful or advisable for ANA to have
13  trained its pilots in conflict resolutions on or before
14  the day of this accident? Conflict resolution
15  generally.
16     A. I do not believe that such a special training
17  is necessary.
18     Q. Do you know if other airlines provide conflict
19  resolution training to its pilots?
20     A. I do not.
21     Q. Okay. Now, you mentioned earlier in the
22  testimony there was some kind of a warning relating to
23  collision hazards or potential collision hazards, and I
24  asked you what document that was called. And I believe
25  you said it didn't have a particular name.

Page 71

1     Q. On the second page of Exhibit 2, it's talking
2  about taxiing at item 2. Do you see that?
3     A. Yes.
4     Q. And it says, and I'll read it, I quote, the
5  captain shall perform taxi in accordance with the
6  following.
7     Do you see that?
8     A. I can see it, but since I have not compared
9  this to what we use, I cannot really tell whether they
10  are identical.
11     Q. Well, assume for purposes of my questions that
12  they are identical. On the day of the accident,
13  October 7, 2003, you were the captain; correct?
14     A. Yes.
15     Q. And the word shall, you understand that this
16  is mandatory, not discretionary?
17     A. Yes.
18     Q. And on the day of this accident, the flying
19  pilot that was taxiing was not yourself but actually the
20  copilot; correct?
21     A. Yes.
22     Q. Do you know if on the day of this accident,
23  October 7 of 2003, Mr. Yamaguchi, whether that was the
24  rule that was in effect at that time as well as July 1
25  of 2007?

Page 73

19 (Pages 70 to 73)

7ca02e95-9401-455d-8a64-f2666796c47a

1    A.   The manual is revised frequently, so I do not
2    know if the content was the same.
3    Q.   If we assume, Mr. Yamaguchi, that it was the
4    same, then would you agree with me that you and not the
5    first officer should have been taxiing on the day of
6    this accident?
7    A.   No, I do not agree.
8    Q.   And why not?
9    A.   I had the authority to allow the copilot to
10   operate the aircraft.   There was no reason that I had to
11   do it myself.
12   Q.   Well, if, in fact, on October 7, 2003, the
13   operations manual read as it does in Exhibit 2 that the
14   captain shall perform taxi, then you did not have the
15   authority to allow the first officer to perform the
16   taxi; correct?
17   A.   No, that is not so.
18   Q.   Why is it not so despite what it says there?
19   A.   I believe that the interpretation is
20   different.
21   Q.   In what respect?
22   A.   The word captain on this document is not
23   limited to the captain, per se.   It includes the concept
24   that the responsibility of the captain allows his giving
25   permission to the copilot to operate the aircraft.

Page 74

1    Q.   So even if on the day of this accident the
2    operations manual -- and let me back up a step.
3        The operations manual is the instructions
4    pursuant to which you have to operate the aircraft;
5    correct?
6    A.   Yes.
7    Q.   And even if on October 7, 2003, the operations
8    manual said that the captain shall perform taxi, you
9    believe and you interpret that statement to mean that
10   you had the right to delegate that to the first officer;
11   correct?
12   A.   That's right.
13   Q.   Have you ever talked to anyone about
14   that -- strike that.
15       Have you ever talked to anyone at ANA about
16   whether your understanding of that is correct or not?
17   A.   Even without talking to anyone, it is obvious
18   that at ANA the -- it is possible for the copilot to be
19   PF from departure to arrival.
20   Q.   But you never asked anyone whether you had the
21   authority to delegate the taxi to the first officer.
22   You never asked anyone that; correct?
23   A.   The manual says that it is possible to have
24   the copilot operate the aircraft.
25   Q.   Can you show me where in the manual it says

Page 75

1    that?
2    A.   I cannot because I do not have a manual at
3    hand.
4    Q.   So it would be in a portion of the operations
5    manual that is not included in the portion marked
6    Exhibit 2; correct?
7    A.   Yes.
8    Q.   Now, getting back to Exhibit 2, that portion
9    of the operations manual, after it says the captain
10   shall perform taxi in accordance with the following,
11   under item 2 it says, be observant of all obstacles
12   around him and taxiing speed is such that he may bring
13   his airplane to an immediate and complete stop.
14       Do you see that?
15   A.   Yes.
16   Q.   Now, is the reason as you understand it why
17   that is in the operations manual -- strike that.   Let me
18   rephrase it.
19       Is it your understanding that the reason the
20   captain has to be observant during taxi, observant of
21   all obstacles around him, is to avoid, among other
22   things, colliding with another aircraft?
23   A.   Yes.
24   Q.   And if you look further at number 5, it also
25   requires that -- and I'll read it -- ask for a

Page 76

1    signalman's assistance in the event that there's any
2    obstacle in the vicinity of the ramp area.
3        Do you see that?
4    A.   Yes.
5    Q.   And what do you understand that that requires
6    the captain to do?
7    A.   I think it is as is written.
8    Q.   So as written, as you understand it, if during
9    the taxi you, as captain, perceive a potential conflict
10   or collision hazard with another aircraft, then you're
11   supposed to ask a signal person or signalman for
12   assistance.   Is that a correct statement?
13   A.   This is talking about a really severe
14   situation wherein there really might be a collision.
15   Q.   Mr. Yamaguchi, that was not the question.   The
16   question is as you understand what is written, if you
17   perceive -- let me back up.
18       Looking at your operations manual under
19   item 2, taxiing at subsection 2, which requires the
20   captain to be observant of obstacles around him, if
21   during taxi there's another aircraft in your vicinity,
22   according to this manual, you're required -- you shall
23   ask for a signalman's assistance?
24       MR. TURNER:   Objection as to form and
25   foundation.

Page 77

20 (Pages 74 to 77)

7ca02e95-9401-455d-8a64-f2666796c47a

Eishin Yamaguchi

1    THE WITNESS:  It depends on the situation.
2  Naturally, if I judge that a signalman is necessary, I
3  would request a signalman.
4    MR. TORPEY:  Q.  What do you understand in
5  this ops manual the word signalman as used in subsection
6  5 means?
7    A.  In Japanese the term is chijo, c-h-i-j-o,
8  h-a-i-c-h-i, i-n, but this is a person who will help
9  with the wing tip or the rear of the aircraft that we
10  cannot see.
11    Q.  At San Francisco airport on October 7, 2003,
12  would the United ramp controller be someone that you
13  would consider to fall within the definition of a
14  signalman?
15    A.  No.
16    Q.  So if on October 7, 2003, you perceived that
17  there may be a collision hazard with the United air,
18  according to the policy in ANA's operations manual, what
19  did you understand you had to do at that point, if
20  anything?
21    A.  At that point we were continuing with the
22  taxiing based on the judgment that there was no
23  potential for a collision.
24    Q.  My question to you, sir, is assume that at
25  some point prior to the impact, if you had perceived
Page 78

1  to accurately answer it.
2    THE WITNESS:  Since this is a hypothetical
3  issue, I cannot give an accurate answer.
4    MR. TORPEY:  Q.  Mr. Yamaguchi, as the pilot
5  in command of an aircraft that had over 150 people whose
6  lives were in your hands on October 7, 2003, are you
7  telling me and this jury that you have no idea what you
8  should do when faced with the possibility of colliding
9  with the United aircraft on that day?
10    Is that what you're telling us?
11    MR. TURNER:  Objection as to form and
12  foundation.
13    MR. TORPEY:  Now, before he answers, why don't
14  you change the tape.
15    THE VIDEOGRAPHER:  This concludes Videotape 2
16  in the deposition of Eishin Yamaguchi.  The time on the
17  monitor is 2:48 p.m.
18    (Discussion off the record.)
19    THE VIDEOGRAPHER:  Here begins Videotape 3 in
20  the deposition of Eishin Yamaguchi.  Coming back on the
21  record.  The time on the monitor is 2:51 p.m.
22    MR. TORPEY:  I'd ask that the court reporter
23  please read the question back in English and the
24  interpreter please read the question in Japanese.
25    (Record read by the reporter.)
Page 80

1  that there was a collision hazard with the United
2  aircraft, under the terms of the ANA operations manual,
3  what is it that you as pilot in command or others under
4  your command were required to do at that point?
5    A.  Subsection 5 talks about a situation when the
6  captain is not able to make a personal judgment.
7    Q.  Well, the question to you is in a situation
8  where the captain or the crew perceived -- did perceive
9  a potential conflict or collision hazard, what is it
10  that the ANA operations manual required you to do?
11    A.  Therefore it would be a situation that is
12  different from what is written here.  We judged that
13  taxiing was possible, so it was not necessary to call a
14  signalman.
15    Q.  If you had determined that taxiing was not
16  possible and that you needed to call a signalman on
17  October 7, 2003, who would you have called?
18    A.  Am I obligated to answer a hypothetical
19  question like that?
20    Q.  Yeah.
21    MR. TURNER:  It happens to be a very good
22  question.  I would object to it as a hypothetical
23  without sufficient foundation or facts and incomplete
24  hypothetical.  If the witness understands it, I'd permit
25  him to answer it assuming that he has sufficient facts
Page 79

1    MR. TURNER:  Objection as to form and
2  foundation and incomplete hypothetical.
3    THE WITNESS:  The answer is no.
4    MR. TORPEY:  Would you read back the question
5  and answer.
6    (Record read by the reporter.)
7    MR. TORPEY:  Q.  Now, tell us, Mr. Yamaguchi,
8  what you as the pilot in command believed you needed to
9  do on October 7, 2003 when faced with the potential
10  conflict or potential collision with the United
11  aircraft.  What was it that you believe you were
12  supposed to do at that point?
13    MR. TURNER:  Objection as to form and
14  foundation and incomplete hypothetical.
15    THE WITNESS:  I do not recall how I thought at
16  that time exactly, but I judged that taxiing was
17  possible, therefore, I continued taxiing.
18    MR. TORPEY:  Q.  Was it your decision or the
19  first officer's decision to decide to continue taxiing
20  as opposed to stop?
21    A.  The two of us discussed, and the ultimate
22  decision was mine.
23    Q.  Did either the observer pilot or your first
24  officer ever express to you concern about whether you
25  should continue to taxi?
Page 81

21 (Pages 78 to 81)