# EXHIBIT J

# All Nippon Airways
## vs.
# United Air Lines

Deposition of

# Yusuke Nishiguchi

Volume 1

November 28, 2007

Reported By:  Brandon Combs,  CSR 12978
Job Number: 1-6057

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                    --oOo--

4   ALL NIPPON AIRWAYS COMPANY,          )
    LTD.,                                )
5                                        )
              Plaintiff,                 )
6                                        )
              vs.                        ) No. C07-03422 EDL
7                                        )
    UNITED AIR LINES, INC.,              )
8                                        )
              Defendant.                 )
9   _____)

10

11

12

13             VIDEOTAPED DEPOSITION OF

14              YUSUKE NISHIGUCHI

15   _____
                November 28, 2007

16

17

18

19

20

21   REPORTER: BRANDON D. COMBS, RPR, CSR 12978      Job 6057

22

23

24

25

Yusuke Nishiguchi

Page 2

INDEX

                                            PAGE

EXAMINATION BY MR. TORPEY ......................5

EXHIBITS
EXHIBIT   DESCRIPTION                        PAGE
8         Operations manual, 2-3 (Japanese).      15
9         Operations Manual, 2-3 (Japanese).      15
10        Fig 3, First Possible Direct Line of    73
          Sight from UA 809.

11        Oct 8, 2003, Mr. Van Mckenny, NTSB.     80

12        Group of papers headed by a copy of
          the Airline Transport Pilot
          Certificate of Yusuke Nishiguchi

13        Hand-drawn diagram.                     114

Page 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
---oOo---
ALL NIPPON AIRWAYS COMPANY,     )
LTD.,                           )
                                )
        Plaintiff,              )
                                )
vs.                             )  No. C07-03422 EDL
                                )
UNITED AIR LINES, INC.,         )
                                )
        Defendant.              )
_____)

            --oOo--
        BE IT REMEMBERED THAT, pursuant to Notice and
on Wednesday, November 28, 2007, commencing at
10:00 a.m. thereof at 595 Market Street, Suite 620,
San Francisco, California, before me, BRANDON D. COMBS,
a Certified Shorthand Reporter, personally appeared
        YUSUKE NISHIGUCHI,
called as a witness by the Defendant being first duly
sworn, testified as follows:
            --oOo--
        JAFFE, RAITT, HEUER & WEISS, 27777 Franklin
Road, Suite 2500, Southfield, MI 48034-8214, represented
by SCOTT R. TORPEY, Attorney at Law, appeared as counsel
on behalf of the Defendant.
        CONDON & FORSYTH, LLP, Times Square Tower,

Page 4

Seven Times Square, New York, NY 10036, represented by
MARSHALL S. TURNER and TIMOTHY ESKRIDGE, Attorneys at
Law, appeared as counsel on behalf of the Plaintiff.
        WORTHE, HANSON & WORTHE, The Xerox Centre,
1851 East First Street, Ninth Floor, Santa Ana,
CA 92705, represented by JEFFREY A. WORTHE, Attorney at
Law, appeared as counsel on behalf of the Defendant.
        ALSO PRESENT: Don Wright; Steven S. Fus;
Yoshihiro Mizuno; Sadaaki Matsutani, Interpreter; Satoe
Ohari, Interpreter; Stephen Statler, Videographer.
        --oOo--
        THE VIDEOGRAPHER: Good morning. Here begins
Videotape 1 of the deposition of Yusuke Nishiguchi in
the matter of All Nippon Airways, Limited versus
United Airlines, Incorporated in the U.S. District Court
for the Northern District of California. The case
number is C07-03422 EDL.
        Today's date is November 28, 2007, and the
time on the video monitor is 10:00 o'clock. The video
operator today is Stephen Statler representing Combs
Reporting, 595 Market Street, Suite 620, San Francisco.
        This video deposition is taking place at
595 Market Street and was noticed by Jaffe, Raitt, Heuer
& Weiss.
        Counsel please identify yourselves and state

Page 5

whom you represent.
        MR. TORPEY: Scott Torpey on behalf of United.
        MR. WORTHE: Jeff Worthe on behalf of United
Airlines.
        MR. FUS: Steve Fus, United Airlines.
        MR. TURNER: Marshall Turner, Condon & Forsyth
on behalf of All Nippon Airways.
        MR. MIZUNO: Yoshihiro Mizuno, All Nippon
Airways.
        THE VIDEOGRAPHER: The court reporter today is
Brandon Combs of Combs Reporting, and would the reporter
please administer the oath to the interpreter and to the
witness.
        (After being duly sworn, the interpreters,
        Satoe Ohari and Sadaaki Matsutani, translated
        questions put to the witness into the Japanese
        language and the answers thereto given by the
        witness were translated into the English
        language.)
        --oOo--
        EXAMINATION BY MR. TORPEY
MR. TORPEY: Q. Is it Mr. Nishiguchi?
THE INTERPRETER: Nishiguchi.
MR. TORPEY: Q. Nishiguchi. Mr. Nishiguchi,
do you speak any English, sir?

2 (Pages 2 to 5)

Yusuke Nishiguchi

Page 6

1    A.  Just a little.
2    Q.  Do you write any English or read any English?
3    A.  A little.
4    Q.  Do you read an English newspaper?
5    A.  I do not.
6    Q.  Let me get some background on you.  How long
7  have you been employed at ANA?
8    A.  17 years.
9    Q.  And what positions have you held there?
10   A.  I was a copilot.  I am a captain now.
11   Q.  When did you become a captain?
12   A.  It was 2004.
13   Q.  In order to become a captain from a copilot,
14  what requirements did you have to meet?
15   A.  Can you be more specific.
16   Q.  Were you promoted to captain just because
17  you've been there a number of years, or did you have to
18  meet some requirements?
19   A.  When you say requirements, what kind of
20  requirements?
21   Q.  Well, you tell me.  You work for the airline.
22  You tell me what the requirements are for somebody to go
23  from a copilot to a captain at ANA.
24   A.  There are ANA requirements.
25   Q.  Now, I'll ask you again, sir, as I did before,

Page 7

1  what are those requirements?
2    A.  There are set requirements at the company, but
3  I do not know the specifics at this time.
4    Q.  So why you were promoted from copilot to
5  captain, you have no idea is that your testimony, sir?
6        MR. TURNER:  Objection as to form and
7  attitude.
8        THE WITNESS:  I fulfilled the requirements.
9  That is how I became captain, but I do not know what the
10  specific requirements were at this time.
11        MR. TORPEY:  Q.  When did you arrive in the
12  U.S., sir?
13   A.  Yesterday morning.
14   Q.  And about what time?
15   A.  About now.
16   Q.  About now, about 10:00 a.m.?
17   A.  I don't have a specific recollection, but it
18  was around this time now.
19   Q.  When are you scheduled to go back?
20   A.  Tomorrow.
21   Q.  At about what time?
22   A.  I'm scheduled to leave the hotel about this
23  time which is around 10:00 o'clock.
24   Q.  Okay.  When did you next have a flight
25  scheduled as a crew member for ANA?

Page 8

1    A.  I do not know.
2    Q.  You came here and are leaving here as a
3  passenger, not as a crew member; correct?
4    A.  Yes.
5    Q.  In preparation for your deposition here, did
6  you review any documents, sir?
7    A.  Yes.
8    Q.  And what did you review?
9    A.  The documents that were produced to NTSB.
10   Q.  And do you understand, sir, if those were
11  documents produced by ANA to the NTSB?
12   A.  Yes.
13   Q.  And did you review any other documents, sir?
14   A.  What kind of documents?  About what?
15   Q.  Any documents at all in preparation for your
16  giving the deposition today.  Did you review anything
17  other than the submission to the NTSB?
18   A.  The Japanese documents that were translated
19  into English were submitted to NTSB, and I have not seen
20  any document other than those.
21   Q.  Okay.  Do you have any piloting experience
22  before you joined ANA, or is all your piloting time
23  while employed at ANA?
24   A.  No.
25   Q.  I'm sorry?  I missed it.

Page 9

1    A.  No.  To the first question, and yes to the
2  second.
3    Q.  You know, I apologize.  I forgot what I asked.
4    A.  I did not have any piloting experience before
5  joining ANA.  All my piloting experience was gained at
6  ANA.
7    Q.  The documents that you did review in
8  preparation for your deposition, were those in English?
9    A.  No.
10   Q.  When you are a crew member of an ANA flight,
11  are there occasions when you are designated to be the
12  pilot that communicates with ATC?  In other words,
13  you're the communicating pilot?
14   A.  Yes.
15   Q.  And in order to be the pilot communicating,
16  you have to be able to speak in English; correct?
17   A.  Yes.
18   Q.  How many total hours do you have as a pilot?
19   A.  I do not recall clearly.
20   Q.  Do you have any estimate?
21   A.  Although I do not have a clear recollection,
22  it would be about 19,000 hours up to now.
23   Q.  Were those all -- strike that.
24        What type of aircraft are you type-rated in?
25   A.  Boeing 767 and Boeing 777.

3 (Pages 6 to 9)

Yusuke Nishiguchi

Page 10

1   Q.  And when did you first get typed in a 777?
2   A.  I do not have a clear recollection.
3   Q.  Would it have been before the year 2000?
4   A.  Yes.
5   Q.  Can you give me an estimate of how many hours
6   you have in type on that 777?
7   A.  Can it be approximate?
8   Q.  Certainly.
9   A.  About 5,000 hours.
10  Q.  Now, those 5,000 hours in type, do you fly the
11  777 generally the same amount of hours every month?  It
12  may not be exact, but typically do you log your hours
13  the same for all 12 months of the year?
14  A.  Yes.
15  Q.  About how many hours a month do you typically
16  fly in a 777 as a crew member?
17  A.  The average would be about 70 hours.
18  Q.  70, seven zero?
19  A.  70.
20  Q.  Of those 70 hours a month in a 777, about how
21  many hours at least today is as pilot in command?
22  A.  It would be about three and a half years
23  because that would be the time period after I became
24  captain.
25  Q.  All right.  Let me break it down.  Prior to

Page 11

1   becoming a captain in 2004, you were never a pilot in
2   command; correct?
3   A.  No.  That's right.
4   Q.  And of the 70 hours a month that you fly in a
5   777, of those 70 hours would be with you as pilot in
6   command?
7   A.  A rough estimate would be -- or a rough
8   calculation would be about 60 hours.
9   Q.  All right.  And of the 70 hours per month you
10  average in a 777, how many of those hours are with you
11  as the flying pilot as opposed to the nonflying pilot?
12  A.  About 35 hours, about half.
13  Q.  As pilot in command, is it your decision to
14  decide whether you or the first officer will be the
15  flying pilot for a particular flight?
16  A.  Yes.
17  Q.  And how do you decide for a particular flight
18  whether it should be you or your first officer that
19  would be the flying pilot that day?
20  A.  I make an overall judgment.
21  Q.  What criteria would you use to say that
22  today --
23      MR. TURNER:  Excuse me.
24      CHECK INTERPRETER:  The interpreter has not
25  completed.

Page 12

1       MR. TORPEY:  I apologize.  Sorry.
2       THE WITNESS:  I would consider weather and
3   also make a general judgment.
4       MR. TORPEY:  Q.  If the weather was -- well,
5   let me ask you -- strike that.
6       In addition to weather, what other factors do
7   you consider in deciding whether you should be the
8   flying pilot on a particular day?
9       MR. TURNER:  Objection as to form.
10      THE WITNESS:  I would also consider the years
11  of experience of the first officer.
12      MR. TORPEY:  Q.  And anything other than
13  weather and the experience of the first officer that you
14  would consider?
15  A.  The situation of the airplane or aircraft.
16  Q.  Anything else?
17  A.  There would be others, but I can't think of
18  them now.
19  Q.  Give me a couple of examples of, as you call
20  it, situation of the airplane that you would consider in
21  determining whether you or the first officer should be
22  the flying pilot.
23  A.  For example, if there is a failure or a
24  problem with the aircraft, I would fly the aircraft.
25      CHECK INTERPRETER:  The check interpreter

Page 13

1   would like to put on the record that the Japanese word
2   that was translated either to failure or problem,
3   f-u-g-u-a-i, which can be malfunction of some sort.  It
4   can be, in terms of a degree of malfunction, can be very
5   slight as compared to the English words used as failure
6   or problem.
7       That's okay.  Just to put it on the record.
8       MR. TORPEY:  Q.  Mr. Nishiguchi, for the 777,
9   you understand that there's an ANA operations manual;
10  correct?
11  A.  Yes.
12  Q.  And are you and your crew members required to
13  follow what it directs in the operation manual with
14  regard to the operation of the 777 aircraft?
15  A.  Yes.
16  Q.  Are you familiar with something called a route
17  manual as well?
18  A.  Yes.
19  Q.  What's the difference between the route manual
20  and the ops manual?
21  A.  The route manual is from the Jeppesen chart,
22  and the operation manual describes the policies of ANA.
23  Q.  Other than the ops manual and the route
24  manual, are there any other manuals that are kept
25  routinely in the cockpit of a 777 aircraft for ANA?

4 (Pages 10 to 13)

Yusuke Nishiguchi

Page 14

1    A.   Yes.
2    Q.   And what are those things?
3    A.   For example, the MEL, CDL manuals.
4    Q.   Minimum equipment list?
5    A.   That's right.
6    Q.   What do you mean by CDL?
7    A.   I have forgotten.
8    Q.   Let me show you what was marked yesterday as
9    Exhibit 2, Mr. Nishiguchi, and have you look at the
10   second page. I'll share this with you. Let me hand you
11   this.
12       MR. TURNER: I would just comment for you,
13   Mr. Torpey, that in view of some question yesterday as
14   to whether or not the first two pages of Exhibit 2 were
15   correct, accurate translation of the Japanese version,
16   we did obtain that same section from the legal
17   department, both the Japanese version at the time of the
18   accident and the current version, and we have it here in
19   case you're interested.
20       MR. TORPEY: Well, I'm more than interested.
21   We had asked that it be produced, so if you have a
22   document to produce. We don't have to discuss it in
23   front of the witness.
24       MR. TURNER: Well, identify it. The version
25   that was in effect at the time the accident, lower

Page 15

1    right-hand corner is dated 1999.11.1 number 84, and the
2    current one is 2004.8.1, number 121.
3        (Whereupon, Exhibits 8 and 9 were marked for
4        identification.)
5        (Discussion off the record.)
6        MR. TURNER: As I understand it the court
7    reporter has marked the 2004 current version as
8    Exhibit 8 and the 1999 version as Exhibit 9.
9        MR. TORPEY: Q. Mr. Nishiguchi, look at
10   Exhibit 2, the second page of that in the middle it says
11   taxi, and under that it says the captain shall perform
12   taxi in accordance with the following. And it gives
13   some specifics that the captain has to perform during
14   taxi.
15       To your knowledge, was that a direction in the
16   operations manual back on October 7, 2003, as well?
17   A.   I do not have a clear recollection.
18   Q.   I want to back up a step. Before you became a
19   captain in 2004, were you also logging about 70 hours a
20   month in the 777?
21   A.   Yes.
22   Q.   And of those 70 hours before you became a
23   captain, about how many of those hours were you the
24   flying pilot as opposed to the nonflying pilot?
25   A.   About half of that, therefore, it is the same

Page 16

1    as before, about 35 hours.
2    Q.   Now, when you were the first officer before
3    you became a captain, was there any particular route
4    that you would typically fly, that you flew
5    predominantly?
6    A.   No.
7    Q.   Did you fly all international, or did you fly
8    domestic as well?
9    A.   Both.
10   Q.   And would those flights that were not
11   international, would those also be in a 777?
12   A.   Yes.
13   Q.   I know you've indicated you flew about 70
14   hours a month. During those 70 hours, what would be an
15   average number of takeoffs and landings?
16   A.   I do not know clearly.
17   Q.   Okay. And can you give me an estimate. Would
18   you say it would be, you know, your best estimate of how
19   many -- in an average month how many takeoffs and
20   landings you would perform in the approximate 70 hours
21   that you would be flying a 777?
22   A.   It would be difficult for me to estimate such
23   number of times because it's so different between
24   international flights and domestic flights.
25   Q.   Okay. Do you have a pilot logbook or

Page 17

1    documents that reflect the number of hours that you are
2    flying?
3    A.   There is no document.
4    Q.   Do you know what a pilot logbook is?
5    A.   Yes.
6    Q.   And you do not keep a pilot log?
7    A.   I used to have it before I became captain.
8        CHECK INTERPRETER: I used to keep it before I
9    became captain.
10       MR. TORPEY: Q. Why did you stop keeping it
11   when you became a captain?
12   A.   The company computer does that sort of thing
13   now.
14   Q.   Do you still have possession of your logbook
15   from when you were flying before you were a captain?
16   A.   It is not clear.
17   Q.   Would you have given it to ANA, or is that
18   something that you have personally?
19   A.   I have not given it. If I searched my house,
20   it may come out.
21   Q.   Okay. You have no reason to throw it away, I
22   assume?
23   A.   Right.
24   Q.   Mr. Nishiguchi, when you were a first officer
25   before 2004, can you tell me about how many times you

5 (Pages 14 to 17)

Page 18

1  would have been the flying pilot that taxied the
2  aircraft on the ground, either at departure or on
3  arrival, on average, how many times a month. In fact
4  let me withdraw that.
5       Let me ask you this. Of the about 35 times a
6  month that you were the flying pilot before you became a
7  captain, on all of those occasions, were you also the
8  flying pilot that performed taxi during both landing and
9  takeoff?
10      MR. TURNER: Objection as to form and
11  foundation.
12      THE WITNESS: Not necessarily.
13      MR. TORPEY: Q. Okay. Why, on those
14  occasions when you were the flying pilot, the first
15  officer flying pilot, was there someone else that became
16  the flying pilot for purposes of taxiing.
17      A. That was the judgment of the captain.
18      Q. Did you ever have an occasion where the
19  captain, although allowed you to be the flying pilot,
20  took over the responsibility as the flying pilot when
21  you were taxiing into or out of San Francisco Airport?
22      A. I do not have a clear recollection.
23      Q. Do you know how many times you have taxied a
24  777 aircraft either on departure or arrival at
25  San Francisco Airport? And I mean as the flying pilot.

Page 19

1       MR. TURNER: Objection as to form.
2       THE WITNESS: I have forgotten.
3       MR. TORPEY: Q. Do you know whether prior to
4  October 7, 2003, you as the flying pilot ever taxied a
5  777 upon departure or arrival at San Francisco Airport?
6       A. Yes.
7       Q. Can you tell me on how many occasions before
8  October 7, 2003, you were the flying pilot taxiing a 777
9  aircraft upon arrival or departure at San Francisco
10  Airport?
11      A. I do not have a clear recollection of the
12  number of times.
13      Q. Do you have any recollection, or would you be
14  unable to give us any idea?
15      A. I have no idea at this time.
16      Q. And I take it therefore you also don't know
17  when prior to October 7, 2003, was the last time you
18  were the flying pilot taxiing upon arrival or departure
19  at San Francisco Airport?
20      A. I do not know at this time.
21      Q. Have you had occasion where you were the
22  flying pilot and the captain decided to taxi himself at
23  San Francisco Airport either upon arrival or departure?
24      A. I have forgotten.
25      Q. Whether that happened or not you don't know?

Page 20

1       A. Not as related to San Francisco.
2       Q. Have you ever been the captain and relieved
3  your flying pilot of the taxi responsibility going into
4  or out of San Francisco Airport?
5       A. No.
6       Q. Can you recall any airport where you were the
7  copilot and flying pilot and nonetheless the captain
8  took over responsibility for taxi either at the
9  departure or upon arrival?
10      A. Yes.
11      Q. What airport or airports?
12      A. Sapporo Airport, C-h-i-t-o-s-e, Airport in
13  Sapporo.
14      Q. Anywhere else other than Sapporo?
15      A. Yes.
16      Q. And where else?
17      A. Kagoshima Airport, K-a-g-o-s-h-i-m-a.
18      Q. Anywhere else?
19      A. Komatsu Airport, K-o-m-a-t-s-u, Airport.
20      Q. Okay. Any others?
21      A. H-a-n-e-d-a, Airport.
22      Q. Okay. Any others?
23      A. There are others.
24      Q. Tell me every one that you recall, sir.
25      A. Nagasaki Airport, N-a-g-a-s-a-k-i.

Page 21

1       Q. Okay. Any others?
2       A. A-k-i-t-a. I do not recall others.
3       Q. What's your understanding as to why you were
4  relieved of the responsibility to taxi at these
5  airports?
6       A. Because of snow.
7       Q. Any other reasons?
8       A. That was the captain's judgment, so I do not
9  know why.
10      Q. And what about the snow condition -- let me
11  ask you. Would the fact that there were snow conditions
12  make the taxi more dangerous and is that why the captain
13  decided to take over the taxi responsibilities?
14      A. I think so.
15      Q. Have you ever been involved in any accidents
16  or incidents other than the one in San Francisco on
17  October 7, 2003?
18      A. No.
19      Q. As a result of the accident at San Francisco,
20  was there any type of reprimand or action taken with
21  regard to you?
22      A. No. There was no reprimand.
23      Q. Was there any training or any other action
24  taken by ANA with regard to yourself specifically in
25  relation to the fact that you had this accident?

6 (Pages 18 to 21)

Yusuke Nishiguchi

Page 22

1    A.  There was no flight scheduled for about two
2  weeks.
3    Q.  Other than not scheduling you, was there any
4  other action taken by ANA with regard to yourself as a
5  result of this accident?
6    A.  There was a personnel examination.
7    Q.  And what did that involve?
8    A.  Together with the examiner, Captain Yamaguchi
9  and I did an arrival and departure exercise at
10  San Francisco Airport.
11    CHECK INTERPRETER:  The examiner was also
12  there, altogether three people and also takeoff and
13  landing, takeoff and landing.
14    THE INTERPRETER:  I said departure and
15  arrival, but his terminology landing and takeoff is a
16  better term.
17    MR. TORPEY:  That's fine.
18    Q.  Who performed -- let me back up.  Just
19  describe for me what it was that you and
20  Captain Yamaguchi had to do at San Francisco?
21    A.  It was an ordinary flight.
22    Q.  Did you have to perform taxi functions?
23    A.  No.  I didn't do it.
24    Q.  Did Captain Yamaguchi have to taxi?
25    A.  Yes.

Page 23

1    Q.  Was there a supervisor or check airman or
2  somebody that was in charge of directing or watching
3  what you were doing?
4    A.  Yes.
5    Q.  Who was that person?
6    A.  It was a checker.  I do not recall his name.
7    Q.  Was it the same person that was the observer
8  pilot on your flight on October 7, 2003?
9    A.  No.
10    Q.  Was the flight a regularly scheduled flight
11  with pay to you and Mr. Yamaguchi?
12    A.  I don't know about that.
13    Q.  Prior to October 7 -- strike that.
14    Do you understand that ANA conducted an
15  investigation into the cause and circumstances leading
16  up to the collision?
17    A.  Yes.
18    Q.  And who on behalf of ANA was in charge of that
19  investigation?
20    A.  I do not know.
21    Q.  What role did you play in the investigation?
22    A.  Can you be more specific.
23    Q.  Who came to talk to you about what had
24  happened at the airport?
25    A.  I do not recall the name.  He was a

Page 24

1  supervisor.
2    Q.  Did anybody else other than one supervisor
3  come and talk to you?
4    A.  I do not have a clear recollection.
5    Q.  Okay.  Did they talk to you and Mr. Yamaguchi
6  at the same time?
7    A.  No.
8    Q.  Did the discussion take place before the
9  flight to San Francisco that you told me about that
10  occurred after October 7, 2003?
11    A.  No.
12    Q.  What do you understand ANA determined to be
13  the cause of the collision on October 7, 2003?
14    MR. TURNER:  Objection as to form and
15  foundation.
16    THE WITNESS:  I do not know.
17    MR. TORPEY:  Q.  Who do you understand to be
18  the party or parties responsible for the collision on
19  October 7, 2003?
20    A.  I cannot say at this time.  I do not know.
21    Q.  As a flying pilot on October 7, 2003, that was
22  involved in this accident, in your mind, who do you
23  believe was responsible for causing this collision?
24    A.  I can't say who was responsible at this time.
25    Q.  Do you believe that you were in any way

Page 25

1  responsible for causing the collision between the
2  aircraft you were the flying pilot of and the United
3  aircraft?
4    A.  No.
5    Q.  And you have no opinion as to who aside from
6  yourself may be at fault in any way for causing the
7  collision?
8    MR. TURNER:  Can I have that question read
9  back, please.
10    (Record read by the reporter.)
11    MR. TURNER:  Objection as to form and
12  foundation.
13    THE WITNESS:  I don't know what you mean when
14  you say who is at fault.
15    MR. TORPEY:  Q.  You indicated that you did
16  not believe that you were at fault or responsible for
17  causing the collision.  And my question is have you
18  formed an opinion that anyone else was at fault or
19  responsible for causing the collision?
20    A.  I believe that there is a cause, but I do not
21  know about fault.
22    Q.  What was the cause?
23    A.  I think there were various causes also.
24    Q.  Tell me what all those causes are, sir.
25    A.  Can you give me a more specific question.

7 (Pages 22 to 25)

Yusuke Nishiguchi

Page 26

1    Q.   I believe that is specific. I'm asking you to
2  tell me what in your mind you formed as an opinion of
3  the causes of the collision.
4    A.   There were many factors involved in the
5  circumstance at that time such as the ATC.
6    Q.   What else beyond ATC?
7    A.   There are various factors, so I cannot think
8  of them at this time.
9    Q.   When you talk about ATC, you're talking about
10  ground control?
11    CHECK INTERPRETER:  The witness asked to have
12  the question repeated, and the lead interpreter
13  complied.
14    MR. TORPEY:  So where are we?
15    THE WITNESS:  There are various --
16    THE INTERPRETER:  I need to.
17    MR. TORPEY:  No problem.
18    THE WITNESS:  For example, there is the
19  control tower or there's ground control, so there are
20  many factors to ATC.
21    MR. TORPEY:  Q.  Are you referring to ATC to
22  include ramp control tower?
23    A.   Yes.
24    Q.   And do you understand the ramp control tower
25  was, at San Francisco, operated by United Airlines?

Page 27

1    A.   No.
2    Q.   You don't know one way or the other?
3    A.   Right.
4    Q.   But you do believe that the ramp control on
5  October 7, 2003, was at least one of the causes for the
6  collision; correct?
7    A.   I believe there was also the problem of the
8  entire ATC problem of the ramp control.
9    Q.   But you do believe that ramp control was one
10  of the causes of this collision; am I correct?
11    A.   Yes.
12    Q.   And how is it that ramp control in your mind
13  contributed to the cause of this collision?
14    A.   I myself do not know the cause itself.  I
15  believe there are various factors.
16    Q.   What I'm asking, Mr. Nishiguchi, is you
17  believe that United -- strike that.
18    You believe that ramp control was a cause.
19  What in your mind did ramp control do or not do that you
20  believe contributed to the cause of the collision?
21    A.   This is not my opinion, but according to the
22  ANA investigation, a view was reached that two aircrafts
23  could not push back and taxi irrespectively at the same
24  time at that location.
25    Q.   Mr. Nishiguchi, I've asked though for your --

Page 28

1  this entire line of questioning had to do with your
2  personal opinions as to the cause or causes, and you
3  indicated that you personally have come to the
4  conclusion that you personally believe that ramp control was a
5  cause of this collision.
6    So I'm only asking for what you believe, you
7  personally, as the flying pilot on October 7, 2003, what
8  you personally believe the ramp control did or did not
9  do that caused this collision.
10    MR. TURNER:  Objection as to form and
11  foundation.
12    THE WITNESS:  I do not say that ramp control
13  was the cause, that it was one of the causes.
14    CHECK INTERPRETER:  That it was the sole
15  cause.
16    MR. TORPEY:  Q.  I'll try again.
17    Mr. Nishiguchi, I am not asking whether they
18  were the sole cause.  I'm asking you to tell me now what
19  you believe ramp control did or did not do that
20  contributed to the cause of the collision.  For example,
21  let me ask you -- translate that, and then I'll add to
22  the question.
23    For example, as the flying pilot, from the
24  time your aircraft taxied from the engine-start line to
25  the point of impact, did you rely on ramp control to

Page 29

1  provide proper clearances and instructions for taxi?
2    THE INTERPRETER:  Can you read it back for me.
3    MR. TURNER:  Just so I don't interrupt,
4  objection as to form and foundation.
5    THE WITNESS:  Yes.
6    MR. TORPEY:  Q.  And as the flying pilot on
7  October 7, 2003, did you also rely on ramp control to
8  issue traffic advisories and safety alerts to you?
9    A.   We did receive taxi clearance.
10    Q.   My question, sir, is, as the flying pilot, did
11  you rely on ramp control to issue to you traffic
12  advisories and safety alerts, for example, warning or
13  alert that there was another aircraft potentially in
14  your taxi path?
15    A.   I was relying on ramp control and ATC.
16    Q.   So you agree with me that you relied on ramp
17  control, at least as one of two individuals, to provide
18  traffic advisories and safety alerts?
19    CHECK INTERPRETER:  Advisory though is for
20  example, it's a warning -- the lead interpreter is
21  translating advisory as information.  That's not
22  necessarily correct.
23    MR. TORPEY:  Q.  It's really pretty simple.
24    Mr. Nishiguchi, do you believe, sir, that you
25  relied as the flying pilot upon ramp control and perhaps

8 (Pages 26 to 29)

Yusuke Nishiguchi

Page 30

1  others, to warn you of the potential collision hazard
2  with the United aircraft on October 7 of 2003?
3      A.  I don't know about warning, but I believe that
4  it is the duty of the pilot to follow the instructions
5  given by ATC including ramp control.
6      Q.  I'm going to move to strike that answer.
7      Mr. Nishiguchi, please listen carefully to my
8  question.  I did not ask you about that.  I asked you
9  simply -- I'll just have the court reporter read back
10  the question, and I'd like you to listen carefully and
11  answer the question that I asked, please.
12      (Record read by the reporter.)
13      THE WITNESS:  I do not know what you mean when
14  you say warn -- quote, warn you, close quote because it
15  is the duty of the pilot to follow the clearance.
16      MR. TORPEY:  Q.  Is it your position as the
17  flying pilot that the ramp control gave you clearance to
18  taxi and you relied on that clearance and that clearance
19  was an assurance, an assurance, to you that the ramp
20  controller that no collision would occur?
21      A.  We followed the clearance to taxi, but I do
22  not know what you mean when you say assured by such and
23  such.
24      Q.  Did you rely on ramp control as the flying
25  pilot in getting clearance from ramp control -- strike

Page 31

1  that.
2      Let me rephrase it.  As the flying pilot
3  receiving clearance from ramp control to taxi, do you
4  rely on that to mean that there will be no possibility
5  of a collision hazard between yourself and another
6  aircraft if you follow that clearance?
7      A.  I believed that in general if one can get --
8      THE INTERPRETER:  The interpreter will
9  restate.
10      THE WITNESS:  I believe that in general if one
11  followed the air traffic control system, one could get
12  clearance.
13      MR. TORPEY:  Q.  I'll move to strike that
14  answer.
15      Mr. Nishiguchi, we are not talking about
16  whether or not you got clearance.  We understand that
17  you got clearance, and I'll ask for the last time this
18  question.
19      And that is, did you rely on that clearance
20  from ramp control as an assurance to you as the flying
21  pilot that you would not collide with another aircraft
22  if you followed that clearance?  That's the question,
23  sir.
24      A.  I do not know what you mean when you say
25  assure.  We received clearance, so we simply followed

Page 32

1  the clearance.
2      Q.  What does the word guarantee mean to you?
3  What does that word mean, sir?
4      A.  A guarantee, it's like an insurance, but then
5  I do not know what the meaning is really.  I don't know
6  what that would mean in the aviation world.
7      MR. TORPEY:  I'd ask the interpreter if there
8  is a word in Japanese that is the same as the English
9  word assurance.
10      THE INTERPRETER:  Yes.  And she would use the
11  Japanese word hosho.
12      MR. TORPEY:  Q.  And what does that mean in
13  Japanese?
14      A.  It means to guarantee.
15      CHECK INTERPRETER:  H-o-s-h-o.
16      MR. TORPEY:  Q.  Mr. Nishiguchi, was the
17  clearance that was issued by ramp control to you as the
18  flying pilot a guarantee that you would not have a
19  collision with another aircraft if you followed that
20  clearance?
21      A.  I believe that it was an instruction or
22  permission to taxi including all those things including
23  collision.
24      Q.  And so you relied on that clearance as the
25  flying pilot on October 7 of '03; correct?

Page 33

1      MR. TURNER:  Objection as to form.
2      THE WITNESS:  I did not rely.  I followed the
3  taxi clearance.
4      CHECK INTERPRETER:  Instruction.  The check
5  interpreter stands corrected.  There was no instruction.
6      MR. TORPEY:  Q.  What does the word rely mean
7  to you, sir?
8      A.  I don't know what that would mean in the
9  aviation world.  What other word would there be?
10      Q.  As the flying pilot of the ANA aircraft that
11  day, Mr. Nishiguchi, did you follow the clearance
12  instructions from ramp control?
13      That's it.  Did you follow?
14      A.  Yes.
15      Q.  And do you believe following ramp control's
16  instructions was at least one of the contributing
17  factors in causing the collision on October 7 of 2003?
18      A.  Can you change -- can you ask me that question
19  in other way.
20      Q.  I think that question is very direct, sir, and
21  I'd like an answer to that question exactly as it's
22  asked.
23      MR. TURNER:  Objection as to form.
24      THE WITNESS:  Then can I have the question
25  again.

9 (Pages 30 to 33)

Yusuke Nishiguchi

Page 34

1    MR. TORPEY: Certainly. Read it back in
2  English and in Japanese, please.
3    (Record read by the reporter.)
4    THE WITNESS: If we had not taxied, there
5  would not have been a collision, so I believe that is
6  one of the contributing factors.
7    CHECK INTERPRETER: In that sense.
8    MR. TORPEY: Q. And the communication
9  between -- strike that.
10    The way your aircraft received the clearance
11  that we have been discussing from ramp control was by
12  way of flight deck to ramp control communications; is
13  that correct, sir?
14    A. The clearance is received through the radio
15  communication of the aircraft.
16    Q. With ramp control; correct?
17    A. All ATC including ramp control.
18    MR. TURNER: We've been going for well over an
19  hour and a half now.
20    MR. TORPEY: We can take a break.
21    MR. TURNER: Let's take a break.
22    THE VIDEOGRAPHER: This concludes Videotape 1
23  in the deposition of Yusuke Nishiguchi. The time on the
24  monitor is 11:34 a.m.
25    (Recess taken.)

Page 35

1    THE VIDEOGRAPHER: Here begins Videotape 2 of
2  the deposition of Yusuke Nishiguchi. Coming back on the
3  record. The time on the monitor is 11:48 a.m. Please
4  begin.
5    MR. TORPEY: Q. Mr. Nishiguchi, look at
6  Exhibit 8 that you have in front of you please, sir.
7  And look at the second page -- strike that. I
8  apologize. I'm sorry.
9    Look at Exhibit 9. I keep forgetting there's
10  two exhibits there. They really shouldn't even be
11  paper-clipped together.
12    Exhibit 9, which is an ops manual page with
13  the date of 1999, apparently November of '99. If you
14  look under item 2 and since this document is entirely in
15  Japanese, obviously I can't read it, but can you read to
16  me what it says at item 2, and then the subitems 1,
17  2 and 3 below it.
18    MR. TURNER: You're referring to the 2 that is
19  in the circle as opposed to in the parentheses or
20  outside of them?
21    MR. TORPEY: Exactly.
22    MR. TURNER: The 2 that's in the circle.
23    THE WITNESS: Yes, I read them.
24    MR. TORPEY: Would you read -- maybe the
25  easiest thing to do is, Satoe, could you read those in

Page 36

1  English to us.
2    THE INTERPRETER: I might as well have the
3  English version.
4    MR. TORPEY: Let me do this. I know. Here's
5  what we can do.
6    MR. TORPEY: Q. Mr. Nishiguchi, having read
7  Exhibit 9, would you now look at Exhibit 2 and at the
8  second page where it says in English, number 2, taxiing,
9  and it has subparts 1 through 5, is the very first
10  sentence in Exhibit 2 where it says, the captain shall
11  perform taxi in accordance with the following.
12    Does that language appear in Exhibit 9 as
13  well?
14    A. No.
15    Q. What does the first line -- and again, maybe
16  Satoe, could you read us the first line of Exhibit 9
17  after number 2.
18    THE INTERPRETER: In Japanese?
19    MR. TORPEY: Well, it's in Japanese. Can you
20  translate to English.
21    THE INTERPRETER: You mean the word next to the 2
22  in circle or the line below?
23    MR. TORPEY: That and the line below.
24    MR. TURNER: Okay.
25    THE INTERPRETER: It says the time of the

Page 37

1  beginning of the powered run. So there's something I
2  need to confirm with him.
3    We have just discovered that the format is
4  different in Japanese than English. In the English
5  version, taxi starts with 2 in a circle and it's just
6  that. But in the Japanese version, taxi includes both 2
7  in a circle 3 in a circle. It's longer.
8    MR. TORPEY: So there's actually more taxiing
9  instructions in Exhibit 9 than in Exhibit 2; am I
10  correct?
11    THE INTERPRETER: The witness says he doesn't
12  know.
13    MR. TORPEY: Q. Why don't we do this. I
14  don't want to take a lot of time on this, but would
15  you -- in fact, let's do this. Would you find for me in
16  Exhibit 9, wherever it is on Exhibit 9, the language
17  that's contained in Exhibit 2 that says, the captain
18  shall perform taxi in accordance with the following?
19    A. There is no such statement in Exhibit 9.
20    Q. Look at Exhibit 8. Is that statement in
21  Exhibit 8 anywhere?
22    A. No.
23    Q. Going back to Exhibit 2 under item 2, taxi,
24  subpart 2 it says, be observant of all obstacles around
25  him and taxi speed is such that he may bring his

10 (Pages 34 to 37)

Page 38

1  airplane to an immediate and complete stop.
2       Is that language contained anywhere on
3  Exhibit 8 or 9?
4       A.  Yes.  Yes.  Although the term captain isn't
5  included.
6       Q.  Okay.  Look at that same Exhibit 2
7  or -- strike that.
8       I'm looking at Exhibit 2 under item 2, taxi,
9  at subpart 5 which says, ask for a signalman's
10 assistance in the event that there's any obstacle in the
11 vicinity of the ramp area.
12       Is that language in Exhibits 8 and/or 9?
13      A.  Yes.
14      Q.  And on October 7, 2003, was Exhibit 9 the
15 current version of the ops manual that you were required
16 to follow in operating your aircraft that day as the
17 flying pilot?
18      A.  I do not know.
19      Q.  Assuming that it was or assuming that a later
20 version still had those two provisions in it, you were
21 required to follow those directions when you were the
22 flying pilot on October 7 of 2003?
23      MR. TURNER:  Objection as to form and
24 foundation.
25      THE WITNESS:  No.  That is not correct.

Page 39

1       Q.  So even if the ops manual that was in effect
2  on October 7, 2003, contained the language that is
3  marked at item 2, subparts 2 and 5 of Exhibit 2, your
4  position is you could disregard those instructions as
5  the flying pilot?
6       MR. TURNER:  Objection as to form and
7  foundation.
8       MR. TORPEY:  I want to withdraw the question.
9       Q.  As the flying pilot on October 7, 2003, I want
10 you to assume that in the ops manual that applied to
11 your operations of the aircraft that day, that ops
12 manual contained the following language.
13      MR. TORPEY:  Why don't you translate that and
14 I'll finish.
15      THE WITNESS:  So I should assume that these
16 two were included?
17      MR. TORPEY:  Q.  That's correct, sir.
18      If these two, referring specifically at
19 Exhibit 2, item 2, subparts 2 and 5, if those two items
20 were part of the ANA ops manual for the 777 aircraft on
21 October 7, 2003, then you, Mr. Nishiguchi, as the flying
22 pilot were required to follow those two instructions;
23 correct?
24      MR. TURNER:  Objection as to form and
25 foundation.

Page 40

1       THE WITNESS:  That is a hypothetical question,
2  so I cannot answer.
3       MR. TORPEY:  Q.  With all due respect, I do
4  want you to answer, and I want you to answer my
5  hypothetical.  It is a hypothetical, and I would like
6  you to answer it, please.
7       MR. TURNER:  Objection as to form and
8  foundation and incomplete hypothetical.
9       THE WITNESS:  Well, we are looking at the 2007
10 version of the operations manual, so I do not know if
11 these subitems were included at that time.
12      MR. TORPEY:  Q.  I'm not asking you whether
13 you knew, Mr. Nishiguchi.  I'm telling you, assume they
14 were.
15      MR. TURNER:  Same --
16      MR. TORPEY:  Q.  And if they were included,
17 you as the flying pilot on October 7, 2003, were
18 required to follow those instructions; correct?
19      MR. TURNER:  Objection as to form and
20 incomplete hypothetical.
21      THE WITNESS:  I would follow the operations
22 manual, but since I don't know what the content is, I
23 cannot answer.
24      MR. TORPEY:  Q.  Okay.  Fair enough.
25      Why is there an English and a Japanese version

Page 41

1  of the ops manual?
2       A.  I do not know.
3       Q.  Do you keep the English or the Japanese
4  version or both in the aircraft?
5       A.  It is not clear.  There was the Japanese
6  version.
7       Q.  When was the last time you flew a 777
8  aircraft?
9       A.  I do not recall.
10      Q.  Has it been several months?
11      A.  I think it's been several weeks.
12      Q.  When you were last in the 777 aircraft, was
13 the English or the Japanese ops manual onboard?
14      A.  There was the Japanese manual.
15      Q.  And was the route manual in English or
16 Japanese?
17      A.  Both.
18      Q.  Have you ever heard of the term conflict
19 resolution as a pilot, as a commercial airline pilot?
20      A.  No.
21      Q.  What is the word that -- strike that.
22      To become a commercial -- strike that.
23      To be a commercial airline pilot with ANA,
24 were you taught by ANA any procedures at all with regard
25 to what to do if you perceive a potential collision

11 (Pages 38 to 41)

Yusuke Nishiguchi

Page 42

1  hazard with another aircraft while taxiing on the
2  ground?
3      A.  No.
4      Q.  Do you understand as a captain or as a
5  previous copilot of an ANA aircraft, that if your
6  aircraft had taxied and collided with another aircraft,
7  that could cause a safety issue?
8      A.  If there is a collision, it is not safe.
9      Q.  As a flying pilot for ANA, Mr. Nishiguchi, if
10  you believed that while taxiing your aircraft was going
11  to collide with another aircraft, would you stop that
12  aircraft, your aircraft, before colliding?
13      A.  Oh, well, yes, I would.
14      Q.  Because colliding with another aircraft while
15  taxiing can have safety concerns, would you also stop
16  your aircraft if you did not know for sure whether or
17  not you were going to have a collision with another
18  aircraft while taxiing?
19      MR. TURNER:  Objection as to form and
20  incomplete hypothetical.
21      THE WITNESS:  The question was long, and I
22  don't understand it.
23      MR. TORPEY:  Read it back please in English
24  and in Japanese.
25      (Record read by the reporter.)

Page 43

1      THE WITNESS:  I don't know.
2      MR. TORPEY:  Q.  So even if you are not sure
3  whether or not you're going to collide with another
4  aircraft during taxi, you as the pilot flying would
5  consider continuing taxi rather than stop before you
6  knew whether or not you were going to hit the other
7  aircraft?
8      Is that what your testimony is to the jury,
9  sir?
10      MR. TURNER:  Objection as to form, foundation,
11  and incomplete hypothetical.
12      THE WITNESS:  I do not understand the real
13  intent of the question.
14      MR. TORPEY:  Q.  Well, with all due respect,
15  Mr. Nishiguchi, I'm not asking you to understand the
16  intent.  I would just like you to answer the question.
17      And the reason I'm saying that is, when the
18  jury at the time of trial hears your answer, I want to
19  make sure that I've gotten it from you the way you
20  intended, so there's no misunderstanding.
21      MR. TURNER:  Objection to your comment and the
22  question, form and foundation and incomplete
23  hypothetical.
24      MR. TORPEY:  Q.  Mr. Nishiguchi, I want you to
25  assume hypothetically that you are the copilot of an ANA

Page 44

1  777 and you are also the flying pilot.  I want you to
2  also assume that you perceive that you could run into
3  another aircraft as you are taxiing.
4      If you don't know for sure whether or not you
5  can avoid hitting that aircraft, would you, A, stop
6  until you know whether or not you can clear it or, B,
7  keep going and hope you clear it but you may not?
8      Which would you do, A or B?
9      MR. TURNER:  Objection as to form, foundation
10  and incomplete hypothetical.
11      THE WITNESS:  The question is long, and I
12  don't understand it.  And when you say could run into,
13  what sort of situation is that?
14      MR. TORPEY:  Q.  Mr. Nishiguchi, it doesn't
15  matter what the situation is.  I'm talking to you about
16  running into another aircraft.  I don't care if you run
17  into it from the front, the back, the side or upside
18  down.
19      Let me withdraw the question.  I'll withdraw
20  the question.
21      Do you have family, sir?
22      A.  I am married.
23      Q.  Children?
24      A.  I do not have children.
25      Q.  Okay.  Well, let me ask you, if your wife was

Page 45

1  on an aircraft and that aircraft was taxiing at
2  San Francisco Airport and the pilot flying that
3  aircraft -- another aircraft that he potentially could
4  run into during the taxi.
5      MR. TORPEY:  Translate that, and I'll finish.
6      Q.  Would you want the pilot of that aircraft
7  carrying your wife to, A, stop the aircraft until the
8  pilot knows for sure he is not going to run into the
9  other aircraft or, B, keep taxiing not knowing whether
10  or not there would be a collision?
11      MR. TURNER:  Objection as to form, foundation,
12  and incomplete hypothetical.
13      THE WITNESS:  And where am I in that question?
14      MR. TORPEY:  Q.  Doesn't matter where you are,
15  Mr. Nishiguchi.  I'm giving you a hypothetical.  You are
16  now aware of the information I just provided you.  Which
17  of those two decisions would you want the pilot of that
18  aircraft to make?  Choice A or choice B?
19      MR. TURNER:  Objection as to form, foundation
20  and incomplete hypothetical.
21      THE WITNESS:  At least I would want him to
22  choose safety.
23      MR. TORPEY:  Q.  So you would prefer that he
24  stop the aircraft if there's any question about whether
25  he may or may not run into the other aircraft; correct?

12 (Pages 42 to 45)

Yusuke Nishiguchi

Page 46

1    MR. TURNER:  Objection as to form, foundation
2    and incomplete hypothetical.
3        THE WITNESS:  I do not say that.  If it is
4    safe, if there's no collision --
5        THE INTERPRETER:  The interpreter will
6    restate.
7        THE WITNESS:  I did not say this.  I said that
8    it would be good if it is safe and if there is no
9    collision.
10        MR. TORPEY:  Q.  You said that you want the
11    pilot to choose safety for your wife.  As a pilot
12    yourself, Mr. Nishiguchi, do you think it would be a
13    safe choice to continue taxiing an aircraft if you did
14    not know for sure whether or not you were going to
15    collide with another aircraft during that taxi?
16        MR. TURNER:  Objection as to form and
17    incomplete hypothetical.
18        THE WITNESS:  I do not understand the
19    situation very well, so I could not answer.
20        MR. TORPEY:  I'll move to strike that, and I
21    believe that was unresponsive.  And I also note for the
22    record that the witness seems to be following a pattern
23    with counsel that when counsel objects, the witness does
24    not provide us substantive answer.
25        MR. TURNER:  I object to your comment, and

Page 47

1    when counsel for ANA objects, he's objecting because
2    your questions are poor questions and improper.
3        MR. TORPEY:  Q.  As a pilot for ANA, do you
4    have an obligation to provide the utmost in safety to
5    ANA customers and passengers when you're piloting that
6    aircraft?
7        A.  Yes.
8        Q.  In your opinion as a now captain for ANA,
9    Mr. Nishiguchi, is it safer for the passengers on ANA
10    aircrafts to have you continue taxiing your aircraft
11    when you don't know whether or not you're going to run
12    into another aircraft, or is it safer for you to stop
13    your aircraft until you can determine that you will, in
14    fact, clear the other aircraft?
15        MR. TURNER:  Objection as to form, foundation,
16    incomplete hypothetical.  And you're just repeating your
17    questions, and you're just arguing with the witness.  I
18    really object to the whole process.
19        THE WITNESS:  I have said this repeatedly, but
20    I cannot answer that question as to which is better.
21        MR. TORPEY:  Q.  Do you have a protocol,
22    Mr. Nishiguchi, that you follow when you see a potential
23    collision hazard with another aircraft while taxiing on
24    the ground?
25        A.  What do you mean by protocol?

Page 48

1    MR. TORPEY:  Satoe, what is the Japanese word
2    synonomous with protocol?
3        THE INTERPRETER:  I translated it as
4    procedure.
5        MR. TORPEY:  Q.  Are you going to answer, sir?
6        A.  I don't know that I quite understand the
7    question.  I vaguely understand it, but I'm not clear
8    about the situation.
9        Q.  Mr. Nishiguchi, with all due respect, sir, the
10    question was very clear.  I will ask that it be read
11    back one more time, and then I'm going to play this to
12    the jury if need be and let that jury see that as your
13    answer.
14        I think it's very direct, and I'm going, in
15    fairness, to give you one final opportunity to consider
16    the question and to give me your most truthful answer
17    that you will also give to that question in front of the
18    jury that hears this case.
19        MR. TURNER:  I just want the witness not to be
20    fooled by Mr. Torpey into believing Mr. Torpey has the
21    ability to play anything to the jury.  The judge will
22    determine what is played to the jury and what is not
23    played to the jury, not Mr. Torpey.
24        Please translate that.
25        MR. TORPEY:  Why don't you read back the

Page 49

1    question in English, and then ask him to answer it.
2        (Record not read by the reporter.)
3        THE WITNESS:  There are all kinds of
4    situations, so I cannot answer the question.
5        MR. TORPEY:  I'll move to strike that the
6    answer as nonresponsive, and since you will not answer
7    that question, I'll have to ask something different.
8        Mr. Nishiguchi, I want you to assume you are
9    the pilot flying an aircraft for ANA and that you're
10    taxiing.  Do you understand the question so far?
11        A.  Yes.
12        Q.  Second, I want you to assume that you've been
13    given clearance to taxi for takeoff.  You understand the
14    question so far?
15        A.  Yes.
16        Q.  Third, I want you to assume that you now learn
17    after having been cleared to taxi that another aircraft
18    is on short final to land on that same --
19        MR. WORTHE:  You said taxi.  You mean takeoff.
20        MR. TORPEY:  Takeoff.  Excuse me.  Let me
21    rephrase it.
22        Q.  I want you to assume that another aircraft is
23    on short final to land on that same runway that you've
24    already been cleared to take off on.
25        Do you understand the question so far?

13 (Pages 46 to 49)

Yusuke Nishiguchi

Page 50

1    MR. TURNER: I'd like to object. Please start
2  over. I don't know what you were withdrawing and not
3  withdrawing. I'm sorry.
4    MR. TORPEY: I'll start over.
5    Q.  Mr. Nishiguchi, I want you to assume that you
6  are the flying pilot and pilot in command of an ANA 777
7  at San Francisco Airport.
8    A.  Yes.
9    Q.  You understand the question so far?
10    A.  Yes.
11    Q.  Next I want you to also assume that you've
12  received clearance from air traffic control onto the
13  active runway for takeoff?
14    A.  Yes.
15    Q.  And you understand my question so far?
16    A.  Yes.
17    Q.  Next I want to have you assume that you learn
18  now that even though you're cleared to take off, you
19  learn that another aircraft is on short final to land on
20  that same runway you have been cleared onto.
21    A.  What do you mean by short final to land?
22    Q.  Assume that the other aircraft has been
23  cleared to land and is in the process, is in final
24  approach, to land on the same taxiway that you've been
25  cleared to take off on?

Page 51

1    MR. WORTHE: Runway.
2    MR. TORPEY: Excuse me. Runway. I keep
3  missing the word.
4    THE WITNESS: But the controller does not give
5  clearances to two aircraft at the same time.
6    MR. TORPEY: Q. Mr. Nishiguchi, I want you to
7  assume my question is true and accurate as given. I
8  don't want you to introduce new facts. I want you to
9  accept my hypothetical as is, and based on that, I want
10  your opinion.
11    A.  Yes.
12    Q.  So let me restate the question, and based on
13  what I am telling you, I want you to assume it to be
14  true, and then I'm going to ask you a question
15  hypothetically.
16    First, I want you to assume that you have been
17  cleared onto an active runway to take off at
18  San Francisco Airport and that you are the pilot in
19  command and flying pilot.
20    Second, I want you to assume as true that
21  after you have been cleared onto the active runway for
22  takeoff and before you have taken off, another aircraft
23  is cleared to land on that same runway.
24    In that situation, Mr. Nishiguchi, what would
25  you do? Would you, A, continue taxiing onto the active

Page 52

1  runway, or, B, would you take some other action such as
2  contacting air traffic control to determine whether
3  there could be a collision hazard if you taxied onto the
4  runway?
5    MR. TURNER: Objection as to form, foundation
6  and incomplete hypothetical.
7    THE WITNESS: One question, please. If the
8  runway -- if one enters the runway, then you cannot see
9  the aircraft.
10    MR. TORPEY: Q. Mr. Nishiguchi, I did not ask
11  you that, and I asked you to assume what I said to be
12  true and give me an answer based on that. I'll give you
13  one more opportunity, and then I'm not going to ask that
14  question again. And it's obvious that you are not going
15  to answer that or any other questions like that on this
16  topic.
17    MR. TURNER: Objection as to form, foundation,
18  incomplete hypothetical and counsel's comments.
19    MR. TORPEY: Q. Mr. Nishiguchi, here's what
20  I'm going to do. I'm going to ask that the question be
21  read back in English and in Japanese. I want you to
22  assume what I said to be the case. I do not want you to
23  include any other information.
24    I want you to give me your answer based solely
25  and exclusively -- and I repeat, solely and

Page 53

1  exclusively -- on what I gave you as the hypothetical.
2  That, sir, is the question before you.
3    (Record read by the reporter.)
4    THE WITNESS: I already understand the
5  question. In answering that question, I would take
6  action based on my consideration of what the weight of
7  my own aircraft is. I would also have to know the
8  altitude, the distance of that other aircraft and also I
9  would have to know about the wind factor. With all
10  these factors considered, if I believe that I have
11  enough time to take off, then I would do so.
12    MR. TORPEY: Q. And if you did not think you
13  had enough time or you weren't sure, then you would not
14  do so; correct?
15    MR. TURNER: Objection as to form and
16  foundation.
17    THE WITNESS: So it's hard for me to answer
18  unless I know all the conditions.
19    MR. TORPEY: Move to strike that. Read back
20  my question.
21    Q.  And I'd ask you, Mr. Nishiguchi, to respond to
22  my question, please.
23    MR. TURNER: Objection as to form and
24  foundation.
25    (Record read by the reporter.)

14 (Pages 50 to 53)

**Page 54**

1 THE WITNESS: I would need to make an overall
2 consideration based on the distance and the altitude of
3 that other aircraft. Since I'm not in that situation
4 now, I really cannot answer.
5 MR. TORPEY: Q. But you can answer. You
6 won't answer. And there's a difference.
7 MR. TURNER: You're just arguing with the
8 witness. Why don't you move on.
9 MR. TORPEY: I'm not going to move on. He's
10 being evasive, and I'm going to continue to question him
11 to a point to make this record. He has already --
12 I'm not going to argue with you, Marshall.
13 Q. Mr. Nishiguchi, I want you to make a
14 determination. The question is if you don't know,
15 having -- strike that.
16 You've told me what factors you would consider
17 in making the decision in response to my hypothetical.
18 I have, however, now asked you if you did not know that,
19 in fact, you could take off before the other aircraft
20 was to land, would you continue to taxi onto the active
21 runway, or would you take some other action such as
22 stopping and making sure that you could proceed safely
23 with no collision?
24 MR. TURNER: Objection as to form, foundation
25 and incomplete hypothetical.

**Page 55**

1 THE WITNESS: I would have to make a judgment
2 based on all kinds of -- or overall considerations
3 including the weather, so I cannot say at this point.
4 MR. TORPEY: Move to strike and we'll take
5 that up with the court.
6 Q. Since you won't answer that, Mr. Nishiguchi,
7 let me change to another question. And that is if you
8 were the flying pilot taxiing and you noticed a
9 potential collision with another aircraft, would you
10 stop your aircraft?
11 MR. TURNER: Objection as to form and
12 incomplete hypothetical.
13 THE WITNESS: If there is a collision, of
14 course, I would stop.
15 MR. TORPEY: Q. And if there's no collision,
16 you would not stop?
17 A. There are all kinds of situations. Distance
18 would be a factor. I don't understand what the
19 situation is in that question, so I cannot answer.
20 Q. Again, we'll move to strike.
21 Mr. Nishiguchi, have you been told not to
22 answer hypothetical questions?
23 A. No. It is not possible for me to answer
24 because the conditions set forth in the hypothetical
25 questions are too limited.

**Page 56**

1 Q. Mr. Nishiguchi, if you thought as the pilot in
2 command of an aircraft you were going to run into
3 another aircraft, would you stop?
4 MR. TURNER: Objection as to form and
5 incomplete hypothetical.
6 THE WITNESS: I cannot answer because I don't
7 know what the situation is. You say collision, but if
8 it is right in front, then anybody would stop.
9 MR. TORPEY: Q. Let's end this discussion
10 with this, Mr. Nishiguchi. If you did not know whether
11 or not you were going to run into another aircraft while
12 taxiing and while you were the flying pilot and pilot in
13 command -- you understand me so far, sir?
14 A. Yes. Yes. Okay.
15 Q. Would you stop or would you go?
16 MR. TURNER: Objection as to form and
17 incomplete hypothetical.
18 THE WITNESS: I already answered that
19 question.
20 MR. TORPEY: Q. And that's your final answer,
21 right, sir?
22 A. That would be my answer to hypothetical
23 questions the conditions of which are incomplete.
24 Q. Well, I won't ask you any more questions about
25 conflict resolution, and I will move to strike your

**Page 57**

1 answers, and we'll take that up with the court at
2 another time.
3 After the impact, Mr. Nishiguchi, what did you
4 do?
5 A. I stopped the aircraft.
6 Q. How did you do that?
7 A. I used the brakes.
8 Q. Did you make an emergency stop or a normal
9 stop?
10 A. It wasn't an emergency stop, but the aircraft
11 stopped immediately.
12 Q. Do you know how many seconds it took, or would
13 you just be guessing?
14 A. I could not know.
15 Q. Do you know how many feet it took to bring the
16 aircraft to a stop, or would you just be guessing?
17 A. I do not know.
18 Q. You never went you said to the aircraft and
19 looked around on the ramp area after the impact; am I
20 correct?
21 A. After the impact, I was onboard.
22 Q. You did not get off the aircraft until it was
23 towed back to the terminal, and you walked down the
24 jetway; correct?
25 A. Yes, I believe so.

15 (Pages 54 to 57)

Yusuke Nishiguchi

Page 58

1    Q.  Who was operating the radios on the day of
2  this accident?
3    A.  Captain Yamaguchi.
4    Q.  Who was navigating?
5    A.  What do you mean by navigating?
6    Q.  Who was in charge of any navigational
7  decisions if you will or -- you obviously understand the
8  term navigation?
9    A.  I know navigation in the air.
10    Q.  Who was going to be doing navigation
11  responsibilities on the flight that ended on October 7,
12  2003, in this collision?
13    A.  You mean pilot flying?
14    Q.  Well, were you as the flying pilot also
15  charged with responsibility of navigating the aircraft?
16    A.  The PF is mainly responsible for the
17  operation.
18    Q.  From the time the aircraft on October 7, 2003,
19  lined up at the engine-start line at San Francisco up to
20  the impact, do you have a recollection of what you were
21  doing?
22    A.  I was the PF, pilot flying.
23    Q.  I understand you were the pilot flying, but
24  what were you doing?
25    A.  I was doing the things that are set forth in

Page 59

1  the airline operations manual, such as cockpit
2  preparation, engine-start, et cetera and taxi out.
3    Q.  You have a checklist in your aircraft;
4  correct, sir?
5    A.  Yes.
6    Q.  And it's your responsibility as the flying
7  pilot to perform that checklist; correct?
8    A.  Yes.
9    Q.  And there are checklists for things you do at
10  the gate; correct?
11    A.  Yes.
12    Q.  There's a checklist for things you do at the
13  engine-start line; correct?
14    A.  No.
15    Q.  Isn't there a procedure for starting the
16  engine?
17    A.  Yes.
18    Q.  And that would be done at the engine-start
19  line; right?
20    A.  No.  It is done at about the same time as the
21  pushback.
22    Q.  And at the time -- strike that.
23        On October 7, 2003, you actually started the
24  engines before you got to the engine-start line at
25  San Francisco; is that correct?

Page 60

1    A.  I do not have a clear recollection, but I
2  followed the procedure.
3    Q.  And there's other checklist items that you
4  perform prior to taxi; correct?
5    A.  Yes.  And I did those.
6        MR. TURNER:  Mr. Torpey it's after
7  1:00 o'clock.
8        MR. TORPEY:  Let's finish this.  I'm almost
9  done.
10        MR. TURNER:  Okay.
11        MR. TORPEY:  Q.  There are also checklist
12  items that need to be performed before taxiing on --
13  into the movement area or onto the runway; correct?
14        MR. TURNER:  Objection as to form.
15        THE WITNESS:  There is a checklist for items
16  to be done before takeoff.
17        MR. TORPEY:  Q.  And are there items on your
18  checklist which need to be done before you get clearance
19  from air traffic control to taxi from the ramp area, in
20  other words, the nonmovement area, into the movement
21  area?
22    A.  Those are not determined by a movement area
23  and nonmovement area.
24    Q.  Okay.  What types of things are done on the
25  checklist before you get to the point that you take off?

Page 61

1    A.  It changed about two months ago.  Now, there
2  is the preparation checklist, before-start checklist,
3  after-start checklist, before-taxi checklist and
4  before-takeoff checklist.  Excuse me.  According to the
5  new rule the before-start checklist was changed to
6  after-start checklist.
7        THE INTERPRETER:  The interpreter will
8  restate.
9        THE WITNESS:  According to the new rule, the
10  before-taxi checklist was changed to after-start
11  checklist.
12        MR. TORPEY:  Q.  Is this a Boeing checklist,
13  or is this something that ANA published?
14    A.  I think they are pretty much identical, but I
15  am not truly familiar with the Boeing checklist.
16    Q.  On October 7 of 2003, what checklists applied
17  to the operation of your 777 aircraft?
18    A.  Whatever was the most recent and effective
19  checklist there was at that time.
20    Q.  During the taxi from the engine-start gate --
21  I should say after the taxi from the engine-start
22  gate -- were you performing one of the checklists?
23        MR. TURNER:  Can I have that question back,
24  please.
25        (Record not read by the reporter.)

16 (Pages 58 to 61)

Yusuke Nishiguchi

Page 62

1        MR. TORPEY:  I can rephrase it.
2        Q.  On October 7, 2003, as the flying pilot, were
3   you performing any checklists on or after you left the
4   engine-start line at San Francisco?
5        A.  There is a checklist, but as far as they are
6   performed before takeoff, it is fine.  So I do not
7   recall if I was performing them at that time.
8        Q.  Was there a flight attendant in the cockpit at
9   any time prior to the taxi on October 7, 2003?
10       And then we'll take a break.
11       A.  No.
12       MR. TORPEY:  Okay.  We can take a lunch break.
13  How long you want to break for?
14       MR. TURNER:  We'll see you in an hour.  What
15  is the time?
16       THE VIDEOGRAPHER:  Going off the record.  The
17  time on the monitor is 1:07 p.m.
18       (Lunch recess taken.)
19       THE VIDEOGRAPHER:  Coming back on the record.
20  The time on the monitor is 2:06 p.m.  Please begin.
21       MR. TORPEY:  Q.  Mr. Nishiguchi, if you look
22  at what was marked yesterday as Exhibit 5, recon photo 1
23  that we have displayed here on the board, or you can
24  look at the copy your counsel has just shown you,
25  whichever is more convenient for you.

Page 63

1        You can see that there is an aircraft at the
2   engine-start area, and up towards the upper portion of
3   that photograph is an area where it says spot 10.
4        Do you see that?
5        A.  Yes.
6        Q.  And you'll see a line drawing from the front
7   of the airplane all the way up to where spot 10 is.  Do
8   you see that?
9        A.  Yes.
10       Q.  Is that called the centerline of the taxiway
11  or ramp area?
12       A.  Yes.
13       Q.  And you as the flying pilot on October 7,
14  2003, were you keeping the nose tire of your aircraft on
15  that centerline?
16       A.  It wasn't the nose tire.  I was operating the
17  aircraft so that the main landing gear would straddle
18  the white line.
19       Q.  In the photograph, this is the line that
20  you're referring to; correct?
21       A.  Yes.
22       Q.  And where would the nosewheel be positioned as
23  you were taxiing the aircraft from the engine-start line
24  to the spot 10?  And specifically I'm asking for your
25  recollection if you have one for the taxi on October 7,

Page 64

1   2003.
2        A.  I can't see the nosewheel, so I don't know.
3        Q.  Okay.  Do you have any procedure that you
4   follow with regard to when you taxi trying to keep the
5   nosewheel or the nose of the aircraft directly on the
6   centerline?
7        A.  Yes.
8        Q.  What is the procedure?
9        A.  If I am at the right seat, then I would have
10  my left leg on the -- on the or above the centerline.
11  If I do that, then the aircraft would be traveling along
12  the middle.
13       Q.  And even though you can't see the nosewheel,
14  you would assume that the nosewheel would be on or very,
15  very closely to the yellow line if you follow that
16  procedure; correct?
17       A.  Yes.
18       Q.  And as far as the main gear, which is the two
19  sets of wheels underneath the wings of the aircraft, if
20  you have the nose positioned on the centerline, then the
21  centerline would be approximately in the middle between
22  the left and the right main gear; correct?
23       A.  Yes.
24       Q.  Okay.  What's the purpose of the centerline
25  that we see in this photograph and the reason why you

Page 65

1   want to have your aircraft positioned so it's following
2   the centerline as you just described?
3        MR. TURNER:  Objection as to form.
4        THE WITNESS:  In order not to stick out from
5   the taxiway.
6        MR. TORPEY:  Q.  What do you mean by not stick
7   out from the taxiway?
8        A.  We are aware that there are the edges of the
9   taxiway, but if there is no centerline, then an aircraft
10  may turn to -- may -- may veer somewhat to either side.
11       Q.  Is the purpose for your following the
12  centerline with the nose of the aircraft to keep the
13  wings of that aircraft from penetrating beyond the
14  taxiway itself?
15       A.  I think that is one of the reasons also.
16       Q.  Okay.  And if you look at this photo, for
17  example, can you draw a line to the right and to the left
18  of the aircraft wing tips?
19       A.  Do you mean this line of this aircraft?
20       Q.  This line right here.
21       A.  Yes.  I can see it.
22       Q.  And a similar line here.  Do you see that?
23       A.  Yes.
24       Q.  Am I correct that the width of the taxiway in
25  this photo extends from this line to that line; is that

17 (Pages 62 to 65)

Yusuke Nishiguchi

Page 66

1  correct?
2      A.  It is hard to tell.
3      Q.  In your experience, flying into San Francisco
4  Airport, is there a line on either side of the taxiway
5  that demarks the distance of the taxiway, in other
6  words, the width?
7      A.  There are lines.
8      Q.  And I know that it's not real bright in this
9  photo, but if you look at this line to the left, excuse
10 me, to the right of the aircraft -- and it's probably
11 clearer on the small picture you have there.  You might
12 want to look at that -- if you go to the right of the
13 line I just pointed to, is that a service vehicle line?
14 In other words, is that the lane where trucks and
15 service vehicles drive at the airport?
16     A.  I think so.
17     Q.  And if we look at the other side, to the left
18 of the wing, would there again be a service road beyond
19 the edge of the taxiway?
20     A.  I can't tell just on the basis of this
21 photograph.
22     Q.  Do you have a recollection of whether there is
23 a service lane on the left in that area?
24     A.  I do not recall.
25     Q.  You don't know one way or the other?

Page 67

1      A.  I don't know.
2      Q.  Okay.  Now, if you were to -- strike that.
3          If you were taxiing the aircraft along the
4  centerline, is there any reason why you would want to
5  deviate from the centerline before reaching spot 10?
6          MR. TURNER:  Objection as to form and
7  foundation and incomplete hypothetical.
8          MR. TORPEY:  Q.  Take your time.  That's okay.
9      A.  You ask me if there's any reason, but in the
10 world of space it is sometimes difficult to always keep
11 on the centerline, so at times there could be an
12 intentional shift from the centerline, or there could be
13 an unnoticed shift.
14     Q.  Have you ever had an occasion to make an
15 intentional shift while taxiing from the engine-start
16 line, along this line, in other words, intentionally not
17 following the centerline?
18         MR. TURNER:  Are you specifically referring to
19 San Francisco International or just in general?
20         MR. TORPEY:  Well, let me rephrase it.
21     Q.  I'll put it this way.  Do you agree with me,
22 Mr. Nishiguchi, that the reason that centerlines on
23 taxiways are painted and the reasons why pilots are
24 taught and required to follow the centerline with the
25 center of their aircraft, is because failure to do so

Page 68

1  could create a collision hazard between the aircraft and
2  another object or vehicle?
3      A.  I think that is one of the reasons too.
4      Q.  Do you recall -- and don't guess if you don't
5  recall -- but if you do recall, do you
6  remember -- strike that.
7          Let me show you what was marked yesterday as
8  Exhibit 6 and ask if you've seen that before.
9      A.  No.
10     Q.  If you'll take a look -- let me back up.
11         I'll represent to you that Exhibit 6 is a
12 partial transcript of the cockpit voice recorder
13 prepared by ANA and submitted to the NTSB as part of
14 their investigation materials submitted to the NTSB.
15         Have you ever, by the way, Mr. Nishiguchi,
16 ever listened to the cockpit voice recording after this
17 accident?
18     A.  No.
19         MR. TURNER:  I just want to make a comment
20 that I am not sure that Mr. Torpey's representation is
21 accurate.  In fact, I don't think it's accurate, but
22 he's making that representation here.
23         It's his question, but I want the witness to
24 know that I do not necessarily agree with his statement.
25 This is a transcript of the cockpit voice recording

Page 69

1  prepared by ANA.
2          MR. TORPEY:  Well, that's a speaking objection
3  and that's not proper, and I'd ask you not to do that
4  again.
5          Before we continue, Counsel, can we have an
6  agreement that all objections whether to form,
7  foundation or anything else are preserved so that you
8  don't have to interrupt my cross-examination of this or
9  the witness tomorrow.
10         MR. TURNER:  We have federal rules that all
11 objections except as to form are reserved to the time of
12 trial, and I'll make my objections as to form.  But this
13 was not an objection to the question.  This was an
14 objection to your misrepresentation.
15         MR. TORPEY:  I'm asking you whether you'll
16 stipulate that we can preserve all objections including
17 form and foundation so that you won't have to raise them
18 any further in this deposition or the deposition
19 tomorrow.
20         MR. TURNER:  We'll see as we go along.
21         MR. TORPEY:  I need the stipulation now or say
22 no.
23         MR. TURNER:  No.
24         MR. TORPEY:  No.  Okay.
25     Q.  Mr. Nishiguchi, let me have you look at

18 (Pages 66 to 69)

Yusuke Nishiguchi

Page 70

1  Exhibit 6, and you'll see in the center it says ramp com
2  time. Do you see that column?
3      A.  Yes.
4      Q.  It says there that at 11:53:51 through 57, it
5  says, Nippon 007, you are cleared to spot 10. Do you
6  see that?
7      A.  Yes.
8      Q.  Now, you were not the communicating pilot;
9  correct?
10     A.  No.
11     Q.  Were you paying attention to what was being
12 said by the communicating pilot to ramp control or from
13 ramp control to the communicating pilot?
14     A.  Yes.
15     Q.  Was there some type of a speaker, if you will,
16 in the cockpit so that even though you weren't the
17 communicating pilot, you could hear the transmissions
18 from ramp control to your flight deck?
19     A.  Yes.
20     Q.  As you sit here today, do you have any
21 recollection of any of the -- without looking at the
22 transcript that I've shown you -- do you have any
23 independent recollection of any communications, in other
24 words, things that were said by ramp control to your
25 aircraft or your aircraft to ramp control, at any time

Page 71

1  prior to the impact?
2      A.  I recall you're cleared to spot 10.
3      Q.  Anything else that you recall other than that,
4  or is that all you independently recall at this point?
5      A.  This is four years ago, so I have forgotten.
6      Q.  And with regard to -- we're looking at the
7  aircraft here on Exhibit 5. With regard to where your
8  airplane was, in other words, where it was between the
9  start line and spot 10, where it was when that
10 discussion at 11:53:51 through 57 took place, I take it
11 you don't really recall that either.
12     A.  This took place when taxiing began.
13     Q.  Okay. So would the area where the airplane is
14 shown on Exhibit 5 be about the spot you're referring to
15 when that communication took place?
16     A.  I don't know for sure.
17     Q.  Does it appear to be approximately the
18 location as you recall?
19     A.  We need the clearance before we begin taxiing,
20 and so this would have happened before we began taxiing,
21 so that would be the approximate location.
22     Q.  With regard to other transmissions that are
23 reflected in Exhibit 6 that took place after the
24 clearance to spot 10, can you tell us, if you recall at
25 this point, do you recall where along the taxi route

Page 72

1  between the start line and spot 10 you were when any of
2  the other communications took place, or do you not
3  recall it at this point?
4      MR. TURNER:  Objection as to form.
5      THE WITNESS:  I do not recall.
6      MR. TORPEY:  Q.  Mr. Nishiguchi, let me ask
7  you, with regard to the -- did you ever see a transcript
8  of the cockpit voice recorder at any time?
9      A.  No, I haven't.
10     MR. TORPEY:  Could I see that exhibit. Thank
11 you.
12     Q.  Now, you said you were promoted to captain.
13 Is there a potential promotion to another level, and if
14 so, what would be the next level for you?
15     A.  I don't think there is any.
16     Q.  Let me show you another photograph. In fact,
17 let's mark it. I don't think it's been marked.
18     Before we do that, do you remember as you were
19 taxiing from the engine-start line, do you recall
20 whether you were at all times looking outside the
21 cockpit windows or for some reason would you
22 occasionally be looking down or somewhere other than
23 looking outside during that taxi period on October 7 of
24 '03?
25     MR. TURNER:  Objection as to form.

Page 73

1      THE WITNESS:  I have forgotten.
2      MR. TORPEY:  Q.  Okay. Fair enough. How tall
3  are you, sir?
4      A.  175 centimeters.
5      Q.  With regard to your -- strike that.
6      Do you recall if -- on October 7, 2003, do you
7  recall the very first moment that you saw the United
8  aircraft that you ultimately collided with? Do you
9  recall if it was at the gate or had it been already
10 started to push back or do you recall at all?
11     MR. TURNER:  Objection as to form.
12     MR. TORPEY:  Let me withdraw. Let me
13 withdraw. I'll withdraw the question. Why don't we
14 mark this.
15     THE VIDEOGRAPHER:  Counsel, can I change tape
16 while you do this.
17     MR. TORPEY:  Yeah. That's a good time to do
18 that.
19     (Whereupon, Exhibit 10 was marked for
20 identification.)
21     (Recess taken.)
22     THE VIDEOGRAPHER:  Here begins Videotape 3 in
23 the deposition of Yusuke Nishiguchi. Coming back on the
24 record. The time is 2:40. Please begin.
25     MR. TORPEY:  Q.  Mr. Nishiguchi, let me show

19 (Pages 70 to 73)

Yusuke Nishiguchi

Page 74

1  you what was marked as Exhibit 10 which we also have up
2  on the screen. And if you look at the bottom of the
3  photograph, it says ANA 001058. Do you see that?
4       You see next to the exhibit sticker, ANA?
5  see that?
6       A. Yes.
7       Q. Okay. Let me pull this back. That,
8  Mr. Nishiguchi, is a photograph that was provided to us
9  by counsel for ANA in what's called the Rule 26
10  disclosure.
11       And so you understand, sir, that is a document
12  that was prepared not by us but provided by -- provided
13  to us by ANA or at least their counsel. Do you
14  understand that?
15       A. Yes.
16       Q. And you see at the bottom of the photograph it
17  says, figure 3, first possible direct line of sight from
18  UA 809. Do you see that?
19       A. Yes.
20       Q. Now, you see this line here, this black line?
21       A. Yes.
22       Q. If this is your aircraft on October 7, 2003,
23  and this is United 809 on that same date -- strike that.
24       Let me start over. You see there's a line
25  drawn between the cockpit of this aircraft, which is

Page 75

1  represented to be the ANA aircraft that you were the
2  pilot of, and the United aircraft flight 809. You see
3  that line?
4       A. Rather than the cockpit it looks like the
5  nose.
6       Q. Well, the cockpit is very close to the nose,
7  isn't it?
8       A. Yes.
9       Q. If ANA's representation is correct that this
10  is the location for the first possible direct line of
11  sight from UA 809 to the nose of your aircraft, would
12  you agree with me that it would also be the first
13  possible direct line of sight from the nose of your
14  aircraft to the nose of the United aircraft?
15       A. This is just a line. Because of obstacles
16  such as that green airplane in the middle, I'm not sure
17  if it was the first time that it was possible to see the
18  other aircraft.
19       Q. All right. So that would apply both to United
20  and to ANA; correct?
21       A. Yes.
22       Q. Okay. So in other words, if the United crew
23  is here in the cockpit looking to their right, the tail
24  of this parked green airplane that's in between the
25  United aircraft and your aircraft could be blocking

Page 76

1  United's view of your aircraft taxiing up along the
2  centerline; correct?
3       A. Well, since that isn't me, I don't know.
4       Q. Okay. Well, looking at the photograph, does
5  it appear from the photograph as the line is drawn that
6  the crew of the United Airlines would be able to see
7  past the tail and see your aircraft in that drawing?
8       A. I don't know.
9       Q. Well, let me do this. Let me do something
10  that this picture also shows. Well, there's a line
11  drawn from the cockpit of the United aircraft to the --
12  or I should say from the tip of the United aircraft to
13  the tip of your aircraft.
14       It would be fair to say that you really can't
15  tell whether you or the United aircraft or either could
16  see each another at that point because this green
17  airplane is positioned at the gate in the middle between
18  you; correct?
19       A. Right.
20       Q. Let me ask you a different question. If we
21  were to draw a line from the cockpit, which would be
22  approximately -- this is approximately the cockpit in
23  the ANA aircraft on this photograph true? About where
24  my pen is.
25       A. Yes.

Page 77

1       Q. And this is the tail of the United aircraft;
2  correct?
3       A. Yes.
4       Q. And this is the wing structure from the United
5  aircraft; correct?
6       A. Yes.
7       Q. And this is the fuselage of the United
8  aircraft; correct?
9       A. Yes.
10       Q. And the vertical tail, there is a big fin that
11  goes up vertically here; correct?
12       A. Yes.
13       Q. Now, even if you and/or the United crew cannot
14  see each other in terms of the nose, if you are looking
15  from your right-hand seat at the United aircraft, you
16  would be able to see the tail and the wings of the
17  United aircraft; correct?
18       A. I do not recall.
19       Q. Well, I'm not asking you if you recall at the
20  moment. Let's do this. All right. Let's draw
21  hypothetically a different line. If you draw a line --
22  I don't want to cover that up. Okay. Let's say I draw
23  a line from the nose of the ANA aircraft to the United
24  aircraft. Do you see that?
25       MR. TURNER: Can I ask you, Mr. Torpey, have

20 (Pages 74 to 77)

Yusuke Nishiguchi

Page 78

1  you done that on the marked exhibit?
2      MR. TORPEY:  That is the marked exhibit,
3  correct.
4      MR. TURNER:  So let the record reflect that
5  Mr. Torpey has just drawn that line on the marked
6  Exhibit 10.
7      MR. TORPEY:  I think the video will reflect
8  that.
9      MR. TURNER:  I'd like the transcript to
10 reflect it.
11     MR. TORPEY:  Q.  You see the line that has
12 been drawn approximately from the center to the forward
13 wing position of the cockpit of the ANA aircraft?  Do
14 you see that?
15     A.  Yes.
16     Q.  Now, if you were seated in the right-hand seat
17 of this aircraft, you should be able to see the wings of
18 the United aircraft when your aircraft is at that
19 position?
20     A.  That is not so.
21     Q.  And why not?
22     A.  The line may be there, but the actual
23 situation would be different.
24     Q.  What do you mean the actually situation would
25 be different?

Page 79

1      A.  There could have been other obstacles.  On
2  this photograph it would seem that it is possible to
3  have that view along that black line, but, in fact,
4  there could have been other things.
5      Q.  Well, let's just assume that this photograph
6  produced by ANA accurately reflects the scene that
7  existed on October 7, 2003, when your aircraft was at
8  that position.  Do you understand me so far?
9      A.  Yes.
10     Q.  And I understand you don't remember the scene
11 that day, but if this photograph accurately represents
12 the situation as existed on October 7, 2003, when your
13 aircraft was at that position, then you would have had a
14 sight line from your aircraft to the forward wing
15 position of the United aircraft; correct?
16     A.  No.
17     Q.  Why would you not have had a sight line from
18 your cockpit to the forward wing position if this is an
19 accurate representation of the scene on October 7, 2003?
20     A.  This is an aerial photograph taken from above,
21 but on land the situation would be different.
22     Q.  How would it be different?
23     A.  I think it would be totally different.  The
24 view would be radically different.
25     Q.  So you're saying that this is not an accurate

Page 80

1  representation as -- strike that.
2      Do you believe that if your aircraft was at
3  the position that's reflected in this photograph and the
4  United aircraft was at the position that's reflected in
5  this photograph, do you believe that you could --
6  sitting in the right-hand seat of your aircraft, see the
7  tail of the United aircraft?
8      A.  I don't know.
9      Q.  Okay.  Fair enough.  Let me ask you -- let me
10 turn for a moment to something else.
11     With regard to -- I think we covered that.
12 With regard to -- hang on.  Excuse me.  Let me show you
13 one other exhibit I don't think we marked.
14     Now, during the taxi -- let's mark this.
15     (Whereupon, Exhibit 11 was marked for
16     identification.)
17     MR. TORPEY:  Q.  Before we get into that, do
18 you recall whether the United aircraft when you first
19 saw it while taxiing on October 7, 2003, was stopped or
20 was moving?
21     THE INTERPRETER:  Can you give me that
22 question, please.
23     (Record read by the reporter.)
24     THE WITNESS:  I do not recall at this time.
25     MR. TORPEY:  Q.  Now, do you remember, if you

Page 81

1  recall, the last time you looked at the United aircraft
2  prior to the impact, whether it was stopped or moving?
3      A.  It was moving.  But we are moving to, so it is
4  hard to tell.
5      Q.  But it was -- the United aircraft definitely
6  was moving; correct?
7      A.  As I just said, we are moving too, but it
8  looked like it was moving.
9      Q.  Did you ever -- strike that.
10     MR. TORPEY:  Could you read back my question
11 that he answered.  I just want to have that again.
12     (Record read by the reporter.)
13     MR. TORPEY:  Okay.  That's fine.
14     Q.  Let me ask you to look at Exhibit 11, which I
15 think you have in front of you; correct, sir?
16     A.  Yes.
17     Q.  Have you ever had a chance to read that
18 statement before.
19     A.  Yes.
20     Q.  When did you last read it?
21     A.  I do not recall.
22     Q.  Have you read it in the last couple of days
23 since you've been here or last day?
24     A.  I do not recall.
25     Q.  When was the last time you talked to

21 (Pages 78 to 81)

Yusuke Nishiguchi

**Page 82**

1  Mr. Yamaguchi?
2      A.  Yesterday.
3      Q.  And where was that at?
4      A.  At the Hilton Hotel.
5      Q.  Okay.  Were you staying at the same location
6  as he?
7      A.  Yes.
8      Q.  And what did you two discuss?
9      A.  I do not recall specifically.
10     Q.  All right.  Now, let's turn to the statement,
11  Exhibit 11.  Do you remember giving a statement and
12  having it typed out?
13     A.  I don't know if it was typed out.
14     Q.  Do you know who took this statement from you?
15     A.  I do not know the name, but it was someone
16  from the company.
17     Q.  From ANA?
18     A.  Or some governmental authority from the U.S.
19  I don't recall which.
20     Q.  When did you go back to Japan after this
21  October 7, 2003 incident?
22     A.  I think it was the day after or two days after
23  the incident.
24     Q.  Did someone have a tape recorder and take the
25  statement from you?

**Page 83**

1      A.  I have forgotten.
2      Q.  Now, if you look at the second page of
3  Exhibit 11, is that your signature?
4      A.  Yes, I think so.
5      Q.  Do you recall whether there was any prior
6  drafts that you reviewed before you signed that
7  statement?
8      A.  I have forgotten.
9      Q.  Do you know whether there were any other
10  statements that you were asked to sign or review in
11  addition to the one that you signed here and we marked
12  as Exhibit 11?
13     A.  I do not know.
14     Q.  With regard to this statement, which is dated
15  October 8, 2003, would it be fair to say that -- strike
16  that.
17         This statement, Exhibit 11, has a date of
18  October 8, 2003.  Do you see that?
19     A.  Yes.
20     Q.  And so this statement by you would have been
21  provided on or before -- strike that.
22         The statement would have been provided by you
23  either on October 7 or no later than October 8, 2003,
24  since it's dated October 8, 2003?  Is that a fair
25  statement?

**Page 84**

1      A.  Yes.
2      Q.  Let's look at that statement.  And if you look
3  at -- it says Dear Mr. Mckenny, and you look to the
4  second paragraph underneath That it says that you as the
5  first officer seated in right-hand seat, your duty was
6  pilot flying.  You see that?
7      A.  Yes.
8      Q.  And underneath that you see some time
9  references, 18:48, 18:55, 19:30.  Do you see that?
10     A.  Yes.
11     Q.  Do you know who provided those time references
12  for inclusion on this statement?
13     A.  I do not have a clear recollection, but it was
14  probably me.
15     Q.  Okay.  If it was you, do you know from what
16  information you would have gotten those times to provide
17  them?
18     A.  Well, with the clock out, the log starts, so I
19  can tell the time that way.
20         MR. TORPEY:  Give me again, that answer.
21         (Record read by the reporter.)
22         MR. TORPEY:  Q.  What are you referring to as
23  the clock and the log?
24     A.  I didn't say log.  The clock is the clock in
25  the aircraft.

**Page 85**

1      Q.  Is that the Hobbs?
2      A.  I don't know what you mean by that.
3      Q.  Describe for me what the clock is you're
4  referring to from which you got the information that is
5  on this exhibit.
6      A.  There is a clock that has a diameter of about
7  10 centimeters on the aircraft.
8      Q.  Well, what does that clock do?  Just tells you
9  the time of day, or does it tell you something about the
10  operation of the aircraft, or what does it do?
11     A.  It serves several functions.  It shows UTC in
12  the time sequence, it also works as a stopwatch.  It
13  also tells us the Japan time, and it also tells us the
14  day according to the western California.
15     Q.  What is 18:48?  What is that referring to?  Is
16  that Japan time?
17     A.  No.  I think it is UTC.
18     Q.  Do you know for sure, or are you guessing at
19  this point?
20     A.  I am sure.
21     Q.  Now, after the impact, how long was it that
22  you and the others were in the aircraft before it was
23  towed back and you deplaned?
24     A.  I do not remember.
25     Q.  Did you ever go back in the plane -- I should

22 (Pages 82 to 85)

Yusuke Nishiguchi

Page 86

1  say, when was the next time you went back into that
2  particular aircraft following this collision?
3      A.  I do not remember.
4      Q.  I take it you did not go back in the aircraft
5  before you went back to Japan following this collision?
6      A.  Maybe we had left our flight bags onboard, so
7  we might have returned to retrieve the bags.
8      Q.  But only for a few minutes to get the bags,
9  not to do anything else?
10     A.  I do not have a clear recollection.
11     Q.  When you say you do not have a clear
12 recollection, does that mean you have no recollection?
13     A.  I'm saying that I might have returned to
14 retrieve my bag, but that is not certain.
15     Q.  So when you use the term in this deposition
16 that you don't have a clear recollection, what you're
17 saying is you really don't know, you really would be
18 guessing; is that correct?
19         MR. TURNER:  Objection as to form.
20         THE WITNESS:  No.  That is not so.
21         MR. TORPEY:  Q.  Okay.  What do you mean by
22 you do not have a clear recollection?
23     A.  That is precisely what I mean.
24     Q.  Okay.  Well, I guess I'm not sure what you
25 mean.  Let's start over.

Page 87

1          What does it mean in your mind that you do not
2  have a clear recollection?
3      A.  It is just as I said.
4      Q.  When you don't have a clear recollection, is
5  that another way of saying you don't have an accurate
6  recollection?
7      A.  No.  That's different.
8      Q.  Okay.  Then how is it different?
9      A.  Whatever I recall accurately, I recall
10 accurately.
11     Q.  And if you don't recall it accurately, you
12 don't have a clear recollection?
13     A.  I think the meaning is a little different.
14     Q.  Well, did you fly or deadhead back after this
15 accident?
16         THE INTERPRETER:  Can I have that question.
17     (Record read by the reporter.)
18         THE INTERPRETER:  I don't understand the
19 question.
20         MR. TORPEY:  Q.  When you returned to Japan
21 after the October 7, 2003 incident, did you return as a
22 flying member of a crew, or were you a deadheading
23 passenger back?
24     A.  As a passenger.
25     Q.  During the time immediately after the

Page 88

1  collision and before you deplaned, was there discussion
2  between yourself and the other two pilots as to what
3  took place?
4      A.  You mean after the collision?
5      Q.  That's correct.  Before you deplaned.
6      A.  Yes.
7      Q.  Now, there's a cockpit voice recorder in your
8  aircraft; correct?
9      A.  Yes.
10     Q.  Referring to the one that was involved in the
11 collision?
12     A.  Yes.
13     Q.  In order to power it up, does it work off of
14 battery power or an APU?  Or what's the power source for
15 that?
16     A.  I'm not sure.
17     Q.  Let me ask you, did you go through any type
18 of -- after the accident, did you take any notes or --
19 you or the others in the cockpit -- were you writing
20 anything down before you deplaned?
21     A.  I don't think I did.
22     Q.  What were you doing from the time of the
23 impact until you were towed back and then deplaned.
24 What did you and the others do other than as you said
25 talked about what had happened?

Page 89

1      A.  I did various things.  For example, I did
2  tasks that I were assigned, and things that have to be
3  done to return to the terminal, so I did those things.
4      Q.  Tell me what those things are?
5      A.  I think Captain Yamaguchi was making an
6  announcement.
7      Q.  To the passengers?
8      A.  Yes.
9      Q.  And other than that, what else was done by you
10 or the others of the flight crew?
11     A.  I can't recall everything, but I think I was
12 making contact with the cabin attendant also.
13     Q.  Other than making the announcement, the
14 captain that is, and you contacting the flight
15 attendant, what about with regard to the aircraft and
16 its systems?  What did you do, if anything?
17     A.  I turned the AP in order to shut the engine
18 down.
19     Q.  What's the AP?
20     A.  APU.
21     Q.  Auxiliary power unit?
22     A.  Auxiliary power unit.
23     Q.  You turned that on and shut the engines off?
24     A.  I probably shut down one of the engines, and
25 then turned the APU on, and when it came on, I then

23 (Pages 86 to 89)