# EXHIBIT K

# All Nippon Airways
# vs.
# United Air Lines

Deposition of

## Teruo Usui

Volume 1

November 29, 2007

Reported By: Brandon Combs, CSR 12978
Job Number: 1-6058

1             UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                      --oOo--

4  ALL NIPPON AIRWAYS COMPANY,    )
   LTD.,                          )
5                                 )
            Plaintiff,            )
6                                 )
         vs.                      )  No. C07-03422 EDL
7                                 )
   UNITED AIR LINES, INC.,        )
8                                 )
            Defendant.            )
9  _____)

10

11

12

13          VIDEOTAPED DEPOSITION OF

14                 TERUO USUI

15          _____
                 November 29, 2007

16

17

18

19

20

21  REPORTER: BRANDON D. COMBS, RPR, CSR 12978      Job 6058

22

23

24

25

Teruo Usui

Page 2

1              INDEX
2                                          PAGE
3
4  EXAMINATION BY MR. TORPEY ..........................6
5
6
7              EXHIBITS
8  EXHIBIT   DESCRIPTION                     PAGE
9    14    FAA DOT 91.9 Subpart A - General    15
10   15    Aviation Medical Certificate (Class 1)  24
11   16    October 8, 2003, Mr. Van Mckenny,
              NTSB.
12
     17    FAA DOT 91.1, 14 CFR Ch. 1.
13
     18    FAA DOT 91.115.                      99

Page 3

1            UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                    ---oOo---
4   ALL NIPPON AIRWAYS COMPANY,     )
    LTD.,                           )
5                                   )
            Plaintiff,               )
6                                   )
        vs.                          ) No. C07-03422 EDL
7                                   )
    UNITED AIR LINES, INC.,         )
8                                   )
            Defendant.               )
9   _____)
10
11                  --oOo--
12       BE IT REMEMBERED THAT, pursuant to Notice and
13  on Thursday, November 29, 2007, commencing at
14  10:01 a.m. thereof at 595 Market Street, Suite 620,
15  San Francisco, California, before me, BRANDON D. COMBS,
16  a Certified Shorthand Reporter, personally appeared
17              TERUO USUI,
18  called as a witness by the Defendant being first duly
19  sworn, testified as follows:
20                  --oOo--
21       JAFFE, RAITT, HEUER & WEISS, 27777 Franklin
22  Road, Suite 2500, Southfield, MI 48034-8214, represented
23  by SCOTT R. TORPEY, Attorney at Law, appeared as counsel
24  on behalf of the Defendant.
25       CONDON & FORSYTH, LLP, Times Square Tower,

Page 4

1   Seven Times Square, New York, NY 10036, represented by
2   MARSHALL S. TURNER and TIMOTHY ESKRIDGE, Attorneys at
3   Law, appeared as counsel on behalf of the Plaintiff.
4        WORTHE, HANSON & WORTHE, The Xerox Centre,
5   1851 East First Street, Ninth Floor, Santa Ana,
6   CA 92705, represented by JEFFREY A. WORTHE, Attorney at
7   Law, appeared as counsel on behalf of the Defendant.
8        ALSO PRESENT: Shigeru Sakamoto; Yoshihiro
9   Mizuno; Sadaaki Matsutani, Interpreter; Satoe Ohari,
10  Interpreter; Stephen Statler, Videographer.
11                  --oOo--
12       THE VIDEOGRAPHER: Good morning. Here begins
13  Videotape 1 in the deposition of Teruo Usui in the
14  matter All Nippon Airways, Limited versus
15  United Airlines, Incorporated in the U.S. District Court
16  for the Northern District of California. The case
17  number is C07-03422 EDL. Today's date is November 29,
18  2007, and the time on the video monitor is 10:01 a.m.
19       The video operator today is Stephen Statler
20  representing Combs Reporting, 595 Market Street,
21  Suite 620, San Francisco, and this video deposition is
22  taking place at 595 Market Street Suite 620 in San
23  Francisco and was noticed by Jaffe Raitt.
24       Counsel, please voice identify yourselves and
25  state whom you represent.

Page 5

1        MR. TORPEY: Scott Torpey on behalf of
2   United Airlines.
3        MR. WORTHE: Jeff Worthe on behalf of
4   United Airlines.
5        MR. FUS: Steve Fus, United Airlines.
6        MR. TURNER: Marshall Turner for All Nippon
7   Airways.
8        MR. ESKRIDGE: Timothy Eskridge for All Nippon
9   Airways.
10       MR. SAKAMOTO: Shigeru Sakamoto.
11       MR. MIZUNO: Yoshihiro Mizuno for All Nippon
12  Airways.
13       THE VIDEOGRAPHER: The court reporter today is
14  Brandon Combs of Combs Reporting. And would the
15  reporter please administer the oath to the interpreter
16  and the witness -- to both interpreters.
17       (After being duly sworn, the interpreters,
18  Satoe Ohari and Sadaaki Matsutani, translated
19  questions put to the witness into the Japanese
20  language and the answers thereto given by the
21  witness were translated into the English
22  language.)
23       THE VIDEOGRAPHER: Please begin.
24          EXAMINATION BY MR. TORPEY
25       MR. TORPEY: Q. Good morning, Mr. Usui.

Page 6

1  A. Morning.
2  Q. Where are you employed, sir?
3  A. All Nippon Airway.
4  Q. And how long have you been there?
5  A. 28 years.
6  Q. And what is your current position?
7  A. I am captain of the Boeing 777 model.
8  Q. Is there a chief pilot for All Nippon Airways?
9  A. By chief pilot, what sort of ranking would
10 that be?
11 Q. Well, is there somebody who is in charge of
12 all pilots for All Nippon?
13 A. Yes.
14 Q. Who would that be?
15 A. Are you referring to the chief, to the group
16 that I belong to, or to the chief for all Boeing 777
17 models?
18     CHECK INTERPRETER: Passenger. Never mind.
19 That's okay.
20     MR. TORPEY: Q. What group do you belong to?
21 A. It's a training department.
22 Q. What position do you hold in the training
23 department?
24 A. I am the training or educational officer.
25 Q. That's your title, educational or training

Page 7

1 officer?
2 A. Yes.
3     CHECK INTERPRETER: May the checking
4 interpreter propose perhaps "an instructor"?
5     MR. TORPEY: I don't want this deposition to
6 turn into a battle of the interpreters. If there's
7 something significant, I'd like you to raise it, but --
8     CHECK INTERPRETER: I'm just --
9     MR. TURNER: I want to comment, it hasn't been
10 a battle of the interpreters.
11    MR. TORPEY: He hasn't been here, and he
12 probably will sit in today. Read back the answer, the
13 answer to his title.
14    THE INTERPRETER: Training or educational
15 officer.
16    MR. TORPEY: Okay. Thanks.
17 Q. And do you train beyond the 777 aircraft, or
18 is that your specialty?
19 A. No. Just B777.
20 Q. And how long have you been the training and
21 educational officer on the 777?
22 A. Seven years.
23 Q. Are you familiar with the term check airman?
24 A. What does that person do?
25 Q. Do you give proficiency checks or proficiency

Page 8

1 exams periodically to ANA pilots?
2     CHECK INTERPRETER: Proficiency meaning
3 language proficiency? The interpreter interpreted it as
4 being language proficiency.
5     MR. TORPEY: Let me just say this. With all
6 due respect, sir, I'm not here to take your deposition.
7 If he has a question on that, I'm sure he'll raise it.
8 I don't know how much you know about aircrafts or
9 flying, that's a term of art. He's a professional. I
10 bet he knows what that is.
11    CHECK INTERPRETER: The lead interpreter
12 interpreted as a language proficiency. That's why the
13 checking interpreter is concerned.
14    MR. WORTHE: Well, that's your opinion.
15    MR. TURNER: It seems to me the interpreters
16 have been dealing with any suggestions among themselves
17 very well, and I don't see any reason for this
18 discussion to be going on. But it's your deposition.
19 You can conduct it the way you want.
20    MR. TORPEY: This gentleman has only been at
21 the deposition for the last two days for less than an
22 hour when he left to take part in the deposition
23 preparation for the next day's witness. This is the
24 last day and apparently he's going to be here all day.
25    I do not intend to waste my deposition time

Page 9

1 with the interpreters apparently disagreeing. I brought
2 an interpreter. She's the interpreter for this
3 deposition. Your interpreter is welcome to whisper in
4 your ear, whatever, but I don't want this deposition to
5 be taken up with problems with the interpreter.
6     MR. TURNER: The only significant time
7 consumption has been your discussion about it.
8     MR. TORPEY: There's going to be no discussion
9 about this. Read back the question, please.
10    (Record read by the reporter.)
11    MR. TURNER: I'd like to note a comment on the
12 record as to the translation as to whether or not this
13 interpreter has translated the term proficiency as
14 "language proficiency" as opposed to "piloting
15 proficiency." That's my comment.
16    MR. TORPEY: Q. The answer?
17 A. With regards to a regular examination, I give
18 an annual examination to the pilots.
19 Q. Is there some type of regulation, sir, that
20 requires an annual proficiency exam or check?
21 A. It's a company rule.
22 Q. And when you give these proficiency exams, is
23 it a written exam or a performance exam? Just describe
24 for me a little bit about what you do and how you do it.
25 A. It is a performance exam. I did say pilot,

Page 10

1  but there are captains and copilots. This exams is
2  given only to copilots.
3      Q. And the exam that's given only to the copilots
4  or check ride, how long has that been the policy of ANA?
5      A. From about four to five years ago.
6      Q. Would that make it around 2002, 2001?
7      A. I obtained the license in 2004, so it was from
8  2004.
9      Q. Oh, I understand. But before you were
10 licensed as a proficiency examiner, was that still the
11 rule that only copilots would get the proficiency check?
12     A. One moment, please.
13     Q. No problem.
14     A. It is 2007 today, so -- well, I obtained the
15 license in -- at the end of 2003, so it has been four
16 years.
17     Q. Can you tell me when at the end of '03 you
18 became a check airman or proficiency officer?
19     A. I do not have a recollection of exactly when
20 it was.
21     Q. Would it have been sometime before October of
22 2003?
23     A. After.
24     Q. Do you know if it was in October or was it
25 after October, 2003?

Page 11

1      A. After.
2      Q. If you wanted to get the exact date when you
3  were -- when you became a proficiency officer, where
4  would you look for that information?
5      A. There is a Japanese aviation certificate, so
6  if I check that, I will be able to know.
7      Q. Is that something you carry with you?
8      A. No.
9      Q. What did you have to do -- or how long was the
10 process -- strike that.
11         What did you have to do and for what period of
12 time to qualify as a proficiency officer?
13     A. I was.
14         THE INTERPRETER: The interpreter will
15 restate.
16         THE WITNESS: I had to have knowledge about
17 aviation regulations, the judgment standards for the
18 examination. Also, since this is a company internal
19 examination, it had to be done or rather I had to do the
20 guiding in a manner that would be authorized by the
21 aviation board.
22         MR. TORPEY: Q. You said that one of the
23 things you had to do was to know the aviation
24 regulations. Can you tell me what regulations you're
25 referring to.

Page 12

1      A. In order to obtain this qualification, I had
2  to have knowledge about the flight, the crew as well as
3  requirements of the aviation board since the exam was
4  being done for the aviation board.
5      Q. When you refer to the aviation board, what
6  specific organization are you referring to?
7      A. It is the aviation board of the transportation
8  ministry.
9      Q. Is that of Japan?
10     A. Yes.
11     Q. And you said that you had to be familiar with
12 aviation regulations. Would those include any -- is
13 there a set of regulations governing aviation in the
14 country of Japan?
15     A. It is a Japanese aviation law.
16     Q. Now, do you also have to be familiar with the
17 United States federal aviation regulations?
18     A. No.
19     Q. Is there someone in your company who is
20 charged with the obligation of knowing the U.S. federal
21 aviation regulations?
22     A. I've never heard about that.
23     Q. Do you know if there's any regulation -- do
24 you know one way or the other if there's any regulation
25 or other rule in Japan which requires compliance with

Page 13

1  U.S. federal aviation regulations?
2      A. I do not know.
3      Q. When aircraft -- when ANA aircraft come to the
4  United States and land or take off from airports within
5  the United States, you agree with me that they are
6  obligated to comply with U.S. federal aviation
7  regulations; correct?
8      A. When we fly to the U.S., we have not seen any
9  particular difference.
10         THE INTERPRETER: The interpreter will
11 restate.
12         THE WITNESS: When we fly to the U.S., I have
13 not seen any material regarding the difference in
14 aviation laws of Japan and the U.S. at the company. We
15 study ATC material. So I am not -- I am not aware about
16 the compliance with FAA aviation regulations. We study
17 how to fly.
18         MR. TORPEY: Q. Well, there are Japan
19 aviation regulations that govern how your pilots on your
20 aircraft fly; correct? Or how their supposed to fly?
21     A. I don't understand.
22     Q. Let me get back to the original question, sir.
23         As the educational and training officer of
24 ANA, do you believe that when an ANA aircraft lands or
25 takes off from San Francisco International Airport here

Page 14

1  in San Francisco, California, that the flight crew of
2  that ANA aircraft while in the United States on the
3  ground have to comply with U.S. federal aviation
4  regulations relative to the operation of their aircraft
5  at that U.S. airport?
6      A.  First of all, although I am a training
7  officer, my work is related to technical matters. Also,
8  when we fly to the U.S., we follow the way of the U.S.
9  in flying.
10     Q.  Let me see if I understand you. You,
11 yourself, are a captain and act as pilot in command of a
12 777 including flights to airports in the United States;
13 correct?
14     A.  Yes.
15     Q.  And when you, as the pilot in command, are
16 flying an aircraft and landing at San Francisco or
17 piloting an aircraft taking off from San Francisco, you
18 understand that you and your crew members, while at the
19 U.S. airport, must comply with U.S. federal aviation
20 regulations with regard to the operation of your
21 aircraft; correct?
22     A.  To state it simply, I am not too conscious
23 about that. We follow the way that we must fly in the
24 U.S. I'm not too conscious about regulations, per se.
25     Q.  Well, I don't know what you mean by not too

Page 15

1  conscious. I guess what I'm saying to you, sir, is you
2  are commercial airline pilot that flies a 777 aircraft
3  to and from U.S. airports.
4       My question simply is are you or are you not
5  required to comply with U.S. federal aviation
6  regulations when you are flying into or out of a
7  United States airport?
8      A.  We follow the way flying is done in the U.S.,
9  so I believe we are satisfying the FAA requirements.
10     Q.  And I think I understand you. Let me show you
11 what is -- let me mark this. I don't know what number
12 that is.
13     (Whereupon, Exhibit 14 was marked for
14     identification.)
15     (Discussion off the record.)
16     MR. TORPEY:  Q.  Mr. Usui, let me show you
17 what we've marked Exhibit 14, which is a page from the
18 federal aviation regulations, in particular, 49CFR part
19 91.1 titled, applicability under subsection A, among
20 other things, it says there, this part prescribes rules
21 governing the operation of aircraft within the
22 United States including the waters within three nautical
23 miles of the U.S. coast.
24     Do you see that?
25     A.  Yes.

Page 16

1      Q.  And you agree with me then that in operating
2  an aircraft, for example, taxiing an aircraft at
3  San Francisco International Airport, ANA pilots are
4  required to comply with the U.S. federal aviation
5  regulations; correct?
6      A.  When we fly in the U.S., including movement on
7  land such as taxiing, we do it in a manner that was
8  taught to us by our company, so I believe we are
9  satisfying the regulations.
10     Q.  Okay. Thank you, sir.
11         Let me just ask a few more things on
12 background here. The route manual, you're familiar with
13 what the route manual is I take it?
14     A.  You're talking about the route manual
15 distributed by the company?
16     Q.  That's correct, sir.
17     A.  Yes.
18     Q.  Does the route manual have in it specific
19 regulations, whether Japan regulations or U.S. federal
20 aviation regulations? Does it quote specific
21 regulations in that manual?
22     A.  There are no regulations, per se. There's no
23 the description of the law.
24     Q.  Okay. Would that be in the operations manual,
25 or do you know if it's in any particular manual that's

Page 17

1  distributed by ANA?
2      A.  In the route manual, there is a basic
3  examination in a section called ATC, and that section
4  contains abstracts or typical information.
5      Q.  And I apologize if I asked this, sir, but when
6  you give proficiency exams or check rides, did you say
7  there is a written component, or is it you strictly
8  observe the performance of the pilots you're evaluating?
9      A.  Only the technical portion.
10     Q.  I'm not following you. What do you mean by
11 the technical portion? Is that you have to watch them
12 do something, or do you give them a written test of some
13 type?
14     A.  There is no written examination.
15     Q.  Do you perform your evaluation by sitting in
16 the cockpit of an aircraft that they're flying, or do
17 you watch them in a simulator, or how do you do it?
18 What's the setting you perform this proficiency check?
19     A.  We use the simulators.
20     Q.  Do you sometimes give a check ride in an
21 actual aircraft?
22     A.  No.
23     Q.  Is there any kind of a written, let's say,
24 guidelines that you follow that these pilots must meet.
25 In other words, is there some protocol or procedure

Page 18

1 written that you apply in evaluating what the pilots are
2 doing?
3    A.  When evaluating, there's a guideline put out
4 by the company.
5    Q.  What's the guideline called?
6    A.  Check manual.
7    Q.  Do you know if there have been any changes in
8 the check manual say since 2003 to today?
9    A.  Yes.  I believe there was or were.
10   Q.  Okay.  To become a 777 pilot, does ANA provide
11 any kind of training?  I know we talked about you doing
12 proficiency exams, but is there a training program that
13 pilots have to go through?
14   A.  Yes.
15   Q.  And do you do the training as well?
16       THE INTERPRETER:  The interpreter will repeat
17 the question in Japanese.
18       THE WITNESS:  I do conduct a set program when
19 the pilot is moving from another aircraft model to 777.
20       MR. TORPEY:  Q.  So when somebody wants to get
21 type rated from say a 767 to a 777, you would give the
22 training on the 777?
23   A.  Yes.
24   Q.  Is there any other kind of training given to
25 pilots, let's say, besides just type-rating training,

Page 19

1 but general piloting type training.  Is there anything
2 like that given to ANA pilots?  Not aircraft specific.
3 In other words, it's not for a particular type of
4 aircraft but just piloting in general.
5    A.  Yes.
6    Q.  And what does that -- do you do that training
7 as well?
8    A.  Yes.
9    Q.  What's that -- give me a feel for what that
10 kind of training is.
11   A.  I don't have the materials here, so it is hard
12 to say.  But there is a regular training annually.
13   Q.  And would that include pilots of all the types
14 of aircraft that are in the ANA fleet?
15   A.  All ANA pilots receive an annual training.
16   Q.  And what is the training manual that you use
17 for that training called?
18   A.  There is no manual because that regular
19 training conducted once a year changes every year.
20   Q.  Is there any kind of written materials that is
21 given to you by the company for you to use in providing
22 that annual training?
23   A.  Yes.
24   Q.  And tell me what, is it in a booklet, or what
25 is the nature of the materials that's utilized?

Page 20

1    A.  The materials are kept at the training
2 department.
3    Q.  Okay.  Now, you say they change.  Do they
4 change every year, or how frequently do the materials
5 change?
6    A.  Overall, they are the same, but with each
7 training, we have to make sure that the requirements
8 will be covered so those things would change.
9    Q.  Backing up a step, with regard to the training
10 in type, in other words, to get type rated on a 777, do
11 the materials change every year, or are they -- let me
12 rephrase that.
13       To get type rated in a 777, the check manual,
14 is it basically the same from year to year, maybe minor
15 changes, but basically the manual is pretty much the
16 same?
17       THE INTERPRETER:  The interpreter will restate
18 the question in Japanese.
19       THE WITNESS:  There are revisions of the check
20 manual, but it is not as if there is a change every
21 year.
22       MR. TORPEY:  Q.  Okay.  I guess with regard to
23 the check manual, if there was a revision, is there a
24 table of revisions, in other words, it will show, you
25 know, a page and what replaces it so you can see what

Page 21

1 and when it was revised?
2    A.  Yes.  There is a table of revision.
3    Q.  Mr. Usui, how long have you performed the
4 annual training that we've been talking about?  How long
5 have you been a trainer for that type of training?
6    A.  I don't know how many times.  I do not recall.
7    Q.  I'm sorry.  I didn't mean how many times.  How
8 many years have you been doing this annual training?
9    A.  Ever since I became the training officer, and
10 it's been around seven years, although I do not have an
11 accurate recollection.
12   Q.  How many trainers in addition to yourself are
13 there for the 777 aircraft?  Trainers and check airmen.
14   A.  I don't know how many exactly.
15   Q.  Would there be, let's say, dozens or hundreds
16 or an estimate?
17   A.  I think there are 20 to 30 trainers.
18   Q.  Okay.  This annual training, is any of it done
19 in a classroom training, and also, is there any kind of
20 written examination that is given?
21       MR. TURNER:  Objection as to form.
22       THE WITNESS:  I already said there is no
23 written examination.
24       MR. TORPEY:  Q.  Are there any videos, CDs,
25 that are played for training purposes to the pilots?

Page 22

1   A. No.
2   Q. With regard to either the training to become
3 type rated in a 777 or the annual training we've been
4 talking about, is there any training or instruction to
5 the ANA pilots with regard to taxiing of aircraft?
6   A. When the pilots are trying to get type rated
7 for the 777 model, they already have experience with
8 taxiing, in other words, they can taxi, so we do not
9 give any particular training on that.
10   Q. Let's say if it was someone giving training,
11 not to get type rated but other type of training,
12 apparently you do give taxiing training or instruction?
13   A. Just the very first lesson.
14   Q. Tell me what it is that you train during that
15 first lesson? What is it that you're training them to
16 do?
17   A. I don't have them here, so I can't say.
18   Q. What document would that be in or called? If
19 I wanted you to produce to us the taxi training
20 materials, what would I ask for?
21   A. I don't know.
22   Q. If someone were to ask you for a copy of the
23 training materials that you used to teach taxi
24 instructions, you would know what that person is talking
25 about though; correct?

Page 23

1   A. There is no written materials regarding the
2 main points or gist of taxiing, so we give the gist of
3 taxiing verbally.
4   Q. Then since it's just verbal, tell us what it
5 is that you tell the pilots with regard to taxiing.
6   A. Just the instruction on how to turn because
7 they all know how to move the aircraft along the
8 centerline.
9   Q. How long have you held a commercial airline
10 pilot certificate?
11   A. By commercial license, which one are you
12 referring to?
13   Q. Let me ask you what licenses or
14 certificates -- aviation licenses or certificates do you
15 hold and how long have you held them?
16   MR. TURNER: We have made copies of Mr. Usui's
17 licenses, aviation licenses if you want them.
18   MR. TORPEY: Why don't you produce for me
19 whatever documents you're producing today so we can mark
20 those. And, yes I'll retroactively make them part of
21 the protective order. I assume you're not giving me
22 your hotel bill. We'll mark these I guess. This would
23 be 14? 15.
24   (Whereupon, Exhibit 15 was marked for
25   identification.)

Page 24

1   MR. TORPEY: For the record, Marshall,
2 Exhibit 15, are there any other documents you're
3 producing today?
4   MR. TURNER: If you ask for things, I'll let
5 you know --
6   MR. TORPEY: I asked for them before we got
7 here. That's why I sent a deposition notice. So if
8 you're producing documents, let's have them. I don't
9 want to get these drip, drip as the day goes on.
10   MR. TURNER: You asked him to bring documents
11 with him --
12   MR. TORPEY: I did not ask this witness to
13 bring documents. I didn't ask any witness to bring
14 documents. I sent a deposition notice to ANA. ANA was
15 to produce documents at the commencement of the
16 deposition two days ago. You're producing them on a
17 daily basis, and I'm asking whether you're producing
18 anything else today.
19   MR. TURNER: If you ask for something else --
20   MR. TORPEY: Again, I'll ask you to
21 produce everything we requested in the deposition
22 notice.
23   MR. TURNER: Let me read you the deposition
24 notice.
25   MR. TORPEY: I know what it says. If you're

Page 25

1 not going to produce, I'm going assume at this point
2 there's nothing left to produce, and I'm going to move
3 on with the deposition.
4   MR. TORPEY: Q. I apologize for the
5 distraction, sir. Just tell me how long you've had --
6 what licenses and certificates do you hold aviation
7 licenses and certificates and for how long.
8   A. I hold the airline transport pilot
9 certificate, the copy of which is here.
10   Q. Mr. Usui, Exhibit 15, can you tell me what
11 those documents are, please.
12   A. The cover page or rather the first page is the
13 aviation medical certificate.
14   Q. And what are the remaining documents?
15   A. The third sheet is the airline transport pilot
16 certificate. And fourth sheet is a copy of the ratings
17 and limitations certificate. And final sheet shows my
18 license as a radio operator on an aircraft.
19   Q. Mr. Usui, prior to the deposition, did anyone
20 ask you if you had any objection to producing your
21 training and personnel records?
22   A. No.
23   Q. If we were to request getting your training
24 personnel records -- not financial records -- but just
25 training personnel records from ANA, do you have any

Teruo Usui

Page 26

1  problem with ANA releasing those?
2     A.  Me personally?
3     Q.  Yes.
4     A.  If the company decides to, it is okay with me.
5     Q.  Thank you.  By the way, when do you return --
6  or leave the U.S.?
7     A.  This time?
8     Q.  When are you leaving to go back to wherever
9  you're going after here?
10    A.  Tomorrow.
11    Q.  You're going back to Japan?
12    A.  Yes.
13    Q.  And when did you arrive in the U.S.?
14    A.  I arrived on November 28.
15    Q.  That would be yesterday; correct?
16    A.  Yes.
17    Q.  And did you come in as a passenger on ANA?
18    A.  Yes, that's right.
19    Q.  And do you depart tomorrow as a passenger on
20  ANA?
21    A.  Yes.
22    Q.  When are you next scheduled to fly as a crew
23  member on ANA?
24    A.  The schedule was not yet ready when I left
25  Japan, so I don't know.

Page 27

1     Q.  And when did you last fly as a crew member for
2  ANA?
3     A.  I don't have the schedule at hand, so I don't
4  know.
5     Q.  That's fine.  No problem.
6         I don't obviously read Japanese, so could you
7  tell me how long have you held an air transport pilots
8  certificate.  When did you first get that?
9     A.  It is written at the left bottom of the
10 license, so I obtained it on April 9, 1998.
11    Q.  How many total hours do you have as a pilot?
12    A.  To now?
13    Q.  Yes.
14    A.  I can't tell you how many hours since I don't
15 know that without looking at data.
16    Q.  Do you have just a ballpark, an estimate?
17    A.  I think it would be about 10,000 hours at
18 present.
19    Q.  And of those approximate 10,000 hours, how
20 many would be in type in a 777?
21    A.  I don't know.
22    Q.  Would you say more than half?
23    A.  I have flown three different aircraft models,
24 so I do not know the number of hours for 777.
25    Q.  What other aircrafts have you flown?

Page 28

1     A.  767 and 747.
2     Q.  If you wanted to look up how many hours in
3  type or how many total hours you have, what document
4  would that be contained in and who would have that
5  document?
6     A.  That is personal information, so...
7     Q.  So would ANA have that or something you keep
8  personal?
9     A.  Well, this is the sort of information that not
10 everyone can have access to, so there's some information
11 kept by ANA and also kept by the individual.
12    Q.  As part of your piloting duties with ANA
13 you -- sorry.  I know you've been with ANA 28 years, how
14 long have you been -- first a copilot.
15        How long were you a copilot on the 777?
16    A.  I don't know how many years I have been a
17 copilot on 777 because I received training to be
18 promoted to captain of that aircraft model.
19    Q.  When did you become a captain of a 777?
20    A.  I don't know when it was exactly.
21    Q.  Has it been for more than seven years?
22    A.  Yes.
23    Q.  And as captain, you're the pilot in command;
24 correct?
25    A.  Yes.

Page 29

1     Q.  On average, about how many times per month
2  would you fly a 777 aircraft, say, to or form the
3  United States -- to or from the United States?  What's
4  an average month?
5     A.  Month -- the monthly average?
6     Q.  Yeah.  How many trips per month would you make
7  as captain?
8     A.  Two to three times per month.
9     Q.  Okay.  And has that pretty much been the case
10 for the last at least seven years that you've been a
11 captain?
12    A.  Well, I also work as a trainer, so when I have
13 trainees, there could be times when I would not fly for
14 two months.
15    Q.  So you're either -- if you are flying, it
16 averages two or three times, but some months you don't
17 fly at all because you're training?  Is that pretty much
18 what you do?
19    A.  By that, are you saying that there are months
20 that I don't fly to the U.S. specifically?
21    Q.  No.  I meant -- are there months when you
22 don't fly at all because you're training?
23    A.  No.  There would be no such months because
24 between trainings, I would fly domestically.
25    Q.  Of the two to three times a month on average

8 (Pages 26 to 29)

Teruo Usui

Page 30

1  that you are the captain of a 777, about how many times
2  on average would those trips involve a trip to or from
3  the United States?
4      A.  There are months when I do not fly to the U.S.
5  because I fly also to China and Asia.
6      Q.  When you fly to the U.S., where do you
7  typically fly to?  What airport do you fly in or out of,
8  typically.
9      A.  Location?
10     Q.  Yeah.
11     A.  New York, Washington, San Francisco and
12  Los Angeles.
13     Q.  New York, is that JFK?
14     A.  Yes.
15     Q.  Dulles?
16     A.  Washington.
17     Q.  Is that Dulles or Reagan?
18     A.  Yes, Dulles.
19     Q.  Since, let's say, the last seven years that
20  you've been a captain, at least for the last seven
21  years, can you tell me how many times a year you would
22  have flown in or out of San Francisco International?
23     A.  For the first year and a half I did not fly to
24  San Francisco.  At the beginning I was flying to
25  Chicago, so I did not fly to San Francisco.  Since then

Page 31

1  I do not know how many times I flew to San Francisco.
2      Q.  Just so I understand your answer, from the
3  first year and a half that you became a captain, you did
4  not fly to San Francisco, captain of the 777; am I
5  correct?
6      A.  There was no route.
7      Q.  When did ANA first have a route established to
8  San Francisco?
9      A.  I do not know.
10     Q.  Is it before the year 2000?
11     A.  I don't know.
12     Q.  In the last five years, would you say you've
13  flown in and out of San Francisco as a crew member at
14  least -- at least once a month?
15     A.  I wouldn't say at least because sometimes I
16  may never fly into San Francisco in one month.
17     Q.  Would it be fair to say that in the last seven
18  years since you've been -- at least the last seven years
19  since you've been a captain, that you would have flown,
20  let's say, at least ten times a year into or out of
21  San Francisco for the last seven years?
22     A.  I don't know for sure, but probably.
23     Q.  And I know you're probably ready for a break
24  shortly, and we'll take it.
25          In the past year, let's say this year, in

Page 32

1  2007, any idea how many times on average per month you
2  were flying in and out of San Francisco?
3      A.  This year; right?
4      Q.  Yeah.
5      A.  I don't know unless I look at the record.
6      Q.  Okay.  Fair enough.  Do you speak English?
7      A.  A little.
8      Q.  And do you read English?
9      A.  A little.
10     Q.  And when you are the communicating pilot, you
11  have to talk to air traffic control in English; am I
12  correct?
13     A.  Yes.
14     Q.  When you are the -- strike that.
15         As the captain and pilot in command, is it
16  your decision to determine whether you or your first
17  officer would be the flying pilot?
18     A.  The PIC makes the decision as to who will fly
19  the plane.
20     Q.  Is there any guideline that you use in terms
21  of deciding whether on a particular leg or particular
22  portion of a leg you, as opposed to your first officer,
23  would be the pilot flying?
24     A.  By guideline, do you mean something that is
25  written?

Page 33

1      Q.  Well, I guess, first let me ask you, is there
2  anything written?
3      A.  Yes, there is a written guideline.
4      Q.  And what is that guideline called?
5      A.  Do you mean a leaflet or something?
6      Q.  Is there a name for the document, or where
7  would it be found if I wanted to look for it?
8      A.  Oh, it is written in operations manual.
9      Q.  Okay.  And that operations manual is the
10  manual that must be kept on the 777 aircraft at all
11  times; correct?
12     A.  It is there.
13     Q.  Is the manual in English or Japanese or both?
14     A.  It is in Japanese.
15         MR. TURNER:  Is this a good time to break?
16  We've been going for about an hour and a half without a
17  break.
18         MR. TORPEY:  I have just a few more questions
19  on this.
20         MR. TURNER:  Go ahead.
21         MR. TORPEY:  I'll give you a break in a
22  moment.
23     Q.  Just tell me what you recall briefly about
24  what some of the guidelines are in regards to whether
25  you as the captain or first officer should be the flying

9 (Pages 30 to 33)

Teruo Usui

Page 34

1  pilot.
2      A.  First, the weather condition and the weight of
3  the aircraft is determined according to the runway.
4  Also, the runway condition, is it dry or wet.
5      Q.  Anything else that you recall?
6      A.  And also if there is any structural problem
7  with regards to the fuselage, we will not have the first
8  officer operate the plane.
9      Q.  How about with respect to whether you or your
10  first officer should taxi either upon landing or upon
11  departure.  What guidelines exist with regard to that
12  specific operation?
13      A.  No.
14      MR. TORPEY:  We can take a break if you like.
15      THE VIDEOGRAPHER:  This concludes Videotape 1
16  of the deposition of Teruo Usui.  The time on the
17  monitor is 11:31 a.m.
18      (Recess taken.)
19      THE VIDEOGRAPHER:  Here begins Videotape 2 of
20  the deposition of Teruo Usui.  Coming back on the
21  record.  The time is 11:47.  Please begin.
22      MR. TORPEY:  Q.  Mr. Usui, have you ever heard
23  of a concept called conflict resolution as it applies to
24  the piloting of an aircraft?
25      A.  No, not really.

Page 35

1      Q.  Well, let me describe a situation for you, and
2  maybe there's a different name for it in your language
3  than what I'm referring to as conflict resolution.
4      Let's say that you are taxiing an aircraft and
5  you are the flying pilot and you see another aircraft
6  and you're not sure whether or not, if you continue to
7  taxi, you might strike the other aircraft.
8      Is there a process that you as the pilot would
9  go through to consider what you should do in response to
10  what you're looking at?
11      MR. TURNER:  Objection as to form and
12  incomplete hypothetical.
13      CHECK INTERPRETER:  There was an objection.
14      MR. TURNER:  Translate the objection, please.
15      THE INTERPRETER:  Excuse me.
16      THE WITNESS:  When there is other traffic or
17  another aircraft when taxiing, we would communicate with
18  the ATC to confirm.
19      MR. TORPEY:  Q.  What would you want to
20  confirm?
21      A.  What do you mean by that question?  What do
22  you want to confirm?
23      Q.  In the situation that I just gave you, let's
24  say that you were the pilot in command and flying pilot
25  and you were taxiing your aircraft, your 777, and during

Page 36

1  the taxi you see another aircraft and you are not sure
2  whether or not, if you continue to taxi, you might
3  collide with that other aircraft.
4      What would you say to aircraft control when
5  you called them?  In other words, what would you ask
6  aircraft traffic control?
7      A.  I would not know unless I am in such a
8  situation.
9      Q.  Would it be fair to say, Mr. Usui, one of the
10  things that you would want to do is discuss with air
11  traffic control whether or not it is safe for you to
12  continue taxiing, or whether you should stop and take
13  some other action?
14      A.  I don't know unless I am in the situation, but
15  I believe that there would be some instruction or
16  instructions from ATC.
17      Q.  Well, as the pilot in command of a 777, if you
18  were taxiing, Mr. Usui, and for whatever reason you were
19  not sure whether or not you were going to collide with
20  another aircraft during your taxi, am I correct that you
21  would stop the taxi until you could confirm that you
22  were not going to collide with the other aircraft?
23      MR. TURNER:  Objection as to form and
24  foundation.
25      THE WITNESS:  Unless I am in that situation, I

Page 37

1  don't know.
2      MR. TORPEY:  Q.  Okay.  Mr. Usui, I understand
3  that you want to have a particular situation, but really
4  it doesn't matter what the situation is.  You can image
5  any situation you want.
6      But if that situation involves a potential
7  collision with another aircraft while taxiing, you would
8  agree with me that you as the pilot in command would not
9  continue taxiing until you knew for sure you were not
10  going to collide with the other aircraft; correct?
11      MR. TURNER:  Objection as to form and
12  incomplete hypothetical.
13      THE WITNESS:  If we follow the instruction of
14  ATC, I don't think there will be a collision.
15      MR. TORPEY:  Q.  But if you felt there is a
16  possibility of a collision and you weren't sure, even if
17  you were following the instructions of ATC, as a safe
18  pilot in command, then you would bring your aircraft to
19  a stop until you could confirm, in fact, you would not
20  collide with the other aircraft; true?
21      MR. TURNER:  Objection as to form, incomplete
22  hypothetical.
23      THE WITNESS:  There's surely an instruction
24  from ATC in such a situation.
25      MR. TORPEY:  Q.  What if in that situation

10 (Pages 34 to 37)

Page 38

1  though, for whatever reason, you could not reach ATC?
2  As the pilot in command and the person responsible for
3  the safe operation of your aircraft, wouldn't you bring
4  your aircraft to a stop rather than to continue taxi
5  until you knew for sure you were not going to run into
6  the other aircraft?
7       MR. TURNER: Objection as to form, incomplete
8  hypothetical.
9       THE WITNESS: We are supposed to follow the
10 instruction of the ATC. To stop in the middle is to go
11 against that instruction. It is like violating the
12 instruction.
13      MR. TORPEY: Q. And so you as the pilot in
14 command of an ANA 777 and a proficiency examiner for
15 ANA, if given clearance to taxi, and even if you
16 perceive that you might collide with another aircraft
17 and if for some reason you can't contact air traffic
18 control, you would continue to taxi your aircraft right
19 into the other aircraft rather than stop until you could
20 confirm the clearance.
21      Is that what you're saying, sir?
22      MR. TURNER: Objection as to form, incomplete
23 hypothetical.
24      THE WITNESS: I don't quite understand the
25 question.

Page 39

1       MR. TORPEY: Q. Who is responsible for the
2  safe operation of your aircraft when you are the pilot
3  in command of the 777 aircraft filled with passengers?
4       A. The PIC.
5       Q. So the ultimate safety of your passengers and
6  your crew members is your responsibility when you're the
7  pilot in command; correct, sir?
8       A. The PIC.
9       Q. And could collision with another aircraft
10 cause a safety hazard if there was a collision during
11 taxi?
12      A. What do you mean by a safety hazard.
13      Q. If you were taxiing your aircraft and you ran
14 into another aircraft, could that cause someone on
15 either airplane to become hurt or even killed?
16      A. I can't really say. It depends on the type of
17 collision.
18      Q. Well, certainly you would not under any
19 circumstances want to taxi your airplane into another
20 airplane for any reason; correct?
21      MR. TURNER: Objection as to form and
22 incomplete hypothetical.
23      THE WITNESS: No one will taxi an aircraft in
24 order to have a collision.
25      MR. TORPEY: Q. And therefore, being a safe

Page 40

1  and careful pilot in command, if there is any doubt in
2  your mind about whether or not during your taxi you're
3  going to collide with another aircraft, even if you've
4  already been cleared by air traffic control, then you
5  will stop your airplane rather than to continue to taxi;
6  correct?
7       MR. TURNER: Objection as to form and
8  incomplete hypothetical.
9       THE WITNESS: We follow ATC when we operate
10 the aircraft, so if there is anything, there would be an
11 instruction from ATC.
12      MR. TORPEY: Q. Mr. Usui, what if you were
13 taxiing your airplane as pilot in command and you were
14 cleared by ATC to taxi and during that taxi you see
15 another aircraft and you don't know whether or not you
16 are going to crash into that other airplane.
17      You as the pilot in command, what would you do
18 at that point?
19      MR. TURNER: Objection as to form, incomplete
20 hypothetical.
21      THE WITNESS: Of course when taxiing an
22 aircraft, we will observe the surrounding, and I do not
23 know since -- I do not know unless I am in that
24 particular situation, but there will surely be an
25 instruction from ATC.

Page 41

1       MR. TORPEY: Q. With all due respect,
2  Mr. Usui, I'm going to ask that that answer be struck
3  because I don't believe it was responsive, and I'll ask
4  a few more times this question.
5       And I would just say, regardless of what
6  anyone told you, I believe you have integrity, sir, and
7  I think you hold a position with a very fine airline.
8  And I'm asking you, honestly, to testify about a
9  question that I think is very basic. And I will ask
10 you, sir, and please tell me in response to this
11 question what you would do.
12      MR. TURNER: Before you do that, I'm going to
13 instruct the witness that he is to disregard counsel's
14 comments which are inappropriate and unprofessional and
15 demeaning, and he is to listen to the question carefully
16 and give his true and accurate and honest answer
17 regardless of Mr. Torpey's comments.
18      MR. TORPEY: Q. Mr. Usui, as a 28-year
19 veteran of All Nippon Airways, as a pilot in command, as
20 a check airman of ANA, as a pilot with over 10,000 hours
21 of experience, as a person charged with the
22 responsibility for the safety of ANA passengers, if you
23 were the pilot in command of a 777 and the flying pilot
24 and you were taxiing at San Francisco International
25 Airport and you were cleared by ramp control to proceed

Teruo Usui

Page 42

1  to the transition area, and while en route to that
2  transition area you saw another aircraft and you did not
3  know for sure whether or not you would collide with that
4  other aircraft.
5      What would you, as the pilot in command, do in
6  that situation, sir?
7      MR. TURNER: Objection as to form, incomplete
8  hypothetical.
9      THE WITNESS: First of all, what kind of
10 clearance did the ATC give?
11     MR. TORPEY: Q. Clearance to taxi from the
12 engine-start line to spot 10, the transition area
13 between the nonmovement and movement area.
14     MR. TURNER: Objection as to form, incomplete
15 hypothetical.
16     THE WITNESS: Of course, I would taxi
17 according to the instruction of ATC.
18     MR. TORPEY: Q. So rather than determine
19 before you proceed whether you were going to run into
20 the other aircraft, you would just continue to taxi? Is
21 that your answer, sir?
22     MR. TURNER: Objection as to form, foundation,
23 incomplete hypothetical.
24     THE WITNESS: If there was another aircraft
25 that suddenly appeared on the taxiway that we were

Page 43

1  taxiing, the ramp control would not give such an
2  instruction.
3      MR. TORPEY: Q. But what if the ramp control
4  had already given the instruction? What would you do?
5  Would you continue to taxi, or would you first take some
6  other action such as stopping, calling the ramp control,
7  and inquiring whether or not you're going to clear that
8  potential collision hazard?
9      MR. TURNER: Objection as to form, incomplete
10 hypothetical.
11     THE WITNESS: I don't know unless I am in such
12 a situation.
13     MR. TORPEY: Q. Well, put yourself in that
14 situation, sir. Put yourself in the cockpit of a 777
15 aircraft as the pilot in command, flying -- taxiing from
16 the engine-start line, cleared by ramp control to
17 spot 10.
18     And while you are proceeding to spot 10,
19 another aircraft comes into your field of view and you
20 do not know for sure whether or not you're going to
21 collide with that other aircraft if you continue to
22 taxi.
23     With that set of facts in your head, sir, as
24 the pilot in command, would you stop or would you
25 continue to taxi without knowing whether or not you were

Page 44

1  going to collide? What would you do?
2      MR. TURNER: Objection as to form, incomplete
3  hypothetical.
4      THE WITNESS: If it was right in front, I
5  would go slowly. No one would go fast.
6      MR. TORPEY: Q. So you would not stop even
7  though you did not know you'd clear the conflict? You
8  would keep going, you would just slow down. Is that
9  your answer, sir?
10     MR. TURNER: Objection as to form, incomplete
11 hypothetical.
12     THE WITNESS: No. What I said was that I
13 would lower the taxi speed as much as possible.
14     MR. TORPEY: Q. But even if you lowered the
15 taxi speed, if at the time you lowered the taxi speed
16 you did not know whether or not you were going to
17 collide with the other aircraft, would you still keep on
18 taxiing until you kept taxiing right into the other
19 aircraft?
20     Or would you stop, attempt to stop, and call
21 air traffic control or ramp control to determine whether
22 or not you were going to collide with the other
23 aircraft?
24     MR. TURNER: Objection as to form, incomplete
25 hypothetical.

Page 45

1      THE WITNESS: I cannot image what sort of
2  situation that would be.
3      MR. TORPEY: Q. Well, with all due respect,
4  sir, I'm going to say that I don't think that was a
5  responsive answer. I'm going to move to strike. I
6  don't want to argue with you, but it's clear that you
7  have come here with a certain perception on what to say
8  in response to these questions, and I'm going to have to
9  move on to something else.
10     And unless you have something else to say with
11 regard to the situations I've presented, and I'll give
12 you that opportunity now, I'm going to move to another
13 topic because it's pointless for me to continue asking
14 questions.
15     MR. TURNER: It is improper for you to
16 continue asking improper questions and incomplete
17 hypotheticals, and your comments are unprofessional and
18 demeaning.
19     MR. TORPEY: Q. Do you have anything further
20 to add, Mr. Usui, or have you said all you are going to
21 say on that topic?
22     A. Since I do not understand that situation, I
23 cannot make an explicit comment.
24     MR. TORPEY: Q. Well, I will have to move on,
25 and we'll deal with this at another time.

12 (Pages 42 to 45)