# EXHIBIT L



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MICHIGAN 48034-8214

PHONE 248.351.3000
FAX 248.351.3082

**FAX TRANSMITTAL**

Urgent: ____
Fax only: **X**
Original Sent by U.S. Mail: ____
Original Sent Overnight: ____

Today's Date: 7/17/2007        Send By This Time: ASAP

|  | Name | fax # | Phone# |
|---|---|---|---|
| To: | Marshall Turner | 212-370-4453 | |

From: Scott R. Torpey        Return To: Phyllis L. Nelson
No. of Pages including Transmittal Sheet: 2

Message:

**CONDON & FORSYTH LLP**
**JUL 17 2007**
**RECEIVED**

---

*InterOffice Use Only*

Client/Matter: [redacted]        Sent by: ____

Special Handling Instructions:        ☐ Call Before Sending: ____
Other:

---

The information contained in this facsimile message is privileged or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is neither allowed nor intended. If you have received this communication in error, please immediately notify us by telephone at the above number, and return the original message to us at the above address via the U.S. Postal Service.
If there are any problems with this fax, please call Office Services at 248.727.1540.

ANN ARBOR • BIRMINGHAM • DETROIT • SOUTHFIELD

Received  Jul-17-07  04:21pm        From-2483513082        To-CONDON & FORSYTH LLP        Page 001

'17/2007 16:29 FAX 2483513082        JAFFE, RAITT                    ☒002



# Jaffe
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Scott R. Torpey*
Direct: 248.727.1461
storpey@jaffelaw.com

*Admitted to Practice Law:
California, Illinois, Michigan,
New York, Ohio, & Washington DC

July 17, 2007

*By Fax: 212-370-4453*
Marshall Turner
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, NY 10036

Re:   All Nippon Airlines

Dear Marshall:

Pursuant to N.D. Local Rule 30-1, please provide me with all available dates during the month of September 2007 for the video deposition of ANA pilots Teruo Usui, Bishin Yamaguchi, and Yusuke Nishiguchi. The depositions would take place at a location in San Francisco. I will provide an interpreter and because of the need to use an interpreter, I anticipate a full day for each of the three deponents. Since I am already filling up dates on other matters in September, I would appreciate getting potential dates for the ANA pilots' depositions by the end of this week or at least a response from you as to when I can expect potential dates.

Thank you for your anticipated cooperation.

Very truly yours,

Jaffe, Raitt, Heuer & Weiss
Professional Corporation

Scott R. Torpey

SRT/pln
c:   Frank Silane          Jeff Worthe          Steve Fus
     Rod Margo             Walt Kopas           Thomas Campuzano
     Scott Cunningham

ANN ARBOR • BIRMINGHAM • DETROIT • PORT HURON • SOUTHFIELD

1414992.01

Received   Jul-17-07   04:21pm       From-2483513082         To-CONDON & FORSYTH LLP      Page 002