# EXHIBIT N

# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6750
Direct Fax: (212) 370-4453
mturner@condonlaw.com

September 7, 2007

*VIA FACSIMILE (248) 351-3082*
*Confirmation Copy to Follow Via U.S. Mail*

Scott R. Torpey, Esq.
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214

*VIA FACSIMILE (714) 285-9700*
*Confirmation Copy to Follow Via U.S. Mail*

Jeffrey A. Worthe, Esquire
Worthe, Hanson & Worthe
The Xerox Centre
1851 East First Street, Ninth Floor
Santa Ana, CA 92705

Re:  All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
     United States District Court for the Northern District of California
     Case No. C 07 3422 EDL
     C & F Ref.: MST/05901

Dear Gentleman:

Further to my letter of August 30, 2007, I am writing to remind you that, pursuant to Judge Laporte's Order Setting Initial Case Management Conference and ADR Deadlines, September 11, 2007 is our last day to:

1. Meet and confer regarding initial disclosures;

2. Meet and confer regarding early settlement;

3. Meet and confer regarding ADR process selection;

4. Meet and confer regarding discovery plan;

5. File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and

CONDON & FORSYTH LLP

Torpey/Worthe
September 7, 2007
Page 2

    6.    Meet and confer regarding additional requirements of FRCP Rule 26(f).

With regard to these obligations, we propose the following:

1. <u>Initial Disclosures</u> – Although we had previously provided you with virtually every document that could conceivably be included in our Initial Disclosures, we are reviewing all documents relative to this matter and will be prepared to comply with the Court's deadline to complete Initial Disclosures no later than September 25, 2007.
Please advise of your intentions;

2. <u>Early Settlement</u> – We are prepared to discuss "early settlement" at any time on reasonable notice. Our previous settlement efforts were not particularly productive, but we remain ready, willing and able to try again.
Please advise of your intentions;

3. <u>ADR Process Selection</u> – As you know, we have offered to proceed through private ADR and have suggested the use of the Honorable Dickran M. Tevrizian as mediator and we will accept a ninety (90) day deadline for the ADR session from the date of the ADR order or any other reasonable deadline that you might request. Alternatively, we are prepared to proceed through the Court Process of ADR Multi-Option Program governed by ADR Local Rule 3. We are prepared to sign a Joint ADR Certification with Stipulation to ADR Process.
Please advise of your intentions;

4. <u>Discovery Plan</u> - We would suggest that if an ADR process is selected, that we should meet and confer and hopefully, agree to an abbreviated discovery plan that would be economical for all parties, particularly in view of the exchange of information we engaged in prior to the commencement of this litigation. Alternatively, as you know, we have offered to make the three ANA crew members who you requested for deposition available in the United States on the dates you requested. However, we can not yet confirm that all three witnesses will be available in the same city on the three consecutive days you requested. We have committed to have at least two such witnesses available in the same city on two consecutive days, but it may become necessary to schedule the third crewmember on a later date. Additionally, there are several non-party witnesses (particularly San Francisco International Airport and FAA Air Traffic Control witnesses who we would want to depose, in addition to the UAL employees we have requested you make available for deposition pursuant to my letter of July 24, 2007).
Please advise of your intentions; and

668888v.1

CONDON & FORSYTH LLP

Torpey/Worthe
September 7, 2007
Page 3

    5.    <u>FRCP Rule 26(f)</u> – We are prepared to discuss all other matters referred to in Rule 26(f).

Please refer to my letter of August 30, 2007 and provide me with responses to my inquiries therein and please contact me to arrange for us to meet and confer regarding the above matters no later than September 11 so that we may be in compliance with Judge Laporte's Order Setting Initial Case Management Conference and ADR Deadlines.

Thank you for your anticipated cooperation in this regard.

Sincerely yours,

Marshall S. Turner

MST/hlj
cc:    Walt Kopas
       Frank Silane
       Scott Cunningham

668888v.1