# EXHIBIT Q

## Turner, Marshall S.

| | |
|---|---|
| **From:** | Scott Torpey [storpey@jaffelaw.com] |
| **Sent:** | Monday, November 19, 2007 1:20 PM |
| **To:** | Turner, Marshall S.; jworthe@whwlawcorp.com |
| **Cc:** | Cunningham, Scott D.; Eskridge, Timothy H.; Jackson, Heather |
| **Subject:** | RE: All Nippon Airways Company, Ltd. v. United Air Lines, Inc. |

Marshall
The reason the September 12 depo notice says your office in LA is
because that is where you told us you were producing the witneses. That
notice has never changed. As for your November 7 letter, I assumed you
meant LA since that is where the depos were noticed, as you requested.
At this point, to change to SF would require me to unnecessarily incur
expenses to fly our interpreter to SF--and costs for her to stay
overnight for 3 days; there would be air and hotel for Jeff as
well;also,I would incur a change fee and fare increase to change my
flight to go to SF vs. LA.Also,I would have to incur costs for a room
for 3 days for the depos.
While I would like to accommodate you, obviously I cannot do so under
the circumstances. Your pilots can easily fly from SF to LA and the
depos can go forward as noticed.
Scott

-----Original Message-----
From: Turner, Marshall S. [mailto:mturner@condonlaw.com]
Sent: Monday, November 19, 2007 12:29 PM
To: Scott Torpey; jworthe@whwlawcorp.com
Cc: Cunningham, Scott D.; Eskridge, Timothy H.; Jackson, Heather
Subject: FW: All Nippon Airways Company, Ltd. v. United Air Lines, Inc.

Your original Notice of Deposition of the ANA crewmembers was for the
depositions to take place at Combs Reporting, Inc. at 595 Market Street,
San Francisco, CA.
We had discussed the possibility of producing the ANA crew in LA, if it
would be easier for the crew to be scheduled into LA. In our
discussions and correspondence I stated I would produce them in
California. In my letter of November 7, 2007 I confirmed that they
would be produced in San Francisco. See my attached letter, that was
emailed and mailed to you and Mr. Worthe on November 7, 2007, to which I
received no objection from you or Mr. Worthe. At this late date, it
would now be impossible to change the flight schedules of these
crewmembers who are flying scheduled B-777 airplanes from Japan.

If you intend to cancel these depositions, let me know immediately.
Otherwise, please provide a reasonable location in San Francisco. If
you cannot find a reasonable location in San Francisco, let me know
immediately and I may be able to locate a suitable place.

Regards,
Marshall

-----Original Message-----
From: Scott Torpey [mailto:storpey@jaffelaw.com]
Sent: Monday, November 19, 2007 11:18 AM
To: Turner, Marshall S.; jworthe@whwlawcorp.com
Cc: Cunningham, Scott D.; Eskridge, Timothy H.
Subject: RE: All Nippon Airways Company, Ltd. v. United Air Lines, Inc.

Marshall
The depo notice was sent back on September 12.I have everything lined

1

up--include flight arrangements for LA.I cannot switch all the arrangements that have been in place for over two months now to SF a week before the depos start. we need to do them as you requested and as noticed at your LA office.

-----Original Message-----
From: Turner, Marshall S. [mailto:mturner@condonlaw.com]
Sent: Monday, November 19, 2007 11:11 AM
To: Scott Torpey; jworthe@whwlawcorp.com
Cc: Cunningham, Scott D.; Eskridge, Timothy H.
Subject: RE: All Nippon Airways Company, Ltd. v. United Air Lines, Inc.

Gentlemen:
The ANA crew will be available for depositions is San Francisco as follows:
Nov. 27 - Mr. Yamaguchi;
Nov. 28 - Mr. Nishiguchi; and,
Nov. 29 - Mr. Usui.
The crew will be staying in downtown San Francisco. Please advise where you have arranged for the depositions to take place, preferably in the downtown area.
Marshall

-----Original Message-----
From: Scott Torpey [mailto:storpey@jaffelaw.com]
Sent: Sunday, November 18, 2007 2:11 PM
To: Turner, Marshall S.; jworthe@whwlawcorp.com
Cc: Silane, Frank A.; Cunningham, Scott D.; Horenstein, John D.; Eskridge, Timothy H.
Subject: RE: All Nippon Airways Company, Ltd. v. United Air Lines, Inc.

Marshall
I also assume they will be produced in the order I noticed? Please advise so I can be prepared for questioning the particular witness for a particular day. thanks.

-----Original Message-----
From: Jackson, Heather [mailto:hjackson@condonlaw.com] On Behalf Of Turner, Marshall S.
Sent: Wednesday, November 07, 2007 3:32 PM
To: jworthe@whwlawcorp.com; Scott Torpey
Cc: Silane, Frank A.; Cunningham, Scott D.; Turner, Marshall S.; Horenstein, John D.; Eskridge, Timothy H.
Subject: All Nippon Airways Company, Ltd. v. United Air Lines, Inc.

<<5901 - Letter to J. Worthe and S. Torpey dated November 7, 2007.PDF>>

Dear Gentlemen:

Attached please find our letter dated November 7, 2007.

Sincerely yours,
Marshall S. Turner

-----Original Message-----
From: Jackson, Heather On Behalf Of Turner, Marshall S.
Sent: Wednesday, November 07, 2007 3:32 PM
To: 'jworthe@whwlawcorp.com'; 'storpey@jaffelaw.com'
Cc: Silane, Frank A.; Cunningham, Scott D.; Turner, Marshall S.; Horenstein, John D.; Eskridge, Timothy H.
Subject: All Nippon Airways Company, Ltd. v. United Air Lines, Inc.

2

Dear Gentlemen:

Attached please find our letter dated November 7, 2007.

Sincerely yours,
Marshall S. Turner
 <<5901 - Letter to J. Worthe and S. Torpey dated November 7, 2007.PDF>>