# EXHIBIT R

第 1581070399 号
CERT.NO.

## 第1種航空身体検査証明書
### AVIATION MEDICAL CERTIFICATE(CLASS1)

氏　名  薄井　輝雄
Name

生年月日　　　　1957年03月08日
Date of Birth (y/m/d)

国籍・本籍　神奈川県
Nationality・Registered Domicile

現住所　千葉県印旛郡栄町竜角寺台
Address　5-11-15

有効期間　Valid from (y/m/d) 2007年06月27日　から
　　　　　　　to (y/m/d) 2007年12月26日　まで

条件事項　なし
Conditions

航空法第31条の規定により、身体検査
基準第1種に適合することを証明する。
This is to certify that the above-mentioned person complies
with the Aviation Medical standards(Class1) in accordance
with Article 31 of Civil Aeronautics Law of Japan.

2007年06月04日
Date of issue (y/m/d)

国土交通大臣
Minister of Land,Infrastructure and Transport
(指定航空身体検査医)
(Designated Aviation  　　福本正勝　印
Medical Examiner)

EXHIBIT
T.U.
11/29
15

備 考
Remarks

1. 事業用操縦士、一等航空士及び航空機関士の資格を有する者がこの証明書（第1種航空身体検査証明書である場合に限る。以下同じ。）交付の後定期運送用操縦士の資格を取得したときは、この証明書の有効期間は6か月に短縮されるものとする。

    When the holder of a Commercial Pilot Certificate, a Class 1 Flight Navigator Certificate and a Flight Engineer Certificate has obtained an Airline Transport Pilot Certificate after the date of issuance of this certificate (limited to the holder of a Class 1 Medical Aviation Certificate. The same shall apply hereinafter.), the period of validity of this certificate shall be reduced to 6 months.

2. 定期運送用操縦士の資格を有する者がこの証明書の取得後これ以外の資格を取得したときにおいても、この証明書の有効期間は変更ないものとする。

    When the holder of an Airline Transport Pilot Certificate has obtained a certificate of other qualification after the date of issuance of this certificate, the period of validity of this certificate shall remain unchanged.





備考 Notes

種類 Category
A. 飛行機 Aeroplane
G. 滑空機 Glider
1. 機体関係 Airframes and systems
3. タービン発動機関係 Turbine Engine
5. 計器関係 Instrument

H. 回転翼航空機 Helicopter
S. 飛行船 Skyship
2. ピストン発動機関係 Piston-Engine
4. プロペラ関係 Propeller
6. 電気関係 Electricity

等級 Class
Land-Single-Engine 陸上単発機
Land-Multi-Engine 陸上多発機
Sea-Single-Engine 水上単発機
Sea-Multi-Engine 水上多発機
Land-Single-Piston 陸上単発ピストン機
Land-Single-Turbine 陸上単発タービン機
Land-Multi-Piston 陸上多発ピストン機
Land-Multi-Turbine 陸上多発タービン機

Sea-Single-Piston 水上単発ピストン機
Sea-Single-Turbine 水上単発タービン機
Sea-Multi-Piston 水上多発ピストン機
Sea-Multi-Turbine 水上多発タービン機
Motor-Glider 動力滑空機
High-Class-Glider 上級滑空機
Middle-Class-Glider 中級滑空機



資格 航空級無線通信士



免許証の番号 HAB第8号
免許の年月日 昭和52年5月11日
氏名 澤井燿雄
昭和32年3月8日生

左の者は、無線従事者国家試験及び免許規則により、左記資格の免許を与えたものであることを証明する。
この免許証は、国際電気通信条約附属無線通信規則に規定する無線電話通信士一般証明書に該当することを証明する。

昭和52年5月11日

郵政大臣



EXHIBIT
Y.N.
11/28
12



付表 Notes:

資格 Category
A：飛行機 Aeroplane
G：滑空機 Glider
F：飛行船 Airship
P：機体構造関係 Airframes Structure
L：ピストン発動機関係 Piston Engines
N：プロペラ関係 Propellers
R：電子装備品関係 Electronic Systems
R：無線通信装備関係 Radio Equipments

H：回転翼航空機 Helicopter
S：飛行船 Skyship
C：機体装備品関係 Aircraft Systems
T：タービン発動機関係 Turbine-Engines
I：計器関係 Instruments
E：電気装備品関係 Electrical Systems

等級 Class
Land Single-Piston  陸上単発ピストン機
Land Multi-Piston   陸上多発ピストン機
Sea Single-Piston   水上単発ピストン機
Sea Multi-Piston    水上多発ピストン機
LS：LSP及びLST
SS：SSP及びSST
LM：LMP及びSSMP
P：LSP, LMP, SSP及びSMP

Land Single-Turbine  陸上単発タービン機
Land Multi-Turbine   陸上多発タービン機
Sea Single-Turbine   水上単発タービン機
Sea Multi-Turbine    水上多発タービン機
LM：LMP及びLMT
SM：SMP及びSMT
T：LST, LMT, SST及びSMT

Motor-Glider Without Tow Hook  自動発進式なし動力滑空機
Motor-Glider With Tow Hook     上昇式滑空機
High-Class Glider              上級滑空機
Middle-Class Glider            中級滑空機
G：MGO, MGH, HCG及びMCG
CG：HCG及びMCG

9. 技能証明書―航空英語能力証明
Aviation English Language Proficiency    CERT. NO. 第A106053号

氏名 西口 雄介
Name   YUSUKE NISHIGUCHI

航空英語を話し理解する能力のあることを証明する。
This certifies the ability to speak and understand aviation English.

2007年 6月15日
Date of Issue  15 Jun 2007

国土交通大臣
Minister of Land, Infrastructure and Transport

証明番号 1031号
Language CERT. NO.

有効期間 2007年 6月15日から2010年 5月21日まで
Validity Period from 15 Jun 2007 to 21 May 2010

第 1581070880 号
CERT.NO.

## 第1種航空身体検査証明書
### AVIATION MEDICAL CERTIFICATE(CLASS1)

氏　名　　西口　雄介
Name

生年月日　　　　1967年02月08日
Date of Birth (y/m/d)

国籍・本籍　京都府
Nationality・Registered Domicile

現住所　東京都大田区池上
Address　5－16－1　パークス池上８１６

有効期間　Valid from (y/m/d) 2007年09月10日　から
　　　　　　to (y/m/d) 2008年03月09日　まで

条件事項　常用眼鏡使用及び同予備眼鏡携帯
Conditions

航空法第31条の規定により、身体検査
基準第1種に適合することを証明する。
This is to certify that the above-mentioned person complies
with the Aviation Medical standards(Class1) in accordance
with Article 31 of Civil Aeronautics Law of Japan.

2007年08月12日
Date of issue (y/m/d)

国土交通大臣
Minister of Land,Infrastructure and Transport

(指定航空身体検査医)
(Designated Aviation　　　　福本正勝　　印
Medical Examiner)

備 考
Remarks

1 事業用操縦士、一等航空士及び航空機関士の資格を有する者がこの証明書（第1種航空身体検査証明書である場合に限る。以下同じ。）交付の後定期運送用操縦士の資格を取得したときは、この証明書の有効期間は6か月に短縮されるものとする。

When the holder of a Commercial Pilot Certificate, a Class 1 Flight Navigator Certificate and a Flight Engineer Certificate has obtained an Airline Transport Pilot Certificate after the date of issuance of this certificate (limited to the holder of a Class 1 Medical Aviation Certificate. The same shall apply hereinafter.), the period of validity of this certificate shall be reduced to 6 months.

2 定期運送用操縦士の資格を有する者がこの証明書の取得後これ以外の資格を取得したときにおいても、この証明書の有効期間は変更ないものとする。

When the holder of an Airline Transport Pilot Certificate has obtained a certificate of other qualification after the date of issuance of this certificate, the period of validity of this certificate shall remain unchanged.

資格　航空無線通信士



左の者は、無線従事者規則により、左記資格の免許を与えたものであることを証明する。

この免許証は、国際電気通信条約附属無線通信規則に規定する航空移動業務及び航空移動衛星業務に関する無線電話通信士一般証明書に該当することを証明する。

平成 3 年 6 月 25 日



郵政大臣

免許証の番号　HAPE 42
免許の年月日　平成 3 年 6 月 25 日
氏　名　西口 雄介
　　　　昭和 42 年 2 月 8 日生



個人総合履歴

| AIRLINE | A/C TYPE | 次性 | AGE | COURSE | DATE | 使型 | |
|---|---|---|---|---|---|---|---|
| ANA | B777 | CAP | 49 | | 2007/10/16 | RECURRENT SIM | 終合判定 |

ユーザID:x20833x
2007/11/05 10:4?
EMP NO.022060:西口 正?

2/2

## AERODROME&FACILITIES

### 1. NAME&CODE

**SAN FRANCISCO, CA**   San Francisco Intl            KSFO    SFO

### 2. OPERATING HOURS (LCL)

| Facilities | Open | Close |
|---|---|---|
| AD | 24HRs | |

### 3. RWY

1. Preferential Runway Program
   When the wind speed is 15kt or less, the Tower will assign RWYs according to the preferential order listed below, provided the cross wind does not exceed 80° to the RWY heading and the RWYs are clear and dry. However, the pilot will retain authority on final decision to the use of RWY assigned.
   
   ALL DEPARTURES   1R/L   28R/L   10R/L   19R/L
   ALL ARRIVALS     28R/L  19R/L   10R/L   1R/L

2. Rubber accumulation on first 3000ft of RWY28L & 28R.

3. Non Grooved exists at RWY intersections, however all RWYs applied "GROOVED" performance.                                              (FLT OPS Engineering)

### 4. APRON

1. Pay attention to the moving aircraft (block-out and block-in) when you are taxiing. Especially on the TWY A around Boarding area G, when an aircraft block-out from (block-in to) gate 102, you should not continue taxi on TWY A due to no clearance between aircrafts.

2. Normally Gate G91 thru G105 will be assigned for ANA flight.

3. Although FAA is responsible for aircraft operating on the Airport's movement areas, there are several areas on the Air Operations Area that have obstructed and limited visibility from the FAA Control Tower. To facilitate more efficient and safe aircraft operations in these area, the Boarding Areas "G" and Boarding Areas "A" Ramp Towers have been placed into service.

4. The Ramp Towers provide 24-hour aircraft pushback and taxi clearances for aircraft gates, ramps, and taxi-lanes (non-movement areas) denoted on the Jeppesen chart 10-9B.

5. The radio frequencies and specific areas of responsibility for each Ramp Tower are listed below:

   (1) Boarding Area "G" Ramp Towers – 119.225
       All Boarding Areas G gates (G concours), including associated remote aircraft hardstands.
       Boarding Areas F gates (F concourse) 72, 73, 74, 75, 81, 83, 85, 87, 89.

   (2) Boarding Areas "A" Ramp Towers – 127.575
       Both Boarding Areas A gates (A concours), including associated remote aircraft hardstands.