# EXHIBIT Z



ANA001067

KSFO/SFO  JEPPESEN  26 SEP 03 (10-9A)  SAN FRANCISCO, CALIF
SAN FRANCISCO INTL

## TAKE-OFF & OBSTACLE DEPARTURE PROCEDURE

### Rwys 10L/R

| | HIRL and CL | | | HIRL or CL | | HIRL & CL out | |
|---|---|---|---|---|---|---|---|
| | RCLM 3 RVR | RCLM 2 RVR | RVR 16 or ¼ | RVR 20 or ⅜ | RVR 24 or ½ | | |
| D | RVR 7 | RVR 10 | | | | | |

### Rwy 1R

| | HIRL and CL | HIRL or CL | HIRL & CL out |
|---|---|---|---|
| | RCLM 2 RVR | RVR 16 or ¼ | RVR 20 or ⅜ | RVR 24 or ½ |
| D | RVR 10 | | | |

### Rwys 28L/R

With Minm climb of 270'/NM to 1000'

| | HIRL and CL | | HIRL or CL | HIRL & CL out | Other |
|---|---|---|---|---|---|
| | RCLM 3 RVR | RCLM 2 RVR | RVR 16 or ¼ | RVR 20 or ⅜ | RVR 24 or ½ | |
| D | RVR 7 | RVR 10 | | | | 800-2 |

### Rwy 1L

HIRL: ¼    HIRL out: ½

### Rwy 19R

With Minm climb of 500'/NM to 2300'

HIRL: ¼    HIRL out: ½    Other: 2000-2

### Rwy 19L

With Minm climb of 520'/NM to 2300'

| | HIRL and CL | HIRL & CL out | Other |
|---|---|---|---|
| | RCLM 2 RVR | RVR 16 or ¼ | RVR 20 or ⅜ | RVR 24 or ½ | |
| D | RVR 10 | | | | 2000-2 |

### OBSTACLE DP

Runways 1L/R, 28L/R climb runway heading to 2000', then all aircraft continue climb on course.
Runways 10L/R, 19L/R climbing left turn via heading 050° and SFO VOR R-090, then all aircraft continue climb on course.

### FOR FILING AS ALTERNATE

| ILS Rwy 19L<br>ILS Rwy 28L | ILS Rwy 28R<br>LOC Rwy 19L | LOC Rwy 28L<br>LOC Rwy 28R | VOR-B |
|---|---|---|---|
| D | 1300-3 | | 1300-3 |

### FOR FILING AS ETOPS Suitable Alternate

| ILS 19L | | VOR 19L | Circling |
|---|---|---|---|
| D | ⓐ 400-1½ | ⓐ 400-1 | 800-2 | 1700-4 |

ⓐ 600-2 should be applied whenever the ILS approach for either RWY or the other is not available.

## ADDITIONAL RUNWAY INFORMATION

**GENERAL**
Birds in vicinity of airport.
Low-level wind shear alert system.
No grooving exists at airport rwy intersections.

| RWY | | USABLE LENGTHS | | | WIDTH |
|---|---|---|---|---|---|
| | | LANDING BEYOND | | TAKE-OFF | |
| | | Threshold | Glide Slope | | |
| 1R | HIRL CL REIL ⓖ grooved RVR | 8410' 2563m | | | 200' 61m |
| 19L | HIRL CL SSALS TDZ ⓐ PAPI-L ⓖ grooved RVR | | 7501' 2286m | | 200' 61m |
| | Full length except area between Rwy 28L and 28R.<br>ⓐ Angle 3.0°. | | | | |
| 1L | HIRL CL REIL ⓖ grooved | 7009' 2136m | | | 200' 61m |
| 19R | HIRL CL PAPI-L ⓖ grooved | | | | |
| 10R | HIRL CL VASI (3 bar)-L ⓖ grooved RVR | | | 9500' 2896m | 200' 61m |
| 28L | HIRL CL SSALR ⓐ PAPI-L ⓖ grooved RVR | | | | |
| | ⓐ Angle 3.0°. | | | | |
| 10L | HIRL CL REIL ⓐ PAPI-L ⓖ grooved RVR | | | 10,779' 3285m | 200' 61m |
| 28R | HIRL CL ALSF-II TDZ ⓐ PAPI-L ⓖ grooved RVR | | | | |
| | ⓐ Angle 3.0°. | | | | |

CHANGES: See other side.

© JEPPESEN SANDERSON, INC., 1998, 2003. ALL RIGHTS RESERVED.



ANA001069



KSFO/SFO — JEPPESEN — 11 OCT 02 (10-9C) — SAN FRANCISCO, CALIF — SAN FRANCISCO INTL

## PARKING GATE COORDINATES

| GATE No. | COORDINATES | GATE No. | COORDINATES |
|---|---|---|---|
| **CONCOURSE A** | | **CONCOURSE G** | |
| A1 | N37 36.9  W122 23.2 | G91 | N37 37.0  W122 23.4 |
| A2 | N37 36.8  W122 23.3 | G92 | N37 37.1  W122 23.4 |
| A3 | N37 36.8  W122 23.2 | G92A | N37 37.0  W122 23.3 |
| A4 | N37 36.8  W122 23.4 | G93 | N37 37.0  W122 23.4 |
| A5 | N37 36.8  W122 23.2 | G94 thru G96 | N37 37.1  W122 23.4 |
| A6, A7 | N37 36.8  W122 23.4 | G97 thru G102 | N37 37.1  W122 23.5 |
| A8 thru A12 | N37 36.7  W122 23.4 | G103, G104 | N37 37.0  W122 23.5 |
| A14 thru A16 | N37 36.8  W122 23.3 | G105 | N37 37.0  W122 23.4 |
| A18, 19 | N37 36.8  W122 23.4 | | |
| **CONCOURSE B** | | **PLOT 3** | |
| 20 thru 25 | N37 36.8  W122 23.1 | SPOT 1, 2 | N37 36.6  W122 23.3 |
| 26 thru 28 | N37 36.8  W122 23.0 | SPOT 3, 4 | N37 36.7  W122 23.4 |
| 29, 30 | N37 36.7  W122 23.0 | | |
| 31 thru 33 | N37 36.7  W122 23.1 | **41-WEST** | |
| 34, 35 | N37 36.7  W122 23.2 | 1, 2, 3, 3A, 4A | N37 37.6  W122 23.0 |
| | | 4, 4B, 5, 5A, 6 | N37 37.7  W122 22.9 |
| 36 | N37 36.7  W122 23.1 | 7 | N37 37.6  W122 23.0 |
| **CONCOURSE C** | | 8, 9, 9A | N37 37.6  W122 22.9 |
| 40 thru 46 | N37 36.9  W122 23.0 | 9B, 10, 10A, 10B | N37 37.7  W122 22.9 |
| 47, 48 | N37 36.9  W122 22.9 | **41-EAST** | |
| **CONCOURSE E** | | 9C | N37 37.6  W122 22.8 |
| 60 thru 64 | N37 37.1  W122 23.1 | 10C | N37 37.7  W122 22.8 |
| 65 | N37 37.2  W122 23.1 | 11, 12 | N37 37.6  W122 22.9 |
| 66 | N37 37.1  W122 23.0 | 13, 14 | N37 37.7  W122 22.8 |
| 67 | N37 37.2  W122 23.0 | 15, 16 | N37 37.8  W122 22.7 |
| 68, 69 | N37 37.1  W122 23.1 | | |
| **CONCOURSE F** | | 17 | N37 37.5  W122 22.8 |
| 70 thru 72 | N37 37.1  W122 23.2 | 18 thru 20 | N37 37.6  W122 22.8 |
| 73 thru 75 | N37 37.1  W122 23.3 | 21 | N37 37.7  W122 22.8 |
| 76 thru 79 | N37 37.2  W122 23.2 | 21A | N37 37.6  W122 22.8 |
| 80 thru 85 | N37 37.2  W122 23.3 | 21B, 22 | N37 37.7  W122 22.8 |
| 86 | N37 37.3  W122 23.4 | 23 | N37 37.8  W122 22.7 |
| 87 | N37 37.2  W122 23.4 | | |
| 88 | N37 37.3  W122 23.4 | | |
| 89 | N37 37.2  W122 23.4 | | |
| 90 | N37 37.3  W122 23.4 | | |

CHANGES: Gate A17 removed.

© JEPPESEN SANDERSON, INC., 1998, 2002. ALL RIGHTS RESERVED.

ANA001070