1  Frank A. Silane (State Bar No.: 90940)
   Scott D. Cunningham (State Bar No.: 200413)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: fsilane@condonlaw.com
5  Email: scunningham@condonlaw.com

6     -and-

7  Marshall S. Turner
   CONDON & FORSYTH LLP
8  7 Times Square
   New York, NY 10036
9  Telephone: (212) 490-9100
   Facsimile: (212) 370-4453
10 Email: mturner@condonlaw.com

11 Attorneys for Plaintiff
   ALL NIPPON AIRWAYS COMPANY, LTD.
12

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 ALL NIPPON AIRWAYS COMPANY,  )  Case No. C07-03422 EDL
   LTD.,                        )
17           Plaintiff,          )  **NOTICE BY ALL NIPPON**
                                 )  **AIRWAYS OF CHANGE OF**
18      vs.                      )  **COUNSEL**
                                 )
19 UNITED AIR LINES, INC.,       )
                                 )
20           Defendant.          )
                                 )
21 _____)

22

23 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

24 NORTHERN DISTRICT OF CALIFORNIA:

25      Plaintiff ALL NIPPON AIRWAYS COMPANY, LTD., respectfully

26 requests that its attorneys of record in the above-captioned matter be changed from

27 Rod D. Margo, Frank A. Silane, Scott D. Cunningham and Marshall S. Turner to

28 Frank A. Silane, Scott D. Cunningham and Marshall S. Turner, as Rod D. Margo is

1  not handling this matter.  All other information on the Court's service list is
2  correct.

4  Dated: January 15, 2008           CONDON & FORSYTH LLP

6                                     By:  /s/
7                                         FRANK A. SILANE
                                           SCOTT D. CUNNINGHAM

                                           -and-

                                           MARSHALL S. TURNER
                                           CONDON & FORSYTH LLP
                                           7 Times Square
                                           New York, NY 10036
                                           Telephone: (212) 490-9100
                                           Facsimile: (212) 370-4453

                                           Attorneys for Plaintiff
                                           ALL NIPPON AIRWAYS COMPANY, LTD.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-
NOTICE OF CHANGE OF COUNSEL
CASE NO. C07-03422 EDL