Jaffe, Raitt, Heuer & Weiss, P.C.
Scott R. Torpey Cal. SB#153763
storpey@jaffelaw.com
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone:   248.351.3000
Fax:         248.351.3082

And
WORTHE, HANSON & WORTHE
Jeffrey A. Worthe Cal. SB#080856
jworthe@whwlawcorp.com
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone:   (714) 285-9600
Fax:         714-285-9700
Attorneys for Defendant United Air Lines, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD.,<br><br>Plaintiff/Counter Defendant,<br><br>vs.<br><br>UNITED AIR LINES, INC.,<br><br>Defendant/Counter-Plaintiff. | Case No. 07-03422 EDL<br><br>**DEFENDANT UNITED AIR LINES, INC.'S (UAL) INDEX OF EXHIBITS**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RENEWED MOTION TO COMPEL DISCOVERY AND FOR ADDITIONAL TIME TO DEPOSE WITNESSES** |

# INDEX TO EXHIBITS

| Exhibit | Description |
|---|---|
| A | Declaration of Scott Torpey |
| 1 | Notice of Taking Video Depositions |
| 2 | Amended Notice of Taking Video Depositions |

1496820.01

| Exhibit | Description |
| --- | --- |
| 3 | Third Amended Notice of Taking Video Depositions |
| 4 | United Airlines, Inc.'s First Request to Produce To Defendant All Nippon Airways Company |
| 5 | All Nippon Airways Company, Ltd.'s Response to United Air Lines, Inc.'s First Request to Produce |
| 6 | Fourth Amended Notice of Taking Video Depositions |
| 7 | Deposition Transcript of Eishin Yamaguchi dtd. November 27, 2007 |
| 8 | Start and End Times for Videotape dtd. November 29, 2007 |
| 9 | Deposition Transcript of Yusuke Nishiguchi dtd. November 28, 2007 |
| 10 | Deposition Transcript of Teruo Usui dtd. November 29, 2007 |
| 11 | Letter dtd. December 13, 20907 from Marshall Turner to Jeffrey A. Worthe |
| 12 | National Transportation Safety Board Docket Contents |
| 13 | Transcripts – Ramp Tower and Ground Control |
| 14 | All Nippon Airways Company, Ltd.'s Second Set of Document Requests to United Air Lines, Inc. |
| 15 | Declaration of Marshall S. Turner In Support of Ana's Production of Documents |

1496820 01