Case 3:07-cv-03422-EDL   Document 45-10   Filed 12/21/2007   Page 1 of 8

**Yamaguchi Dep Exhibit 1**

Scott R. Torpey (Cal. SB#153763)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Telephone:   (248) 351-3000
Facsimile:    (248) 351-3802
Email:       storpey@jaffelaw.com

          -and-

Jeffrey A. Worthe (Cal. SB# 080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone:   (714) 285-9600
Facsimile:    (714) 285-9700
Email:       jworthe@whwlawcorp.com
Attorneys for Defendant United Air Lines,
Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD. ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> UNITED AIR LINES, INC., ) <br> ) <br> Defendant. ) | Case No. C07-03422 EDL <br> Hon. Elizabeth D. Laporte |

## FOURTH AMENDED NOTICE OF TAKING VIDEO DEPOSITIONS
### [Amended to Change Location]

TO:   Counsel for Plaintiff

          PLEASE TAKE NOTICE that the undersigned attorney will take the VIDEO

depositions of the individual(s) listed below upon oral examination before a court

reporter authorized to take depositions in the State of California. Deponent(s) are



requested to bring with them to the deposition the documents requested on the attached **Exhibits A and B**. The examinations will continue from day to day until completed. The depositions are being taken for the purpose of discovery, or for such other purposes as are permitted under the Rules of Court.

| Name of Deponent(s) | Date and Time | Location |
|---|---|---|
| Teruo Usui | Tuesday<br>November 27, 2007<br>9:00 a.m. | Coombs Reporting, Inc<br>595 Market Street, Ste. 620<br>San Francisco, CA 94105-2802<br>888-406-4060 |
| Kishin Yamaguchi | Wednesday<br>November 28, 2007<br>9:00 a.m. | |
| Yusuke Nishiguchi | Thursday<br>November 29, 2007<br>9:00 a.m. | |

You are invited to attend and cross-examine the witnesses.

RealTime and video equipment may be used by our attorney and the court reporter to transcribe and view instantaneously the testimony of the deponent. Although additional serial feeds are available, our office takes no responsibility to arrange for other attorneys' necessary equipment. Said deposition shall be continued from time to time until completed by an officer authorized by law to administer oaths.

DATED: November 19, 2007

1468088 01

Jaffe, Raitt, Heuer & Weiss

By: _____

Scott R Torpey
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone:        (248) 351-3000
E-mail:       storpey@jaffelaw com
Bar No: (Cal SB#153763)

--and--

Jeffrey A  Worthe (Cal  SB#080856)
Worthe, Hanson & Worthe
1851 E  First St , Ste  900
Santa Ana, California 92705
Phone:        (714) 285-9600
E-mail: jworthe@whwlawcorp com

3

## EXHIBIT A

1. <u>ANA INVESTIGATION FILE</u>: Produce a complete copy of the entire investigation file(s) prepared by or on behalf of ANA relative to the cause and circumstances relating to the October 7, 2003 incident at SFO which is the subject of the above-captioned litigation. Such materials should include but not be limited to unredacted copies of witness statements, reports, correspondence (including any emails or electronic data), photographs and/or any other material of any nature whatsoever that comprises the ANA file(s). To the extent you claim work product/privilege, provide a log with regard to those documents being withheld.

2. <u>ANA PILOT FILES</u>: With regard to Teruo Usui, Bishin Yamaguchi, and Yusuke Nishiguchi, produce unredacted copies of all file materials reflecting with regard to each of these ANA pilots, any accident/incidents which they were involved between 1995 to date, any disciplinary actions between 1995 to date, and records pertaining to their training and certification between 1995 to date. To the extent you claim work product/privilege, provide a log with regard to those documents being withheld.

3. <u>DOCUMENTS REGARDING GROUND HANDLING AGREEMENT</u>: With regard to the "Standard Ground Handling Agreement" including "Annex A - Ground Handling Services" and "Annex B - United Service IATA Standard Ground Handling Agreement" attached to the "Standard Ground Handling Agreement" between ANA and United in effect on October 7, 2003, produce all documents which reflect or pertain to the negotiating of the terms of this contract, the intent/interpretation of ANA with regard to the term contained in that contract, and the applicability or inapplicability of the agreement with regard to the events of October 7, 2003 at SFO which is the subject of this litigation. To the extent you claim any of these documents as work product/privileged, provide a log with regard to those documents being withheld.

4. <u>ANA OPERATIONS MANUAL</u>: Produce a complete copy of the ANA operations manual in effect on October 7, 2003 pertaining to the ANA 777 aircraft involved in the October 7, 2003 collision at SFO. Also, produce a copy of same as it exists today.

5. <u>PUBLICATIONS REQUIRED TO BE ON BOARD</u>: With regard to all publications which ANA and/or its flight crew were required to have on board the ANA aircraft on October 7, 2003, including but not limited to required publications relating to operating the aircraft at SFO and/or out of SFO to Japan and/or into Japan, produce a copy of same as they existed that day. Also, produce a copy of same as they exist today.

4

6.  <u>PUBLICATIONS REQUIRED TO BE ON BOARD</u>: With regard to all publications which ANA and/or its flight crew were required to have on board the ANA aircraft on October 7, 2003, including but not limited to required publications relating to operating the aircraft at airports within Japan and/or from Japan to SFO.

7.  <u>ROUTING</u>: Produce documentation reflecting the requested and/or assigned routing for the ANA aircraft on October 7, 2003 for the intended departure to Japan prior to the collision.

1468088 01

## EXHIBIT B

Pursuant to FRCP 30(b)(6) you are hereby requested to designate one or more officers, directors, or managing agents, or other persons who consent to testify on behalf of ANA who are the most knowledgeable individuals with regard to one or more of the following topics:

1       Negotiations leading up to agreement and signature of the "Standard Ground Handling Agreement" (including "Annex A – Ground Handling Services" and "Annex B - United Services IATA Standard Ground Handling Agreement" attached to the "Standard Ground Handling Agreement")

2       Interpretation and intent of the provisions within the "Standard Ground Handling Agreement" (including "Annex A – Ground Handling Services" and "Annex B – United Services IATA Standard Ground Handling Agreement" attached to the "Standard Ground Handling Agreement")

3.      The applicability of one or more of the terms within the "Standard Ground Handling Agreement" (including "Annex A – Ground Handling Services" and "Annex B – United Services IATA Standard Ground Handling Agreement" attached to the "Standard Ground Handling Agreement") to the events of October 7, 2003 which are at issue in this litigation

1468088 01

## CERTIFICATE OF SERVICE

    Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer & Weiss, P.C. and that on November 19, 2007 she caused to be served **Third Amended Notice of Taking Video Depositions** on the person(s) listed below by placing said document(s) in a sealed envelope (if applicable), properly addressed, and forwarding same by the method(s) indicated.

*By Fax and Email*
Frank A. Silane
Rod D. Margo
Scott D. Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010

*By Fax and Email*
Jeffrey A. Worthe
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, CA 92705

*By Fax and Email*
Marshall S. Turner
Condon & Forsyth LLP
7 Times Square
New York, NY 10036

Dated: November 19, 2007

Phyllis L. Nelson

# Yamaguchi Dep Exhibit 2

**━━ OPERATIONS MANUAL ━━**

2 - 2 - 14   Checks prior to departure

    The captain shall check and ensure the following items

   ①   All passengers have completed boarding

   ②   All exterior doors have been locked

   ③   All obstacles except ground equipment necessary for engine start and push back have been removed from the airplane

   ④   The seating assignment for passengers is appropriate with regard to the weight and balance of the airplane  This confirmation shall be conducted by the chief cabin attendant, and she shall make seating rearrangement and report to the captain to that effect, if necessary  The captain shall commence taxi after receiving a report that the passenger seating is confirmed appropriate

---

## 2 - 3    In Flight

---

2 - 3 - 1   Engine start

    The captain shall start engines carefully while communicating with ground personnel, so that blast or dust may not be blown upon persons, buildings, parked aircraft and vehicles

2 - 3 - 2   Ground movement on departure

   ①   Push Back

     (1)   After completing the preparation of push back, the captain shall give an instruction to the person in-charge of ramp-coordination to commence push back

     (2)   While being pushed back, the captain shall be responsible for securing the safety of his airplane within the scope of his attention.

     (3)   The person in-charge of ramp coordination shall be responsible for securing the safety of airplanes in every aspect with close cooperation of the related personnel while the airplane is under push back

EXHIBIT

E Y.
11/27  2

*OPERATIONS MANUAL*

② Marshalling

Marshalling shall be conducted by the marshaller under the instruction of the person in-charge of ramp-coordination in accordance with the following procedures;

(1) The marshaller shall show the marshalling signals from a position where the signals can be seen easily by the pilots so that the captain can perform taxi readily. The marshaller, if necessary, shall have an assistant

(2) Marshalling signals are shown in S-7-1

② Taxiing

The captain shall perform taxi in accordance with following;

(1) Take care not to blow blast or dust upon persons, buildings, parked aircraft and vehicles.

(2) Be observant of all obstacles around him, and taxiing speed is such that he may bring his airplane to an immediate and complete stop.

(3) Avoid abrupt braking for the sake of passenger's comfort

(4) Keep his airplane well cleared behind another aircraft with engines running

(5) Ask for a signalman assistance in the event that there is any obstacle in the vicinity of the ramp area.

## 2 - 3 - 3   Confirmation of cabin preparations for take-off

The captain shall confirm that the safety instruction specified in 7-3 of this Manual and the cabin preparations specified in Cabin Attendant Handbook have been completed prior to take-off

# *SUPPLEMENT*

*OPERATIONS MANUAL*

| S - 7 - 1 | Signaling between Flight Crew Members, Cabin Attendants and Maintenance Personnel |
|---|---|
| | (7-1 RE Signaling between Flight Crew Members, Cabin Attendants and Maintenance Personnel) |

The Company establishes signaling between flight crew members, cabin attendants and maintenance personnel as follows

**1.   Signal from flight crew members to cabin attendants**

①   A320/A321

| Signal | Meaning | Response |
|---|---|---|
| FWD or AFT or ALL ※ (A321 only) Call 1 push (1 HI-LO chime with light and message) | Notice of the position en-route or any information from flight crew memnber | Required |
| SEAT BELT Switch Off-On-Off-On (4 chime) | One minute prior to take off | Not required |
| NO SMOKING SIGN On-Auto-On-Auto (4 chime) NOTE(1) | About 10 minites prior landing | Not required |
| EMER Call 1 push (3 HI - LO chime with flashing light and message) | Urgent information | Required or report to the flight deck immediately |

⇒   ②   B767

| Signal | Meaning | Response |
|---|---|---|
| Cabin Call 1 push (1 HI-LO chime with light) | Notice of the position en-route or any information from flight crew memnber | Required |
| FASTEN SEAT BELT SWITCH Auto-On-Auto-On  (4 chime) | One minute prior to take off | Not required |
| NO SMOKING SIGN Off-On-Off-On (4 chime, NOTE(3)) or On (1 chime, NOTE(2)) | About 10 minites prior landing | Not required |
| Alert Call 1 push (3 HI-LO chime with flashing light) | Urgent information | Required or report to the flight deck immediately |



# SUPPLEMENT

**—— OPERATIONS MANUAL ——**

③  B777

| Signal | Meaning | Response |
|---|---|---|
| DIAL 11 <br> (1 HI-LO chime with light) | Notice of the position en-route or any information from flight crew memmber | As necessary |
| FASTEN SEAT BELT <br> Switch Off-On-Off-On (4 chime) | One minute prior to take off | Not required |
| NO SMOKING SIGN <br> On  (1 chime, NOTE(2)) <br> or On-Auto-On-Auto <br> (4 chime, NOTE(3)) | About 10 minites prior landing | Not required |
| DIAL 55 <br> (1 HI-LO chime with flashing light) | Urgent information | Required or report to the flight deck immediately |

EFF : Jun. 1,2006
REV : No 138

# SUPPLEMENT

*OPERATIONS MANUAL*

④ B747-400

| Signal | Meaning | Response |
|---|---|---|
| DIAL 33<br>(1 HI-LO chime with light) | Notice of the position en-route or any information from flight crew memnber | Required |
| FASTEN SEAT BELT Switch Off-On-Off-On (4 chime) | One minute prior take off | Not required |
| NO SMOKING SIGN On (1 chime, NOTE(2)) or On-Auto-On-Auto (4 chime, NOTE(3)) | About 10 minites prior landing | Not required |
| DIAL 55<br>(1 HI-LO chime with flashing light) | Urgent information | Required or report to the flight deck immediately |

NOTE(1)  If you can't hear chime, try [Off-Auto-Off-Auto] procedure

         (Some A320 still has old logic, and this type, in gear down position, the chime doesn't work between Auto-On phase.)

NOTE(2)  The flight that passengers can smoke during crusing phase

NOTE(3)  For the aircraft which have new No Smoking Sign Selector Panel( all the selector positions are "ON"), the travel of selector Right to Left or Left to Right sounds 4 chime

# SUPPLEMENT

— OPERATIONS MANUAL

## 2. Signal from cabin attendant to flight crew member

### ① A320 / A321

| Signal | Meaning | Response |
|---|---|---|
| Captain Call 1 push (1 buzzer with light) | Any information from cabin attendant | Required |
| Informed by Service Interphone System | Completion of cabin preparation including Safety Instruction | Not required |
| Emergency Call 1 Push (3 buzzers with flashing light) | Emergency situation (Note) | Required |

### ② B767

| Signal | Meaning | Response |
|---|---|---|
| Pilot Call 1 push (1 HI chime with light) | Any information from cabin attendant | Required |
| DIAL 31 (1 HI chime with light) (JA603A and later) | | |
| Pilot Call 2 pushes (2 HI chimes with light) | Completion of cabin preparation including Safety | Not required |
| Alert Call 1 push (1 HI chime with light) | Emergency situation (Note) | Required |
| DIAL ** (1 HI chime with light + EICAS) (JA603A and later) | | |

### ③ B777

| Signal | Meaning | Response |
|---|---|---|
| DIAL 31 (1 HI-LO chime with message) | Any information from cabin attendant | Required |
| DIAL 6* (1 HI-LO chime with message) | Completion of cabin preparation including Safety instruction | Not required |
| DIAL ** (1 HI-LO chime with message) | Emergency situation (Note) | Required |

**ANA**

EFF : May.29,2002
REV : No 104

# SUPPLEMENT

### OPERATIONS MANUAL

④ B747-400

| Signal | Meaning | Response |
|---|---|---|
| DIAL 31 (1 chime with light) | Any information from cabin attendant | Required |
| DIAL 6P (1 chime with message) | Completion of cabin preparation including Safety Instruction | Not required |
| DIAL PP (3 chimes with message) (JA401A ~ 405A : 1 chime with message) | Emergency situation (Note) | Required |

(Note) Excluding hi-jack situation

# SUPPLEMENT

**OPERATIONS MANUAL**

**3.   Signal from flight crew members to maintenance personnel**

The interphone system should be used for communication. In case of system failure, the following shall be applied. Details of marshalling signals (hand signals) are shown in the next pages.

| Signal | Meaning | Response |
|--------|---------|----------|
| Turn the landing lights (Inboard lights if plural lights are equipped on each wing) on and off 3 times (Note.) | Interphone unusable, follow your hand signal | Push Crew Call Switch 1 time after stop the airplane |
| Turn the landing lights (Inboard lights if plural lights are equipped on each wing) on and off 3 times, then turn on all landing lights including taxi & turn off lights until receiving response signal from mechanic (Note.) | Emergency situation arises and interphone unusable. Check abnormal condition outside of airplane and communicate with flight crew members by available means | |

Note. Use Runway Turn off Lights for A320/A321 instead of Landing

**4.   Signal from maintenance personnel to flight crew members**

The interphone system shall be used for communication. In case of system failure, the following shall be applied. Details of marshalling signals (hand signals) are shown in the next pages.

| Signal | Meaning | Response |
|--------|---------|----------|
| Push Crew Call Switch 2 times after stop the airplane (Note.1) | Interphone unusable, pay attention to mechanic's hand signal | Turn the landing lights (Inboard lights if plural lights are equipped on each wing) on and off 1 time (Note.2) |
| Push Crew Call Switch 4 times or more after stop the airplane. Stop pushing switch when he receives response from flight crew members | Urgent information but interphone unusable. Pay attention to mechanic's signal | |

Note.1 Unable to push the CREW CALL SWITH BUTTON two times or more continuously for the aircrafts of B767 introduced since JA603A, so if there is no response from the mechanic by the interphone call, pay attention to mechanic's hand signal

Note.2 Use Runway Turn off Lights for A320/A321 instead of Landing lights

# SUPPLEMENT
### — OPERATIONS MANUAL —

## MARSHALLING SIGNALS

(CHAPTER 2, 2-3-2 Ground movement on departure and Chapter 7, 7-1 Signals between flight Crew Members, cabin Attendants and Maintenance Personnel") are the company based on ICAO procedure As for signals with (*), flight crew shall show to maintenance personnel, etc., if necessary

| No.1 Position of Marshaller | No.2 This bay |
|---|---|
|  |   |
| Marshaller stands at well-visible position by captain seat (left seat) and always facing toward the aircraft moving direction | Arms above head in vertical position with palms facing inward. |

| No.3 Move Ahead | No.4 Turn to Your LEFT |
|---|---|
|  |  |
| Arms a little aside, palm facing backward and repeatedly moved upward-backward from shoulder height | Right arms downward  Left arm repeatedly moved upward-backward. Speed of arm movement indicating rate of turn |

EFF : Oct.26,2006
REV : No.142

**ANA**

7 - S - 6 - 1

# *SUPPLEMENT*

— *OPERATIONS MANUAL*

| No.5 Turn to Your RIGHT | No.6 Stop |
|---|---|
|  |  |
| Left arm downward, Right arm repeatedly moved upward-backward. Speed of arm movement indicating rate of turn | Arms crossed above head. |
| No.7 Emergency Stop (※) | No.8 Cut Engines |
|  |  |
| Arms repeatedly crossed above head (the rapidity of the arm movement should relate to the urgency of the stop, i.e. the faster the movement the quicker the stop.) | Right arm and hand level with shoulder, hand across throat, hand is moved sideways with the arm remaining bent. Left arm by side. |

**ANA**

7 - S - 6 - 2

EFF : Jul 1,2007
REV : No 147

## SUPPLEMENT
OPERATIONS MANUAL



| No.9 Chocks On (Inserted) (※) | No.10 Chocks Off (Removed) (※) |
|---|---|
| Arms down, palms facing inwards with thumb erect, move arms from extended position inwards | Arms down, palms facing outwards with thumb erect move arms outwards |
| No.11 Parking Brakes On (Engage Brakes) (※) | No.12 Parking Brakes Off (Release Brakes) (※) |
| Raise arm and hand, with fingers extended, holizontally in front of body, then clench fist. At night, shine a light on the hand so that it can be seen | Raise arm, with fist clanched, holizontolly in front of body, then extend fingers At night, shine a light on the hand so that it can be seen. |

# SUPPLEMENT
— OPERATIONS MANUAL —

| No.13 Proceed to Next Marshaller | No.14 Slow Down |
|---|---|
|  |  |
| Right or Left arm down, other arm moved across the body and extended to indicate direction of next marshaller | Arms down with palms toward ground at a 45° angle, then moved up and down from elbow to the hands several times |
| No.15 Start Engine (s) (※) | No.16 Slow Down Engine (s) on Indicated Side |
|  |  |
| Left hand overhead with appropriate number of fingers extended, to indicate the number of the engine to be started and circular motion of Right hand at head level. | Arms down with palms toward ground, then either Right or Left hand waved up and down indicating the Left or Right side engine (s) respectively should be slowed down |

**ANA**

EFF : Apr. 1, 1995
REV : No.35

# SUPPLEMENT

*OPERATIONS MANUAL*

| No 17 All Clear | No 18 Stand-by |
|---|---|
|  |  |
| Day time: Right arm raised at elbow with thumb erect, Left arm aside body.<br>Night: Right arm raised high. | Arms by side at a 45 angle open, palms facing forward. |
| No. 19 Disconnention of Ground Cooler (Heater) & Pneumatic Starter (※) | No.20 Waiting for Clearance (※) |
|  |  |
| Indicate the position to be disconnected, then make a cylinder shape by arms in front of body, and then moved it downward. | Point both ears with the index fingers of each hand. Time is shown in accordance with time display. |

EFF : Apr. 1, 1995
REV : No. 35

**ANA**

7 - S - 6 - 5

## SUPPLEMENT
— OPERATIONS MANUAL —



| No.21 Clear to Pass | No.22 Connection of Ground Power Unit (※) |
|---|---|
| Daytime: Arms extended horizontally sideways, with thumbs erect<br>Night: Large circular motion | Right clenched fist moved upward and touch left hand extended in front of body. |
| No.23 Disconnection of Ground Power Unit (※) | No.24 Time Display(Value) (※)<br>(e.g.: 25min.)<br>(e.g.: 7min.) |
| Right clenced fist touching with left extended hand moved downward in front of body. | Show 1-5min. with left hand, 6-9min. with an open left hand, and add fingers of right hand. Show 10min. units with fingers of right hand. When 11min. or 25min. first show the fingers with right hand for 10min. units, and then the minute units with the fingers of left hand. The marshaller makes the signal after flight crew instructs with his watch. |

# SUPPLEMENT
— OPERATIONS MANUAL —

| No.25 Blow Out | No.26 Stop (related No.6) |
|---|---|
|  |  |
| With both hands make the shape of a wind sock. After confirmation, give the same signal for Start Engine (5). | Raise both hands in a posture to stop the advance. Not used in Japan, but used in the U.S.A. at airports other than ANA's regular airport |
| No.27 To  proceed Further Guidance by Marshaller | No.28 Interphone inoperative(※) |
|  |  |
| Raise right hand and move it left and right. Normally, not used in Japan, but used at airport abroad with heavy traffic | Put the palm to mouth then cross arms in front of the body. This procedure shall be conducted only when signaling by Landing Lights/RWY Turn Off Lights or Crew Call Switch is deemed to be inadequate |

EFF : Apr. 1, 1995
REV : No. 35

**ANA**

7 - S - 6 - 7

個人総合履歴



1/1

第　1205070529 号
CERT.NO.

## 第1種航空身体検査証明書
### AVIATION MEDICAL CERTIFICATE(CLASS1)

氏　名
Name

山口　栄伸

生年月日
Date of Birth (y/m/d)

1963年10月27日

国籍 本籍　鳥取県
Nationality Registered Domicile

現 住 所　神奈川県横浜市都筑区二の丸
Address　　1 5 - - 1 8

有効期間　Valid from (y/m/d) 2007年08月20日　から
　　　　　　to (y/m/d) 2009年02月19日　まで

条件事項　なし
Conditions

航空法第31条の規定により、身体検査
基準第1種に適合することを証明する。
This is to certify that the above-mentioned person complies
with the Aviation Medical standards(Class1) in accordance
with Article 31 of Civil Aeronautics Law of Japan.

2007年07月06日
Date of Issue (y/m/d)

国土交通大臣
Minister of Land,Infrastructure and Transport
(指定航空身体検査医)
(Designated Aviation
Medical Examiner)　　　　原　志野　　印

備 考
Remarks

1　事業用操縦士、一等航空士及び航空機関士の資
格を有する者がこの証明書（第1種航空身体検査
証明書である場合に限る。以下同じ。）交付の後定
期運用操縦士の資格を取得したときは、この証
明書の有効期間は6か月に短縮されるものとする。

　　　When the holder of a Commercial Pilot
Certificate, a Class 1 Flight Navigator Certificate
and a Flight Engineer Certificate has obtained an
Airline Transport Pilot Certificate after the date of
issuance of this certificate (limited to the holder
of a Class 1 Medical Aviation Certificate The same
shall apply hereinafter), the period of validity of
this certificate shall be reduced to 6 months

2　定期運用操縦士の資格を有する者がこの証明
書の取得後これ以外の資格を取得したときにおい
ても、この証明書の有効期間は変更ないものとする。

　　　When the holder of an Airline Transport Pilot
Certificate has obtained a certificate of other
qualification after the date of issuance of this
certificate, the period of validity of this certificate
shall remain unchanged





技能 Notes
航空機 Category
A. 飛行機 Aeroplane
G. 滑空機 Glider
1. 機体関係 Airframe and systems
3. タービン発動機関係 Turbine-Engine
5. 計器関係 Instrument
等級 Class
Land-Single-Engine 陸上単発機
Land-Multi-Engine 陸上多発機
Sea-Single-Engine 水上単発機
Sea-Multi-Engine 水上多発機
Land-Single-Piston 陸上単発ピストン機
Land-Single-Turbine 陸上単発タービン機
Land-Multi-Piston 陸上多発ピストン機
Land-Multi-Turbine 陸上多発タービン機

H. 回転翼航空機 Helicopter
S. 飛行船 Skuship
2. ピストン発動機関係 Piston-Engine
4. プロペラ関係 Propeller
6. 電気関係 Electricity

Sea-Single-Piston 水上単発ピストン機
Sea-Single-Turbine 水上単発タービン機
Sea-Multi-Piston 水上多発ピストン機
Sea-Multi-Turbine 水上多発タービン機
Motor-Glider 動力滑空機
High-Class-Glider 上級滑空機
Middle-Class-Glider 中級滑空機

資格　航空級航空無線通信士



左の者は、無線従事者規則により、左
記資格の免許を与えたものであること
を証明する。

この免許証は、国際電気通信条約附属
無線通信規則に規定する航空移動業務に
関する無線電話通信士一般証明書に相当
することを証明する。

昭和63年10月12日

GAME 4

免許証の番号

免許の年月日　昭和63年10月12日

氏名　山　□　素伸

昭和38年10月27日生

郵政大臣

昭和63年10月12日

**Yamaguchi Dep Exhibit 3**



San Francisco International Airport

July 31, 2000

# AIRPORT OPERATIONS BULLETIN
## (00-04-AOB)

P.O. Box 8097
San Francisco, CA 94128
Tel 650. 821 5000
Fax 650. 821 5005
www.flysfo.com

TO:        All Airlines and Aeronautical Support Tenants

SUBJECT:   New Boarding Areas "A" and "G" Ramp Tower Operation

**AIRPORT
COMMISSION
CITY AND COUNTY
OF SAN FRANCISCO**

**WILLIE L BROWN, JR
MAYOR**

**HENRY E. BERMAN
PRESIDENT**

**LARRY MAZZOLA
VICE PRESIDENT**

**MICHAEL S STRUNSKY**

**LINDA S CRAYTON**

**CARYL ITO**

**JOHN L MARTIN
AIRPORT DIRECTOR**

Effective 26 September 2000, the new Ramp Towers will be operational. These Towers are located on Boarding Areas "A" and "G" adjacent to aircraft gates 7 and 100, respectively.

## BACKGROUND

Although the FAA-ATCT is responsible for the aircraft operating on the Airport's movement areas, there are several areas on the Air Operations Area (AOA) that have obstructed and limited visibility from the FAA Control Tower. To facilitate more efficient and safe aircraft operations in these areas, the new boarding areas "A" and "G" Ramp Towers will be placed into service. SFOTEC is under contract with San Francisco International Airport to provide staffing for both Ramp Towers.

The Ramp Towers will provide twenty-four hour aircraft pushback and taxi clearances for aircraft gates, ramps, and taxi lanes (non-movement areas) denoted on the attached diagram. The radio frequencies and specific areas of responsibility for each Ramp Tower are listed below:

> Boarding Area "A" Ramp Tower  -  127.575MHZ
> Both Boarding Area "A" gates, including associated remote aircraft hardstands and Plot 3, Boarding Area "B" gates 20, 22, 24, 25, 31, 32, 32A, 33, 34, 35, 36

> Boarding Area "G" Ramp Tower -  119.225MHZ
> All Boarding Area "G" gates, including associated remote aircraft hardstands

EXHIBIT
E-Y.
3
1/27

AOB 00-04                                                    07/31/00

Boarding Area "F" gates 72, 73, 74, 75, 81, 83, 85, 87, 89

American Airlines & Northwest Airlines Cargo ramps (Plot 9)

United Express ramp

## SFOTEC - Administration Office – Telephone (650) 877-0102

## DEFINITIONS

Movement Area – The runways, taxiways, and other areas of an airport
which are utilized for taxiing, take off, and landing of aircraft,
exclusive of loading ramps and parking areas.

Non-movement Area – Those areas not designated as movement areas.
As shown on the attachment, the shaded areas located west of
Taxiways "H" and "M" and south of Boarding Area "F"- gate
90.

Reporting Point – Numeric pavement marking located on a taxiway that
indicates a transition area from a non-movement to a movement
area ( i.e. "1" , "2", "10" , "11").

## PROCEDURES

Aircraft parked within the Ramp Tower jurisdictional areas shall contact
the associated Ramp Tower for pushback and taxi clearances.

Unless otherwise directed, outbound taxiing aircraft shall stop at the
respective reporting point prior to contacting SFO ATCT for further taxi
instructions. Inbound aircraft shall contact the appropriate Ramp Tower
upon the direction of FAA ATCT.

Unless otherwise directed, outbound aircraft shall taxi to either reporting
points "1" (Taxiway "M") or "10" (Taxiway "A").

Aircraft operating to / from areas other than those indicated in shading
on the attached diagram shall contact FAA ATCT as normal.

ANA001131

AOB 00-04                                                                07/31/00

All airlines and their respective handlers operating within the Ramp Towers
jurisdictional areas are required to closely monitor and follow the clearances
provided by these Towers, as well as those of FAA-ATCT upon reaching the
"reporting points" ("1", "2", "10", or "11").

Direct any questions to Airfield Operations at (650) 794.3355.

John L. Martin
Airport Director

Attachment

ANA001132



FAA, SFOTEC, UNITED SHUTTLE TOWERS
AREAS OF RESPONSIBILITY

FAA TOWER

SFOTEC RAMP TOWER

UNITED SHUTTLE TOWER

ANA001133

**Yamaguchi Dep Exhibit 4**

San Francisco International Airport



August 7, 2001

## AIRPORT OPERATIONS BULLETIN
### (01-04-AOB)

P.O. Box 8097
San Francisco, CA 94128
Tel 650.821.5000
Fax 650.821.5005
www.flysfo.com

TO:     All Airlines and Aeronautical Support Tenants

SUBJECT:    New Boarding Areas "A" and "G"; Ramp Tower Operation

**AIRPORT COMMISSION**

**CITY AND COUNTY OF SAN FRANCISCO**

**WILLIE L BROWN JR**
MAYOR

**HENRY E BERMAN**
PRESIDENT

**LARRY MAZZOLA**
VICE PRESIDENT

**MICHAEL S STRUNSKY**

**LINDA S CRAYTON**

**CARYL ITO**

**JOHN L MARTIN**
AIRPORT DIRECTOR

This AOB supercedes AOB 00-04, dated January 4, 2000

The new Ramp Towers are operational. These Towers are located on Boarding Areas "A" (B/A-A) and "G" (B/A-G), adjacent to aircraft gates 7 and 100 respectively.

## BACKGROUND

Although the FAA-ATCT is responsible for the aircraft operating on the Airport's movement areas, there are several areas on the Air Operations Area (AOA) that have obstructed and limited visibility from the FAA Control Tower. To facilitate more efficient and safe aircraft operations in these areas, the new B/A-A and B/A-G Ramp Towers have been placed into service. SFOTEC is under contract with San Francisco International Airport to provide staffing for both Ramp Towers.

The Ramp Towers provide 24-hour aircraft pushback and taxi clearances for aircraft gates, ramps, and taxi-lanes (non movement areas) denoted on the attached diagram. The radio frequencies and specific areas of responsibility for each Ramp Tower are listed below:

Boarding Area "A" Ramp Tower  ·  127.575MHZ
Both B/A-A gates, including associated remote aircraft hardstands and Plot 3.
B/A-B gates 20, 22, 24, 25, 31, 32, 32A, 33, 34, 35, 36

Boarding Area "G" Ramp Tower  ·  119.225MHZ
All B/A-G gates, including associated remote aircraft hardstands



EXHIBIT
ε y.
11/27
4

AOB 01 04                                                                    August 2001

B/A-F-" gates 72, 73, 74, 75, 81, 83, 85, 87, 89

American Airlines (Plot 5), Northwest Airlines Cargo (Plot 9) ramps

United Express ramp

SFOTEC - Administration Office – Telephone (650) 821 0404

## DEFINITIONS

### Movement Area
The runways, taxiways, and other areas of an airport which are utilized for taxiing, take off, and landing of aircraft, exclusive of loading ramps and parking areas.

### Non-movement Area
Those areas not designated as movement areas.  As shown on the attachment, the shaded areas located west of Taxiways "H" and "M" and south of B/A-F gate 90.

### Reporting Point
Numeric pavement marking located on a taxiway that indicates a transition area from a non-movement to a movement area (i.e. "1", "2", "10", "11").

## PROCEDURES

Aircraft parked within the Ramp Tower jurisdictional areas shall contact the associated Ramp Tower for pushback and taxi clearances.

Unless otherwise directed, outbound taxiing aircraft shall stop at the respective reporting point prior to contacting SFO ATCT for further taxi instructions. Inbound aircraft shall contact the appropriate Ramp Tower upon the direction of FAA ATCT.

Please note that in-bound aircraft traffic on Taxiway Hotel should only stop at numeric pavement marking #3 (abeam gate 33) at the direction of the B/A-A Ramp Tower.

AOS 01-04

August 2001

Unless otherwise directed, outbound aircraft shall taxi to either reporting points "1" (Taxiway "M") or "10" (Taxiway "A").

Aircraft operating to/from areas other than those indicated in shading on the attached diagram shall contact FAA ATCT as normal.

All airlines and their respective handlers operating within the Ramp Towers jurisdictional areas are required to closely monitor and follow the clearances provided by these Towers, as well as those of FAA ATCT upon reaching the "reporting points" ("1", "2", "10", or "11").

Direct any questions to Airfield Operations at (650) 821 3355.

John L. Martin
Airport Director

Attachment

# Yamaguchi Dep Exhibit 5



movement area

spot 10

non movement line

nonmovement area

engine start area --->

2007 Europa Technologies
Image © 2007 Sanborn

RECON 1



EXHIBIT
E Y
11/27

**Yamaguchi Dep Exhibit 6**

Case 3:07-cv-03422-EDL    Document 52-11    Filed 01/30/2008    Page 44 of 48
Case 3:07-cv-03422-EDL    Document 45-15    Filed 12/21/2007    Page 2 of 3

NH007/UA809 Wingtip Collision

Transcripts - Ramp Tower and Ground Control

Time indicated is NH007 QAR Time, converted to the local time by subtracting seven hours from the recorded UTC Our analysis indicates that there is 95 second (1'35") difference between the QAR time and the Ramp Tower time that was stamped to the voice communication record The QAR time is GPS-based and presumed accurate

\*: Unintelligible Words
?: Source Unidentified
Black letters: NH007 Communications
Blue letters: UA809 Communication
☐ : NH007 QAR Radio Key Record

| QAR Time | Ramp Comm. Time | Source | Content |
|---|---|---|---|
| | 11:46:10-14 | NH007 | Ramp TWR, All Nippon 007 Gate 95 Request push. |
| | 11:46:15 | Ramp Tower | Air Nippon 007, Good afternoon and you are cleared to push |
| | 11:46:19-21 | NH007 | Good afternoon, cleared to push. |
| 11:48:43 | 11:47:08 | Ramp Tower | Air Nippon 007, Ramp. |
| 11:48:46-47 | 11:47:11-12 | NH007 | Go ahead, All Nippon 007. |
| 11:48:48 | 11:47:13 | Ramp Tower | Would you please advise ah    push crew there will be a triple seven inbound gate 99. |
| 11:48:54-56 | 11:47:19-21 | NH007 | All Nippon 007 understand. Thank you. |
| 11:48:57 | 11:47:22 | Ramp Tower | Thank you. |

| QAR Time | Ramp Comm. Time | Source | Content |
|---|---|---|---|
| 11:50:16-17 | 11:48:41-42 | NH007 | Ramp tower. All Nippon 007. |
| 11:50:20 | 11:48:45 | Ramp Tower | Air Nippon 007. Go ahead. |
| 11:50:23-34 | 11:48:47-59 | NH007 | Confirm I give way approaching traffic 1990 gate 99 or may I proceed to engine start point? |
| 11:50:35 | 11:49:00 | Ramp Tower | You can continue towing, I just want to let you know there will be ah   inbound deliverer aircraft at gate 99. Just no...no conflict. |
| 11:50:42-44 | 11:49:07-09 | NH007 | Thank you. Continue towing. |
| 11:50:45 | 11:49:10 | Ramp Tower | Very much. Flight 90. Ramp. |

| QAR Time | Ramp Comm. Time | Source | Content |
|---|---|---|---|
| 11:55:23-24 | 11:53:47 50 | NH/UA | (Garbled – Beat – Dual Transmission) Ramp, 809 ready to push back gate 102 NOTE: *NH007 voice is not recognizable in the Gate Tower communication audio record file.* |
| 11:55:28 – 11 55 32 | 11:53:51-57 | Ramp Tower | Sorry, I've got two people calling Who else ah Air Nippon 007, I heard you. You are cleared to spot 10 please. Have a good day. |
| 11:55:34 – 11:55:36 | 11:53:59 – 11:54:01 | NH007 | Cleared to spot 10 Have a good day, All Nippon 007. |
| 11:55:37 - | 11:54:02 | Ramp Tower | Who else is calling? Is that flight 809? |
| 11:55:39 - | 11:54:04 | UA809 | 809. Ready to push at 102. |
| 11:55:41 - | 11:54:06 | Ramp Tower | 809, good morning. Please standby 'll call you back in about one minute. |
| 11:55:45 | 11:54:10 | ? | \* \* (Presumably a UA809 response) |

EXHIBIT
E  4
6
11/27

ANA001055

NH007/UA809 Wingtip Collision

| QAR Time | Ramp Comm. Time | Source | Content |
|---|---|---|---|
| 11:56:05 | 11:54:30 | Ramp Tower: | Much and flight 809, Ramp. |
| 11:56:06 - | 11:54:31 | UA809: | Go ahead. |
| 11:56:07 - 11:56:08 | 11:54:32 | Ramp Tower: | Much for your hold  You are cleared to push |
| 11:56:10 ~ | 11:54:35 | UA809: | Cleared to push, 809. |
| | | | |
| 11:56:29 - 11:56:32 | 11:54:54 - 11:54:57 | NH007 | Ground, All Nippon 007  Approaching Spot 10 Request Taxi. |
| 11:56:33 | 11:54:58 | Ground Control | Ground, 007'n San Francisco Runway Two Eight Left, Taxiway Alpha, Foxtrot, hold short Runway One Left. |
| 11:56:41 - 11:56:45 | 11:55:06 - 11:55:10 | NH007 | Runway Two Eight Left, Alpha, Foxtrot, hold short One Left.  All Nippon 007. |
| | | | |

ANA001056

# Yamaguchi Dep Exhibit 7

October 8, 2003

Mr Van Mckenny
NTSB


SUBJ: NH007 (SFO-NRT) B777, Right Hand Wingtip Collided with UAL B777 Right Hand Wingtip


Dear Mr Mckenny,

On October 7, 2003, during the taxi for departure, NH007 under my command as a scheduled flight from San Francisco to Narita was involved in a ground accident in which airplane's the right hand wingtip collided with a UAL B777, which was being pushed out from gate G102 Following is the UTC time-line details of the case

I was seated in the left seat and serving as the PIC and PNF, Pilot Not Flying

18:48    Blocked out from gate G95, then Started engines at ENG start point
         After contacting to G Ramp 1 WR, received following clearance
         [Taxi to spot 10  Contact GND]

18:55    Started TAXI
         -Made initial contact with GND control
         -Received clearance as [Taxi to RWY28L via A, F, hold short of RWY1L]
         -Approaching spot10, I recognized UAL B777 has started push out from gate G102
         -PF maneuvered slightly to the left side of the center line  It looked to me that the maneuver was to increase the margin of clearance from UAL B777
         -I asked the PF whether the clearance was adequate and then acknowledged it with the cockpit member
         -Then the PF was making a left turn to enter A TWY from spot 10
         Right after that, hearing a thud and feeling an impact, I realized that the right wing tip of NH007 and some part of UAL B777 might have collided
         Shut down Engines at the location then, towed back to original gate G95

19:30    Blocked in gate G95

[Comment]
I received taxi clearance from GND control before starting taxi  Commencing the taxi  neither any advices of taxi route change nor about UAL B777 have been informed



EXHIBIT
E Y.
11/27

Page 1

ANA001248

{Reference}

1  METAR at KSFO

  17:56    300 12 9999 CLR 17/13 2986
  18:56    290/15 9999 FEW060 18/13 2985

2  Information of License

  ATPL Number: 105595 issued on November 15, 1999
  Medical Certificate Number: 14028981 valid till February 19, 2004
  Aeronautical Radio License Number: GAME4 issued on October 12, 1988

Sincerely Yours

*Eishin Yamaguchi (signature)*

Eishin YAMAGUCHI
Captain B777
ALL NIPPON AIRWAYS

Page 2

ANA001249