# EXHIBIT 8



# COMBS REPORTING, INC.
## DEPOSITION REPORTERS · LEGAL VIDEO

November 29, 2007

Scott Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road
Suite 2500
Southfield, MI 48034

Case: All Nippon vs. United
Deponent: Eishin Yamaguchi
Date: November 27, 2007
Videographer: Stephen Statler
Reporter: Brandon Combs

Dear Mr Torpey:

Below are the start and end times for each master videotape and the total running time on the record for the above-entitled matter.

| Tape | Start Time | End Time | Total Time |
|------|-----------|----------|------------|
| 1 | 9:58am | 11:40am | 1 hr., 42 min. |
| 2 | 11:54am | 2:48pm | 1 hr., 56 min. |
| 3 | 2:50pm | 5:02pm | 1 hr., 58 min. |
| 4 | 5:17pm | 6:17pm | 1 hr., 00 min. |

The total running time, on the record, for the day was 6 hours, 36 minutes.

Sincerely,


Stephen Statler
Legal Videographer

595 Market Street, Suite 620 ~ San Francisco, CA 94105-2811
415-227-4060 ~ Toll Free: 888-406-4060 ~ Fax: 415 227-0317