# EXHIBIT 9

# All Nippon Airways
## vs.
# United Air Lines

Deposition of

# Yusuke Nishiguchi

Volume 1

November 28, 2007

Reported By: Brandon Combs, CSR 12978
Job Number: 1-6057

Yusuke Nishiguchi

```
1              INDEX
2                            PAGE
3
4  EXAMINATION BY MR  TORPEY          5
5
6
7              EXHIBITS
8  EXHIBIT   DESCRIPTION              PAGE
9    8    Operations manual, 2-3 (Japanese)   15
10   9    Operations manual, 2-3 (Japanese)   15
11   10   Fig 3, First Possible Direct Line of  73
         Sight from UA 809
12
     11   Oct 8, 2003, Mr  Van Mckenny, NTSB   80
13
     12   Group of papers headed by a copy of
14        the Airline Transport Pilot
          Certificate of Yusuke Nishiguchi
15
     13   Hand-drawn diagram              114
16
17
18
19
20
21
22
23
24
25
                                    Page 2
```

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                     --oOo---
4  ALL NIPPON AIRWAYS COMPANY,    )
   LTD,                          )
5                                )
              Plaintiff,         )
6                                )
         vs                      ) No  C07-03422 EDL
7                                )
   UNITED AIR LINES, INC,        )
8                                )
              Defendant          )
9  _____)
10                   --oOo--
11       BE IT REMEMBERED THAT, pursuant to Notice and
12  on Wednesday, November 28, 2007, commencing at
13  10:00 a m  thereof at 595 Market Street, Suite 620,
14  San Francisco, California, before me, BRANDON D  COMBS,
15  a Certified Shorthand Reporter, personally appeared
16       YUSUKE NISHIGUCHI
17  called as a witness by the Defendant being first duly
18  sworn, testified as follows:
19                   --oOo--
20       JAFFE, RAITT, HEUER & WEISS, 27777 Franklin
21  Road, Suite 2500, Southfield, MI 48034-8214, represented
22  by SCOTT R  TORPEY, Attorney at Law, appeared as counsel
23  on behalf of the Defendant.
24       CONDON & FORSYTH, LLP, Times Square Tower,
25                                    Page 3
```

```
1  Seven Times Square, New York, NY 10036, represented by
2  MARSHALL S  TURNER and TIMOTHY ESKRIDGE, Attorneys at
3  Law, appeared as counsel on behalf of the Plaintiff
4       WORTHE, HANSON & WORTHE, The Xerox Centre,
5  1851 East First Street, Ninth Floor, Santa Ana,
6  CA 92705, represented by JEFFREY A  WORTHE, Attorney at
7  Law, appeared as counsel on behalf of the Defendant
8       ALSO PRESENT:  Don Wright; Steven S  Fus;
9  Yoshihiro Mizuno; Sadaaki Matsutani, Interpreter; Satoe
10  Ohari, Interpreter; Stephen Statler, Videographer
11                   --oOo--
12       THE VIDEOGRAPHER:  Good morning  Here begins
13  Videotape 1 of the deposition of Yusuke Nishiguchi in
14  the matter of All Nippon Airways, Limited versus
15  United Airlines, Incorporated in the U S  District Court
16  for the Northern District of California  The case
17  number is C07-03422 EDL
18       Today's date is November 28, 2007, and the
19  time on the video monitor is 10:00 o'clock  The video
20  operator today is Stephen Statler representing Combs
21  Reporting, 595 Market Street, Suite 620, San Francisco
22       This video deposition is taking place at
23  595 Market Street and was noticed by Jaffe, Raitt, Heuer
24  & Weiss
25       Counsel please identify yourselves and state
                                    Page 4
```

```
1  whom you represent
2       MR TORPEY:  Scott Torpey on behalf of United
3       MR WORTHE:  Jeff Worthe on behalf of United
4  Airlines
5       MR FUS:  Steve Fus, United Airlines
6       MR TURNER:  Marshall Turner, Condon & Forsyth
7  on behalf of All Nippon Airways
8       MR MIZUNO:  Yoshihiro Mizuno, All Nippon
9  Airways
10       THE VIDEOGRAPHER:  The court reporter today is
11  Brandon Combs of Combs Reporting, and would the reporter
12  please administer the oath to the interpreter and to the
13  witness
14       (After being duly sworn, the interpreters,
15  Satoe Ohari and Sadaaki Matsutani, translated
16  questions put to the witness into the Japanese
17  language and the answers thereto given by the
18  witness were translated into the English
19  language )
20                   --oOo--
21       EXAMINATION BY MR TORPEY
22  MR TORPEY:  Q  Is it Mr  Nishiguchi?
23  THE INTERPRETER:  Nishiguchi
24  MR TORPEY:  Q  Nishiguchi  Mr  Nishiguchi,
25  do you speak any English, sir?
                                    Page 5
```

2 (Pages 2 to 5)

3ac2e767-61ff-49b6-a56c-e95e57c7e4dc

Yusuke Nishiguchi

| | | Page 6 |
|---|---|---|
| 1 | A | Just a little |
| 2 | Q | Do you write any English or read any English? |
| 3 | A | A little |
| 4 | Q | Do you read an English newspaper? |
| 5 | A | I do not |
| 6 | Q | Let me get some background on you   How long |
| 7 | have you been employed at ANA? | |
| 8 | A. | 17 years |
| 9 | Q | And what positions have you held there? |
| 10 | A | I was a copilot   I am a captain now |
| 11 | Q | When did you become a captain? |
| 12 | A | It was 2004 |
| 13 | Q | In order to become a captain from a copilot, |
| 14 | what requirements did you have to meet? | |
| 15 | A | Can you be more specific |
| 16 | Q | Were you promoted to captain just because |
| 17 | you've been there a number of years, or did you have to | |
| 18 | meet some requirements? | |
| 19 | A | When you say requirements, what kind of |
| 20 | requirements? | |
| 21 | Q | Well, you tell me   You work for the airline |
| 22 | You tell me what the requirements are for somebody to go | |
| 23 | from a copilot to a captain at ANA | |
| 24 | A | There are ANA requirements |
| 25 | Q | Now, I'll ask you again, sir, as I did before, |

| | | Page 7 |
|---|---|---|
| 1 | what are those requirements? | |
| 2 | A | There are set requirements at the company, but |
| 3 | I do not know the specifics at this time | |
| 4 | Q | So why you were promoted from copilot to |
| 5 | captain, you have no idea is that your testimony, sir? | |
| 6 | MR TURNER: Objection as to form and | |
| 7 | attitude | |
| 8 | THE WITNESS: I fulfilled the requirements | |
| 9 | That is how I became captain, but I do not know what the | |
| 10 | specific requirements were at this time | |
| 11 | MR. TORPEY: Q   When did you arrive in the | |
| 12 | U S , sir? | |
| 13 | A | Yesterday morning |
| 14 | Q | And about what time? |
| 15 | A | About now |
| 16 | Q | About now, about 10:00 a m ? |
| 17 | A | I don't have a specific recollection, but it |
| 18 | was around this time now | |
| 19 | Q | When are you scheduled to go back? |
| 20 | A | Tomorrow |
| 21 | Q | At about what time? |
| 22 | A | I'm scheduled to leave the hotel about this |
| 23 | time which is around 10:00 o'clock | |
| 24 | Q | Okay   When did you next have a flight |
| 25 | scheduled as a crew member for ANA? | |

| | | Page 8 |
|---|---|---|
| 1 | A | I do not know |
| 2 | Q | You came here and are leaving here as a |
| 3 | passenger, not as a crew member; correct? | |
| 4 | A | Yes |
| 5 | Q | In preparation for your deposition here, did |
| 6 | you review any documents, sir? | |
| 7 | A | Yes |
| 8 | Q | And what did you review? |
| 9 | A. | The documents that were produced to NTSB |
| 10 | Q | And do you understand, sir, if those were |
| 11 | documents produced by ANA to the NTSB? | |
| 12 | A | Yes |
| 13 | Q | And did you review any other documents, sir? |
| 14 | A | What kind of documents?   About what? |
| 15 | Q | Any documents at all in preparation for your |
| 16 | giving the deposition today   Did you review anything | |
| 17 | other than the submission to the NTSB? | |
| 18 | A | The Japanese documents that were translated |
| 19 | into English were submitted to NTSB, and I have not seen | |
| 20 | any document other than those | |
| 21 | Q | Okay   Do you have any piloting experience |
| 22 | before you joined ANA, or is all your piloting time | |
| 23 | while employed at ANA? | |
| 24 | A | No |
| 25 | Q | I'm sorry?   I missed it |

| | | Page 9 |
|---|---|---|
| 1 | A | No   To the first question, and yes to the |
| 2 | second | |
| 3 | Q | You know, I apologize   I forgot what I asked |
| 4 | A | I did not have any piloting experience before |
| 5 | joining ANA   All my piloting experience was gained at | |
| 6 | ANA | |
| 7 | Q | The documents that you did review in |
| 8 | preparation for your deposition, were those in English? | |
| 9 | A | No |
| 10 | Q | When you are a crew member of an ANA flight, |
| 11 | are there occasions when you are designated to be the | |
| 12 | pilot that communicates with ATC?   In other words, | |
| 13 | you're the communicating pilot? | |
| 14 | A | Yes |
| 15 | Q | And in order to be the pilot communicating, |
| 16 | you have to be able to speak in English; correct? | |
| 17 | A | Yes |
| 18 | Q | How many total hours do you have as a pilot? |
| 19 | A | I do not recall clearly |
| 20 | Q | Do you have any estimate? |
| 21 | A | Although I do not have a clear recollection, |
| 22 | it would be about 19,000 hours up to now | |
| 23 | Q | Were those all — strike that |
| 24 | What type of aircraft are you type-rated in? | |
| 25 | A | Boeing 767 and Boeing 777 |

3 (Pages 6 to 9)

3ac2e767-61ff-49b6-a56c-e95e57c7e4dc

Yusuke Nishiguchi

Page 10

1    Q   And when did you first get typed in a 777?
2    A   I do not have a clear recollection
3    Q   Would it have been before the year 2000?
4    A   Yes
5    Q   Can you give me an estimate of how many hours
6    you have in type on that 777?
7    A   Can it be approximate?
8    Q   Certainly
9    A   About 5,000 hours
10   Q   Now, those 5,000 hours in type, do you fly the
11   777 generally the same amount of hours every month?  It
12   may not be exact, but typically do you log your hours
13   the same for all 12 months of the year?
14   A   Yes
15   Q   About how many hours a month do you typically
16   fly in a 777 as a crew member?
17   A   The average would be about 70 hours
18   Q   70, seven zero?
19   A   70
20   Q   Of those 70 hours a month in a 777, about how
21   many hours at least today is as pilot in command?
22   A   It would be about three and a half years
23   because that would be the time period after I became
24   captain
25   Q   All right  Let me break it down.  Prior to

Page 11

1    becoming a captain in 2004, you were never a pilot in
2    command; correct?
3    A   No.  That's right
4    Q   And of the 70 hours a month that you fly in a
5    777, of those 70 hours would be with you as pilot in
6    command?
7    A   A rough estimate would be -- or a rough
8    calculation would be about 60 hours
9    Q   All right  And of the 70 hours per month you
10   average in a 777, how many of those hours are with you
11   as the flying pilot as opposed to the nonflying pilot?
12   A   About 35 hours, about half
13   Q   As pilot in command, is it your decision to
14   decide whether you or the first officer will be the
15   flying pilot for a particular flight?
16   A   Yes
17   Q   And how do you decide for a particular flight
18   whether it should be you or your first officer that
19   would be the flying pilot that day?
20   A   I make an overall judgment
21   Q   What criteria would you use to say that
22   today --
23       MR TURNER:  Excuse me.
24       CHECK INTERPRETER:  The interpreter has not
25   completed

Page 12

1        MR. TORPEY:  I apologize  Sorry
2        THE WITNESS:  I would consider weather and
3    also make a general judgment
4        MR. TORPEY:  Q  If the weather was -- well,
5    let me ask you -- strike that
6        In addition to weather, what other factors do
7    you consider in deciding whether you should be the
8    flying pilot on a particular day?
9        MR. TURNER:  Objection as to form
10       THE WITNESS:  I would also consider the years
11   of experience of the first officer
12       MR. TORPEY:  Q  And anything other than
13   weather and the experience of the first officer that you
14   would consider?
15   A   The situation of the airplane or aircraft
16   Q   Anything else?
17   A   There would be others, but I can't think of
18   them now
19   Q   Give me a couple of examples of, as you call
20   it, situation of the airplane that you would consider in
21   determining whether you or the first officer should be
22   the flying pilot
23   A   For example, if there is a failure or a
24   problem with the aircraft, I would fly the aircraft
25       CHECK INTERPRETER:  The check interpreter

Page 13

1    would like to put on the record that the Japanese word
2    that was translated either to failure or problem,
3    f·u·g·u·a·i, which can be malfunction of some sort  It
4    can be, in terms of a degree of malfunction, can be very
5    slight as compared to the English words used as failure
6    or problem.
7        That's okay  Just to put it on the record
8        MR. TORPEY:  Q  Mr Nishiguchi, for the 777,
9    you understand that there's an ANA operations manual;
10   correct?
11   A   Yes
12   Q   And are you and your crew members required to
13   follow what it directs in the operation manual with
14   regard to the operation of the 777 aircraft?
15   A   Yes
16   Q   Are you familiar with something called a route
17   manual as well?
18   A   Yes.
19   Q   What's the difference between the route manual
20   and the ops manual?
21   A   The route manual is from the Jeppesen chart,
22   and the operation manual describes the policies of ANA.
23   Q   Other than the ops manual and the route
24   manual, are there any other manuals that are kept
25   routinely in the cockpit of a 777 aircraft for ANA?

4 (Pages 10 to 13)

3ac2e767-61ff-49b6-a56c-e95e57c7e4dc

Yusuke Nishiguchi

| | |
|---|---|
| 1    A   Yes | 1   as before, about 35 hours. |
| 2    Q   And what are those things? | 2    Q   Now, when you were the first officer before |

1      A    Yes
2      Q    And what are those things?
3      A    For example, the MEL, CDL manuals
4      Q    Minimum equipment list?
5      A    That's right
6      Q    What do you mean by CDL?
7      A    I have forgotten
8      Q    Let me show you what was marked yesterday as
9    Exhibit 2, Mr Nishiguchi, and have you look at the
10    second page I'll share this with you  Let me hand you
11    this
12            MR TURNER: I would just comment for you,
13    Mr Torpey, that in view of some question yesterday as
14    to whether or not the first two pages of Exhibit 2 were
15    correct, accurate translation of the Japanese version,
16    we did obtain that same section from the legal
17    department, both the Japanese version at the time of the
18    accident and the current version, and we have it here in
19    case you're interested
20            MR TORPEY: Well, I'm more than interested
21    We had asked that it be produced, so if you have a
22    document to produce  We don't have to discuss it in
23    front of the witness
24            MR TURNER: Well, identify it  The version
25    that was in effect at the time the accident, lower

Page 14

1    right-hand corner is dated 1999 11 1 number 84, and the
2    current one is 2004 8 1, number 121
3            (Whereupon, Exhibits 8 and 9 were marked for
4            identification )
5            (Discussion off the record )
6            MR TURNER: As I understand it the court
7    reporter has marked the 2004 current version as
8    Exhibit 8 and the 1999 version as Exhibit 9
9            MR TORPEY: Q  Mr Nishiguchi, look at
10    Exhibit 2, the second page of that in the middle it says
11    taxi, and under that it says the captain shall perform
12    taxi in accordance with the following  And it gives
13    some specifics that the captain has to perform during
14    taxi
15            To your knowledge, was that a direction in the
16    operations manual back on October 7, 2003, as well?
17    A    I do not have a clear recollection.
18    Q    I want to back up a step  Before you became a
19    captain in 2004, were you also logging about 70 hours a
20    month in the 777?
21    A    Yes.
22    Q    And of those 70 hours before you became a
23    captain, about how many of those hours were you the
24    flying pilot as opposed to the nonflying pilot?
25    A    About half of that, therefore, it is the same

Page 15

1    as before, about 35 hours.
2    Q    Now, when you were the first officer before
3    you became a captain, was there any particular route
4    that you would typically fly, that you flew
5    predominantly?
6    A    No
7    Q    Did you fly all international, or did you fly
8    domestic as well?
9    A    Both
10    Q    And would those flights that were not
11    international, would those also be in a 777?
12    A    Yes
13    Q    I know you've indicated you flew about 70
14    hours a month  During those 70 hours, what would be an
15    average number of takeoffs and landings?
16    A    I do not know clearly
17    Q    Okay  And can you give me an estimate  Would
18    you say it would be, you know, your best estimate of how
19    many -- in an average month how many takeoffs and
20    landings you would perform in the approximate 70 hours
21    that you would be flying a 777?
22    A    It would be difficult for me to estimate such
23    number of times because it's so different between
24    international flights and domestic flights
25    Q    Okay  Do you have a pilot logbook or

Page 16

1    documents that reflect the number of hours that you are
2    flying?
3    A    There is no document
4    Q    Do you know what a pilot logbook is?
5    A    Yes
6    Q    And you do not keep a pilot log?
7    A    I used to have it before I became captain.
8            CHECK INTERPRETER: I used to keep it before I
9    became captain
10            MR. TORPEY: Q  Why did you stop keeping it
11    when you became a captain?
12    A    The company computer does that sort of thing
13    now
14    Q    Do you still have possession of your logbook
15    from when you were flying before you were a captain?
16    A    It is not clear
17    Q    Would you have given it to ANA, or is that
18    something that you have personally?
19    A    I have not given it  If I searched my house,
20    it may come out
21    Q    Okay  You have no reason to throw it away, I
22    assume?
23    A    Right
24    Q    Mr Nishiguchi, when you were a first officer
25    before 2004, can you tell me about how many times you

Page 17

5 (Pages 14 to 17)

3ac2e767-61ff-49b6-a56c-e95e57c7e4dc

Yusuke Nishiguchi

1 would have been the flying pilot that taxied the
2 aircraft on the ground, either at departure or on
3 arrival, on average, how many times a month  In fact
4 let me withdraw that
5        Let me ask you this  Of the about 35 times a
6 month that you were the flying pilot before you became a
7 captain, on all of those occasions, were you also the
8 flying pilot that performed taxi during both landing and
9 takeoff?
10        MR  TURNER: Objection as to form and
11 foundation
12        THE WITNESS:  Not necessarily
13        MR  TORPEY: Q  Okay  Why, on those
14 occasions when you were the flying pilot, the first
15 officer flying pilot, was there someone else that became
16 the flying pilot for purposes of taxiing
17    A   That was the judgment of the captain
18    Q   Did you ever have an occasion where the
19 captain, although allowed you to be the flying pilot,
20 took over the responsibility to be the flying pilot when
21 you were taxiing into or out of San Francisco Airport?
22    A   I do not have a clear recollection
23    Q   Do you know how many times you have taxied a
24 777 aircraft either on departure or arrival at
25 San Francisco Airport?  And I mean as the flying pilot

Page 18

1    A   Not as related to San Francisco
2    Q   Have you ever been the captain and relieved
3 your flying pilot of the taxi responsibility going into
4 or out of San Francisco Airport?
5    A   No
6    Q   Can you recall any airport where you were the
7 copilot and flying pilot and nonetheless the captain
8 took over responsibility for taxi either at the
9 departure or upon arrival?
10    A   Yes
11    Q   What airport or airports?
12    A   Sapporo Airport, C-h-i-t-o-s-e, Airport in
13 Sapporo
14    Q   Anywhere else other than Sapporo?
15    A   Yes
16    Q   And where else?
17    A   Kagoshima Airport, K-a-g-o-s-h-i-m-a
18    Q   Anywhere else?
19    A   Komatsu Airport, K-o-m-a-t-s-u, Airport
20    Q   Okay  Any others?
21    A   H-a-n-e-d-a, Airport
22    Q   Okay  Any others?
23    A   There are others
24    Q   Tell me every one that you recall, sir
25    A   Nagasaki Airport, N-a-g-a-s-a-k-i

Page 20

1        MR  TURNER: Objection as to form
2        THE WITNESS:  I have forgotten
3        MR  TORPEY: Q  Do you know whether prior to
4 October 7, 2003, you as the flying pilot ever taxied a
5 777 upon departure or arrival at San Francisco Airport?
6    A   Yes
7    Q   Can you tell me on how many occasions before
8 October 7, 2003, you were the flying pilot taxiing a 777
9 aircraft upon arrival or departure at San Francisco
10 Airport?
11    A   I do not have a clear recollection of the
12 number of times
13    Q   Do you have any recollection, or would you be
14 unable to give us any idea?
15    A   I have no idea at this time
16    Q   And I take it therefore you also don't know
17 when prior to October 7, 2003, was the last time you
18 were the flying pilot taxiing upon arrival or departure
19 at San Francisco Airport?
20    A   I do not know at this time
21    Q   Have you had occasion where you were the
22 flying pilot and the captain decided to taxi himself at
23 San Francisco Airport either upon arrival or departure?
24    A   I have forgotten
25    Q   Whether that happened or not you don't know?

Page 19

1    Q   Okay  Any others?
2    A   A-k-i-t-a  I do not recall others
3    Q   What's your understanding as to why you were
4 relieved of the responsibility to taxi at these
5 airports?
6    A   Because of snow
7    Q   Any other reasons?
8    A   That was the captain's judgment, so I do not
9 know why
10    Q   And what about the snow condition -- let me
11 ask you  Would the fact that there were snow conditions
12 make the taxi more dangerous and is that why the captain
13 decided to take over the taxi responsibilities?
14    A   I think so
15    Q   Have you ever been involved in any accidents
16 or incidents other than the one in San Francisco on
17 October 7, 2003?
18    A   No
19    Q   As a result of the accident at San Francisco,
20 was there any type of reprimand or action taken with
21 regard to you?
22    A   No  There was no reprimand
23    Q   Was there any training or any other action
24 taken by ANA with regard to yourself specifically in
25 relation to the fact that you had this accident?

Page 21

6 (Pages 18 to 21)

3ac2e767-61ff-49b6-a56c-e95e57c7e4dc

Yusuke Nishiguchi

1     A    There was no flight scheduled for about two
2    weeks
3     Q    Other than not scheduling you, was there any
4    other action taken by ANA with regard to yourself as a
5    result of this accident?
6     A    There was a personnel examination
7     Q    And what did that involve?
8     A    Together with the examiner, Captain Yamaguchi
9    and I did an arrival and departure exercise at
10   San Francisco Airport
11         CHECK INTERPRETER:  The examiner was also
12   there, altogether three people and also takeoff and
13   landing, takeoff and landing
14         THE INTERPRETER:  I said departure and
15   arrival, but his terminology landing and takeoff is a
16   better term
17         MR TORPEY:  That's fine
18    Q    Who performed -- let me back up  Just
19   describe for me what it was that you and
20   Captain Yamaguchi had to do at San Francisco?
21    A    It was an ordinary flight
22    Q    Did you have to perform taxi functions?
23    A    No  I didn't do it
24    Q    Did Captain Yamaguchi have to taxi?
25    A    Yes

Page 22

1    supervisor
2     Q    Did anybody else other than one supervisor
3    come and talk to you?
4     A    I do not have a clear recollection
5     Q    Okay  Did they talk to you and Mr Yamaguchi
6    at the same time?
7     A    No
8     Q    Did the discussion take place before the
9    flight to San Francisco that you told me about that
10   occurred after October 7, 2003?
11    A    No
12    Q    What do you understand ANA determined to be
13   the cause of the collision on October 7, 2003?
14         MR TURNER:  Objection as to form and
15   foundation
16         THE WITNESS:  I do not know
17         MR TORPEY:  Q  Who do you understand to be
18   the party or parties responsible for the collision on
19   October 7, 2003?
20    A    I cannot say at this time  I do not know
21    Q    As a flying pilot on October 7, 2003, that was
22   involved in this accident, in your mind, who do you
23   believe was responsible for causing this collision?
24    A    I can't say who was responsible at this time
25    Q    Do you believe that you were in any way

Page 24

1     Q    Was there a supervisor or check airman or
2    somebody that was in charge of directing or watching
3    what you were doing?
4     A    Yes
5     Q    Who was that person?
6     A    It was a checker  I do not recall his name
7     Q    Was it the same person that was the observer
8    pilot on your flight on October 7, 2003?
9     A    No
10    Q    Was the flight a regularly scheduled flight
11   with pay to you and Mr Yamaguchi?
12    A    I don't know about that
13    Q    Prior to October 7 -- strike that
14         Do you understand that ANA conducted an
15   investigation into the cause and circumstances leading
16   up to the collision?
17    A    Yes
18    Q    And who on behalf of ANA was in charge of that
19   investigation?
20    A    I do not know
21    Q    What role did you play in the investigation?
22    A    Can you be more specific
23    Q    Who came to talk to you about what had
24   happened at the airport?
25    A    I do not recall the name  He was a

Page 23

1    responsible for causing the collision between the
2    aircraft you were the flying pilot of and the United
3    aircraft?
4     A    No
5     Q    And you have no opinion as to who aside from
6    yourself may be at fault in any way for causing the
7    collision?
8         MR TURNER:  Can I have that question read
9    back, please
10        (Record read by the reporter )
11        MR TURNER:  Objection as to form and
12   foundation
13        THE WITNESS:  I don't know what you mean when
14   you say who is at fault
15        MR TORPEY:  Q  You indicated that you did
16   not believe that you were at fault or responsible for
17   causing the collision  And my question is have you
18   formed an opinion that anyone else was at fault or
19   responsible for causing the collision?
20    A    I believe that there is a cause, but I do not
21   know about fault
22    Q    What was the cause?
23    A    I think there were various causes also
24    Q    Tell me what all those causes are, sir
25    A    Can you give me a more specific question

Page 25

7 (Pages 22 to 25)

Yusuke Nishiguchi

1    Q.  I believe that is specific  I'm asking you to
2  tell me what in your mind you formed as an opinion of
3  the causes of this collision
4    A.  There were many factors involved in the
5  circumstance at that time such as the ATC
6    Q.  What else beyond ATC?
7    A  There are various factors, so I cannot think
8  of them at this time
9    Q  When you talk about ATC, you're talking about
10  ground control?
11    CHECK INTERPRETER:  The witness asked to have
12  the question repeated, and the lead interpreter
13  complied
14    MR TORPEY:  So where are we?
15    THE WITNESS:  There are various --
16    THE INTERPRETER:  I need to
17    MR TORPEY:  No problem
18    THE WITNESS:  For example, there is the
19  control tower or there's ground control, so there are
20  many factors to ATC
21    MR. TORPEY:  Q.  Are you referring to ATC to
22  include ramp control tower?
23    A  Yes
24    Q  And do you understand the ramp control tower
25  was, at San Francisco, operated by United Airlines?

Page 26

1  this entire line of questioning had to do with your
2  personal opinions as to the cause or causes, and you
3  indicated that you personally have come to the
4  conclusion that you believe that ramp control was a
5  cause of this collision
6    So I'm only asking for what you believe, you
7  personally, as the flying pilot on October 7, 2003, what
8  you personally believe the ramp control did or did not
9  do that caused this collision
10    MR TURNER:  Objection as to form and
11  foundation
12    THE WITNESS:  I do not say that ramp control
13  was the cause, that it was one of the causes
14    CHECK INTERPRETER:  That it was the sole
15  cause
16    MR TORPEY:  Q  I'll try again
17    Mr Nishiguchi, I am not asking whether they
18  were the sole cause  I'm asking you to tell me now what
19  you believe ramp control did or did not do that
20  contributed to the cause of the collision  For example,
21  let me ask you -- translate that, and then I'll add to
22  the question.
23    For example, as the flying pilot, from the
24  time your aircraft taxied from the engine-start line to
25  the point of impact, did you rely on ramp control to

Page 28

1    A  No
2    Q  You don't know one way or the other?
3    A  Right
4    Q  But you do believe that the ramp control on
5  October 7, 2003, was at least one of the causes for the
6  collision; correct?
7    A  I believe there was also the problem of the
8  entire ATC problem of the ramp control
9    Q  But you do believe that ramp control was one
10  of the causes of this collision; am I correct?
11    A  Yes
12    Q  And how is it that ramp control in your mind
13  contributed to the cause of this collision?
14    A  I myself do not know the cause itself  I
15  believe there are various factors
16    Q.  What I'm asking, Mr Nishiguchi, is you
17  believe that United -- strike that
18    You believe that ramp control was a cause.
19  What in your mind did ramp control do or not do that you
20  believe contributed to the cause of the collision?
21    A.  This is not my opinion, but according to the
22  ANA investigation, a view was reached that two aircrafts
23  could not push back and taxi irrespectively at the same
24  time at that location
25    Q  Mr Nishiguchi, I've asked though for your --

Page 27

1  provide proper clearances and instructions for taxi?
2    THE INTERPRETER:  Can you read it back for me
3    MR TURNER:  Just so I don't interrupt,
4  objection as to form and foundation
5    THE WITNESS:  Yes
6    MR TORPEY:  Q  And as the flying pilot on
7  October 7, 2003, did you also rely on ramp control to
8  issue traffic advisories and safety alerts to you?
9    A  We did receive taxi clearance
10    Q  My question, sir, is, as the flying pilot, did
11  you rely on ramp control to issue to you traffic
12  advisories and safety alerts, warning or a
13  alert that there was another aircraft potentially in
14  your taxi path?
15    A  I was relying on ramp control and ATC
16    Q  So you agree with me that you relied on ramp
17  control, at least as one of two individuals, to provide
18  traffic advisories and safety alerts?
19    CHECK INTERPRETER:  Advisory though is for
20  example, it's a warning -- the lead interpreter is
21  translating advisory as information  That's not
22  necessarily correct
23    MR TORPEY:  Q  It's really pretty simple
24    Mr Nishiguchi, do you believe, sir, that you
25  relied as the flying pilot upon ramp control and perhaps

Page 29

8 (Pages 26 to 29)

Yusuke Nishiguchi

1  others, to warn you of the potential collision hazard
2  with the United aircraft on October 7 of 2003?
3      A   I don't know about warning, but I believe that
4  it is the duty of the pilot to follow the instructions
5  given by ATC including ramp control
6      Q   I'm going to move to strike that answer
7      Mr Nishiguchi, please listen carefully to my
8  question  I did not ask you about that  I asked you
9  simply -- I'll just have the court reporter read back
10  the question, and I'd like you to listen carefully and
11  answer the question that I asked, please
12      (Record read by the reporter )
13      THE WITNESS: I do not know what you mean when
14  you say warn -- quote, warn you, close quote because it
15  is the duty of the pilot to follow the instructions
16      MR TORPEY: Q  Is it your position as the
17  flying pilot that the ramp control gave you clearance to
18  taxi and you relied on that clearance and that clearance
19  was an assurance, an assurance, to you by the ramp
20  controller that no collision would occur?
21      A   We followed the clearance to taxi, but I do
22  not know what you mean when you say assured by such and
23  such
24      Q   Did you rely on ramp control as the flying
25  pilot in getting clearance from ramp control -- strike

Page 30

1  the clearance
2      Q   What does the word guarantee mean to you?
3  What does that word mean, sir?
4      A   A guarantee, it's like an insurance, but then
5  I do not know what the meaning is really  I don't know
6  what that would mean in the aviation world
7      MR TORPEY: I'd ask the interpreter if there
8  is a word in Japanese that is the same as the English
9  word assurance
10      THE INTERPRETER: Yes  And she would use the
11  Japanese word hosho
12      MR TORPEY: Q  And what does that mean in
13  Japanese?
14      A   It means to guarantee
15      CHECK INTERPRETER: H-o-s-h-o
16      MR TORPEY: Q  Mr Nishiguchi, was the
17  clearance that was issued by ramp control to you as the
18  flying pilot a guarantee that you would not have a
19  collision with another aircraft if you followed that
20  clearance?
21      A   I believe that it was an instruction or
22  permission to taxi including all those things including
23  collision
24      Q   And so you relied on that clearance as the
25  flying pilot on October 7 of '03; correct?

Page 32

1  that
2      Let me rephrase it  As the flying pilot
3  receiving clearance from ramp control to taxi, do you
4  rely on that to mean that there will be no possibility
5  of a collision hazard between yourself and another
6  aircraft if you follow that clearance?
7      A   I believed that in general if one can get --
8      THE INTERPRETER: The interpreter will
9  restate
10      THE WITNESS: I believe that in general if one
11  followed the air traffic control system, one could get
12  clearance
13      MR TORPEY: Q  I'll move to strike that
14  answer
15      Mr Nishiguchi, we are not talking about
16  whether or not you got clearance  We understand that
17  you got clearance, and I'll ask for the last time this
18  question
19      And that is, did you rely on that clearance
20  from ramp control as an assurance to you as the flying
21  pilot that you would not collide with another aircraft
22  if you followed that clearance?  That's the question,
23  sir
24      A   I do not know what you mean when you say
25  assure  We received clearance, so we simply followed

Page 31

1      MR TURNER: Objection as to form
2      THE WITNESS: I did not rely  I followed the
3  taxi clearance
4      CHECK INTERPRETER: Instruction  The check
5  interpreter stands corrected  There was no instruction
6      MR TORPEY: Q  What does the word rely mean
7  to you, sir?
8      A   I don't know what that would mean in the
9  aviation world  What other word would there be?
10      Q   As the flying pilot of the ANA aircraft that
11  day, Mr Nishiguchi, did you follow the clearance
12  instructions from ramp control?
13      That's it  Did you follow?
14      A   Yes
15      Q   And do you believe following ramp control's
16  instructions was at least one of the contributing
17  factors in causing the collision on October 7 of 2003?
18      A   Can you change -- can you ask me that question
19  in other way
20      Q   I think that question is very direct, sir, and
21  I'd like an answer to that question exactly as it's
22  asked
23      MR TURNER: Objection as to form
24      THE WITNESS: Then can I have the question
25  again

Page 33

9 (Pages 30 to 33)

Yusuke Nishiguchi

1  MR. TORPEY: Certainly. Read it back in
2  English and in Japanese, please
3      (Record read by the reporter.)
4      THE WITNESS: If we had not taxied, there
5  would not have been a collision, so I believe that is
6  one of the contributing factors.
7      CHECK INTERPRETER: In that sense
8      MR. TORPEY: Q And the communication
9  between — strike that
10      The way your aircraft received the clearance
11  that we have been discussing from ramp control was by
12  way of flight deck to ramp control communications; is
13  that correct, sir?
14      A The clearance is received through the radio
15  communication of the aircraft
16      Q With ramp control; correct?
17      A All ATC including ramp control
18      MR. TURNER: We've been going for well over an
19  hour and a half now
20      MR. TORPEY: We can take a break.
21      MR. TURNER: Let's take a break
22      THE VIDEOGRAPHER: This concludes Videotape 1
23  in the deposition of Yusuke Nishiguchi. The time on the
24  monitor is 11:34 a.m
25      (Recess taken.)

Page 34

1      THE VIDEOGRAPHER: Here begins Videotape 2 of
2  the deposition of Yusuke Nishiguchi. Coming back on the
3  record. The time on the monitor is 11:48 a.m. Please
4  begin
5      MR. TORPEY: Q Mr. Nishiguchi, look at
6  Exhibit 8 that you have in front of you please, sir
7  And look at the second page — strike that. I
8  apologize. I'm sorry
9      Look at Exhibit 9. I keep forgetting there's
10  two exhibits there. They really shouldn't even be
11  paper-clipped together
12      Exhibit 9, which is an ops manual page with
13  the date of 1999, apparently November of '99. If you
14  look under item 2 and since this document is entirely in
15  Japanese, obviously I can't read it, but can you read to
16  me what it says at item 2, and then the subitems 1,
17  2 and 3 below it
18      MR. TURNER: You're referring to the 2 that is
19  in the circle as opposed to in the parentheses or
20  outside of them?
21      MR. TORPEY: Exactly
22      MR. TURNER: The 2 that's in the circle
23      THE WITNESS: Yes, I read them
24      MR. TORPEY: Would you read — maybe the
25  easiest thing to do is, Satoe, could you read those in

Page 35

1  English to us
2      THE INTERPRETER: I might as well have the
3  English version
4      MR. TORPEY: Let me do this. I know. Here's
5  what we can do
6      MR. TORPEY: Q Mr. Nishiguchi, having read
7  Exhibit 9, would you now look at Exhibit 2 and at the
8  second page where it says in English, number 2, taxiing,
9  and it has subparts 1 through 5, is the very first
10  sentence in Exhibit 2 where it says, the captain shall
11  perform taxi in accordance with the following
12      Does that language appear in Exhibit 9 as
13  well?
14      A No.
15      Q What does the first line -- and again, maybe
16  Satoe, could you read us the first line of Exhibit 9
17  after number 2
18      THE INTERPRETER: In Japanese?
19      MR. TORPEY: Well, it's in Japanese. Can you
20  translate to English
21      MR. TURNER: You mean the word next to the 2
22  in circle or the line below?
23      MR. TORPEY: That and the line below
24      MR. TURNER: Okay
25      THE INTERPRETER: It says the time of the

Page 36

1  beginning of the powered run. So there's something I
2  need to confirm with him
3      We have just discovered that the format is
4  different in Japanese than English. In the English
5  version, taxi starts with 2 in a circle and it's just
6  that. But in the Japanese version, taxi includes both 2
7  in a circle 3 in a circle. It's longer
8      MR. TORPEY: So there's actually more taxiing
9  instructions in Exhibit 9 than in Exhibit 2; am I
10  correct?
11      THE INTERPRETER: The witness says he doesn't
12  know
13      MR. TORPEY: Q Why don't we do this. I
14  don't want to take a lot of time on this, but would
15  you -- in fact, let's do this. Would you find for me in
16  Exhibit 9, wherever it is on Exhibit 9, the language
17  that's contained in Exhibit 2 that says, the captain
18  shall perform taxi in accordance with the following?
19      A There is no such statement in Exhibit 9
20      Q Look at Exhibit 8. Is that statement in
21  Exhibit 8 anywhere?
22      A No
23      Q Going back to Exhibit 2 under item 2, taxi,
24  subpart 2 it says, be observant of all obstacles around
25  him and taxi speed is such that he may bring his

Page 37

Combs Reporting, Inc. 888-406-4060
www.combsreporting.net

Yusuke Nishiguchi

| | |
|---|---|
| 1 airplane to an immediate and complete stop | 1    THE WITNESS: That is a hypothetical question, |
| 2    Is that language contained anywhere on | 2 so I cannot answer |
| 3 Exhibit 8 or 9? | 3    MR TORPEY: Q  With all due respect, I do |
| 4    A  Yes  Yes  Although the term captain isn't | 4 want you to answer, and I want you to answer my |
| 5 included | 5 hypothetical  It is a hypothetical, and I would like |
| 6    Q  Okay  Look at that same Exhibit 2 | 6 you to answer it, please |
| 7 or -- strike that | 7    MR TURNER: Objection as to form and |
| 8    I'm looking at Exhibit 2 under item 2, taxi, | 8 foundation and incomplete hypothetical |
| 9 at subpart 5 which says, ask for a signalman's | 9    THE WITNESS: Well, we are looking at the 2007 |
| 10 assistance in the event that there's any obstacle in the | 10 version of the operations manual, so I do not know if |
| 11 vicinity of the ramp area | 11 these subitems were included at that time |
| 12    Is that language in Exhibits 8 and/or 9? | 12    MR TORPEY: Q  I'm not asking you whether |
| 13    A  Yes | 13 you knew, Mr Nishiguchi  I'm telling you, assume they |
| 14    Q  And on October 7, 2003, was Exhibit 9 the | 14 were. |
| 15 current version of the ops manual that you were required | 15    MR TURNER: Same -- |
| 16 to follow in operating your aircraft that day as the | 16    MR TORPEY: Q  And if they were included, |
| 17 flying pilot? | 17 you as the flying pilot on October 7, 2003, were |
| 18    A  I do not know | 18 required to follow those instructions; correct? |
| 19    Q  Assuming that it was or assuming that a later | 19    MR TURNER: Objection as to form and |
| 20 version still had those two provisions in it, you were | 20 incomplete hypothetical |
| 21 required to follow those directions when you were the | 21    THE WITNESS: I would follow the operations |
| 22 flying pilot on October 7 of 2003? | 22 manual, but since I don't know what the content is, I |
| 23    MR TURNER: Objection as to form and | 23 cannot answer |
| 24 foundation | 24    MR TORPEY: Q  Okay  Fair enough |
| 25    THE WITNESS: No  That is not correct | 25    Why is there an English and a Japanese version |
| Page 38 | Page 40 |

| | |
|---|---|
| 1    Q  So even if the ops manual that was in effect | 1 of the ops manual? |
| 2 on October 7, 2003, contained the language that is | 2    A  I do not know |
| 3 marked at item 2, subparts 2 and 5 of Exhibit 2, your | 3    Q  Do you keep the English or the Japanese |
| 4 position is you could disregard those instructions as | 4 version or both in the aircraft? |
| 5 the flying pilot? | 5    A  It is not clear  There was the Japanese |
| 6    MR TURNER: Objection as to form and | 6 version |
| 7 foundation | 7    Q  When was the last time you flew a 777 |
| 8    MR TORPEY: I want to withdraw the question | 8 aircraft? |
| 9    Q  As the flying pilot on October 7, 2003, I want | 9    A  I do not recall |
| 10 you to assume that in the ops manual that applied to | 10    Q  Has it been several months? |
| 11 your operations of the aircraft that day, that ops | 11    A  I think it's been several weeks |
| 12 manual contained the following language | 12    Q  When you were last in the 777 aircraft, was |
| 13    MR TORPEY: Why don't you translate that and | 13 the English or the Japanese ops manual onboard? |
| 14 I'll finish | 14    A  There was the Japanese manual |
| 15    THE WITNESS: So I should assume that these | 15    Q  And was the route manual in English or |
| 16 two were included? | 16 Japanese? |
| 17    MR TORPEY: Q  That's correct, sir | 17    A  Both |
| 18    If these two, referring specifically at | 18    Q  Have you ever heard of the term conflict |
| 19 Exhibit 2, item 2, subparts 2 and 5, if those two items | 19 resolution as a pilot, as a commercial airline pilot? |
| 20 were part of the ANA ops manual for the 777 aircraft on | 20    A  No |
| 21 October 7, 2003, then you, Mr Nishiguchi, as the flying | 21    Q  What is the word that -- strike that |
| 22 pilot were required to follow those two instructions; | 22    To become a commercial -- strike that |
| 23 correct? | 23    To be a commercial airline pilot with ANA, |
| 24    MR TURNER: Objection as to form and | 24 were you taught by ANA any procedures at all with regard |
| 25 foundation | 25 to what to do if you perceive a potential collision |
| Page 39 | Page 41 |

11 (Pages 38 to 41)

Yusuke Nishiguchi

1   hazard with another aircraft while taxiing on the
2   ground?
3       A    No
4       Q    Do you understand as a captain or as a
5   previous copilot of an ANA aircraft, that if your
6   aircraft had taxied and collided with another aircraft,
7   that could cause a safety issue?
8       A    If there is a collision, it is not safe
9       Q    As a flying pilot for ANA, Mr Nishiguchi, if
10  you believed that while taxiing your aircraft was going
11  to collide with another aircraft, would you stop that
12  aircraft, your aircraft, before colliding?
13      A    Oh, well, yes, I would
14      Q    Because colliding with another aircraft while
15  taxiing can have safety concerns, would you also stop
16  your aircraft if you did not know for sure whether or
17  not you were going to have a collision with another
18  aircraft while taxiing?
19          MR TURNER: Objection as to form and
20  incomplete hypothetical
21          THE WITNESS: The question was long, and I
22  don't understand it
23          MR TORPEY: Read it back please in English
24  and in Japanese
25          (Record read by the reporter )

Page 42

1   777 and you are also the flying pilot   I want you to
2   also assume that you perceive that you could run into
3   another aircraft as you are taxiing
4           If you don't know for sure whether or not you
5   can avoid hitting that aircraft, would you, A, stop
6   until you know whether or not you can clear it or, B,
7   keep going and hope you clear it but you may not?
8           Which would you do, A or B?
9           MR TURNER: Objection as to form, foundation
10  and incomplete hypothetical
11          THE WITNESS: The question is long, and I
12  don't understand it   And when you say could run into,
13  what sort of situation is that?
14          MR TORPEY: Q   Mr Nishiguchi, it doesn't
15  matter what the situation is   I'm talking to you about
16  running into another aircraft   I don't care if you run
17  into it from the front, the back, the side or upside
18  down
19          Let me withdraw the question   I'll withdraw
20  the question
21          Do you have family, sir?
22      A    I am married
23      Q    Children?
24      A    I do not have children
25      Q    Okay   Well, let me ask you, if your wife was

Page 44

1           THE WITNESS: I don't know
2           MR TORPEY: Q   So even if you are not sure
3   whether or not you're going to collide with another
4   aircraft during taxi, you as the pilot flying would
5   consider continuing taxi rather than stop before you
6   knew whether or not you were going to hit the other
7   aircraft?
8           Is that what your testimony is to the jury,
9   sir?
10          MR TURNER: Objection as to form, foundation,
11  and incomplete hypothetical
12          THE WITNESS: I do not understand the real
13  intent of the question
14          MR TORPEY: Q   Well, with all due respect,
15  Mr Nishiguchi, I'm not asking you to understand the
16  intent   I would just like you to answer the question
17          And the reason I'm saying that is, when the
18  jury at the time of trial hears your answer, I want to
19  make sure that I've gotten it from you the way you
20  intended, so there's no misunderstanding
21          MR TURNER: Objection to your comment and the
22  question, form and foundation and incomplete
23  hypothetical
24          MR TORPEY: Q   Mr Nishiguchi, I want you to
25  assume hypothetically that you are the copilot of an ANA

Page 43

1   on an aircraft and that aircraft was taxiing at
2   San Francisco Airport and the pilot flying that
3   aircraft -- another aircraft that he potentially could
4   run into during the taxi
5           MR TORPEY: Translate that, and I'll finish
6       Q    Would you want the pilot of that aircraft
7   carrying your wife to, A, stop the aircraft until the
8   pilot knows for sure he is not going to run into the
9   other aircraft or, B, keep taxiing not knowing whether
10  or not there would be a collision?
11          MR TURNER: Objection as to form, foundation,
12  and incomplete hypothetical
13          THE WITNESS: And where am I in that question?
14          MR TORPEY: Q   Doesn't matter where you are,
15  Mr Nishiguchi   I'm giving you a hypothetical   You are
16  now aware of the information I just provided you   Which
17  of those two decisions would you want the pilot of that
18  aircraft to make?   Choice A or choice B?
19          MR TURNER: Objection as to form, foundation
20  and incomplete hypothetical
21          THE WITNESS: At least I would want him to
22  choose safety
23          MR TORPEY: Q   So you would prefer that he
24  stop the aircraft if there's any question about whether
25  he may or may not run into the other aircraft; correct?

Page 45

12 (Pages 42 to 45)

Yusuke Nishiguchi

1    MR. TURNER: Objection as to form, foundation
2    and incomplete hypothetical.
3        THE WITNESS: I do not say that   If it is
4    safe, if there's no collision ---
5        THE INTERPRETER: The interpreter will
6    restate
7        THE WITNESS: I did not say this   I said that
8    it would be good if it is safe and if there is no
9    collision
10       MR. TORPEY: Q   You said that you want the
11   pilot to choose safety for your wife   As a pilot
12   yourself, Mr. Nishiguchi, do you think it would be a
13   safe choice to continue taxiing an aircraft if you did
14   not know for sure whether or not you were going to
15   collide with another aircraft during that taxi?
16       MR. TURNER: Objection as to form and
17   incomplete hypothetical
18       THE WITNESS: I do not understand the
19   situation very well, so I could not answer
20       MR. TORPEY: I'll move to strike that, and I
21   believe that was unresponsive   And I also note for the
22   record that the witness seems to be following a pattern
23   with counsel that when counsel objects, the witness does
24   not provide us substantive answer
25       MR. TURNER: I object to your comment, and

Page 46

1    when counsel for ANA objects, he's objecting because
2    your questions are poor questions and improper
3        MR. TORPEY: Q   As a pilot for ANA, do you
4    have an obligation to provide the utmost in safety to
5    ANA customers and passengers when you're piloting that
6    aircraft?
7    A   Yes
8    Q   In your opinion as a now captain for ANA,
9    Mr. Nishiguchi, is it safer for the passengers on ANA
10   aircrafts to have you continue taxiing your aircraft
11   when you don't know whether or not you're going to run
12   into another aircraft, or is it safer for you to stop
13   your aircraft until you can determine that you will, in
14   fact, clear the other aircraft?
15       MR. TURNER: Objection as to form, foundation,
16   incomplete hypothetical   And you're just arguing with your
17   questions, and you're just arguing with the witness   I
18   really object to the whole process
19       THE WITNESS: I have said this repeatedly, but
20   I cannot answer that question as to which is better
21       MR. TORPEY: Q   Do you have a protocol,
22   Mr. Nishiguchi, that you follow when you see a potential
23   collision hazard with another aircraft while taxiing on
24   the ground?
25   A   What do you mean by protocol?

Page 47

1        MR. TORPEY: Satoe, what is the Japanese word
2    synonomous with protocol?
3        THE INTERPRETER: I translated it as
4    procedure
5        MR. TORPEY: Q   Are you going to answer, sir?
6    A   I don't know that I quite understand the
7    question   I vaguely understand it, but I'm not clear
8    about the situation
9    Q   Mr. Nishiguchi, with all due respect, sir, the
10   question was very clear   I will ask that it be read
11   back one more time, and then I'm going to play this to
12   the jury if need be and let that jury see that as your
13   answer
14       I think it's very direct, and I'm going, in
15   fairness, to give you one final opportunity to consider
16   the question and to give me your most truthful answer
17   that you will also give to that question in front of the
18   jury that hears this case
19       MR. TURNER: I just want the witness not to be
20   fooled by Mr Torpey into believing Mr Torpey has the
21   ability to play anything to the jury   The judge will
22   determine what is played to the jury and what is not
23   played to the jury, not Mr Torpey
24       Please translate that
25       MR. TORPEY: Why don't you read back the

Page 48

1    question in English, and then ask him to answer it
2        (Record not read by the reporter )
3        THE WITNESS: There are all kinds of
4    situations, so I cannot answer the question
5        MR. TORPEY: Q   I'll move to strike the
6    answer as nonresponsive, and since you will not answer
7    that question, I'll have to ask something different
8        Mr Nishiguchi, I want you to assume you are
9    the pilot flying an aircraft for ANA and that you're
10   taxiing   Do you understand the question so far?
11   A   Yes
12   Q   Second, I want you to assume that you've been
13   given clearance to taxi for takeoff   You understand the
14   question so far?
15   A   Yes
16   Q   Third, I want you to assume that you now learn
17   after having been cleared to taxi that another aircraft
18   is on short final to land on that same ---
19       MR. WORTHE: You said taxi   You mean takeoff
20       MR. TORPEY: Takeoff   Excuse me   Let me
21   rephrase it
22   Q   I want you to assume that another aircraft is
23   on short final to land on that same runway that you've
24   already been cleared to take off on
25       Do you understand the question so far?

Page 49

Yusuke Nishiguchi

1      MR. TURNER: I'd like to object. Please start
2  over. I don't know what you were withdrawing and not
3  withdrawing. I'm sorry.
4      MR. TORPEY: I'll start over.
5      Q.  Mr. Nishiguchi, I want you to assume that you
6  are the flying pilot and pilot in command of an ANA 777
7  at San Francisco Airport.
8      A.  Yes.
9      Q.  You understand the question so far?
10     A.  Yes.
11     Q.  Next I want you to also assume that you've
12  received clearance from air traffic control onto the
13  active runway for takeoff?
14     A.  Yes.
15     Q.  And you understand my question so far?
16     A.  Yes.
17     Q.  Next I want to have you assume that you learn
18  now that even though you're cleared to take off, you
19  learn that another aircraft is on short final to land on
20  that same runway you have been cleared onto.
21     A.  What do you mean by short final to land?
22     Q.  Assume that the other aircraft has been
23  cleared to land and is in the process, is in final
24  approach, to land on the same taxiway that you've been
25  cleared to take off on?

Page 50

1      MR. WORTHE: Runway.
2      MR. TORPEY: Excuse me. Runway. I keep
3  missing the word.
4      THE WITNESS: But the controller does not give
5  clearances to two aircraft at the same time.
6      MR. TORPEY: Q.  Mr. Nishiguchi, I want you to
7  assume my question is true and accurate as given. I
8  don't want you to introduce new facts. I want you to
9  accept my hypothetical as is, and based on that, I want
10  your opinion.
11     A.  Yes.
12     Q.  So let me restate the question, and based on
13  what I am telling you, I want you to assume it to be
14  true, and then I'm going to ask you a question
15  hypothetically.
16     First, I want you to assume that you have been
17  cleared onto an active runway to take off at
18  San Francisco Airport and that you are the pilot in
19  command and flying pilot.
20     Second, I want you to assume as true that
21  after you have been cleared onto the active runway for
22  takeoff and before you have taken off, another aircraft
23  is cleared to land on that same runway.
24     In that situation, Mr. Nishiguchi, what would
25  you do? Would you, A, continue taxiing onto the active

Page 51

1  runway, or, B, would you take some other action such as
2  contacting air traffic control to determine whether
3  there could be a collision hazard if you taxied onto the
4  runway?
5      MR. TURNER: Objection as to form, foundation
6  and incomplete hypothetical.
7      THE WITNESS: One question, please. If the
8  runway -- if one enters the runway, then you cannot see
9  the aircraft.
10     MR. TORPEY: Q.  Mr. Nishiguchi, I did not ask
11  you that, and I asked you to assume what I said to be
12  true and give me an answer based on that. I'll give you
13  one more opportunity, and then I'm not going to ask that
14  question again. And it's obvious that you are not going
15  to answer that or any other questions like that on this
16  topic.
17     MR. TURNER: Objection as to form, foundation,
18  incomplete hypothetical and counsel's comments.
19     MR. TORPEY: Q.  Mr. Nishiguchi, here's what
20  I'm going to do. I'm going to ask that the question be
21  read back in English and in Japanese. I want you to
22  assume what I said to be the case. I do not want you to
23  include any other information.
24     I want you to give me your answer based solely
25  and exclusively -- and I repeat, solely and

Page 52

1  exclusively -- on what I gave you as the hypothetical.
2  That, sir, is the question before you.
3      (Record read by the reporter.)
4      THE WITNESS: I already understand the
5  question. In answering that question, I would take
6  action based on my consideration of what the weight of
7  my own aircraft is. I would also have to know the
8  altitude, the distance of that other aircraft and also I
9  would have to know about the wind factor. With all
10  these factors considered, if I believe that I have
11  enough time to take off, then I would do so.
12     MR. TORPEY: Q.  And if you did not think you
13  had enough time or you weren't sure, then you would not
14  do so; correct?
15     MR. TURNER: Objection as to form and
16  foundation.
17     THE WITNESS: So it's hard for me to answer
18  unless I know all the conditions.
19     MR. TORPEY: Move to strike that. Read back
20  my question.
21     Q.  And I'd ask you, Mr. Nishiguchi, to respond to
22  my question, please.
23     MR. TURNER: Objection as to form and
24  foundation.
25     (Record read by the reporter.)

Page 53

14 (Pages 50 to 53)

Yusuke Nishiguchi

1    THE WITNESS: I would need to make an overall
2 consideration based on the distance and the altitude of
3 that other aircraft  Since I'm not in that situation
4 now, I really cannot answer
5        MR TORPEY: Q  But you can answer  You
6 won't answer  And there's a difference
7        MR TURNER: You're just arguing with the
8 witness  Why don't you move on
9        MR TORPEY: Q  I'm not going to move on  He's
10 being evasive, and I'm going to continue to question him
11 to a point to make this record  He has already --
12        I'm not going to argue with you, Marshall
13    Q   Mr Nishiguchi, I want you to make a
14 determination  The question is if you don't know,
15 having -- strike that
16        You've told me what factors you would consider
17 in making the decision in response to my hypothetical
18 I have, however, now asked you if you did not know that,
19 in fact, you could take off before the other aircraft
20 was to land, would you continue to taxi onto the active
21 runway, or would you take some other action such as
22 stopping and making sure that you could proceed safely
23 with no collision?
24        MR TURNER: Objection as to form, foundation
25 and incomplete hypothetical

Page 54

1        THE WITNESS: I would have to make a judgment
2 based on all kinds of -- or overall considerations
3 including the weather, so I cannot say at this point
4        MR TORPEY: Move to strike and we'll take
5 that up with the court
6    Q   Since you won't answer that, Mr Nishiguchi,
7 let me change to another question  And that is if you
8 were the flying pilot taxiing and you noticed a
9 potential collision with another aircraft, would you
10 stop your aircraft?
11        MR TURNER: Objection as to form and
12 incomplete hypothetical
13        THE WITNESS: If there is a collision, of
14 course, I would stop
15        MR TORPEY: Q  And if there's no collision,
16 you would not stop?
17    A   There are all kinds of situations  Distance
18 would be a factor  I don't understand what the
19 situation is in that question, so I cannot answer
20    Q   Again, we'll move to strike
21        Mr Nishiguchi, have you been told not to
22 answer hypothetical questions?
23    A   No  It is not possible for me to answer
24 because the conditions set forth in the hypothetical
25 questions are too limited

Page 55

1    Q   Mr Nishiguchi, if you thought as the pilot in
2 command of an aircraft you were going to run into
3 another aircraft, would you stop?
4        MR TURNER: Objection as to form and
5 incomplete hypothetical
6        THE WITNESS: I cannot answer because I don't
7 know what the situation is  You say collision, but if
8 it is right in front, then anybody would stop
9        MR TORPEY: Q  Let's end this discussion
10 with this, Mr Nishiguchi  If you did not know whether
11 or not you were going to run into another aircraft while
12 taxiing and while you were the flying pilot and pilot in
13 command -- you understand me so far, sir?
14    A   Yes  Yes  Okay
15    Q   Would you stop or would you go?
16        MR TURNER: Objection as to form and
17 incomplete hypothetical
18        THE WITNESS: I already answered that
19 question
20        MR TORPEY: Q  And that's your final answer,
21 right, sir?
22    A   That would be my answer to hypothetical
23 questions the conditions of which are incomplete
24    Q   Well, I won't ask you any more questions about
25 conflict resolution, and I will move to strike your

Page 56

1 answers, and we'll take that up with the court at
2 another time
3        After the impact, Mr Nishiguchi, what did you
4 do?
5    A   I stopped the aircraft
6    Q   How did you do that?
7    A   I used the brakes
8    Q   Did you make an emergency stop or a normal
9 stop?
10    A   It wasn't an emergency stop, but the aircraft
11 stopped immediately
12    Q   Do you know how many seconds it took, or would
13 you just be guessing?
14    A   I could not know
15    Q   Do you know how many feet it took to bring the
16 aircraft to a stop, or would you just be guessing?
17    A   I do not know
18    Q   You never went you said to the aircraft and
19 looked around on the ramp area after the impact; am I
20 correct?
21    A   After the impact, I was onboard
22    Q   You did not get off the aircraft until it was
23 towed back to the terminal, and you walked down the
24 jetway; correct?
25    A   Yes, I believe so

Page 57

15 (Pages 54 to 57)

Yusuke Nishiguchi

| | |
|---|---|
| 1   Q.  Who was operating the radios on the day of | 1   A.  I do not have a clear recollection, but I |
| 2   this accident? | 2   followed the procedure |
| 3   A   Captain Yamaguchi | 3   Q.  And there's other checklist items that you |
| 4   Q   Who was navigating? | 4   perform prior to taxi; correct? |
| 5   A   What do you mean by navigating? | 5   A   Yes  And I did those |
| 6   Q   Who was in charge of any navigational | 6         MR. TURNER:  Mr. Torpey it's after |
| 7   decisions if you will or -- you obviously understand the | 7   1:00 o'clock |
| 8   term navigation? | 8         MR. TORPEY:  Let's finish this  I'm almost |
| 9   A   I know navigation in the air | 9   done |
| 10   Q   Who was going to be doing navigation | 10        MR. TURNER:  Okay |
| 11   responsibilities on the flight that ended on October 7, | 11        MR. TORPEY:  Q  There are also checklist |
| 12   2003, in this collision? | 12   items that need to be performed before taxing on -- |
| 13   A   You mean pilot flying? | 13   into the movement area or onto the runway; correct? |
| 14   Q   Well, were you as the flying pilot also | 14        MR. TURNER:  Objection as to form. |
| 15   charged with responsibility of navigating the aircraft? | 15        THE WITNESS:  There is a checklist for items |
| 16   A   The PF is mainly responsible for the | 16   to be done before takeoff |
| 17   operation | 17        MR. TORPEY:  Q  And are there items on your |
| 18   Q   From the time the aircraft on October 7, 2003, | 18   checklist which need to be done before you get clearance |
| 19   lined up at the engine-start line at San Francisco up to | 19   from air traffic control to taxi from the ramp area, in |
| 20   the impact, do you have a recollection of what you were | 20   other words, the nonmovement area, into the movement |
| 21   doing? | 21   area? |
| 22   A   I was the PF, pilot flying | 22   A   Those are not determined by a movement area |
| 23   Q   I understand you were the pilot flying, but | 23   and nonmovement area |
| 24   what were you doing? | 24   Q   Okay  What types of things are done on the |
| 25   A   I was doing the things that are set forth in | 25   checklist before you get to the point that you take off? |
| Page 58 | Page 60 |

| | |
|---|---|
| 1   the airline operations manual, such as cockpit | 1   A   It changed about two months ago  Now, there |
| 2   preparation, engine-start, et cetera and taxi out | 2   is the preparation checklist, before-start checklist, |
| 3   Q   You have a checklist in your aircraft; | 3   after-start checklist, before-taxi checklist and |
| 4   correct, sir? | 4   before-takeoff checklist  Excuse me  According to the |
| 5   A   Yes. | 5   new rule the before-start checklist was changed to |
| 6   Q   And it's your responsibility as the flying | 6   after-start checklist |
| 7   pilot to perform that checklist; correct? | 7         THE INTERPRETER:  The interpreter will |
| 8   A   Yes. | 8   restate |
| 9   Q   And there are checklists for things you do at | 9         THE WITNESS:  According to the new rule, the |
| 10   the gate; correct? | 10   before-taxi checklist was changed to after-start |
| 11   A   Yes. | 11   checklist |
| 12   Q   There's a checklist for things you do at the | 12        MR. TORPEY:  Q  Is this a Boeing checklist, |
| 13   engine-start line; correct? | 13   or is this something that ANA published? |
| 14   A   No | 14   A   I think they are pretty much identical, but I |
| 15   Q   Isn't there a procedure for starting the | 15   am not truly familiar with the Boeing checklist |
| 16   engine? | 16   Q   On October 7 of 2003, what checklists applied |
| 17   A   Yes. | 17   to the operation of your 777 aircraft? |
| 18   Q   And that would be done at the engine-start | 18   A   Whatever was the most recent and effective |
| 19   line; right? | 19   checklist there was at that time |
| 20   A   No  It is done at about the same time as the | 20   Q   During the taxi from the engine-start gate -- |
| 21   pushback | 21   I should say after the taxi from the engine-start |
| 22   Q   And at the time -- strike that | 22   gate -- were you performing one of the checklists? |
| 23         On October 7, 2003, you actually started the | 23        MR. TURNER:  Can I have that question back, |
| 24   engines before you got to the engine-start line at | 24   please |
| 25   San Francisco; is that correct? | 25        (Record not read by the reporter ) |
| Page 59 | Page 61 |

16 (Pages 58 to 61)

Yusuke Nishiguchi

1       MR TORPEY: I can rephrase it
2    Q    On October 7, 2003, as the flying pilot, were
3    you performing any checklists on or after you left the
4    engine-start line at San Francisco?
5    A    There is a checklist, but as far as they are
6    performed before takeoff, it is fine  So I do not
7    recall if I was performing them at that time
8    Q    Was there a flight attendant in the cockpit at
9    any time prior to the taxi on October 7, 2003?
10        And then we'll take a break
11   A    No
12       MR TORPEY: Okay  We can take a lunch break
13   How long you want to break for?
14       MR TURNER: We'll see you in an hour  What
15   is the time?
16       THE VIDEOGRAPHER: Going off the record  The
17   time on the monitor is 1:07 p m
18       (Lunch recess taken )
19       THE VIDEOGRAPHER: Coming back on the record
20   The time on the monitor is 2:06 p m  Please begin
21       MR TORPEY: Q  Mr  Nishiguchi, if you look
22   at what was marked yesterday as Exhibit 5, recon photo 1
23   that we have displayed here on the board, or you can
24   look at the copy your counsel has just shown you,
25   whichever is more convenient for you

Page 62

1    You can see that there is an aircraft at the
2    engine-start area, and up towards the upper portion of
3    that photograph is an area where it says spot 10
4        Do you see that?
5    A    Yes
6    Q    And you'll see a line drawing from the front
7    of the airplane all the way up to where spot 10 is  Do
8    you see that?
9    A    Yes
10   Q    Is that called the centerline of the taxiway
11   or ramp area?
12   A    Yes
13   Q    And you as the flying pilot on October 7,
14   2003, were you keeping the nose tire of your aircraft on
15   that centerline?
16   A    It wasn't the nose tire  I was operating the
17   aircraft so that the main landing gear would straddle
18   the white line
19   Q    In the photograph, this is the line that
20   you're referring to; correct?
21   A    Yes
22   Q    And where would the nosewheel be positioned as
23   you were taxiing the aircraft from the engine-start line
24   to the spot 10? And specifically I'm asking for your
25   recollection if you have one for the taxi on October 7,

Page 63

1    2003
2    A    I can't see the nosewheel, so I don't know
3    Q    Okay  Do you have any procedure that you
4    follow with regard to when you taxi trying to keep the
5    nosewheel or the nose of the aircraft directly on the
6    centerline?
7    A    Yes
8    Q    What is the procedure?
9    A    If I am at the right seat, then I would have
10   my left leg on the — on the or above the centerline
11   If I do that, then the aircraft would be traveling along
12   the middle
13   Q    And even though you can't see the nosewheel,
14   you would assume that the nosewheel would be on or very,
15   very closely to the yellow line if you follow that
16   procedure; correct?
17   A    Yes
18   Q    And as far as the main gear, which is the two
19   sets of wheels underneath the wings of the aircraft, if
20   you have the nose positioned on the centerline, then the
21   centerline would be approximately in the middle between
22   the left and the right main gear; correct?
23   A    Yes
24   Q    Okay  What's the purpose of the centerline
25   that we see in this photograph and the reason why you

Page 64

1    want to have your aircraft positioned so it's following
2    the centerline as you just described?
3        MR  TURNER: Objection as to form
4        THE WITNESS: In order not to stick out from
5    the taxiway
6        MR TORPEY: Q  What do you mean by not stick
7    out from the taxiway?
8    A    We are aware that there are the edges of the
9    taxiway, but if there is no centerline, then an aircraft
10   may turn to -- may -- may veer somewhat to either side
11   Q    Is the purpose for your following the
12   centerline with the nose of the aircraft to keep the
13   wings of that aircraft from penetrating beyond the
14   taxiway itself?
15   A    I think that is one of the reasons also
16   Q    Okay  And if you look at this photo, for
17   example, can you see a line to the right and to the left
18   of the aircraft wing tips?
19   A    Do you mean this line of this aircraft?
20   Q    This line right here
21   A    Yes  I can see it
22   Q    And a similar line here  Do you see that?
23   A    Yes
24   Q    Am I correct that the width of the taxiway in
25   this photo extends from this line to that line; is that

Page 65

17 (Pages 62 to 65)

Yusuke Nishiguchi

1   correct?
2       A   It is hard to tell
3       Q   In your experience, flying into San Francisco
4   Airport, is there a line on either side of the taxiway
5   that demarks the distance of the taxiway, in other
6   words, the width?
7       A   There are lines
8       Q   And I know that it's not real bright in this
9   photo, but if you look at this line to the left, excuse
10  me, to the right of the aircraft -- and it's probably
11  clearer on the small picture you have there  You might
12  want to look at that -- if you go to the right of the
13  line I just pointed to, is that a service vehicle line?
14  In other words, is that the lane where trucks and
15  service vehicles drive at the airport?
16      A   I think so
17      Q   And if we look at the other side, to the left
18  of the wing, would there again be a service road beyond
19  the edge of the taxiway?
20      A   I can't tell just on the basis of this
21  photograph
22      Q   Do you have a recollection of whether there is
23  a service lane on the left in that area?
24      A   I do not recall
25      Q   You don't know one way or the other?

Page 66

1       A   I don't know
2       Q   Okay  Now, if you were to -- strike that
3           If you were taxiing the aircraft along the
4   centerline, is there any reason why you would want to
5   deviate from the centerline before reaching spot 10?
6           MR  TURNER: Objection as to form and
7   foundation and incomplete hypothetical
8           MR  TORPEY: Q  Take your time  That's okay
9       A   You ask me if there's any reason, but in the
10  world of space it is sometimes difficult to always keep
11  on the centerline, so at times there could be an
12  intentional shift from the centerline, or there could be
13  an unnoticed shift
14      Q   Have you ever had an occasion to make an
15  intentional shift while taxiing from the engine-start
16  line, along this line, in other words, intentionally not
17  following the centerline?
18          MR  TURNER: Are you specifically referring to
19  San Francisco International or just in general?
20          MR  TORPEY: Well, let me rephrase it
21      Q   I'll put it this way  Do you agree with me,
22  Mr Nishiguchi, that the reason that centerlines on
23  taxiways are painted and the reasons why pilots are
24  taught and required to follow the centerline with the
25  center of their aircraft, is because failure to do so

Page 67

1   could create a collision hazard between the aircraft and
2   another object or vehicle?
3       A   I think that is one of the reasons too
4       Q   Do you recall -- and don't guess if you don't
5   recall -- but if you do recall, do you
6   remember -- strike that
7           Let me show you what was marked yesterday as
8   Exhibit 6 and ask if you've seen that before
9       A   No
10      Q   If you'll take a look -- let me back up
11          I'll represent to you that Exhibit 6 is a
12  partial transcript of the cockpit voice recorder
13  prepared by ANA and submitted to the NTSB as part of
14  their investigation materials submitted to the NTSB.
15          Have you ever, by the way, Mr Nishiguchi,
16  ever listened to the cockpit voice recording after this
17  accident?
18      A   No
19          MR  TURNER: I just want to make a comment
20  that I am not sure that Mr Torpey's representation is
21  accurate  In fact, I don't think it's accurate, but
22  he's making that representation here
23          It's his question, but I want the witness to
24  know that I do not necessarily agree with his statement
25  This is a transcript of the cockpit voice recording

Page 68

1   prepared by ANA
2           MR  TORPEY: Well, that's a speaking objection
3   and that's not proper, and I'd ask you not to do that
4   again
5           Before we continue, Counsel, can we have an
6   agreement that all objections whether to form, 
7   foundation or anything else are preserved so that you
8   don't have to interrupt my cross-examination of this or
9   the witness tomorrow
10          MR  TURNER: We have federal rules that all
11  objections except as to form are reserved to the time of
12  trial, and I'll make my objections as to form  But this
13  was not an objection to the question  This was an
14  objection to your misrepresentation
15          MR  TORPEY: I'm asking you whether you'll
16  stipulate that we can preserve all objections including
17  form and foundation so that you won't have to raise them
18  any further in this deposition or the deposition
19  tomorrow
20          MR  TURNER: We'll see as we go along
21          MR  TORPEY: I need the stipulation now or say
22  no
23          MR  TURNER: No
24          MR  TORPEY: No  Okay
25      Q   Mr Nishiguchi, let me have you look at

Page 69

18 (Pages 66 to 69)

Yusuke Nishiguchi

1  Exhibit 6, and you'll see in the center it says ramp com
2  time  Do you see that column?
3     A   Yes
4     Q   It says there that at 11:53:51 through 57, it
5  says, Nippon 007, you are cleared to spot 10  Do you
6  see that?
7     A   Yes
8     Q   Now, you were not the communicating pilot;
9  correct?
10    A   No
11    Q   Were you paying attention to what was being
12  said by the communicating pilot to ramp control or from
13  ramp control to the communicating pilot?
14    A   Yes
15    Q   Was there some type of a speaker, if you will,
16  in the cockpit so that even though you weren't the
17  communicating pilot, you could hear the transmissions
18  from ramp control to your flight deck?
19    A   Yes
20    Q   As you sit here today, do you have any
21  recollection of any of the -- without looking at the
22  transcript that I've shown you --- do you have any
23  independent recollection of any communications, in other
24  words, things that were said by ramp control to your
25  aircraft or your aircraft to ramp control, at any time

Page 70

1  prior to the impact?
2     A   I recall you're cleared to spot 10
3     Q   Anything else that you recall other than that,
4  or is that all you independently recall at this point?
5     A   This is four years ago, so I have forgotten
6     Q   And with regard to -- we're looking at the
7  aircraft here on Exhibit 5  With regard to where your
8  airplane was, in other words, where it was between the
9  start line and spot 10, where it was when that
10 discussion at 11:53:51 through 57 took place, I take it
11 you don't really recall that either
12    A   This took place when taxiing began
13    Q   Okay  So would the area where the airplane is
14 shown on Exhibit 5 be about the spot you're referring to
15 when that communication took place?
16    A   I don't know for sure
17    Q   Does it appear to be approximately the
18 location as you recall?
19    A   We need the clearance before we begin taxiing,
20 and so this would have happened before we began taxiing,
21 so that would be the approximate location
22    Q   With regard to other transmissions that are
23 reflected in Exhibit 6 that took place after the
24 clearance to spot 10, can you tell us, if you recall at
25 this point, do you recall where along the taxi route

Page 71

1  between the start line and spot 10 you were when any of
2  the other communications took place, or do you not
3  recall it at this point?
4        MR TURNER:  Objection as to form
5        THE WITNESS:  I do not recall
6        MR TORPEY:  Q  Mr Nishiguchi, let me ask
7  you, with regard to the -- did you ever see a transcript
8  of the cockpit voice recorder at any time?
9     A   No, I haven't
10       MR TORPEY:  Could I see that exhibit  Thank
11 you
12    Q   Now, you said you were promoted to captain
13 Is there a potential promotion to another level, and if
14 so, what would be the next level for you?
15    A   I don't think there is any
16    Q   Let me show you another photograph  In fact,
17 let's mark it  I don't think it's been marked
18       Before we do that, do you remember as you were
19 taxiing from the engine-start line, do you recall
20 whether you were at all times looking outside the
21 cockpit windows or for some reason would you
22 occasionally be looking down or somewhere other than
23 looking outside during that taxi period on October 7 of
24 '03?
25       MR TURNER:  Objection as to form

Page 72

1        THE WITNESS:  I have forgotten
2        MR TORPEY:  Q  Okay  Fair enough  How tall
3  are you, sir?
4     A   175 centimeters
5     Q   With regard to your --- strike that
6        Do you recall if -- on October 7, 2003, do you
7  recall the very first moment that you saw the United
8  aircraft that you ultimately collided with?  Do you
9  recall if it was at the gate or had it been already
10 started to push back or do you recall at all?
11       MR TURNER:  Objection as to form
12       MR TORPEY:  Let me withdraw  Let me
13 withdraw  I'll withdraw the question  Why don't we
14 mark this
15       THE VIDEOGRAPHER:  Counsel, can I change tape
16 while you do this
17       MR TORPEY:  Yeah  That's a good time to do
18 that
19       (Whereupon, Exhibit 10 was marked for
20       identification )
21       (Recess taken )
22       THE VIDEOGRAPHER:  Here begins Videotape 3 in
23 the deposition of Yusuke Nishiguchi  Coming back on the
24 record  The time is 2:40  Please begin
25       MR TORPEY:  Q  Mr Nishiguchi, let me show

Page 73

19 (Pages 70 to 73)

Yusuke Nishiguchi

1  you what was marked as Exhibit 10 which we also have up
2  on the screen  And if you look at the bottom of the
3  photograph, it says ANA 001058  Do you see that?
4      You see next to the exhibit sticker, ANA?  You
5  see that?
6      A   Yes
7      Q   Okay  Let me pull this back  That,
8  Mr Nishiguchi, is a photograph that was provided to us
9  by counsel for ANA in what's called the Rule 26
10  disclosure
11      And so you understand, sir, that is a document
12  that was prepared not by us but provided by -- provided
13  to us by ANA or at least their counsel  Do you
14  understand that?
15      A   Yes
16      Q   And you see at the bottom of the photograph it
17  says, figure 3, first possible direct line of sight from
18  UA 809  Do you see that?
19      A   Yes
20      Q   Now, you see this line here, this black line?
21      A   Yes
22      Q   If this is your aircraft on October 7; 2003,
23  and this is United 809 on that same date -- strike that
24      Let me start over  You see there's a line
25  drawn between the cockpit of this aircraft, which is

Page 74

1  United's view of your aircraft taxiing up along the
2  centerline; correct?
3      A   Well, since that isn't me, I don't know
4      Q   Okay  Well, looking at the photograph, does
5  it appear from the photograph as the line is drawn that
6  the crew of the United Airlines would be able to see
7  past the tail and see your aircraft in that drawing?
8      A   I don't know
9      Q   Well, let me do this  Let me do something
10  that this picture also shows  Well, there's a line
11  drawn from the cockpit of the United aircraft to the --
12  or I should say from the tip of the United aircraft to
13  the tip of your aircraft
14      It would be fair to say that you really can't
15  tell whether you or the United aircraft or either could
16  see each another at that point because this green
17  airplane is positioned at the gate in the middle between
18  you; correct?
19      A   Right
20      Q   Let me ask you a different question  If we
21  were to draw a line from the cockpit, which would be
22  approximately -- this is approximately the cockpit in
23  the ANA aircraft on this photograph true?  About where
24  my pen is
25      A   Yes

Page 76

1  represented to be the ANA aircraft that you were the
2  pilot of, and the United aircraft flight 809  You see
3  that line?
4      A   Rather than the cockpit it looks like the
5  nose
6      Q   Well, the cockpit is very close to the nose,
7  isn't it?
8      A   Yes
9      Q   If ANA's representation is correct that this
10  is the location for the first possible direct line of
11  sight from UA 809 to the nose of your aircraft, would
12  you agree with me that it would also be the first
13  possible direct line of sight from the nose of your
14  aircraft to the nose of the United aircraft?
15      A   This is just a line  Because of obstacles
16  such as that green airplane in the middle, I'm not sure
17  if it was the first time that it was possible to see the
18  other aircraft
19      Q   All right  So that would apply both to United
20  and to ANA; correct?
21      A   Yes
22      Q   Okay  So in other words, if the United crew
23  is here in the cockpit looking to their right, the tail
24  of this parked green airplane that's in between the
25  United aircraft and your aircraft could be blocking

Page 75

1      Q   And this is the tail of the United aircraft;
2  correct?
3      A   Yes
4      Q   And this is the wing structure from the United
5  aircraft; correct?
6      A   Yes
7      Q   And this is the fuselage of the United
8  aircraft; correct?
9      A   Yes
10      Q   And the vertical tail, there is a big fin that
11  goes up vertically here; correct?
12      A   Yes
13      Q   Now, even if you and/or the United crew cannot
14  see each other in terms of the nose, if you are looking
15  from your right-hand seat at the United aircraft, you
16  would be able to see the tail and the wings of the
17  United aircraft; correct?
18      A   I do not recall
19      Q   Well, I'm not asking you if you recall at the
20  moment  Let's do this  All right  Let's draw
21  hypothetically a different line  If you draw a line --
22  I don't want to cover that up  Okay  Let's say I draw
23  a line from the nose of the ANA aircraft to the United
24  aircraft  Do you see that?
25      MR TURNER: Can I ask you, Mr Torpey, have

Page 77

20 (Pages 74 to 77)

Yusuke Nishiguchi

1 you done that on the marked exhibit?
2        MR TORPEY: That is the marked exhibit,
3 correct
4        MR TURNER: So let the record reflect that
5 Mr Torpey has just drawn that line on the marked
6 Exhibit 10
7        MR TORPEY: I think the video will reflect
8 that
9        MR TURNER: I'd like the transcript to
10 reflect it
11        MR TORPEY: Q You see the line that has
12 been drawn approximately from the center to the forward
13 wing position of the cockpit of the ANA aircraft? Do
14 you see that?
15        A   Yes
16        Q   Now, if you were seated in the right-hand seat
17 of this aircraft, you should be able to see the wings of
18 the United aircraft when your aircraft is at that
19 position?
20        A   That is not so
21        Q   And why not?
22        A   The line may be there, but the actual
23 situation would be different
24        Q   What do you mean the actually situation would
25 be different?

Page 78

1 representation as -- strike that
2        Do you believe that if your aircraft was at
3 the position that's reflected in this photograph and the
4 United aircraft was at the position that's reflected in
5 this photograph, do you believe that you could --
6 sitting in the right-hand seat of your aircraft, see the
7 tail of the United aircraft?
8        A   I don't know
9        Q   Okay  Fair enough  Let me ask you -- let me
10 turn for a moment to something else
11        With regard to -- I think we covered that
12 With regard to -- hang on  Excuse me  Let me show you
13 one other exhibit I don't think we marked
14        Now, during the taxi -- let's mark this
15        (Whereupon, Exhibit 11 was marked for
16        identification )
17        MR TORPEY: Q Before we get into that, do
18 you recall whether the United aircraft when you first
19 saw it while taxiing on October 7, 2003, was stopped or
20 was moving?
21        THE INTERPRETER: Can you give me that
22 question, please
23        (Record read by the reporter )
24        THE WITNESS: I do not recall at this time
25        MR TORPEY: Q Now, do you remember, if you

Page 80

1        A   There could have been other obstacles  On
2 this photograph it would seem that it is possible to
3 have that view along that black line, but, in fact,
4 there could have been other things
5        Q   Well, let's just assume that this photograph
6 produced by ANA accurately reflects the scene that
7 existed on October 7, 2003, when your aircraft was at
8 that position  Do you understand me so far?
9        A   Yes
10        Q   And I understand you don't remember the scene
11 that day, but if this photograph accurately represents
12 the situation as existed on October 7, 2003, when your
13 aircraft was at that position, then you would have had a
14 sight line from your aircraft to the forward wing
15 position of the United aircraft; correct?
16        A   No
17        Q   Why would you not have had a sight line from
18 your cockpit to the forward wing position if this is an
19 accurate representation of the scene on October 7, 2003?
20        A   This is an aerial photograph taken from above,
21 but on land the situation would be different
22        Q   How would it be different?
23        A   I think it would be totally different  The
24 view would be radically different
25        Q   So you're saying that this is not an accurate

Page 79

1 recall, the last time you looked at the United aircraft
2 prior to the impact, whether it was stopped or moving?
3        A   It was moving  But we are moving to, so it is
4 hard to tell
5        Q   But it was -- the United aircraft definitely
6 was moving; correct?
7        A   As I just said, we are moving too, but it
8 looked like it was moving
9        Q   Did you ever -- strike that
10        MR TORPEY: Could you read back my question
11 that he answered  I just want to have that again
12        (Record read by the reporter )
13        MR TORPEY: Okay  That's fine
14        Q   Let me ask you to look at Exhibit 11, which I
15 think you have in front of you; correct, sir?
16        A   Yes
17        Q   Have you ever had a chance to read that
18 statement before
19        A   Yes
20        Q   When did you last read it?
21        A   I do not recall
22        Q   Have you read it in the last couple of days
23 since you've been here or last day?
24        A   I do not recall
25        Q   When was the last time you talked to

Page 81

Yusuke Nishiguchi

Page 82

```
 1   Mr Yamaguchi?
 2       A   Yesterday
 3       Q   And where was that at?
 4       A   At the Hilton Hotel
 5       Q   Okay  Were you staying at the same location
 6   as he?
 7       A   Yes
 8       Q   And what did you two discuss?
 9       A   I do not recall specifically
10       Q   All right  Now, let's turn to the statement,
11   Exhibit 11  Do you remember giving a statement and
12   having it typed out?
13       A   I don't know if it was typed out
14       Q   Do you know who took this statement from you?
15       A   I do not know the name, but it was someone
16   from the company
17       Q   From ANA?
18       A   Or some governmental authority from the U S
19   I don't recall which
20       Q   When did you go back to Japan after this
21   October 7, 2003 incident?
22       A   I think it was the day after or two days after
23   the incident
24       Q   Did someone have a tape recorder and take the
25   statement from you?
```

Page 83

```
 1       A   I have forgotten
 2       Q   Now, if you look at the second page of
 3   Exhibit 11, is that your signature?
 4       A   Yes, I think so
 5       Q   Do you recall whether there was any prior
 6   drafts that you reviewed before you signed that
 7   statement?
 8       A   I have forgotten
 9       Q   Do you know whether there were any other
10   statements that you were asked to sign or review in
11   addition to the one that you signed here and we marked
12   as Exhibit 11?
13       A   I do not know
14       Q   With regard to this statement, which is dated
15   October 8, 2003, would it be fair to say that -- strike
16   that
17           This statement, Exhibit 11, has a date of
18   October 8, 2003  Do you see that?
19       A   Yes
20       Q   And so this statement by you would have been
21   provided on or before — strike that
22           The statement would have been provided by you
23   either on October 7 or no later than October 8, 2003,
24   since it's dated October 8, 2003?  Is that a fair
25   statement?
```

Page 84

```
 1       A   Yes
 2       Q   Let's look at that statement  And if you look
 3   at -- it says Dear Mr Mckenny, and you look to the
 4   second paragraph underneath That it says that you as the
 5   first officer seated in right-hand seat, your duty was
 6   pilot flying  You see that?
 7       A   Yes
 8       Q   And underneath that you see some time
 9   references, 18:48, 18:55, 19:30  Do you see that?
10       A   Yes
11       Q   Do you know who provided those time references
12   for inclusion on this statement?
13       A   I do not have a clear recollection, but it was
14   probably me.
15       Q   Okay  If it was you, do you know from what
16   information you would have gotten those times to provide
17   them?
18       A   Well, with the clock out, the log starts, so I
19   can tell the time that way
20           MR TORPEY:  Give me again, that answer
21           (Record read by the reporter )
22           MR TORPEY:  Q   What are you referring to as
23   the clock and the log?
24       A   I didn't say log  The clock is the clock in
25   the aircraft
```

Page 85

```
 1       Q   Is that the Hobbs?
 2       A   I don't know what you mean by that
 3       Q   Describe for me what the clock is you're
 4   referring to from which you got the information that is
 5   on this exhibit
 6       A   There is a clock that has a diameter of about
 7   10 centimeters on the aircraft
 8       Q   Well, what does that clock do?  Just tells you
 9   the time of day, or does it tell you something about the
10   operation of the aircraft, or what does it do?
11       A   It serves several functions  It shows UTC in
12   the time sequence, it also works as a stopwatch  It
13   also tells us the Japan time, and it also tells us the
14   day according to the western California
15       Q   What is 18:48?  What is that referring to?  Is
16   that Japan time?
17       A   No  I think it is UTC
18       Q   Do you know for sure, or are you guessing at
19   this point?
20       A   I am sure
21       Q   Now, after the impact, how long was it that
22   you and the others were in the aircraft before it was
23   towed back and you deplaned?
24       A   I do not remember
25       Q   Did you ever go back in the plane -- I should
```

Yusuke Nishiguchi

1  say, when was the next time you went back into that
2  particular aircraft following this collision?
3      A  I do not remember
4      Q  I take it you did not go back in the aircraft
5  before you went back to Japan following this collision?
6      A  Maybe we had left our flight bags onboard, so
7  we might have returned to retrieve the bags
8      Q  But only for a few minutes to get the bags,
9  not to do anything else?
10     A  I do not have a clear recollection
11     Q  When you say you do not have a clear
12  recollection, does that mean you have no recollection?
13     A  I'm saying that I might have returned to
14  retrieve my bag, but that is not certain
15     Q  So when you use the term in this deposition
16  that you don't have a clear recollection, what you're
17  saying is you really don't know, you really would be
18  guessing; is that correct?
19     MR. TURNER:  Objection as to form
20     THE WITNESS:  No  That is not so
21     MR. TORPEY:  Q  Okay  What do you mean by
22  you do not have a clear recollection?
23     A  That is precisely what I mean
24     Q  Okay  Well, I guess I'm not sure what you
25  mean  Let's start over

Page 86

1      What does it mean in your mind that you do not
2  have a clear recollection?
3      A  It is just as I said
4      Q  When you don't have a clear recollection, is
5  that another way of saying you don't have an accurate
6  recollection?
7      A  No  That's different
8      Q  Okay  Then how is it different?
9      A  Whatever I recall accurately, I recall
10  accurately
11     Q  And if you don't recall it accurately, you
12  don't have a clear recollection?
13     A  I think the meaning is a little different
14     Q  Well, did you fly or deadhead back after this
15  accident?
16     THE INTERPRETER:  Can I have that question
17     (Record read by the reporter )
18     THE INTERPRETER:  I don't understand the
19  question
20     MR. TORPEY:  Q  When you returned to Japan
21  after the October 7, 2003 incident, did you return as a
22  flying member of a crew, or were you a deadheading
23  passenger back?
24     A  As a passenger
25     Q  During the time immediately after the

Page 87

1  collision and before you deplaned, was there discussion
2  between yourself and the other two pilots as to what
3  took place?
4      A  You mean after the collision?
5      Q  That's correct  Before you deplaned
6      A  Yes
7      Q  Now, there's a cockpit voice recorder in your
8  aircraft; correct?
9      A  Yes
10     Q  Referring to the one that was involved in the
11  collision?
12     A  Yes
13     Q  In order to power it up, does it work off of
14  battery power or an APU?  Or what's the power source for
15  that?
16     A  I'm not sure
17     Q  Let me ask you, did you go through any type
18  of -- after the accident, did you take any notes or --
19  you or the others in the cockpit -- were you writing
20  anything down before you deplaned?
21     A  I don't think I did
22     Q  What were you doing from the time of the
23  impact until you were towed back and then deplaned
24  What did you and the others do other than as you said
25  talked about what had happened?

Page 88

1      A  I did various things  For example, I did
2  tasks that I were assigned, and things that have to be
3  done to return to the terminal, so I did those things
4      Q  Tell me what those things are?
5      A  I think Captain Yamaguchi was making an
6  announcement
7      Q  To the passengers?
8      A  Yes
9      Q  And other than that, what else was done by you
10  or the others of the flight crew?
11     A  I can't recall everything, but I think I was
12  making contact with the cabin attendant also
13     Q  Other then making the announcement, the
14  captain that is, and you contacting the flight
15  attendant, what about with regard to the aircraft and
16  its systems?  What did you do, if anything?
17     A  I turned the AP in order to shut the engine
18  down
19     Q  What's the AP?
20     A  APU
21     Q  Auxiliary power unit?
22     A  Auxiliary power unit
23     Q  You turned that on and shut the engines off?
24     A  I probably shut down one of the engines, and
25  then turned the APU on, and when it came on, I then

Page 89

Yusuke Nishiguchi

| | |
|---|---|
| 1 turned the other engine off | 1 you taxied prior to the impact in the navigation log; |
| 2 Q Okay Do you remember which engine you shut | 2 correct? |
| 3 down first? | 3 A No What I recorded was the block-out time |
| 4 A Probably it was the right engine | 4 Q Was the what time? |
| 5 Q Were you following a checklist in doing your | 5 A Blocked out time |
| 6 shutdown procedures? | 6 Q What does blocked out time mean? Oh, I'm |
| 7 A There is no engine-shutdown checklist | 7 sorry 18:48 was the time that you were released from |
| 8 Q With regard to the cockpit voice recorder, do | 8 the gate; is that correct? |
| 9 you know if there is a tape or a CD or what is the | 9 A Yes |
| 10 mechanism in the cockpit voice recorder that's used to | 10 Q Looked out means simply they removed the |
| 11 record the transmissions or the discussions? | 11 chalks from the wheels; correct? |
| 12 A I do not know about that Clearly | 12 A Yes |
| 13 Q Let's go ahead and look at your statement, | 13 Q Now -- I'm sorry Go ahead |
| 14 which is Exhibit 11, unless you want to take a break | 14 A That is the time that the aircraft began to |
| 15 MR TURNER: We have been going close to an | 15 move as it is towed by the towing car |
| 16 hour and a half It probably would be appropriate to | 16 Q And you would have written that down in the |
| 17 take a break | 17 nava- -- you or Mr Yamaguchi would have written that |
| 18 MR TORPEY: You want to take a break? | 18 down in the navigation log; correct? |
| 19 MR TURNER: Yes | 19 A Yes |
| 20 THE VIDEOGRAPHER: Going off the record The | 20 Q Now, the next reference on Exhibit 11 is 1855 |
| 21 time on the monitor is 3:28 p.m. | 21 You see that? |
| 22 (Recess taken ) | 22 A Yes |
| 23 THE VIDEOGRAPHER: Coming back on the record | 23 Q Would that be the point at which you started |
| 24 The time on the monitor is 3:44 Please begin | 24 the taxi? |
| 25 MR TORPEY: Q Mr Nishiguchi, the | 25 A Yes |
| Page 90 | Page 92 |

| | |
|---|---|
| 1 statement, Exhibit 11, if you would look at that again | 1 Q And you start the taxi when you are at the |
| 2 A Yes | 2 engine-start line; correct? |
| 3 Q We had talked before the break about those | 3 A Yes |
| 4 time references like 18:48, and that that was, you | 4 Q And the final time on the statement 19:30 is |
| 5 believed, times that you personally provided to the | 5 when you were towed back and actually back at the gate |
| 6 person taking the statement and that those times were | 6 in the chalks or the blocks? |
| 7 UTC times from the clock on the aircraft Is that a | 7 A Yes |
| 8 correct characterization of your testimony? | 8 Q Now, if you look at 18:55, do you see that? |
| 9 A Yes | 9 A Yes |
| 10 Q Now, as you were taxiing before the impact, | 10 Q It says started taxi then contacted ground |
| 11 you had no reason to write down -- look at the clock and | 11 with 121.8 And then it goes on to give a number of |
| 12 write down what time events were occurring, and in fact | 12 subparts, clearance, talks about during the taxi |
| 13 you did not do that; correct? | 13 something happened, approaching spot 10 In fact, there |
| 14 A Ordinarily, I do write it down | 14 are one, two, three, four, five lines under the time |
| 15 Q Okay Where would that information be written | 15 reference of 18:55 where you started to taxi |
| 16 down? | 16 Do you see that? |
| 17 A There's a navigation log that we receive | 17 A Yes. |
| 18 through the dispatch, and that is where I would write it | 18 Q The time that you did each of those subparts, |
| 19 down | 19 the time after 18:55, that you do not know; correct? |
| 20 Q And that navigation log would have been a | 20 A Right |
| 21 document that you would have had with you on that | 21 Q Let's talk about the subparts under 18:55 At |
| 22 airplane on October 7 of 2003? | 22 least with regard to the first one, it says here, |
| 23 A I'm not sure it was me It was either | 23 started taxi, then contacted ground with 121.8 That |
| 24 Mr Yamaguchi or myself | 24 would have been a different frequency than the frequency |
| 25 Q But either way it would have been written as | 25 that is used to communicate with ramp control; is that |
| Page 91 | Page 93 |

24 (Pages 90 to 93)

Yusuke Nishiguchi

1  correct?
2      A    Yes
3      Q    If you go to the next one it says clearance
4  was, and then in a bracket it says, taxi to RWY28L   Do
5  you see that discussion?
6      A    Yes
7      Q    Do you know why that information, some of it
8  is in a bracket?
9      A    I think I was so instructed, so I wrote it
10  this way
11      Q    Do you know why you were instructed to write
12  it that way?
13      A    I believe that the portion in the brackets is
14  a quote from the ground
15      Q    Oh, okay  Understood  So if looking at your
16  statement, Exhibit 11, anything that's in brackets you
17  believe to be a quote from a source other than yourself;
18  is that correct?
19      A    Yes  It is a direct quote from the source
20      Q    Now, the parts that are not in brackets, that
21  would be the information taken from you; correct?
22      A    No  This is an English translation of my
23  statements
24      Q    I understand that  But the language that's
25  not in brackets would have been provided by you, albeit

Page 94

1  in the Japanese language, and then translated into
2  English, and now appearing on Exhibit 11; is that
3  correct? Let me rephrase it
4         I guess another way to put it is, would it be
5  fair to say that anything on Exhibit 11 under the time
6  reference 18:48 or 18:55 that is not in brackets, would
7  have been information taken from you, in other words,
8  they're your words translated from Japanese to English?
9      A    Yes
10      Q    Let's look under 18:55 where it says here
11  during the taxi I continually -- I continuously
12  maneuvered the nose gear on the yellow line except for
13  the very last part
14         And then the next line says, approaching
15  spot 10, I saw a UAL B777 starting pushout then slowed
16  taxi speed and at the same time deviated to left side of
17  the yellow line for additional clearance to the UAL B777?
18      A    Yes
19      Q    You say then slowed taxi speed  You're
20  referring to your aircraft, the ANA aircraft; correct?
21      A    Yes
22      Q    And at the same time deviated to the left side
23  of the yellow line for additional clearance to the UAL
24  B777  Again the deviation to the left you're referring
25  to is a deviation to the left of your aircraft, you

Page 95

1  performed a deviation to the left of center; correct?
2      A    No
3      Q    What are you referring to when you say
4  deviated to the left side of the line for additional
5  clearance to the UAL B777?
6      A    Since I saw the UAL B777 to the right, I
7  deviated to the left side of the yellow line a little
8      Q    Okay  And what was the reason that you
9  deviated -- strike that
10         Was the reason that you slowed and deviated to
11  the left of the yellow centerline -- strike that
12         You say that you slowed and deviated to the
13  left of the yellow line for additional clearance  What
14  did you mean by additional clearance?
15         MR. TURNER:  Objection as to form and
16  foundation
17         THE WITNESS:  I'm talking about the clearance
18  or space between the UA aircraft
19         MR. TORPEY:  Q    The space between your
20  aircraft and the United aircraft, is that what you're
21  talking about when you said you deviated from the yellow
22  line for additional clearance?
23      A    The yellow line means centerline of the
24  taxiway, and clearance refers to the space between the
25  two

Page 96

1      Q    Clearance refers to the space between the
2  centerline on the taxiway and the United aircraft?  Is
3  that what you're saying?
4      A    I don't understand
5      Q    By deviating, in other words, turning your
6  aircraft to the left of the centerline, by doing that,
7  you were attempting to create a greater space or
8  clearance, as you call it, between your aircraft and the
9  United aircraft; true statement?
10      A    The clearance means that, but I didn't turn to
11  the left
12      Q    You inputted a heading change to the left of
13  the centerline; correct?
14      A    No
15      Q    Now, did you maneuver -- what did you do to
16  deviate -- strike that
17         What did you do in terms of your piloting the
18  aircraft to direct it to go, as you recall it, deviate
19  to the left side of the yellow line  What did you do?
20      A    Without any big input, the aircraft can
21  deviate a little to the left
22      Q    Sir, as the flying pilot that day, what
23  control inputs did you impart on that aircraft to make
24  the heading change to deviate to the left of the yellow
25  line?

Page 97

25 (Pages 94 to 97)

Yusuke Nishiguchi

1  A  I do not have a clear recollection
2  Q.  Do you have any recollection?
3  A.  Even if one follows the centerline, the
4  aircraft can deviate several centimeters to the left
5  And so it was that degree  The nose gear is about 5
6  meters below me, so I just have a sense of trying -- of
7  trying to go along the centerline, but one doesn't know
8  specifically
9  Q.  Could you hand me that exhibit, please
10  Mr Nishiguchi, let me ask you once again
11  A  Yes
12  Q  If you look at your statement, it says here
13  you deviated to the left side of the yellow line for
14  additional clearance to the UAL 777, and it says that
15  you did that as you slowed the taxi speed, or at the
16  same time that you slowed; correct?
17       MR TURNER: Objection is to form and
18  foundation
19       MR TORPEY: Let me rephrase  I'll restate
20  it
21  Q  It says in your statement here that as you
22  approach spot 10, you saw the United aircraft start to
23  push out  You stated earlier that you slowed taxi
24  speed, being your aircraft, and in your statement you
25  say at the same time you deviated to the left side of

Page 98

1  the yellow line for additional clearance to the UAL
2  Boeing 777
3       Is that still a true statement, sir?
4  A  This is what I said at that point in time
5  Q  And at that point in time, that was at most a
6  day after the accident; correct?
7  A  I'm not sure
8  Q  Well, you're not sure  But the accident
9  happened on October 7, and this statement is dated
10  October 8, isn't it, Mr Nishiguchi?
11  A  Yes.
12  Q  Would it be fair to say that since today is
13  November 28, 2007, and since this accident happened on
14  October 7, 2003, that your recollection would certainly
15  have been better on October 8 of 2003 than it is today
16  Fair statement, sir?
17  A  Yes
18  Q.  Now, in your statement, which you signed, you
19  understand that this was a statement that was provided
20  to the National Transportation Safety Board, that's the
21  U S government investigation arm that investigated this
22  collision at San Francisco Airport
23       You understood that; right?
24  A  Yes
25  Q  And in that statement that you signed and

Page 99

1  provided to the NTSB, you say that you slowed taxi speed
2  and at the same time deviated to the left side of the
3  yellow line for additional clearance to the UAL Boeing
4  777
5       What was your reason for slowing and at the
6  same time deviating to the left for additional
7  clearance? What was the reason you felt you needed to
8  do that?
9  A  Well, there was an aircraft that was pushing
10  back from nowhere  I saw this aircraft, so I
11  reflexively, should I say, deviated to the left of the
12  centerline  I felt that by applying the brakes I could
13  see better
14       MR TORPEY: Was the word reflexively?
15       THE INTERPRETER: Uh-huh
16       MR TORPEY: Q  Mr Nishiguchi, as the flying
17  pilot of the aircraft that day --
18       THE INTERPRETER: Excuse me  Reflex action
19  As a reflex action may be better
20       MR TORPEY: Q  Could you restate the answer
21  then using the correct terminology, please
22       THE INTERPRETER: Yes
23       THE WITNESS: Well, I saw another aircraft
24  pushing back from nowhere to the right  I saw this
25  aircraft, and so as a reflex action, I deviated to the

Page 100

1  left to the centerline -- to the left of the centerline
2  I thought that if I applied the brakes, I would be able
3  to see better
4       MR TORPEY: Q  Was there a discussion within
5  the cockpit before you slowed and deviated to the left
6  about your doing that, in other words, before you did
7  it, was there a discussion about doing that?
8  A  I do not recall
9  Q  You don't recall one way or the other?
10  A  I do not recall whether or not there was a
11  discussion
12  Q  Would you agree with me, if there was a
13  discussion, that your decision was not a reflex action
14  but an intentional decision to slow and turn -- slow and
15  deviate to the left?
16       MR TURNER: Objection as to form and
17  foundation
18       MR TORPEY: Let me just restate the question
19  in light of the objection
20  Q  Mr Nishiguchi, if it's shown in this case
21  that there was, in fact -- was, in fact, discussion
22  within the cockpit before you slowed and deviated to the
23  left, discussion about your doing that, would you agree
24  with me that it was not a reflexive action but rather a
25  conscious decision by you to slow and deviate to the

Page 101

26 (Pages 98 to 101)

Yusuke Nishiguchi

1  left?
2       MR TURNER: Objection as to form and
3  foundation
4       THE WITNESS: That was a long question, and I
5  don't understand it
6       MR TORPEY: Q  What did you mean by a
7  reflexive action when you testified earlier?
8    A  Rather than a reflex action, I would say it is
9  a commonsensical action  The object is to the right, so
10  no one would go to the right
11     Q  And the reason, if we get back to this
12  statement, the areas -- back up
13     You had 155 passengers on your aircraft on
14  October 7 of 2003; correct, sir?
15    A  I do not know what the number was  I have
16  forgotten
17     Q  You had passengers on your aircraft when you
18  taxied on October 7 of 2003; correct, sir?
19    A  Yes
20     Q  And you have crew members including yourself
21  obviously; correct?
22    A  Yes
23     Q  And you were departing for a long flight to
24  Japan; correct?
25    A  Yes

Page 102

1     Q  And you were fully loaded with jet fuel;
2  correct?
3    A  No
4     Q  You did not take on fuel to fly over the ocean
5  from San Francisco to Japan?
6       MR TURNER: Objection as to form and
7  foundation
8       THE WITNESS: It wasn't fully loaded
9       MR TORPEY: Q  You had sufficient jet fuel
10  on your aircraft in order to fly from San Francisco to
11  Japan; correct, sir?
12    A  Naturally there was fuel, but it wasn't a full
13  tank
14     Q  Jet fuel is very flammable or an explosion
15  hazard; correct?
16    A  Fuel is flammable, but I don't know if it was
17  explosive
18     Q  As a pilot for ANA, do you believe a safety
19  hazard would exist to passengers if there was fuel
20  spilling out of an aircraft as the aircraft was taxiing
21  Could that pose a safety hazard to passengers and the
22  aircraft?
23       MR TURNER: Objection to form and foundation
24  and an incomplete hypothetical
25       THE WITNESS: Are you saying that the fuel

Page 103

1  spilled out?
2       MR TORPEY: Q  That wasn't my question
3       Mr Nishiguchi, as the flying pilot of the ANA
4  aircraft on October 7 of 2003, with fuel on that
5  aircraft and passengers and crew on that aircraft, isn't
6  it true, sir, that when you saw the United aircraft, the
7  reason you say in your statement to the NTSB that you
8  slowed and at the same time deviated to the left for
9  additional clearance, was because you perceived there
10  was a potential collision hazard with that United
11  aircraft?
12     Isn't that a true statement?
13       MR TURNER: Objection as to form and
14  foundation
15       THE WITNESS: No  That situation happens
16  frequently, so I did not state that I made that move for
17  that particular purpose  I did not have a perception of
18  a collision  I did not think that there was a
19  possibility of collision  I was talking about a
20  situation that is quite ordinary
21       MR TORPEY: Q  Now, Exhibit 11, when you
22  signed it, was that a true and accurate statement as
23  written?
24    A  Yes, I believe so
25       MR TORPEY: Let's take a five-minute break

Page 104

1       THE VIDEOGRAPHER: Going off the record  The
2  time on the monitor is 4:28 p m
3       (Recess taken )
4       THE VIDEOGRAPHER: Coming back on the record
5  The time on the monitor is 4:37
6       MR TORPEY: Marshall, do you have additional
7  documents you're producing in response to our deposition
8  notice today?
9       MR TURNER: This witness brought with him his
10  certificates  Here's a copy  And I have redacted
11  training records  Is there an agreement that these
12  documents will be subject to the confidentiality order
13  in the form directed by Judge LaPorte
14       MR TORPEY: As I've said many times before, I
15  have no problem with that
16       MR TURNER: I'd like to see it at some
17  time --
18       MR TORPEY: I can provide it, if you want --
19  if you have more time and you want to take a crack at
20  it, you can send it to me  You can --
21       MR TURNER: The judge didn't order me to; she
22  ordered you to
23       MR TORPEY: She didn't have a deadline, so we
24  can discuss that
25       MR TURNER: You can wait forever if you want

Page 105

27 (Pages 102 to 105)

Yusuke Nishiguchi

| | |
|---|---|
| 1 MR TORPEY: Let's see what else you have | 1 certificate And next certification number is written |
| 2 MR TURNER: These are the training records, | 2 Q Just tell me the nature of the documents I |
| 3 two pages, last column and second from last column are | 3 don't need you to go through all the information on |
| 4 blacked out, redacted | 4 them |
| 5 Just ask the witness, is this his employee | 5 A The next is a document called ratings and |
| 6 number on the upper right-hand corner? | 6 limitations And the other side of that card is the |
| 7 THE WITNESS: Yes | 7 next page |
| 8 MR TORPEY: Can you tell us what's | 8 And this next copy is a copy of the aviation |
| 9 rediscussed and why you redacted it? | 9 English language proficiency certification, and the next |
| 10 MR TURNER: Those contain comments, personal | 10 page is a copy of the aviation medical examination |
| 11 information, and we consider that to be confidential and | 11 certificate And a copy of the other side |
| 12 subject to the Japan act for the protection of personal | 12 And the next page is a copy of my aviation |
| 13 information And as mentioned by Mr Yamaguchi | 13 radio communication license And the next page is my -- |
| 14 yesterday, we have obtained a copy of the modification | 14 is the page giving the scores of my various |
| 15 to, I think his term was, a document in the routing | 15 examinations, and the next page is a continuation of |
| 16 manual after the accident, which I do not think is | 16 that And typically there is the airport briefing of |
| 17 admissible, but it is possibly discoverable | 17 San Francisco Airport |
| 18 So this is one page dated on the upper | 18 Q The airport briefing document that you just |
| 19 left-hand corner 17 October '03, airport briefing, | 19 mentioned, is that part of the routing manual? |
| 20 San Francisco, California | 20 A Yes |
| 21 MR TORPEY: So let me get this straight | 21 Q And is that a manual that would have been on |
| 22 You're giving us today one page of the routing manual | 22 the 777 aircraft on October 7 of 2003? |
| 23 that was asked for previously? | 23 A I do not have a clear recollection This |
| 24 MR TURNER: I don't recall the routing manual | 24 could have changed |
| 25 ever being asked for | 25 Q Would there have been a routing manual -- if |
| Page 106 | Page 108 |
| 1 MR TORPEY: I see So the document you're | 1 that page didn't come from the one that was on the |
| 2 giving me is one page from the routing manual? | 2 aircraft on October 7 of 2003, would there have been a |
| 3 MR TURNER: That's what Mr Yamaguchi | 3 routing manual on the aircraft on that date? |
| 4 yesterday described as the document in the routing | 4 A I had the most recent and the to-date |
| 5 manual | 5 effective manual at that time |
| 6 MR TORPEY: For the record, that one says at | 6 Q The question though, sir, is, was there a |
| 7 the top, Airport Briefing 1, dated 17 October of '03 | 7 routing manual on your aircraft on the day of this |
| 8 Do you have any other documents you're | 8 accident? |
| 9 producing today? | 9 A The three people who had route manuals were |
| 10 MR TURNER: No | 10 onboard, so as a result it would mean that the route |
| 11 MR TORPEY: Let me mark -- I don't have a | 11 manuals were onboard |
| 12 copy of that Apparently you have some documents that | 12 Q The information that's blacked out, what kind |
| 13 you redacted I don't have a copy of that. | 13 of information is that, do you know? |
| 14 Let me mark all the documents that were just | 14 A I do not know And at the top it is written |
| 15 produced as Exhibit 12 | 15 overall findings, and that's about me |
| 16 (Whereupon, Exhibit 12 was marked for | 16 Q Did anyone ask you whether you agreed to |
| 17 identification ) | 17 release that information to us? |
| 18 MR TURNER: May I see it, please | 18 A No |
| 19 MR TORPEY: Q Mr Nishiguchi, let me show | 19 Q And do you have any problem with us getting |
| 20 you what was marked as Exhibit 12, which is all the | 20 copies of those documents without all the lines blacked |
| 21 documents that your counsel handed to me that he was | 21 out? |
| 22 producing today in response to the deposition notice | 22 A It's okay with me, but there is the company, |
| 23 And can you tell me what these documents | 23 the judgment that has to be considered |
| 24 consist of | 24 Q Okay Let me ask you, earlier in the |
| 25 A The first one is the airline transport pilot | 25 deposition you indicated that after you -- strike that |
| Page 107 | Page 109 |

28 (Pages 106 to 109)

Yusuke Nishiguchi

1      You indicated that you made the deviation to
2   the left to attempt to see better  Were you, in fact,
3   able to see better after deviating to the left?
4      A   Perhaps I did not say it the correct way  I
5   didn't deviate or veer to the left to see better  I did
6   so --
7      THE INTERPRETER:  The interpreter will
8   restate
9      THE WITNESS:  Perhaps I did not express myself
10  well  I did not deviate or veer to the left to see
11  better  I applied the brakes in order to see better
12     MR TORPEY:  Q.  And after you applied the
13  brakes, were you able to see better?
14     A   Yes
15     Q   What is it that you were able to see better?
16  Would that have been the United aircraft?
17     A.  By lowering speed, I was able to see the
18  United aircraft better and I was able to improve
19  visibility, improve the ability to see all things that
20  were visible or in my visibility
21     Q   Have you ever heard of the term wing growth?
22     THE INTERPRETER:  Wing growth?
23     THE REPORTER:  Wing growth
24     THE WITNESS:  No
25     MR TORPEY:  Q  If you input -- have you ever

Page 110

1   applied brake pressure to initiate a heading change
2   while taxiing on the ground?
3      A   Are you inquiring if the heading was changed
4   based on braking?
5      Q   My question to you, sir, is as a pilot, have
6   you ever in being a flying pilot on a 777 inputted a
7   heading change -- strike that  Let me start over
8      Have you ever inputted a heading change on a
9   777 aircraft by applying brake pressure?
10     A   Yes
11     Q   And in order -- say you were taxiing along a
12  yellow centerline and you wanted to make a heading
13  change from say 060 degrees to 055  Would you apply
14  left or right brake pressure to do that?
15     A   I'd like those numbers again
16     THE INTERPRETER:  The interpreter will say it
17  in Japanese
18     MR TORPEY:  Q  060 to 055
19     A   I would apply both
20     Q   You would apply left and right?
21     A   Yes
22     Q   Would you do anything else?
23     A.  No  I wouldn't do anything in particular  I
24  don't know if I have ever changed as much as 5 degrees
25  based on brake pressure alone

Page 111

1      Q   Well, that's why I asked you if you would do
2   anything else, sir  If you pushed both brakes, then
3   you're not going to change heading; you're going to
4   stop, right, or slow?
5      A   It depends on the pressure applied to the
6   brakes -- it depends on the brake pressure
7      Q   If you were to apply left brake pressure and
8   no brake pressure to the right, can you impart a heading
9   change from 060 to 055 on a 777 aircraft?
10     A.  I'm not sure
11     Q   Let's say you could -- strike that
12     When you make a heading change while taxiing
13  on the ground, a heading change from 060 to 055, do you
14  know what the direction of movement of the right-hand
15  wing would be during that time frame?
16     A   Would it not move 5 degrees to the left?
17     Q   Well, I'm asking you the question, sir  The
18  question is, do you know even today what the movement of
19  the right-hand wing of a 777 aircraft would be when you
20  impart a heading change from 060 to 055?  If you don't
21  know, just tell me
22     A   I know it will resolve 5 degrees to the left
23     Q   So in other words, when you say 5 degrees to
24  the left -- would another way to put it be that it
25  translates radially?

Page 112

1      A   I'm going to show with my hand movement
2   Let's say this is the left wing, when the nose goes
3   left, the left wing will move 5 degrees
4      Q   In other words, it goes -- let me see if we
5   can do this
6      I admit I'm not an artist  Okay  In a
7   situation -- let me do this
8      THE VIDEOGRAPHER:  Three minutes to tape
9   change, Counsel
10     MR TORPEY:  Why don't you change it  It
11  would probably be a good idea
12     THE VIDEOGRAPHER:  This concludes Videotape 3
13  in the deposition of Yusuke Nishiguchi  Going off the
14  record  The time is 5:03
15     (Discussion off the record )
16     THE VIDEOGRAPHER:  Here begins Videotape 4 of
17  the deposition of Yusuke Nishiguchi  Coming back on the
18  record  The time is 5:04 p m  Please begin
19     MR TORPEY:  Q  Sir, looking at this drawing,
20  can you tell me which direction this right wing will
21  move when you apply left brake pressure to impart a
22  heading change on a 777 aircraft from 060 degrees to
23  055 degrees?  Show me which direction this right wing
24  moves
25     A   It would move upward by 5 degrees

Page 113

29 (Pages 110 to 113)

Yusuke Nishiguchi

1    Q    So in other words, it goes this way; correct?
2    A    No  It would go diagonally upwards --
3    Q    No problem  Let me do this
4    A    There's an axis in the middle
5    Q    We'll draw that  Why don't I hand this to you
6    and draw what you believe to be the direction of
7    movement
8         MR. TORPEY: Do you have another colored pen?
9         While he's doing that, why don't we mark that
10        (Whereupon, Exhibit 13 was marked for
11        identification )
12        MR. TORPEY: Q   Let me show you what we
13   marked Exhibit 13  Please draw on here the movement of
14   the right wing we've been discussing, and you can use
15   the red pen to do that, please  Do it on the drawing
16   Actually, do it on the right wing  Show it
17   A    I drew a magnified version, so the degree
18   there would be about 30 degrees, but the actual movement
19   degree would be one-sixth of that
20   Q    But the direction would be as indicated on
21   Exhibit 13; correct?
22   A    Yes.
23        MR. TORPEY: Thank you very much, sir  I
24   don't have any other questions
25   .     And I say I don't have any other questions,

Page 114

1    but we reserve the right to continue this deposition
2    once the court rules on the issue of the nonproduced
3    documents and documents that were produced
4         THE VIDEOGRAPHER: Should we go off the
5    record  This concludes Videotape 4 in the deposition of
6    Yusuke Nishiguchi  Going off the record  The time on
7    the monitor is 5:08 p m
8         (Whereupon, the deposition adjourned at
9         5:08 p m )
10        --oOo--
11        I declare under penalty of perjury that the
12   foregoing is true and correct  Subscribed at
13   _____ _____, California, this __ __ day
14   of _____ _____, 2007
15
16
17        _____
18        YUSUKE NISHIGUCHI
19
20
21
22
23
24
25
                                    Page 115

1         CERTIFICATE OF REPORTER
2         I, BRANDON D  COMBS, a Certified Shorthand
3    Reporter, hereby certify that the witness in the
4    foregoing deposition was by me duly sworn to tell the
5    truth, the whole truth, and nothing but the truth in the
6    within-entitled cause;
7         That said deposition was taken in shorthand by
8    me, a disinterested person, at the time and place
9    therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12        That before completion of the deposition,
13   review of the transcript was not requested  If
14   requested, any changes made by the deponent (and
15   provided to the reporter) during the period allowed are
16   appended hereto
17        I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22        DATED: November 29, 2007
23
24        _____
25        BRANDON D  COMBS, CSR 12978

                                    Page 116

Combs Reporting, Inc. 888-406-4060
www.combsreporting.net

Nishiguchi Dep Exhibit 8

━━ *OPERATIONS MANUAL* ━━━━━━━━━━

> ## 2-3　飛行中

### 2-3-1　Engine Start

機長は　地上係員と十分に連絡をとり、Blast、塵埃を人　建物　駐機中の航空機、車輌等に吹きつけないよう注意し　Engine Start を行なう。

### 2-3-2　出発時の地上移動

①　Push Back 時

(1) 機長は、Push Back 開始準備の完了を確認した後、Ramp Coordination 業務担当者に Push Back の指示を与える。

(2) 機長は Push Back 中において、自己の注意の及ぶ範囲をもって飛行機の安全を確保する。

(3) Ramp Coordination 業務担当者は、他の作業者と連絡を密にして、Push Back 中における飛行機の安全を総合的に確保する責任を有する。

②　自走開始時

自走開始に際して、誘導員は　Ramp Coordination 業務担当者の指示のもとに、以下の要領に基づき、飛行機の地上誘導を行なう。

(1) 誘導員は、操縦士から容易に信号が確認できる位置で　機長が判断しやすいよう誘導信号を示す。また、誘導員は必要に応じ　補助員を配置する。

(2) 誘導信号については、S-7-1 に示す。

③　地上走行時

(1) Blast　塵埃を人　建物　駐機中の航空機　車輌等に吹きつけないよう注意する。

(2) 機外の人員および物件との接触防止のため、周囲を監視するとともに、すみやかにかつ安全に停止し得る速度で行なう。

(3) Brake の操作は、旅客に不快感を与えないよう留意し　円滑に行なう。

(4) Engine 運転中の他機の後方へ近寄り過ぎないよう留意する。

(5) Ramp 区域または付近に障害物のある場合においては　地上誘導員の協力を得て行なう。

**ANA**

発効：2004 8 1
改訂：No 121

EXHIBIT
ﾂ.ﾉ
11/28

**Nishiguchi Dep Exhibit 9**

—— *OPERATIONS MANUAL* ——

## 2 – 3 　飛 行 中

2 – 3 – 1 　Engine Start

機長は、地上係員と十分に連絡をとり、Blast、塵埃を人、建物、駐機中の航空機、車輌等に吹きつけないよう注意し、Engine Start を行なう。

2 – 3 – 2 　出発時の地上移動

① Push Back時

(1) 機長は、Push Back 開始準備の完了を確認した後、Ramp Coordination 業務担当者に Push Back の指示を与える。

(2) 機長は Push Back 中において、自己の注意の及ぶ範囲をもって飛行機の安全を確保する。

(3) Ramp Coordination 業務担当者は、他の作業者と連絡を密にして、Push Back 中における飛行機の安全を総合的に確保する責任を有する。

② 自走開始時

自走開始に際して、誘導員は下記により、飛行機の地上誘導を行なう。

(1) 誘導は、Ramp Coordination 業務担当者の指示のもとに、誘導員が以下の要領に基づき行なう。

(2) 誘導員は、操縦士から容易に信号が確認できる位置で、機長が判断しやすいよう誘導信号を示す。また、誘導員は必要に応じ、補助員を配置する。

(3) 誘導信号については、S – 7 – 1 に示す。

③ 地上走行時

(1) Blast、塵埃を人、建物、駐機中の航空機、車輌等に吹きつけないよう注意する。

(2) 機外の人員および物件との接触防止のため、周囲を監視するとともに、すみやかにかつ安全に停止し得る速度で行なう。

(3) Brake の操作は、旅客に不快感を与えないよう留意し、円滑に行う。

(4) Engine 運転中の他機の後方へ近寄り過ぎないよう留意する。

(5) Ramp 区域または付近に障害物のある場合においては、地上誘導員の協力を得て行なう。

EXHIBIT 9
yn
11/28

**Nishiguchi Dep Exhibit 10**

NH007 UA809 Wingtip Collision



Fig 3  First Possible Direct Line of Sight from UA809



EXHIBIT

9 л.
11/23   10

ANA001058

Nishiguchi Dep Exhibit 11

October 8  2003

Mr  Van Mckenny
NTSB

SUBJ: NH007 (SFO-NRI) B777, Right Hand Wingtip Collided with UAL B777 Right Hand Wingtip

Dear Mr Mckenny,

On October 7, 2003, during the taxi for departure, NH007 flight from San Francisco to Narita had the airplane's right hand wingtip colliding with a UAL B777, which was being pushed out from gate G102 Following is the UIC time-line details of the case

I  as the First Officer of the flight, was seated in the right hand seat and my duty was PF, Pilot Flying

18:48    Blocked out from gate G95, then Started engines after completion of the pushed out
         After contacting to G Ramp IWR, received following clearance
         [Taxi to spot 10  Contact GND]

18:55    Started taxi then contacted GND with 121 8
         -Clearance was [Taxi to RWY28L via A, F, hold short of RWY1L]
         -During the taxi, I continuously maneuvered the nose gear on the yellow line except for the very
         lat part
         -Approaching spot10, I saw a UAL B777 starting push out, then slowed taxi speed and at the
         same time, deviated to left side of the yellow line for additional clearance to the UAL B777
         -After few seconds, I've got an impact
         -Stopped at the position and set a parking brake

19:30    Towed back and blocked in to the gate G95



ANA001250

[Reference]
1   Information of License
    AI PL Number: 106053 issued on November 29, 2001
    Medical Certificate Number: 14018323 valid till March 9, 2004
    Aeronautical Radio License Number: HAPE42 issued on June 25, 1991

Sincerely Yours,

*Nishiguchi*

Yusuke NISHIGUCHI
First Officer B777
ALL NIPPON AIRWAYS

ANA001251

**Nishiguchi Dep Exhibit 12**

定期運送用操縦士技能証明書
AIRLINE TRANSPORT PILOT CERTIFICATE

1. 第A106053号
   CERT. NO.

2. 飛行機 飛行機
   CAT. AEROPLANE.

3. 日本国 Japan

4. 氏名: 西口 雄介
   Name: YUSUKE NISHIGUCHI

5. 生年月日 1967年 2月 8日
   Date of Birth

6. 国籍・本籍 JAPAN
   Nationality
   Registered Domicile

この証明書は、国際民間航空条約及び航空法の規定により発行する。
This certificate is issued pursuant to Convention of International Civil Aviation and
Civil Aeronautics Law of Japan.

7. 2001年11月29日
   Date of Issue

国土交通大臣
Minister of Land,
Infrastructure and Transport





EXHIBIT
y n.   12
11/28



H : 回転翼航空機 Helicopter
S : 航空機 Airship
C : 航空機の構造 Airframe Structures
T : タービン系統 Turbine Aircraft Systems
I : タービン計器 Turbine Instruments
U : タービン発動機電気系統 Turbine Electrical Systems

Land Single-Turbine 陸上単発タービン機
Land Multi-Turbine 陸上多発タービン機
Sea Single-Turbine 水上単発タービン機
Sea Multi-Turbine 水上多発タービン機
LST : LSNTシングルLST
SM : SMマルチSMT
Y : LST LMT、SST、SMTSMT
MidSea-Class Glider 中級滑空機
CC : 上級滑空機CC/SOLO

9. 技能証明書—航空英語能力証明 . 第A1：0.6.0.5-3 号
   Aviation English Language Proficiency        CERT.NO.

   氏名    西口　雄介
   Name.  YUSUKE NISHIGUCHI

   「航空英語を話し理解する能力があることを証明する。」
   「This certifies the ability to speak and understand aviation English.」



   証明番号第    1031 号
   Language CERT. NO.

   国土交通大臣
   Minister of Land,
   Infrastructure and

   有効期間　2007年　6月15日から2010年　6月21日まで
   Validity Period  from  15 Jun 2007  to  21 May 2010

   交付年月日：2007年　6月15日
   Date of Issue : 15 Jun 2007

第 1581070880 号
CERT.NO.

## 第1種航空身体検査証明書
### AVIATION MEDICAL CERTIFICATE(CLASS1)

氏 名 西口 雄介
Name

生年月日 1967年02月08日
Date of Birth (y/m/d)

国籍 本籍 京都府
Nationality Registered Domicile

現 住 所 東京都大田区池上
Address 5-16-1 パークス池上816

有効期間 Valid from (y/m/d) 2007年09月10日 から
to (y/m/d) 2008年03月09日 まで

条件事項 常用眼鏡使用及び同予備眼鏡携帯
Conditions

航空法第31条の規定により、身体検査
基準第1種に適合することを証明する。

This is to certify that the above-mentioned person complies
with the Aviation Medical standards(Class1) in accordance
with Article 31 of Civil Aeronautics Law of Japan

2007年08月12日
Date of Issue (y/m/d)

国土交通大臣
Minister of Land,Infrastructure and Transport

(指定航空身体検査医)
(Designated Aviation    橋本 正勝    印
Medical Examiner)

備 考
Remarks

1   事業用操縦士・一等航空士及び航空機関士の資
    格を有する者がこの証明書（第1種航空身体検査
    証明書である場合に限る。以下同じ。）交付の指定
    期運用操縦士の資格を取得したときは、この証
    明書の有効期間は6ヵ月に短縮されるものとする。
      When the holder of a Commercial Pilot
    Certificate, a Class 1 Flight Navigator Certificate
    and a Flight Engineer Certificate has obtained an
    Airline Transport Pilot Certificate after the date of
    issuance of this certificate (limited to the holder
    of a Class 1 Medical Aviation Certificate. The same
    shall apply hereinafter.) the period of validity of
    this certificate shall be reduced to 6 months.

2   定期運送用操縦士の資格を有する者がこの証明
    書の取得後これ以外の資格を取得したときにおい
    ても、この証明書の有効期間は変更ないものとする。
      When the holder of an Airline Transport Pilot
    Certificate has obtained a certificate of other
    qualification after the date of issuance of this
    certificate, the period of validity of this certificate
    shall remain unchanged.

資格　航空無線通信士



左の者は、無線従事者規則により、左
記資格の免許を与えられたものであることを
証明する。
この免許証は、国際電気通信条約附属
無線通信規則に規定する航空移動業務及
び航空移動衛星業務に関する無線電話通
信士一般証明書に該当することを証明す
る。

平成 3 年 6 月 25 日

免許証の番号　ＨＡＰＥ 42
免許の年月日　平成 3 年 6 月 25 日
氏　　　名　　迫口　雄介
昭和 42 年 2 月 8 日生

郵政大臣

17 OCT 03/US-7      AIRPORT BRIEFING 1      SAN FRANCISCO, CA
San Francisco Intl

## AERODROME&FACILITIES

### 1 NAME&CODE

SAN FRANCISCO, CA    San Francisco Intl      KSFO    SFO

### 2. OPERATING HOURS (LCL)

| Facilities | Open | Close |
|---|---|---|
| AD | | 24HRs |

### 3. RWY

1 Preferential Runway Program

When the wind speed is 15kt or less, the Tower will assign RWYs according to the preferential order listed below, provided the cross wind does not exceed 80° to the RWY heading and the RWYs are clear and dry However, the pilot will retain authority on final decision to the use of RWY assigned

ALL DEPARTURES    1R/L    28R/L    10R/L    19R/L.
ALL ARRIVALS    28R/L   19R/L    10R/L    1R/L

2 Rubber accumulation on first 3000ft of RWY28L & 28R

3 Non Grooved exists at RWY intersections, however all RWYs applied "GROOVED" performance
(FLT OPS Engineering)

### 4. APRON

1 Pay attention to the moving aircraft (block-out and block-in) when you are taxiing Especially on the TWY A around Boarding area G, when an aircraft block-out from (block-in to) gate 102, you should not continue taxi on TWY A due to no clearance between aircrafts

2 Normally Gate G91 thru G105 will be assigned for ANA flight

3 Although FAA is responsible for aircraft operating on the Airport's movement areas, there are several areas on the Air Operations Area that have obstructed and limited visibility from the FAA Control Tower To facilitate more efficient and safe aircraft operations in these area, the Boarding Areas "G" and Boarding Areas "A" Ramp Towers have been placed into service

4 The Ramp Towers provide 24-hour aircraft pushback and taxi clearances for aircraft gates, ramps, and taxi-lanes (non-movement areas) denoted on the Jeppesen chart 10-9B

5 The radio frequencies and specific areas of responsibility for each Ramp Tower are listed below

(1) Boarding Area "G" Ramp Towers – 119 225
All Boarding Areas G gates (G concourse), including associated remote aircraft hardstands
Boarding Areas F gates (F concourse) 72, 73, 74, 75, 81, 83, 85, 87, 89

(2) Boarding Areas "A" Ramp Towers – 127 575
Both Boarding Areas A gates (A concours), including associated aircraft hardstands

# Nishiguchi Dep Exhibit 13

NOSE

5°

L=W2NG

30°    1/6



EXHIBIT

13

1    United and ANA had interpreters present.

2        10.    ANA's counsel did not even allow United the full seven hours available under

3    Fed. R. Civ. P. 30(d)(1) for the deposition of Mr. Yamaguchi. As the court reporter's certificate

4    shows, a true and correct copy of which is attached hereto as **Exhibit 8**, counsel unilaterally

5    terminated the deposition after only 6 hours and 36 minutes on the record, which, in actual

6    deposition time, was closer to three to four hours due to the extensive delay caused by the

7    English/Japanese translation, the objections posed by ANA's attorney and argumentation over

8    various issues.

9        11.    All three pilots gave extremely evasive and non-responsive testimony at their

10   depositions, aided by counsel's suggestive objections. An example of this occurred during Mr.

11   Nishiguchi's deposition. A true and correct copy of the mini-transcript, video, and deposition

12   exhibits from the deposition of Yusuke Nishiguchi is attached hereto as **Exhibit 9**. During the

13   deposition, I asked Mr. Nishiguchi several clear and direct questions as to what he would do if

14   there was a potential conflict between his plane and another plane and he was unsure whether a

15   collision would occur. Mr. Nishiguchi spent 45 minutes dodging the questions. Taking a cue

16   from the "form, foundation and incomplete hypothetical" objections repeatedly raised by ANA's

17   attorney, Mr. Nishiguchi ultimately refused to give any substantive answer, stating that he could

18   not answer "hypothetical questions the conditions of which are incomplete." During this

19   exchange with Mr. Nishiguchi, ANA's counsel objected 17 times.

20       12.    I went through a very similar exchange with Mr. Usui, who refused to answer

21   questions about what he would do if there was a potential conflict between his airplane and

22   another plane. A true and correct copy of the mini-transcript, video, and deposition exhibits

23   from the deposition of Teruo Usui is attached hereto as **Exhibit 10**. This evasion lasted for over

24   one hour. ANA's counsel raised 29 form, foundation and incomplete hypothetical objections

25   during this span of the deposition.

26       13.    On or about December 13, 2007, ANA served United with additional documents

27                                          5

28

Declaration of Scott Torpey in Support of
Defendant United Air Lines, Inc.'s Renewed Motion to Compel
Discovery and For Additional Time to Depose Witnesses