# EXHIBIT 11

# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6750
Direct Fax: (212) 370-4453
mturner@condonlaw.com

December 13, 2007

*VIA FEDERAL EXPRESS*

Jeffrey A. Worthe, Esquire
Worthe, Hanson & Worthe
The Xerox Centre
1851 East First Street, Ninth Floor
Santa Ana, CA 92705

Re:   All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
      United States District Court for the Northern District of California
      Case No. C 07 3422 EDL
      C & F Ref : MST/05901

Dear Jeff:

Enclosed are the CD's that last week I promised to provide to you. I apologize for the delay. It entirely slipped my mind. Also enclosed is All Nippon Airways Company, Ltd.'s Supplemental Response to United Air Lines, Inc.'s First Request to Produce along with the following documents:

1.  Request Nos. 1 – ANA's Survey Report – Bates Nos. 001355 through 001623;

2.  Request No. 6 - We have reserved Bates Nos. 001624 through 001646. These documents will be provided when the Confidentiality Order is finalized.

3.  Request No. 8 - ANA's Survey Report – Bates Nos. 001355 through 001623; and

4.  Request No. 9 – CD's (various) – Bates Nos. 001134 through 001140.

Also please note, in response to Request No. 5 - pursuant to 49 U.S.C. § 1114, 1154 the cockpit voice recorder is not discoverable.

CONDON & FORSYTH LLP

Jeffrey A. Worthe, Esq.
December 13, 2007
Page 2

Again, I apologize for the delay in getting the CD's to you.

Sincerely yours,

Marshall S. Turner

MST/hlj
Enclosures
cc:     Scott R. Torpey, Esq.
        Scott Cunningham, Esq.
        Timothy H. Eskridge, Esq.