# EXHIBIT 12

Case 3:07-cv-03422-EDL   Document 52-16   Filed 01/30/2008   Page 2 of 3
Case 3:07-cv-03422-EDL   Document 45-31   Filed 12/21/2007   Page 2 of 2
NTSB Docket Contents                                                Page 1 of 2

National Transportation Safety Board
# Docket Contents

## Project Information

| | | |
|---|---|---|
| Project ID (mkey) | Mode | |
| 58119 | Aviation | |
| NTSB Accident ID | Occurrence Date | Location |
| LAX04LA007AB | Oct 07, 2003 | San Francisco, CA, United States |

## Docket Information

| | | |
|---|---|---|
| Creation Date | Last Modified | Public Release Date & Time |
| Nov 05, 2003 | Mar 30, 2005 17:42 | Mar 30, 2005 14:44 |
| Comments | | |

## List of Contents

Results 1 through 24 of 24
Total Pages 114/Photos 5

| Document | Filing Date | Document Title | Pages | Photo |
|---|---|---|---|---|
| 1 | Nov 05, 2003 | Cockpit Voice Recorder 12 A - Factual Report United Aircraft | 3 | |
| 2 | Mar 11, 2004 | Flight Data Recorder 10 - Specialist's Factual Report for the United Airlines' N222UA aircraft | 2 | |
| 3 | Mar 11, 2004 | Flight Data Recorder 10 - Specialist's Factual Report for the Al Nippon Airlines' JA709A aircraft | 4 | |
| 4 | Mar 11, 2004 | Flight Data Recorder 10 - Tabular FDR Data Verified and Graphed in the Specialist's Factual Report for the Al Nippon Airlines' JA709A aircraft | -- | |
| 5 | Apr 29, 2004 | Cockpit Voice Recorder 12B - Factual Report of Group Chairman ANA Aircraft | 1 | |
| 6 | Nov 12, 2004 | Pilot/Operator Aircraft Accident Report, NTSB Form 6120 1 - United Airlines | 8 | |
| 7 | Nov 12, 2004 | Pilot/Operator Aircraft Accident Report, NTSB Form 6120 1 - All Nippon Airways | 8 | |
| 8 | Nov 12, 2004 | Witness Statement | 3 | |
| 9 | Nov 12, 2004 | Pilot & Ground Crew Statements | 11 | |
| 10 | Nov 12, 2004 | Ramp Tower Controller Statements | 7 | |
| 11 | Nov 12, 2004 | Airport Map of Accident Area | | 1 |
| 12 | Nov 12, 2004 | Transcript of Radio Communications | 4 | |
| 13 | Nov 12, 2004 | Pic 1-SFO Gate 102 & Spot 10 | | 1 |
| 14 | Nov 12, 2004 | Pic 2-AL007 & UA809 | | 1 |
| 15 | Nov 12, 2004 | Pic 3-AL007 Right Wing tip Close-up | | 1 |
| 16 | Nov 12, 2004 | Pic 4-Wing tip damage close-up | | 1 |
| 17 | Nov 12, 2004 | Audio Files | 1 | |
| 18 | Nov 12, 2004 | Video File | 1 | |
| 19 | Nov 12, 2004 | Reports from Parties to the Investigation - ANA Aircraft Position report | 12 | |
| 20 | Nov 12, 2004 | Statement of Party Representatives to NTSB Investigation | 5 | |
| 21 | Nov 12, 2004 | FAA-SFOTEC MOU | 17 | |

NTSB Docket Contents

| 22 | Nov 12, 2004 | UAL Guideperson Instructions | 6 |
| 23 | Nov 12, 2004 | UAL Ground Personnel Training Records | 10 |
| 24 | Nov 12, 2004 | Boeing 777 Taxi Characteristics | 11 |