Scott R. Torpey (Cal. SB#153763)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Telephone:   (248) 351-3000
Facsimile:    (248) 351-3802
Email:         storpey@jaffelaw.com

-and-

Jeffrey A. Worthe (Cal. SB# 080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone:   (714) 285-9600
Facsimile:    (714) 285-9700
Email:         jworthe@whwlawcorp.com
Attorneys for Defendant United Air Lines, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC.,<br><br>Defendant. | Case No. C07-03422 EDL<br>Hon. Elizabeth D. Laporte<br><br>**MOTION TO SHORTEN TIME UNDER CIV. L.R. 6-3** |

Defendant United Air Lines, Inc., ("United") hereby moves this Court for an order under Civ. L.R. 6-3 shortening the 35-day notice period under Civ. L.R. 7-2(a) as applied to United's Renewed Motion to Compel Discovery and for Additional Time to Depose Witnesses. United states the following in support of this motion:

1.  The basis of this motion is fully set forth in the Declaration of Scott R. Torpey ("Torpey Decl."), attached hereto as **Exhibit A**, in accordance with Civ. L.R. 6-3(a). Attached hereto as **Exhibit B** is a proposed order in accordance with Civ. L.R. 6-3(a).

2.  United's previously-filed Motion to Compel Discover and for Additional Time to Depose Witnesses was scheduled for hearing on January 30, 2008. The Court issued an order on January 22, 2008 denying the Motion without prejudice based upon a finding that United did not

demonstrate that it had met and conferred with opposing counsel prior to filing the motion. (Docket No. 49).

3. In the Order, the Court instructed the parties to meet and confer regarding the issues raised in United's Motion and indicated that if issues remained after the meet and confer process, the Court would resolve those issues. The Court further indicated that it would entertain a motion to shorten the 35-day hearing notice period if unresolved issues remained.

4. Subsequent to the Court's ruling, counsel for United conducted two face-to-face conferences with counsel for Plaintiff All Nippon Airways Company, Ltd. These discussions, held in San Francisco on January 24 and 25, 2008, led to the resolution of some, but not all, of the issues raised in United's Motion to Compel. (Torpey Decl. ¶¶ 7, 8). Accordingly, United has filed a Renewed Motion To Compel Discovery and for Additional Time to Depose Witnesses.

5. As explained in the accompanying Declaration of Scott R. Torpey, an expedited hearing is necessary to ensure that United will have access to the discovery it seeks prior to mediation, which is to occur no later than April, 2008.

6. Counsel for United sought concurrence in the relief requested in this motion to shorten time, but concurrence was denied. (Torpey Decl. ¶ 12).

**WHEREFORE**, for the reasons stated above, as more fully explained in the Declaration of Scott R. Torpey, United respectfully requests that the Court **GRANT** its Motion to Shorten Time and set United's Renewed Motion to Compel Discovery and for Additional Time to Depose Witnesses for hearing on **Tuesday, February 19, 2008 at 9:00 a.m.**

Dated: January, 30, 2008

s/Scott R. Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail: storpey@jaffelaw.com
Bar No: (P36179)

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Marshall S. Turner – mturner@condonlaw.com
Scott D. Cunningham – scunningham@condonlaw.com
Roderick D. Margo – rmargo@condonlaw.com
Frank Anthony Silane – fsilane@condonlaw.com
Jeffrey A Worthe – jworthe@whwlawcorp.com

Dated: January 30, 2008

s/Scott R. Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail: storpey@jaffelaw.com
Bar No: (P36179)

1494526.01

3

Case No. 07-03422 EDL

Motion to Shorten Time
Under Civ. L.R. 6-3