# EXHIBIT B

Scott R. Torpey (Cal. SB#153763)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Telephone:    (248) 351-3000
Facsimile:    (248) 351-3802
Email:        storpey@jaffelaw.com

-and-

Jeffrey A. Worthe (Cal. SB# 080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone:    (714) 285-9600
Facsimile:    (714) 285-9700
Email:        jworthe@whwlawcorp.com
Attorneys for Defendant United Air Lines, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD. | Case No. C07-03422 EDL |
| Plaintiff, | Hon. Elizabeth D. Laporte |
| vs. | **PROPOSED ORDER GRANTING MOTION TO SHORTEN TIME UNDER CIV. L.R. 6-3** |
| UNITED AIR LINES, INC., | |
| Defendant. | |

Defendant United Air Lines, Inc. ("United"), filed a Motion to Shorten Time Under Civ. L.R. 6-3, requesting that its Renewed Motion to Compel Discovery and for Additional Time to Depose Witnesses be brought on for hearing on Tuesday, February 19, 2008 at 9:30 a.m.

The Court, having considered the Motion to Shorten Time and the supporting Declaration of Scott R. Torpey, concludes that United has demonstrated good cause under Civ. L.R. 6-3 for shortening the time to hear the Motion to Compel. Accordingly, the Court will hear United's Renewed Motion to Compel on February 19, 2008 at 9:30 a.m.

IT IS SO ORDERED.

Dated: _____

ELIZABETH D. LAPORTE
United States Magistrate Judge

1495981.01

Case No. 07-03422 EDL

Proposed Order Granting Motion to
Shorten Time Under Civ. L.R. 6-3