1  13. As a result of scheduling conflicts of UAL's counsel, UAL's counsel
2  has suggested pushing the mediation back to mid-April. I have proposed
3  mediation dates throughout March and into April to counsel for UAL but counsel
4  for UAL has yet to commit to a date. Attached hereto as Exhibit B is a true and
5  correct copy of a letter from my office dated January 30, 2008, to UAL's counsel.
6      I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct.
8  Executed this 1st day of February, 2008, at New York, New York.

*[signature]*
Marshall S. Turner

Sworn to before me this
1st day of February, 2008

*[signature]*
Notary Public

Timothy H Eskridge
Notary Public State of N.Y.
02ES6121835
Qualified in New York County
Commission Expires January 31 2009

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030