# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6750
Direct Fax: (212) 370-4453
mturner@condonlaw.com

February 1, 2008

*VIA EMAIL*

Jeffrey A. Worthe, Esquire
Worthe, Hanson & Worthe
The Xerox Centre
1851 East First Street, Ninth Floor
Santa Ana, CA 92705

Scott R. Torpey, Esq.
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214

Re: All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
United States District Court for the Northern District of California
Case No. C 07 3422 EDL
C & F Ref.: MST/05901

Dear Jeff:

Further to our "meet and confer" of last week, enclosed are:

1. ANA's current Boeing 777 Airplane Operations Manual – Chapter 3 Normal Procedures, primarily in English with a few Japanese language pages. Also provided are complete Tables of Contents for the entire manual in English. (Bates Nos. 002092 to 002165).

    It is our view that Chapter 3 is the only relevant section of this manual. However, if you reasonably believe any other section is relevant to this case, please let us know and we will attempt to provide same to you.

2. Exhibit "2" to the E. Yamaguchi deposition. These copies include relevant pages in English from the ANA Operations Manual that was in effect on October 7, 2003 and have been marked "Confidential". Pursuant to our agreement, these copies are to replace the copies marked as Exhibit "2" at the Yamaguchi deposition. Please return all copies that are not marked "Confidential". Additionally, as we informed you at the "meet and confer" last week, ANA does not have a complete copy of the ANA Operations Manual that was in effect on

CONDON & FORSYTH LLP

Jeffrey A. Worthe, Esq.
February 1, 2008
Page 2

        October 7, 2003. However, as we also informed you at the "meet and confer", if there are any other sections from the manual that you reasonably believe are relevant to this case, please let us know and we will ascertain whether such material can be reconstructed. (Bates Nos. 002075 to 002091).

3.     Exhibit 8 and Exhibit 9 of the Y. Nishiguchi deposition marked "Confidential". Pursuant to our agreement, these copies are to replace the copies marked Exhibit "2" at the Nishiguchi deposition. Please return all copies that are not marked "Confidential". Exhibit 9 is the Japanese language section from the ANA Operations Manual that was in effect on October 7, 2003. As you were informed at the "meet and confer" last week, ANA does not have a complete manual that was in effect on October 7, 2003. However, if there are sections that you reasonably believe are relevant to this action, please let us know and we will ascertain whether such pages can be reconstructed. (Bates Nos. 002090 to 002091).

4.     The complete current ANA Operations Manual that was provided to you last week and has been marked "Confidential". Pursuant to our agreement, these copies are to replace the copy provided to you last week that was not marked "Confidential". Please return all copies of this document that are not marked "Confidential". (Bates Nos. 001647 to 002074).

Sincerely yours,

Marshall S. Turner

MST/hlj
Enclosures
cc:    Scott Cunningham, Esq.
       Timothy H. Eskridge, Esq.