# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

January 30, 2008

**VIA FACSIMILE**                                   Facsimile No.: (714) 285-9700

Jeffrey A. Worthe, Esq.
Worthe, Hanson & Worthe
1851 East First Street, Suite 900
Santa Ana, California 92705

Re:   *All Nippon Airlines v. United Air Lines, Inc.*
      C&F File No.: 9011.05901

Dear Jeff:

Thanks you for your facsimile of today's date, the contents of which have been noted.

Further to our discussions regarding mediation while we were in San Francisco last week, Judge Tevrezian (Ret.) at JAMS has the following dates available, which are also convenient for us: March 12, 18, 19, 25 and 26, as well as April 1, 2, 8 and 9. Please advise if any of these dates would be convenient for United Air Lines and its counsel. If you would like me to discuss this issue with Mr. Torpey, please let me know.

We look forward to hearing from you.

Very truly yours,

Scott D. Cunningham

SDC/el
cc:  Marshall S. Turner, Esq.
     Scott R. Torpey, Esq.