# EXHIBIT A

Scott D. Cunningham (State Bar No.: 200413)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: scunningham@condonlaw.com

-and-

Marshall S. Turner (*pro hac vice*)
CONDON & FORSYTH LLP
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453
Email: mturner@condonlaw.com

Attorneys for Plaintiff and Counter-Defendant
ALL NIPPON AIRWAYS COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED AIR LINES, INC., <br><br> Defendant. | Case No. C07-03422 EDL <br><br> **ALL NIPPON AIRWAYS COMPANY, LTD.'S FIRST SET OF DOCUMENT REQUESTS TO UNITED AIR LINES, INC.** |

AND RELATED COUNTERCLAIM

Plaintiff and Counter-Defendant, ALL NIPPON AIRWAYS COMPANY, LTD. (hereinafter referred to as "ANA"), by and through its attorneys, Condon & Forsyth LLP, hereby requests that Defendant and Counter-Plaintiff United Air Lines, Inc. (hereinafter referred to as "UAL") answer the following Document Requests within 30 days pursuant to Fed. R. Civ. P. 34.

### DEFINITIONS

A.   The term "Accident" refers to the collision of NH007 and UA809 at San Francisco International Airport on October 7, 2003.

B.  The term "SGHA" shall mean IATA Standard Ground Handling Agreement including but not limited to AHM 810, AHM 819 – Annex A, and United Contract No. 108536-17 Annex B.1.3.

C.  The words "you" and "your" shall be deemed synonymous with the defendant listed above and shall be deemed to include any and all attorneys, agents, investigators, servants, employees, experts, representatives and insurers, whether appointed by you or someone acting on your behalf, or as authorized by operation of law.

D.  The word "document" refers to any kind of written, typewritten, printed, or recorded material whatsoever, including, without limitation, papers, legal filings, orders, agreements, contracts, notes, memoranda, correspondence, letters, lists, logs, telegrams, facsimiles, reproductions, statements, invoices, receipts, books, manuals, brochures, reports, official forms, minutes, records, maps, plans, photographs, transcriptions, recordings, videotapes, graphs, computer printouts, indexes, data sheets, diaries, diagrams, drawings, models, and microfiche/microfilm of which you have any knowledge or information, whether in your possession, custody or control or not, and includes, where applicable, originals, all copies of original documents, and all drafts prepared in connection therewith.

E.  A request to identify a person shall be deemed to include a request for the following information:

(1)  The person's full name;

(2)  The person's last known residence and business addresses;

(3)  The person's last known residence and business telephone numbers; and

(4)  The person's company affiliation or employer at the relevant time inquired about and the capacity in which the person was then serving said company or employer.

-2-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

F. A request to identify a place or location shall be deemed to include a request for the complete mailing address of that place or location.

G. A request to identify a document shall be deemed to include a request for the following information:

(1) The title of the document or, if untitled, a description thereof sufficiently specific so as to facilitate its recognition;

(2) The identity of the author of the document, if applicable;

(3) The date of the document, if applicable; and

(4) The identity of the present custodian of the document.

## DOCUMENT REQUESTS

**REQUEST NO. 1:**

Attach true and correct copies of all documents and/or agreements concerning the provision of ground handling and/or ramp control services, including but not limited to directing aircraft from control towers, at San Francisco International Airport and involving any of the following entities: United Air Lines, San Francisco International Airport, San Francisco Airport Air Traffic Control Tower, the Federal Aviation Administration, and/or San Francisco Terminal Equipment Co.

**REQUEST NO. 2:**

Attach true and correct copies of the personnel and training records for Edward Loh, including, but not limited to, all documents reflecting training, certification, accidents and/or incidents involving Edward Loh, and disciplinary actions.

//

-3-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

**REQUEST NO. 3:**

Attach true and correct copies of the personnel and training records for John Rediger, including, but not limited to, all documents reflecting training, certification, accidents and/or incidents involving John Rediger, and disciplinary actions.

**REQUEST NO. 4:**

Attach true and correct copies of the personnel and training records for Scott M. Russell, including, but not limited to, all documents reflecting training, certification, accidents and/or incidents involving Scott M. Russell, and disciplinary actions.

**REQUEST NO. 5:**

Attach true and correct copies of the personnel and training records for Brad Powell, including, but not limited to, all documents reflecting training, certification, accidents and/or incidents involving Brad Powell, and disciplinary actions.

**REQUEST NO. 6:**

Attach true and correct copies of the personnel and training records for Julio Hernandez, including, but not limited to, all documents reflecting training, certification, accidents and/or incidents involving Julio Hernandez, disciplinary actions, and retraining records from after the Accident.

**REQUEST NO. 7:**

Attach true and correct copies of the personnel and training records for Richard Kato, including, but not limited to, all documents reflecting training, certification, accidents and/or incidents involving Richard Kato, disciplinary actions, and retraining records from after the Accident.

**REQUEST NO. 8:**

Attach true and correct copies of any and all Ground Handling Agreements

-4-

between United Air Lines, Inc. and All Nippon Airways Co., Ltd. in effect on October 7, 2003.

**REQUEST NO. 9:**

Attach true and correct copies of any and all results and/or records of the urine sample testing for Edward Loh in connection with the Accident.

**REQUEST NO. 10:**

Attach true and correct copies of any and all results and/or records of any check(s) conducted on Edward Loh for fitness for duty.

**REQUEST NO. 11:**

Attach true and correct copies of any and all results and/or records of any physical psychological examination conducted on Edward Loh in connection with the Accident.

**REQUEST NO. 12:**

Attach true and correct copies of any and all audio and/or video recordings in relation to the Accident and the surrounding events.

**REQUEST NO. 13:**

Attach true and correct copies of any and all documents, reports, memoranda, warnings, cautions, and/or communications by UAL regarding ground collisions of any UAL aircraft during pushback procedures.

**REQUEST NO. 14:**

Attach true and correct copies of any and all documents from the UAL study of its Ramp Towers system-wide.

**REQUEST NO. 15:**

Attach true and correct copies of any and all documents reflecting UAL procedural changes resulting from or arising out of the Accident.

**REQUEST NO. 16:**

Attach true and correct copies of all documents and/or agreements since

-5-

January 1, 1997, concerning the use of wing walkers at San Francisco International Airport, between United Air Lines and: (i) the City of San Francisco; (ii) San Francisco International Airport; and/or (iii) San Francisco Terminal Equipment Co.

**REQUEST NO. 17:**

Attach true and correct copies of all documents supporting the existence and calculation of UAL's alleged damages.

**REQUEST NO. 18:**

Attach true and correct copies of all documents reflecting "approved United Air Lines hand signals (NMOP)" referred to on page 11 of UAL's "Ramp Services Trainer Aircraft Guideperson and Wingwalker."

**REQUEST NO. 19:**

Attach true and correct copies of all invoices, bills, and documents reflecting fees charged to ANA by UAL for services performed under the SGHA between October 7, 1998 up to and including October 7, 2003.

**REQUEST NO. 20:**

Attach true and correct copies of all documents reflecting correspondence, negotiations, and interpretation of the SGHA between UAL and ANA in effect on the date of the Accident.

**REQUEST NO. 21:**

Attach true and correct copies of all documents showing that UAL's Ramp Tower G Ramp Controller provided any service to ANA under the SGHA on October 7, 2003.

**REQUEST NO. 22:**

Attach true and correct copies of all UAL manuals and documents that refer to aircraft marshalling including, but not limited to, policy, procedure, and training.

**REQUEST NO. 23:**

Attach true and correct copies of all UAL manuals and documents that refer

-6-

to hand signals for directing aircraft including, but not limited to, policy, procedure, and training.

**REQUEST NO. 24:**

Attach true and correct copies of all UAL manuals and documents that refer to taxiing including, but not limited to, policy, procedure, and training.

**REQUEST NO. 25:**

Attach a true and correct copy of UAL's entire operations manual.

**REQUEST NO. 26:**

Attach true and correct copies of all documents reflecting UAL policy in effect from October 7, 1998 to the present date with respect to potential conflicts with other aircraft prior to or during taxi.

**REQUEST NO. 27:**

Attach true and correct copies of all documents reflecting UAL policy and procedure with respect to the operation of Ramp Tower G at San Francisco International Airport, including but not limited to staffing, training, and managing Ramp Tower G.

**REQUEST NO. 28:**

Attach true and correct copies of all documents reflecting UAL policy and procedure with respect to directing aircraft from Ramp Tower G at San Francisco International Airport, including but not limited to phraseology.

**REQUEST NO. 29:**

Attach true and correct copies of all documents reflecting UAL policy and procedure for aircraft in Boarding Area G and surrounding non-movement areas at San Francisco International Airport.

**REQUEST NO. 30:**

Attach true and correct copies of any and all DOCUMENTS reflecting any negotiation in connection with the SGHA.

-7-

**REQUEST NO. 31:**

Attach true and correct copies of any and all DOCUMENTS reflecting the selection of the terms and/or provisions of the SGHA.

**REQUEST NO. 32:**

Attach true and correct copies of any and all DOCUMENTS reflecting any interpretation of the wording, terms, and/or provisions of the SGHA.

**REQUEST NO. 33:**

Attach true and correct copies of any and all DOCUMENTS reflecting the applicability of the terms and/or provisions of the SGHA.

**REQUEST NO. 34:**

Attach true and correct copies of any and all DOCUMENTS reflecting the services UAL contracted to provide ANA under the SGHA.

**REQUEST NO. 35:**

Attach true and correct copies of any and all DOCUMENTS reflecting the definition of the term "marshalling" as used in the SGHA.

**REQUEST NO. 36:**

Attach true and correct copies of any and all DOCUMENTS indicating that Ramp Tower G Ramp Controller communications with ANA aircraft on October 7, 2003 were provided as a service to ANA under the SGHA.

**REQUEST NO. 37:**

Attach true and correct copies of any and all DOCUMENTS indicating that Ramp Tower G Ramp Controller communications with ANA aircraft were ever provided as a service to ANA under the SGHA.

**REQUEST NO. 38:**

Attach true and correct copies of any and all DOCUMENTS indicating that any service, not specifically listed in Paragraph 1.1.1 of United Contract No. 108536-17 Annex B.1.3, was ever provided by UAL to ANA aircraft under the SGHA.

-8-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

**REQUEST NO. 39:**

Attach true and correct copies of any and all invoices from UAL to ANA for Ramp Tower G Ramp Controller services provided by UAL to ANA on October 7, 2003 under the SGHA.

**REQUEST NO. 40:**

Attach true and correct copies of any and all invoices from UAL to ANA for Ramp Tower G Ramp Controller services provided by UAL to ANA on any occasion under the SGHA.

**REQUEST NO. 41:**

Attach true and correct copies of all maintenance and repair records of the aircraft operating as UAL Flight UA809 on October 7, 2003.

**REQUEST NO. 42:**

Attach true and correct copies of all records indicating repair and remediation performed on the aircraft operating as UAL Flight UA809 on October 7, 2003 since its manufacture.

Dated: November 15, 2007

CONDON & FORSYTH LLP

By: _____
MARSHALL S. TURNER (*pro hac vice*)
SCOTT D. CUNNINGHAM

Attorneys for Plaintiff and Counter-Defendant
ALL NIPPON AIRWAYS COMPANY, LTD.

-9-

ALL NIPPON AIRWAYS COMPANY, LTD.'S FIRST SET OF
DOCUMENT REQUESTS TO UNITED AIR LINES, INC.
CASE NO.: C07-03422 EDL

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **ALL NIPPON AIRWAYS COMPANY, LTD'S FIRST SET OF DOCUMENT REQUESTS TO UNITED AIR LINES, INC.** was mailed this 15th day of November, 2007, to:

| | |
|---|---|
| Scott R. Torpey, Esq.<br>Jaffe, Raitt, Heuer & Weiss<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8214<br>Phone: (248) 727-1461<br>Fax: (248) 351-3082 | Attorneys for defendant |
| Jeffrey A. Worthe, Esq.<br>Worthe, Hanson & Worthe<br>The Xerox Centre<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705 | Attorneys for defendant |

in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
HEATHER L. JACKSON

Sworn to before me this
15th day of November, 2007

_____
Notary Public

TINA M. ZOCCALI
Notary Public, State of New York
No. 01ZO6059025
Qualified in Rockland County
Commission Expires May 21, 20 11

-10-

ALL NIPPON AIRWAYS COMPANY, LTD.'S FIRST SET OF
DOCUMENT REQUESTS TO UNITED AIR LINES, INC.
CASE NO.: C07-03422 EDL