# EXHIBIT G

1  JAFFE, RAITT, HEUER & WEISS, P.C.
   Scott R. Torpey Cal. SB#153763
2  storpey@jaffelaw.com
   27777 Franklin Road, Suite 2500
3  Southfield, MI 48034
   Telephone: 248.351.3000
4  Fax: 248.351.3082

5  And

6  WORTHE, HANSON & WORTHE
   Jeffrey A. Worthe Cal. SB#080856
7  jworthe@whwlawcorp.com
   1851 E. First St., Ste. 900
8  Santa Ana, California 92705
   Telephone:    (714) 285-9600
9  Fax:          (714) 285-9700

10 Attorneys for Defendant United Air Lines, Inc.

11                UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13

14
   All Nippon Airways Company, Ltd.,        Case No 07-03422
15
                    Plaintiff,              **DEFENDANT UNITED AIR LINES, INC.'S**
16                                          **RESPONSE TO SECOND AMENDED**
            vs.                             **NOTICE OF DEPOSITION OF JOHN**
17                                          **REDIGER**
   United Air Lines, Inc.,
18                                          JUDGE:    Elizabeth D. Laporte
                    Defendant.
19

20

21      Defendant United Air Lines, Inc., by and through its attorneys of record, Jaffe Raitt Heuer &

22 Weiss, P.C., respond to Plaintiff All Nippon Airways Company, Ltd.'s Second Amended Notice of

23 Deposition of John Rediger as follows:

24      1.      The entire contents of the deponent's file concerning the subject accident which

25 took place on October 7, 2003 at San Francisco International Airport.

26 **RESPONSE**

27      Objection:  Overly broad, unduly burdensome, duplicative of prior document requests, and

28

Case No 07-03422                              Defendant United Air Lines, Inc 's Response to Second
                                              Amended Notice of Deposition of John Rediger
1491060 01

1   seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

2   To the extent this document request seeks documents contained in personnel files, it is objectionable

3   because it seeks private information protected under California law, which cannot be produced

4   without permission of the individual(s) whose files are being requested. Subject to, and without

5   waiving, these objections, United has produced the non-personal/non-medical portions of John

6   Rediger's personnel file as confidential bates range documents UAL 000119 - UAL 000215.

7

8       2.      Any and all DOCUMENTS regarding the subject flight and accident and the

9   investigation thereof.

10  **RESPONSE**

11      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

12  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

13  This request is also objectionable to the extent that it seeks information protected by the "self-

14  critical analysis" privilege. *See Dowling v. American Hawaii Cruises, Inc.*, 971 F.2d 424, 425 (9th

15  Cir. 1992). Subject to, and without waiving, these objections, responsive documents have been

16  produced to Plaintiff as Rule 26(a)(1) Disclosure bates numbers UAL 1-725.

17

18      3.      The deponent's personnel records, including but not limited to DOCUMENTS

19  pertaining to any accident or incident involving the deponent and any disciplinary action against the

20  deponent.

21  **RESPONSE**

22      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

23  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

24  To the extent this document request seeks documents contained in personnel files, it is objectionable

25  because it seeks private information protected under California law, which cannot be produced

26  without permission of the individual(s) whose files are being requested. Subject to, and without

27  waiving, these objections, United has produced the non-personal/non-medical portions of John

28

-2-

1    Rediger's personnel file as confidential bates range documents UAL 000119 - UAL 000215.

2

3        4.        The deponent's licenses, certificates, and other DOCUMENTS related to the

4    deponent's operation of aircraft or aircraft components.

5    **RESPONSE**

6        Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

7    seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

8    To the extent this document request seeks documents contained in personnel files, it is objectionable

9    because it seeks private information protected under California law, which cannot be produced

10   without permission of the individual(s) whose files are being requested. Subject to, and without

11   waiving, these objections, United has produced the non-personal/non-medical portions of John

12   Rediger's personnel file as confidential bates range documents UAL 000119 - UAL 000215.

13

14       5.        The deponent's training materials and records, including but not limited to

15   DOCUMENTS concerning (i) clearing potential conflicts with other aircraft prior to or during taxi;

16   (ii) clearing potential conflicts with other aircraft prior to or during pushback; (iii) conflict

17   resolution; (iv) wing growth; (v) aircraft taxiing; and (vi) determination of Pilot Flying.

18   **RESPONSE**

19       Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

20   seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

21   To the extent this document request seeks documents contained in personnel files, it is objectionable

22   because it seeks private information protected under California law, which cannot be produced

23   without permission of the individual(s) whose files are being requested. Subject to, and without

24   waiving, these objections, United has produced the non-personal/non-medical portions of John

25   Rediger's personnel file as confidential bates range documents UAL 000119 - UAL 000215.

26

27       6.        Any and all DOCUMENTS reflecting UAL's policies, procedures, and operations

28

-3-

1    in effect on October 7, 2003 concerning (i) clearing potential conflicts with other aircraft prior to or

2    during taxi; (ii) clearing potential conflicts with other aircraft prior to or during pushback; (iii)

3    conflict resolution; (iv) wing growth; (v) aircraft taxiing; and (vi) determination of Pilot Flying.

4    **RESPONSE**

5         Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

6    objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

7    UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL 000303 -

8    UAL 000354. Also, United will produce a copy of the flight manual and flight operations manual to

9    Plaintiff.

10         7.       Any and all DOCUMENTS reflecting UAL's policies, procedures, and operations

11   currently in effect concerning (i) clearing potential conflicts with other aircraft prior to or during

12   taxi; (ii) clearing potential conflicts with other aircraft prior to or during pushback; (iii) conflict

13   resolution; (iv) wing growth; (v) aircraft taxiing; and (vi) determination of Pilot Flying.

14   **RESPONSE**

15        Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

16   objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

17   UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL 000303 -

18   UAL 000354. Also, United will produce a copy of the flight manual and flight operations manual to

19   Plaintiff.

20

21        8.       A complete copy of the UAL operations manual in effect on October 7, 2003 and

22   applicable to the UAL aircraft involved in the collision between ANA Flight NH007 and UAL

23   Flight UA809 at San Francisco International Airport ("SFO") on October 7, 2003 (the "Accident").

24   **RESPONSE**

25        Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

26   objections, United will produce a copy of the flight operations manual to Plaintiff.

27        9.       A complete copy of the current UAL operations manual applicable to its B777

28

-4-

Case No 07-03422                                    Defendant United Air Lines, Inc 's Response to Second
                                                   Amended Notice of Deposition of John Rediger
1491060 01

1  aircraft at the present time

2  **RESPONSE**

3      Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

4  objections, United will produce a copy of the flight operations manual to Plaintiff.

5

6      10.      Any and all DOCUMENTS which UAL and/or its flight crew was required to have

7  on board Flight UA809 at the time of the Accident.

8  **RESPONSE**

9      Objection: Vague, overly broad and unduly burdensome. Subject to, and without waiving,

10  these objections, United has produced the Ramp Service Driving Rules as bates numbers UAL

11  000355 - UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL

12  000303 - UAL 000354. Also, United will produce a copy of the flight manual and flight operations

13  manual to Plaintiff.

14      11.      Any and all DOCUMENTS regarding pushback and taxi operations of UAL B777

15  aircraft into and out of SFO in effect at the time of the Accident.

16  **RESPONSE**

17      Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

18  objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

19  UAL 000371.

20      12.      Any and all DOCUMENTS regarding pushback and taxi operations of UAL B777

21  aircraft into and out of SFO in effect at the present time.

22  **RESPONSE**

23      Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

24  objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

25  UAL 000371.

26      13.      Any and all DOCUMENTS reflecting the requested and/or assigned routing for

27  Flight UA809 on October 7, 2003.

28

-5-

Case No. 07-03422

1491060 01

Defendant United Air Lines, Inc.'s Response to Second
Amended Notice of Deposition of John Rediger

1  **RESPONSE**

2      Objection: Vague, overly broad, compound, and unduly burdensome.

3      Subject to, and without waiving, these objections, United has not located any documents

4  responsive to this Request.

5      14.    A complete copy of all Jeppesen charts applicable to ground operations of UAL

6  B777 aircraft at SFO in effect at the time of the Accident.

7  **RESPONSE**

8      Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

9      Subject to, and without waiving, these objections, United states that these documents are

10  covered under Copyright protection as stated in the United Airlines Flight Manual.

11
      15.    A complete copy of all Jeppesen charts applicable to ground operations of UAL B777

12  aircraft at SFO in effect at present.

13  **RESPONSE**

14
      Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

15      Subject to, and without waiving, these objections, United states that these documents are

16  covered under Copyright protection as stated in the United Airlines Flight Manual.

17
      16.    A complete copy of all charts applicable to ground operations of Flight UA809 at

18
19  SFO in effect at the time of the Accident.

20  **RESPONSE**

21      Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

22      Subject to, and without waiving, these objections, United has not located any documents

23  responsive to this Request.

24      17.    Any and all DOCUMENTS reflecting dispatch for Flight UA809 on October 7, 2003,

25  including but not limited to (i) flight plan; and (ii) assigned altitude.

26  **RESPONSE**

27      Objection: Overly broad, unduly burdensome, and duplicative of prior document requests

28

-6-

Case No 07-03422                    Defendant United Air Lines, Inc.'s Response to Second
                                        Amended Notice of Deposition of John Rediger
1491060 01

1    Subject to, and without waiving, these objections, United has not located any documents

2    responsive to this Request.

3    18.    Any and all DOCUMENTS reflecting procedures used during the pushback operation

4    of Flight UA809 on October 7, 2003.

5    **RESPONSE**

6    Objection: Vague, overly broad, unduly burdensome, compound, and duplicative of prior

7    document requests. Additionally, this document request potentially seeks materials privileged under

8    the attorney-client privilege and/or work-product doctrine. This request is also objectionable to the

9    extent that it seeks information protected by the "self-critical analysis" privilege. *See Dowling v.*

10    *American Hawaii Cruises, Inc.*, 971 F.2d 423, 425-26 (9th Cir. 1992). Subject to, and without

11    waiving, these objections, United has produced the Ramp Service Driving Rules as bates numbers

12    UAL 000355 - UAL 000371, and the Maintenance Manual Handling document as bates numbers

13    UAL 000303 - UAL 000354. Also, United will produce a copy of the flight manual and flight

14    operations manual to Plaintiff.

15    19.    Any and all DOCUMENTS reflecting changes in procedures used during pushback

16    operations of UAL B777 aircraft after October 7, 2003.

17    **RESPONSE**

18    Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

19    Subject to, and without waiving, these objections, United has not located any documents

20    responsive to this Request.

21

22

23

24

25

26

27

28

-7-

1  DATED: January 16, 2008                          JAFFE, RAITT, HEUER & WEISS, P.C.

2

3

4                                                   By: _Scott Torpey/PN_____
                                                        Scott R. Torpey Cal. SB#153763
5                                                       storpey@jaffelaw.com
                                                        27777 Franklin Road, Suite 2500
6                                                       Southfield, MI 48034
                                                        Telephone:    248-351-3000
7                                                       Fax:          248-351-3082

8                                                   Attorneys for Defendant United Air Lines, Inc.

9

10                             **CERTIFICATE OF SERVICE**

11      Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer & Weiss, P.C.

12  and that on January 16, 2008 she caused to be served Defendant United Airlines, Inc's Response

13  to Second Amended Notice of Deposition of John Rediger on the person(s) listed below by

14  placing said document(s) in a sealed envelope (if applicable), properly addressed, and

15  forwarding same by the method(s) indicated.

16      ***By Email and First Class Mail***            ***By Email and First Class Mail***
        Marshall S. Turner                          Jeffrey A. Worthe
17      Condon & Forsyth LLP                         Worthe, Hanson & Worthe
        7 Times Square                               1851 E. First St., Ste. 900
18      New York, NY 10036                           Santa Ana, CA 92705

19      ***By Email and First Class Mail***
        Frank A. Silane
20      Roderick D. Margo
        Scott D. Cunningham
21      Condon & Forsyth LLP
        1901 Avenue of the Stars, Suite 850
22      Los Angeles, CA 90067-6010

23  Dated: January 16, 2008                         _Phyllis Nelson_____

24                                                  Phyllis L. Nelson

25

26

27

28
                                          -8-

1  JAFFE, RAITT, HEUER & WEISS, P.C.
   Scott R. Torpey Cal. SB#153763
2  storpey@jaffelaw.com
   27777 Franklin Road, Suite 2500
3  Southfield, MI 48034
   Telephone: 248.351.3000
4  Fax: 248.351.3082

5  And

6  WORTHE, HANSON & WORTHE
   Jeffrey A. Worthe Cal. SB#080856
7  jworthe@whwlawcorp.com
   1851 E. First St., Ste. 900
8  Santa Ana, California 92705
   Telephone:    (714) 285-9600
9  Fax:          (714) 285-9700

10  Attorneys for Defendant United Air Lines, Inc.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14

    All Nippon Airways Company, Ltd.,        Case No.07-03422
15
                    Plaintiff,               **DEFENDANT UNITED AIR LINES, INC.'S**
16                                           **RESPONSE TO SECOND AMENDED**
                    vs.                      **NOTICE OF DEPOSITION OF BRAD**
17                                           **POWELL**
    United Air Lines, Inc.,
18                                           JUDGE:    Elizabeth D. Laporte
                    Defendant.
19

20

21        Defendant United Air Lines, Inc., by and through its attorneys of record, Jaffe Raitt Heuer &

22  Weiss, P.C., respond to Plaintiff All Nippon Airways Company, Ltd.'s Second Amended Notice of

23  Deposition of Brad Powell as follows:

24        1.      The entire contents of the deponent's file concerning the subject accident which

25  took place on October 7, 2003 at San Francisco International Airport.

26  **RESPONSE**

27        Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

28

Case No. 07-03422                          Defendant United Air Lines, Inc.'s Response to Second
                                           Amended Notice of Deposition of Brad Powell
1491062.01

1  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

2  To the extent this document request seeks documents contained in personnel files, it is objectionable

3  because it seeks private information protected under California law, which cannot be produced

4  without permission of the individual(s) whose files are being requested. Subject to, and without

5  waiving, these objections, United has produced the non-personal/non-medical portions of Brad

6  Powell's personnel file as confidential bates range documents UAL 000216 - UAL 000302.

7

8      2.      Any and all DOCUMENTS regarding the subject flight and accident and the

9  investigation thereof.

10  **RESPONSE**

11      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

12  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

13  This request is also objectionable to the extent that it seeks information protected by the "self-

14  critical analysis" privilege. *See Dowling v. American Hawaii Cruises, Inc.*, 971 F.2d 424, 425 (9th

15  Cir. 1992). Subject to, and without waiving, these objections, responsive documents have been

16  produced to Plaintiff as Rule 26(a)(1) Disclosure bates numbers UAL 1-725.

17

18      3      The deponent's personnel records, including but not limited to DOCUMENTS

19  pertaining to any accident or incident involving the deponent and any disciplinary action against the

20  deponent

21  **RESPONSE**

22      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

23  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

24  To the extent this document request seeks documents contained in personnel files, it is objectionable

25  because it seeks private information protected under California law, which cannot be produced

26  without permission of the individual(s) whose files are being requested. Subject to, and without

27

28  waiving, these objections, United has produced the non-personal/non-medical portions of Brad

-2-

Case No. 07-03422                                Defendant United Air Lines, Inc.'s Response to Second
Amended Notice of Deposition of Brad Powell
1491062 01

1    Powell's personnel file as confidential bates range documents UAL 000216 - UAL 000302.

2        4.        The deponent's licenses, certificates, and other DOCUMENTS related to the

3    deponent's operation of aircraft or aircraft components.

4    **RESPONSE**

5        Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

6    seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

7    To the extent this document request seeks documents contained in personnel files, it is objectionable

8    because it seeks private information protected under California law, which cannot be produced

9    without permission of the individual(s) whose files are being requested. Subject to, and without

10   waiving, these objections, United has produced the non-personal/non-medical portions of Brad

11   Powell's personnel file as confidential bates range documents UAL 000216 - UAL 000302.

12

13       5.        The deponent's training materials and records, including but not limited to

14   DOCUMENTS concerning (i) clearing potential conflicts with other aircraft prior to or during taxi;

15   (ii) clearing potential conflicts with other aircraft prior to or during pushback; (iii) conflict

16   resolution; (iv) wing growth; (v) aircraft taxiing; and (vi) determination of Pilot Flying.

17   **RESPONSE**

18       Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

19   seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

20   To the extent this document request seeks documents contained in personnel files, it is objectionable

21   because it seeks private information protected under California law, which cannot be produced

22   without permission of the individual(s) whose files are being requested. Subject to, and without

23   waiving, these objections, United has produced the non-personal/non-medical portions of Brad

24   Powell's personnel file as confidential bates range documents UAL 000216 - UAL 000302.

25

26

27       6        Any and all DOCUMENTS reflecting UAL's policies, procedures, and operations

28   in effect on October 7, 2003 concerning (i) clearing potential conflicts with other aircraft prior to or

-3-

during taxi; (ii) clearing potential conflicts with other aircraft prior to or during pushback; (iii) conflict resolution; (iv) wing growth; (v) aircraft taxiing; and (vi) determination of Pilot Flying.

**RESPONSE**

Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 - UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL 000303 - UAL 000354. Also, United will produce a copy of the flight manual and flight operations manual to Plaintiff.

7.    Any and all DOCUMENTS reflecting UAL's policies, procedures, and operations currently in effect concerning (i) clearing potential conflicts with other aircraft prior to or during taxi; (ii) clearing potential conflicts with other aircraft prior to or during pushback; (iii) conflict resolution; (iv) wing growth; (v) aircraft taxiing; and (vi) determination of Pilot Flying.

**RESPONSE**

Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 - UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL 000303 - UAL 000354. Also, United will produce a copy of the flight manual and flight operations manual to Plaintiff.


8.    A complete copy of the UAL operations manual in effect on October 7, 2003 and applicable to the UAL aircraft involved in the collision between ANA Flight NH007 and UAL Flight UA809 at San Francisco International Airport ("SFO") on October 7, 2003 (the "Accident").

**RESPONSE**

Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these objections, United will produce a copy of the flight operations manual to Plaintiff.

9.    A complete copy of the current UAL operations manual applicable to its B777 aircraft at the present time.

-4-

1    **RESPONSE**

2       Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

3    objections, United will produce a copy of the flight operations manual to Plaintiff.

4

5       10.    Any and all DOCUMENTS which UAL and/or its flight crew was required to have

6    on board Flight UA809 at the time of the Accident.

7    **RESPONSE**

8       Objection: Vague, overly broad and unduly burdensome. Subject to, and without waiving,

9    these objections, United has produced the Ramp Service Driving Rules as bates numbers UAL

10   000355 - UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL

11   000303 - UAL 000354. Also, United will produce a copy of the flight manual and flight operations

12   manual to Plaintiff.

13      11.    Any and all DOCUMENTS regarding pushback and taxi operations of UAL B777

14   aircraft into and out of SFO in effect at the time of the Accident.

15   **RESPONSE**

16      Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

17   objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

18   UAL 000371.

19      12.    Any and all DOCUMENTS regarding pushback and taxi operations of UAL B777

20   aircraft into and out of SFO in effect at the present time.

21   **RESPONSE**

22      Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

23   objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

24   UAL 000371.

25      13     Any and all DOCUMENTS reflecting the requested and/or assigned routing for

26   Flight UA809 on October 7, 2003

27   **RESPONSE**

28

-5-

1    Objection: Vague, overly broad, compound, and unduly burdensome.

2    Subject to, and without waiving, these objections, United has not located any documents

3    responsive to this Request.

4

5    14.    A complete copy of all Jeppesen charts applicable to ground operations of UAL

6    B777 aircraft at SFO in effect at the time of the Accident.

7    **RESPONSE**

8    Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

9    Subject to, and without waiving, these objections, United states that these documents are

10    covered under Copyright protection as stated in the United Airlines Flight Manual.

11

12    15.    A complete copy of all Jeppesen charts applicable to ground operations of UAL B777

13    aircraft at SFO in effect at present.

14    **RESPONSE**

15    Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

16    Subject to, and without waiving, these objections, United states that these documents are

17    covered under Copyright protection as stated in the United Airlines Flight Manual.

18    16.    A complete copy of all charts applicable to ground operations of Flight UA809 at

19    SFO in effect at the time of the Accident.

20    **RESPONSE**

21    Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

22    Subject to, and without waiving, these objections, United has not located any documents

23    responsive to this Request.

24

25    17.    Any and all DOCUMENTS reflecting dispatch for Flight UA809 on October 7, 2003,

26    including but not limited to (i) flight plan; and (ii) assigned altitude.

27    **RESPONSE**

28

-6-

1    Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

2    Subject to, and without waiving, these objections, United has not located any documents

3    responsive to this Request

4    18.    Any and all DOCUMENTS reflecting procedures used during the pushback operation

5    of Flight UA809 on October 7, 2003

6    **RESPONSE**

7    Objection: Vague, overly broad, unduly burdensome, compound, and duplicative of prior

8    document requests  Additionally, this document request potentially seeks materials privileged under

9    the attorney-client privilege and/or work-product doctrine.  This request is also objectionable to the

10   extent that it seeks information protected by the "self-critical analysis" privilege.  *See Dowling v.*

11   *American Hawaii Cruises, Inc.*, 971 F.2d 423, 425-26 (9th Cir  1992).  Subject to, and without

12   waiving, these objections, United has produced the Ramp Service Driving Rules as bates numbers

13   UAL 000355 - UAL 000371, and the Maintenance Manual Handling document as bates numbers

14   UAL 000303 - UAL 000354.  Also, United will produce a copy of the flight manual and flight

15   operations manual to Plaintiff.

16   19.    Any and all DOCUMENTS reflecting changes in procedures used during pushback

17   operations of UAL B777 aircraft after October 7, 2003.

18   **RESPONSE**

19   Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

20   Subject to, and without waiving, these objections, United has not located any documents

21   responsive to this Request.

22

23

24

25

26

27

28

-7-

1  DATED: January 16, 2008                    JAFFE, RAITT, HEUER & WEISS, P.C.

2

3                                             By: _Scott Torpey/PN_

4                                             Scott R. Torpey Cal.SB# 53763
                                              storpey@jaffelaw.com
5                                             27777 Franklin Road, Suite 2500
                                              Southfield, MI 48034
6                                             Telephone:    248-351-3000
                                              Fax:          248-351-3082
7

8                                             Attorneys for Defendant United Air Lines, Inc.

9
                                **CERTIFICATE OF SERVICE**
10
           Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer & Weiss, P.C.
11
    and that on January 16, 2008 she caused to be served Defendant United Airlines, Inc's Response
12
    to Second Amended Notice of Deposition of Brad Powell on the person(s) listed below by
13
    placing said document(s) in a sealed envelope (if applicable), properly addressed, and
14
    forwarding same by the method(s) indicated.
15
       ***By Email and First Class Mail***          ***By Email and First Class Mail***
16     Marshall S. Turner                        Jeffrey A. Worthe
       Condon & Forsyth LLP                      Worthe, Hanson & Worthe
17     7 Times Square                            1851 E. First St., Ste. 900
       New York, NY 10036                        Santa Ana, CA 92705
18

19     ***By Email and First Class Mail***
       Frank A. Silane
20     Roderick D. Margo
       Scott D. Cunningham
21     Condon & Forsyth LLP
       1901 Avenue of the Stars, Suite 850
22     Los Angeles, CA 90067-6010

23  Dated: January 16, 2008            _Phyllis Nelson_

24                                     Phyllis L. Nelson

25

26

27

28
                                    -8-

Case No. 07-03422                    Defendant United Air Lines, Inc.'s Response to Second
                                     Amended Notice of Deposition of Brad Powell
1491062 01

1   JAFFE, RAITT, HEUER & WEISS, P.C.
    Scott R. Torpey Cal. SB#153763
2   storpey@jaffelaw.com
    27777 Franklin Road, Suite 2500
3   Southfield, MI 48034
    Telephone: 248.351.3000
4   Fax: 248.351.3082

5   And

6   WORTHE, HANSON & WORTHE
    Jeffrey A. Worthe Cal. SB#080856
7   jworthe@whwlawcorp.com
    1851 E. First St., Ste. 900
8   Santa Ana, California 92705
    Telephone:    (714) 285-9600
9   Fax:          (714) 285-9700

10  Attorneys for Defendant United Air Lines, Inc.

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14

15  All Nippon Airways Company, Ltd.,          Case No.07-03422

16              Plaintiff,                      **DEFENDANT UNITED AIR LINES, INC.'S**
                                                **RESPONSE TO SECOND AMENDED**
17        vs.                                   **NOTICE OF DEPOSITION OF SCOTT M.**
                                                **RUSSELL**
18  United Air Lines, Inc.,
                                                JUDGE:    Elizabeth D. Laporte
19              Defendant
    _____

20

21       Defendant United Air Lines, Inc., by and through its attorneys of record, Jaffe Raitt Heuer &

22  Weiss, P.C., respond to Plaintiff All Nippon Airways Company, Ltd.'s Second Amended Notice of

23  Deposition of Scott M. Russell as follows:

24       1.    The entire contents of the deponent's file concerning the subject accident which took

25  place on October 7, 2003 at San Francisco International Airport.

26  **RESPONSE**

27       Objection:  Overly broad, unduly burdensome, duplicative of prior document requests, and

28

Case No. 07-03422                              Defendant United Air Lines, Inc.'s Response to Second
                                               Amended Notice of Deposition of Scott M. Russell
1491047.01

1  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

2  To the extent this document request seeks documents contained in personnel files, it is objectionable

3  because it seeks private information protected under California law, which cannot be produced

4  without permission of the individual(s) whose files are being requested. Subject to, and without

5  waiving, these objections, United has produced the non-personal/non-medical portions of Scott M.

6  Russell's personnel file as confidential bates range documents UAL 000001 - UAL 000118.

7

8       2.     Any and all DOCUMENTS regarding the subject flight and accident and the

9  investigation thereof.

10  **RESPONSE**

11       Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

12  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

13  This request is also objectionable to the extent that it seeks information protected by the "self-

14  critical analysis" privilege. *See Dowling v. American Hawaii Cruises, Inc.*, 971 F.2d 424, 425 (9th

15  Cir. 1992). Subject to, and without waiving, these objections, responsive documents have been

16  produced to Plaintiff as Rule 26(a)(1) Disclosure bates numbers UAL 1-725.

17

18       3.     The deponent's personnel records, including but not limited to DOCUMENTS

19  pertaining to any accident or incident involving the deponent and any disciplinary action against the

20  deponent.

21  **RESPONSE**

22       Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

23  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

24  To the extent this document request seeks documents contained in personnel files, it is objectionable

25  because it seeks private information protected under California law, which cannot be produced

26  without permission of the individual(s) whose files are being requested. Subject to, and without

27  waiving, these objections, United has produced the non-personal/non-medical portions of Scott M.

28

-2-

1    Russell's personnel file as confidential bates range documents UAL 000001 - UAL 000118

2

3         4.     The deponent's licenses, certificates, and other DOCUMENTS related to the

4    deponent's operation of aircraft or aircraft components.

5    **RESPONSE**

6         Objection:  Overly broad, unduly burdensome, duplicative of prior document requests, and

7    seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

8    To the extent this document request seeks documents contained in personnel files, it is objectionable

9    because it seeks private information protected under California law, which cannot be produced

10   without permission of the individual(s) whose files are being requested.  Subject to, and without

11   waiving, these objections, United has produced the non-personal/non-medical portions of Scott M.

12   Russell's personnel file as confidential bates range documents UAL 000001 - UAL 000118.

13

14        5.     The deponent's training materials and records, including but not limited to

15   DOCUMENTS concerning (i) clearing potential conflicts with other aircraft prior to or during taxi;

16   (ii) clearing potential conflicts with other aircraft prior to or during pushback; (iii) conflict

17   resolution; (iv) wing growth; (v) aircraft taxiing; and (vi) determination of Pilot Flying.

18   **RESPONSE**

19        Objection:  Overly broad, unduly burdensome, duplicative of prior document requests, and

20   seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

21   To the extent this document request seeks documents contained in personnel files, it is objectionable

22   because it seeks private information protected under California law, which cannot be produced

23   without permission of the individual(s) whose files are being requested.  Subject to, and without

24   waiving, these objections, United has produced the non-personal/non-medical portions of Scott M.

25   Russell's personnel file as confidential bates range documents UAL 000001 - UAL 000118

26

27        6.     Any and all DOCUMENTS reflecting UAL's policies, procedures, and operations in

28

-3-

1  effect on October 7, 2003 concerning (i) clearing potential conflicts with other aircraft prior to or

2  during taxi; (ii) clearing potential conflicts with other aircraft prior to or during pushback; (iii)

3  conflict resolution; (iv) wing growth; (v) aircraft taxiing; and (vi) determination of Pilot Flying.

4  **RESPONSE**

5       Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

6  objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

7  UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL 000303 -

8  UAL 000354. Also, United will produce a copy of the flight manual and flight operations manual to

9  Plaintiff.

10      7.    Any and all DOCUMENTS reflecting UAL's policies, procedures, and operations

11  currently in effect concerning (i) clearing potential conflicts with other aircraft prior to or during

12  taxi; (ii) clearing potential conflicts with other aircraft prior to or during pushback; (iii) conflict

13  resolution; (iv) wing growth; (v) aircraft taxiing; and (vi) determination of Pilot Flying.

14  **RESPONSE**

15       Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

16  objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

17  UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL 000303 -

18  UAL 000354. Also, United will produce a copy of the flight manual and flight operations manual to

19  Plaintiff.

20

21      8.    A complete copy of the UAL operations manual in effect on October 7, 2003 and

22  applicable to the UAL aircraft involved in the collision between ANA Flight NH007 and UAL

23  Flight UA809 at San Francisco International Airport ("SFO") on October 7, 2003 (the "Accident").

24  **RESPONSE**

25       Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

26  objections, United will produce a copy of the flight operations manual to Plaintiff.

27      9.    A complete copy of the current UAL operations manual applicable to its B777

28

-4-

1    aircraft at the present time.

2    **RESPONSE**

3        Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

4    objections, United will produce a copy of the flight operations manual to Plaintiff.

5

6        10.    Any and all DOCUMENTS which UAL and/or its flight crew was required to have

7    on board Flight UA809 at the time of the Accident.

8    **RESPONSE**

9        Objection: Vague, overly broad and unduly burdensome. Subject to, and without waiving,

10   these objections, United has produced the Ramp Service Driving Rules as bates numbers UAL

11   000355 - UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL

12   000303 - UAL 000354. Also, United will produce a copy of the flight manual and flight operations

13   manual to Plaintiff.

14       11.    Any and all DOCUMENTS regarding pushback and taxi operations of UAL B777

15   aircraft into and out of SFO in effect at the time of the Accident.

16   **RESPONSE**

17       Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

18   objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

19   UAL 000371.

20       12.    Any and all DOCUMENTS regarding pushback and taxi operations of UAL B777

21   aircraft into and out of SFO in effect at the present time.

22   **RESPONSE**

23       Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

24   objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

25   UAL 000371.

26       13.    Any and all DOCUMENTS reflecting the requested and/or assigned routing for

27   Flight UA809 on October 7, 2003.

28

-5-

**RESPONSE**

Objection: Vague, overly broad, compound, and unduly burdensome.

Subject to, and without waiving, these objections, United has not located any documents responsive to this Request.

14.     A complete copy of all Jeppesen charts applicable to ground operations of UAL B777 aircraft at SFO in effect at the time of the Accident.

**RESPONSE**

Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

Subject to, and without waiving, these objections, United states that these documents are covered under Copyright protection as stated in the United Airlines Flight Manual.

15.     A complete copy of all Jeppesen charts applicable to ground operations of UAL B777 aircraft at SFO in effect at present

**RESPONSE**

Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

Subject to, and without waiving, these objections, United states that these documents are covered under Copyright protection as stated in the United Airlines Flight Manual.

16.     A complete copy of all charts applicable to ground operations of Flight UA809 at SFO in effect at the time of the Accident.

**RESPONSE**

Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

Subject to, and without waiving, these objections, United has not located any documents responsive to this Request.

17.     Any and all DOCUMENTS reflecting dispatch for Flight UA809 on October 7, 2003, including but not limited to (i) flight plan; and (ii) assigned altitude.

**RESPONSE**

Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

-6-

1    Subject to, and without waiving, these objections, United has not located any documents

2  responsive to this Request.

3    18.    Any and all DOCUMENTS reflecting procedures used during the pushback operation

4  of Flight UA809 on October 7, 2003.

5  **RESPONSE**

6    Objection: Vague, overly broad, unduly burdensome, compound, and duplicative of prior

7  document requests. Additionally, this document request potentially seeks materials privileged under

8  the attorney-client privilege and/or work-product doctrine. This request is also objectionable to the

9  extent that it seeks information protected by the "self-critical analysis" privilege. *See Dowling v*

10  *American Hawaii Cruises, Inc.*, 971 F.2d 423, 425-26 (9th Cir. 1992). Subject to, and without

11  waiving, these objections, United has produced the Ramp Service Driving Rules as bates numbers

12  UAL 000355 - UAL 000371, and the Maintenance Manual Handling document as bates numbers

13  UAL 000303 - UAL 000354. Also, United will produce a copy of the flight manual and flight

14  operations manual to Plaintiff.

15    19.    Any and all DOCUMENTS reflecting changes in procedures used during pushback

16  operations of UAL B777 aircraft after October 7, 2003.

17  **RESPONSE**

18    Objection: Overly broad, unduly burdensome, and duplicative of prior document requests.

19    Subject to, and without waiving, these objections, United has not located any documents

20  responsive to this Request.

21

22

23

24

25

26

27

28

-7-

1   DATED: January 16, 2008                JAFFE, RAITT, HEUER & WEISS, P.C.

2

3                                          By: _Scott Torpey / PN_

4                                              Scott R. Torpey Cal SB#153763
                                               storpey@jaffelaw.com
5                                              27777 Franklin Road, Suite 2500
                                               Southfield, MI 48034
6                                              Telephone:    248-351-3000
                                               Fax:          248-351-3082
7

8                                          Attorneys for Defendant United Air Lines, Inc.

9

10                            **CERTIFICATE OF SERVICE**

11          Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer & Weiss, P.C.

12   and that on January 16, 2008 she caused to be served Defendant United Airlines, Inc's Response

13   to Second Amended Notice of Deposition of Scott M. Russell on the person(s) listed below by

14   placing said document(s) in a sealed envelope (if applicable), properly addressed, and

15   forwarding same by the method(s) indicated.

16   ***By Email and First Class Mail***          ***By Email and First Class Mail***
     Marshall S. Turner                      Jeffrey A. Worthe
17   Condon & Forsyth LLP                    Worthe, Hanson & Worthe
     7 Times Square                          1851 E. First St., Ste. 900
18   New York, NY 10036                      Santa Ana, CA 92705

19   ***By Email and First Class Mail***
     Frank A. Silane
20   Roderick D. Margo
     Scott D. Cunningham
21   Condon & Forsyth LLP
     1901 Avenue of the Stars, Suite 850
22   Los Angeles, CA 90067-6010

23   Dated: January 16, 2008                 _Phyllis Nelson_

24                                           Phyllis L. Nelson

25

26

27

28
                                        -8-

1  JAFFE, RAITT, HEUER & WEISS, P.C.
   Scott R. Torpey Cal. SB#153763
2  storpey@jaffelaw.com
   27777 Franklin Road, Suite 2500
3  Southfield, MI 48034
   Telephone: 248.351.3000
4  Fax: 248.351.3082

5  And

6  WORTHE, HANSON & WORTHE
   Jeffrey A. Worthe Cal. SB#080856
7  jworthe@whwlawcorp.com
   1851 E. First St., Ste. 900
8  Santa Ana, California 92705
   Telephone:    (714) 285-9600
9  Fax:          (714) 285-9700

10  Attorneys for Defendant United Air Lines, Inc.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14

15  All Nippon Airways Company, Ltd.,          Case No.07-03422

16              Plaintiff,              **DEFENDANT UNITED AIR LINES, INC.'S
                                        RESPONSE TO THIRD AMENDED
                                        NOTICE OF DEPOSITION OF EDWARD
17  vs.                                 LOH**

18  United Air Lines, Inc.,            JUDGE:    Elizabeth D. Laporte

19              Defendant.

20

21      Defendant United Air Lines, Inc., by and through its attorneys of record, Jaffe Raitt Heuer &

22  Weiss, P.C., respond to Plaintiff All Nippon Airways Company, Ltd.'s Third Amended Notice of

23  Deposition of Edward Loh as follows:

24      1.      The entire contents of the deponent's file concerning the subject accident which took

25  place on October 7, 2003 at San Francisco International Airport (the "Accident").

26  **RESPONSE**

27      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

28

Case No. 07-03422                          Defendant United Air Lines, Inc.'s Response to Third
                                           Amended Notice of Deposition of Edward Loh
1491053 01

1  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

2  To the extent this document request seeks documents contained in personnel files, it is objectionable

3  because it seeks private information protected under California law, which cannot be produced

4  without permission of the individual(s) whose files are being requested. Subject to, and without

5  waiving, these objections, United has produced the non-personal/non-medical portions of Edward

6  Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480.

7      2.      Any and all DOCUMENTS regarding the Accident and the investigation thereof.

8  **RESPONSE**

9      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

10  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

11  This request is also objectionable to the extent that it seeks information protected by the "self-

12  critical analysis" privilege. *See Dowling v. American Hawaii Cruises, Inc.*, 971 F.2d 424, 425 (9th

13  Cir. 1992). Subject to, and without waiving, these objections, responsive documents have been

14  produced to Plaintiff as Rule 26(a)(1) Disclosure bates numbers UAL 1-725.

15      3.      The deponent's personnel records, including but not limited to DOCUMENTS

16  pertaining to any accident or incident involving the deponent and any disciplinary action against the

17  deponent.

18  **RESPONSE**

19      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

20  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

21  To the extent this document request seeks documents contained in personnel files, it is objectionable

22  because it seeks private information protected under California law, which cannot be produced

23  without permission of the individual(s) whose files are being requested. Subject to, and without

24  waiving, these objections, United has produced the non-personal/non-medical portions of Edward

25  Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480.

26      4.      Any and all DOCUMENTS regarding training materials and records for the

27  deponent, including but not limited to those DOCUMENTS regarding the training of deponent for

28

-2-

Case No. 07-03422                                    Defendant United Air Lines, Inc.'s Response to Third
                                                     Amended Notice of Deposition of Edward Loh
1491053.01

1  his position as Ramp Tower G Ramp Controller at San Francisco International Airport ("SFO") in

2  effect on or before October 7, 2003.

3  **RESPONSE**

4      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

5  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

6  To the extent this document request seeks documents contained in personnel files, it is objectionable

7  because it seeks private information protected under California law, which cannot be produced

8  without permission of the individual(s) whose files are being requested. Subject to, and without

9  waiving, these objections, United has produced the non-personal/non-medical portions of Edward

10  Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480.

11      5.    Any and all DOCUMENTS concerning the deponent's position as Ramp Tower G

12  Ramp Controller at SFO in effect on October 7, 2003 regarding (i) communications with aircraft; (ii)

13  clearances and instructions for pushback and taxi; (iii) traffic advisories and safety alerts; (iv)

14  maintaining separation of aircraft in the vicinity of Terminal G; (v) ensuring that no collisions occur

15  between aircraft; (vi) organizing and expediting the flow of traffic; (vii) paying attention to all

16  aircraft and not focusing on one area to the exclusion of another; (viii) clearing potential conflicts

17  between aircraft prior to or during taxi; (ix) clearing potential conflicts between aircraft prior to or

18  during pushback; and (x) conflict resolution.

19  **RESPONSE**

20      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

21  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

22  To the extent this document request seeks documents contained in personnel files, it is objectionable

23  because it seeks private information protected under California law, which cannot be produced

24  without permission of the individual(s) whose files are being requested. Subject to, and without

25  waiving, these objections, United has produced the non-personal/non-medical portions of Edward

26  Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480.

27      6.    Any and all DOCUMENTS concerning the deponent's position as Ramp Tower G

28

-3-

1   Ramp Controller at SFO currently in effect regarding (i) communications with aircraft; (ii)

2   clearances and instructions for pushback and taxi; (iii) traffic advisories and safety alerts; (iv)

3   maintaining separation of aircraft in the vicinity of Terminal G; (v) ensuring that no collisions occur

4   between aircraft; (vi) organizing and expediting the flow of traffic; (vii) paying attention to all

5   aircraft and no focusing on one area to the exclusion of another, (viii) clearing potential conflicts

6   between aircraft prior to or during taxi; (ix) clearing potential conflicts between aircraft prior to or

7   during pushback; and (x) conflict resolution

8   **RESPONSE**

9       Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

10   seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

11   To the extent this document request seeks documents contained in personnel files, it is objectionable

12   because it seeks private information protected under California law, which cannot be produced

13   without permission of the individual(s) whose files are being requested. Subject to, and without

14   waiving, these objections, United has produced the non-personal/non-medical portions of Edward

15   Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480

16       7.    Any and all materials and records concerning the training of deponent for his position

17   as Ramp Tower G Ramp Controller at SFO received on or before October 7, 2003 from (i) UAL; (ii)

18   the Federal Aviation Authority ("FAA"); and (iii) San Francisco Terminal Equipment Co.

19   **RESPONSE**

20       Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

21   seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

22   To the extent this document request seeks documents contained in personnel files, it is objectionable

23   because it seeks private information protected under California law, which cannot be produced

24   without permission of the individual(s) whose files are being requested. Subject to, and without

25   waiving, these objections, United has produced the non-personal/non-medical portions of Edward

26   Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480

27       8.    Any and all DOCUMENTS concerning the certification of the deponent, including

28

-4-

1  but not limited to those DOCUMENTS regarding the deponent's position as Ramp Tower G Ramp

2  Controller at SFO.

3  **RESPONSE**

4      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

5  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

6  To the extent this document request seeks documents contained in personnel files, it is objectionable

7  because it seeks private information protected under California law, which cannot be produced

8  without permission of the individual(s) whose files are being requested. Subject to, and without

9  waiving, these objections, United has produced the non-personal/non-medical portions of Edward

10  Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480.

11      9.    A complete copy of all procedures and policies concerning the deponent's position as

12  Ramp Tower G Ramp Controller at SFO in effect on October 7, 2003.

13  **RESPONSE**

14      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

15  seeks information protected by the attorney/client privilege and/or attorney work product doctrine

16  To the extent this document request seeks documents contained in personnel files, it is objectionable

17  because it seeks private information protected under California law, which cannot be produced

18  without permission of the individual(s) whose files are being requested. Subject to, and without

19  waiving, these objections, United has produced the non-personal/non-medical portions of Edward

20  Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480.

21      10.    A complete copy of all changes to procedures and policies concerning the operation

22  of Ramp Tower G at SFO from October 7, 2003, to present.

23  **RESPONSE**

24      Objection: Vague, overly broad, compound, and unduly burdensome.

25      Subject to, and without waiving, these objections, United has not located any documents

26  responsive to this Request.

27      11.    A complete copy of all procedures and policies concerning the operation of Ramp

28

-5-

1    Tower G at SFO in effect on October 7, 2003, including but not limited to documents concerning (i)

2    clearing potential conflicts between aircraft prior to or during taxi; (ii) clearing potential conflicts

3    between aircraft prior to or during pushback; (iii) conflict resolution; (iv) taxiing; and (v) procedures

4    prior to, during, and after issuance of clearance to push, clearance to taxi, and clearance to Spot 10

5    instructions.

6    **RESPONSE**

7        Objection: Vague, overly broad and unduly burdensome. Subject to, and without waiving,

8    these objections, United has produced the Ramp Service Driving Rules as bates numbers UAL

9    000355 - UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL

10   000303 - UAL 000354. Also, United will produce a copy of the flight manual and flight operations

11   manual to Plaintiff.

12       12.    A complete copy of all procedures and policies concerning the operation of Ramp

13   Tower G at SFO from October 7, 2003 to present, including but not limited to documents

14   concerning (i) clearing potential conflicts between aircraft prior to or during taxi; (ii) clearing

15   potential conflicts between aircraft prior to or during pushback; (iii) conflict resolution; (iv) taxiing;

16   and (v) procedures prior to, during, and after issuance of clearance to push, clearance to taxi, and

17   clearance to Spot 10 instructions.

18   **RESPONSE**

19       Objection: Vague, overly broad and unduly burdensome. Subject to, and without

20   waiving, these objections, United has produced the Ramp Service Driving Rules as bates numbers

21   UAL 000355 - UAL 000371, and the Maintenance Manual Handling document as bates numbers

22   UAL 000303 - UAL 000354. Also, United will produce a copy of the flight manual and flight

23   operations manual to Plaintiff.

24

25       13.    A complete copy of all changes to procedures and policies concerning the operation

26   of Ramp Tower G at SFO from October 7, 2003 to present.

27   **RESPONSE**

28

-6-

1    Objection: Vague, overly broad, compound, and unduly burdensome.

2    Subject to, and without waiving, these objections, United has not located any documents

3    responsive to this Request.

4    14.    The results and/or records of the urine sample testing conducted on the deponent in

5    connection with the Accident.

6    **RESPONSE**

7    Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

8    seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

9    To the extent this document request seeks documents contained in personnel files, it is objectionable

10   because it seeks private information protected under California law, which cannot be produced

11   without permission of the individual(s) whose files are being requested. Subject to, and without

12   waiving, these objections, United has produced the non-personal/non-medical portions of Edward

13   Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480.

14   15.    The results and/or records of all checks and tests conducted on the deponent for

15   fitness for duty at the time of the Accident.

16   **RESPONSE**

17   Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

18   seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

19   To the extent this document request seeks documents contained in personnel files, it is objectionable

20   because it seeks private information protected under California law, which cannot be produced

21   without permission of the individual(s) whose files are being requested. Subject to, and without

22   waiving, these objections, United has produced the non-personal/non-medical portions of Edward

23   Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480.

24   16.    The results and/or records of any physical or psychological examination conducted

25   on the deponent in connection with the Accident.

26   **RESPONSE**

27   Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

28

-7-

1   seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

2   To the extent this document request seeks documents contained in personnel files, it is objectionable

3   because it seeks private information protected under California law, which cannot be produced

4   without permission of the individual(s) whose files are being requested. Subject to, and without

5   waiving, these objections, United has produced the non-personal/non-medical portions of Edward

6   Loh's personnel file as confidential bates range documents UAL 000372 - UAL 000480.

7        17.    A complete copy of the Memorandum of Understanding between UAL and SFOTEC

8   in effect on October 7, 2003.

9   **RESPONSE**

10       Objection: Vague, overly broad, compound, and unduly burdensome

11       Subject to, and without waiving, these objections, United has not located any documents

12  responsive to this Request.

13       18.    A complete copy of UAL's "G Tower Procedures" manual.

14  **RESPONSE**

15       Objection: Vague, overly broad, compound, and unduly burdensome.

16       Subject to, and without waiving, these objections, United has not located any documents

17  responsive to this Request.

18  DATED: January 16, 2008              JAFFE, RAITT, HEUER & WEISS, P.C.

19

20

21       By: _Scott Torpey / PN_
             Scott R. Torpey Cal. SB#153763
22           storpey@jaffelaw.com
             27777 Franklin Road, Suite 2500
23           Southfield, MI 48034
             Telephone:    248-351-3000
24           Fax:          248-351-3082

25       Attorneys for Defendant United Air Lines, Inc.

26

27

28

-8-

1

## CERTIFICATE OF SERVICE

2        Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer & Weiss, P.C.

3    and that on January 16, 2008 she caused to be served Defendant United Airlines, Inc's Response

4    to Third Amended Notice of Deposition of Edward Loh on the person(s) listed below by placing

5    said document(s) in a sealed envelope (if applicable), properly addressed, and forwarding same

6    by the method(s) indicated.

7    **By Email and First Class Mail**              **By Email and First Class Mail**
     Marshall S. Turner                             Jeffrey A. Worthe
8    Condon & Forsyth LLP                           Worthe, Hanson & Worthe
     7 Times Square                                 1851 E. First St., Ste. 900
9    New York, NY 10036                             Santa Ana, CA 92705

10
     **By Email and First Class Mail**
11   Frank A. Silane
     Roderick D. Margo
12   Scott D. Cunningham
     Condon & Forsyth LLP
13   1901 Avenue of the Stars, Suite 850
     Los Angeles, CA 90067-6010
14

15   Dated: January 16, 2008                        _Phyllis Nelson_

16                                                  Phyllis L. Nelson

17

18

19

20

21

22

23

24

25

26

27

28

-9-

1  JAFFE, RAITT, HEUER & WEISS, P.C.
   Scott R. Torpey Cal. SB#153763
2  storpey@jaffelaw.com
   27777 Franklin Road, Suite 2500
3  Southfield, MI 48034
   Telephone: 248.351.3000
4  Fax: 248.351.3082

5  And

6  WORTHE, HANSON & WORTHE
   Jeffrey A. Worthe Cal. SB#080856
7  jworthe@whwlawcorp.com
   1851 E. First St., Ste. 900
8  Santa Ana, California 92705
   Telephone:    (714) 285-9600
9  Fax:          (714) 285-9700

10 Attorneys for Defendant United Air Lines, Inc.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14

   All Nippon Airways Company, Ltd.,          Case No.07-03422
15
                   Plaintiff,                 **DEFENDANT UNITED AIR LINES, INC.'S**
16                                            **RESPONSE TO THIRD AMENDED**
                   vs.                        **NOTICE OF DEPOSITION OF JULIO**
17                                            **HERNANDEZ**
   United Air Lines, Inc.,
18                                            JUDGE:    Elizabeth D. Laporte
                   Defendant
19

20

21      Defendant United Air Lines, Inc., by and through its attorneys of record, Jaffe Raitt Heuer &

22 Weiss, P.C., respond to Plaintiff All Nippon Airways Company, Ltd.'s Second Amended Notice of

23 Deposition of Julio Hernandez as follows:

24      1.     The entire contents of the deponent's file concerning the subject accident which took

25 place on October 7, 2003 at San Francisco International Airport (hereinafter the "Accident").

   **RESPONSE**
26
        Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and
27
28 seeks information protected by the attorney/client privilege and/or attorney work product doctrine

Case No. 07-03422                    Defendant United Air Lines, Inc.'s Response to Third
                                        Amended Notice of Deposition of Julio Hernandez
1491055.01

1  To the extent this document request seeks documents contained in personnel files, it is objectionable

2  because it seeks private information protected under California law, which cannot be produced

3  without permission of the individual(s) whose files are being requested. Subject to, and without

4  waiving, these objections, United has produced the non-personal/non-medical portions of Julio

5  Hernandez's personnel file as confidential bates range documents UAL 000481 - UAL 000547.

6       2.     Any and all DOCUMENTS regarding the subject flight and accident and the

7  investigation thereof.

8  **RESPONSE**

9       Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

10  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

11  This request is also objectionable to the extent that it seeks information protected by the "self-

12  critical analysis" privilege. *See Dowling v. American Hawaii Cruises, Inc*, 971 F.2d 424, 425 (9th

13  Cir 1992). Subject to, and without waiving, these objections, responsive documents have been

14  produced to Plaintiff as Rule 26(a)(1) Disclosure bates numbers UAL 1-725.

15       3.     The deponent's training and personnel records to date, including but not limited to

16  DOCUMENTS pertaining to any accident or incident involving the deponent and any disciplinary

17  action against the deponent.

18  **RESPONSE**

19       Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

20  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

21  To the extent this document request seeks documents contained in personnel files, it is objectionable

22  because it seeks private information protected under California law, which cannot be produced

23  without permission of the individual(s) whose files are being requested. Subject to, and without

24  waiving, these objections, United has produced the non-personal/non-medical portions of Julio

25  Hernandez's personnel file as confidential bates range documents UAL 000481 - UAL 000547.

26       4.     The deponent's licenses, certificates, and other DOCUMENTS related to the

27  deponent's operation of pushback tug/tractor

28

-2-

1  **RESPONSE**

2      Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

3  seeks information protected by the attorney/client privilege and/or attorney work product doctrine

4  To the extent this document request seeks documents contained in personnel files, it is objectionable

5  because it seeks private information protected under California law, which cannot be produced

6  without permission of the individual(s) whose files are being requested  Subject to, and without

7  waiving, these objections, United has produced the non-personal/non-medical portions of Julio

8  Hernandez's personnel file as confidential bates range documents UAL 000481 - UAL 000547.

9      5.    The deponent's training materials and records, including but not limited to

10  DOCUMENTS concerning (i) pushback procedures; (ii) responsibility for safe dispatch and

11  clearance; (iii) determination of number and position of wing walkers during pushback; (iv)

12  maintaining safety clearance for aircraft movement; (v) stopping pushback when there is a question

13  about clearance; (vi) clearing potential conflicts with other aircraft prior to or during pushback; (vii)

14  conflict resolution; and (viii) wing growth

15  **RESPONSE**

16      Objection: Overly broad and unduly burdensome  To the extent this document request seeks

17  documents contained in personnel files, it is objectionable because it seeks private information

18  protected under California law, which cannot be produced without permission of the individual(s)

19  whose files are being requested.  Subject to, and without waiving, these objections, United has

20  produced the non-personal/non-medical portions of Julio Hernandez's personnel file as confidential

21  bates range documents UAL 000481 - UAL 000547.

22      6.    Any and all DOCUMENTS reflecting UAL's policies, procedures, and operations in

23  effect on October 7, 2003 concerning (i) pushback procedures; (ii) responsibility for safe dispatch

24  and clearance; (iii) determination of number and position of wing walkers during pushback; (iv)

25  maintaining safety clearance for aircraft movement; (v) stopping pushback when there is a question

26  about clearance; (vi) clearing potential conflicts with other aircraft prior to or during pushback; (vii)

27  conflict resolution; and (viii) wing growth.

28

-3-

1   **RESPONSE**

2       Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

3   objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

4   UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL 000303 -

5   UAL 000354. Also, United will produce a copy of the flight manual and flight operations manual to

6   Plaintiff.

7       7.      Any and all DOCUMENTS reflecting UAL's policies, procedures, and operations

8   currently in effect concerning (i) pushback procedures; (ii) responsibility for safe dispatch and

9   clearance; (iii) determination of number and position of wing walkers during pushback; (iv)

10  maintaining safety clearance for aircraft movement; (v) stopping pushback when there is a question

11  about clearance; (vi) clearing potential conflicts with other aircraft prior to or during pushback; (vii)

12  conflict resolution; and (viii) wing growth.

13  **RESPONSE**

14      Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

15  objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

16  UAL 000371, and the Maintenance Manual Handling document as bates numbers UAL 000303 -

17  UAL 000354. Also, United will produce a copy of the flight manual and flight operations manual to

18  Plaintiff.

19      8.      A complete copy of the UAL operations manual in effect on October 7, 2003 and

20  applicable to the UAL aircraft involved in the Accident.

21  **RESPONSE**

22      Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

23  objections, United will produce a copy of the flight operations manual to Plaintiff.

24      9.      A complete copy of the current UAL operations manual applicable to UAL Flight

25  UA809 on October 7, 2003.

26  **RESPONSE**

27      Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

28

-4-

1   objections, United will produce a copy of the flight operations manual to Plaintiff

2        10.     Any and all DOCUMENTS regarding pushback and taxi operations of UAL B777

3   aircraft into and out of SFO in effect at the time of the Accident.

4   **RESPONSE**

5        Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

6   objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

7   UAL 000371.

8        11.     Any and all DOCUMENTS regarding pushback and taxi operations of UAL B777

9   aircraft into and out of SFO in effect at the present time.

10  **RESPONSE**

11       Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

12  objections, United has produced the Ramp Service Driving Rules as bates numbers UAL 000355 -

13  UAL 000371.

14       12.     Any and all DOCUMENTS reflecting changes in pushback and taxi operations of

15  UAL B777 aircraft after October 7, 2003.

16  **RESPONSE**

17       Objection: Overly broad and unduly burdensome. Subject to, and without waiving, these

18  objections, United has not located any documents responsive to this Request.

19       13.     The results and/or records of all checks and tests conducted on the deponent for

20  fitness for duty at the time of the Accident.

21  **RESPONSE**

22       Objection: Overly broad, unduly burdensome, duplicative of prior document requests, and

23  seeks information protected by the attorney/client privilege and/or attorney work product doctrine.

24  To the extent this document request seeks documents contained in personnel files, it is objectionable

25  because it seeks private information protected under California law, which cannot be produced

26  without permission of the individual(s) whose files are being requested. Subject to, and without

27  waiving, these objections, United has produced the non-personal/non-medical portions of Julio

28

-5-

Case No. 07-03422                                    Defendant United Air Lines, Inc.'s Response to Third
                                                                          Amended Notice of Deposition of Julio Hernandez
1491055.01

1  Hernandez's personnel file as confidential bates range documents UAL 000481 - UAL 000547.

2      14.    A complete copy of the UAL "Ramp Services Trainer Aircraft Guideperson &

3  Wingwalker Participant Guide" in effect on October 7, 2003.

4  **RESPONSE**

5      Objection:  Unduly burdensome and duplicative of prior document requests.  Subject to, and

6  without waiving, these objections, United has not located any documents responsive to this Request

7      15.    A complete copy of "United Airlines Maintenance Manual" sections applicable to (i)

8  ramp services; (ii) aircraft guidepersons; (iii) wingwalkers; (iv) pushback; (v) aircraft dispatch

9  process; (vi) tractor drivers; and (vii) marshalls.

10  **RESPONSE**

11      Objection:  Overly broad and unduly burdensome.  Subject to, and without waiving, these

12  objections, United has produced the Maintenance Manual Handling document as bates numbers

13  UAL 000303 - UAL 000354.

14  DATED: January 16, 2008                    JAFFE, RAITT, HEUER & WEISS, P.C.

15

16

17      By:  _Scott Torpey / pn_

18           Scott R. Torpey Cal SB# 53763
             storpey@jaffelaw.com
19           27777 Franklin Road, Suite 2500
             Southfield, MI 48034
20           Telephone:     248-351-3000
             Fax:           248-351-3082

21      Attorneys for Defendant United Air Lines, Inc.

22

23

24

25

26

27

28

-6-

Case No. 07-03422                    Defendant United Air Lines, Inc.'s Response to Third
                                              Amended Notice of Deposition of Julio Hernandez
1491055 01

## CERTIFICATE OF SERVICE

Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer & Weiss, P.C. and that on January 16, 2008 she caused to be served Defendant United Airlines, Inc's Response to Third Amended Notice of Deposition of Julio Hernandez on the person(s) listed below by placing said document(s) in a sealed envelope (if applicable), properly addressed, and forwarding same by the method(s) indicated.

**By Email and First Class Mail**
Marshall S. Turner
Condon & Forsyth LLP
7 Times Square
New York, NY 10036

**By Email and First Class Mail**
Jeffrey A. Worthe
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, CA 92705

**By Email and First Class Mail**
Frank A. Silane
Roderick D. Margo
Scott D. Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010

Dated: January 16, 2008

_Phyllis Nelson_

Phyllis L. Nelson

-7-

Case No. 07-03422

I491055 01

Defendant United Air Lines, Inc.'s Response to Third
Amended Notice of Deposition of Julio Hernandez

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **PLAINTIFF ALL NIPPON AIRWAYS THIRD AMENDED NOTICE OF DEPOSITION OF JULIO HERNANDEZ** was mailed this 28th day of December, 2007, to:

| | |
|---|---|
| Scott R. Torpey, Esq.<br>Jaffe, Raitt, Heuer & Weiss<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8214<br>Phone: (248) 727-1461<br>Fax: (248) 351-3082 | Attorneys for defendant |
| Jeffrey A. Worthe, Esq.<br>Worthe, Hanson & Worthe<br>The Xerox Centre<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705 | Attorneys for defendant |

in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

HEATHER L. JACKSON

Sworn to before me this

28th day of December, 2007

Notary Public

Timothy H Eskridge
Notary Public State of N.Y.
02ES6121835
Qualified in New York County
Commission Expires January 31 2009

1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-6-