<div style="text-align: left; float: left;">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALL NIPPON AIRWAYS COMPANY,

        Plaintiff,

  v.

UNITED AIR LINES,

        Defendant.
_____/

No. C-07-03422 EDL

ORDER DENYING MOTION TO SHORTEN TIME

    Defendant United Airlines' ("United") has filed a motion to shorten time to have its motion to compel heard on February 19, 2008. All Nippon Airways ("ANA") opposed that motion. The motion is DENIED. The hearing on United's Motion to Compel shall occur on March 11, 2008 at 9:00 a.m. in Courtroom E, as it would under the Local Rules. Opposition and reply brief due dates shall be governed by the Local Rules. As United notes in its motion, mediation is scheduled to take place on or before April 2008, in accordance with the Court's case management order. A hearing on March 11, 2008 will leave the parties over a month-and-a-half to complete any ordered discovery prior to the mediation deadline. Furthermore, the fact discovery cut-off is not until July 2008. The Court, therefore, finds there is not good cause to shorten time.

Dated: February 6, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge