Jaffe, Raitt, Heuer & Weiss, P.C.
Scott R. Torpey Cal. SB#153763
storpey@jaffelaw.com
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone:   248.351.3000
Fax:         248.351.3082

And
WORTHE, HANSON & WORTHE
Jeffrey A. Worthe Cal. SB#080856
jworthe@whwlawcorp.com
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone:   (714) 285-9600
Fax:         714-285-9700
Attorneys for Defendant United Air Lines, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD.,<br><br>    Plaintiff/Counter Defendant,<br><br>vs.<br><br>UNITED AIR LINES, INC.,<br><br>    Defendant/Counter-Plaintiff. | **Case No. 07-03422 EDL**<br><br>**DEFENDANT UNITED AIR LINES, INC.'S (UAL)**<br><br>**INDEX OF EXHIBITS**<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO STRIKE PLAINTIFF ALL NIPON AIRWAYS COMPANY, LTD.'S MOTION TO COMPEL DISCOVERY OR FOR AN ORDER EXTENDING RESPONSE DATE** |

# **INDEX TO EXHIBITS**

1502259.01

| Exhibit | Description |
| --- | --- |
| 1 | Declaration of Scott Torpey |
| 2 | Proposed Order |

1502259 01