# EXHIBIT 2

Scott R. Torpey (Cal. SB#153763)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Telephone:    (248) 351-3000
Facsimile:    (248) 351-3802
Email:        storpey@jaffelaw.com

-and-

Jeffrey A. Worthe (Cal. SB# 080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone:    (714) 285-9600
Facsimile:    (714) 285-9700
Email:        jworthe@whwlawcorp.com
Attorneys for Defendant United Air Lines, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD. | Case No. C07-03422 EDL |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT UNITED AIR LINES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO STRIKE PLAINTIFF ALL NIPPON AIRWAYS COMPANY, LTD.'S MOTION TO COMPEL DISCOVERY OR FOR AN ORDER EXTENDING RESPONSE DATE |
| vs. | |
| UNITED AIR LINES, INC., | DATE:    N/A |
| Defendant. | TIME:    N/A |
| | CTRM:    San Francisco |
| | JUDGE:   Elizabeth D. Laporte |

Defendant United Air Lines, Inc. ("United"), filed a Motion for Administrative Relief to Strike Plaintiff All Nippon Airways Company, Ltd.'s ("ANA"), Motion to Compel Discovery or for an Order Extending Response Date, requesting that ANA's Motion to Compel Discovery, filed on February 1, 2008 (Doc. No. 58), be stricken for failure to comply with Civil L.R. 37-2. In the alternative, United requested a 14-day extension of time for filing its opposition to ANA's Motion.

The Court, having considered United's Motion for Administrative Relief and being otherwise fully informed of the circumstances, finds that ANA's Motion to Compel does not meet

the requirements of Civil L.R. 37-2 because ANA failed to set forth the full text of each discovery request at issue and each response/objection in the Motion. Accordingly, United's Motion is GRANTED and ANA's Motion to Compel Discovery is stricken from the docket. United's alternate request for an extension of time is denied as moot.

IT IS SO ORDERED.

Dated: _____

ELIZABTH D. LAPORTE
United States Magistrate Judge