UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY,<br><br>                   Plaintiff,<br><br>   v.<br><br>UNITED AIR LINES,<br><br>                  Defendant.<br>_____/ | No. C-07-03422 EDL<br><br>ORDER GRANTING UNITED'S MOTION FOR ADMINISTRATIVE RELIEF |

        This action arises from an October 7, 2003 ground collision between two airplanes. All Nippon Airways ("ANA") alleges that United Airline's ("UAL") negligence caused the collision. UAL filed an amended counter-complaint on October 26, 2007, which alleges negligence against ANA. It also alleges breach of contract of a Standard Ground Handling Agreement between ANA and UAL. ANA has moved to compel production of certain documents responsive to its discovery requests. UAL has moved to strike that motion for its failure to comply with Civil L.R. 37-2, which requires a party to state the text of each discovery request as well as the response to that request in a motion to compel. UAL also contends that ANA did not raise many of its requests in the meet and confer process.

        It is hereby ORDERED that UAL's motion to strike is GRANTED. However, ANA may re-file its motion to compel in compliance with all applicable rules after its counsel further meets and confers with UAL's counsel about the issues in ANA's motion. While it appears from ANA's counsel's declarations that the parties met and conferred, the Court is concerned that counsel for both parties are not engaging in meaningful attempts to resolve their discovery disputes in this case without Court

intervention. Counsel shall meet and confer through good faith, detailed, face-to-face or telephonic conversations about *all* of the issues raised in ANA's motion. If, after doing so, the parties have unresolved issues that require Court intervention, which the Court hopes is not the case, the Court will resolve those issues only.

As to categories of documents that ANA maintains it has produced in their entirety, IT IS FURTHER ORDERED that UAL shall provide ANA with a declaration by February 20, 2008 that it has produced all responsive documents to any given request after a reasonable search, if it has not already done so. The declaration shall also clearly state what requested documents, if any, do not now exist, and what categories of documents if any it is withholding and pursuant to what objections.

Dated: February 13, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge