# EXHIBIT A

Scott R. Torpey (Cal. SB# 153763)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Telephone:    (248) 351-3000
Facsimile:    (248) 351-3802
Email:    storpey@jaffelaw.com

-and-

Jeffrey A. Worthe (Cal. SB# 080856)
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, California 92705
Telephone:    (714) 285-9600
Facsimile:    (714) 285-9700
Email:    jworthe@whwlawcorp.com
Attorneys for Defendant United Air Lines, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ALL NIPPON AIRWAYS COMPANY, LTD.

     Plaintiff,

   vs.

UNITED AIR LINES, INC.,

     Defendant.

    Case No. C07-03422 EDL
    Hon. Elizabeth D. Laporte

## NOTICE OF TAKING VIDEO DEPOSITIONS

TO:    Counsel for Plaintiff

   PLEASE TAKE NOTICE that the undersigned attorney will take the VIDEO depositions of the individual(s) listed below upon oral examination before a court reporter authorized to take depositions in the State of California. Deponent(s) are requested to bring with them to the deposition the documents requested on the attached **Exhibit A.** The examinations will continue from day to day until completed.  The depositions are being taken

1412960.01

for the purpose of discovery, or for such other purposes as are permitted under the Rules of

1  Court.

2

| Name of Deponent(s) | Date and Time | Location |
|---|---|---|
| Teruo Usui | Wednesday, September 5, 2007<br>9:30 a.m. | Combs Reporting, Inc.<br>595 Market Street, Suite 620<br>San Francisco, CA 94105-2802<br>888-406-4060 |
| Bishin Yamaguchi | Thursday, September 6, 2007<br>9:30 a.m. | |
| Yusuke Nishiguchi | Friday, September 7, 2007<br>9:30 a.m. | |

8     You are invited to attend and cross-examine the witnesses.

9

10     RealTime and video equipment may be used by our attorney and the court reporter to

11  transcribe and view instantaneously the testimony of the deponent.  Although additional serial

12  feeds are available, our office takes no responsibility to arrange for other attorneys' necessary

13  equipment.  Said deposition shall be continued from time to time until completed by an officer

14  authorized by law to administer oaths.

15

16     DATED: July 24, 2007

17                                    Jaffe, Raitt, Heuer & Weiss

18                                    By: _____

19                                         Scott R. Torpey
                                         27777 Franklin Road, Suite 2500
20                                    Southfield, Michigan 48034-8214
                                         Phone: (248) 351-3000
21                                    E-mail: storpey@jaffelaw.com
                                         Bar No:  (Cal. SB#153763)
22

23                                              And

24                                    Jeffrey A. Worthe (Cal. SB#080856)
                                         Worthe, Hanson & Worthe
25                                    1851 E. First St., Ste. 900
                                         Santa Ana, California 92705
26                                    Phone: (714) 285-9600
                                         E-mail: jworthe@whwlawcorp.com
27

28

                                           2

1412960.01

## EXHIBIT A

1.     ANA investigation file: Produce a copy of the entire investigation file(s) prepared by or on behalf of ANA relative to the cause and circumstances relating to the January 22, 2005 incident at SFO which is the subject of the above-captioned litigation. Such materials should include but not be limited to unredacted copies of witness statements, reports, correspondence (including any electronic data) and/or any other material of any nature which comprises the ANA file(s).

3

## CERTIFICATE OF SERVICE

Phyllis L. Nelson certifies that she is an employee of Jaffe, Raitt, Heuer & Weiss, P.C. and that on July 24, 2007 she caused to be served **Notice of Taking Video Depositions** on the person(s) listed below by placing said document(s) in a sealed envelope (if applicable), properly addressed, and forwarding same by the method(s) indicated.

*By First Class Mail*
Frank A. Silane
Rod D. Margo
Scott D. Cunningham
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010

*By First Class Mail*
Jeffrey A. Worthe
Worthe, Hanson & Worthe
1851 E. First St., Ste. 900
Santa Ana, CA 92705

*By Fax and First Class Mail*
Marshall S. Turner
Condon & Forsyth LLP
7 Times Square
New York, NY 10036

Dated: July 24, 2007

Phyllis L. Nelson

4

1412960.01