# EXHIBIT J

# All Nippon Airways
## vs.
# United Air Lines

Deposition of

# **Yusuke Nishiguchi**

Volume 1

November 28, 2007

Reported By:  Brandon Combs,  CSR 12978
Job Number: 1-6057

Yusuke Nishiguchi

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                      --o0o--

4  ALL NIPPON AIRWAYS COMPANY,           )
   LTD.,                                 )
5                                        )
                 Plaintiff,              )
6                                        )
             vs.                         ) No. C07-03422 EDL
7                                        )
   UNITED AIR LINES, INC.,               )
8                                        )
                 Defendant.              )
9  _____)

10

11

12

13          VIDEOTAPED DEPOSITION OF

14            YUSUKE NISHIGUCHI

15  _____
            November 28, 2007
16

17

18

19

20

21  REPORTER: BRANDON D. COMBS, RPR, CSR 12978     Job 6057

22

23

24

25

Yusuke Nishiguchi

Page 2

1                    INDEX
2                                 PAGE
3
4    EXAMINATION BY MR. TORPEY ...........................5
5
6
7                   EXHIBITS
8    EXHIBIT   DESCRIPTION                   PAGE
9      8     Operations manual, 2-3 (Japanese).    15
10     9     Operations Manual, 2-3 (Japanese).    15
11     10    Fig 3, First Possible Direct Line of   73
             Sight from UA 809.
12
       11    Oct 8, 2003, Mr. Van Mckenny, NTSB.    80
13
       12    Group of papers headed by a copy of
14           the Airline Transport Pilot
             Certificate of Yusuke Nishiguchi
15
       13    Hand-drawn diagram.            114
16
17
18
19
20
21
22
23
24
25

Page 3

```
1           UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3                 ---oOo---
4    ALL NIPPON AIRWAYS COMPANY,    )
     LTD.,                          )
5                                   )
            Plaintiff,              )
6                                   )
        vs.                         ) No. C07-03422 EDL
7                                   )
     UNITED AIR LINES, INC.,        )
8                                   )
            Defendant.              )
9    _____)
10
11               --oOo--
12        BE IT REMEMBERED THAT, pursuant to Notice and
13   on Wednesday, November 28, 2007, commencing at
14   10:00 a.m. thereof at 595 Market Street, Suite 620,
15   San Francisco, California, before me, BRANDON D. COMBS,
16   a Certified Shorthand Reporter, personally appeared
17            YUSUKE NISHIGUCHI,
18   called as a witness by the Defendant being first duly
19   sworn, testified as follows:
20               --oOo--
21        JAFFE, RAITT, HEUER & WEISS, 27777 Franklin
22   Road, Suite 2500, Southfield, MI 48034-8214, represented
23   by SCOTT R. TORPEY, Attorney at Law, appeared as counsel
24   on behalf of the Defendant.
25        CONDON & FORSYTH, LLP, Times Square Tower,
```

Page 4

```
1    Seven Times Square, New York, NY 10036, represented by
2    MARSHALL S. TURNER and TIMOTHY ESKRIDGE, Attorneys at
3    Law, appeared as counsel on behalf of the Plaintiff.
4         WORTHE, HANSON & WORTHE, The Xerox Centre,
5    1851 East First Street, Ninth Floor, Santa Ana,
6    CA 92705, represented by JEFFREY A. WORTHE, Attorney at
7    Law, appeared as counsel on behalf of the Defendant.
8         ALSO PRESENT:  Don Wright; Steven S. Fus;
9    Yoshihiro Mizuno; Sadaaki Matsutani, Interpreter; Satoe
10   Ohari, Interpreter; Stephen Statler, Videographer.
11               --oOo--
12        THE VIDEOGRAPHER:  Good morning.  Here begins
13   Videotape 1 of the deposition of Yusuke Nishiguchi in
14   the matter of All Nippon Airways, Limited versus
15   United Airlines, Incorporated in the U.S. District Court
16   for the Northern District of California.  The case
17   number is C07-03422 EDL.
18        Today's date is November 28, 2007, and the
19   time on the video monitor is 10:00 o'clock.  The video
20   operator today is Stephen Statler representing Combs
21   Reporting, 595 Market Street, Suite 620, San Francisco.
22        This video deposition is taking place at
23   595 Market Street and was noticed by Jaffe, Raitt, Heuer
24   & Weiss.
25        Counsel please identify yourselves and state
```

Page 5

```
1    whom you represent.
2         MR. TORPEY:  Scott Torpey on behalf of United.
3         MR. WORTHE:  Jeff Worthe on behalf of United
4    Airlines.
5         MR. FUS:  Steve Fus, United Airlines.
6         MR. TURNER:  Marshall Turner, Condon & Forsyth
7    on behalf of All Nippon Airways.
8         MR. MIZUNO:  Yoshihiro Mizuno, All Nippon
9    Airways.
10        THE VIDEOGRAPHER:  The court reporter today is
11   Brandon Combs of Combs Reporting, and would the reporter
12   please administer the oath to the interpreter and to the
13   witness.
14        (After being duly sworn, the interpreters,
15   Satoe Ohari and Sadaaki Matsutani, translated
16   questions put to the witness into the Japanese
17   language and the answers thereto given by the
18   witness were translated into the English
19   language.)
20               --oOo--
21        EXAMINATION BY MR. TORPEY
22   MR. TORPEY:  Q.  Is it Mr. Nishiguchi?
23   THE INTERPRETER:  Nishiguchi.
24   MR. TORPEY:  Q.  Nishiguchi.  Mr. Nishiguchi,
25   do you speak any English, sir?
```

Yusuke Nishiguchi

Page 6

1    A.  Just a little.
2    Q.  Do you write any English or read any English?
3    A.  A little.
4    Q.  Do you read an English newspaper?
5    A.  I do not.
6    Q.  Let me get some background on you.  How long
7  have you been employed at ANA?
8    A.  17 years.
9    Q.  And what positions have you held there?
10    A.  I was a copilot.  I am a captain now.
11    Q.  When did you become a captain?
12    A.  It was 2004.
13    Q.  In order to become a captain from a copilot,
14  what requirements did you have to meet?
15    A.  Can you be more specific.
16    Q.  Were you promoted to captain just because
17  you've been there a number of years, or did you have to
18  meet some requirements?
19    A.  When you say requirements, what kind of
20  requirements?
21    Q.  Well, you tell me.  You work for the airline.
22  You tell me what the requirements are for somebody to go
23  from a copilot to a captain at this time.
24    A.  There are ANA requirements.
25    Q.  Now, I'll ask you again, sir, as I did before,

Page 7

1  what are those requirements?
2    A.  There are set requirements at the company, but
3  I do not know the specifics at this time.
4    Q.  So why you were promoted from copilot to
5  captain, you have no idea is that your testimony, sir?
6    MR. TURNER:  Objection as to form and
7  attitude.
8    THE WITNESS:  I fulfilled the requirements.
9  That is how I became captain, but I do not know what the
10  specific requirements were at this time.
11    MR. TORPEY:  Q.  When did you arrive in the
12  U.S., sir?
13    A.  Yesterday morning.
14    Q.  And about what time?
15    A.  About now.
16    Q.  About now, about 10:00 a.m.?
17    A.  I don't have a specific recollection, but it
18  was around this time now.
19    Q.  When are you scheduled to go back?
20    A.  Tomorrow.
21    Q.  At about what time?
22    A.  I'm scheduled to leave the hotel about this
23  time which is around 10:00 o'clock.
24    Q.  Okay.  When did you next have a flight
25  scheduled as a crew member for ANA?

Page 8

1    A.  I do not know.
2    Q.  You came here and are leaving here as a
3  passenger, not as a crew member; correct?
4    A.  Yes.
5    Q.  In preparation for your deposition here, did
6  you review any documents, sir?
7    A.  Yes.
8    Q.  And what did you review?
9    A.  The documents that were produced to NTSB.
10    Q.  And do you understand, sir, if those were
11  documents produced by ANA to the NTSB?
12    A.  Yes.
13    Q.  And did you review any other documents, sir?
14    A.  What kind of documents?  About what?
15    Q.  Any documents at all in preparation for your
16  giving the deposition today.  Did you review anything
17  other than the submission to the NTSB?
18    A.  The Japanese documents that were translated
19  into English were submitted to NTSB, and I have not seen
20  any document other than those.
21    Q.  Okay.  Do you have any piloting experience
22  before you joined ANA, or is all your piloting time
23  while employed at ANA?
24    A.  No.
25    Q.  I'm sorry?  I missed it.

Page 9

1    A.  No.  To the first question, and yes to the
2  second.
3    Q.  You know, I apologize.  I forgot what I asked.
4    A.  I did not have any piloting experience before
5  joining ANA.  All my piloting experience was gained at
6  ANA.
7    Q.  The documents that you did review in
8  preparation for your deposition, were those in English?
9    A.  No.
10    Q.  When you are a crew member of an ANA flight,
11  are there occasions when you are designated to be the
12  pilot that communicates with ATC?  In other words,
13  you're the communicating pilot?
14    A.  Yes.
15    Q.  And in order to be the pilot communicating,
16  you have to be able to speak in English; correct?
17    A.  Yes.
18    Q.  How many total hours do you have as a pilot?
19    A.  I do not recall clearly.
20    Q.  Do you have any estimate?
21    A.  Although I do not have a clear recollection,
22  it would be about 19,000 hours up to now.
23    Q.  Were those all -- strike that.
24    What type of aircraft are you type-rated in?
25    A.  Boeing 767 and Boeing 777.

3 (Pages 6 to 9)

Yusuke Nishiguchi

Page 10

1    Q.  And when did you first get typed in a 777?
2    A.  I do not have a clear recollection.
3    Q.  Would it have been before the year 2000?
4    A.  Yes.
5    Q.  Can you give me an estimate of how many hours
6  you have in type on that 777?
7    A.  Can it be approximate?
8    Q.  Certainly.
9    A.  About 5,000 hours.
10    Q.  Now, those 5,000 hours in type, do you fly the
11  777 generally the same amount of hours every month?  It
12  may not be exact, but typically do you log your hours
13  the same for all 12 months of the year?
14    A.  Yes.
15    Q.  About how many hours a month do you typically
16  fly in a 777 as a crew member?
17    A.  The average would be about 70 hours.
18    Q.  70, seven zero?
19    A.  70.
20    Q.  Of those 70 hours a month in a 777, about how
21  many hours at least today is as pilot in command?
22    A.  It would be about three and a half years
23  because that would be the time period after I became
24  captain.
25    Q.  All right.  Let me break it down.  Prior to

Page 11

1  becoming a captain in 2004, you were never a pilot in
2  command; correct?
3    A.  No.  That's right.
4    Q.  And of the 70 hours a month that you fly in a
5  777, of those 70 hours would be with you as pilot in
6  command?
7    A.  A rough estimate would be -- or a rough
8  calculation would be about 60 hours.
9    Q.  All right.  And of the 70 hours per month you
10  average in a 777, how many of those hours are with you
11  as the flying pilot as opposed to the nonflying pilot?
12    A.  About 35 hours, about half.
13    Q.  As pilot in command, is it your decision to
14  decide whether you or the first officer will be the
15  flying pilot for a particular flight?
16    A.  Yes.
17    Q.  And how do you decide for a particular flight
18  whether it should be you or your first officer that
19  would be the flying pilot that day?
20    A.  I make an overall judgment.
21    Q.  What criteria would you use to say that
22  today --
23        MR. TURNER:  Excuse me.
24        CHECK INTERPRETER:  The interpreter has not
25  completed.

Page 12

1        MR. TORPEY:  I apologize.  Sorry.
2        THE WITNESS:  I would consider weather and
3  also make a general judgment.
4        MR. TORPEY:  Q.  If the weather was -- well,
5  let me ask you -- strike that.
6        In addition to weather, what other factors do
7  you consider in deciding whether you should be the
8  flying pilot on a particular day?
9        MR. TURNER:  Objection as to form.
10        THE WITNESS:  I would also consider the years
11  of experience of the first officer.
12        MR. TORPEY:  Q.  And anything other than
13  weather and the experience of the first officer that you
14  would consider?
15    A.  The situation of the airplane or aircraft.
16    Q.  Anything else?
17    A.  There would be others, but I can't think of
18  them now.
19    Q.  Give me a couple of examples of, as you call
20  it, situation of the airplane that you would consider in
21  determining whether you or the first officer should be
22  the flying pilot.
23    A.  For example, if there is a failure or a
24  problem with the aircraft, I would fly the aircraft.
25        CHECK INTERPRETER:  The check interpreter

Page 13

1  would like to put on the record that the Japanese word
2  that was translated either to failure or problem,
3  f-u-g-u-a-i, which can be malfunction of some sort.  It
4  can be, in terms of a degree of malfunction, can be very
5  slight as compared to the English words used as failure
6  or problem.
7        That's okay.  Just to put it on the record.
8        MR. TORPEY:  Q.  Mr. Nishiguchi, for the 777,
9  you understand that there's an ANA operations manual;
10  correct?
11    A.  Yes.
12    Q.  And are you and your crew members required to
13  follow what it directs in the operation manual with
14  regard to the operation of the 777 aircraft?
15    A.  Yes.
16    Q.  Are you familiar with something called a route
17  manual as well?
18    A.  Yes.
19    Q.  What's the difference between the route manual
20  and the ops manual?
21    A.  The route manual is from the Jeppesen chart,
22  and the operation manual describes the policies of ANA.
23    Q.  Other than the ops manual and the route
24  manual, are there any other manuals that are kept
25  routinely in the cockpit of a 777 aircraft for ANA?

4 (Pages 10 to 13)

Yusuke Nishiguchi

Page 14

1  A.  Yes.
2  Q.  And what are those things?
3  A.  For example, the MEL, CDL manuals.
4  Q.  Minimum equipment list?
5  A.  That's right.
6  Q.  What do you mean by CDL?
7  A.  I have forgotten.
8  Q.  Let me show you what was marked yesterday as
9  Exhibit 2, Mr. Nishiguchi, and have you look at the
10  second page. I'll share this with you. Let me hand you
11  this.
12      MR. TURNER: I would just comment for you,
13  Mr. Torpey, that in view of some question yesterday as
14  to whether or not the first two pages of Exhibit 2 were
15  correct, accurate translation of the Japanese version,
16  we did obtain that same section from the legal
17  department, both the Japanese version at the time of the
18  accident and the current version, and we have it here in
19  case you're interested.
20      MR. TORPEY: Well, I'm more than interested.
21  We had asked that it be produced, so if you have a
22  document to produce. We don't have to discuss it in
23  front of the witness.
24      MR. TURNER: Well, identify it. The version
25  that was in effect at the time the accident, lower

Page 15

1  right-hand corner is dated 1999.11.1 number 84, and the
2  current one is 2004.8.1, number 121.
3      (Whereupon, Exhibits 8 and 9 were marked for
4      identification.)
5      (Discussion off the record.)
6      MR. TURNER: As I understand it the court
7  reporter has marked the 2004 current version as
8  Exhibit 8 and the 1999 version as Exhibit 9.
9      MR. TORPEY: Q. Mr. Nishiguchi, look at
10  Exhibit 2, the second page of that in the middle it says
11  taxi, and under that it says the captain shall perform
12  taxi in accordance with the following. And it gives
13  some specifics that the captain has to perform during
14  taxi.
15      To your knowledge, was that a direction in the
16  operations manual back on October 7, 2003, as well?
17  A.  I do not have a clear recollection.
18  Q.  I want to back up a step. Before you became a
19  captain in 2004, were you also logging about 70 hours a
20  month in the 777?
21  A.  Yes.
22  Q.  And of those 70 hours before you became a
23  captain, about how many of those hours were you the
24  flying pilot as opposed to the nonflying pilot?
25  A.  About half of that, therefore, it is the same

Page 16

1  as before, about 35 hours.
2  Q.  Now, when you were the first officer before
3  you became a captain, was there any particular route
4  that you would typically fly, that you flew
5  predominantly?
6  A.  No.
7  Q.  Did you fly all international, or did you fly
8  domestic as well?
9  A.  Both.
10  Q.  And would those flights that were not
11  international, would those also be in a 777?
12  A.  Yes.
13  Q.  I know you've indicated you flew about 70
14  hours a month. During those 70 hours, what would be an
15  average number of takeoffs and landings?
16  A.  I do not know clearly.
17  Q.  Okay. And can you give me an estimate. Would
18  you say it would be, you know, your best estimate of how
19  many -- in an average month how many takeoffs and
20  landings you would perform in the approximate 70 hours
21  that you would be flying a 777?
22  A.  It would be difficult for me to estimate such
23  number of times because it's so different between
24  international flights and domestic flights.
25  Q.  Okay. Do you have a pilot logbook or

Page 17

1  documents that reflect the number of hours that you are
2  flying?
3  A.  There is no document.
4  Q.  Do you know what a pilot logbook is?
5  A.  Yes.
6  Q.  And you do not keep a pilot log?
7  A.  I used to have it before I became captain.
8      CHECK INTERPRETER: I used to keep it before I
9  became captain.
10      MR. TORPEY: Q. Why did you stop keeping it
11  when you became a captain?
12  A.  The company computer does that sort of thing
13  now.
14  Q.  Do you still have possession of your logbook
15  from when you were flying before you were a captain?
16  A.  It is not clear.
17  Q.  Would you have given it to ANA, or is that
18  something that you have personally?
19  A.  I have not given it. If I searched my house,
20  it may come out.
21  Q.  Okay. You have no reason to throw it away, I
22  assume?
23  A.  Right.
24  Q.  Mr. Nishiguchi, when you were a first officer
25  before 2004, can you tell me about how many times you

5 (Pages 14 to 17)

Yusuke Nishiguchi

Page 18

1  would have been the flying pilot that taxied the
2  aircraft on the ground, either at departure or on
3  arrival, on average, how many times a month.  In fact
4  let me withdraw that.
5        Let me ask you this.  Of the about 35 times a
6  month that you were the flying pilot before you became a
7  captain, on all of those occasions, were you also the
8  flying pilot that performed taxi during both landing and
9  takeoff?
10       MR. TURNER:  Objection as to form and
11  foundation.
12       THE WITNESS:  Not necessarily.
13       MR. TORPEY:  Q.  Okay.  Why, on those
14  occasions when you were the flying pilot, the first
15  officer flying pilot, was there someone else that became
16  the flying pilot for purposes of taxiing.
17       A.  That was the judgment of the captain.
18       Q.  Did you ever have an occasion where the
19  captain, although allowed you to be the flying pilot,
20  took over the responsibility as the flying pilot when
21  you were taxiing into or out of San Francisco Airport?
22       A.  I do not have a clear recollection.
23       Q.  Do you know how many times you have taxied a
24  777 aircraft either on departure or arrival at
25  San Francisco Airport?  And I mean as the flying pilot.

Page 19

1        MR. TURNER:  Objection as to form.
2        THE WITNESS:  I have forgotten.
3        MR. TORPEY:  Q.  Do you know whether prior to
4  October 7, 2003, you as the flying pilot ever taxied a
5  777 upon departure or arrival at San Francisco Airport?
6        A.  Yes.
7        Q.  Can you tell me on how many occasions before
8  October 7, 2003, you were the flying pilot taxiing a 777
9  aircraft upon arrival or departure at San Francisco
10 Airport?
11       A.  I do not have a clear recollection of the
12 number of times.
13       Q.  Do you have any recollection, or would you be
14 unable to give us any idea?
15       A.  I have no idea at this time.
16       Q.  And I take it therefore you also don't know
17 when prior to October 7, 2003, was the last time you
18 were the flying pilot taxiing upon arrival or departure
19 at San Francisco Airport?
20       A.  I do not know at this time.
21       Q.  Have you had occasion where you were the
22 flying pilot and the captain decided to taxi himself at
23 San Francisco Airport either upon arrival or departure?
24       A.  I have forgotten.
25       Q.  Whether that happened or not you don't know?

Page 20

1        A.  Not as related to San Francisco.
2        Q.  Have you ever been the captain and relieved
3  your flying pilot of the taxi responsibility going into
4  or out of San Francisco Airport?
5        A.  No.
6        Q.  Can you recall any airport where you were the
7  copilot and flying pilot and nonetheless the captain
8  took over responsibility for taxi either at the
9  departure or upon arrival?
10       A.  Yes.
11       Q.  What airport or airports?
12       A.  Sapporo Airport, C-h-i-t-o-s-e, Airport in
13 Sapporo.
14       Q.  Anywhere else other than Sapporo?
15       A.  Yes.
16       Q.  And where else?
17       A.  Kagoshima Airport, K-a-g-o-s-h-i-m-a.
18       Q.  Anywhere else?
19       A.  Komatsu Airport, K-o-m-a-t-s-u, Airport.
20       Q.  Okay.  Any others?
21       A.  H-a-n-e-d-a, Airport.
22       Q.  Okay.  Any others?
23       A.  There are others.
24       Q.  Tell me every one that you recall, sir.
25       A.  Nagasaki Airport, N-a-g-a-s-a-k-i.

Page 21

1        Q.  Okay.  Any others?
2        A.  A-k-i-t-a.  I do not recall others.
3        Q.  What's your understanding as to why you were
4  relieved of the responsibility to taxi at these
5  airports?
6        A.  Because of snow.
7        Q.  Any other reasons?
8        A.  That was the captain's judgment, so I do not
9  know why.
10       Q.  And what about the snow condition -- let me
11 ask you.  Would the fact that there were snow conditions
12 make the taxi more dangerous and is that why the captain
13 decided to take over the taxi responsibilities?
14       A.  I think so.
15       Q.  Have you ever been involved in any accidents
16 or incidents other than the one in San Francisco on
17 October 7, 2003?
18       A.  No.
19       Q.  As a result of the accident at San Francisco,
20 was there any type of reprimand or action taken with
21 regard to you?
22       A.  No.  There was no reprimand.
23       Q.  Was there any training or any other action
24 taken by ANA with regard to yourself specifically in
25 relation to the fact that you had this accident?

6 (Pages 18 to 21)

Yusuke Nishiguchi

Page 22

1    A.    There was no flight scheduled for about two
2    weeks.
3    Q.    Other than not scheduling you, was there any
4    other action taken by ANA with regard to yourself as a
5    result of this accident?
6    A.    There was a personnel examination.
7    Q.    And what did that involve?
8    A.    Together with the examiner, Captain Yamaguchi
9    and I did an arrival and departure exercise at
10   San Francisco Airport.
11       CHECK INTERPRETER:  The examiner was also
12   there, altogether three people and also takeoff and
13   landing, takeoff and landing.
14       THE INTERPRETER:  I said departure and
15   arrival, but his terminology landing and takeoff is a
16   better term.
17       MR. TORPEY:  That's fine.
18   Q.    Who performed -- let me back up.  Just
19   describe for me what it was that you and
20   Captain Yamaguchi had to do at San Francisco?
21   A.    It was an ordinary flight.
22   Q.    Did you have to perform taxi functions?
23   A.    No.  I didn't do it.
24   Q.    Did Captain Yamaguchi have to taxi?
25   A.    Yes.

Page 23

1    Q.    Was there a supervisor or check airman or
2    somebody that was in charge of directing or watching
3    what you were doing?
4    A.    Yes.
5    Q.    Who was that person?
6    A.    It was a checker.  I do not recall his name.
7    Q.    Was it the same person that was the observer
8    pilot on your flight on October 7, 2003?
9    A.    No.
10   Q.    Was the flight a regularly scheduled flight
11   with pay to you and Mr. Yamaguchi?
12   A.    I don't know about that.
13   Q.    Prior to October 7 -- strike that.
14       Do you understand that ANA conducted an
15   investigation into the cause and circumstances leading
16   up to the collision?
17   A.    Yes.
18   Q.    And who on behalf of ANA was in charge of that
19   investigation?
20   A.    I do not know.
21   Q.    What role did you play in the investigation?
22   A.    Can you be more specific.
23   Q.    Who came to talk to you about what had
24   happened at the airport?
25   A.    I do not recall the name.  He was a

Page 24

1    supervisor.
2    Q.    Did anybody else other than one supervisor
3    come and talk to you?
4    A.    I do not have a clear recollection.
5    Q.    Okay.  Did they talk to you and Mr. Yamaguchi
6    at the same time?
7    A.    No.
8    Q.    Did the discussion take place before the
9    flight to San Francisco that you told me about that
10   occurred after October 7, 2003?
11   A.    No.
12   Q.    What do you understand ANA determined to be
13   the cause of the collision on October 7, 2003?
14       MR. TURNER:  Objection as to form and
15   foundation.
16       THE WITNESS:  I do not know.
17       MR. TORPEY:  Q.  Who do you understand to be
18   the party or parties responsible for the collision on
19   October 7, 2003?
20   A.    I cannot say at this time.  I do not know.
21   Q.    As a flying pilot on October 7, 2003, that was
22   involved in this accident, in your mind, who do you
23   believe was responsible for causing this collision?
24   A.    I can't say who was responsible at this time.
25   Q.    Do you believe that you were in any way

Page 25

1    responsible for causing the collision between the
2    aircraft you were the flying pilot of and the United
3    aircraft?
4    A.    No.
5    Q.    And you have no opinion as to who aside from
6    yourself may be at fault in any way for causing the
7    collision?
8        MR. TURNER:  Can I have that question read
9    back, please.
10       (Record read by the reporter.)
11       MR. TURNER:  Objection as to form and
12   foundation.
13       THE WITNESS:  I don't know what you mean when
14   you say who is at fault.
15       MR. TORPEY:  Q.  You indicated that you did
16   not believe that you were at fault or responsible for
17   causing the collision.  And my question is have you
18   formed an opinion that anyone else was at fault or
19   responsible for causing the collision?
20   A.    I believe that there is a cause, but I do not
21   know about fault.
22   Q.    What was the cause?
23   A.    I think there were various causes also.
24   Q.    Tell me what all those causes are, sir.
25   A.    Can you give me a more specific question.

7 (Pages 22 to 25)

Yusuke Nishiguchi

Page 26

1     Q.   I believe that is specific. I'm asking you to
2 tell me what in your mind you formed as an opinion of
3 the causes of the collision.
4     A.   There were many factors involved in the
5 circumstance at that time such as the ATC.
6     Q.   What else beyond ATC?
7     A.   There are various factors, so I cannot think
8 of them at this time.
9     Q.   When you talk about ATC, you're talking about
10 ground control?
11         CHECK INTERPRETER:  The witness asked to have
12 the question repeated, and the lead interpreter
13 complied.
14         MR. TORPEY:  So where are we?
15         THE WITNESS:  There are various --
16         THE INTERPRETER:  I need to.
17         MR. TORPEY:  No problem.
18         THE WITNESS:  For example, there is the
19 control tower or there's ground control, so there are
20 many factors to ATC.
21         MR. TORPEY:  Q.   Are you referring to ATC to
22 include ramp control tower?
23     A.   Yes.
24     Q.   And do you understand the ramp control tower
25 was, at San Francisco, operated by United Airlines?

Page 27

1     A.   No.
2     Q.   You don't know one way or the other?
3     A.   Right.
4     Q.   But you do believe that the ramp control on
5 October 7, 2003, was at least one of the causes for the
6 collision; correct?
7     A.   I believe there was also the problem of the
8 entire ATC problem of the ramp control.
9     Q.   But you do believe that ramp control was one
10 of the causes of this collision; am I correct?
11     A.   Yes.
12     Q.   And how is it that ramp control in your mind
13 contributed to the cause of this collision?
14     A.   I myself do not know the cause itself. I
15 believe there are various factors.
16     Q.   What I'm asking, Mr. Nishiguchi, is you
17 believe that United -- strike that.
18         You believe that ramp control was a cause.
19 What in your mind did ramp control do or not do that you
20 believe contributed to the cause of the collision?
21     A.   This is not my opinion, but according to the
22 ANA investigation, a view was reached that two aircrafts
23 could not push back and taxi irrespectively at the same
24 time at that location.
25     Q.   Mr. Nishiguchi, I've asked though for your --

Page 28

1 this entire line of questioning had to do with your
2 personal opinions as to the cause or causes, and you
3 indicated that you personally have come to the
4 conclusion that you believe that ramp control was a
5 cause of this collision.
6         So I'm only asking for what you believe, you
7 personally, as the flying pilot on October 7, 2003, what
8 you personally believe the ramp control did or did not
9 do that caused this collision.
10         MR. TURNER:  Objection as to form and
11 foundation.
12         THE WITNESS:  I do not say that ramp control
13 was the cause, that it was one of the causes.
14         CHECK INTERPRETER:  That it was the sole
15 cause.
16         MR. TORPEY:  Q.   I'll try again.
17         Mr. Nishiguchi, I am not asking whether they
18 were the sole cause. I'm asking you to tell me now what
19 you believe ramp control did or did not do that
20 contributed to the cause of the collision. For example,
21 let me ask you -- translate that, and then I'll add to
22 the question.
23         For example, as the flying pilot, from the
24 time your aircraft taxied from the engine-start line to
25 the point of impact, did you rely on ramp control to

Page 29

1 provide proper clearances and instructions for taxi?
2         THE INTERPRETER:  Can you read it back for me.
3         MR. TURNER:  Just so I don't interrupt,
4 objection as to form and foundation.
5         THE WITNESS:  Yes.
6         MR. TORPEY:  Q.   And as the flying pilot on
7 October 7, 2003, did you also rely on ramp control to
8 issue traffic advisories and safety alerts to you?
9     A.   We did receive taxi clearance.
10     Q.   My question, sir, is, as the flying pilot, did
11 you rely on ramp control to issue to you traffic
12 advisories and safety alerts, for example, warning or
13 alert that there was another aircraft potentially in
14 your taxi path?
15     A.   I was relying on ramp control and ATC.
16     Q.   So you agree with me that you relied on ramp
17 control, at least as one of two individuals, to provide
18 traffic advisories and safety alerts?
19         CHECK INTERPRETER:  Advisory though is for
20 example, it's a warning -- the lead interpreter is
21 translating advisory as information. That's not
22 necessarily correct.
23         MR. TORPEY:  Q.   It's really pretty simple.
24         Mr. Nishiguchi, do you believe, sir, that you
25 relied as the flying pilot upon ramp control and perhaps

8 (Pages 26 to 29)

Yusuke Nishiguchi

Page 30

1   others, to warn you of the potential collision hazard
2   with the United aircraft on October 7 of 2003?
3       A.   I don't know about warning, but I believe that
4   it is the duty of the pilot to follow the instructions
5   given by ATC including ramp control.
6       Q.   I'm going to move to strike that answer.
7       Mr. Nishiguchi, please listen carefully to my
8   question. I did not ask you about that. I asked you
9   simply -- I'll just have the court reporter read back
10  the question, and I'd like you to listen carefully and
11  answer the question that I asked, please.
12      (Record read by the reporter.)
13      THE WITNESS: I do not know what you mean when
14  you say warn -- quote, warn you, close quote because it
15  is the duty of the pilot to follow the clearance.
16      MR. TORPEY: Q. Is it your position as the
17  flying pilot that the ramp control gave you clearance to
18  taxi and you relied on that clearance and that clearance
19  was an assurance, an assurance, to you by the ramp
20  controller that no collision would occur?
21      A.   We followed the clearance to taxi, but I do
22  not know what you mean when you say assured by such and
23  such.
24      Q.   Did you rely on ramp control as the flying
25  pilot in getting clearance from ramp control -- strike

Page 31

1   that.
2       Let me rephrase it. As the flying pilot
3   receiving clearance from ramp control to taxi, do you
4   rely on that to mean that there will be no possibility
5   of a collision hazard between yourself and another
6   aircraft if you follow that clearance?
7       A.   I believed that in general if one can get --
8       THE INTERPRETER: The interpreter will
9   restate.
10      THE WITNESS: I believe that in general if one
11  followed the air traffic control system, one could get
12  clearance.
13      MR. TORPEY: Q. I'll move to strike that
14  answer.
15      Mr. Nishiguchi, we are not talking about
16  whether or not you got clearance. We understand that
17  you got clearance, and I'll ask for the last time this
18  question.
19      And that is, did you rely on that clearance
20  from ramp control as an assurance to you as the flying
21  pilot that you would not collide with another aircraft
22  if you followed that clearance? That's the question,
23  sir.
24      A.   I do not know what you mean when you say
25  assure. We received clearance, so we simply followed

Page 32

1   the clearance.
2       Q.   What does the word guarantee mean to you?
3   What does that word mean, sir?
4       A.   A guarantee, it's like an insurance, but then
5   I do not know what the meaning is really. I don't know
6   what that would mean in the aviation world.
7       MR. TORPEY: I'd ask the interpreter if there
8   is a word in Japanese that is the same as the English
9   word assurance.
10      THE INTERPRETER: Yes. And she would use the
11  Japanese word hosho.
12      MR. TORPEY: Q. And what does that mean in
13  Japanese?
14      A.   It means to guarantee.
15      CHECK INTERPRETER: H-o-s-h-o.
16      MR. TORPEY: Q. Mr. Nishiguchi, was the
17  clearance that was issued by ramp control to you as the
18  flying pilot a guarantee that you would not have a
19  collision with another aircraft if you followed that
20  clearance?
21      A.   I believe that it was an instruction or
22  permission to taxi including all those things including
23  collision.
24      Q.   And so you relied on that clearance as the
25  flying pilot on October 7 of '03; correct?

Page 33

1       MR. TURNER: Objection as to form.
2       THE WITNESS: I did not rely. I followed the
3   taxi clearance.
4       CHECK INTERPRETER: Instruction. The check
5   interpreter stands corrected. There was no instruction.
6       MR. TORPEY: Q. What does the word rely mean
7   to you, sir?
8       A.   I don't know what that would mean in the
9   aviation world. What other word would there be?
10      Q.   As the flying pilot of the ANA aircraft that
11  day, Mr. Nishiguchi, did you follow the clearance
12  instructions from ramp control?
13      That's it. Did you follow?
14      A.   Yes.
15      Q.   And do you believe following ramp control's
16  instructions was at least one of the contributing
17  factors in causing the collision on October 7 of 2003?
18      A.   Can you change -- can you ask me that question
19  in other way.
20      Q.   I think that question is very direct, sir, and
21  I'd like an answer to that question exactly as it's
22  asked.
23      MR. TURNER: Objection as to form.
24      THE WITNESS: Then can I have the question
25  again.

9 (Pages 30 to 33)

Yusuke Nishiguchi

Page 34

1    MR. TORPEY: Certainly. Read it back in
2  English and in Japanese, please.
3    (Record read by the reporter.)
4    THE WITNESS: If we had not taxied, there
5  would not have been a collision, so I believe that is
6  one of the contributing factors.
7    CHECK INTERPRETER: In that sense.
8    MR. TORPEY: Q. And the communication
9  between -- strike that.
10    The way your aircraft received the clearance
11  that we have been discussing from ramp control was by
12  way of flight deck to ramp control communications; is
13  that correct, sir?
14    A. The clearance is received through the radio
15  communication of the aircraft.
16    Q. With ramp control; correct?
17    A. All ATC including ramp control.
18    MR. TURNER: We've been going for well over an
19  hour and a half now.
20    MR. TORPEY: We can take a break.
21    MR. TURNER: Let's take a break.
22    THE VIDEOGRAPHER: This concludes Videotape 1
23  in the deposition of Yusuke Nishiguchi. The time on the
24  monitor is 11:34 a.m.
25    (Recess taken.)

Page 35

1    THE VIDEOGRAPHER: Here begins Videotape 2 of
2  the deposition of Yusuke Nishiguchi. Coming back on the
3  record. The time on the monitor is 11:48 a.m. Please
4  begin.
5    MR. TORPEY: Q. Mr. Nishiguchi, look at
6  Exhibit 8 that you have in front of you please, sir.
7  And look at the second page -- strike that. I
8  apologize. I'm sorry.
9    Look at Exhibit 9. I keep forgetting there's
10  two exhibits there. They really shouldn't even be
11  paper-clipped together.
12    Exhibit 9, which is an ops manual page with
13  the date of 1999, apparently November of '99. If you
14  look under item 2 and since this document is entirely in
15  Japanese, obviously I can't read it, but can you read to
16  me what it says at item 2, and then the subitems 1,
17  2 and 3 below it.
18    MR. TURNER: You're referring to the 2 that is
19  in the circle as opposed to in the parentheses or
20  outside of them?
21    MR. TORPEY: Exactly.
22    MR. TURNER: The 2 that's in the circle.
23    THE WITNESS: Yes, I read them.
24    MR. TORPEY: Would you read -- maybe the
25  easiest thing to do is, Satoe, could you read those in

Page 36

1  English to us.
2    THE INTERPRETER: I might as well have the
3  English version.
4    MR. TORPEY: Let me do this. I know. Here's
5  what we can do.
6    MR. TORPEY: Q. Mr. Nishiguchi, having read
7  Exhibit 9, would you now look at Exhibit 2 and at the
8  second page where it says in English, number 2, taxiing,
9  and it has subparts 1 through 5, is the very first
10  sentence in Exhibit 2 where it says, the captain shall
11  perform taxi in accordance with the following.
12    Does that language appear in Exhibit 9 as
13  well?
14    A. No.
15    Q. What does the first line -- and again, maybe
16  Satoe, could you read us the first line of Exhibit 9
17  after number 2.
18    THE INTERPRETER: In Japanese?
19    MR. TORPEY: Well, it's in Japanese. Can you
20  translate to English.
21    MR. TURNER: You mean the word next to the 2
22  in circle or the line below?
23    MR. TORPEY: That and the line below.
24    MR. TURNER: Okay.
25    THE INTERPRETER: It says the time of the

Page 37

1  beginning of the powered run. So there's something I
2  need to confirm with him.
3    We have just discovered that the format is
4  different in Japanese than English. In the English
5  version, taxi starts with 2 in a circle and it's just
6  that. But in the Japanese version, taxi includes both 2
7  in a circle 3 in a circle. It's longer.
8    MR. TORPEY: So there's actually more taxiing
9  instructions in Exhibit 9 than in Exhibit 2; am I
10  correct?
11    THE INTERPRETER: The witness says he doesn't
12  know.
13    MR. TORPEY: Q. Why don't we do this. I
14  don't want to take a lot of time on this, but would
15  you -- in fact, let's do this. Would you find for me in
16  Exhibit 9, wherever it is on Exhibit 9, the language
17  that's contained in Exhibit 2 that says, the captain
18  shall perform taxi in accordance with the following?
19    A. There is no such statement in Exhibit 9.
20    Q. Look at Exhibit 8. Is that statement in
21  Exhibit 8 anywhere?
22    A. No.
23    Q. Going back to Exhibit 2 under item 2, taxi,
24  subpart 2 it says, be observant of all obstacles around
25  him and taxi speed is such that he may bring his

10 (Pages 34 to 37)

Yusuke Nishiguchi

Page 38

1  airplane to an immediate and complete stop.
2          Is that language contained anywhere on
3  Exhibit 8 or 9?
4      A.  Yes.  Yes.  Although the term captain isn't
5  included.
6      Q.  Okay.  Look at that same Exhibit 2
7  or -- strike that.
8          I'm looking at Exhibit 2 under item 2, taxi,
9  at subpart 5 which says, ask for a signalman's
10  assistance in the event that there's any obstacle in the
11  vicinity of the ramp area.
12          Is that language in Exhibits 8 and/or 9?
13      A.  Yes.
14      Q.  And on October 7, 2003, was Exhibit 9 the
15  current version of the ops manual that you were required
16  to follow in operating your aircraft that day as the
17  flying pilot?
18      A.  I do not know.
19      Q.  Assuming that it was or assuming that a later
20  version still had those two provisions in it, you were
21  required to follow those directions when you were the
22  flying pilot on October 7 of 2003?
23          MR. TURNER:  Objection as to form and
24  foundation.
25          THE WITNESS:  No.  That is not correct.

Page 39

1      Q.  So even if the ops manual that was in effect
2  on October 7, 2003, contained the language that is
3  marked at item 2, subparts 2 and 5 of Exhibit 2, your
4  position is you could disregard those instructions as
5  the flying pilot?
6          MR. TURNER:  Objection as to form and
7  foundation.
8          MR. TORPEY:  I want to withdraw the question.
9      Q.  As the flying pilot on October 7, 2003, I want
10  you to assume that in the ops manual that applied to
11  your operations of the aircraft that day, that ops
12  manual contained the following language.
13          MR. TORPEY:  Why don't you translate that and
14  I'll finish.
15          THE WITNESS:  So I should assume that these
16  two were included?
17          MR. TORPEY:  Q.  That's correct, sir.
18          If these two, referring specifically to
19  Exhibit 2, item 2, subparts 2 and 5, if those two items
20  were part of the ANA ops manual for the 777 aircraft on
21  October 7, 2003, then you, Mr. Nishiguchi, as the flying
22  pilot were required to follow those two instructions;
23  correct?
24          MR. TURNER:  Objection as to form and
25  foundation.

Page 40

1          THE WITNESS:  That is a hypothetical question,
2  so I cannot answer.
3          MR. TORPEY:  Q.  With all due respect, I do
4  want you to answer, and I want you to answer my
5  hypothetical.  It is a hypothetical, and I would like
6  you to answer it, please.
7          MR. TURNER:  Objection as to form and
8  foundation and incomplete hypothetical.
9          THE WITNESS:  Well, we are looking at the 2007
10  version of the operations manual, so I do not know if
11  these subitems were included at that time.
12          MR. TORPEY:  I'm not asking you whether
13  you knew, Mr. Nishiguchi.  I'm telling you, assume they
14  were.
15          MR. TURNER:  Same --
16          MR. TORPEY:  Q.  And if they were included,
17  you as the flying pilot on October 7, 2003, were
18  required to follow those instructions; correct?
19          MR. TURNER:  Objection as to form and
20  incomplete hypothetical.
21          THE WITNESS:  I would follow the operations
22  manual, but since I don't know what the content is, I
23  cannot answer.
24          MR. TORPEY:  Q.  Okay.  Fair enough.
25          Why is there an English and a Japanese version

Page 41

1  of the ops manual?
2      A.  I do not know.
3      Q.  Do you keep the English or the Japanese
4  version or both in the aircraft?
5      A.  It is not clear.  There was the Japanese
6  version.
7      Q.  When was the last time you flew a 777
8  aircraft?
9      A.  I do not recall.
10      Q.  Has it been several months?
11      A.  I think it's been several weeks.
12      Q.  When you were last in the 777 aircraft, was
13  the English or the Japanese ops manual onboard?
14      A.  There was the Japanese manual.
15      Q.  And was the route manual in English or
16  Japanese?
17      A.  Both.
18      Q.  Have you ever heard of the term conflict
19  resolution as a pilot, as a commercial airline pilot?
20      A.  No.
21      Q.  What is the word that -- strike that.
22          To become a commercial -- strike that.
23          To be a commercial airline pilot with ANA,
24  were you taught by ANA any procedures at all with regard
25  to what to do if you perceive a potential collision

11 (Pages 38 to 41)

Yusuke Nishiguchi

Page 42

1 hazard with another aircraft while taxiing on the
2 ground?
3     A.  No.
4     Q.  Do you understand as a captain or as a
5 previous copilot of an ANA aircraft, that if your
6 aircraft had taxied and collided with another aircraft,
7 that could cause a safety issue?
8     A.  If there is a collision, it is not safe.
9     Q.  As a flying pilot for ANA, Mr. Nishiguchi, if
10 you believed that while taxiing your aircraft was going
11 to collide with another aircraft, would you stop that
12 aircraft, your aircraft, before colliding?
13     A.  Oh, well, yes, I would.
14     Q.  Because colliding with another aircraft while
15 taxiing can have safety concerns, would you also stop
16 your aircraft if you did not know for sure whether or
17 not you were going to have a collision with another
18 aircraft while taxiing?
19         MR. TURNER:  Objection as to form and
20 incomplete hypothetical.
21         THE WITNESS:  The question was long, and I
22 don't understand it.
23         MR. TORPEY:  Read it back please in English
24 and in Japanese.
25         (Record read by the reporter.)

Page 43

1         THE WITNESS:  I don't know.
2         MR. TORPEY:  Q.  So even if you are not sure
3 whether or not you're going to collide with another
4 aircraft during taxi, you as the pilot flying would
5 consider continuing taxi rather than stop before you
6 knew whether or not you were going to hit the other
7 aircraft?
8         Is that what your testimony is to the jury,
9 sir?
10         MR. TURNER:  Objection as to form, foundation,
11 and incomplete hypothetical.
12         THE WITNESS:  I do not understand the real
13 intent of the question.
14         MR. TORPEY:  Q.  Well, with all due respect,
15 Mr. Nishiguchi, I'm not asking you to understand the
16 intent.  I would just like you to answer the question.
17         And the reason I'm saying that is, when the
18 jury at the time of trial hears your answer, I want to
19 make sure that I've gotten it from you the way you
20 intended, so there's no misunderstanding.
21         MR. TURNER:  Objection to your comment and the
22 question, form and foundation and incomplete
23 hypothetical.
24         MR. TORPEY:  Q.  Mr. Nishiguchi, I want you to
25 assume hypothetically that you are the copilot of an ANA

Page 44

1 777 and you are also the flying pilot.  I want you to
2 also assume that you perceive that you could run into
3 another aircraft as you are taxiing.
4         If you don't know for sure whether or not you
5 can avoid hitting that aircraft, would you, A, stop
6 until you know whether or not you can clear it or, B,
7 keep going and hope you clear it but you may not?
8         Which would you do, A or B?
9         MR. TURNER:  Objection as to form, foundation
10 and incomplete hypothetical.
11         THE WITNESS:  The question is long, and I
12 don't understand it.  And when you say could run into,
13 what sort of situation is that?
14         MR. TORPEY:  Q.  Mr. Nishiguchi, it doesn't
15 matter what the situation is.  I'm talking to you about
16 running into another aircraft.  I don't care if you run
17 into it from the front, the back, the side or upside
18 down.
19         Let me withdraw the question.  I'll withdraw
20 the question.
21         Do you have family, sir?
22     A.  I am married.
23     Q.  Children?
24     A.  I do not have children.
25     Q.  Okay.  Well, let me ask you, if your wife was

Page 45

1 on an aircraft and that aircraft was taxiing at
2 San Francisco Airport and the pilot flying that
3 aircraft -- another aircraft that he potentially could
4 run into during the taxi.
5         MR. TORPEY:  Translate that, and I'll finish.
6     Q.  Would you want the pilot of that aircraft
7 carrying your wife to, A, stop the aircraft until the
8 pilot knows for sure he is not going to run into the
9 other aircraft or, B, keep taxiing not knowing whether
10 or not there would be a collision?
11         MR. TURNER:  Objection as to form, foundation,
12 and incomplete hypothetical.
13         THE WITNESS:  And where am I in that question?
14         MR. TORPEY:  Q.  Doesn't matter where you are,
15 Mr. Nishiguchi.  I'm giving you a hypothetical.  You are
16 now aware of the information I just provided you.  Which
17 of those two decisions would you want the pilot of that
18 aircraft to make?  Choice A or choice B?
19         MR. TURNER:  Objection as to form, foundation
20 and incomplete hypothetical.
21         THE WITNESS:  At least I would want him to
22 choose safety.
23         MR. TORPEY:  Q.  So you would prefer that he
24 stop the aircraft if there's any question about whether
25 he may or may not run into the other aircraft; correct?

12 (Pages 42 to 45)

Yusuke Nishiguchi

Page 46

1    MR. TURNER: Objection as to form, foundation
2  and incomplete hypothetical.
3    THE WITNESS: I do not say that. If it is
4  safe, if there's no collision --
5    THE INTERPRETER: The interpreter will
6  restate.
7    THE WITNESS: I did not say this. I said that
8  it would be good if it is safe and if there is no
9  collision.
10    MR. TORPEY: Q. You said that you want the
11  pilot to choose safety for your wife. As a pilot
12  yourself, Mr. Nishiguchi, do you think it would be a
13  safe choice to continue taxiing an aircraft if you did
14  not know for sure whether or not you were going to
15  collide with another aircraft during that taxi?
16    MR. TURNER: Objection as to form and
17  incomplete hypothetical.
18    THE WITNESS: I do not understand the
19  situation very well, so I could not answer.
20    MR. TORPEY: I'll move to strike that, and I
21  believe that was unresponsive. And I also note for the
22  record that the witness seems to be following a pattern
23  with counsel that when counsel objects, the witness does
24  not provide us substantive answer.
25    MR. TURNER: I object to your comment, and

Page 47

1  when counsel for ANA objects, he's objecting because
2  your questions are poor questions and improper.
3    MR. TORPEY: Q. As a pilot for ANA, do you
4  have an obligation to provide the utmost in safety to
5  ANA customers and passengers when you're piloting that
6  aircraft?
7    A. Yes.
8    Q. In your opinion as a now captain for ANA,
9  Mr. Nishiguchi, is it safer for the passengers on ANA
10  aircrafts to have you continue taxiing your aircraft
11  when you don't know whether or not you're going to run
12  into another aircraft, or is it safer for you to stop
13  your aircraft until you can determine that you will, in
14  fact, clear the other aircraft?
15    MR. TURNER: Objection as to form, foundation,
16  incomplete hypothetical. And you're just repeating your
17  questions, and you're just arguing with the witness. I
18  really object to the whole process.
19    THE WITNESS: I have said this repeatedly, but
20  I cannot answer that question as to which is better.
21    MR. TORPEY: Q. Do you have a protocol,
22  Mr. Nishiguchi, that you follow when you see a potential
23  collision hazard with another aircraft while taxiing on
24  the ground?
25    A. What do you mean by protocol?

Page 48

1    MR. TORPEY: Satoe, what is the Japanese word
2  synonomous with protocol?
3    THE INTERPRETER: I translated it as
4  procedure.
5    MR. TORPEY: Q. Are you going to answer, sir?
6    A. I don't know that I quite understand the
7  question. I vaguely understand it, but I'm not clear
8  about the situation.
9    Q. Mr. Nishiguchi, with all due respect, sir, the
10  question was very clear. I will ask that it be read
11  back one more time, and then I'm going to play this to
12  the jury if need be and let that jury see that as your
13  answer.
14    I think it's very direct, and I'm going, in
15  fairness, to give you one final opportunity to consider
16  the question and to give me your most truthful answer
17  that you will also give to that question in front of the
18  jury that hears this case.
19    MR. TURNER: I just want the witness not to be
20  fooled by Mr. Torpey into believing Mr. Torpey has the
21  ability to play anything to the jury. The judge will
22  determine what is played to the jury and what is not
23  played to the jury, not Mr. Torpey.
24    Please translate that.
25    MR. TORPEY: Why don't you read back the

Page 49

1  question in English, and then ask him to answer it.
2    (Record not read by the reporter.)
3    THE WITNESS: There are all kinds of
4  situations, so I cannot answer the question.
5    MR. TORPEY: Q. I'll move to strike the
6  answer as nonresponsive, and since you will not answer
7  that question, I'll have to ask something different.
8    Mr. Nishiguchi, I want you to assume you are
9  the pilot flying an aircraft for ANA and that you're
10  taxiing. Do you understand the question so far?
11    A. Yes.
12    Q. Second, I want you to assume that you've been
13  given clearance to taxi for takeoff. You understand the
14  question so far?
15    A. Yes.
16    Q. Third, I want you to assume that you now learn
17  after having been cleared to taxi that another aircraft
18  is on short final to land on that same --
19    MR. WORTHE: You said taxi. You mean takeoff.
20    MR. TORPEY: Takeoff. Excuse me. Let me
21  rephrase it.
22    Q. I want you to assume that another aircraft is
23  on short final to land on that same runway that you've
24  already been cleared to take off on.
25    Do you understand the question so far?

13 (Pages 46 to 49)

Yusuke Nishiguchi

Page 50

1       MR. TURNER: I'd like to object. Please start
2  over. I don't know what you were withdrawing and not
3  withdrawing. I'm sorry.
4       MR. TORPEY: I'll start over.
5    Q.  Mr. Nishiguchi, I want you to assume that you
6  are the flying pilot and pilot in command of an ANA 777
7  at San Francisco Airport.
8    A.  Yes.
9    Q.  You understand the question so far?
10   A.  Yes.
11   Q.  Next I want you to also assume that you've
12 received clearance from air traffic control onto the
13 active runway for takeoff?
14   A.  Yes.
15   Q.  And you understand my question so far?
16   A.  Yes.
17   Q.  Next I want to have you assume that you learn
18 now that even though you're cleared to take off, you
19 learn that another aircraft is on short final to land on
20 that same runway you have been cleared onto.
21   A.  What do you mean by short final to land?
22   Q.  Assume that the other aircraft has been
23 cleared to land and is in the process, is in final
24 approach, to land on the same taxiway that you've been
25 cleared to take off on?

Page 51

1       MR. WORTHE: Runway.
2       MR. TORPEY: Excuse me. Runway. I keep
3  missing the word.
4       THE WITNESS: But the controller does not give
5  clearances to two aircraft at the same time.
6       MR. TORPEY: Q. Mr. Nishiguchi, I want you to
7  assume my question is true and accurate as given. I
8  don't want you to introduce new facts. I want you to
9  accept my hypothetical as is, and based on that, I want
10 your opinion.
11   A.  Yes.
12   Q.  So let me restate the question, and based on
13 what I am telling you, I want you to assume it to be
14 true, and then I'm going to ask you a question
15 hypothetically.
16       First, I want you to assume that you have been
17 cleared onto an active runway to take off at
18 San Francisco Airport and that you are the pilot in
19 command and flying pilot.
20       Second, I want you to assume as true that
21 after you have been cleared onto the active runway for
22 takeoff and before you have taken off, another aircraft
23 is cleared to land on that same runway.
24       In that situation, Mr. Nishiguchi, what would
25 you do? Would you, A, continue taxiing onto the active

Page 52

1  runway, or, B, would you take some other action such as
2  contacting air traffic control to determine whether
3  there could be a collision hazard if you taxied onto the
4  runway?
5       MR. TURNER: Objection as to form, foundation
6  and incomplete hypothetical.
7       THE WITNESS: One question, please. If the
8  runway -- if one enters the runway, then you cannot see
9  the aircraft.
10      MR. TORPEY: Q. Mr. Nishiguchi, I did not ask
11 you that, and I asked you to assume what I said to be
12 true and give me an answer based on that. I'll give you
13 one more opportunity, and then I'm not going to ask that
14 question again. And it's obvious that you are not going
15 to answer that or any other questions like that on this
16 topic.
17      MR. TURNER: Objection as to form, foundation,
18 incomplete hypothetical and counsel's comments.
19      MR. TORPEY: Q. Mr. Nishiguchi, here's what
20 I'm going to do. I'm going to ask that the question be
21 read back in English and in Japanese. I want you to
22 assume what I said to be the case. I do not want you to
23 include any other information.
24      I want you to give me your answer based solely
25 and exclusively -- and I repeat, solely and

Page 53

1  exclusively -- on what I gave you as the hypothetical.
2  That, sir, is the question before you.
3       (Record read by the reporter.)
4       THE WITNESS: I already understand the
5  question. In answering that question, I would take
6  action based on my consideration of what the weight of
7  my own aircraft is. I would also have to know the
8  altitude, the distance of that other aircraft and also I
9  would have to know about the wind factor. With all
10 these factors considered, if I believe that I have
11 enough time to take off, then I would do so.
12      MR. TORPEY: Q. And if you did not think you
13 had enough time or you weren't sure, then you would not
14 do so; correct?
15      MR. TURNER: Objection as to form and
16 foundation.
17      THE WITNESS: So it's hard for me to answer
18 unless I know all the conditions.
19      MR. TORPEY: Move to strike that. Read back
20 my question.
21   Q.  And I'd ask you, Mr. Nishiguchi, to respond to
22 my question, please.
23      MR. TURNER: Objection as to form and
24 foundation.
25      (Record read by the reporter.)

14 (Pages 50 to 53)

Yusuke Nishiguchi

Page 54

1  THE WITNESS: I would need to make an overall
2  consideration based on the distance and the altitude of
3  that other aircraft. Since I'm not in that situation
4  now, I really cannot answer.
5  MR. TORPEY: Q. But you can answer. You
6  won't answer. And there's a difference.
7  MR. TURNER: You're just arguing with the
8  witness. Why don't you move on.
9  MR. TORPEY: I'm not going to move on. He's
10  being evasive, and I'm going to continue to question him
11  to a point to make this record. He has already --
12  I'm not going to argue with you, Marshall.
13  Q. Mr. Nishiguchi. The question is if you don't know,
14  determination. The question is if you don't know,
15  having -- strike that.
16  You've told me what factors you would consider
17  in making the decision in response to my hypothetical.
18  I have, however, now asked you if you did not know that,
19  in fact, you could take off before the other aircraft
20  was to land, would you continue to taxi onto the active
21  runway, or would you take some other action such as
22  stopping and making sure that you could proceed safely
23  with no collision?
24  MR. TURNER: Objection as to form, foundation
25  and incomplete hypothetical.

Page 55

1  THE WITNESS: I would have to make a judgment
2  based on all kinds of -- or overall considerations
3  including the weather, so I cannot say at this point.
4  MR. TORPEY: Move to strike and we'll take
5  that up with the court.
6  Q. Since you won't answer that, Mr. Nishiguchi,
7  let me change to another question. And that is if you
8  were the flying pilot taxiing and you noticed a
9  potential collision with another aircraft, would you
10  stop your aircraft?
11  MR. TURNER: Objection as to form and
12  incomplete hypothetical.
13  THE WITNESS: If there is a collision, of
14  course, I would stop.
15  MR. TORPEY: Q. And if there's no collision,
16  you would not stop?
17  A. There are all kinds of situations. Distance
18  would be a factor. I don't understand what the
19  situation is in that question, so I cannot answer.
20  Q. Again, we'll move to strike.
21  Mr. Nishiguchi, have you been told not to
22  answer hypothetical questions?
23  A. No. It is not possible for me to answer
24  because the conditions set forth in the hypothetical
25  questions are too limited.

Page 56

1  Q. Mr. Nishiguchi, if you thought as the pilot in
2  command of an aircraft you were going to run into
3  another aircraft, would you stop?
4  MR. TURNER: Objection as to form and
5  incomplete hypothetical.
6  THE WITNESS: I cannot answer because I don't
7  know what the situation is. You say collision, but if
8  it is right in front, then anybody would stop.
9  MR. TORPEY: Q. Let's end this discussion
10  with this, Mr. Nishiguchi. If you did not know whether
11  or not you were going to run into another aircraft while
12  taxiing and while you were the flying pilot and pilot in
13  command -- you understand me so far, sir?
14  A. Yes. Yes. Okay.
15  Q. Would you stop or would you go?
16  MR. TURNER: Objection as to form and
17  incomplete hypothetical.
18  THE WITNESS: I already answered that
19  question.
20  MR. TORPEY: Q. And that's your final answer,
21  right, sir?
22  A. That would be my answer to hypothetical
23  questions the conditions of which are incomplete.
24  Q. Well, I won't ask you any more questions about
25  conflict resolution, and I will move to strike your

Page 57

1  answers, and we'll take that up with the court at
2  another time.
3  After the impact, Mr. Nishiguchi, what did you
4  do?
5  A. I stopped the aircraft.
6  Q. How did you do that?
7  A. I used the brakes.
8  Q. Did you make an emergency stop or a normal
9  stop?
10  A. It wasn't an emergency stop, but the aircraft
11  stopped immediately.
12  Q. Do you know how many seconds it took, or would
13  you just be guessing?
14  A. I could not know.
15  Q. Do you know how many feet it took to bring the
16  aircraft to a stop, or would you just be guessing?
17  A. I do not know.
18  Q. You never went you said to the aircraft and
19  looked around on the ramp area after the impact; am I
20  correct?
21  A. After the impact, I was onboard.
22  Q. You did not get off the aircraft until it was
23  towed back to the terminal, and you walked down the
24  jetway; correct?
25  A. Yes, I believe so.

15 (Pages 54 to 57)

Yusuke Nishiguchi

Page 58

1    Q.   Who was operating the radios on the day of
2  this accident?
3    A.   Captain Yamaguchi.
4    Q.   Who was navigating?
5    A.   What do you mean by navigating?
6    Q.   Who was in charge of any navigational
7  decisions if you will or -- you obviously understand the
8  term navigation?
9    A.   I know navigation in the air.
10   Q.   Who was going to be doing navigation
11 responsibilities on the flight that ended on October 7,
12 2003, in this collision?
13   A.   You mean pilot flying?
14   Q.   Well, were you as the flying pilot also
15 charged with responsibility of navigating the aircraft?
16   A.   The PF is mainly responsible for the
17 operation.
18   Q.   From the time the aircraft on October 7, 2003,
19 lined up at the engine-start line at San Francisco up to
20 the impact, do you have a recollection of what you were
21 doing?
22   A.   I was the PF, pilot flying.
23   Q.   I understand you were the pilot flying, but
24 what were you doing?
25   A.   I was doing the things that are set forth in

Page 59

1  the airline operations manual, such as cockpit
2  preparation, engine-start, et cetera and taxi out.
3    Q.   You have a checklist in your aircraft;
4  correct, sir?
5    A.   Yes.
6    Q.   And it's your responsibility as the flying
7  pilot to perform that checklist; correct?
8    A.   Yes.
9    Q.   And there are checklists for things you do at
10 the gate; correct?
11   A.   Yes.
12   Q.   There's a checklist for things you do at the
13 engine-start line; correct?
14   A.   No.
15   Q.   Isn't there a procedure for starting the
16 engine?
17   A.   Yes.
18   Q.   And that would be done at the engine-start
19 line; right?
20   A.   No. It is done at about the same time as the
21 pushback.
22   Q.   And at the time -- strike that.
23       On October 7, 2003, you actually started the
24 engines before you got to the engine-start line at
25 San Francisco; is that correct?

Page 60

1    A.   I do not have a clear recollection, but I
2  followed the procedure.
3    Q.   And there's other checklist items that you
4  perform prior to taxi; correct?
5    A.   Yes. And I did those.
6        MR. TURNER: Mr. Torpey it's after
7  1:00 o'clock.
8        MR. TORPEY: Let's finish this. I'm almost
9  done.
10       MR. TURNER: Okay.
11       MR. TORPEY: Q. There are also checklist
12 items that need to be performed before taxiing on --
13 into the movement area or onto the runway; correct?
14       MR. TURNER: Objection as to form.
15       THE WITNESS: There is a checklist for items
16 to be done before takeoff.
17       MR. TORPEY: Q. And are there items on your
18 checklist which need to be done before you get clearance
19 from air traffic control to taxi from the ramp area, in
20 other words, the nonmovement area, into the movement
21 area?
22   A.   Those are not determined by a movement area
23 and nonmovement area.
24   Q.   Okay. What types of things are done on the
25 checklist before you get to the point that you take off?

Page 61

1    A.   It changed about two months ago. Now, there
2  is the preparation checklist, before-start checklist,
3  after-start checklist, before-taxi checklist and
4  before-takeoff checklist. Excuse me. According to the
5  new rule the before-start checklist was changed to
6  after-start checklist.
7        THE INTERPRETER: The interpreter will
8  restate.
9        THE WITNESS: According to the new rule, the
10 before-taxi checklist was changed to after-start
11 checklist.
12       MR. TORPEY: Q. Is this a Boeing checklist,
13 or is this something that ANA published?
14   A.   I think they are pretty much identical, but I
15 am not truly familiar with the Boeing checklist.
16   Q.   On October 7 of 2003, what checklists applied
17 to the operation of your 777 aircraft?
18   A.   Whatever was the most recent and effective
19 checklist there was at that time.
20   Q.   During the taxi from the engine-start gate --
21 I should say after the taxi from the engine-start
22 gate -- were you performing one of the checklists?
23       MR. TURNER: Can I have that question back,
24 please.
25       (Record not read by the reporter.)

16 (Pages 58 to 61)

Yusuke Nishiguchi

Page 62

1        MR. TORPEY:  I can rephrase it.
2     Q.   On October 7, 2003, as the flying pilot, were
3   you performing any checklists on or after you left the
4   engine-start line at San Francisco?
5     A.   There is a checklist, but as far as they are
6   performed before takeoff, it is fine.  So I do not
7   recall if I was performing them at that time.
8     Q.   Was there a flight attendant in the cockpit at
9   any time prior to the taxi on October 7, 2003?
10        And then we'll take a break.
11    A.   No.
12        MR. TORPEY:  Okay.  We can take a lunch break.
13   How long you want to break for?
14        MR. TURNER:  We'll see you in an hour.  What
15   is the time?
16        THE VIDEOGRAPHER:  Going off the record.  The
17   time on the monitor is 1:07 p.m.
18        (Lunch recess taken.)
19        THE VIDEOGRAPHER:  Coming back on the record.
20   The time on the monitor is 2:06 p.m.  Please begin.
21        MR. TORPEY:  Q.  Mr. Nishiguchi, if you look
22   at what was marked yesterday as Exhibit 5, recon photo 1
23   that we have displayed here on the board, or you can
24   look at the copy your counsel has just shown you,
25   whichever is more convenient for you.

Page 63

1        You can see that there is an aircraft at the
2   engine-start area, and up towards the upper portion of
3   that photograph is an area where it says spot 10.
4        Do you see that?
5     A.   Yes.
6     Q.   And you'll see a line drawing from the front
7   of the airplane all the way up to where spot 10 is.  Do
8   you see that?
9     A.   Yes.
10    Q.   Is that called the centerline of the taxiway
11   or ramp area?
12    A.   Yes.
13    Q.   And you as the flying pilot on October 7,
14   2003, were you keeping the nose tire of your aircraft on
15   that centerline?
16    A.   It wasn't the nose tire.  I was operating the
17   aircraft so that the main landing gear would straddle
18   the white line.
19    Q.   In the photograph, this is the line that
20   you're referring to; correct?
21    A.   Yes.
22    Q.   And where would the nosewheel be positioned as
23   you were taxiing the aircraft from the engine-start line
24   to the spot 10?  And specifically I'm asking for your
25   recollection if you have one for the taxi on October 7,

Page 64

1   2003.
2     A.   I can't see the nosewheel, so I don't know.
3     Q.   Okay.  Do you have any procedure that you
4   follow with regard to when you taxi trying to keep the
5   nosewheel or the nose of the aircraft directly on the
6   centerline?
7     A.   Yes.
8     Q.   What is the procedure?
9     A.   If I am at the right seat, then I would have
10   my left leg on the -- on the or above the centerline.
11   If I do that, then the aircraft would be traveling along
12   the middle.
13    Q.   And even though you can't see the nosewheel,
14   you would assume that the nosewheel would be on or very,
15   very closely to the yellow line if you follow that
16   procedure; correct?
17    A.   Yes.
18    Q.   And as far as the main gear, which is the two
19   sets of wheels underneath the wings of the aircraft, if
20   you have the nose positioned on the centerline, then the
21   centerline would be approximately in the middle between
22   the left and the right main gear; correct?
23    A.   Yes.
24    Q.   Okay.  What's the purpose of the centerline
25   that we see in this photograph and the reason why you

Page 65

1   want to have your aircraft positioned so it's following
2   the centerline as you just described?
3        MR. TURNER:  Objection as to form.
4        THE WITNESS:  In order not to stick out from
5   the taxiway.
6        MR. TORPEY:  Q.  What do you mean by not stick
7   out from the taxiway?
8     A.   We are aware that there are the edges of the
9   taxiway, but if there is no centerline, then an aircraft
10   may turn to -- may -- may veer somewhat to either side.
11    Q.   Is the purpose for your following the
12   centerline with the nose of the aircraft to keep the
13   wings of that aircraft from penetrating beyond the
14   taxiway itself?
15    A.   I think that is one of the reasons also.
16    Q.   Okay.  And if you look at this photo, for
17   example, can you see a line to the right and to the left
18   of the aircraft wing tips?
19    A.   Do you mean this line of this aircraft?
20    Q.   This line right here.
21    A.   Yes.  I can see it.
22    Q.   And a similar line here.  Do you see that?
23    A.   Yes.
24    Q.   Am I correct that the width of the taxiway in
25   this photo extends from this line to that line; is that

17 (Pages 62 to 65)

Combs Reporting, Inc. 888-406-4060
www.combsreporting.net

Yusuke Nishiguchi

Page 66

1  correct?
2      A.  It is hard to tell.
3      Q.  In your experience, flying into San Francisco
4  Airport, is there a line on either side of the taxiway
5  that demarks the distance of the taxiway, in other
6  words, the width?
7      A.  There are lines.
8      Q.  And I know that it's not real bright in this
9  photo, but if you look at this line to the left, excuse
10 me, to the right of the aircraft -- and it's probably
11 clearer on the small picture you have there.  You might
12 want to look at that -- if you go to the right of the
13 line I just pointed to, is that a service vehicle line?
14 In other words, is that the lane where trucks and
15 service vehicles drive at the airport?
16     A.  I think so.
17     Q.  And if we look at the other side, to the left
18 of the wing, would there again be a service road beyond
19 the edge of the taxiway?
20     A.  I can't tell just on the basis of this
21 photograph.
22     Q.  Do you have a recollection of whether there is
23 a service lane on the left in that area?
24     A.  I do not recall.
25     Q.  You don't know one way or the other?

Page 67

1      A.  I don't know.
2      Q.  Okay.  Now, if you were to -- strike that.
3          If you were taxiing the aircraft along the
4  centerline, is there any reason why you would want to
5  deviate from the centerline before reaching spot 10?
6      MR. TURNER:  Objection as to form and
7  foundation and incomplete hypothetical.
8      MR. TORPEY:  Q.  Take your time.  That's okay.
9      A.  You ask me if there's any reason, but in the
10 world of space it is sometimes difficult to always keep
11 on the centerline, so at times there could be an
12 intentional shift from the centerline, or there could be
13 an unnoticed shift.
14     Q.  Have you ever had an occasion to make an
15 intentional shift while taxiing from the engine-start
16 line, along this line, in other words, intentionally not
17 following the centerline?
18     MR. TURNER:  Are you specifically referring to
19 San Francisco International or just in general?
20     MR. TORPEY:  Well, let me rephrase it.
21     Q.  I'll put it this way.  Do you agree with me,
22 Mr. Nishiguchi, that the reason that centerlines on
23 taxiways are painted and the reasons why pilots are
24 taught and required to follow the centerline with the
25 center of their aircraft, is because failure to do so

Page 68

1  could create a collision hazard between the aircraft and
2  another object or vehicle?
3      A.  I think that is one of the reasons too.
4      Q.  Do you recall -- and don't guess if you don't
5  recall -- but if you do recall, do you
6  remember -- strike that.
7          Let me show you what was marked yesterday as
8  Exhibit 6 and ask if you've seen that before.
9      A.  No.
10     Q.  If you'll take a look -- let me back up.
11         I'll represent to you that Exhibit 6 is a
12 partial transcript of the cockpit voice recorder
13 prepared by ANA and submitted to the NTSB as part of
14 their investigation materials submitted to the NTSB.
15         Have you ever, by the way, Mr. Nishiguchi,
16 ever listened to the cockpit voice recording after this
17 accident?
18     A.  No.
19     MR. TURNER:  I just want to make a comment
20 that I am not sure that Mr. Torpey's representation is
21 accurate.  In fact, I don't think it's accurate, but
22 he's making that representation here.
23         It's his question, but I want the witness to
24 know that I do not necessarily agree with his statement.
25 This is a transcript of the cockpit voice recording

Page 69

1  prepared by ANA.
2      MR. TORPEY:  Well, that's a speaking objection
3  and that's not proper, and I'd ask you not to do that
4  again.
5          Before we continue, Counsel, can we have an
6  agreement that all objections whether to form,
7  foundation or anything else are preserved so that you
8  don't have to interrupt my cross-examination of this or
9  the witness tomorrow.
10     MR. TURNER:  We have federal rules that all
11 objections except as to form are reserved to the time of
12 trial, and I'll make my objections as to form.  But this
13 was not an objection to the question.  This was an
14 objection to your misrepresentation.
15     MR. TORPEY:  I'm asking you whether you'll
16 stipulate that we can preserve all objections including
17 form and foundation so that you won't have to raise them
18 any further in this deposition or the deposition
19 tomorrow.
20     MR. TURNER:  We'll see as we go along.
21     MR. TORPEY:  I need the stipulation now or say
22 no.
23     MR. TURNER:  No.
24     MR. TORPEY:  No.  Okay.
25     Q.  Mr. Nishiguchi, let me have you look at

18 (Pages 66 to 69)

Yusuke Nishiguchi

Page 70

1  Exhibit 6, and you'll see in the center it says ramp com
2  time.  Do you see that column?
3      A.  Yes.
4      Q.  It says there that at 11:53:51 through 57, it
5  says, Nippon 007, you are cleared to spot 10.  Do you
6  see that?
7      A.  Yes.
8      Q.  Now, you were not the communicating pilot;
9  correct?
10     A.  No.
11     Q.  Were you paying attention to what was being
12  said by the communicating pilot to ramp control or from
13  ramp control to the communicating pilot?
14     A.  Yes.
15     Q.  Was there some type of a speaker, if you will,
16  in the cockpit so that even though you weren't the
17  communicating pilot, you could hear the transmissions
18  from ramp control to your flight deck?
19     A.  Yes.
20     Q.  As you sit here today, do you have any
21  recollection of any of the -- without looking at the
22  transcript that I've shown you -- do you have any
23  independent recollection of any communications, in other
24  words, things that were said by ramp control to your
25  aircraft or your aircraft to ramp control, at any time

Page 71

1  prior to the impact?
2      A.  I recall you're cleared to spot 10.
3      Q.  Anything else that you recall other than that,
4  or is that all you independently recall at this point?
5      A.  This is four years ago, so I have forgotten.
6      Q.  And with regard to -- we're looking at the
7  aircraft here on Exhibit 5.  With regard to where your
8  airplane was, in other words, where it was between the
9  start line and spot 10, where it was when that
10  discussion at 11:53:51 through 57 took place, I take it
11  you don't really recall that either.
12     A.  This took place when taxiing began.
13     Q.  Okay.  So would the area where the airplane is
14  shown on Exhibit 5 be about the spot you're referring to
15  when that communication took place?
16     A.  I don't know for sure.
17     Q.  Does it appear to be approximately the
18  location as you recall?
19     A.  We need the clearance before we begin taxiing,
20  and so this would have happened before we began taxiing,
21  so that would be the approximate location.
22     Q.  With regard to other transmissions that are
23  reflected in Exhibit 6 that took place after the
24  clearance to spot 10, can you tell us, if you recall at
25  this point, do you recall where along the taxi route

Page 72

1  between the start line and spot 10 you were when any of
2  the other communications took place, or do you not
3  recall it at this point?
4      MR. TURNER:  Objection as to form.
5      THE WITNESS:  I do not recall.
6      MR. TORPEY:  Q.  Mr. Nishiguchi, let me ask
7  you, with regard to the -- did you ever see a transcript
8  of the cockpit voice recorder at any time?
9      A.  No, I haven't.
10     MR. TORPEY:  Could I see that exhibit.  Thank
11  you.
12     Q.  Now, you said you were promoted to captain.
13  Is there a potential promotion to another level, and if
14  so, what would be the next level for you?
15     A.  I don't think there is any.
16     Q.  Let me show you another photograph.  In fact,
17  let's mark it.  I don't think it's been marked.
18     Before we do that, do you remember as you were
19  taxiing from the engine-start line, do you recall
20  whether you were at all times looking outside the
21  cockpit windows or for some reason would you
22  occasionally be looking down or somewhere other than
23  looking outside during that taxi period on October 7 of
24  '03?
25     MR. TURNER:  Objection as to form.

Page 73

1      THE WITNESS:  I have forgotten.
2      MR. TORPEY:  Q.  Okay.  Fair enough.  How tall
3  are you, sir?
4      A.  175 centimeters.
5      Q.  With regard to your -- strike that.
6      Do you recall if -- on October 7, 2003, do you
7  recall the very first moment that you saw the United
8  aircraft that you ultimately collided with?  Do you
9  recall if it was at the gate or had it been already
10  started to push back or do you recall at all?
11     MR. TURNER:  Objection as to form.
12     MR. TORPEY:  Let me withdraw.  Let me
13  withdraw.  I'll withdraw the question.  Why don't we
14  mark this.
15     THE VIDEOGRAPHER:  Counsel, can I change tape
16  while you do this.
17     MR. TORPEY:  Yeah.  That's a good time to do
18  that.
19     (Whereupon, Exhibit 10 was marked for
20     identification.)
21     (Recess taken.)
22     THE VIDEOGRAPHER:  Here begins Videotape 3 in
23  the deposition of Yusuke Nishiguchi.  Coming back on the
24  record.  The time is 2:40.  Please begin.
25     MR. TORPEY:  Q.  Mr. Nishiguchi, let me show

19 (Pages 70 to 73)

Yusuke Nishiguchi

Page 74

1  you what was marked as Exhibit 10 which we also have up
2  on the screen.  And if you look at the bottom of the
3  photograph, it says ANA 001058.  Do you see that?
4         You see next to the exhibit sticker, ANA?  You
5  see that?
6     A.  Yes.
7     Q.  Okay.  Let me pull this back.  That,
8  Mr. Nishiguchi, is a photograph that was provided to us
9  by counsel for ANA in what's called the Rule 26
10  disclosure.
11        And so you understand, sir, that is a document
12  that was prepared not by us but provided by -- provided
13  to us by ANA or at least their counsel.  Do you
14  understand that?
15    A.  Yes.
16    Q.  And you see at the bottom of the photograph it
17  says, figure 3, first possible direct line of sight from
18  UA 809.  Do you see that?
19    A.  Yes.
20    Q.  Now, you see this line here, this black line?
21    A.  Yes.
22    Q.  If this is your aircraft on October 7, 2003,
23  and this is United 809 on that same date -- strike that.
24        Let me start over.  You see there's a line
25  drawn between the cockpit of this aircraft, which is

Page 75

1  represented to be the ANA aircraft that you were the
2  pilot of, and the United aircraft flight 809.  You see
3  that line?
4     A.  Rather than the cockpit it looks like the
5  nose.
6     Q.  Well, the cockpit is very close to the nose,
7  isn't it?
8     A.  Yes.
9     Q.  If ANA's representation is correct that this
10  is the location for the first possible direct line of
11  sight from UA 809 to the nose of your aircraft, would
12  you agree with me that it would also be the first
13  possible direct line of sight from the nose of your
14  aircraft to the nose of the United aircraft?
15    A.  This is just a line.  Because of obstacles
16  such as that green airplane in the middle, I'm not sure
17  if it was the first time that it was possible to see the
18  other aircraft.
19    Q.  All right.  So that would apply both to United
20  and to ANA; correct?
21    A.  Yes.
22    Q.  Okay.  So in other words, if the United crew
23  is here in the cockpit looking to their right, the tail
24  of this parked green airplane that's in between the
25  United aircraft and your aircraft could be blocking

Page 76

1  United's view of your aircraft taxiing up along the
2  centerline; correct?
3     A.  Well, since that isn't me, I don't know.
4     Q.  Okay.  Well, looking at the photograph, does
5  it appear from the photograph as the line is drawn that
6  the crew of the United Airlines would be able to see
7  past the tail and see your aircraft in that drawing?
8     A.  I don't know.
9     Q.  Well, let me do this.  Let me do something
10  that this picture also shows.  Well, there's a line
11  drawn from the cockpit of the United aircraft to the --
12  or I should say from the tip of the United aircraft to
13  the tip of your aircraft.
14        It would be fair to say that you really can't
15  tell whether you or the United aircraft or either could
16  see each another at that point because this green
17  airplane is positioned at the gate in the middle between
18  you; correct?
19    A.  Right.
20    Q.  Let me ask you a different question.  If we
21  were to draw a line from the cockpit, which would be
22  approximately -- this is approximately the cockpit in
23  the ANA aircraft on this photograph true?  About where
24  my pen is.
25    A.  Yes.

Page 77

1     Q.  And this is the tail of the United aircraft;
2  correct?
3     A.  Yes.
4     Q.  And this is the wing structure from the United
5  aircraft; correct?
6     A.  Yes.
7     Q.  And this is the fuselage of the United
8  aircraft; correct?
9     A.  Yes.
10    Q.  And the vertical tail, there is a big fin that
11  goes up vertically here; correct?
12    A.  Yes.
13    Q.  Now, even if you and/or the United crew cannot
14  see each other in terms of the nose, if you are looking
15  from your right-hand seat at the United aircraft, you
16  would be able to see the tail and the wings of the
17  United aircraft; correct?
18    A.  I do not recall.
19    Q.  Well, I'm not asking you if you recall at the
20  moment.  Let's do this.  All right.  Let's draw
21  hypothetically a different line.  If you draw a line --
22  I don't want to cover that up.  Okay.  Let's say I draw
23  a line from the nose of the ANA aircraft to the United
24  aircraft.  Do you see that?
25        MR. TURNER:  Can I ask you, Mr. Torpey, have

20 (Pages 74 to 77)

Yusuke Nishiguchi

Page 78

1  you done that on the marked exhibit?
2       MR. TORPEY:  That is the marked exhibit,
3  correct.
4       MR. TURNER:  So let the record reflect that
5  Mr. Torpey has just drawn that line on the marked
6  Exhibit 10.
7       MR. TORPEY:  I think the video will reflect
8  that.
9       MR. TURNER:  I'd like the transcript to
10  reflect it.
11       MR. TORPEY:  Q.  You see the line that has
12  been drawn approximately from the center to the forward
13  wing position of the cockpit of the ANA aircraft?  Do
14  you see that?
15       A.  Yes.
16       Q.  Now, if you were seated in the right-hand seat
17  of this aircraft, you should be able to see the wings of
18  the United aircraft when your aircraft is at that
19  position?
20       A.  That is not so.
21       Q.  And why not?
22       A.  The line may be there, but the actual
23  situation would be different.
24       Q.  What do you mean the actually situation would
25  be different?

Page 79

1       A.  There could have been other obstacles.  On
2  this photograph it would seem that it is possible to
3  have that view along that black line, but, in fact,
4  there could have been other things.
5       Q.  Well, let's just assume that this photograph
6  produced by ANA accurately reflects the scene that
7  existed on October 7, 2003, when your aircraft was at
8  that position.  Do you understand me so far?
9       A.  Yes.
10       Q.  And I understand you don't remember the scene
11  that day, but if this photograph accurately represents
12  the situation as existed on October 7, 2003, when your
13  aircraft was at that position, then you would have had a
14  sight line from your aircraft to the forward wing
15  position of the United aircraft; correct?
16       A.  No.
17       Q.  Why would you not have had a sight line from
18  your cockpit to the forward wing position if this is an
19  accurate representation of the scene on October 7, 2003?
20       A.  This is an aerial photograph taken from above,
21  but on land the situation would be different.
22       Q.  How would it be different?
23       A.  I think it would be totally different.  The
24  view would be radically different.
25       Q.  So you're saying that this is not an accurate

Page 80

1  representation as -- strike that.
2       Do you believe that if your aircraft was at
3  the position that's reflected in this photograph and the
4  United aircraft was at the position that's reflected in
5  this photograph, do you believe that you could --
6  sitting in the right-hand seat of your aircraft, see the
7  tail of the United aircraft?
8       A.  I don't know.
9       Q.  Okay.  Fair enough.  Let me ask you -- let me
10  turn for a moment to something else.
11       With regard to -- I think we covered that.
12  With regard to -- hang on.  Excuse me.  Let me show you
13  one other exhibit I don't think we marked.
14       Now, during the taxi -- let's mark this.
15       (Whereupon, Exhibit 11 was marked for
16  identification.)
17       MR. TORPEY:  Q.  Before we get into that, do
18  you recall whether the United aircraft when you first
19  saw it while taxiing on October 7, 2003, was stopped or
20  was moving?
21       THE INTERPRETER:  Can you give me that
22  question, please.
23       (Record read by the reporter.)
24       THE WITNESS:  I do not recall at this time.
25       MR. TORPEY:  Q.  Now, do you remember, if you

Page 81

1  recall, the last time you looked at the United aircraft
2  prior to the impact, whether it was stopped or moving?
3       A.  It was moving.  But we are moving to, so it is
4  hard to tell.
5       Q.  But it was -- the United aircraft definitely
6  was moving; correct?
7       A.  As I just said, we are moving too, but it
8  looked like it was moving.
9       Q.  Did you ever -- strike that.
10       MR. TORPEY:  Could you read back my question
11  that he answered.  I just want to have that again.
12       (Record read by the reporter.)
13       MR. TORPEY:  Okay.  That's fine.
14       Q.  Let me ask you to look at Exhibit 11, which I
15  think you have in front of you; correct, sir?
16       A.  Yes.
17       Q.  Have you ever had a chance to read that
18  statement before.
19       A.  Yes.
20       Q.  When did you last read it?
21       A.  I do not recall.
22       Q.  Have you read it in the last couple of days
23  since you've been here or last day?
24       A.  I do not recall.
25       Q.  When was the last time you talked to

21 (Pages 78 to 81)

Yusuke Nishiguchi

Page 82

1    Mr. Yamaguchi?
2        A.  Yesterday.
3        Q.  And where was that at?
4        A.  At the Hilton Hotel.
5        Q.  Okay.  Were you staying at the same location
6    as he?
7        A.  Yes.
8        Q.  And what did you two discuss?
9        A.  I do not recall specifically.
10       Q.  All right.  Now, let's turn to the statement,
11   Exhibit 11.  Do you remember giving a statement and
12   having it typed out?
13       A.  I don't know if it was typed out.
14       Q.  Do you know who took this statement from you?
15       A.  I do not know the name, but it was someone
16   from the company.
17       Q.  From ANA?
18       A.  Or some governmental authority from the U.S.
19   I don't recall which.
20       Q.  When did you go back to Japan after this
21   October 7, 2003 incident?
22       A.  I think it was the day after or two days after
23   the incident.
24       Q.  Did someone have a tape recorder and take the
25   statement from you?

Page 83

1        A.  I have forgotten.
2        Q.  Now, if you look at the second page of
3    Exhibit 11, is that your signature?
4        A.  Yes, I think so.
5        Q.  Do you recall whether there was any prior
6    drafts that you reviewed before you signed that
7    statement?
8        A.  I have forgotten.
9        Q.  Do you know whether there were any other
10   statements that you were asked to sign or review in
11   addition to the one that you signed here and we marked
12   as Exhibit 11?
13       A.  I do not know.
14       Q.  With regard to this statement, which is dated
15   October 8, 2003, would it be fair to say that -- strike
16   that.
17            This statement, Exhibit 11, has a date of
18   October 8, 2003.  Do you see that?
19       A.  Yes.
20       Q.  And so this statement by you would have been
21   provided on or before -- strike that.
22            The statement would have been provided by you
23   either on October 7 or no later than October 8, 2003,
24   since it's dated October 8, 2003?  Is that a fair
25   statement?

Page 84

1        A.  Yes.
2        Q.  Let's look at that statement.  And if you look
3    at -- it says Dear Mr. Mckenny, and you look to the
4    second paragraph underneath That it says that you as the
5    first officer seated in right-hand seat, your duty was
6    pilot flying.  You see that?
7        A.  Yes.
8        Q.  And underneath that you see some time
9    references, 18:48, 18:55, 19:30.  Do you see that?
10       A.  Yes.
11       Q.  Do you know who provided those time references
12   for inclusion on this statement?
13       A.  I do not have a clear recollection, but it was
14   probably me.
15       Q.  Okay.  If it was you, do you know from what
16   information you would have gotten those times to provide
17   them?
18       A.  Well, with the clock out, the log starts, so I
19   can tell the time that way.
20            MR. TORPEY:  Give me again, that answer.
21            (Record read by the reporter.)
22            MR. TORPEY:  Q.  What are you referring to as
23   the clock and the log?
24       A.  I didn't say log.  The clock is the clock in
25   the aircraft.

Page 85

1        Q.  Is that the Hobbs?
2        A.  I don't know what you mean by that.
3        Q.  Describe for me what the clock is you're
4    referring to from which you got the information that is
5    on this exhibit.
6        A.  There is a clock that has a diameter of about
7    10 centimeters on the aircraft.
8        Q.  Well, what does that clock do?  Just tells you
9    the time of day, or does it tell you something about the
10   operation of the aircraft, or what does it do?
11       A.  It serves several functions.  It shows UTC in
12   the time sequence, it also works as a stopwatch.  It
13   also tells us the Japan time, and it also tells us the
14   day according to the western California.
15       Q.  What is 18:48?  What is that referring to?  Is
16   that Japan time?
17       A.  No.  I think it is UTC.
18       Q.  Do you know for sure, or are you guessing at
19   this point?
20       A.  I am sure.
21       Q.  Now, after the impact, how long was it that
22   you and the others were in the aircraft before it was
23   towed back and you deplaned?
24       A.  I do not remember.
25       Q.  Did you ever go back in the plane -- I should

22 (Pages 82 to 85)

Yusuke Nishiguchi

Page 86

1  say, when was the next time you went back into that
2  particular aircraft following this collision?
3      A.  I do not remember.
4      Q.  I take it you did not go back in the aircraft
5  before you went back to Japan following this collision?
6      A.  Maybe we had left our flight bags onboard, so
7  we might have returned to retrieve the bags.
8      Q.  But only for a few minutes to get the bags,
9  not to do anything else?
10     A.  I do not have a clear recollection.
11     Q.  When you say you do not have a clear
12 recollection, does that mean you have no recollection?
13     A.  I'm saying that I might have returned to
14 retrieve my bag, but that is not certain.
15     Q.  So when you use the term in this deposition
16 that you don't have a clear recollection, what you're
17 saying is you really don't know, you really would be
18 guessing; is that correct?
19         MR. TURNER:  Objection as to form.
20         THE WITNESS:  No.  That is not so.
21         MR. TORPEY:  Q.  Okay.  What do you mean by
22 you do not have a clear recollection?
23     A.  That is precisely what I mean.
24     Q.  Okay.  Well, I guess I'm not sure what you
25 mean.  Let's start over.

Page 87

1         What does it mean in your mind that you do not
2  have a clear recollection?
3      A.  It is just as I said.
4      Q.  When you don't have a clear recollection, is
5  that another way of saying you don't have an accurate
6  recollection?
7      A.  No.  That's different.
8      Q.  Okay.  Then how is it different?
9      A.  Whatever I recall accurately, I recall
10 accurately.
11     Q.  And if you don't recall it accurately, you
12 don't have a clear recollection?
13     A.  I think the meaning is a little different.
14     Q.  Well, did you fly or deadhead back after this
15 accident?
16         THE INTERPRETER:  Can I have that question.
17     (Record read by the reporter.)
18         THE INTERPRETER:  I don't understand the
19 question.
20         MR. TORPEY:  Q.  When you returned to Japan
21 after the October 7, 2003 incident, did you return as a
22 flying member of a crew, or were you a deadheading
23 passenger back?
24     A.  As a passenger.
25     Q.  During the time immediately after the

Page 88

1  collision and before you deplaned, was there discussion
2  between yourself and the other two pilots as to what
3  took place?
4      A.  You mean after the collision?
5      Q.  That's correct.  Before you deplaned.
6      A.  Yes.
7      Q.  Now, there's a cockpit voice recorder in your
8  aircraft; correct?
9      A.  Yes.
10     Q.  Referring to the one that was involved in the
11 collision?
12     A.  Yes.
13     Q.  In order to power it up, does it work off of
14 battery power or an APU?  Or what's the power source for
15 that?
16     A.  I'm not sure.
17     Q.  Let me ask you, did you go through any type
18 of -- after the accident, did you take any notes or --
19 you or the others in the cockpit -- were you writing
20 anything down before you deplaned?
21     A.  I don't think I did.
22     Q.  What were you doing from the time of the
23 impact until you were towed back and then deplaned.
24 What did you and the others do other than as you said
25 talked about what had happened?

Page 89

1      A.  I did various things.  For example, I did
2  tasks that I were assigned, and things that have to be
3  done to return to the terminal, so I did those things.
4      Q.  Tell me what those things are?
5      A.  I think Captain Yamaguchi was making an
6  announcement.
7      Q.  To the passengers?
8      A.  Yes.
9      Q.  And other than that, what else was done by you
10 or the others of the flight crew?
11     A.  I can't recall everything, but I think I was
12 making contact with the cabin attendant also.
13     Q.  Other than making the announcement, the
14 captain that is, and you contacting the flight
15 attendant, what about with regard to the aircraft and
16 its systems?  What did you do, if anything?
17     A.  I turned the AP in order to shut the engine
18 down.
19     Q.  What's the AP?
20     A.  APU.
21     Q.  Auxiliary power unit?
22     A.  Auxiliary power unit.
23     Q.  You turned that on and shut the engines off?
24     A.  I probably shut down one of the engines, and
25 then turned the APU on, and when it came on, I then

23 (Pages 86 to 89)

Yusuke Nishiguchi

Page 90

1    turned the other engine off.
2        Q.    Okay.  Do you remember which engine you shut
3    down first?
4        A.    Probably it was the right engine.
5        Q.    Were you following a checklist in doing your
6    shutdown procedures?
7        A.    There is no engine-shutdown checklist.
8        Q.    With regard to the cockpit voice recorder, do
9    you know if there is a tape or a CD or what is the
10   mechanism in the cockpit voice recorder that's used to
11   record the transmissions or the discussions?
12       A.    I do not know about that.  Clearly.
13       Q.    Let's go ahead and look at your statement,
14   which is Exhibit 11, unless you want to take a break.
15            MR. TURNER:  We have been going close to an
16   hour and a half.  It probably would be appropriate to
17   take a break.
18            MR. TORPEY:  You want to take a break?
19            MR. TURNER:  Yes.
20            THE VIDEOGRAPHER:  Going off the record.  The
21   time on the monitor is 3:28 p.m.
22            (Recess taken.)
23            THE VIDEOGRAPHER:  Coming back on the record.
24   The time on the monitor is 3:44.  Please begin.
25            MR. TORPEY:  Q.  Mr. Nishiguchi, the

Page 91

1    statement, Exhibit 11, if you would look at that again.
2        A.    Yes.
3        Q.    We had talked before the break about those
4    time references like 18:48, and that that was, you
5    believed, times that you personally provided to the
6    person taking the statement and that those times were
7    UTC times from the clock on the aircraft.  Is that a
8    correct characterization of your testimony?
9        A.    Yes.
10       Q.    Now, as you were taxiing before the impact,
11   you had no reason to write down -- look at the clock and
12   write down what time events were occurring, and in fact
13   you did not do that; correct?
14       A.    Ordinarily, I do write it down.
15       Q.    Okay.  Where would that information be written
16   down?
17       A.    There's a navigation log that we receive
18   through the dispatch, and that is where I would write it
19   down.
20       Q.    And that navigation log would have been a
21   document that you would have had with you on that
22   airplane on October 7 of 2003?
23       A.    I'm not sure it was me.  It was either
24   Mr. Yamaguchi or myself.
25       Q.    But either way it would have been written as

Page 92

1    you taxied prior to the impact in the navigation log;
2    correct?
3        A.    No.  What I recorded was the block-out time.
4        Q.    Was the what time?
5        A.    Blocked out time.
6        Q.    What does blocked out time mean?  Oh, I'm
7    sorry.  18:48 was the time that you were released from
8    the gate; is that correct?
9        A.    Yes.
10       Q.    Looked out means simply they removed the
11   chalks from the wheels; correct?
12       A.    Yes.
13       Q.    Now -- I'm sorry.  Go ahead.
14       A.    That is the time that the aircraft began to
15   move as it is towed by the towing car.
16       Q.    And you would have written that down in the
17   nava- -- you or Mr. Yamaguchi would have written that
18   down in the navigation log; correct?
19       A.    Yes.
20       Q.    Now, the next reference on Exhibit 11 is 1855.
21   You see that?
22       A.    Yes.
23       Q.    Would that be the point at which you started
24   the taxi?
25       A.    Yes.

Page 93

1        Q.    And you start the taxi when you are at the
2    engine-start line; correct?
3        A.    Yes.
4        Q.    And the final time on the statement 19:30 is
5    when you were towed back and actually back at the gate
6    in the chalks or the blocks?
7        A.    Yes.
8        Q.    Now, if you look at 18:55, do you see that?
9        A.    Yes.
10       Q.    It says started taxi then contacted ground
11   with 121.8.  And then it goes on to give a number of
12   subparts, clearance, talks about during the taxi
13   something happened, approaching spot 10.  In fact, there
14   are one, two, three, four, five lines under the time
15   reference of 18:55 where you started to taxi.
16            Do you see that?
17       A.    Yes.
18       Q.    The time that you did each of those subparts,
19   the time after 18:55, that you do not know; correct?
20       A.    Right.
21       Q.    Let's talk about the subparts under 18:55.  At
22   least with regard to the first one, it says here,
23   started taxi, then contacted ground with 121.8.  That
24   would have been a different frequency than the frequency
25   that is used to communicate with ramp control; is that

24 (Pages 90 to 93)

Yusuke Nishiguchi

Page 94

1  correct?
2      A.  Yes.
3      Q.  If you go to the next one it says clearance
4  was, and then in a bracket it says, taxi to RWY28L.  Do
5  you see that discussion?
6      A.  Yes.
7      Q.  Do you know why that information, some of it
8  is in a bracket?
9      A.  I think I was so instructed, so I wrote it
10  this way.
11      Q.  Do you know why you were instructed to write
12  it that way?
13      A.  I believe that the portion in the brackets is
14  a quote from the ground.
15      Q.  Oh, okay.  Understood.  So if looking at your
16  statement, Exhibit 11, anything that's in brackets you
17  believe to be a quote from a source other than yourself;
18  is that correct?
19      A.  Yes.  It is a direct quote from the source.
20      Q.  Now, the parts that are not in brackets, that
21  would be the information taken from you; correct?
22      A.  No.  This is an English translation of my
23  statements.
24      Q.  I understand that.  But the language that's
25  not in brackets would have been provided by you, albeit

Page 95

1  in the Japanese language, and then translated into
2  English, and now appearing on Exhibit 11; is that
3  correct?  Let me rephrase it.
4      I guess another way to put it is, would it be
5  fair to say that anything on Exhibit 11 under the time
6  reference 18:48 or 18:55 that is not in brackets, would
7  have been information taken from you, in other words,
8  they're your words translated from Japanese to English?
9      A.  Yes.
10      Q.  Let's look under 18:55 where it says here
11  during the taxi I continually -- I continuously
12  maneuvered the nose gear on the yellow line except for
13  the very last part.
14      And then the next line says, approaching
15  spot 10, I saw a UAL B777 starting pushout then slowed
16  taxi speed and at the same time deviated to left side of
17  the yellow line for additional clearance to the UAL B77?
18      A.  Yes.
19      Q.  You say then slowed taxi speed.  You're
20  referring to your aircraft, the ANA aircraft; correct?
21      A.  Yes.
22      Q.  And at the same time deviated to the left side
23  of the yellow line for additional clearance to the UAL
24  B777.  Again the deviation to the left you're referring
25  to is a deviation to the left of your aircraft, you

Page 96

1  performed a deviation to the left of center; correct?
2      A.  No.
3      Q.  What are you referring to when you say
4  deviated to the left side of the line for additional
5  clearance to the UAL B777?
6      A.  Since I saw the UAL B777 to the right, I
7  deviated to the left side of the yellow line a little.
8      Q.  Okay.  And what was the reason that you
9  deviated -- strike that.
10      Was the reason that you slowed and deviated to
11  the left of the yellow centerline -- strike that.
12      You say that you slowed and deviated to the
13  left of the yellow line for additional clearance.  What
14  did you mean by additional clearance?
15      MR. TURNER:  Objection as to form and
16  foundation.
17      THE WITNESS:  I'm talking about the clearance
18  or space between the UA aircraft.
19      MR. TORPEY:  Q.  The space between your
20  aircraft and the United aircraft, is that what you're
21  talking about when you said you deviated from the yellow
22  line for additional clearance?
23      A.  The yellow line means centerline of the
24  taxiway, and clearance refers to the space between the
25  two.

Page 97

1      Q.  Clearance refers to the space between the
2  centerline on the taxiway and the United aircraft?  Is
3  that what you're saying?
4      A.  I don't understand.
5      Q.  By deviating, in other words, turning your
6  aircraft to the left of the centerline, by doing that,
7  you were attempting to create a greater space or
8  clearance, as you call it, between your aircraft and the
9  United aircraft; true statement?
10      A.  The clearance means that, but I didn't turn to
11  the left.
12      Q.  You inputted a heading change to the left of
13  the centerline; correct?
14      A.  No.
15      Q.  Now, did you maneuver -- what did you do to
16  deviate -- strike that.
17      What did you do in terms of your piloting the
18  aircraft to direct it to go, as you recall it, deviate
19  to the left side of the yellow line.  What did you do?
20      A.  Without any big input, the aircraft can
21  deviate a little to the left.
22      Q.  Sir, as the flying pilot that day, what
23  control inputs did you impart on that aircraft to make
24  the heading change to deviate to the left of the yellow
25  line?

25 (Pages 94 to 97)

Yusuke Nishiguchi

Page 98

1   A.  I do not have a clear recollection.
2   Q.  Do you have any recollection?
3   A.  Even if one follows the centerline, the
4   aircraft can deviate several centimeters to the left.
5   And so it was that degree. The nose gear is about 5
6   meters below me, so I just have a sense of being -- of
7   trying to go along the centerline, but one doesn't know
8   specifically.
9   Q.  Could you hand me that exhibit, please.
10  Mr. Nishiguchi, let me ask you once again.
11  A.  Yes.
12  Q.  If you look at your statement, it says here
13  you deviated to the left side of the yellow line for
14  additional clearance to the UAL 777, and it says that
15  you did that as you slowed the taxi speed, or at the
16  same time that you slowed; correct?
17      MR. TURNER:  Objection is to form and
18  foundation.
19      MR. TORPEY:  Let me rephrase. I'll restate
20  it.
21  Q.  It says in your statement here that as you
22  approach spot 10, you saw the United aircraft start to
23  push out. You stated earlier that you slowed taxi
24  speed, being your aircraft, and in your statement you
25  say at the same time you deviated to the left side of

Page 99

1   the yellow line for additional clearance to the UAL
2   Boeing 777.
3       Is that still a true statement, sir?
4   A.  This is what I said at that point in time.
5   Q.  And at that point in time, that was at most a
6   day after the accident; correct?
7   A.  I'm not sure.
8   Q.  Well, you're not sure. But the accident
9   happened on October 7, and this statement is dated
10  October 8, isn't it, Mr. Nishiguchi?
11  A.  Yes.
12  Q.  Would it be fair to say that since today is
13  November 28, 2007, and since this accident happened on
14  October 7, 2003, that your recollection would certainly
15  have been better on October 8 of 2003 than it is today.
16  Fair statement, sir?
17  A.  Yes.
18  Q.  Now, in your statement, which you signed, you
19  understand that this was a statement that was provided
20  to the National Transportation Safety Board, that's the
21  U.S. government investigation arm that investigated this
22  collision at San Francisco Airport.
23      You understood that; right?
24  A.  Yes.
25  Q.  And in that statement that you signed and

Page 100

1   provided to the NTSB, you say that you slowed taxi speed
2   and at the same time deviated to the left side of the
3   yellow line for additional clearance to the UAL Boeing
4   777.
5       What was your reason for slowing and at the
6   same time deviating to the left for additional
7   clearance? What was the reason you felt you needed to
8   do that?
9   A.  Well, there was an aircraft that was pushing
10  back from nowhere. I saw this aircraft, so I
11  reflexively, should I say, deviated to the left of the
12  centerline. I felt that by applying the brakes I could
13  see better.
14      MR. TORPEY:  Was the word reflexively?
15      THE INTERPRETER:  Uh-huh.
16      MR. TORPEY:  Q.  Mr. Nishiguchi, as the flying
17  pilot of the aircraft that day --
18      THE INTERPRETER:  Excuse me. Reflex action.
19  As a reflex action may be better.
20      MR. TORPEY:  Q.  Could you restate the answer
21  then using the correct terminology, please.
22      THE INTERPRETER:  Yes.
23      THE WITNESS:  Well, I saw another aircraft
24  pushing back from nowhere to the right. I saw this
25  aircraft, and so as a reflex action, I deviated to the

Page 101

1   left to the centerline -- to the left of the centerline.
2   I thought that if I applied the brakes, I would be able
3   to see better.
4       MR. TORPEY:  Q.  Was there a discussion within
5   the cockpit before you slowed and deviated to the left
6   about your doing that, in other words, before you did
7   it, was there a discussion about doing that?
8   A.  I do not recall.
9   Q.  You don't recall one way or the other?
10  A.  I do not recall whether or not there was a
11  discussion.
12  Q.  Would you agree with me, if there was a
13  discussion, that your decision was not a reflex action
14  but an intentional decision to slow and turn -- slow and
15  deviate to the left?
16      MR. TURNER:  Objection as to form and
17  foundation.
18      MR. TORPEY:  Let me just restate the question
19  in light of the objection.
20  Q.  Mr. Nishiguchi, if it's shown in this case
21  that there was, in fact -- was, in fact, discussion
22  within the cockpit before you slowed and deviated to the
23  left, discussion about your doing that, would you agree
24  with me that it was not a reflexive action but rather a
25  conscious decision by you to slow and deviate to the

26 (Pages 98 to 101)

Yusuke Nishiguchi

Page 102

1  left?
2          MR. TURNER:  Objection as to form and
3  foundation.
4          THE WITNESS:  That was a long question, and I
5  don't understand it.
6          MR. TORPEY:  Q.  What did you mean by a
7  reflexive action when you testified earlier?
8      A.  Rather than a reflex action, I would say it is
9  a commonsensical action.  The object is to the right, so
10  no one would go to the right.
11      Q.  And the reason, if we get back to this
12  statement, the areas -- back up.
13          You had 155 passengers on your aircraft on
14  October 7 of 2003; correct, sir?
15      A.  I do not know what the number was.  I have
16  forgotten.
17      Q.  You had passengers on your aircraft when you
18  taxied on October 7 of 2003; correct, sir?
19      A.  Yes.
20      Q.  And you have crew members including yourself
21  obviously; correct?
22      A.  Yes.
23      Q.  And you were departing for a long flight to
24  Japan; correct?
25      A.  Yes.

Page 103

1      Q.  And you were fully loaded with jet fuel;
2  correct?
3      A.  No.
4      Q.  You did not take on fuel to fly over the ocean
5  from San Francisco to Japan?
6          MR. TURNER:  Objection as to form and
7  foundation.
8          THE WITNESS:  It wasn't fully loaded.
9          MR. TORPEY:  Q.  You had sufficient jet fuel
10  on your aircraft in order to fly from San Francisco to
11  Japan; correct, sir?
12      A.  Naturally there was fuel, but it wasn't a full
13  tank.
14      Q.  Jet fuel is very flammable or an explosion
15  hazard; correct?
16      A.  Fuel is flammable, but I don't know if it was
17  explosive.
18      Q.  As a pilot for ANA, do you believe a safety
19  hazard would exist to passengers if there was fuel
20  spilling out of an aircraft as the aircraft was taxiing.
21  Could that pose a safety hazard to passengers and the
22  aircraft?
23          MR. TURNER:  Objection to form and foundation
24  and an incomplete hypothetical.
25          THE WITNESS:  Are you saying that the fuel

Page 104

1  spilled out?
2          MR. TORPEY:  Q.  That wasn't my question.
3          Mr. Nishiguchi, as the flying pilot of the ANA
4  aircraft on October 7 of 2003, with fuel on that
5  aircraft and passengers and crew on that aircraft, isn't
6  it true, sir, that when you saw the United aircraft, the
7  reason you say in your statement to the NTSB that you
8  slowed and at the same time deviated to the left for
9  additional clearance, was because you perceived there
10  was a potential collision hazard with that United
11  aircraft?
12          Isn't that a true statement?
13          MR. TURNER:  Objection as to form and
14  foundation.
15          THE WITNESS:  No.  That situation happens
16  frequently, so I did not state that I made that move for
17  that particular purpose.  I did not have a perception of
18  a collision.  I did not think that there was a
19  possibility of collision.  I was talking about a
20  situation that is quite ordinary.
21          MR. TORPEY:  Q.  Now, Exhibit 11, when you
22  signed that, was that a true and accurate statement as
23  written?
24      A.  Yes, I believe so.
25          MR. TORPEY:  Let's take a five-minute break.

Page 105

1          THE VIDEOGRAPHER:  Going off the record.  The
2  time on the monitor is 4:28 p.m.
3          (Recess taken.)
4          THE VIDEOGRAPHER:  Coming back on the record.
5  The time on the monitor is 4:37.
6          MR. TORPEY:  Marshall, do you have additional
7  documents you're producing in response to our deposition
8  notice today?
9          MR. TURNER:  This witness brought with him his
10  certificates.  Here's a copy.  And I have redacted
11  training records.  Is there an agreement that these
12  documents will be subject to the confidentiality order
13  in the form directed by Judge LaPorte.
14          MR. TORPEY:  As I've said many times before, I
15  have no problem with that.
16          MR. TURNER:  I'd like to see it at some
17  time --
18          MR. TORPEY:  I can provide it, if you want --
19  if you have more time and you want to take a crack at
20  it, you can send it to me.  You can --
21          MR. TURNER:  The judge didn't order me to; she
22  ordered you to.
23          MR. TORPEY:  She didn't have a deadline, so we
24  can discuss that.
25          MR. TURNER:  You can wait forever if you want.

27 (Pages 102 to 105)

Yusuke Nishiguchi

Page 106

1    MR. TORPEY: Let's see what else you have.
2    MR. TURNER: These are the training records,
3  two pages, last column and second from last column are
4  blacked out, redacted.
5    Just ask the witness, is this his employee
6  number on the upper right-hand corner?
7    THE WITNESS: Yes.
8    MR. TORPEY: Can you tell us what's
9  rediscussed and why you redacted it?
10    MR. TURNER: Those contain comments, personal
11  information, and we consider that to be confidential and
12  subject to the Japan act for the protection of personal
13  information. And as mentioned by Mr. Yamaguchi
14  yesterday, we have obtained a copy of the modification
15  to, I think his term was, a document in the routing
16  manual after the accident, which I do not think is
17  admissible, but it is possibly discoverable.
18    So this is one page dated on the upper
19  left-hand corner 17 October '03, airport briefing,
20  San Francisco, California.
21    MR. TORPEY: So let me get this straight.
22  You're giving us today one page of the routing manual
23  that was asked for previously?
24    MR. TURNER: I don't recall the routing manual
25  ever being asked for.

Page 107

1    MR. TORPEY: I see. So the document you're
2  giving me is one page from the routing manual?
3    MR. TURNER: That's what Mr. Yamaguchi
4  yesterday described as the document in the routing
5  manual.
6    MR. TORPEY: For the record, that one says at
7  the top, Airport Briefing 1, dated 17 October of '03.
8    Do you have any other documents you're
9  producing today?
10    MR. TURNER: No.
11    MR. TORPEY: Let me mark -- I don't have a
12  copy of that. Apparently you have some documents that
13  you redacted. I don't have a copy of that.
14    Let me mark all the documents that were just
15  produced as Exhibit 12.
16    (Whereupon, Exhibit 12 was marked for
17    identification.)
18    MR. TURNER: May I see it, please.
19    MR. TORPEY: Q. Mr. Nishiguchi, let me show
20  you what was marked as Exhibit 12, which is all the
21  documents that your counsel handed to me that he was
22  producing today in response to the deposition notice.
23    And can you tell me what these documents
24  consist of.
25    A. The first one is the airline transport pilot

Page 108

1  certificate. And next certification number is written.
2    Q. Just tell me the nature of the documents. I
3  don't need you to go through all the information in
4  them.
5    A. The next is a document called ratings and
6  limitations. And the other side of that card is the
7  next page.
8    And this next copy is a copy of the aviation
9  English language proficiency certification, and the next
10  page is a copy of the aviation medical examination
11  certificate. And a copy of the other side.
12    And the next page is a copy of my aviation
13  radio communication license. And the next page is my --
14  is the page giving the scores of my various
15  examinations, and the next page is a continuation of
16  that. And typically there is the airport briefing of
17  San Francisco Airport.
18    Q. The airport briefing document that you just
19  mentioned, is that part of the routing manual?
20    A. Yes.
21    Q. And is that a manual that would have been on
22  the 777 aircraft on October 7 of 2003?
23    A. I do not have a clear recollection. This
24  could have changed.
25    Q. Would there have been a routing manual -- if

Page 109

1  that page didn't come from the one that was on the
2  aircraft on October 7 of 2003, would there have been a
3  routing manual on the aircraft on that date?
4    A. I had the most recent and the to-date
5  effective manual at that time.
6    Q. The question though, sir, is, was there a
7  routing manual on your aircraft on the day of this
8  accident?
9    A. The three people who had route manuals were
10  onboard, so as a result it would mean that the route
11  manuals were onboard.
12    Q. The information that's blacked out, what kind
13  of information is that, do you know?
14    A. I do not know. And at the top it is written
15  overall findings, and that's about me.
16    Q. Did anyone ask you whether you agreed to
17  release that information to us?
18    A. No.
19    Q. And do you have any problem with us getting
20  copies of those documents without all the lines blacked
21  out?
22    A. It's okay with me, but there is the company,
23  the judgment that has to be considered.
24    Q. Okay. Let me ask you, earlier in the
25  deposition you indicated that after you -- strike that.

28 (Pages 106 to 109)

Yusuke Nishiguchi

Page 110

1    You indicated that you made the deviation to
2  the left to attempt to see better. Were you, in fact,
3  able to see better after deviating to the left?
4    A.  Perhaps I did not say it the correct way. I
5  didn't deviate or veer to the left to see better. I did
6  so --
7    THE INTERPRETER:  The interpreter will
8  restate.
9    THE WITNESS:  Perhaps I did not express myself
10  well. I did not deviate or veer to the left to see
11  better. I applied the brakes in order to see better.
12    MR. TORPEY:  Q.  And after you applied the
13  brakes, were you able to see better?
14    A.  Yes.
15    Q.  What is it that you were able to see better?
16  Would that have been the United aircraft?
17    A.  By lowering speed, I was able to see the
18  United aircraft better and I was able to improve
19  visibility, improve the ability to see all things that
20  were visible or in my visibility.
21    Q.  Have you ever heard of the term wing growth?
22    THE INTERPRETER:  Wing growth?
23    THE REPORTER:  Wing growth.
24    THE WITNESS:  No.
25    MR. TORPEY:  Q.  If you input -- have you ever

Page 111

1  applied brake pressure to initiate a heading change
2  while taxiing on the ground?
3    A.  Are you inquiring if the heading was changed
4  based on braking?
5    Q.  My question to you, sir, is as a pilot, have
6  you ever in being a flying pilot on a 777 inputted a
7  heading change -- strike that. Let me start over.
8    Have you ever inputted a heading change on a
9  777 aircraft by applying brake pressure?
10    A.  Yes.
11    Q.  And in order -- say you were taxiing along a
12  yellow centerline and you wanted to make a heading
13  change from say 060 degrees to 055. Would you apply
14  left or right brake pressure to do that?
15    A.  I'd like those numbers again.
16    THE INTERPRETER:  The interpreter will say it
17  in Japanese.
18    MR. TORPEY:  Q.  060 to 055.
19    A.  I would apply both.
20    Q.  You would apply left and right?
21    A.  Yes.
22    Q.  Would you do anything else?
23    A.  No. I wouldn't do anything in particular. I
24  don't know if I have ever changed as much as 5 degrees
25  based on brake pressure alone.

Page 112

1    Q.  Well, that's why I asked you if you would do
2  anything else, sir. If you pushed both brakes, then
3  you're not going to change heading, you're going to
4  stop, right, or slow?
5    A.  It depends on the pressure applied to the
6  brakes -- it depends on the brake pressure.
7    Q.  If you were to apply left brake pressure and
8  no brake pressure to the right, can you impart a heading
9  change from 060 to 055 on a 777 aircraft?
10    A.  I'm not sure.
11    Q.  Let's say you could -- strike that.
12    When you make a heading change while taxiing
13  on the ground, a heading change from 060 to 055, do you
14  know what the direction of movement of the right-hand
15  wing would be during that time frame?
16    A.  Would it not move 5 degrees to the left?
17    Q.  Well, I'm asking you the question, sir. The
18  question is, do you know even today what the movement of
19  the right-hand wing of a 777 aircraft would be when you
20  impart a heading change from 060 to 055? If you don't
21  know, just tell me.
22    A.  I know it will resolve 5 degrees to the left.
23    Q.  So in other words, when you say 5 degrees to
24  the left -- would another way to put it be that it
25  translates radially?

Page 113

1    A.  I'm going to show with my hand movement.
2  Let's say this is the left wing, when the nose goes
3  left, the left wing will move 5 degrees.
4    Q.  In other words, it goes -- let me see if we
5  can do this.
6    I admit I'm not an artist. Okay. In a
7  situation -- let me do this.
8    THE VIDEOGRAPHER:  Three minutes to tape
9  change, Counsel.
10    MR. TORPEY:  Why don't you change it. It
11  would probably be a good idea.
12    THE VIDEOGRAPHER:  This concludes Videotape 3
13  in the deposition of Yusuke Nishiguchi. Going off the
14  record. The time is 5:03.
15    (Discussion off the record.)
16    THE VIDEOGRAPHER:  Here begins Videotape 4 of
17  the deposition of Yusuke Nishiguchi. Coming back on the
18  record. The time is 5:04 p.m. Please begin.
19    MR. TORPEY:  Q.  Sir, looking at this drawing,
20  can you tell me which direction this right wing will
21  move when you apply left brake pressure to impart a
22  heading change on a 777 aircraft from 060 degrees to
23  055 degrees? Show me which direction this right wing
24  moves.
25    A.  It would move upward by 5 degrees.

29 (Pages 110 to 113)

Yusuke Nishiguchi

Page 114

1    Q.   So in other words, it goes this way; correct?
2    A.   No.  It would go diagonally upwards --
3    Q.   No problem.  Let me do this.
4    A.   There's an axis in the middle.
5    Q.   We'll draw that.  Why don't I hand this to you
6    and draw what you believe to be the direction of
7    movement.
8        MR. TORPEY:  Do you have another colored pen?
9        While he's doing that, why don't we mark that.
10       (Whereupon, Exhibit 13 was marked for
11       identification.)
12       MR. TORPEY:  Q.  Let me show you what we
13   marked Exhibit 13.  Please draw on here the movement of
14   the right wing we've been discussing, and you can use
15   the red pen to do that, please.  Do it on the drawing.
16   Actually, do it on the right wing.  Show it.
17       A.   I drew a magnified version, so the degree
18   there would be about 30 degrees, but the actual movement
19   degree would be one-sixth of that.
20       Q.   But the direction would be as indicated on
21   Exhibit 13; correct?
22       A.   Yes.
23       MR. TORPEY:  Thank you very much, sir.  I
24   don't have any other questions.
25       And I say I don't have any other questions,

Page 115

1    but we reserve the right to continue this deposition
2    once the court rules on the issue of the nonproduced
3    documents and documents that were produced.
4        THE VIDEOGRAPHER:  Should we go off the
5    record.  This concludes Videotape 4 in the deposition of
6    Yusuke Nishiguchi.  Going off the record.  The time on
7    the monitor is 5:08 p.m.
8        (Whereupon, the deposition adjourned at
9        5:08 p.m.)
10       --oOo--
11       I declare under penalty of perjury that the
12   foregoing is true and correct.  Subscribed at
13   _____, California, this _____ day
14   of _____, 2007.
15
16
17       _____
18            YUSUKE NISHIGUCHI
19
20
21
22
23
24
25

Page 116

1         CERTIFICATE OF REPORTER
2         I, BRANDON D. COMBS, a Certified Shorthand
3    Reporter, hereby certify that the witness in the
4    foregoing deposition was by me duly sworn to tell the
5    truth, the whole truth, and nothing but the truth in the
6    within-entitled cause;
7         That said deposition was taken in shorthand by
8    me, a disinterested person, at the time and place
9    therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12        That before completion of the deposition,
13   review of the transcript was not requested.  If
14   requested, any changes made by the deponent (and
15   provided to the reporter) during the period allowed are
16   appended hereto.
17        I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22        DATED: November 29, 2007.
23
24       _____
25            BRANDON D. COMBS, CSR 12978

30 (Pages 114 to 116)