# EXHIBIT L



**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MICHIGAN 48034-8214

PHONE   248.351.3000
FAX     248.351.3082

**FAX TRANSMITTAL**

Urgent: _____
Fax only:   X
Original Sent by U.S. Mail: _____
Original Sent Overnight: _____

Today's Date:   7/17/2007

Send By This Time:   ASAP

| Name | fax # | Phone# |
|------|-------|--------|
| **To:** Marshall Turner | 212-370-4453 | |

| | | |
|---|---|---|
| **From:** Scott R. Torpey | **Return To:** Phyllis L. Nelson | |

No. of Pages including Transmittal Sheet: 2

Message:

CONDON & FORSYTH LLP
JUL 1 7 2007
RECEIVED

---

*InterOffice Use Only*

*Client/Matter*

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

*Sent by:* _____

*Special Handling Instructions:*
*Other:*

☐ *Call Before Sending:* _____

The information contained in this facsimile message is privileged or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is neither allowed nor intended. If you have received this communication in error, please immediately notify us by telephone at the above number, and return the original message to us at the above address via the U.S. Postal Service.
**If there are any problems with this fax, please call Office Services at 248.727.1540.**

ANN ARBOR  •  BIRMINGHAM  •  DETROIT  •  SOUTHFIELD



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Scott R. Torpey*
Direct: 248.727.1461
storpey@jaffelaw.com

*Admitted to Practice Law:
California, Illinois, Michigan,
New York, Ohio, & Washington DC*

July 17, 2007

**By Fax: 212-370-4453**
Marshall Turner
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, NY 10036

Re:     All Nippon Airlines

Dear Marshall:

Pursuant to N.D. Local Rule 30-1, please provide me with all available dates during the month of September 2007 for the video deposition of ANA pilots Teruo Usui, Bishin Yamaguchi, and Yusuke Nishiguchi. The depositions would take place at a location in San Francisco. I will provide an interpreter and because of the need to use an interpreter, I anticipate a full day for each of the three deponents. Since I am already filling up dates on other matters in September, I would appreciate getting potential dates for the ANA pilots' depositions by the end of this week or at least a response from you as to when I can expect potential dates.

Thank you for your anticipated cooperation.

Very truly yours,

Jaffe, Raitt, Heuer & Weiss
Professional Corporation

Scott R. Torpey

SRT/pln
c:     Frank Silane              Jeff Worthe              Steve Fus
       Rod Margo                 Walt Kopas               Thomas Campuzano
       Scott Cunningham

ANN ARBOR • BIRMINGHAM • DETROIT • PORT HURON • SOUTHFIELD

1414992.01