# EXHIBIT O

007 16:21 FAX 2483513082      JAFFE, RAITT                                @001/000

# Jaffe

**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MICHIGAN 48034-8214

PHONE  248.351.3000
FAX    248.351.3082

**FAX TRANSMITTAL**

Urgent: ____
Fax only: __X__
Original Sent by U.S. Mail: ____
Original Sent Overnight: ____

Send By This Time: ASAP

Today's Date: 9/12/07

| Name | fax # | Phone# |
|---|---|---|
| To: Marshall Turner | 212-370-4453 | |

From: Scott R. Torpey         Return To: Phyllis L. Nelson

No. of Pages including Transmittal Sheet: 8

Message:

CONDON & FORSYTH LLP
SEP 1 2 2007
RECEIVED

---

*InterOffice Use Only*

**Client/Matter**
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                  Sent by: _____

**Special Handling Instructions:**      ☐ Call Before Sending: _____
**Other:**

---

The information contained in this facsimile message is privileged or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is neither allowed nor intended. If you have received this communication in error, please immediately notify us by telephone at the above number, and return the original message to us at the above address via the U.S. Postal Service.
If there are any problems with this fax, please call Office Services at 248.727.1540.

ANN ARBOR • BIRMINGHAM • DETROIT • SOUTHFIELD

1415098.01

Received  Sep-12-07  04:11pm    From-2483513082         To-CONDON & FORSYTH LLP    Page 001



**Jaffe**
JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Scott R. Torpey*
Direct: 248.727.1461
storpey@jaffelaw.com

*Admitted to Practice Law:
California, Illinois, Michigan,
New York, Ohio, & Washington DC

September 12, 2007

By Fax: 212-370-4453 and Email
Marshall Turner
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, NY 10036

Re: All Nippon Airlines

Dear Marshall:

Enclosed is an amended deposition notice for the 3 ANA pilots and the PMK regarding the Ground Handling Agreement. If you cannot produce one or more of the designated witnesses on the dates scheduled, upon receipt of this letter, please advise as to who cannot be produced and provide me alternative dates for those witnesses.

With regard to the depositions of the United employees you wish to depose, I have requested dates and will provide those to you shortly. I have noticed the depositions for your Los Angeles office, but have no problem with taking the depositions in San Francisco if that is more convenient.

Thank you for your anticipated cooperation.

Very truly yours,

Jaffe, Raitt, Heuer & Weiss
Professional Corporation

Scott R. Torpey

SRT/pln
c:  Frank Silane (*by email*)          Jeff Worthe (*by email*)
    Rod Margo (*by email*)             Walt Kopas (*by email*)
    Scott Cunningham (*by email*)

ANN ARBOR • BIRMINGHAM • DETROIT • PORT HURON • SOUTHFIELD

1436959.01