# EXHIBIT P

## CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6750
Direct Fax: (212) 370-4453
mturner@condonlaw.com

November 7, 2007

*VIA EMAIL*
*Confirmation Copy to Follow Via U.S. Mail*

Jeffrey A. Worthe, Esquire
Worthe, Hanson & Worthe
The Xerox Centre
1851 East First Street, Ninth Floor
Santa Ana, CA 92705

Scott R. Torpey, Esq.
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214

Re: All Nippon Airways Company, Ltd. v. United Air Lines, Inc.
United States District Court for the Northern District of California
Case No. C 07 3422 EDL
C & F Ref.: MST/05901

Dear Gentlemen:

I am writing to confirm that, pursuant to your request, all three ANA flight crew members will be available in San Francisco for depositions on November 27, 28 and 29, respectively.

I also confirm that, pursuant to the email from Scott dated Tuesday, October 30, 2007, the depositions of Mr. Hernandez and Mr. Loh will proceed as noticed on December 12 and December 13, 2007 respectively in San Francisco.

Sincerely yours,

Marshall S. Turner

MST/hlj
cc: Frank Silane, Esq.
    Scott Cunningham, Esq.
    Timothy H. Eskridge, Esq.