# EXHIBIT T



KSFO/SFO  JEPP  SAN FRANCISCO, CALIF
26 SEP 03  (10-9A)  SAN FRANCISCO INTL

## TAKE-OFF & OBSTACLE DEPARTURE PROCEDURE

### Rwys 10L/R

| | RCLM 3 RVR | RCLM 2 RVR | RVR 10 | HIRL and CL | HIRL or CL | RVR 16 or ¼ | HIRL & CL out | RVR 20 or ⅜ | RVR 24 or ½ | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| D | 7 | | | | | | | | | 800-2 |

### Rwys 28L/R
With Min climb of 270'/NM to 1000'

| RCLM 3 RVR | RCLM 2 RVR | RVR 10 | HIRL and CL | HIRL or CL | RVR 16 or ¼ | HIRL & CL out | RVR 20 or ⅜ | RVR 24 or ½ |
|---|---|---|---|---|---|---|---|---|
| 7 | | | | | | | | |

### Rwy 1R

| | HIRL and CL | | RVR 16 or ¼ | HIRL or CL | RVR 20 or ⅜ | HIRL & CL out | RVR 24 or ½ |
|---|---|---|---|---|---|---|---|
| D | RCLM 2 RVR | RVR 10 | ¼ | | | | |

### Rwy 1L
With Min climb of 500'/NM to 2500'

| | HIRL | HIRL out | Other |
|---|---|---|---|
| D | ¼ | ½ | 2000-2 |

### Rwy 19R
With Min climb of 520'/NM to 2300'

| | HIRL and CL | | RVR 16 or ¼ | HIRL or CL | RVR 20 or ⅜ | HIRL & CL out | RVR 24 or ½ | Other |
|---|---|---|---|---|---|---|---|---|
| D | RCLM 3 RVR | RVR 10 | ¼ | | | | | 2000-2 |

### Rwy 19L

### OBSTACLE DP
Runways 1L/R, 28L/R climb runway heading to 2000', then all aircraft continue climb on course.
Runways 10L/R, 19L/R climbing left turn via heading 050° and SFO VOR R-090, then all aircraft continue climb on course.

### FOR FILING AS ALTERNATE

| | ILS Rwy 19L  ILS Rwy 28R  LOC Rwy 28L | ILS Rwy 19R  LOC Rwy 19L  LOC Rwy 28R | VOR Rwy 19L | VOR-B |
|---|---|---|---|---|
| D | 1300-3 | 1300-3 | | |

### FOR FILING AS ETOPS Suitable Alternate

| | ILS 28L/R | VOR 19L | Circling |
|---|---|---|---|
| D | ❶ 400-1½ | ❶ 400-1 | 800-2 | 1700-4 |

❶ 600-2 should be applied whenever the ILS approach for either RWY or the other is not available.

© JEPPESEN SANDERSON, INC., 1998, 2003. ALL RIGHTS RESERVED.

---

## GENERAL
Birds in vicinity of airport.
Low-level wind shear alert system.
No grooving exists at airport rwy intersections.

### ADDITIONAL RUNWAY INFORMATION

| RWY | | USABLE LENGTHS — LANDING BEYOND | | | WIDTH |
|---|---|---|---|---|---|
| | | Threshold | Glide Slope | TAKE-OFF | |
| 1L | HIRL CL REIL | | | | |
| | ❶HIRL CL SSALS TDZ ❷PAPI-L ❶grooved RVR  ❷grooved RVR | 8410' 2564m | 7501' 2286m | | 200' 61m |
| | ❶Full length except area between Rwy 28L and 28R. | | | | |
| | ❷Angle 3.0°. | | | | |
| 1R | HIRL CL REIL  grooved | 7009' 2134m | | | |
| | HIRL CL PAPI-L  grooved | | | | 200' 61m |
| | ❷Angle 3.0°. | | | | |
| 10R | HIRL CL VASI (3 bar)-L  grooved RVR | | | | |
| | HIRL CL SSALR ❷PAPI-L  grooved RVR | | | 9510' 2899m | 200' 61m |
| | ❷Angle 3.0°. | | | | |
| 10L | HIRL CL REIL ❷PAPI-L  grooved RVR | | | | |
| | 28R HIRL CL ALSF-II TDZ ❷PAPI-L  grooved RVR | | | 10,779' 3285m | 200' 61m |
| | ❷Angle 3.0°. | | | | |

CHANGES: See other side.

ANA001068



ANA001069



KSFO/SFO — JEPPESEN — 11 OCT 02 (10-9C) — SAN FRANCISCO, CALIF — SAN FRANCISCO INTL

### PARKING GATE COORDINATES

| GATE No. | COORDINATES | GATE No. | COORDINATES |
|---|---|---|---|
| **CONCOURSE A** | | **CONCOURSE G** | |
| A1 | N37 36.9  W122 23.2 | G91 | N37 37.0  W122 23.4 |
| A2 | N37 36.8  W122 23.3 | G92 | N37 37.1  W122 23.4 |
| A3 | N37 36.8  W122 23.2 | G92A | N37 37.0  W122 23.3 |
| A4 | N37 36.8  W122 23.4 | G93 | N37 37.0  W122 23.4 |
| A5 | N37 36.8  W122 23.2 | G94 thru G96 | N37 37.1  W122 23.4 |
| A6, A7 | N37 36.8  W122 23.4 | G97 thru G102 | N37 37.1  W122 23.5 |
| A8 thru A12 | N37 36.7  W122 23.4 | G103, G104 | N37 37.0  W122 23.5 |
| A14 thru A16 | N37 36.8  W122 23.3 | G105 | N37 37.0  W122 23.4 |
| A18, 19 | N37 36.8  W122 23.4 | | |
| **CONCOURSE B** | | **PLOT 3** | |
| 20 thru 25 | N37 36.8  W122 23.1 | SPOT 1, 2 | N37 36.6  W122 23.3 |
| 26 thru 28 | N37 36.8  W122 23.0 | SPOT 3, 4 | N37 36.7  W122 23.4 |
| 29, 30 | N37 36.7  W122 23.0 | | |
| 31 thru 33 | N37 36.7  W122 23.1 | **41-WEST** | |
| 34, 35 | N37 36.7  W122 23.2 | 1, 2, 3, 3A, 4A | N37 37.6  W122 23.0 |
| 36 | N37 36.7  W122 23.1 | 4, 4B, 5, 5A, 6 | N37 37.7  W122 22.9 |
| **CONCOURSE C** | | 7 | N37 37.6  W122 23.0 |
| 40 thru 46 | N37 36.9  W122 23.0 | 8, 9, 9A | N37 37.6  W122 22.9 |
| 47, 48 | N37 36.9  W122 22.9 | 9B, 10, 10A, 10B | N37 37.7  W122 22.9 |
| **CONCOURSE E** | | **41-EAST** | |
| 60 thru 64 | N37 37.1  W122 23.1 | 9C | N37 37.6  W122 22.8 |
| 65 | N37 37.2  W122 23.1 | 10C | N37 37.7  W122 22.8 |
| 66 | N37 37.1  W122 23.0 | 11, 12 | N37 37.6  W122 22.9 |
| 67 | N37 37.2  W122 23.0 | 13, 14 | N37 37.7  W122 22.8 |
| 68, 69 | N37 37.1  W122 23.1 | 15, 16 | N37 37.8  W122 22.7 |
| **CONCOURSE F** | | 17 | N37 37.5  W122 22.8 |
| 70 thru 72 | N37 37.1  W122 23.2 | 18 thru 20 | N37 37.6  W122 22.8 |
| 73 thru 75 | N37 37.1  W122 23.3 | 21 | N37 37.7  W122 22.8 |
| 76 thru 79 | N37 37.2  W122 23.2 | 21A | N37 37.6  W122 22.8 |
| 80 thru 85 | N37 37.2  W122 23.3 | 21B, 22 | N37 37.7  W122 22.8 |
| 86 | N37 37.3  W122 23.4 | 23 | N37 37.8  W122 22.7 |
| 87 | N37 37.2  W122 23.4 | | |
| 88 | N37 37.3  W122 23.4 | | |
| 89 | N37 37.2  W122 23.4 | | |
| 90 | N37 37.3  W122 23.4 | | |

CHANGES: Gate A17 removed.

© JEPPESEN SANDERSON, INC., 1998, 2002. ALL RIGHTS RESERVED.

ANA001070