# EXHIBIT T


JEPPESEN SAN FRANCISCO, CALIF
10-9
26 SEP 03
Apt Elev
D-ATIS
113.7 115.8 118.85 135.45
VOT (Limited) 111.0
ACARS: D-ATIS PDC
SAN FRANCISCO Clearance (Cpt)
118.2
Ground
121.8
Tower
120.5
NORCAL Departure (R)
NW-E
120.9
SE-W
135.1
RWY 10L-28R
RWY 10R-28L
11,870' 3618m
10,602' 3231m
8648' 2635m
7500' 2286m
10L
10R
28L
28R
19L
19R
1L
1R
19L RUN-UP
VICTOR RUN-UP
COMPASS ROSE
AIRFIELD OPERATIONS
SUPERBAY
PLOT 40
PLOT 41
PLOT 42
PLOT 50
PLOT 12 & 12A
PLOT 11
PLOT 10
PLOT 9
PLOT 5
PLOT 3
NCA
KAL
FDX
JAL
USCG
UAL BASE
WEST FIELD CARGO BUILDING
NWA CARGO
UBX TERMINAL
UAL CARGO
TWA CARGO
TERMINAL 1
TERMINAL 2
TERMINAL 3
INTERNATIONAL TERMINAL
Control Tower 196'
TAKE-OFF POWER POINT
747-400 aircraft will taxi at speeds of less than 10 kts on all non-restricted taxiways on the terminal side of the intersecting runways. 747-400 series aircraft will taxi at speeds of less than 5 kts when passing or overtaking other 747-400 aircraft on Taxiways A and B. Aircrews will strictly follow the painted taxiway lines. No oversteering permitted.
From Taxiway A1, when cleared into position, proceed at minimum feasible power to the designated "Take-off Power Point."
NOTE: Unless directed by ATC, WIDEBODY TRI-JET AIRCRAFT SHOULD NOT USE TAXIWAY A1 due to jet blast hazard.
Total runway length available is 8648'2635m for take-off.
The first 1111' of pavement preceding runway 1R not available for holding in position.

GENERAL

Birds in vicinity of airport.

Low-level wind shear alert system.

No grooving exists at airport rwy intersections.

ADDITIONAL RUNWAY INFORMATION

| RWY | | USABLE LENGTHS — LANDING BEYOND Threshold | Glide Slope | TAKE-OFF | WIDTH |
|---|---|---|---|---|---|
| 1R | HIRL CL REIL ❶grooved RVR | 8410' 2563m | | | 200' 61m |
| 19L | HIRL CL SSALS TDZ ❷PAPI-L ❶grooved RVR | | 7501' 2286m | | |

❶ Full length except area between Rwy 28L and 28R.
❷ Angle 3.0°.

| RWY | | Threshold | Glide Slope | TAKE-OFF | WIDTH |
|---|---|---|---|---|---|
| 1L | HIRL CL REIL grooved | 7009' 2136m | | | 200' 61m |
| 19R | HIRL CL PAPI-L grooved | | | | |
| 10R | HIRL CL VASI (3 bar)-L grooved RVR | | | | 200' 61m |
| 28L | HIRL CL SSALR ❸PAPI-L grooved RVR | | 9510' 2899m | | |

❸ Angle 3.0°.

| RWY | | Threshold | Glide Slope | TAKE-OFF | WIDTH |
|---|---|---|---|---|---|
| 10L | HIRL CL REIL ❹PAPI-L grooved RVR | | | | 200' 61m |
| 28R | HIRL CL ALSF-II TDZ ❹PAPI-L grooved RVR | | 10,779' 3285m | | |

❹ Angle 3.0°.

TAKE-OFF & OBSTACLE DEPARTURE PROCEDURE

| | Rwys 10L/R | | | | | Rwys 28L/R — With Mim climb of 270'/NM to 1000' | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HIRL and CL RCLM 3 RVR | HIRL and CL RCLM 2 RVR | HIRL and CL | HIRL or CL | HIRL & CL out | HIRL and CL RCLM 3 RVR | HIRL and CL RCLM 2 RVR | HIRL and CL | HIRL or CL | HIRL & CL out | Other |
| D | RVR 7 | RVR 10 | RVR 16 or 1/4 | RVR 20 or 3/8 | RVR 24 or 1/2 | RVR 7 | RVR 10 | RVR 16 or 1/4 | RVR 20 or 3/8 | RVR 24 or 1/2 | 800-2 |

| | Rwy 1R | | | | Rwy 1L | |
|---|---|---|---|---|---|---|
| | HIRL and CL RCLM 2 RVR | HIRL and CL | HIRL or CL | HIRL & CL out | HIRL | HIRL out |
| D | RVR 10 | RVR 16 or 1/4 | RVR 20 or 3/8 | RVR 24 or 1/2 | 1/4 | 1/2 |

| | Rwy 19R — With Mim climb of 500'/NM to 2300' | | |
|---|---|---|---|
| | HIRL | HIRL out | Other |
| D | 1/4 | 1/2 | 2000-2 |

| | Rwy 19L — With Mim climb of 520'/NM to 2300' | | | | |
|---|---|---|---|---|---|
| | HIRL and CL RCLM 2 RVR | HIRL and CL | HIRL or CL | HIRL & CL out | Other |
| D | RVR 10 | RVR 16 or 1/4 | RVR 20 or 3/8 | RVR 24 or 1/2 | 2000-2 |

OBSTACLE DP

Runways 1L/R, 28L/R climb runway heading to 2000', then all aircraft continue climb on course. Runways 10L/R, 19L/R climbing left turn via heading 050° and SFO VOR R-090, then all aircraft continue climb on course.

FOR FILING AS ALTERNATE

| | ILS Rwy 19L, ILS Rwy 28L, ILS Rwy 28R, LOC Rwy 19L, LOC Rwy 28L, LOC Rwy 28R, VOR Rwy 19L | VOR-B |
|---|---|---|
| D | 1300-3 | 1300-3 |

FOR FILING AS ETOPS Suitable Alternate

| | ILS 19L | ILS 28L/R | VOR 19L | Circling |
|---|---|---|---|---|
| D | ❶ 400-1¼ | ❶ 400-1 | 800-2 | 1700-4 |

❶ 600-2 should be applied whenever the ILS approach for either RWY or the other is not available.

CHANGES: See other side.

© JEPPESEN SANDERSON, INC., 1998, 2003. ALL RIGHTS RESERVED.

KSFO/SFO JEPPESEN SAN FRANCISCO, CALIF

11 OCT 02 (10-9B) SAN FRANCISCO INTL

RWY 10L-28R

RWY 10R-28L

RWY 1L-19R

RWY 1R-19L

CONCOURSE

INTERNATIONAL TERMINAL

United Shuttle Tower 131.0

Boarding Area "A" Ramp Tower 127.57

Boarding Area "G" Ramp Tower 119.22

NWA CARGO

AAL CARGO

UAL CARGO

UEX TERMINAL

Aircraft operating within the non-movement area will initially contact the Ramp Tower for pushback and taxi/tow clearance to the appropriate blue numeric pavement marking "1", "2", "10", "11" (Note: unless otherwise directed, outbound aircraft will report to spots "1" (Taxiway "M") or "10" (Taxiway "A"). Upon reaching these points, the aircraft will contact FAA Air traffic Control Tower for subsequent instruction. UEX and NWA cargo aircraft must contact the Boarding Area G ramp tower for pushback and taxi/tow clearance.

[1] - Blue Numeric Pavement Marking Spots

AIRCRAFT GATES A11, G99, AND G101 ARE CONFIGURED TO ACCEPT EITHER ONE WIDEBODY OR TWO SIMULTANEOUS NARROW-BODY AIRCRAFT. WIDEBODY AIRCRAFT MUST USE THE CENTER LEAD-IN LINES ONLY-MARKED A11, G99, OR G101, RESPECTIVELY.

CHANGES: Gate A17 removed.

© JEPPESEN SANDERSON, INC., 2000, 2002. ALL RIGHTS RESERVED.

KSFO/SFO JEPPESEN SAN FRANCISCO, CALIF
11 OCT 02 (10-9C) SAN FRANCISCO INTL

AIRFIELD OPERATIONS
SUPERBAY
RWY 10L-28R

## PARKING GATE COORDINATES

| GATE No. | COORDINATES | |
|---|---|---|
| **CONCOURSE A** | | |
| A1 | N37 36.9 | W122 23.2 |
| A2 | N37 36.8 | W122 23.3 |
| A3 | N37 36.8 | W122 23.2 |
| A4 | N37 36.8 | W122 23.4 |
| A5 | N37 36.8 | W122 23.2 |
| A6, A7 | N37 36.8 | W122 23.4 |
| A8 thru A12 | N37 36.7 | W122 23.4 |
| A14 thru A16 | N37 36.8 | W122 23.3 |
| A18, 19 | N37 36.8 | W122 23.4 |
| **CONCOURSE B** | | |
| 20 thru 25 | N37 36.8 | W122 23.1 |
| 26 thru 28 | N37 36.8 | W122 23.0 |
| 29, 30 | N37 36.7 | W122 23.0 |
| 31 thru 33 | N37 36.7 | W122 23.1 |
| 34, 35 | N37 36.7 | W122 23.2 |
| 36 | N37 36.7 | W122 23.1 |
| **CONCOURSE C** | | |
| 40 thru 46 | N37 36.9 | W122 23.0 |
| 47, 48 | N37 36.9 | W122 22.9 |
| **CONCOURSE E** | | |
| 60 thru 64 | N37 37.1 | W122 23.1 |
| 65 | N37 37.2 | W122 23.1 |
| 66 | N37 37.1 | W122 23.0 |
| 67 | N37 37.2 | W122 23.0 |
| 68, 69 | N37 37.1 | W122 23.1 |
| **CONCOURSE F** | | |
| 70 thru 72 | N37 37.1 | W122 23.2 |
| 73 thru 75 | N37 37.1 | W122 23.3 |
| 76 thru 79 | N37 37.2 | W122 23.2 |
| 80 thru 85 | N37 37.2 | W122 23.3 |
| 86 | N37 37.3 | W122 23.4 |
| 87 | N37 37.2 | W122 23.4 |
| 88 | N37 37.3 | W122 23.4 |
| 89 | N37 37.2 | W122 23.4 |
| 90 | N37 37.3 | W122 23.4 |

| GATE No. | COORDINATES | |
|---|---|---|
| **CONCOURSE G** | | |
| G91 | N37 37.0 | W122 23.4 |
| G92 | N37 37.1 | W122 23.4 |
| G92A | N37 37.0 | W122 23.3 |
| G93 | N37 37.0 | W122 23.4 |
| G94 thru G96 | N37 37.1 | W122 23.4 |
| G97 thru G102 | N37 37.1 | W122 23.5 |
| G103, G104 | N37 37.0 | W122 23.5 |
| G105 | N37 37.0 | W122 23.4 |
| **PLOT 3** | | |
| SPOT 1, 2 | N37 36.6 | W122 23.3 |
| SPOT 3, 4 | N37 36.7 | W122 23.4 |
| **41-WEST** | | |
| 1, 2, 3, 3A, 4A | N37 37.6 | W122 23.0 |
| 4, 4B, 5, 5A, 6 | N37 37.7 | W122 22.9 |
| 7 | N37 37.6 | W122 23.0 |
| 8, 9, 9A | N37 37.6 | W122 22.9 |
| 9B, 10, 10A, 10B | N37 37.7 | W122 22.9 |
| **41-EAST** | | |
| 9C | N37 37.6 | W122 22.8 |
| 10C | N37 37.7 | W122 22.8 |
| 11, 12 | N37 37.6 | W122 22.9 |
| 13, 14 | N37 37.7 | W122 22.8 |
| 15, 16 | N37 37.8 | W122 22.7 |
| 17 | N37 37.5 | W122 22.8 |
| 18 thru 20 | N37 37.6 | W122 22.8 |
| 21 | N37 37.7 | W122 22.8 |
| 21A | N37 37.6 | W122 22.8 |
| 21B, 22 | N37 37.7 | W122 22.8 |
| 23 | N37 37.8 | W122 22.7 |

*CHANGES:* Gate A17 removed.

© JEPPESEN SANDERSON, INC., 1998, 2002. ALL RIGHTS RESERVED.