# EXHIBIT V

NATIONAL TRANSPORTATION SAFETY BOARD
Vehicle Recorders Division
Washington, D.C. 20594

April 4, 2004

## Cockpit Voice Recorder - 12

Group Chairman's Factual Report
by Albert G. Reitan

### A. ACCIDENT

Location:       San Francisco International Airport, California
Date:           October 07, 2003
Time:           11:57 Pacific daylight time (PDT)
Aircraft:       Al Nippon Airlines, B-777-22B, JA709A
NTSB Number:    LAX04LA007B

### B. GROUP

None.

### C. DETAILS OF INVESTIGATION

An L3 model FA-2100-1020 cockpit voice recorder (CVR), s/n 000152168, was brought to the audio laboratory of the National Transportation Safety Board on October 14, 2003. The two hour recording was found to contain no data that could contribute to determining the probable cause. Therefore, no transcript was prepared.

The exterior of the CVR showed no evidence of structural damage. The interior of the recorder and the memory module sustained no apparent heat or impact damage. The digital recording consisted of six audio files. Two of these contained the most recent two hours of the flight operation and were of fair to good quality. One of these recorded the cockpit area audio information. The second contained the combined Captain, First Officer, PA and interphone/ FSK timing information and was of good quality. The four other audio files recorded the final thirty minutes of aircraft operation. They contained four channels of fair to excellent quality audio information.

(original document signed)

Albert G. Reitan
Transportation Safety Specialist (CVR

LAX04LA007B