# EXHIBIT W

NATIONAL TRANSPORTATION SAFETY BOARD
Vehicle Recorders Division
Washington, D.C. 20594

October 23, 2003

## Specialist's Factual Report of Investigation
## Cockpit Voice Recorder

NTSB Accident Number:
**LAX04LA007A**

### A. ACCIDENT

| | |
|---|---|
| Location: | San Francisco, CA |
| Date: | 10/7/2003 |
| Time: | 12:57 PDT |
| Aircraft: | B-777, Registration N222UA |
| Operator: | United Airlines |

### B. GROUP

N/A

### C. SUMMARY

On October 7, 2003, at 1157 Pacific daylight time, a Boeing 777-22B, N222UA, collided on the ground with a Boeing 777-200ER, JA709A, at San Francisco International Airport, San Francisco, California. N222UA was operated by United Air Lines as flight UA809 under the provisions of 14 CFR Part 121. JA709A was operated by Al Nippon Airlines as flight AL007 under the provisions of 14 CFR Part 129. Both airplanes sustained substantial damage when the right wing tips of each airplane impacted. No one on board either airplane was injured. There were 272 occupants on board flight UA809, and 177 occupants on board flight AL007. The international flights were departing for Osaka and Narita, Japan, respectively. Visual meteorological conditions prevailed and IFR flight plans had been filed.

At this time of the collision, flight AL007 was taxing behind gate G102 and flight UA809 was undergoing a pushback operation. Thereafter, the airplanes were towed to their respective gates where the passengers deplaned.

### D. Details of Investigation

On October 14, 2003, the NTSB Vehicle Recorders Division received the following Cockpit Voice recorder:

Recorder Manufacturer/Model: **Allied Signal 6020 SSCVR 30**
Recorder Serial Number: **2104**

The recorder was in good condition, and the audio information was extracted from the recorder normally, without difficulty.

The recording consisted of four channels of audio information, however none of the audio was pertinent to the incident/accident investigation. The audio was consistent with the CVR being overwritten[1] by subsequent events. Characteristics of overwritten CVRs include:

- Audio consistent with the airplane being stationary on the ground with electrical power on.

- Post accident conversations or sounds that are irrelevant, or do not provide any additional information useful to the investigation.

- Conversations or other audio consistent with maintenance personal working in or near the cockpit.

- Conversations or other audio indicating the airplane is taxiing after an incident.

- Background sounds in an unoccupied cockpit such as:

    - Radio transmission from other aircraft or ground facilities

    - Unintelligible or difficult to discern conversation or other sounds likely emanating from the cabin or outside the airplane

---

[1] CVRs operate in a continuous loop-type manner, overwriting the oldest audio information as it records. When the CVR is deactivated or removed from the airplane, it retains only the most recent 30 minutes (120 minutes for some models) of CVR operation.

    This CVR also captured Greenwich Mean Time, or GMT. The CVR playback software indicated that the CVR recording stopped at about 20:35 GMT. The reported accident time was more than an hour and a half earlier, at 18:57 GMT.

    In agreement with the Investigator-In-Charge, a CVR group did not convene and a transcript was not prepared.

    Doug Brazy

    Vehicle Recorders Division