# EXHIBIT Y



## COMBS REPORTING, INC.
### DEPOSITION REPORTERS · LEGAL VIDEO

January 7, 2008

Timothy H. Eskridge, Jr.
Condon & Forsyth LLP
Times Square Tower
7 Times Square
NYC, NY 10036

Re:  All Nippon Airways Company, Ltd. Vs. United Airlines, Inc.

Dear Mr. Eskridge:

Below are the running times for the depositions in the above-referenced case.

Depositions Videotaped by:
Stephen Statler
Legal Video Specialist
Combs Reporting
415-227-4060

**Deponent: Eishin Yamaguchi (11-27-07):**
Tape 1:
Start: 9:58       End: 11:40       Running Time: 1 hour, 42 minutes
Tape 2:
Start: 11:54am    End: 2:48pm      Running Time: 1 hour 56 minutes
Tape 3:
Start: 2:50pm     End: 5:02pm      Running Time: 1 hour 58 minutes
Tape 4:
Start: 5:17pm     End: 6:17pm      Running Time: 1 hour 00 minutes
          TOTAL RUNNING TIME: 6 hours, 36 minutes

**Deponent: Yusuke Nishiguchi (11-28-07):**
Tape 1:
Start: 10:00am    End: 11:34am     Running Time: 1 hour, 34 minutes
Tape 2:
Start: 11:48am    End: 2:38pm      Running Time: 1 hour 51 minutes
Tape 3:
Start: 2:40pm     End: 5:02pm      Running Time: 1 hour 56 minutes
Tape 4:
Start: 5:04pm     End: 5:08pm      Running Time: 0 hour 04 minutes
          TOTAL RUNNING TIME: 5 hours, 25 minutes

595 Market Street, Suite 620 ~ San Francisco, CA 94105-2811
415-227-4060 ~ Toll Free: 888-406-4060 ~ Fax: 415 227-0317
www.combsreporting.net

1



**COMBS REPORTING, INC.**
DEPOSITION REPORTERS • LEGAL VIDEO

Deponent: Teruo Usui (11-29-07):
Tape 1:
Start: 10:01am    End: 11:31am    Running Time: 1 hour, 30 minutes
Tape 2:
Start: 11:47am    End: 2:54pm     Running Time: 1 hour 59 minutes
Tape 3:
Start: 3:05pm     End: 5:18pm     Running Time: 1 hour 55 minutes
Tape 4:
Start: 5:19pm     End: 5:36pm     Running Time: 0 hour 17 minutes
     TOTAL RUNNING TIME: 5 hours, 41 minutes

If you have any questions or concerns, please contact our office.

Sincerely,

Jamie Wharton
Administrator

595 Market Street, Suite 620 ~ San Francisco, CA 94105-2811
415-227-4060 ~ Toll Free: 888-406-4060 ~ Fax: 415 227-0317
www.combsreporting.net

2