# EXHIBIT AA

# All Nippon Airways vs. United Airlines

Deposition of

## Brad Powell

Volume 1

January 25, 2008

Reported By: Brandon Combs, RPR, CSR 12978
Job: 1-6199

Brad Powell

Page 34

1  It was not specifically a training event. I don't know
2  if he also administered one of my periodic checks, a PC.
3  He may or may not have.
4      Q. Does PC stand for periodic check or
5  proficiency check?
6      A. Or proficiency check. At this point it's
7  become just a PC.
8      Q. And you don't know his name?
9      A. No, I'm sorry.
10     Q. But his name would be on your proficiency
11 check; correct?
12     A. If he gave me one, yes, there would be a
13 record of that.
14     Q. And that would be a 777 proficiency check?
15     A. Yes.
16     Q. How many proficiency checks have you had at
17 United on 777s?
18     A. They're scheduled at least every nine months.
19     Q. So every nine months you would have had a
20 proficiency check on a 777 for the past almost eight
21 years?
22     A. Yes.
23     Q. I guess that's about 11 proficiency checks on
24 777s?
25     A. I haven't done the math on it. I'm sorry.

Page 35

1      Q. Do you know if the records of your proficiency
2  checks are maintained at United Airlines?
3      A. Yes.
4      Q. Have you seen them in the past eight years?
5      A. On Monday I reviewed my work record.
6      Q. What else did you review on Monday, what other
7  documents?
8      A. I think -- well, I mean, we looked at
9  documents that were produced for this, some of which are
10 listed here, some of which are not.
11     Q. You saw your statement?
12     A. Yes. I mean, it's better -- I mean, I don't
13 want to say something and make it sound inclusive
14 because there may have been other documents that I'm not
15 recalling.
16     Q. Right now I'm just asking for your best
17 recollection. That's all. I'm not holding you to this,
18 but just your best recollection.
19     A. I'm just trying to be certain.
20     Q. Your statement, some training records?
21     A. Training -- yes -- my employment folder
22 includes my training records, or at least a summary of
23 them.
24     Q. Do you know, sir, whether your employment
25 folder is your complete personnel file?

Page 36

1      A. I suppose it is. It's required by California
2  law to be a complete record, so to my knowledge it is.
3      Q. Do you know, sir, whether you reviewed all of
4  your pilot certificates, all certificates related to
5  your flying of airplanes on Monday?
6      A. The only ones I saw were the ones from my
7  initial application for employment.
8      Q. And you saw those on Monday?
9      A. Yes, briefly.
10     Q. But you did notice that they only related to
11 your initial employment; correct?
12     A. I recognized them as copies of my initial
13 employment application.
14     Q. Was that going back to '93, was it?
15     A. '92.
16     Q. '92. I'm sorry.
17        Other than the employment folder and your
18 statement, did you review any other documents on Monday?
19     A. Yes. We looked at the flight manual and the
20 flight ops manual, FOM.
21     Q. What's the difference between a flight manual
22 and a flight ops manual?
23     A. Flight manual relates to the operation of the
24 aircraft. Flight operations manual is all the
25 directives from the company regarding operations.

Page 37

1      Q. Various procedures to be used?
2      A. Yes. It's systemwide, whereas the flight
3  manual is specific to the type aircraft you're on. So
4  everyone carries the same FOM, and then their individual
5  flight manual for the specific aircraft that they are
6  on.
7      Q. When you say everyone, sir, you're referring
8  to all of the pilots at United carry at least two
9  manuals with them; correct?
10     A. Two sets of manuals, that's correct.
11     Q. And one of those manuals is the operations
12 manual, and all United Airlines pilots carry the same
13 operations manual because that contains directives and
14 procedures systemwide not relating to specific
15 airplanes; is that correct?
16     A. That is correct.
17     Q. And then all of the pilots at United also
18 carry a second manual which is a flight manual, and that
19 is specific to the type of airplane they fly; correct?
20     A. Yes.
21     Q. So you, for example, would carry a systemwide
22 flight operations manual and a Boeing 777 flight manual;
23 correct?
24     A. That's correct.
25     Q. Are there any other manuals that you're

Brad Powell

Page 38

1  required to carry with you?
2      A. You also carry the approach -- the Jeppesen
3  charts for the airports that you fly to or you may fly
4  to as an alternate.
5      Q. And do those approach charts appear in a
6  section of your operations manual; is that correct?
7      A. No, they're separate. So there's a third set
8  of documents if you want.
9      Q. And you mentioned the word Jeppesen. Are the
10 charts that you carry produced by some company by the
11 name of Jeppesen, J-e-p-p-e-s-e-n or o-n?
12     A. E-n.
13     Q. Is that correct?
14     A. Yes.
15     Q. On the day of the accident, were you carrying
16 a Jeppesen approach chart to San Francisco International
17 Airport?
18     A. Yes.
19     Q. Are there any other approach charts that would
20 be relevant to this accident?
21     A. I would think that any of the charts for
22 San Francisco International would be relevant.
23     Q. What other charts are there in regards to
24 approach charts that are relevant to San Francisco
25 International Airport?

Page 39

1      A. I lost my mind there. You're going to have to
2  ask it again.
3      Q. With regard to this accident --
4      A. Yes.
5      Q. -- I'm trying to find out all the approach
6  charts that would have some relevance to the accident.
7      A. May I interrupt?
8      Q. Sure.
9      A. When you say approach charts, those are charts
10 as you're going to fly into the aircraft -- or fly into
11 the airport. There's departure procedures, there's
12 standard arrival procedures, specifically the charts
13 that would be the most important here would be ground
14 taxi diagrams and charts that were related to that.
15     Q. I'll show you, sir, what has been marked
16 previously at Mr. Russell's deposition as Exhibit 9,
17 which is a five-page document which has the numbers, top
18 line middle, 10-7, 10-7A, 10-7B, 10-7C and 10-7D.
19         Are those the charts that you believe are
20 relevant to this accident?
21     A. Yes.
22     Q. Are there any other charts that you were
23 supposed to be carrying on the day of the accident that
24 are relevant to the accident on Exhibit 9 to the Russell
25 deposition?

Page 40

1      A. These are the most relevant. There may be
2  others that apply that don't come to mind.
3      Q. But as far as you're concerned, as far as
4  charts go, Exhibit 9 to the Russell deposition are the
5  ones that you would need if you were to be talking about
6  this accident?
7      A. Yes.
8      Q. One other thing, sir, I don't see the word
9  Jeppesen on Exhibit 9 anyplace, do you?
10     A. No. I do believe it's a Jeppesen product. It
11 comes in a Jeppesen folder from the Jeppesen Company.
12 Some of these are specific to individual airplanes. But
13 these are -- this is produced by Jeppesen to my
14 knowledge.
15     Q. Even though the name Jeppesen doesn't appear
16 on it, to your knowledge, it probably was something that
17 was produced by this company, Jeppesen?
18     A. Yeah. I surmise that.
19     Q. And as far as you know, sir, Jeppesen is the
20 company that produces the vast majority of all charts
21 for airlines; right?
22     A. For airlines, yes.
23     Q. Sir, getting back to that conference call that
24 you had, the FSR conference call, you mentioned that
25 trainer who was a standards trainer, captain, who you --

Page 41

1  did you say you probably had him as a trainer at -- or
2  checker at some time after the conference call, or you
3  may have had him?
4      A. I may have.
5      Q. You're just not sure one way or the other?
6      A. He's a captain I don't see routinely. I've
7  seen him when I go back for training every nine months.
8  We wave, he probably doesn't know my name. I certainly
9  can't recall his name.
10     Q. You know his first name?
11     A. No.
12     Q. Do you know his last name?
13     A. He's getting old.
14     Q. You don't know his last name?
15     A. No. I know his position and I know the
16 context and I remember that he was on that call.
17     Q. Was there anyone else from United on that
18 call?
19     A. Yes.
20     Q. Who?
21     A. I couldn't begin to go through the litany of
22 everyone who was on it.
23     Q. How many other people other than yourself,
24 Mr. Russell, Captain Rediger, the standards captain,
25 possibly someone from the FAA, who else would have been

11 (Pages 38 to 41)

Brad Powell

Page 78

1  Q. And you saw that it was coming around, closing
2  on our position. What does that mean?
3  A. It was getting closer to us.
4  Q. And you -- were you able to see the markings
5  of the taxiway that it was on?
6  A. No.
7  Q. Were you able to see whether or not it was on
8  the centerline of the taxiway?
9  A. I don't have any recollection where it was in
10 relation to the --
11 Q. You've taxied out from that backside of the
12 concourse G many times yourself; right?
13 A. I have.
14 Q. And have you --
15 A. Just to be specific, for safety reasons, only
16 the captain taxis the aircraft, so I've not taxied
17 physically the aircraft. I've been on the aircraft
18 taxiing from the backside.
19 Q. Let me withdraw and clarify the question, sir.
20 You have been either a first officer or a relief pilot
21 in 777s taxiing out from the backside of concourse 7 on
22 many occasions?
23 A. Concourse G. Yes.
24 Q. Did I say concourse 7, concourse G.
25 A. The international concourse.

Page 79

1  Q. And when the plane, whoever is physically
2  taxiing it, when the plane comes around from the
3  backside of concourse 7 --
4  A. G.
5  Q. Withdrawn.
6     When the plane comes around from the back of
7  concourse G, it's supposed to be on or very close to the
8  centerline of the taxiway; correct?
9  A. Yes.
10 Q. And why is it supposed to be on the centerline
11 of the taxiway?
12 A. It's procedure, clearly it's safety related.
13 It's -- you always taxi on the center.
14 Q. And why is it safe to taxi on the centerline?
15 A. I mean, one aspect of it is predictability,
16 you know that somebody is going to be on that line. I
17 would guess that the implication is that they've
18 measured all the lines and they've measured all the
19 clearances and that if you stay on the line, you should
20 be okay.
21 Q. Now, when you all saw the ANA 777 taxiing from
22 the backside and closing in on your position, the
23 captain then remarked to the tug driver, quote, I guess
24 we're not going to hit him, close quote. You wrote
25 that; right?

Page 80

1  A. I did.
2  Q. Now, on this occasion you have quotes around
3  that statement. At the time you wrote this, you had a
4  specific recollection of the exact words that the
5  captain had remarked; is that correct?
6  A. I don't know. I would -- I would guess that
7  that's as close to my recollection as I can be. It is
8  not a transcript. It is not verbatim, but, you know,
9  that I did write that, and that must have been my
10 recollection of the words or the sense of the words that
11 were spoken.
12 Q. And you did put quotation marks around that
13 phrase?
14 A. I did, but not in terms of that's a direct
15 transcript quote. That's -- I don't have any other
16 marks to describe verbal conversation other than
17 quotation marks, so I used those.
18 Q. And you were able to hear through your headset
19 the communications of the captain to the tug driver on
20 the ground --
21 A. Yes.
22 Q. -- at the ramp?
23 A. I was monitoring both frequencies, both
24 radios, if you will. They're not radios, per se.
25 Q. That was the interphone, not the radio?

Page 81

1  A. Correct. Thank you.
2  Q. Next you state that the tug driver responded
3  with, quote, no problem, I've got you, close quote;
4  correct?
5  A. Correct.
6  Q. And there too you specifically used the quotes
7  around, no problem, I've got you, close quotes; correct?
8  A. Yes, and again, I have no other marks to
9  indicate conversation. Those are the ones I'd use.
10 It's not a transcript. It's ten days later, but that
11 was my recollection of that conversation.
12    THE VIDEOGRAPHER: Two minutes, Counsel.
13    MR. TURNER: Q. Now, when the tug driver
14 responded no problem, I've got you, he didn't state what
15 the no problem meant, did he?
16 A. No.
17 Q. And when the captain asked the tug driver, I
18 guess we're not going to hit him, the captain didn't
19 state the ANA 777, he just stated him; correct?
20 A. Yes. He did not use the words ANA 777.
21 Q. Thank you.
22    THE VIDEOGRAPHER: We should change tape now.
23    MR. TURNER: Okay.
24    THE VIDEOGRAPHER: This concludes Videotape 1
25 of the deposition of Brad Powell.

21 (Pages 78 to 81)