# EXHIBIT U

October 8, 2003

Mr. Van Mckenny
NTSB

SUBJ: NH007 (SFO-NRT) B777, Right Hand Wingtip Collided with UAL B777 Right Hand Wingtip.

Dear Mr. Mckenny,

On October 7, 2003, during the taxi for departure, NH007 flight from San Francisco to Narita had the airplane's right hand wingtip colliding with a UAL B777, which was being pushed out from gate G102. Following is the UTC time-line details of the case.

I, as a Multi-Captain, which is an augmented crew of the flight, was seated in the observer seat.

18:48    Received clearance to push out from the Ramp tower.
         -During the push-out, received an advice from the Ramp tower to be careful that another B777 would be taxing in at gate G99.

18:55    Requested taxi to the Ramp tower, then received clearance till spot 10. Then we were told to contact GND control. At the initial contact, we were cleared as [Taxi, RWY 28L via A, F, hold short of RWY 01L].
         -On the way to enter to A-TWY by spot 10 (turning to left), I saw a UAL B777 being pushed out from gate G102 and in order to check the clearance with the airplane, I looked outside however, the right hand wing tip could not be in visible.
         -Since aircraft turning at spot 10 to A-TWY, I checked the clearance and noticed a wing walker accompanied the UAL B777 at the left side. But I did not see another on the right side. I saw the wing walker giving an OK sign presumably to the tow tractor of the UAL B777.
         -Right after that, I felt the shock of collision and heard noise.

19:00    Aircraft stopped at the site.

[Comment]
Taxi speed was very slow at the moment of the collision. Also, our aircraft proceeded a little bid left side of the taxi center line.

[Reference]

1. Information of License

    ATPL Number: 105186 issued on April 9, 1998

    Medical Certificate Number: 14018148 valid till December 26, 2003

    Aeronautical Radio License Number: HABE008 issued on May 11, 1977

Sincerely Yours,

Teruo USUI

Captain B777

ALL NIPPON AIRWAYS

October 8, 2003

Mr. Van Mckenny
NTSB

SUBJ: NH007 (SFO-NRT) B777, Right Hand Wingtip Collided with UAL B777 Right Hand Wingtip.

Dear Mr. Mckenny,

On October 7, 2003, during the taxi for departure, NH007 flight from San Francisco to Narita had the airplane's right hand wingtip colliding with a UAL B777, which was being pushed out from gate G102. Following is the UTC time-line details of the case.

I, as the First Officer of the flight, was seated in the right hand seat and my duty was PF, Pilot Flying.

18:48    Blocked out from gate G95, then Started engines after completion of the pushed-out.
         After contacting to G Ramp TWR, received following clearance.
         [Taxi to spot 10. Contact GND]

18:55    Started taxi then contacted GND with 121.8.
         -Clearance was [Taxi to RWY28L via A, F, hold short of RWY1L]
         -During the taxi, I continuously maneuvered the nose gear on the yellow line except for the very last part.
         -Approaching spot10, I saw a UAL B777 starting push out, then slowed taxi speed and at the same time, deviated to left side of the yellow line for additional clearance to the UAL B777.
         -After few seconds, I've got an impact.
         -Stopped at the position and set a parking brake.

19:30    -Towed back and blocked in to the gate G95.

Page 1

[Reference]
1.  Information of License
    ATPL Number: 106053 issued on November 29, 2001
    Medical Certificate Number: 14018323 valid till March 9, 2004
    Aeronautical Radio License Number: HAPE42 issued on June 25, 1991

Sincerely Yours,

*Ynishiguchi*

Yusuke NISHIGUCHI
First Officer B777
ALL NIPPON AIRWAYS

Page 1

October 8, 2003

Mr. Van Mckenny
NTSB

SUBJ: NH007 (SFO-NRT) B777, Right Hand Wingtip Collided with UAL B777 Right Hand Wingtip.

Dear Mr. Mckenny,

On October 7, 2003, during the taxi for departure, NH007 under my command as a scheduled flight from San Francisco to Narita was involved in a ground accident in which airplane's the right hand wingtip collided with a UAL B777, which was being pushed out from gate G102. Following is the UTC time-line details of the case.

I was seated in the left seat and serving as the PIC and PNF, Pilot Not Flying.

18:48    Blocked out from gate G95, then Started engines at ENG start point.
         After contacting G Ramp TWR, received following clearance.
         [Taxi to spot 10. Contact GND]

18:55    Started TAXI.
         -Made initial contact with GND control
         -Received clearance as [Taxi to RWY28L via A, F, hold short of RWY1L]
         -Approaching spot10, I recognized UAL B777 has started push out from gate G102.
         -PF maneuvered slightly to the left side of the center line. It looked to me that the maneuver was to increase the margin of clearance from UAL B777.
         -I asked the PF whether the clearance was adequate and then acknowledged it with the cockpit member.
         -Then the PF was making a left turn to enter A TWY from spot 10.
         -Right after that, hearing a thud and feeling an impact, I realized that the right wing tip of NH007 and some part of UAL B777 might have collided.
         -Shut down Engines at the location then, towed back to original gate G95.

19:30    -Blocked in gate G95.

[Comment]
I received taxi clearance from GND control before starting taxi. Commencing the taxi, neither any advices of taxi route change nor about UAL B777 have been informed.

Page 1

[Reference]
1.   METAR at KSFO
      17:56     300/12 9999 CLR 17/13 2986
      18:56     290/15 9999 FEW060 18/13 2985

2.   Information of License
    ATPL Number: 105595 issued on November 15, 1999
    Medical Certificate Number: 14028981 valid till February 19, 2004
    Aeronautical Radio License Number: GAME4 issued on October 12, 1988

Sincerely Yours,

Bishin YAMAGUCHI
Captain B777
ALL NIPPON AIRWAYS

Page 2

Oct. 8. 2003 11:47AM   ANA SFO APO