Scott D. Cunningham (State Bar No.: 200413)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: scunningham@condonlaw.com

-and-

Marshall S. Turner (*pro hac vice*)
CONDON & FORSYTH LLP
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453
Email: mturner@condonlaw.com

Attorneys for Plaintiff and Counter-Defendant
ALL NIPPON AIRWAYS COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL NIPPON AIRWAYS COMPANY, LTD.,<br><br>   Plaintiff,<br><br>   vs.<br><br>UNITED AIR LINES, INC.,<br><br>   Defendant.<br><br>AND RELATED COUNTER-CLAIM | Case No. C07-03422 EDL<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the above-referenced action has been settled, in its entirety, pending the exchange of closing documents.

The parties anticipate that it will take approximately sixty (60) days to execute settlement documents and to obtain settlement funds from various insurers.

The parties anticipate that a Stipulation of Dismissal can be filed in approximately sixty (60) days.

-2-

| | | |
|---|---|---|
| 1 | Dated: March 6, 2008 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | By: /s/ Marshall S. Turner |
| 4 | | MARSHALL S. TURNER (*pro hac vice*) |
| 5 | | SCOTT D. CUNNINGHAM |
| 6 | | Attorneys for Plaintiff and Counter-Defendant ALL NIPPON AIRWAYS COMPANY, LTD. |

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

NOTICE OF SETTLEMENT
CASE NO.: C07-03422 EDL

644V.1

# CERTIFICATE OF SERVICE
## NOTICE OF SETTLEMENT

I, hereby certify that on March 6, 2008 I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Scott R. Torpey, Esq.<br>Jaffe, Raitt, Heuer & Weiss<br>2777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8214<br>Phone: (248) 727-1461<br>Fax: (248) 351-3082 | Attorneys for defendant |
| Jeffrey A. Worthe, Esq.<br>Worthe, Hanson & Worthe<br>The Xerox Centre<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705 | Attorneys for defendant |

**HEATHER L. JACKSON**

Sworn to before me this
6th day of March, 2008

_____
Notary Public

TINA M. ZOCCALI
Notary Public, State of New York
No. 01ZO6059025
Qualified in Rockland County
Commission Expires May 21, 20_11_

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030