**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ALL NIPPON AIRWAYS CO.**

       Plaintiff,

    v.

**UNITED AIR LINES**

       Defendant.

_____/

No. C-**07-03422** EDL

**ORDER OF CONDITIONAL DISMISSAL**

      The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

      IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before **May 12, 2008** for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: March 6, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge